**2020-1255**

In The

# United States Court of Appeals

### For The Federal Circuit

## DEGUI CHEN,

*Plaintiff – Appellant*,

**v.**

## MICHAEL E. JUNG, CHARLES L. SAWYERS,

*Defendants – Appellees.*

**APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
IN NO. 2:18-cv-02015-RGK-KS, JUDGE R. GARY KLAUSNER.**

———————————

## BRIEF OF APPELLANT

———————————

Yixin H. Tang
Shashank Upadhye
Brent Allen Batzer
UPADHYE CWIK LLP
135 South LaSalle Street, Suite 1930
Chicago, Illinois 60603
(312) 598-2610
yixin@ ipfdalaw.com
shashank@ipfdalaw.com
brent@ipfdalaw.com

*Counsel for Appellant*

FORM 9. Certificate of Interest

Form 9
Rev. 10/17

## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Degui Chen

v.

Michael E. Jung; Charles L. Sawyers

Case No. 2020-1255

### CERTIFICATE OF INTEREST

Counsel for the:

☐ (petitioner) ☒ (appellant) ☐ (respondent) ☐ (appellee) ☐ (amicus) ☐ (name of party)

Degui Chen

certifies the following (use "None" if applicable; use extra sheets if necessary):

| 1. Full Name of Party Represented by me | 2. Name of Real Party in interest (Please only include any real party in interest NOT identified in Question 3) represented by me is: | 3. Parent corporations and publicly held companies that own 10% or more of stock in the party |
| --- | --- | --- |
| Degui Chen (an individual) | None | None |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

4.   The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court **(and who have not or will not enter an appearance in this case)** are:

Mark B Brueggemann of Clinton and Clinton LLP (Long Beach, CA)

Gregory A. Ellis of Scheper Kim and Harris LLP (Los Angeles, CA)

Shashank Upadhye, Joseph Cwik, Yixin Tang, Brent Batzer, Samuel Ruggio, & Jennifer Adams of Amin Talati Upadhye LLP (Chicago, IL)

Shashank Upadhye, Joseph Cwik, Yixin Tang, & Brent Batzer of Upadhye Cwik LLP (Chicago, IL)

**FORM 9. Certificate of Interest**

Form 9
Rev. 10/17

5.   The title and number of any case known to counsel to be pending in this or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal. *See* Fed. Cir. R. 47. 4(a)(5) and 47.5(b). (The parties should attach continuation pages as necessary).

Federal Circuit Court of Appeals Docket No.: 2020-1257
Degui Chen v. Michael E. Jung, Charles L. Sawyers, Samedy Ouk, Christopher Tran, John Wongvipat

| 12/30/2019 | /s/ Shashank Upadhye |
|---|---|
| Date | Signature of counsel |
| | Shashank Upadhye |
| Please Note: All questions must be answered | Printed name of counsel |

cc:  Gabriel M. Ramsey

Reset Fields

# TABLE OF CONTENTS

TABLE OF AUTHORITIES ..................................................................... v

STATEMENT OF RELATED CASES ..................................................... vii

JURISDICTIONAL STATEMENT ........................................................... 1

STATEMENT OF THE ISSUES ............................................................... 2

STATEMENT OF THE CASE ................................................................. 4

I.     BACKGROUND ........................................................................ 4

II.    STATEMENT OF THE FACTS ............................................... 6

      A.    Overview of Dr. Chen's Significant Contributions
           to the Inventions ............................................................ 6

      B.    Dr. Chen's Invention of a Specialized Cell System
           for the "Rational Design" Project, Testing, and
           Structure-Activity Relationship Analysis Led to
           the Invention of Cancer-Inhibiting Chemical
           Compounds RD37, A51, RD162, and A52 ..................... 9

      C.    Dr. Chen Tested A51, the Very First Pyridine
           Compound in the RD Project, and Revealed the
           Validity of the Pyridine Substitution Compound
           Design Strategy ............................................................ 18

      D.    Dr. Chen's Continuing Effort after He Tested A51
           Led to the Invention of RD162 as the Best
           Chemical Compound of the "Rational Design"
           Project ......................................................................... 23

E.    Dr. Ouk "Combined the Idea of A51 and RD162" to Arrive at the Structure of A52, Which "Would Be as Good as RD162" .................................................. 24

SUMMARY OF THE ARGUMENT ......................................................... 27

ARGUMENT ........................................................................................... 30

I.    STANDARD OF REVIEW ON APPEAL ............................. 30

II.   LEGAL STANDARD ............................................................. 30

      A.    Joint Inventorship ...................................................... 30

      B.    Corroboration ............................................................. 33

III.  IT WAS A LEGAL ERROR TO DISCOUNT DR. CHEN'S INNOVATIVE CELL SYSTEM AND HIS STRUCTURE-ACTIVITY RELATIONSHIP ANALYSIS THAT CONTRIBUTED TO THE INVENTION OF *ALL* CANCER-INHIBITING COMPOUNDS IN THE DRUG DISCOVERY PROJECT, INCLUDING RD37, A51, RD162, AND A52 ..... 34

      A.    Dr. Chen Spent More than One Year Custom-Building a Cell System and a Testing Method for the Rational Design Project that Were Not Public Knowledge When A51 and A52 Were Invented .......... 34

      B.    Dr. Chen's Cell System and Testing Method Were Innovative and Inventive, Not Routine ....................... 37

      C.    Dr. Chen Obtained Test Data and Conducted Structure-Activity Relationship Analysis, and Intellectually Contributed to the Design of Chemical Compounds for the Drug Development Project .......................................................................... 39

D.    The District Court Erred in Discounting Dr. Chen's Significant Contribution Merely Because the Biological Testing and SAR Analysis Were Not "Specific" to the A-Series Compounds .................. 41

IV.  THE DISTRICT COURT CLEARLY ERRED IN IGNORING INDEPENDENT AND CONTEMPORANEOUS EVIDENCE SHOWING THAT DR. CHEN TESTED A51 AND TOLD DR. OUK ABOUT A51'S GOOD ACTIVITY ........................................ 49

A.    Dr. Chen Tested A51 in Early 2005 ............................. 49

B.    Dr. Chen Told Dr. Ouk that the Pyridine Compound Had Good Activity in Early 2005, At Least before June 22, 2005 ......................................... 52

1.    Dr. Ouk Wrote in June of 2005 about the "Encouraging" A51 Test Results He Learned from Dr. Chen .................................................... 52

2.    The "New Scaffold" Compound with "Encouraging" Test Results Could Not Have Been RD144, Because No Test Results from RD144 Existed in June 2005 .............................. 55

3.    The Trial Judge Clearly Erred by Relying on Sheer Speculation to Disregard All of the Independent and Contemporaneous Evidence of Dr. Chen's Testing of A51 and Dr. Chen's Reporting of A51's Good Biological Activity ............................................... 57

V.   THE DISTRICT COURT CLEARLY ERRED IN CHARACTERIZING DR. CHEN'S TESTING OF A51 AS MERELY "CONFIRMATORY" ....................................... 59

A.  Dr. Chen's testing of A51 Revealed A51's Good
Biological Activity, and Indicated for the First
Time that the Pyridine-for-Benzene Substitution
Approach Could Work for Further Compound
Design in the RD Project .............................................. 60

B.  Dr. Chen' Testing of A51 Was Also a Significant
Contribution to the Structure of A52 .......................... 63

VI.  IT IS LEGAL ERROR TO DISREGARD DR. CHEN'S
INTELLECTUAL CONTRIBUTION LEADING TO
THE INVENTION OF THE RIGHT HAND SIDE
STRUCTURE OF RD162, WHICH IS AN ESSENTIAL
FEATURE OF BOTH THE STRUCTURE AND THE
CANCER-FIGHTING FUNCTION OF A52 ........................ 65

CONCLUSION ........................................................................ 74

ADDENDUM

CERTIFICATE OF FILING AND SERVICE

CERTIFICATE OF COMPLIANCE

# TABLE OF AUTHORITIES

**Page(s)**

## CASES

*Abbott GmbH & Co., KG v. Centocor Ortho Biotech, Inc.*,
  870 F. Supp. 2d 206 (D. Mass. 2012), *aff'd sub nom.*
  *AbbVie Deutschland GmbH & co., KG v. Janssen Biotech, Inc.*,
  759 F.3d 1285 (Fed. Cir. 2014)......................................................40

*Allergan, Inc. v. Apotex Inc.*,
  754 F.3d 952 (Fed. Cir. 2014)...................................................30, 60

*Amgen, Inc. v. Chugai Pharm. Co., Ltd.*,
  927 F.2d 1200 (Fed.Cir.1991)......................................................40

*Astellas Pharma Inc. et al. v. Actavis et al.*,
  Case No. 16-cv-01120 (D. Del.) ......................................................5

*Burroughs Wellcome Co. v. Barr Labs., Inc.*,
  40 F.3d 1223 (Fed. Cir. 1994)............................................31, 39, 64

*CardiAQ Valve Tech., Inc. v. Neovasc Inc.*,
  708 F. App'x 654 (Fed. Cir. 2017) .................................................37

*Chiron Corp. v. Genentech, Inc.*,
  268 F. Supp. 2d 1126 (E.D. Cal. 2002).........................................40

*Eisai Co. Ltd. v. Dr. Reddy's Labs., Ltd.*,
  533, F.3d 1353 (Fed. Cir. 2008)....................................................60

*Eli Lilly & Co. v. Aradigm Corp.*,
  376 F.3d 1352 (Fed. Cir. 2004)................................................32, 67

*Ethicon, Inc. v. U.S. Surgical Corp.*,
  135 F.3d 1456 (Fed. Cir. 1998)............................................. *passim*

*Falana v. Kent State Univ.*,
    669 F.3d 1349 (Fed. Cir. 2012)............................................... *passim*

*Fina Oil and Chemical Co. v. Ewen*,
    123 F.3d 1466 (Fed. Cir. 1997)........................................ 30, 31, 66

*In re VerHoef*,
    888 F.3d 1362 (Fed. Cir. 2018)................................................ 33, 68

*Knorr v. Pearson*,
    671 F.2d 1368 (C.C.P.A. 1982) ...................................................... 34

*Pannu v. Iolab Corp.*,
    155 F.3d 1344 (Fed. Cir. 1998)........................................ 30, 32, 65

*Price v. Symsek*,
    988 F.2d 1187 (Fed. Cir. 1993)................................................ 33, 34

*Singh v. Brake*,
    317 F.3d 1334 (Fed. Cir. 2003)........................................................ 60

*TransWeb LLC v. 3M Innovative Properties Co.*,
    812 F.3d 1295 (Fed. Cir. 2016)........................................ 33, 34, 50

*Vanderbilt Univ. v. ICOS Corp.*,
    601 F.3d 1297 (Fed. Cir. 2010)........................................ 30, 31, 66

**STATUTES**

28 U.S.C. § 1295(a)(1)................................................................ 1

35 U.S.C. § 116(a) ..................................................................... 33

28 U.S.C. § 1338(a) ..................................................................... 1

## STATEMENT OF RELATED CASES

No other appeal in or from this civil action was previously before this Court or any other appellate court. This appeal is related to *Degui Chen v. Michael E. Jung, et al.*, the Federal Circuit Court of Appeals Docket No. 2020-1257, which is a pending appeal from the Central District of California, Case No. 2:19-cv-4307-R-KS. These two appeals are considered companion cases. (Dkt. 14).

## JURISDICTIONAL STATEMENT

The district court had jurisdiction pursuant to 28 U.S.C. § 1338(a). Dr. Chen appeals from the final judgment of the U.S. District Court for the Central District of California in Case No. 2:18-cv-2015-RGK-KS, issued on November 6, 2019. (Appx0001-0010). A timely notice of appeal was filed on December 4, 2019. (Dkt. 1-2, Case No. 20-1255). This Court has jurisdiction under 28 U.S.C. § 1295(a)(1).

## STATEMENT OF THE ISSUES

Dr. Degui Chen appeals:

1.     Dr. Chen spent more than a year to develop and perfect a reliable and efficient luciferase reporter-based cell system that enabled insightful structure-activity relationship analysis, which led to the invention of approximately 175 new chemical compounds, including the claimed compounds A51 and A52. Was it legal error for the district court to ignore this Court's holding in *Falana v. Kent State Univ.* by discounting Dr. Chen's contribution in developing the cell system simply because the system "was not developed specifically to test the A-series compounds"?

2.     Dr. Chen conducted testing on the "A51" chemical compound, showing for the first time the compound had good activity, and then told co-inventor Dr. Ouk about the good results. Was the district court's finding that Dr. Chen "has not established that he tested A51" clearly erroneous, when the district court (i) ignored co-inventor Dr. Ouk's independent confirmation of Dr. Chen's testing (Appx1872-1873), written in October 2005; (ii) disregarded another key piece of evidence (Appx1880-1887), which is Dr. Ouk's disclosure of the good

activity of A51 to a third party on June 22, 2005; and (iii) speculated, *sua sponte* and without any evidentiary support from the trial, that someone else could have tested A51 before June 22, 2005?

3. Did the district court clearly err in characterizing Dr. Chen's testing of the very first pyridine-for-benzene substitution product (A51) from the UCLA "rational design" project as merely "confirmatory," when the chemical art is highly unpredictable, and after Defendants and their expert witness testified at trial that the pyridine-for-benzene substitution may lead to "strikingly different properties"?

4. Was it legal error for the district court to find Dr. Chen's intellectual input and experimental work within the UCLA inventorship team, which led to the design of RD162, as irrelevant or insignificant to the invention of the A-series compounds, when the right hand side cancer-inhibiting structure of RD162 is an essential feature of A52, and the A52 chemical structure naturally flowed from the identification of RD162 by Dr. Chen as having the best right hand side structure?

## STATEMENT OF THE CASE

## I.    BACKGROUND

Plaintiff-Appellant Dr. Degui "Charlie" Chen was a University of California, Los Angeles ("UCLA") Adjunct Assistant Professor working in the laboratory of Defendant-Appellee Dr. Charles Sawyers between 2003 and 2005. During that time, Dr. Chen carried out a drug discovery project to find a treatment for castration resistant prostate cancer. He collaborated with Dr. Samedy Ouk, a synthetic chemist and a postdoctoral fellow working in the laboratory of Defendant-Appellee Dr. Michael Jung. (Appx0002; Appx0173-0175 (Trial Tr. Day 1, Vol. 1, at 43:13 – 45:9)). Dr. Chen's research efforts led to the identification of a number of chemical compounds and methods of treatment for this previously untreatable type of prostate cancer. Some of these novel compounds and methods are covered by two families of patents assigned to UCLA. (Appx0002; App0011; Appx0541). The first group of patents, referred to as the "RD-series" patents, cover certain chemical compounds with a benzene ring on their "left side." Dr. Chen indisputably is a named inventor on those patents. (Appx0541). These RD-series patents form the basis of Astella Pharma's blockbuster drug

Xtandi® (enzalutamide). *See Astellas Pharma Inc. et al. v. Actavis et al.*, Case No. 16-cv-01120 (D. Del.)(Hatch-Waxman litigation over Xtandi® and the RD-series patents). The second group of patents cover certain chemical compounds with a pyridine structure on the left side, including "A51" and "A52." (*See, e.g.*, Appx0011-0038). Despite the origination and relatedness of A51 and A52 to the RD-series compounds, Dr. Chen is not named as an inventor on these so-called "A series patents."

Soon after the first of the "A series patents" issued in 2013, Dr. Chen retained an attorney to contact the University of California regarding his contributions to those inventions and be named as a joint inventor on the patent. (Appx0531-0532). However, the issue was not resolved. After two more "A series patents" issued, Dr. Chen brought the underlying lawsuit on March 12, 2018, in the Central District of California to correct the inventorship for U.S. Patent Nos. 8,445,507 B2, 8,802,689 B2, and 9,388,159 B2 (collectively, the "patents-in-suit" or the "A series patents" for the purpose of this appeal). (Appx0001).

After a two-day trial on October 15 and October 16 of 2019, the district court issued its Order and Judgment on November 6, 2019.

(Appx0001). The Court entered judgment in favor of Defendants. (*Id.*).

This appeal timely followed.

## II.  STATEMENT OF THE FACTS

### A.  Overview of Dr. Chen's Significant Contributions to the Inventions

In the early 2000's, a team of researchers including Dr. Chen at UCLA analyzed, designed, and tested "approximately 175" chemical compounds that led to the development of drugs to treat a previously untreatable "castration resistant" type of prostate cancer. (Appx0002). It is undisputed that Dr. Chen (i) spent more than a year to build and perfect a luciferase reporter-based cell system and the testing parameters that enabled the structure-activity relationship (SAR) analysis of novel compounds by the entire UCLA inventorship team; (ii) engaged in the SAR analysis as part of the team; and (iii) contributed intellectually to the invention of RD37, RD162, and other useful compounds.  (Appx0002; Appx0181, Appx0187, Appx0212-0214 (Trial Tr. Day 1, Vol. 1 at 51:3-7; 57:5-22; 82:21-84:18); Appx0309-0310 (Trial Tr. Day 1, Vol. 2 at 87:5-12; 88:10-22); Appx0382-0394, Appx0418-0419, Appx0424-0425, Appx0428 (Trial Tr. Day 2, Vol. 1 at 45:24-57:6; 81:21-

82:1; 87:25-88:2; 91:1); Appx0467, Appx0469-0470 (Trial Tr. Day 2, Vol. 2 at 5:16-24; 7:2-12; 8:3-11)).

A pyridine-for-benzene substitution on the "left side" of the "best compound" RD162 resulted in "A52," a compound covered by the patents-in-suit. (Appx0190 (Trial Tr. Day 1, Vol. 1 at 60:7-12)).[1] There was a dispute at trial as to whether, several months before A52 was invented, Dr. Chen had tested its predecessor (later to be named "A51"), which was a pyridine-for-benzene substitution of the previous best compound the team invented, called RD37. (Appx0007). If true, this testing by Dr. Chen showed for the first time that A51 had similar properties to RD37, and, therefore, this "pyridine substitution" approach on the left hand side of some of the "RD" compounds would actually work.

Dr. Chen drafted the biology portion of the patent application leading to the group of patents covering RD37 and RD162 (referred to

---

[1] The "left side" and "right side" of the compounds under discussion were depicted as such in chemical structure drawings during the Rational Design project at UCLA, in the patents-in-suit, and throughout the case below.

as the "RD-series patents"), and is a joint inventor on those patents. (Appx0289 (Trial Tr. Day 1, Vol. 2 at 67:1-8); Appx0541). However, three months after he left UCLA in September 2005, his erstwhile colleagues drafted an Invention Report covering the pyridine-substituted versions of RD37 and RD162 (i.e. A51 and A52), did not tell him about it, and did not name him as a joint inventor on the resulting A51/A52 patents. (Appx0011-0039; Appx0040-0067; Appx0068-0095; Appx0531-0532; Appx1868-1871).

Dr. Chen had made significant contributions to the invention of A51, A52, and the use of these compounds in the treatment of the previously untreatable castration resistant prostate cancer. Three patents are at issue in this case. U.S. Patent No. 8,445,507 B2 claims the A51 and A52 compounds, pharmaceutical compositions containing these compounds, and methods of treatment using these compounds. (Appx0036-0038; *see also* Defendants' expert witness's analysis of the patent claims at Appx0478 (Trial Tr., Day 2, Vol. 2 at 16:5-19)). U.S. Patent No. 8,802,689 B2 claims methods of treatment using compounds having a generic structure, including A51 and A52. (Appx0065-0067). U.S. Patent No. 9,388,159 B2 claims compounds having a generic

structure and pharmaceutical compositions containing the same, including A51 and A52. (Appx0093-0095).

**B.    Dr. Chen's Invention of a Specialized Cell System for the "Rational Design" Project, Testing, and Structure-Activity Relationship Analysis Led to the Invention of Cancer-Inhibiting Chemical Compounds RD37, A51, RD162, and A52**

Dr. Degui Chen is a talented molecular biologist and biochemist. (Appx0171, Appx0445-0446 (Trial Tr. Day 1, Vol. 1 at 41:2-3; Day 2, Vol. 1 at 108:20-109:1)). From 1999 to 2005, Dr. Chen worked at UCLA, first as a post-doctoral fellow, and then an Adjunct Assistant Professor. (Appx0171, Appx0174; Appx0445-0446 (Trial Tr. Day 1, Vol. 1 41:5-7, 44:12-22; Day 2, Vol. 1 at 108:20-109:1)). During this time, Dr. Chen studied a type of prostate cancer that was drug resistant and untreatable. (*See* Appx0533-0540 (Dr. Chen's 2004 research article); Appx0541-0636). Dr. Chen and his colleagues discovered that this type of cancer acquires an abnormal activity of androgen receptor, or "AR," and is able to continue to grow despite under the treatment of the then-available prostate cancer drugs. (Appx0533). This groundbreaking discovery was published in the journal *Nature Medicine* in 2004, and Dr. Chen is the first author of this publication. (*Id.*).

In that article, Dr. Chen pointed out that the AR was a valid drug target in castration resistant prostate cancer. (Appx0538 ("a compelling rationale for the design of new antagonists [as cancer drugs]")). The trick was to find or design chemical compounds that are pure antagonists to inhibit the abnormal AR activity. (Appx0173, Appx0184 (Trial Tr. Day 1, Vol. 1 at 43:19-25; 54:1-6)). Accordingly, after Dr. Chen became an Adjunct Assistant Professor in 2003, he started a drug discovery project aimed at finding effective treatment for this type of prostate cancer. (Appx0174-0175, Appx0186 (Trial Tr. Day 1, Vol. 1 at 44:21-45:1, 56:9-13, referring to Dr. Chen's laboratory notebooks recording his drug discovery work at UCLA, TX57, TX67, and TX127 (Appx1109-1276, Appx1365-1469, and Appx1474-1867))). Dr. Chen named the project "Rational Design" or "RD." (Appx0181 (Trial Tr. Day 1, Vol. 1 at 51:15-19)). Dr. Chen worked closely with Dr. Samedy Ouk, a postdoctoral fellow and a synthetic chemist at UCLA, on the RD project. (Appx0183 (Trial Tr. Day 1, Vol. 1, at 53:9-14)).

To get the drug discovery project off the ground, Dr. Chen spent 2003 and part of 2004 developing and perfecting a cell system that is specific to studying castration resistant prostate cancer, as well as

sensitive, robust, and efficient in finding the chemical compounds that are effective to inhibit castration resistant prostate cancer. (Appx0176-0178 (Trial Tr., Day 1, Vol. 1 at 46:8-12, 47:14-48:3)). Dr. Chen designed and built two novel components for this cell system, namely, a version of luciferase reporter that is responsive to the abnormal AR activity and an AR expression DNA vector based on the HIV virus. He then assembled these components in a normal prostate cancer cell line to mimic castration resistant prostate cancer. (Appx0179 (Trial Tr. Day 1, Vol. 1 at 49:1-12)). This novel luciferase reporter-based cell system was able to determine the specific biological activities of chemical compounds for the treatment of this drug resistant type of cancer. (*Id.*). A cell system for this purpose did not exist at that time, and was not published anywhere as of 2005. (Appx0180 (Trial Tr. Day 1, Vol. 1 at 50:19-25)).

Subsequently, Dr. Chen spent ten more months developing a "goldilocks" set of testing parameters, to enable fast *and* reliable testing and SAR analysis. (Appx0180-0181 (Trial Tr. Day 1, Vol. 1, at 50:3-18; 51:3-7)). The testing parameters Dr. Chen developed significantly contributed to the success of the RD project. (Appx0179-0180 (Trial Tr.

Day 1, Vol. 1 at 49:17-50:2 (discussing the shortcomings of prior methods))). The novel set of testing parameters Dr. Chen developed allowed the testing and the structure-activity relationship (SAR) analysis of more than 162 chemical compounds within three years, instead of the "thirty years" Dr. Chen estimated it would have taken to run testing with prior art testing methods, generate data, and conduct SAR analysis. (Appx0180 (Trial Tr. Day 1, Vol. 1 at 50:14-18)).

Once the cell system and the testing parameters were both in place, Dr. Chen tested more than 162 chemical compounds he and Dr. Ouk designed, carried out SAR analysis for further chemical structure design, and identified the best compounds. (Appx0193, Appx0196, Appx0198-0199 (Trial Tr. Day 1, Vol. 1 at 63:15-18, 66:9-12, 68:12-69:11)). The "Rational Design" project started with a compound called "RU59063" previously made and published by the French pharmaceutical company Roussel Uclaf (hence the "RU" designation) in 1994. (Appx0184; Appx0423 (Trial Tr. Day 1, Vol. 1 at 54:1-11; Day 2, Vol. 1 at 86:9-16)). This "RU" compound binds very well to the androgen receptor ("AR"), but it does not inhibit AR activity, so it does not inhibit prostate cancer growth. (*Id.*). The UCLA team retained the AR-binding

parts of RU59063 (or the "left hand side," as it was referred to during the RD project and in the district court proceedings, and in this brief), but progressively changed the right hand side (the effectuating part that acts on AR activity) to design and synthesize new compounds. (Appx0181 (Trial Tr. Day 1, Vol. 1 at 51:12-17); Appx1964-1986). For example, some of the earliest "RD" compounds are shown below – they retained the same left hand side from the prior art RU59063 compound, but differ in the right hand side structures.



(Appx0592 ('517 patent, Example 29, structure of RU69063)).

| Ref | Structure |
|------|-----------|
| RD-1 |  |
| RD-2 |  |
| RD-3 |  |
| RD-4 |  |
| RD-5 |  |
| RD-6 |  |
| RD-7 |  |
| RD-8 |  |

(Appx1965).

　　　As another example, Dr. Chen performed an SAR analysis of novel compounds with various right hand side structures to improve the pharmacokinetic properties:

(Appx0189 (Trial Tr. Day 1, Vol. 1 at 59:1-21); Appx1200 (Dr. Chen's laboratory notebook page)).

New compounds were synthesized by Dr. Ouk and tested by Dr. Chen using his novel cell system. (Appx0183, Appx0190 (Trial Tr. Day 1, Vol. 1 at 53:12-14, 60:17-24); Appx0233-0234 (Day 1, Vol. 2 at 11:24-12:1); Appx0424 (Day 2, Vol.1 at 87:20-24); Appx0468 (Day 2, Vol. 2 at 6:11-16)). Until Dr. Chen left UCLA in September 2005, only he tested the novel compounds using his cell system. (*Id.*). Once Dr. Chen obtained the test data, he analyzed them in an SAR analysis. (*See, e.g.*, Appx0194-0196 (Trial Tr. Day 1, Vol. 1 at 64:13-66:2); Appx1567-1568, Appx1664)). "Very important" insights were gained as to what chemical structures might enhance inhibition. (Appx0418-0419 (Trial Tr. Day 2, Vol. 1 at 81:21-82:1); Appx0467 (Day 2, Vol. 2 at 5:16-19)). A potential drug candidate also needs to have good pharmacokinetic ("PK") properties to persist in human body and reach the cancer. (Appx0187 (Trial Tr. Day 1, Vol. 1 at 57:2-15)). The insights were used for the next round of compound design, to make better and better structures. As reflected in the name "RD," the compounds were designed rationally based on the SAR analysis in an iterative process. (Appx0364-0365 (Trial Tr. Day 2, Vol. 1 at 27:21-28:1)).

After years of testing and SAR analysis, by July 2005, Dr. Chen and the UCLA inventorship team designed, synthesized, and tested a wonderful chemical compound that not only is effective in inhibiting the growth of castration resistant prostate cancer, but also has good PK properties. (Appx0187 (Trial Tr. Day 1, Vol. 1 at 57:18-22); Appx0299 (Day 1, Vol. 2 at 77:4-11); Appx0438 (Day 2, Vol. 1 at 101:15-17)). This compound was RD162, so named to designate it as the 162nd compound synthesized in the RD project. (Appx0188 (Trial Tr. Day 1, Vol. 1 at 58:12-20)). However, in a plot twist, explained below at pp. 18-22, RD162 was actually the 163rd compound synthesized by Dr. Ouk for the RD project.

After Dr. Chen identified RD162 as "the best of this series," he left UCLA to return to China in September 2005, for personal reasons. (Appx0237-0238 (Trial Tr. Day 1, Vol. 2 at 15:19-16:3)). Two months after Dr. Chen left UCLA, Dr. Ouk synthesized A52, which was based on RD162 but had a pyridine-for-benzene substitution on the left side. (Appx0190 (Trial Tr. Day 1, Vol. 1 at 60:7-12); Appx1868-1873). Dr. Jung quickly drafted an Invention Report for A51 and A52 in December 2005, but Dr. Chen was not named as an inventor. (Appx1868-1871).

Dr. Chen was not even informed that this was happening, that he was written out of the invention of A51 and A52. (Appx0200-0201 (Trial Tr. Day 1, Vol. 1 at 70:25-71:14)).

### C. Dr. Chen Tested A51, the Very First Pyridine Compound in the RD Project, and Revealed the Validity of the Pyridine Substitution Compound Design Strategy

The story of the RD Project, from the cell system to the design and testing of the compounds from RD1 all the way through RD162 and A52, would have been straightforward, but there was a twist. In early 2004, RD37 was tested and found to be active against castration resistant prostate cancer. (Appx0186-0187 (Trial Tr. Day 1, Vol. 1 at 56:18-57:4)). There was some concern at UCLA that Roussel Uclaf had already patented compounds with the benzene-based left hand side structure as found in RU59063. (Appx0396-0397, Appx0434 (Trial Tr. Day 2, Vol. 1 at 59:24-60:9; 97:22-25); Appx1872-1873). On August 31, 2004, Drs. Chen, Ouk, Jung and Sawyers met to discuss ways to modify the "scaffold" of the compounds with the benzene-based left hand side structure to stay clear of the Roussel Uclaf patent. (*Id.*). Subsequently, in addition to the continuing efforts to change the right hand side of the chemical compounds to find the best prostate cancer inhibitor structure,

Dr. Ouk synthesized and Dr. Chen tested about 20 new compounds with modified scaffolds, including imine, 2,5-bisiminothiazolidine, pyridine, succinimide, and pyrazolone structures. (Appx1995 (summary by organic chemistry expert witness Dr. Bihovsky); Appx1964-1986 (*e.g.* RD90, RD98, RD99, RD113 as examples of these modified scaffolds)). Other modifications were also tried, including switching side groups on the left-side ring structure. (Appx1978 (*e.g.*, RD100)). All these modified compounds were sequentially named with an "RD" prefix and a number by Dr. Ouk, including RD98 and RD99 that were marked as "new core structure" by Dr. Ouk in his project report (Appx1978), except for one compound with a pyridine scaffold, illustrated below and labeled as "A51." (Appx0188, Appx0219 (Trial Tr. Day 1, Vol. 1 at 58:14-20; 89:4-11); Appx1964-1986).

Benzene (Phenyl)

Pyridine (Pyridinyl)

RD37

A51

RD162

A52 (Apalutamide)

(Appx1964-1986 (RD37 and RD162); Appx0023 (A51 and A52)). For this

first pyridine compound, Dr. Ouk incorporated the right hand side

structure of RD37, previously identified by Dr. Chen as having very

good cancer inhibiting activity but less than ideal PK properties.

(Appx0186-0187 (Trial Tr. Day 1, Vol. 1 at 56:18-57:15)). RD37 was the

best compound Dr. Chen identified and the UCLA inventorship team

had at the time. (*Id.*). After making the pyridine-for-benzene switch in

RD37, Dr. Ouk took the new compound to the nuclear magnetic

resonance ("NMR") facility at UCLA, confirmed its chemical structure,

and drew the chemical structure on the NMR spectrum printout.

(Appx0408 (Trial Tr. Day 2, Vol. 1 at 72:5-20); Appx0642 (NMR spectrum with hand drawn chemical structure of A51, but no name)).

Here comes the plot twist. The pyridine-for-benzene substitution for the left hand side ring was one of several modification strategies discussed during the August 31, 2004, meeting. (Appx0398 (Trial Tr. Day 2, Vol. 1 at 61:3-11); Appx0638). The idea then was to modify the scaffold to avoid the earlier Roussel Uclaf patent. (*Id.*). Several alternative scaffolds were synthesized subsequently, and all of these resulting compounds were given a sequential, "RD" name, except for this first pyridine compound based on RD37. (Appx0219, Appx0376-0377 (Trial Tr. Day 1, Vol. 1 at 89:4-11; Day 2, Vol. 1 at 39:18-40:9); Appx1964-1986; Appx1995 (summary of six different scaffolds)). Dr. Ouk was responsible for naming each new compound he synthesized for the RD project, and his practice was to name each compound with a sequential "RD" number. (Appx0188 (Trial Tr. Day 1, Vol. 1 at 58:14-20)). Dr. Ouk never explained why he failed to name this particular compound even after he had confirmed its structure by NMR. Even when he drew the structure on the NMR printout, and even when he subsequently drew the structure in his own laboratory notebook, he did

not give it any name or number. (Appx0642; Appx1962-1963).

According to Dr. Bihovsky, who testified as an expert on organic chemistry and the drug discovery process, not naming a compound during a drug discovery process is "unusual." (Appx0376 (Trial Tr. Day 2, Vol. 1 at 39:1-9)). Dr. Bihovsky opined that any decision by Dr. Ouk not to name the pyridine compound in 2005 was "arbitrary." (Appx0377 (Trial Tr. Day 2, Vol. 1 at 40:12-17)).

Dr. Ouk synthesized the first pyridine compound at the end of January 2005. (Appx0642 (NMR spectrum dated January 23, 2005)). Dr. Ouk took the unnamed pyridine compound along with several newly synthesized and named "RD" compounds to Dr. Chen for testing. (Appx0218 (Trial Tr. Day 1, Vol. 1 at 88:6-15)). Here the versions of events diverged at trial. Dr. Chen testified that he tested the unnamed compound by mid-February, 2005, and promptly told Dr. Ouk that its activity was good, "as good as RD37," thereby showing for the first time that the pyridine substitution strategy worked. (Appx0220 (Trial Tr. Day 1, Vol. 1 at 90:8-15); Appx1952-1953 (test data generated on Feb. 11, 2005); Appx1954-1955 (test data generated on Feb. 15, 2005)). Dr. Ouk, on the other hand, testified at trial that he was "not sure"

Dr. Chen tested A51, and that Dr. Chen told him the new compound did *not* have activity. (Appx0410 (Trial Tr. Day 2, Vol. 1 at 73:1-16)). Defendant Dr. Jung also testified that he asked Dr. Chen about the A51 testing in early 2005, but Dr. Chen told him it was "no good." (Appx0431, Appx0434 (Trial Tr. Day 2, Vol. 1 at 94:4-19; 97:13-19)). In its trial opinion, the district court clearly erred by adopting Dr. Ouk's version, as will be discussed *infra* at pp. 49-59. (Appx0003). Dr. Ouk indeed learned from Dr. Chen that the new pyridine compound had good activity, and, therefore, the pyridine substitution strategy worked in RD compounds. Dr. Ouk wrote an email to the CEO of a pharmaceutical company discussing this (still unnamed) compound's "encouraging activity" in June 2005. (Appx1886). Dr. Ouk could not have known that "encouraging activity" unless Dr. Chen had told him.

## D. Dr. Chen's Continuing Effort after He Tested A51 Led to the Invention of RD162 as the Best Chemical Compound of the "Rational Design" Project

At trial, Dr. Chen testified that he was aware that the unnamed pyridine compound was based on RD37, which had good cancer cell inhibiting activity but bad PK properties. (Appx0186-0187; Appx0220-0221 (Trial Tr. Day 1, Vol. 1 at 56:18-57:22; 90:21-91:6)). Therefore,

after February 2005, Dr. Chen continued to focus on the right hand side structure to solve the PK problem, and, after much work, finally arrived at RD162 in mid-July, 2005. (Appx0189-0190 (Trial Tr. Day 1, Vol. 1 at 59:1-60:2 (discussing SAR analysis shown on Dr. Chen's laboratory notebook TX57, page 92 (Appx1200) which was aimed at solving the PK problem RD37 had); *see also* Appx1250 (Dr. Chen's 7/11/2005 handwritten analysis of the right hand side structures of RD130 through RD163)). RD162 turned out to be both active and having good PK properties—meeting the criteria of a promising drug candidate. (Appx0661-0662; Appx1872-1873). In late July 2005, Dr. Chen told Dr. Sawyers that RD162 "solved the PK problem," and was the best compound they had. (Appx0190 (Trial Tr. Day 1, Vol. 1 at 60:1-2); Appx0647-0650). It is undisputed that RD162 was developed and shown to work with significant contributions by Dr. Chen.

E. **Dr. Ouk "Combined the Idea of A51 and RD162" to Arrive at the Structure of A52, Which "Would Be as Good as RD162"**

In September 2005, Dr. Chen moved back to China for personal reasons. (Appx0237-0238 (Trial Tr. Day 1, Vol. 2 at 15:19-16:3)). Soon after, in October 2005, Dr. Ouk wrote a letter, stating that he had made

a pyridine compound several months ago, which he now for the first time named "A51," and that Dr. Chen had tested it but did not reveal its activity to him. (Appx1872-1873). In this letter, Dr. Ouk also discussed how the "idea" of A51 could be combined with RD162, stating,

> It would be very dangerous not to tell you about A51 because if A51 turned [out] to be as active as RD37. So there is a big chance that by combining the idea [o]f A51 and RD162, one could easily make a compound that would be as good as RD162 but completely out of Roussel Uclaf patents and our patents.

(Appx1872). Dr. Ouk then drew the structure of A52, which is RD162 with a pyridine-for-benzene substitution at its left hand side part. (Appx0416-0417 (Trial Tr. Day 2, Vol. 1 at 79:21-80:13); Appx1873).

Dr. Ouk showed his letter to Drs. Sawyers and Jung, and revised it with Dr. Jung's involvement. (Appx0637-0641; Appx0651; Appx1872-1873). A51 and A52 were promptly synthesized or re-synthesized by Dr. Ouk in November of 2005 and quickly tested or re-tested by others in Dr. Sawyers' laboratory. (Appx0468-0469 (Trial Tr. Day 2, Vol. 2 at 6:17-7:5)). A51 and A52 are the only two pyridine-containing compounds made at UCLA during the entire RD project. (Appx0425-0426 (Trial Tr. Day 2, Vol. 1, at 88:23-89:2)). By December 12, 2005, Drs. Sawyers, Jung, and Ouk all signed an Invention Report regarding A51 and A52.

(Appx1868-1871). Dr. Chen was in China. The named inventors never talked to Dr. Chen about these activities to obtain a patent on the pyridine compounds. He was not named a joint inventor of A51, A52, pharmaceutical compositions containing these compounds, or methods of treatment using these compounds.

## SUMMARY OF THE ARGUMENT

Dr. Chen was part of an inventorship team at UCLA and made significant inventive contributions to the invention of the A51 and A52 claimed in the patents-in-suit. Dr. Chen spent more than a year to develop and perfect a reliable and efficient luciferase reporter-based cell system and testing parameters, which enabled the team to conduct structure-activity relationship (SAR) analysis for further compound design. Dr. Chen's contributions to the iterative process of SAR analysis, compound design, and compound testing, in particular his testing of A51 to reveal the validity of a pyridine-for-benzene compound design strategy, and his identification of the bioactive RD162 as the best compound that solved a pharmacokinetics problem, led to the invention of the claimed compounds A51 and A52 and the claimed methods of treating cancer with these compounds.

The district court made several legal errors as well as clearly erroneous fact findings in discounting all of Dr. Chen's contributions to the claimed invention. It was legal error to discount Dr. Chen's developing of the luciferase reporter-based cell system and testing parameters simply because the system "was not developed specifically

to test the A-series compounds." This Court held in *Falana v. Kent State Univ.* that a scientist's development of a method suitable or adaptable for the synthesis of a genus of chemical compounds amounted to a significant contribution to the invention of new species of chemical compounds within that genus.

The district court's finding that Dr. Chen "has not established that he tested A51" is clearly erroneous. Even under the district court's improperly heightened standard for corroboration, i.e. "independent, contemporaneous," Dr. Chen's testimony was corroborated by (i) actual testing results, (ii) co-inventor Dr. Ouk's independent confirmation in October 2005, (iii) Dr. Ouk's February 18, 2005 laboratory notebook entry, and (iv) Dr. Ouk's disclosure of the good activity of A51 to a third party on June 22, 2005.

The district court also clearly erred in characterizing as merely "confirmatory" Dr. Chen's testing of A51, which was the very first pyridine-for-benzene substitution product from the UCLA "Rational Design" project. The chemical art is highly unpredictable, and both contemporaneous documents and witnesses' testimony at trial show that the biological activity of a compound resulting from the pyridine-

for-benzene substitution was not predictable, may be "strikingly different," and must be tested.

It is also legal error for the district court to discount Dr. Chen's intellectual input and experimental work within the UCLA inventorship team, which led to the design of RD162. The right hand side structure of RD162 is an essential feature of the chemical structure of A52. The A52 chemical structure naturally flowed from the identification of RD162 as having the best right hand side cancer-inhibiting structure.

**ARGUMENT**

## I. STANDARD OF REVIEW ON APPEAL

"On appeal from a bench trial, we review the underlying findings of fact for clear error, and we review de novo the court's ultimate legal conclusion . . . ." *Allergan, Inc. v. Apotex Inc.*, 754 F.3d 952, 961 (Fed. Cir. 2014). "Inventorship is a question of law, which this court reviews without deference." *Ethicon, Inc. v. U.S. Surgical Corp.*, 135 F.3d 1456, 1460 (Fed. Cir. 1998). The underlying findings of fact which uphold a district court's inventorship determination are reviewed for clear error. *Id.*

## II. LEGAL STANDARD

### A. Joint Inventorship

A joint inventor's contribution to the conception of an invention must be "not insignificant," but there is no qualitative or quantitative threshold. *See Pannu v. Iolab Corp.*, 155 F.3d 1344, 1351 (Fed. Cir. 1998); *Vanderbilt Univ. v. ICOS Corp.*, 601 F.3d 1297 (Fed. Cir. 2010); *Fina Oil and Chemical Co. v. Ewen*, 123 F.3d 1466, 1473 (Fed. Cir. 1997)("no explicit lower limit on the quantum or quality of inventive contribution"; "no bright-line standard"). "[A] joint invention is simply

the product of a collaboration between two or more persons working together to solve the problem addressed." *Fina Oil*, 123 F.3d at 1473 (citing *Burroughs Wellcome Co. v. Barr Labs., Inc.*, 40 F.3d 1223, 1227 (Fed. Cir. 1994)). "One need not alone conceive of the entire invention, for this would obviate the concept of joint invention." *Id.* "[E]ach contributor need not have their own contemporaneous picture of the final claimed invention in order to qualify as joint inventors." *Vanderbilt*, 601 at 1303 (citing *Fina Oil*, 123 F.3d at 1473).

"Conception of a chemical substance requires knowledge of both the specific chemical structure of the compound and an operative method of making it." *Fina Oil*, 123 F.3d at 1473 (citing *Burroughs Wellcome*, 40 F.3d at 1229). However, in a determination of joint inventorship, just "because the first person did not conceive or reduce to practice the entire claimed invention," he or she may still have "at least contribute[d] in some significant way to the ultimate conception." *Id.* at 1474. Conception may occur "within an inventorship team," i.e., a "group or collaboration that together envisioned the final claimed compounds." *Vanderbilt*, 601 F.3d at 1307. It is legal error to require each joint inventor to "have an independent mental picture of the

complete compound claimed. Such an interpretation is *clearly wrong under our established precedent.*" *Id.* at 1307-08 (emphasis added). It is also error to hold that "the contribution of a molecular scaffold in the context of one molecule could never rise to the level of joint inventorship for a different family of molecules containing the same scaffold." *Id.*

"Contribution to the ultimate conception" is not the same as the conception of the entire claimed subject matter. "[T]he law of inventorship does not hinge co-inventor status on whether a person contributed to the conception of all the limitations in any one claim of the patent. Rather, the law requires only that a co-inventor make a contribution to the conception of the subject matter of a claim." *Eli Lilly & Co. v. Aradigm Corp.*, 376 F.3d 1352, 1361-62 (Fed. Cir. 2004). An individual who "conceived part of the invention" can nevertheless have "contributed to the conception of the subject matter" and be entitled to inventorship. *Ethicon, Inc.*, 135 F.3d at 1461-62 (regarding claim 33, contributions on certain elements qualified a joint inventor); *Pannu*, 155 F.3d at 1351 (contribution to "the idea of one-piece construction for the lens" qualified a joint inventor). One who "contributed the idea" that

is "an essential feature of the claimed invention" is definitely a joint inventor. *In re VerHoef*, 888 F.3d 1362, 1366 (Fed. Cir. 2018).

Joint inventors need not physically work together or at the same time. 35 U.S.C. § 116(a). The contribution to the conception and reduction to practice of a broader genus of chemical compounds by a team member may be sufficient to constitute inventorship of a novel compound within the genus, even when the claimed compound was synthesized after the team member had left and stopped working on the project. *Falana v. Kent State Univ.*, 669 F.3d 1349, 1357-59 (Fed. Cir. 2012).

## B. Corroboration

"[A]n alleged co-inventor must supply evidence to corroborate his testimony." *Ethicon*, 135 F.3d at 1461 (citing *Price v. Symsek*, 988 F.2d 1187, 1194 (Fed. Cir. 1993)). "A 'rule of reason' analysis is used to determine the sufficiency of corroboration." *TransWeb LLC v. 3M Innovative Properties Co.*, 812 F.3d 1295, 1301 (Fed. Cir. 2016). "[A]n evaluation of *all* pertinent evidence must be made so that a sound determination of the credibility of the [alleged] inventor's story may be reached." *Ethicon*, 135 F.3d at 1461 (emphasis in the original).

"Circumstantial evidence about the inventive process may also corroborate." *Id.* (citing *Knorr v. Pearson*, 671 F.2d 1368, 1373 (C.C.P.A. 1982)). "Circumstantial evidence can be sufficient" to carry the "clear and convincing" burden of proof. *TransWeb*, 812 F.3d at 1301. "Additionally, oral testimony of someone other than the alleged inventor may corroborate." *Ethicon*, 135 F.3d at 1461 (citing *Price*, 988 F.2d at 1195-96).

III. **IT WAS A LEGAL ERROR TO DISCOUNT DR. CHEN'S INNOVATIVE CELL SYSTEM AND HIS STRUCTURE-ACTIVITY RELATIONSHIP ANALYSIS THAT CONTRIBUTED TO THE INVENTION OF *ALL* CANCER-INHIBITING COMPOUNDS IN THE DRUG DISCOVERY PROJECT, INCLUDING RD37, A51, RD162, AND A52**

A. **Dr. Chen Spent More than One Year Custom-Building a Cell System and a Testing Method for the Rational Design Project that Were Not Public Knowledge When A51 and A52 Were Invented**

It was undisputed at trial that Dr. Chen spent six months designing and building two innovative viral vectors containing novel luciferase reporter and AR expression DNA constructs, and inserting the vectors into appropriate cancer cell lines, to make a specific, sensitive, and efficient cell system, the necessary and tailor-made "hardware" for the RD project. (Appx0177, Appx0179, Appx0181 (Trial

Tr. Day 1, Vol. 1 at 47:14-19; 49:1-12; 51:3-7)). Dr. Chen's testimony on this work was corroborated by contemporaneously generated laboratory notebooks. (Appx0185-0186 (Trial Tr. Day 1, Vol. 1 at 55:9-14, 56:5-13)).

It was also undisputed at trial that Dr. Chen spent ten more months experimenting with and improving the "software" or testing parameters for his innovative cell system, including, but not limited to, coming up with a narrow set of combination of reagent concentrations to make the testing system practical. (Appx0179-0181 (Trial Tr. Day 1, Vol. 1 at 49:16-51:7)). Dr. Chen's testimony on this work was also corroborated by contemporaneously generated laboratory notebooks. (Appx0185-0186 (Trial Tr. Day 1, Vol. 1 at 55:9-14, 56:5-13)).

Dr. Chen testified that, without his innovation and improvement of the luciferase reporter-based cell system and testing parameters, the testing data generated by some prior art method would have been "very confusing," which would make the subsequent structure-activity relationship analysis impractical. (Appx0179-0180 (Trial Tr. Day 1, Vol. 1 at 49:16-50:15)). The SAR analysis requires much insight, and the ability to tell which compound has better activity than another—but

such differences in test results could be too ambiguous if the testing system is not up to the task. (*Id.*). This testimony is uncontroverted.

Dr. Chen also testified that, without the improvement in the "software" of his testing, the testing and the SAR analysis of the more than 162 compounds in the RD project would have taken 30 years. (Appx0180 (Trial Tr. Day 1, Vol. 1 at 50:14-18)). Therefore, even if the SAR analysis had not been misled or bogged down by ambiguous data generated by any earlier testing methods available in the art, the project would not have yielded two drugs. (*Id.*). Again, this testimony is uncontroverted.

The cell system Dr. Chen developed, including the cell line, testing parameters, and the novel luciferase reporter and AR expression DNA constructs, was not published anywhere as of *2005*, when A51 and A52 were invented. (Appx0180, Appx0289 (Trial Tr. Day 1, Vol. 1 at 51:19-25; Day 1, Vol. 2, at 67:4-15)). The district court noted that Dr. Chen's luciferase reporter-based cell system was described in the patents that cover RD37 and RD162. (Appx0007). However, the "RD-series" patent application was first published in *2007*. (Appx0541). There is "no case in which [the Federal Circuit has] barred co-inventorship . . . just because

the contribution later appeared in the public domain, where the ideas contributed were not contemporaneously available to an ordinary skilled artisan and were otherwise significant in producing the inventive conception at the time it was completed." *CardiAQ Valve Tech., Inc. v. Neovasc Inc.*, 708 F. App'x 654, 660 (Fed. Cir. 2017) (discussing the impact of a patent application that "was secret at the time of the collaboration" on a joint inventorship determination). Here, Dr. Chen's cell system and testing parameters were not public knowledge when the A51 and A52 inventions were made, and certainly had not been "assimilated into the store-house of knowledge that comprises ordinary skill in the art" in 2005. *Falana*, 669 F.3d at 1358.

## B. Dr. Chen's Cell System and Testing Method Were Innovative and Inventive, Not Routine

Defendant Dr. Sawyers acted as his own expert witness at trial. He opined that the "a skilled biologist" "could design a system" like Dr. Chen did, in "many weeks, if not months." (Appx0459-0460 (Trial Tr. Day 2, Vol. 1 at 122:5-10; 123:4-9)). He also opined that a skilled biologist "would be able to" make the cell lines like Dr. Chen did, to host the test system, but Dr. Sawyers did not give a timeline of this second step. (Appx0460 (Trial Tr. Day 2, Vol. 1 at 123:10-23)). Dr. Sawyers

never addressed whether the designing and building of the DNA constructs that would have taken a skilled biologist "many weeks, if not months," and the subsequent work to generate a suitable cell line for the testing, would all be considered routine at that time, or, on the contrary, be extraordinary and an undue experimentation.

After testifying that a luciferase system and a suitable cell line could have been designed and made after much work, Dr. Sawyers had this exchange with his own counsel:

> Q:  In your opinion, once that trained skilled molecular biologist made their own LNCaP AR cells, would that skilled molecular biologist be able to test compounds for androgen receptor activity based on the *Nature Medicine* article, Exhibit 9?
>
> A:  Yes, that's my opinion.

(Appx0461 (Trial Tr. Day 2, Vol. 1 at 124:1-6)). Before this exchange, Dr. Chen testified that, because he worked out the "goldilocks" set of testing parameters to enable the generation of easy-to-analyze data in record time, what would have taken thirty years to do actually took him only three, to make the entire drug discovery project viable. (Appx0180 (Trial Tr. at Day 1, Vol. 1 at 50:14-18)). Dr. Sawyers completely failed to comment on, much less rebut, Dr. Chen's testimony. Dr. Sawyers never

testified as to the skill level and intellectual input one would have to employ to work out a suitable set of testing parameters for the project—which, as discussed above, took Dr. Chen ten months to achieve.

Dr. Sawyers also testified as a fact witness, and did not contest the fact that Dr. Chen spent more than a year on the "hardware" and "software" of his testing method. Therefore, there is no evidence in the record to contradict Dr. Chen's testimony and laboratory notebook entries, which clearly show that Dr. Chen's cell system and testing parameters were *not* publicly available or routine when A51 and A52 were invented and tested in 2005. The district court clearly erred in ignoring Dr. Chen's unrebutted testimony.

## C. Dr. Chen Obtained Test Data and Conducted Structure-Activity Relationship Analysis, and Intellectually Contributed to the Design of Chemical Compounds for the Drug Development Project

Dr. Chen was not simply a "pair of hands" that generated data for others to analyze.[2] Dr. Chen testified at trial how he conducted rounds

---

[2] However, this Court in *Burroughs Wellcome* indicated that a joint inventor's contribution to a collaborative effort can be purely "experimental." 40 F.3d at 1229. Furthermore, in a context similar to the instant case, a district court has indicated that "designing the [cell based] experiment, determining how to screen the antibodies for the desired characteristics," or "doing . . . the laboratory work" should count

of SAR analysis from RD1 to RD163 and recorded the results. (Appx0194-0196 (Trial Tr. Day 1, Vol. 1 at 64:7-66:12)). This testimony is also corroborated by his laboratory notebooks. (Appx0185-0186 (Trial Tr. Day 1, Vol. 1 at 55:5-8, 56:5-13)). Moreover, everyone on the inventorship team agreed at trial that Dr. Chen not only participated in, but also intellectually contributed to, the SAR analysis that led to better and better design of compounds in an iterative fashion. For example,

- Dr. Ouk:[3] Dr. Chen's "contribution is very important for the RD-series" (Appx0418-0419 (Trial Tr. Day 2, Vol. 1 at 81:21-82:1));

- Dr. Ouk: Dr. Chen's "contribution was enormous" (Appx0345 (Trial Tr. Day 2, Vol. 1 at 8:6-17));

---

in an inventorship determination relating to a patent claim covering "monoclonal antibodies that bind to [a particular] antigen." *Chiron Corp. v. Genentech, Inc.*, 268 F. Supp. 2d 1126, 1131-32 (E.D. Cal. 2002). An antibody is a chemical compound. *See Abbott GmbH & Co., KG v. Centocor Ortho Biotech, Inc.* 870 F. Supp. 2d 206, 240 (D. Mass. 2012), *aff'd sub nom. AbbVie Deutschland GmbH & Co., KG v. Janssen Biotech, Inc.*, 759 F.3d 1285 (Fed. Cir. 2014)(citing *Amgen, Inc. v. Chugai Pharm. Co., Ltd.*, 927 F.2d 1200, 1206 (Fed.Cir.1991)).

[3] Dr. Ouk was represented by the same attorneys as Defendants-Appellees in the case below.

- Dr. Jung: Dr. Chen "certainly was there [for SAR analysis]" (Appx0424 (Trial Tr. Day 2, Vol. 1 at 87:5-24));

- Dr. Jung: Dr. Chen was "part of the team" (Appx0428 (Trial Tr. Day 2, Vol. 1 at 91:1));

- Dr. Sawyers: SAR analysis "was useful in picking a compound for doing the pyridine ring" (Appx0467 (Trial Tr. Day 2, Vol. 2, at 5:16-19));

- Dr. Sawyers: Dr. Chen contributed to the SAR analysis (Appx0470 (Trial Tr. Day 2, Vol. 2 at 8:3-11));

- Dr. Ouk: Dr. Chen made "enormous" contribution (Appx0646).

## D. The District Court Erred in Discounting Dr. Chen's Significant Contribution Merely Because the Biological Testing and SAR Analysis Were Not "Specific" to the A-Series Compounds

The district court acknowledged Dr. Chen's work "in the development of the biological aspects of the RD-series compounds, including the SAR . . . ." (Appx0002). However, the court deemed the RD-series compounds and the A-series compounds "conceptually and chemically distinct set[s] of compounds," and discounted Dr. Chen's contribution as unrelated to the A-series patents. (*Id.*). Regarding Dr. Chen's innovative luciferase reporter cell system and testing

methods that were used to test all compounds in the drug discovery project, including A51 and A52, the district court concluded that "it would appear from Plaintiff's own testimony that the luciferase reporter system was not developed specifically to test the A-series compounds, but to test the RD-series compounds." (Appx0007). This holding is contrary to this Court's precedent in *Falana*.

In *Falana*, Dr. Falana developed a synthesis protocol for making a "genus" of chemical compounds. 669 F.3d at 1352. He synthesized a compound within the genus that is an "SS" enantiomer. *Id.* at 1352-53. Dr. Falana then left the project to take a position elsewhere. *Id.* at 1353. Subsequently, a scientist who remained on the project synthesized an "RR" enantiomer using a variation of Dr. Falana's synthesis protocol, and applied for a patent specific to the RR enantiomer. *Id.* "The patent application discloses the Synthesis Protocol developed by Falana as the protocol utilized to synthesize the claimed class of chiral compounds." *Id.*[4] With this set of facts, the Federal

---

[4] Although this Court used the term "the Synthesis Protocol developed by Falana," the protocol used to synthesize the RR enantiomer was necessarily a variation, and not an exact copy, of what Dr. Falana used to synthesize the SS enantiomer before his departure from the project.

Circuit held that Dr. Falana should be an inventor on the RR enantiomer patent. This is true even if, as it happened, Dr. Falana had left the project when the RR enantiomer was conceived and synthesized, and he did not personally work on the claimed chemical compound in any way.

Under *Falana*, a significant contribution to an invention need not be "specific" to the claimed invention. Therefore, the district court erred in requiring that Dr. Chen's innovative luciferase reporter cell system and testing method be "developed specifically to test the A-series compounds" to count as a "significant contribution" to the A-series patents. A method could be applicable to a "genus" of compounds, as was the case in *Falana*, and still be a significant contribution to the invention of specific species of compounds within that genus. 669 F.3d at 1352. There is no requirement under the precedent of this Court that a method be "developed specifically" for the claimed species to be counted as a significant contribution to the patented invention.

---

A precise replication of the same synthesis protocol should have resulted in the exact same chemical product or products.

Here, all compounds made in the RD project were tested for two purposes—to assess their own cancer-inhibiting activity, and to generate data for SAR analysis that led to further design of chemical structures. (Appx0179-0180 (Trial Tr. Day 1, Vol. 1 at 49:6-12, 50:9-13)). Dr. Chen's cell system was used to test all compounds made during the project. (Appx0424 (Trial Tr. Day 2, Vol. 1 at 87:20-24 (Dr. Jung: "[Dr. Chen] did all the testing"); Appx0468 (Trial Tr. Day 2, Vol. 2 at 6:11-16 (Dr. Sawyers: Dr. Chen did "most of the testing" while others helped with the animal testing)). The testing system and method did not vary based on whether or not a compound would later be claimed in the "RD-series" patents exemplified by the '517 patent (Appx0541-0636), claimed in the A-series patents (i.e., the three patents-in-suit), or not claimed in any patents (such as the "pyrazolone" compound or "RD144" discussed in detailed below, *see also* Appx0494 (Trial Tr. Day 2, Vol. 2 at 32:20-24)). The cell system and testing method Dr. Chen developed and used amounted to a significant contribution to the conception and synthesis of this entire genus of RU59063-inspired, AR-binding, and potentially cancer inhibiting compounds.

In disregarding Dr. Chen's inventive contribution to the A-series compounds, the district court accepted Defendants' argument that the "RD-series compounds" and "A-series compounds" are "conceptually and chemically distinct set[s] of compounds." (Appx0007). But this is an error. The RD project started with RU59063. (Appx0423 (Trial Tr. Day 2, Vol. 1 at 86:9-16)). For this historical reason, most of the compounds designed and synthesized in the RD project at UCLA also had an RU59063-like benzene-thiohydantoin scaffold on the left side. (*See* Appx0592 (Example 29, the structure of RU59063); Appx1965-1986 (Dr. Ouk's summary of the structures of RD compounds)). After Dr. Jung raised a concern about patentability, the RU-like molecular scaffold was modified in multiple ways, and Dr. Bihovsky counted at least six scaffolds appearing in about 20 compounds in the RD project. (Appx0376-0378 (Trial Tr. Day 2, Vol. 1 at 39:18-40:9, 41:15-23); Appx1995). Among all the compounds with various scaffolds, only the so-called "RD-series compounds" with the RU-like benzene-thiohydantoin scaffold are covered by the earlier UCLA patents. (Appx0493-0494 (Trial Tr. Day 2, Vol. 2 at 31:22-32:24)). Chemical compounds containing the remaining five scaffolds are not covered by

the earlier patents, but they were nevertheless part of the RD project and were routinely assigned "RD" numbers. (Appx1995; *see also* Appx1978 (Dr. Ouk: *RD*98 and *RD*99 had "new core structure.")). There is no scientific reason to set A51 and A52 apart from the rest of the "RD" compounds. (Appx0377 (Trial Tr. Day 2, Vol. 1 at 40:12-22); *see also* Appx0288 (Trial Tr. Day 1, Vol. 2 at 66:12-16 (in terms of fitting into the AR binding pocket, pyridine and benzene are the same))).

In fact, the whole reason for the pyridine-for-benzene substitution is to avoid the Roussel Uclaf patent. (*See* Appx0396-0397 (Trial Tr. Day 2, Vol. 1 at 59:24-60:9)). This modification was aimed at keeping the *shape and size* of the AR-binding left side of the compounds *the same*. (Appx1872 (Dr. Ouk in 2005: "A51 ha[s] the same shape and size of RD37.")). In other words, "A51" could easily have been given an "RD" number consistent with the naming method Dr. Ouk used for the drug discovery project. As Dr. Bihovsky opined at trial, A51 "is just another analogue" among RD compounds. (Appx0377 (Trial Tr. at Day 2, Vol. 1 at 40:18-22)).

Therefore, although the compounds with different scaffolds may be covered by different patents, they were all part of the same project at

the same time, and tested by the same cell system and method. Even though every chemical compound is necessarily "conceptually and chemically distinct" from any other chemical compound, the testing system and method Dr. Chen specially developed for the RD project were applicable, and in fact applied, to all of these various compounds made during the project, including those that were later designated the "A-series compounds" for patenting. There is no evidence in the record that the testing method was developed specially for some compounds defined by the RU59063-like benzene-thiohydantoin scaffold. The entire genus of AR-binding and potentially cancer-inhibiting compounds were tested alike. Under *Falana*, because Dr. Chen's innovative testing system and method were applied to the entire genus to reveal potential utility of individual compounds and generate information for continuing SAR analysis that was, in Dr. Sawyers' words, Dr. Chen's "intellectual contribution,"[5] Dr. Chen made a significant contribution to the invention of the entire genus of AR-binding, cancer-inhibiting

---

[5] Appx0469 (Trial Tr. at Day 2, Vol. 2 at 7:15-23); *see also* Appx0646 (Dr. Ouk's summary of research in December 2005, stating that Dr. Chen made "enormous" contribution).

compounds from the UCLA drug discovery project including the A-series compounds.

It would indeed make no sense to say, on the one hand, that Dr. Chen should be an inventor on some of the patents from the RD project, which no one disputes, because his cell system and testing method were used to generate the SAR information leading to cancer-inhibiting molecules such as RD37 and RD162, but then, on the other hand, he should not be a joint inventor on some other patents from the same project, even though his testing system and method were also applied to the testing and SAR analysis leading to the compounds covered by these other patents.

Because the district court disregarded Dr. Chen's significant inventive contribution to the invention of the A-series compounds, contrary to established Federal Circuit law, the decision below must be reversed, and Dr. Chen must be named a co-inventor on the patents-in-suit.

## IV. THE DISTRICT COURT CLEARLY ERRED IN IGNORING INDEPENDENT AND CONTEMPORANEOUS EVIDENCE SHOWING THAT DR. CHEN TESTED A51 AND TOLD DR. OUK ABOUT A51'S GOOD ACTIVITY

### A. Dr. Chen Tested A51 in Early 2005

Dr. Chen's inventive contributions are not limited to the innovative cell system, testing method and the SAR information that led to *all* of the compounds designed and synthesized in the "Rational Design" project. Dr. Chen directly contributed to the conception of the left-side pyridine structure of both A51 and A52, and all other chemical compound species covered in the three patents-in-suit, by (i) testing A51 for the first time, (ii) reporting the good activity it had to a member of the UCLA inventorship team, and (iii) showing for the first time that the pyridine substitution strategy could work for the RD project.

Regarding Dr. Chen's testing of A51, the district court found that "Plaintiff has offered no independent, contemporaneous corroborating evidence of this alleged contribution." (Appx0007). The district court clearly erred by applying an impermissible bright-line rule that corroborating evidence must be both "independent" and "contemporaneous." *See Ethicon*, 135 F.3d at 1461 ("an evaluation of *all* pertinent evidence must be made so that a sound determination of the

credibility of the [putative] inventor's story may be reached."). "Often contemporaneous documents *prepared by a putative inventor* [i.e. not 'independent'] serve to corroborate an inventor's testimony." *Id.* (emphasis added). "[O]ral testimony of someone other than the alleged inventor [i.e. not 'contemporaneous'] may corroborate." *Id.* Corroborating evidence should be evaluated by a "rule of reason" analysis, and "there are no hard and fast rules as to what constitutes sufficient corroboration. . . ." *TransWeb*, 812 F.3d at 1301-02.

That being said, even under the improperly heightened "independent and contemporaneous" standard, the district court still clearly erred in ignoring four sets of corroborating evidence establishing that Dr. Chen tested A51 in February 2005.

**First,** the Court discounted Dr. Chen's test data labeled "CC1." (Appx1952-1955). The compound labeled "CC1" is A51 – a fact accepted by Defendant Dr. Sawyers at trial. (Appx0316 (Trial Tr. Day 1, Vol. 2 at 94:14-18 (Dr. Sawyers: "what we now know to be A51 but what was called CC1"))). The CC1 data were generated in mid-February, 2005, as shown by the metadata in the data files. (Appx1952-1953 (file created on Feb. 11, 2005); Appx1954-1955 (file created on Feb. 15, 2005)). The

contemporaneously generated dates on these data files, which were two to three weeks after the first synthesis of the pyridine compound later to be named A51, fit the typical "2 to 3 weeks" synthesis-to-test-results interval Dr. *Ouk* testified to. (Appx0356 (Trial Tr. Day 2, Vol. 1 at 19:8-10)).

**Second,** in October 2005, Dr. Ouk recounted this first testing of A51 by Dr. Chen in a letter. He wrote, "[t]he biological data of A51 *had been tested* but Charlie [i.e. Dr. Chen] did not reveal its activity to me as usual." (Appx1872 (emphasis added)). Dr. Ouk's recollection, written down in 2005, is "independent, contemporaneous corroborating evidence," but the district court did not mention this in its opinion.

**Third,** the district court also failed to mention the February 18, 2005, laboratory notebook entries made by Dr. *Ouk*, which showed the structure of A51 with the notation "parent compound" next to it, but no name. (Appx0372-0373 (Trial Tr. Day 2, Vol.1 at 35:19-36:22); Appx1962-1963). This "parent compound" or A51 chemical structure drawing was accompanied by drawings of various proposed analogs of A51. (*Id.*). Dr. Bihovsky, an expert in organic chemistry and the drug discovery process, testified that these entries "indicated that [Dr. Ouk]

had an interest in making analogues of what's the compound that became known as A51." (Appx0375 (Trial Tr. Day 2, Vol. 1 at 38:15-17)). Again, these February 18, 2005 drawings are "independent, contemporaneous corroborating evidence" that Dr. Chen tested A51 three days before and promptly told Dr. Ouk that A51 had good activity—which led to Dr. Ouk's interest in making structural analogs using A51 as the "parent compound."

**Fourth,** as will be discussed below, there is a "smoking gun" document that proved both the testing of A51 by Dr. Chen in early 2005 and the conveying of the good results by Dr. Chen to Dr. Ouk.

### B. Dr. Chen Told Dr. Ouk that the Pyridine Compound Had Good Activity in Early 2005, At Least before June 22, 2005

#### 1. Dr. Ouk Wrote in June of 2005 about the "Encouraging" A51 Test Results He Learned from Dr. Chen

On June 22, 2005, at 4:12 pm, Dr. Ouk wrote a detailed email to Dr. David Hung, the President and CEO of a pharmaceutical company called Medivation, Inc. (Appx1880-1887). Medivation was "in active negotiations with UCLA on the RD compound in-licensing" at the time, and asked for more information. (Appx1880). Dr. Ouk provided a

detailed document describing various RD compounds of interest.

(Appx1882-1886).[6] In an apparent attempt to generate more interest of

the RD project, Dr. Ouk went on to write:

> An original (patentable) scaffold was tested. The design
> of this molecule was inspired by RD series but we
> propose new chemical identity (thus widely
> patentable). Only one compound representing this
> scaffold was made. Its activity is encouraging.

(Appx1886).

Dr. Ouk did not expressly identify this "new scaffold" compound.

Expert witness Dr. Bihovsky reviewed all of the laboratory notebooks

and electronically stored data produced by Dr. Chen and Dr. Ouk,

respectively. (Appx0391-0393 (Trial Tr. Day 2, Vol. 1 at 54:17-56:20)).

After his review, Dr. Bihovsky concluded that the *only* chemical

compounds fitting two pieces of the description in Dr. Ouk's June 22,

---

[6] Dr. Ouk's discussion was not limited to compounds with the RU59063-like benzene-thiohydantoin scaffold. (*See* Appx1884 (disclosing RD59 and RD60, which do not have a thiohydantoin middle structure)).  This further supports Dr. Bihovsky's trial testimony, and Plaintiff-Appellant's position, that compounds with different scaffolds were all part of the "RD compounds" and the "Rational Design" drug discovery project, regardless of whether they were claimed by the "RD-series" patents such as the '517 patent (Appx0541-0636).

2005, email, namely, (i) a new scaffold and (ii) only one such compound was made, were A51 and a compound called RD144, which has a "pyrazolone" structure. (Appx0378 (Trial Tr. Day 2, Vol. 1 at 41:15-23); Appx1995). Between these two possibilities, Dr. Chen testified and provided corroborating evidence that he tested A51 in February 2005, and obtained good activity results labelled as "CC1." *Supra* pp. 50-52. Dr. Chen further testified, and his testimony was corroborated by contemporaneously generated laboratory notebook pages and electronically stored test results, that when he tried to test RD144 for the first time in early June 2005, it did not dissolve into solution and could not be tested. (Appx0232 (Trial Tr. Day 1, Vol. 2 at 10:8-22 (discussing laboratory notebook pages Appx1244-1248)); Appx0237 (Trial Tr. Day 1, Vol. 2 at 15:16-18)). RD144 was successfully tested in July 2005 for the first time. (Appx0231 (Trial Tr. Day 1, Vol. 2 at 9:7-24); *see also* Appx1249-1250 (notebook pages), Appx1890, Appx1893, Appx1895, Appx1897 (7/13/2005 testing results), Appx1995). Therefore, A51 is the only compound that could possibly be what Dr. Ouk described on June 22, 2005, as a new scaffold that "was tested" and showed activity that was "encouraging." Nothing else fits.

The June 22, 2005 email itself also shows that the unnamed "new scaffold" compound was not RD144. Dr. Ouk testified that he synthesized RD144 by mid-April, 2005. (Appx0356 (Trial Tr. Day 2, Vol. 1 at 19:4-7)). RD144 had a name—RD144. Only A51 had not been named at that time. In his email to Dr. David Hung, Dr. Ouk used the RD numbers for various compounds, including at least two RD compounds that were not "RD-series" compounds (as defined by the RU59063-like scaffold). (Appx1883-1886 (RD59 and RD60 do not have the benzene-thiohydantoin core structure)). Dr. Ouk apparently had no qualms about using the RD numbers in his discussion with Medivation, but did *not* use "RD144" to refer to the "new scaffold" compound. (Appx1886).

2. **The "New Scaffold" Compound with "Encouraging" Test Results Could Not Have Been RD144, Because No Test Results from RD144 Existed in June 2005**

This "smoking gun" document was problematic for the defense at trial. If Dr. Ouk already knew in June 2005 that A51 had been tested and showed good activity, that must mean that Dr. Chen did test A51 in February 2005, and did tell Dr. Ouk the good results shortly afterwards. This is "independent, contemporaneous" evidence that

Dr. Chen made a significant contribution to the genus of pyridine-containing AR binding chemical compounds. This would further discredit both Dr. Ouk and Dr. Jung, who both testified at trial that Dr. Chen did *not* tell them about the good AR-antagonist activity A51 had.

To get around this problem, Dr. Ouk testified that he was referring to RD144, a compound with a "pyrazolone" scaffold (which is different from both the RU59063 scaffold and the A-series scaffold), in his June 22, 2005 email. (Appx0355 (Trial Tr. Day 2, Vol. 1 at 18:16-20)). However, as discussed above, contemporaneous laboratory notebook entries and electronically stored data, and the testimony at trial by Dr. Chen and Dr. Bihovsky, proved that the earliest testing data on RD144 were obtained in mid-*July*, 2005, several weeks after Dr. Ouk sent the "smoking gun" email. *Supra* pp. 53-54. On June 22, 2005, no testing data of *any kind* from RD144 existed.

In response, Dr. Ouk tried to suggest that, since RD144 was synthesized in April 2005, and usually it took Dr. Chen two-to-three weeks to obtain testing results on a newly synthesized compound, he could have received some unrecorded data—but then he was cut off by

the trial judge. (Appx0356 (Trial Tr. Day 2, Vol. 1 at 19:4-18)). This unfinished suggestion was unavailing in any case, because Dr. Chen's laboratory notebook recorded, and Dr. Chen's testimony at trial explained, that when he first tried to test RD144 in June 2005, the compound did not dissolve, and no test results of any kind were obtained. *Supra* p. 54. This testimony was uncontroverted. Dr. Chen also testified that no one was helping him on the testing when he went on a trip from mid-June to early July of 2005. (Appx0233-0234 (Trial Tr. Day 1, Vol. 2 at 11:16-12:1)). This testimony was also uncontroverted.

    **3.**     **The Trial Judge Clearly Erred by Relying on Sheer Speculation to Disregard All of the Independent and Contemporaneous Evidence of Dr. Chen's Testing of A51 and Dr. Chen's Reporting of A51's Good Biological Activity**

Despite Dr. Ouk's attempt to suggest that there could be some unrecorded, earlier, RD144 data from Dr. Chen, the district court did not credit Dr. Ouk's "the new scaffold compound was RD144" theory. (Appx0007). Instead, the court stated that, "even if Dr. Ouk was referencing A51 in this email, this would—at best—establish that A51 had been tested. It would not establish that it was Plaintiff who conducted the testing, nor would it establish inventorship." (*Id.*). This

speculation by the district court that "someone other than Dr. Chen could have tested A51" was *sua sponte.* It had no basis in the record whatsoever. No one testified at trial, or even suggested, that in the first half of 2005, someone else at UCLA (or anywhere in the world for that matter) ran testing using Dr. Chen's cell system. On the contrary, both Defendants testified that Dr. Chen conducted all of the cell system testing for the RD project. (Appx0424, Appx0468 (Trial Tr. Day 2, Vol. 1 at 87:20-24; Day 2, Vol. 2 at 6:11-16)). No one else ran the cell system testing, even when Dr. Chen was traveling. (Appx0233-0234 (Trial Tr. Day 1, Vol. 2 at 11:24-12:1)). Furthermore, Dr. Ouk wrote in November 2005 that he "urgently needed our new compounds be tested" back in early 2005, therefore he must stay on good terms with Dr. Chen. (Appx0639). Dr. Ouk's near-contemporaneous recollection is further evidence that Dr. Chen was the only person running the cell system testing in early 2005.

Perhaps more important and decisive, even if there was someone else capable of using Dr. Chen's cell system to test compounds in early 2005, there was *no A51 samples* to run any testing on, because Dr. Ouk

did not make any more of the A51 compound until October 2005. Under his own attorney's questioning, Dr. Ouk testified at trial that:

> Q. So after you provided A51 compound to Dr. Chen for testing in January 2005, when was the next time you worked on the A-series?
>
> A. Later. So 2005, *October* 2005.

(Appx0416 (Trial Tr. Day 2, Vol. 1, at 79:10-14)(emphasis added)).

The record is clear—besides Dr. Chen's testing, there was no other testing of A51 on or before June 22, 2005, when Dr. Ouk wrote about the "original scaffold" compound with "encouraging activity" to Medivation's CEO. Therefore, Dr. Chen not only tested A51, but also told Dr. Ouk about the good activity A51 had. These are the real facts. The district court clearly erred in finding that "Plaintiff has not established that he tested A51." (Appx0008).

## V. THE DISTRICT COURT CLEARLY ERRED IN CHARACTERIZING DR. CHEN'S TESTING OF A51 AS MERELY "CONFIRMATORY"

### A. Dr. Chen's testing of A51 Revealed A51's Good Biological Activity, and Indicated for the First Time that the Pyridine-for-Benzene Substitution Approach Could Work for Further Compound Design in the RD Project

To minimize Dr. Chen's contribution in testing A51, the district court also held that the testing was merely "confirmatory" and "insufficient to establish inventorship." (Appx0007). This is a clear error.

When Dr. Chen tested A51 in February 2005, the pyridine-for-benzene substitution in RU59063-based AR binding compounds was an untested and unproven strategy. This Court has consistently held that the chemical arts are unpredictable. *See, e.g.*, *Eisai Co. Ltd. v. Dr. Reddy's Labs., Ltd.*, 533 F.3d 1353, 1359 (Fed. Cir. 2008)("To the extent an art is unpredictable, as the chemical arts often are . . . potential solutions are less likely to be genuinely predictable."); *Allergan, Inc. v. Apotex Inc.*, 754 F.3d 952, 974 (Fed. Cir. 2014)(same). In *Singh v. Brake*, this Court stated,

> replacing a functional group on a chemical compound can often have highly unpredictable results. We noted

in *Fujikawa* that even a change as seemingly trivial as replacing an isopropyl group with the isosteric cyclopropyl group at issue in that case could result in either a significant improvement or reduction in the activity of the compound against a particular biological target.

317 F.3d 1334, 1344 (Fed. Cir. 2003).

Here, regarding the pyridine-for-benzene substitution in particular, the available testimony—all of the testimony in the case—is that the effect of this modification is unpredictable. Defendant Dr. Jung testified in response to a specific question on A51, "you never know until you make a compound and tested it. That's true." (Appx0439 (Trial Tr. Day 2, Vol. 1 at 102:16-20)). He further commented that "[i]t's hard to predict biology." (*Id.* (Trial Tr. Day 2, Vol. 1 at 102:23)). Defendant Dr. Sawyers testified that, in late 2005, after Dr. Chen left, the remaining team members at UCLA "made a plan to synthesize A51 again and to test it in vitro [i.e. in the cell system] to find out the truth about whether it had activity *or not*." (Appx0319 (Trial Tr. Day 1, Vol. 2 at 97:1-3)(emphasis added)). The expert witnesses also agreed on this point. Dr. Bihovsky testified that "pyridine substitution is a common change that one makes in molecules. Sometimes it works. Sometimes it doesn't work. There's no way to tell a priori." (Appx0370 (Trial Tr. Day

2, Vol. 1 at 33:2-4)). Dr. Winkler, who served as the Defendants' expert witness, testified that the pyridine rings in A51 and A52 generated a "striking contrast" to the benzene structure in the RD-series compounds and "would lead to strikingly different properties." (Appx0483 (Trial Tr. Day 2, Vol. 2 at 21:8-24)).

Dr. Ouk set forth a rationale in his October 2005 letter why the pyridine-for-benzene substitution *might* work. (Appx1872-1873). However, he did not predict the effect of pyridine-for-benzene substitution in the context of either RD37 or RD162. Instead, he stated that, "*if* A51 is good, one could imagine making a compound such as [A52] or the like." (Appx1873 (emphasis added)). He also stated, "if A51 turned [out] to be as active as RD37 . . . there is a big *chance* that by combining the idea [of] A51 and RD162, one *could* easily make a compound that would be as good as RD162 . . . ." (Appx1872 (emphasis added)). There was no prediction in Dr. Ouk's October 2005 letter.

It is worth noting that, when Dr. Ouk wrote down these statements as well as the rationale on "the electronic landscape" of pyridine, in late 2005, he *already knew* A51 worked, because Dr. Chen had told him so months before. The October 2005 letter contains *post*

*hoc* rationalization and hindsight analysis by Dr. Ouk on why the pyridine-for-benzene substitution approach could work. Even then, Dr. Ouk would not go so far as to say that he could already predict how the combination of "the idea of A51 and RD162," i.e., A52, would behave. Actual biological testing data were needed, not to *confirm*, but to *reveal*, how this second pyridine compound in the RD project would behave. For the first pyridine compound in the RD project, A51, actual testing result would have been even more critical, and indeed essential, for the UCLA inventorship team to know whether A51 had good activity or not, whether A51 could be used in a method to treat cancer (which method was claimed by the patents-in-suit), and whether the pyridine-for-benzene modification strategy could work in AR-binding compounds.

## B. Dr. Chen' Testing of A51 Was Also a Significant Contribution to the Structure of A52

As the discussion above demonstrates, Dr. Chen's testing of A51, and the system and method he developed for the project, were not merely confirmatory in nature. Far from it. Besides revealing A51's biological activity for its own sake, the testing from RD1 to A52, as a whole, and the testing of A51, in particular, were all steps in an "iterative process" in which chemical compounds were synthesized and

studied, and the testing results from them correlated and analyzed, and then more compounds were designed and synthesized based on the SAR analysis, until the best one was achieved. (*See* Appx0364-0365 (Trial Tr. Day 2, Vol. 1 at 27:20-28:1)). The "Rational Design" project at UCLA was not a random screen. The testing data from each compound were used for further SAR analysis, which guided the design of more compounds, and so on and so forth in an iterative process, until, hopefully, success. (*See* Appx0469-0470 (Trial Tr. Day 2, Vol. 2, at 7:15-8:11)). Regarding A51, Dr. Chen's testing and his conveying of the good results to Dr. Ouk led to the understanding by Dr. Ouk that the pyridine-for-benzene substitution in a particular AR-binding, cancer-inhibiting compound worked, an understanding he called "the idea of A51," which is an essential feature of the structure of A52.

Accordingly, Dr. Chen made a significant contribution to the conception of the entire "A series" compounds, and, in particular, the left hand side pyridine structure in A52, by developing a testing system and method, and actually employing that method to show that the pyridine-for-benzene substitution in the context of AR-binding, cancer-inhibiting compounds is a viable modification strategy.

## VI.  IT IS LEGAL ERROR TO DISREGARD DR. CHEN'S INTELLECTUAL CONTRIBUTION LEADING TO THE INVENTION OF THE RIGHT HAND SIDE STRUCTURE OF RD162, WHICH IS AN ESSENTIAL FEATURE OF BOTH THE STRUCTURE AND THE CANCER-FIGHTING FUNCTION OF A52

The district court cited *Burroughs Wellcome* to hold that "[m]erely identifying RD37 and RD162 as potential bases for a new chemical scaffold does not, without more, constitute conception." (Appx0006 (quoting *Burroughs Wellcome*, 40 F.3d at 1228 ("An idea is definite and permanent when the inventor has a specific, settled idea, a particular solution to the problem at hand, not just a general goal or research plan he hopes to pursue."))). However, it is legal error to deny Dr. Chen joint inventorship when he had made significant contributions to the conception of A52 and a method of treating cancer with A52.

The district court erroneously relied on a non-existent bright-line rule that a joint inventor must conceive the entire invention. The law is that a joint inventor who "conceived part of the invention" can nevertheless have "contributed *to* the conception of the subject matter" and be entitled to inventorship. *Ethicon*, 135 F.3d at 1461 (emphasis added); *see also Pannu*, 155 F.3d at 1351. In the chemical arts, when the "conception" was often achieved in a team setting, just "because the

first person did not conceive or reduce to practice the entire claimed invention," he or she may still have "at least contribute[d] in some significant way to the ultimate conception." *Fina Oil*, 123 F.3d at 1474.

For chemical compound claims, it is legal error to require each joint inventor to "have an independent mental picture of the complete compound claimed. Such an interpretation is *clearly wrong under our established precedent.*" *Vanderbilt,* 601 F.3d at 1307-08 (emphasis added). It is also legal error to hold that "the contribution of a molecular scaffold in the context of one molecule could never rise to the level of joint inventorship for a different family of molecules containing the same scaffold." *Id.* Finally, a researcher in an inventorship team could have left the team before the final, patented, chemical compound was conceived and synthesized, but he is still entitled to joint inventorship, if his contribution to the ultimate conception was significant. *Falana*, 669 F.3d at 1357-59.

For method of treatment claims, like the ones found in the patents-in-suit, this Court instructed that, "the law of inventorship does not hinge co-inventor status on whether a person contributed to the conception of all the limitations in any one claim of the patent. Rather,

the law requires only that a co-inventor make a contribution to the subject matter of a claim." *Eli Lilly & Co,* 376 F.3dat 1361-62.

RD37, A51, RD162 and A52 were all invented in a joint effort with the goal of finding a treatment for castration resistant prostate cancer. (Appx0174-0175 (Trial Tr. Day 1, Vol. 1 at 44:25-45:1)). The starting point of this project was the RU59063 compound, which already has strong AR binding properties due to its left hand side benzene-thiohydantoin structure. (Appx0423 (Trial Tr. Day 2, Vol. 1 at 86:9-16)). The "problem at hand" for the UCLA team was to find a right hand side structure that has pure AR antagonist effect. (Appx0184 (Trial Tr. Day 1, Vol. 1 at 54:1-17)).

Through Dr. Chen's innovative and hard work spanning years, including his intellectual contribution through the SAR analysis, the best right hand side structures were identified first in RD37, and ultimately in RD162. (Appx0469-0470 (Trial Tr. Day 2, Vol. 2 at 7:2-8:11); Appx0661-0662 (Dr. Sawyers: "Charlie [Dr. Chen] told me the same thing about RD-162").[7] The right hand side structure of RD162

---

[7] The district court again required "independent, contemporaneous corroborating evidence that [Dr. Chen] identified RD37 and RD162 as bases for the A-Series Compounds," while disregarding evidence such as

solved the "problem at hand." (Appx0469 (Trial Tr. Day 2, Vol. 2 at 7:9-12)). It is indeed an "essential feature" of A52, the contribution of which should entitle Dr. Chen to joint inventorship. *In re VerHoef*, 888 F.3d at 1366 (one who "contributed the idea" that is "an essential feature of the claimed invention" is a joint inventor).

When Dr. Chen identified the right hand side structure of RD162 as "the best," he had already tested the concept of making the pyridine-for-benzene substitution on the left side of an active RD compound, and proven the concept viable. As soon as Dr. Chen identified RD162, "one could imagine making [A52]," as Dr. Ouk stated in October 2005. (Appx1873). Dr. Ouk made it very clear that the conception of A52 was achieved "by combining the idea [of] A51 and RD162." (Appx1872). Here, "RD162" refers to the right hand side structure of RD162. The chemical structure embodying this combination Dr. Ouk drew in his letter contains the exact right hand side structure of RD162.

---

Dr. Sawyers' testimony that Dr. Chen made intellectual contribution by engaging in the testing of compounds and the SAR analysis that led to the identification of RD162, and a contemporaneous email chain between Dr. Jung and Dr. Sawyers regarding Dr. Chen's identification of RD162 as the best compound to achieve the goal of the RD project.

(Appx1873). Dr. Chen supplied this "RD162" structure when he contributed to the iterative SAR analysis and eventually identified RD162 as the best compound coming out of the project. (Appx0467 (Trial Tr. Day 2, Vol. 2 at 5:16-19 (Dr. Sawyers: "some of the SAR was useful in picking a compound for doing the pyridine ring")); Appx0661-0662).

Dr. Jung also testified at trial about the conception of A52.

Q: But once you have known that RD162 was quite good, then it would be natural to take the left-hand pyridine piece and put it with RD162 to make A52; isn't that right?

A: That would be a natural thing to do.

(Appx0439-0440 (Trial Tr. Day 2, Vol. 1 at 102:24-103:2)). Dr. Jung's testimony is further evidence that the right hand side structure of RD162 is an essential feature of A52.

The motivation for the pyridine-for-benzene substitution on the left hand side of the compounds, in contrast, was not to make a technical improvement, but to avoid a prior art patent. (Appx0396-0397, Appx0434, Appx0469 (Trial Tr. Day 2, Vol. 1 at 59:24-60:9; 97:22-25; Day 2, Vol. 2 at 7:9-14)). The goal for the pyridine substitution was to

make a compound with "the same shape and size" (as Dr. Ouk recognized and articulated in Appx1872-1873) as its benzene-containing predecessor, in the hope of *retaining the same anti-cancer activity and PK properties*. In other words, there is no indication in the record, not in Dr. Ouk's 2005 letters, and not in his or Defendants' trial testimony, that anyone thought the pyridine-for-benzene substitution was an *improvement* in 2004 or 2005.

The invention of A52 was useful and significant only because its right hand side structure is very active against castration resistant prostate cancer and confers good PK properties, but not because the pyridine-for-benzene substitution brought about either of these properties. To arrive at the right hand side structure of A51 and A52, which were also in RD37 and RD162, respectively, Dr. Chen's contributions were at least "significant." Dr. Ouk called these contributions "enormous" in 2005. (Appx0345 (Trial Tr. Day 2, Vol. 1 at 8:6-17); Appx0646). At trial, Dr. Ouk called Dr. Chen's contribution "very important." (Appx0418-0419 (Trial Tr. Day 2, Vol. 1 at 81:21-82:1)). Dr. Sawyers testified at trial that Dr. Chen contributed to the SAR analysis that was necessary to arrive at the structure of RD162,

and that "some of the SAR was useful in picking a compound for doing the pyridine." (Appx0467, Appx0470 (Trial Tr. Day 2, Vol. 2 at 5:16-19; 8:3-11)). Dr. Jung confirmed that Dr. Chen was "part of the team" and an "inventor of RD." (Appx0424-0425, Appx0428 (Trial Tr. Day 2, Vol. 1 at 87:25-88:2; 91:1)).

Therefore, the SAR analysis that led to the design of RD162, and the testing to identify RD162 as the best compound to fulfill the goal of the RD project, were *the* significant contributions leading to the invention of A52. The invention of RD162 is akin to the design of the blade of a key, with its teeth and grooves that fit into a lock and push the pins in just the right way. The left hand side AR binding region of a rationally designed compound (with either benzene-thiohydantoin or pyridine-thiohydantoin scaffold) can be analogized to the bow of the key. Once a new blade has been made and tested, and the lock was opened, it is much less important whether the bow (the "left side" structure) is made with brass or steel. At the very least, the person who contributed to the configuration of the teeth and grooves in the blade should be recognized as a joint inventor of the working key and its use in opening the lock.

The evidence presented at trial bore out this invention story of A52: a pyridine-for-benzene strategy was tried with RD37, and proven by Dr. Chen to be viable. The design of new compounds and the search for the best right hand side structure continued afterwards, carried out by Dr. Chen as part of the team, culminating in the identification of RD162 as the best—again by Dr. Chen. At that point, it was "natural" to "combine the idea of A51 and RD162," resulting in A52. Dr. Chen was involved in testing and proving what Dr. Ouk called "the idea of A51," *and* the iterative testing and SAR analysis process that led to the right hand side structure of RD162. (Appx0467-0470, Appx1872-1873). Dr. Chen's development of his cell system and testing parameters, actual testing of more than 162 compounds, testing of A51, and his intellectual contribution to the structure-activity relationship analysis that led to RD37, A51, RD162, and A52, were not only necessary, but significant inventive contributions to the invention of A51 and A52 and their use in treating prostate cancer. After he left UCLA, when others in the inventorship team took the "natural" step to synthesize A52 and test it for cancer-inhibiting capability, the conception of A52 and a

method of treating cancer using A52 should be attributed as much to

Dr. Chen as anyone else.

## CONCLUSION

For the foregoing reasons, Dr. Chen respectfully requests that this Court reverse the judgment below and hold that Dr. Chen is a joint inventor of U.S. Patent Nos. 8,445,507 B2, 8,802,689 B2, and 9,388,159 B2, and Order the Patent Office to correct the inventorship of the above patents by adding Dr. Chen as a co-inventor.

Date: February 14, 2020      Respectfully submitted,

/s/ Yixin H. Tang
Shashank Upadhye
Yixin H. Tang
Brent A. Batzer
UPADHYE CWIK LLP
135 S. LaSalle Street, Suite 1930
Chicago, IL 60603
T: (312) 598-2610

*Counsel for Plaintiff-Appellant*
*Degui Chen, Ph.D.*

# ADDENDUM

# TABLE OF CONTENTS

**Pages**

Minute (In Chambers)
Order and Judgment of
The Honorable R. Gary Klausner
Re:  Entering Judgment in Favor of Defendants
     filed November 6, 2019......................................................Appx0001

Judgment of
The Honorable R. Gary Klausner
Re:  Entering Judgment in Favor of Defendants
     filed November 8, 2019......................................................Appx0009

United States Patent No. 8,445,507 B2
     dated May 21, 2013 ........................................................Appx0011

United States Patent No. 8,802,689 B2
     dated August 12, 2014......................................................Appx0040

United States Patent No. 9,388,159 B2
     dated July 12, 2016 ........................................................Appx0068

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:18-cv-02015-RGK-KS | Date | November 6, 2019 |
|---|---|---|---|
| Title | ***Degui Chen v. Michael E. Jung et al.*** | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:      Attorneys Present for Defendant:

Not Present      Not Present

**Proceedings:**      **(IN CHAMBERS) Order and Judgment re: Bench Trial**

## I.     <u>INTRODUCTION</u>

On March 12, 2018, Plaintiff Degui Chen ("Plaintiff" or "Dr. Chen") filed the instant action for correction of inventorship against Defendants Michael Jung ("Dr. Jung") and Charles Sawyers ("Dr. Sawyers) (collectively, "Defendants"). Plaintiff seeks to be named as an inventor of U.S. Patent Nos. 8,445,507; 8,802,689; and 9,388,159 (collectively, the "A-series Patents").

A bench trial was held on October 15 and 16, 2019. After reviewing the record and considering the arguments and evidence presented at trial, the Court took the case under submission. For the following reasons, the Court **ENTERS JUDGMENT IN FAVOR** of Defendants as to Plaintiff's Complaint and **DISMISSES** Plaintiff's inventorship claim.

## II.     <u>FINDINGS OF FACT AND CONCLUSIONS OF LAW</u>

This opinion serves as the findings of fact and conclusions of law required by Federal Rule of Civil Procedure 52. Fed. R. Civ. P. 52. Any finding of fact that actually constitutes a conclusion of law is adopted as such, and vice versa.

### <u>Findings of Fact</u>

Plaintiff is a biologist. During the relevant time period, Plaintiff worked as an adjunct assistant professor at the University of California Los Angeles ("UCLA").

Defendant Jung is a professor of organic chemistry, medicinal chemistry, and pharmaceutical chemistry at UCLA. Defendant Sawyers is the chair of the human oncology and pathogenesis program

---

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:18-cv-02015-RGK-KS | Date | November 6, 2019 |
|----------|----------------------|------|------------------|
| Title | ***Degui Chen v. Michael E. Jung et al.*** | | |

at Memorial Sloan Kettering Cancer Center. During the relevant time period, Defendant Sawyers was a professor of medicine, pharmacology, and urology at UCLA.

Through this action, Plaintiff seeks to be named as an inventor of the A-series Patents. The A-series Patents contain claims that cover specific chemical compounds referred to as A51 and A52 (collectively, the "A-series Compounds"), as well as their pharmaceutical compositions and methods of treatment. The A-series Compounds are designed to treat prostate cancer.

### A.      The RD-Series Compounds

In the summer of 2002, Drs. Sawyers and Jung began to discuss the development of new chemical compounds for use in prostate cancer treatment. Ultimately, this project would yield approximately 175 compounds, known as the RD-series compounds.

The team which was ultimately assembled to work on the RD-series compounds included chemists and biologists, including chemists Dr. Jung and Dr. Samedy Ouk ("Dr. Ouk") (who worked in Dr. Jung's lab), and biologists Dr. Sawyers and Dr. Chen (who worked in Dr. Sawyers' lab). The chemists would contemplate and draw new chemical structures. The biologists would then test those chemical structures to determine their biological activity. After reviewing the test results, the chemists and biologists would hold a joint meeting to discuss the results. If a compound looked promising, the chemists would consider how to change the chemical composition of the compound in order to generate better biological activity. This relationship between a chemical's structure and its biological activity is called a structure-activity relationship ("SAR").

Plaintiff was involved in the development of the biological aspects of the RD-series compounds, including the SAR, and is a named inventor of the patent which covers these compounds. However, the RD-series compounds are a conceptually and chemically distinct set of compounds, that are separately patented from the A-series Patents at issue in this case.

### B.      The A-Series Compounds

In the summer of 2004, there were concerns regarding the validity of the patent which covered the RD-series compounds. Accordingly, on August 31, 2004, Dr. Jung, Dr. Sawyers, Dr. Ouk, and Plaintiff attended a meeting, the purpose of which was to discuss new chemical structures—distinct from the RD-series compounds—that could be used to treat prostate cancer.

During the August 31, 2004 meeting, Drs. Jung and Ouk proposed making a chemical compound consisting of (1) a left-hand pyridine ring (a ring with a nitrogen atom); (2) a central spirocyclic

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:18-cv-02015-RGK-KS | Date | November 6, 2019 |
|----------|----------------------|------|------------------|
| Title | ***Degui Chen v. Michael E. Jung et al.*** | | |

thiohydantoin; and (3) a right-hand aryl ring. This particular combination of elements is a defining characteristic of the A-series Compounds. Unlike the A-series Compounds, which have a left-hand pyridine ring, the RD-series compounds have a left-hand benzene ring.

At trial, Plaintiff testified that during the August 31 meeting, he proposed changing the left-hand ring of the lead compound, RD37.[1] The other attendees deny this. Plaintiff also testified that in October 2004, he met with Dr. Ouk for lunch and specifically suggested substituting the left-hand benzene ring of RD37 for a pyridine ring. Dr. Ouk denied that Plaintiff made this suggestion.

On October 13, 2004, Dr. Ouk emailed Plaintiff and asked him to order two compounds: 2-amino-4-trifluoromethyl pyridine and 3-trifluoromethyl pyridine. It was common for Dr. Ouk to ask Plaintiff to order compounds for him and Plaintiff did not suggest which chemicals Dr. Ouk should order. After receiving the 2-amino-4-trifluoromethyl pyridine, Dr. Ouk began the first steps for synthesis of the compound now known as A51. It took approximately three months for Dr. Ouk to synthesize A51. Dr. Ouk completed the synthesis of A51 in January 2005.

After synthesizing A51, Dr. Ouk gave the compound to Plaintiff and asked him to test it. Plaintiff testified that he did in fact test A51. However, the test results offered by Plaintiff at trial show only that Plaintiff tested a compound called CC1. Other than Plaintiff's own testimony, Plaintiff has offered no evidence establishing that CC1 is the same compound as A51.

In February 2005, Dr. Ouk asked Plaintiff how the testing of A51 had gone. Plaintiff did not tell Dr. Ouk about the test results, to the extent any such tests were done. Instead, Plaintiff told Dr. Ouk to destroy his lab notebook and conceal the evidence that A51 was ever made at UCLA. Approximately one week later, Plaintiff told Dr. Ouk that the compound was not active. Plaintiff never provided Dr. Ouk with any documents showing the test results of A51.

On September 9, 2005, Plaintiff resigned from UCLA. After Plaintiff's departure, Dr. Ouk re-synthesized A51 and synthesized A52. These compounds were later patented. Drs. Jung, Sawyers, and Ouk are named inventors of the A-series Patents. Plaintiff is not.

---

[1] The Court notes that Dr. Ouk testified at trial that no one specifically discussed modifying RD37 at the August 2004 meeting.

Appx0003

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:18-cv-02015-RGK-KS | Date | November 6, 2019 |
|---|---|---|---|
| Title | ***Degui Chen v. Michael E. Jung et al.*** | | |

**Conclusions of Law**

### A.    Conception and Joint Inventorship

"Conception is the touchstone of inventorship, the completion of the mental part of invention." *Burroughs Wellcome Co. v. Barr Labs., Inc.*, 40 F.3d 1223, 1227–28 (Fed. Cir. 1994).

> [T]he test for conception is whether the inventor had an idea that was definite and permanent enough that one skilled in the art could understand the invention; the inventor must prove his conception by corroborating evidence, preferably by showing a contemporaneous disclosure. An idea is definite and permanent when the inventor has a specific, settled idea, a particular solution to the problem at hand, not just a general goal or research plan he hopes to pursue.

*Id.* at 1228 (citations omitted). "[A]n inventor need not know that his invention will work for conception to be complete. He need only show that he had the idea; the discovery that an invention actually works is part of its reduction to practice." *Id.* (citations omitted).

"Conception of a chemical substance requires both knowledge of a specific chemical structure of the compound and an operative method of making it." *Fina Oil and Chemical Co. v. Ewen*, 123 F.3d 1466, 1473 (Fed. Cir. 1997) (citing *Burroughs Wellcome*, 40 F.3d at 1229). "Confirmatory testing or screening of compounds does not constitute a contribution to conception, but is considered reduction to practice." *Intercept Pharm., Inc. v. Fiorucci*, 277 F. Supp. 3d 678, 683 (D. Del. 2017) (citing *Burroughs Wellcome*, 40 F.3d at 1229–30).

A patented invention may be the work of two or more joint inventors. *Ethicon, Inc. v. U.S. Surgical Corp.*, 135 F.3d 1456, 1460 (Fed. Cir. 1998) (citing 35 U.S.C. § 116). To be a joint inventor, one must "(1) contribute in some significant manner to the conception or reduction to practice of the invention, (2) make a contribution to the claimed invention that is not insignificant in quality, when that contribution is measured against the dimension of the full invention, and (3) do more than merely explain to the real inventors well-known concepts and/or the current state of the art." *Pannu v. Iolab Corp.*, 155 F.3d 1344, 1351 (Fed. Cir. 1998) (citations omitted). A joint inventor "need not make a contribution to every claim of a patent. A contribution to one claim is enough." *Ethicon*, 135 F.3d at 1460 (citations omitted).

Appx0004

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:18-cv-02015-RGK-KS | Date | November 6, 2019 |
|---|---|---|---|
| Title | ***Degui Chen v. Michael E. Jung et al.*** | | |

**B.    Correction of Inventorship**

"35 U.S.C. § 256 provides that a co-inventor omitted from an issued patent may be added to the patent by a court 'before which such matter is called in question.'" *Id.* at 1461 (quoting another source). However, when a patent has been issued, there is "a presumption that the named inventors are the true and only inventors." *Id.* A party that seeks to be added as a joint inventor must prove his "contribution to the conception of the claims by clear and convincing evidence." *Id.* An inventor's testimony—standing alone—cannot rise to the level of clear and convincing proof. *Id.*; *BJ Servs. Co. v. Halliburton Energy Servs., Inc.*, 338 F.3d 1368, 1373 (Fed. Cir. 2003) ("Uncorroborated testimony alone cannot constitute clear and convincing proof."). Instead, "[w]hat is required is 'corroborating evidence of a contemporaneous disclosure that would enable one skilled in the art to make the invention.'" *BJ Servs.*, 338 F.3d at 1373 (quoting *Burroughs Wellcome*, 40 F.3d at 1228).

**C.    Analysis**

Plaintiff has not proved by clear and convincing evidence that he invented any claim of the A-series Patents. At trial, Plaintiff did not identify *any* patent claim to which he contributed. In addition, Plaintiff's contention that he contributed to the invention of the A-series Compounds is not adequately supported by independent, contemporaneous corroborating evidence. *See BJ Servs.*, 338 F.3d at 1373.

During trial, Plaintiff testified that he made four contributions to the development of the A-series Patents: (1) he proposed the pyridine substitution and conceived the genus of A-series compounds; (2) he identified RD37 and RD162 as the bases to make A51 and A52; (3) he developed and designed innovative systems and methods to test the A-series Compounds; and (5) he tested A51 and showed that it was a pure antagonist to treat prostate cancer. The Court addresses each alleged contribution in turn.

*a.    The Pyridine Substitution*

Plaintiff testified that he made two separate proposals regarding the pyridine substitution. First, at the August 2004 meeting, he proposed making an unspecified change to the left-hand ring of RD37. Second, at an October 2004 lunch with Dr. Ouk, he specifically proposed substituting the left-hand benzene ring for a pyridine ring. But Plaintiff has offered insufficient evidence that he made either proposal. With respect to the August 2004 meeting, Plaintiff admitted that he does not have any notes from this meeting, nor does he have any documents showing that he suggested making a change to the left-hand ring of RD37 during the meeting. As for the October 2004 lunch, again Plaintiff testified that he does not have any notes memorializing this event. During trial, Plaintiff also admitted that he has no written documents from the fall of 2004 in which he wrote down a left-hand pyridine structure, and he has no written documents from the fall of 2004 in which he suggested adding a pyridine ring to RD37.

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:18-cv-02015-RGK-KS | Date | November 6, 2019 |
|---|---|---|---|
| Title | ***Degui Chen v. Michael E. Jung et al.*** | | |

In addition, the attendees at both the August meeting and the October lunch deny that Plaintiff made either of these suggestions.[2]

Plaintiff contends that Dr. Ouk's October 13, 2004 email asking Plaintiff to purchase 3-trifluoromethyl pyridine corroborates his testimony that he suggested the pyridine substitution. The Court disagrees. At trial, Plaintiff admitted that it was routine for Dr. Ouk to ask Plaintiff to order materials. Nothing in the Dr. Ouk's October 13, 2004 email specifically corroborates Plaintiff's contention that it was his idea to use a pyridine ring in A51.

The Court therefore finds that Plaintiff has not established that he proposed the pyridine substitution.

### b. *The Identification of Lead Compounds*

Plaintiff also testified that he contributed to the conception of the A-series Patents by identifying RD37 and RD162 as the lead compounds for A51 and A52, respectively. First, Plaintiff has offered no independent, contemporaneous corroborating evidence that he identified RD37 and RD162 as bases for the A-series Compounds. Second, even if Plaintiff did identify RD37 and RD162 as the bases for the A-series Compounds, this would be insufficient to establish inventorship. As set forth above, "[c]onception of a chemical substance requires both knowledge of a specific chemical structure of the compound and an operative method of making it." *Fina Oil*, 123 F.3d at 1473 (citing *Burroughs Wellcome*, 40 F.3d at 1229). Merely identifying RD37 and RD162 as potential bases for a new chemical scaffold does not, without more, constitute conception. *See Burroughs Wellcome*, 40 F.3d at 1228 ("An idea is definite and permanent when the inventor has a specific, settled idea, a particular solution to the problem at hand, not just a general goal or research plan he hopes to pursue.")

Accordingly, the Court finds that Plaintiff has offered insufficient evidence that he contributed to the conception of the A-series Patents by identifying RD37 and RD162 as the lead compounds for A51 and A52. Further, even if Plaintiff had offered sufficient evidence on this issue, this would not establish inventorship.

---

[2] Plaintiff also asserts that the Invention Report, which identifies the date of conception for the A-series Patents as October 18, 2004, supports his theory of inventorship. But the Invention Report, coupled with Plaintiff's testimony, is insufficient to establish that Plaintiff proposed the pyridine substitution during his October 2004 lunch with Dr. Ouk.

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:18-cv-02015-RGK-KS | Date | November 6, 2019 |
|---|---|---|---|
| Title | ***Degui Chen v. Michael E. Jung et al.*** | | |

  *c.*  <u>The Development of Systems to Test the A-series Compounds</u>

  Plaintiff asserts that he developed and designed innovative systems and methods to test the A-series Compounds. In particular, Plaintiff claims that he developed a luciferase reporter system, and developed systems and conditions for a prostate-specific antigen ("PSA") ELISA study.

  First, Plaintiff admitted at trial that the patents which cover the RD-series compounds also cover the luciferase reporter system. Thus, it would appear from Plaintiff's own testimony that the luciferase reporter system was not developed specifically to test the A-series compounds, but to test the RD-series compounds. Second, Plaintiff has offered no independent, contemporaneous corroborating evidence that he developed a PSA ELISA study to test the A-series Compounds. To the contrary, Dr. Sawyers offered expert testimony that the PSA ELISA study cited by Plaintiff was publicly known by 2005.

  The Court therefore finds that Plaintiff has not established that he developed and designed innovative systems and methods to test the A-series Compounds.

  *d.*  <u>The Testing of A51</u>

  Plaintiff also contends that he personally tested A51, demonstrating its potential as a prostate cancer drug. But Plaintiff has offered no independent, contemporaneous corroborating evidence of this alleged contribution. Plaintiff testified that Dr. Ouk brought a pyridine compound to him for testing, but neither Plaintiff's lab notebooks nor any other documents establish that Plaintiff tested the compound which would later be known as A51. The test results offered by Plaintiff at trial are results for a compound labeled CC1. Plaintiff has offered no evidence—aside from his own testimony—establishing that CC1 is the same compound as that which would later be called A51. In fact, Plaintiff admitted that he has no notes that suggest that CC1 is the compound with the left-hand pyridine ring, later called A51. Moreover, even if Plaintiff could corroborate that he tested A51, this alone would be insufficient to establish inventorship. *Intercept Pharm*, 277 F. Supp. 3d at 683 (D. Del. 2017) (citing *Burroughs Wellcome*, 40 F.3d at 1229–30) (holding that confirmatory testing does not constitute a contribution to conception).

  The only evidence aside from Plaintiff's own testimony which might arguably support his position is the June 22, 2005 email in which Dr. Ouk noted the existence of a new scaffold whose activity was encouraging. But even if Dr. Ouk was referencing A51 in this email, this would—at best—establish that A51 had been tested. It would not establish that it was Plaintiff who conducted the testing, nor would it establish inventorship. *See id.*

---

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:18-cv-02015-RGK-KS | Date | November 6, 2019 |
|----------|----------------------|------|------------------|
| Title | ***Degui Chen v. Michael E. Jung et al.*** | | |

Accordingly, the Court finds that Plaintiff has not established that he tested A51. Even if Plaintiff had made this showing, this alone would be insufficient to confer inventorship.

Finally, Plaintiff also asserts, more broadly, that he must be an inventor of the A-series Patents because but-for the work Plaintiff did on the RD-series compounds, the A-series Compounds would not have been possible. But Plaintiff's involvement in the RD-series compounds, without more, does not make him a joint inventor of the A-series Patents. *See Yeda Research And Dev. Co. v. Imclone Sys. Inc.*, 443 F. Supp. 2d 570, 621 (S.D.N.Y. 2006) ("'but for' causation is not tantamount to invention.") In light of the absence of any evidence that Plaintiff significantly contributed to *the compounds at issue in this case*, the Court finds that Plaintiff did not "contribute in some significant manner to the conception or reduction to practice of the invention." *Pannu*, 155 F.3d at 1351.

Accordingly, the Court holds that Plaintiff has not shown by clear and convincing evidence that he is a joint inventor of the A-series Patents.[3]

## III.    CONCLUSION

In light of the foregoing, the Court **ENTERS JUDGMENT IN FAVOR** of Defendants as to Plaintiff's Complaint and **DISMISSES** Plaintiff's inventorship claim. The Court **ORDERS** Defendants to submit to the Court a proposed judgment consistent with this Order within 3 days of the filing of this Order.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer    _____

---

[3] The Court notes that although the evidence offered by Defendants at trial successfully refuted much of Plaintiff's testimony, there was already insufficient evidence at the close of Plaintiff's case-in-chief to establish inventorship.

**Appx0008**

1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| 13  DEGUI CHEN, Ph.D., an individual, | Case No.  2:18-CV-02015-RGK-KS |
| 14                Plaintiff, | **[~~PROPOSED~~] JUDGMENT** |
| 15        v. | Honorable R. Gary Klausner |
| 16  MICHAEL E. JUNG, Ph. D., an | |
| 17  individual and CHARLES L. | Courtroom: 850 (8th Fl.) |
|     SAWYERS, M.D., an individual, |               255 East Temple St. |
| 18                Defendants. |               Los Angeles, CA 90012 |
| 19  | Trial Date:  October 15, 2019 |

20
21
22
23
24
25
26
27
28

1   Having presided over trial in this matter and issued findings of fact and

2 conclusions of law, the Court HEREBY ENTERS JUDGMENT in favor of

3 Defendants Michael E. Jung and Charles L. Sawyers as follows:

4   1.  Plaintiff Degui Chen's claim for inventorship of U.S. Patent No.

5 8,445,507 is dismissed with prejudice.

6   2.  Plaintiff Degui Chen's claim for inventorship of U.S. Patent No.

7 8,802,689 is dismissed with prejudice.

8   3.  Plaintiff Degui Chen's claim for inventorship of U.S. Patent No.

9 9,388,159 is dismissed with prejudice.

10

11

12 Dated:  November 8, 2019

13         The Honorable R. Gary Klausner
           UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-1-       [PROPOSED] JUDGMENT;
             CASE NO. 2:18-CV-02015-RGK-KS

Appx0010



US008445507B2

(12) **United States Patent**
Jung et al.

(10) Patent No.: **US 8,445,507 B2**
(45) Date of Patent: **May 21, 2013**

(54) **ANDROGEN RECEPTOR MODULATOR FOR THE TREATMENT OF PROSTATE CANCER AND ANDROGEN RECEPTOR-ASSOCIATED DISEASES**

(75) Inventors: **Michael E. Jung**, Los Angeles, CA (US); **Charles L. Sawyers**, New York, NY (US); **Samedy Ouk**, Los Angeles, CA (US); **Chris Tran**, New York, NY (US); **John Wongvipat**, New York, NY (US)

(73) Assignee: **The Regents of the University of California**, Oakland, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 600 days.

(21) Appl. No.: **12/294,881**

(22) PCT Filed: **Mar. 27, 2007**

(86) PCT No.: **PCT/US2007/007485**
§ 371 (c)(1),
(2), (4) Date: **Sep. 16, 2010**

(87) PCT Pub. No.: **WO2007/126765**
PCT Pub. Date: **Nov. 8, 2007**

(65) **Prior Publication Data**
US 2011/0003839 A1 Jan. 6, 2011

**Related U.S. Application Data**

(60) Provisional application No. 60/785,978, filed on Mar. 27, 2006, provisional application No. 60/833,790, filed on Jul. 28, 2006.

(51) Int. Cl.
*A61K 31/4439* (2006.01)
*C07D 213/60* (2006.01)

(52) U.S. Cl.
USPC .......... **514/278**; 514/341; 546/15; 546/274.1

(58) Field of Classification Search
USPC .......................... 546/15, 274.1; 514/278, 341
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,823,240 A | 7/1974 | Saulí |
| 3,984,430 A | 10/1976 | Curran |
| 4,097,578 A | 6/1978 | Perronnet et al. |
| 4,234,736 A | 11/1980 | Bernauer et al. |
| 4,304,782 A | 12/1981 | Dumont et al. |
| 4,312,881 A | 1/1982 | Wootton |
| 4,399,216 A | 8/1983 | Axel et al. |
| 4,407,814 A | 10/1983 | Bernauer et al. |
| 4,427,438 A | 1/1984 | Nagano et al. |
| 4,473,393 A | 9/1984 | Nagpal |
| 4,482,739 A | 11/1984 | Bernauer et al. |
| 4,559,157 A | 12/1985 | Smith et al. |
| 4,608,392 A | 8/1986 | Jacquet et al. |
| 4,749,403 A | 6/1988 | Liebl et al. |
| 4,820,508 A | 4/1989 | Wortzman |
| 4,859,228 A | 8/1989 | Prisbylla |
| 4,873,256 A | 10/1989 | Coussediere et al. |
| 4,938,949 A | 7/1990 | Borch et al. |
| 4,944,791 A | 7/1990 | Schröder et al. |
| 4,992,478 A | 2/1991 | Gerin |
| 5,010,182 A | 4/1991 | Brake et al. |
| 5,069,711 A | 12/1991 | Fischer et al. |
| 5,071,773 A | 12/1991 | Evans et al. |
| 5,166,358 A | 11/1992 | Seuron et al. |
| 5,411,981 A | 5/1995 | Gaillard-Kelly et al. |
| 5,434,176 A | 7/1995 | Claussner et al. |
| 5,554,607 A | 9/1996 | Elokdah et al. |
| 5,556,983 A | 9/1996 | Claussner et al. |
| 5,589,497 A | 12/1996 | Claussner et al. |
| 5,614,620 A | 3/1997 | Lino et al. |
| 5,627,201 A | 5/1997 | Gaillard-Kelly et al. |
| 5,646,172 A | 7/1997 | Claussner et al. |
| 5,656,651 A | 8/1997 | Sovak et al. |
| 5,705,654 A | 1/1998 | Claussner et al. |
| 5,726,061 A | 3/1998 | Robbins et al. |
| 5,750,553 A | 5/1998 | Claussner et al. |
| 5,783,707 A | 7/1998 | Elokdah et al. |
| RE35,956 E | 11/1998 | Gaillard-Kelly et al. |
| 5,958,936 A | 9/1999 | Claussner et al. |
| 5,985,868 A | 11/1999 | Gray |
| 6,107,488 A | 8/2000 | Bouchet et al. |
| 6,172,076 B1 | 1/2001 | Embrey et al. |
| 6,235,910 B1 | 5/2001 | Beller et al. |
| 6,242,611 B1 | 6/2001 | Claussner et al. |
| 6,307,030 B1 | 10/2001 | French et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| AU | 217893 | | 6/1958 |
|---|---|---|---|
| CN | 101032483 A | * | 9/2007 |

(Continued)

OTHER PUBLICATIONS

Wallen et al., "Androgen Receptor Gene Mutations in Hormone-Refractory Prostate Cancer", J. Pathology 1999, vol. 189, pp. 559-563.
Lu et al. "Molecular Mechanisms of Androgen-Independent Growth of Human Prostate Cancer LNCaP-AI Cells", Endocrinology 1999, vol. 140, No. 11, pp. 5054-5059.
Karp et al., Cancer Res. 56: 5547-5556, 1996.
Ausubel et al., Current Protocols in Molecular Biology, Wiley Interscience Publishers, (1995).
Sambrook et al., Molecular Cloning: A Laboratory Manual 2nd edition (1989) Cold Spring Harbor Laboratory Press, Cold Spring Harbor, N.Y.
Chang et al., Science 240 (4850), 324-326 (1988).
NM_000044<http://www.ncbi.nlm.nih.gov:80/entrez/viewer.fcgi?cmd=Retrieve&db=nucleotide&list_uids=21322251&dopt=GenBank&term=sapiens+AR+androgen+receptor+prostate+cancer&qty=1>gi:21322251, printed Oct. 24, 2007.
Mammalian Cell Biotechnology: a Practical Approach, M. Butler, ed. (IRL Press, 1991).

(Continued)

*Primary Examiner* — Jason M Nolan
(74) *Attorney, Agent, or Firm* — Kilpatrick Townsend & Stockton LLP

(57) **ABSTRACT**

A hydantoin compound useful for the prevention or treatment of hyperproliferative diseases or disorders.

**31 Claims, 6 Drawing Sheets**

TX 61.0002

Appx0011

## U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 6,350,763 B1 | 2/2002 | Kelly et al. |
| 6,472,415 B1 | 10/2002 | Sovak et al. |
| 6,479,063 B2 | 11/2002 | Weisman et al. |
| 6,489,163 B1 | 12/2002 | Roy et al. |
| 6,506,607 B1 | 1/2003 | Shyjan |
| 6,828,471 B2 | 12/2004 | Sawyers et al. |
| 7,271,188 B2 | 9/2007 | Tachibana et al. |
| 2002/0133833 A1 | 9/2002 | Sawyers et al. |
| 2003/0225138 A1 | 12/2003 | Sircar et al. |
| 2004/0009969 A1 | 1/2004 | Cleve et al. |
| 2004/0116417 A1 | 6/2004 | Boubia et al. |
| 2005/0153968 A1 | 7/2005 | Bi et al. |
| 2006/0127902 A1 | 6/2006 | Madden et al. |
| 2007/0249697 A1 | 10/2007 | Tachibana et al. |

## FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 2102605 | 7/1971 |
| DE | 2614831 A1 | 10/1977 |
| EP | 0017976 A2 | 10/1980 |
| EP | 0017976 A3 | 10/1980 |
| EP | 0017976 B1 | 6/1983 |
| EP | 0 082 259 B1 | 10/1984 |
| EP | 0144098 A1 | 6/1985 |
| EP | 0331232 A2 | 9/1989 |
| EP | 362179 | 4/1990 |
| EP | 0 494 819 A1 | 1/1992 |
| EP | 0 578 516 A1 | 5/1993 |
| EP | 0 580 459 A1 | 5/1993 |
| EP | 0572191 A1 | 12/1993 |
| EP | 0 580 459 B1 | 1/1994 |
| EP | 0770613 A1 | 5/1995 |
| EP | 0 494 819 B1 | 7/1996 |
| EP | 0 721 944 B1 | 1/2001 |
| EP | 1 790 640 A | 5/2007 |
| FR | 2 693 461 A1 | 1/1994 |
| FR | 2 715 402 A1 | 1/1994 |
| FR | 2 845 384 A1 | 10/2002 |
| JP | 59210083 A | 11/1984 |
| JP | 1009978 A | 1/1989 |
| JP | 2019363 A | 1/1990 |
| WO | WO 90/13646 | 11/1990 |
| WO | WO 97/00071 | 1/1997 |
| WO | WO 97/19064 | 5/1997 |
| WO | WO 97/19931 | 6/1997 |
| WO | WO 00/17163 | 3/2000 |
| WO | WO 00/26195 A1 | 5/2000 |
| WO | WO 00/44731 A1 | 8/2000 |
| WO | WO 01/07048 A1 | 2/2001 |
| WO | WO 01/92253 A2 | 12/2001 |
| WO | WO 01/94346 A1 | 12/2001 |
| WO | WO 02/053155 A1 | 7/2002 |
| WO | WO 02/081453 A1 | 10/2002 |
| WO | WO 03/029245 A1 | 4/2003 |
| WO | WO 03/032994 A2 | 4/2003 |
| WO | WO 03/057220 A1 | 7/2003 |
| WO | WO 03/093243 A1 | 11/2003 |
| WO | WO 03/096980 | 11/2003 |
| WO | WO 2004/022572 A1 | 3/2004 |
| WO | WO 2004/031160 A2 | 4/2004 |
| WO | WO 2004/070050 A2 | 8/2004 |
| WO | WO 2004/111031 A1 | 12/2004 |
| WO | WO 2005/042488 A1 | 5/2005 |
| WO | WO 2005/059109 | 6/2005 |
| WO | WO2005/059109 A3 | 6/2005 |
| WO | WO 2005/060661 | 7/2005 |
| WO | WO 2005/089752 | 9/2005 |
| WO | WO 2005/099693 | 10/2005 |
| WO | WO 2006/010642 | 2/2006 |
| WO | WO 2006/028226 A | 3/2006 |
| WO | WO 2006/124118 A1 | 11/2006 |
| WO | WO 2007/045877 A1 | 4/2007 |
| WO | WO 2007/126765 | 11/2007 |
| WO | WO 2007/127010 | 11/2007 |
| WO | WO 2008/119015 A2 | 10/2008 |

## OTHER PUBLICATIONS

Graham and van der Eb, *Virology*, 52:456-467, 1973.

Keown et al., *Methods in Enzymology*, 185:527-537 (1990).

Mansour et al., *Nature*, 336:348-352 (1988).

Muller et al., 1991, Mol. & Cell. Bio. 11:1785.

Urlaub et al., *Proc. Natl. Acad. Sci. USA*, 77:4216 (1980).

Stinchcomb et al., *Nature*, 282:39 (1979).

Kingsman et al., *Gene*, 7: 141 (1979).

Tschumper et al., *Gene*, 10: 157 (1980).

Jones, *Genetics*, 85:12 (1977).

Feldman, B.J. & Feldman, D. The development of androgen-independent prostate cancer. Nat Rev Cancer 1, 34-45 (2001).

Gelmann, E.P. Molecular biology of the androgen receptor. J Clin Oncol 20, 3001-15 (2002).

Balk, S.P. Androgen receptor as a target in androgen-independent prostate cancer. Urology 60, 132-8; discussion 138-9 (2002).

Taplin, M.E. et al. Selection for androgen receptor mutations in prostate cancers treated with androgen antagonist. Cancer Res 59, 2511-5 (1999).

Taplin, M.E. et al. Androgen receptor mutations in androgen-independent prostate cancer: Cancer and Leukemia Group B Study 9663. J Clin Oncol 21, 2673-8 (2003).

Visakorpi, T. et al. In vivo amplification of the androgen receptor gene and progression of human prostate cancer. Nat Genet 9, 401-6 (1995).

Taplin, M.E. et al. Mutation of the androgen-receptor gene in metastatic androgen-independent prostate cancer. N Engl J Med 332, 1393-8 (1995).

Veldscholte, J. et al. A mutation in the ligand binding domain of the androgen receptor of human LNCaP cells affects steroid binding characteristics and response to anti-androgens. Biochem Biophys Res Commun 173, 534-40 (1990).

Matias, P.M. et al. Structural basis for the glucocorticoid response in a mutant human androgen receptor (AR(ccr)) derived from an androgen-independent prostate cancer. J Med Chem 45, 1439-46 (2002).

Craft, N., Shostak, Y., Carey, M. & Sawyers, C.L. A mechanism for hormone-independent prostate cancer through modulation of androgen receptor signaling by the HER-2/neu tyrosine kinase. Nat Med 5, 280-5 (1999).

Gioeli, D. et al. Androgen receptor phosphorylation. Regulation and identification of the phosphorylation sites. J Biol Chem 277, 29304-14 (2002).

Kato, S. et al. Activation of the estrogen receptor through phosphorylation by mitogen-activated protein kinase. Science 270, 1491-4 (1995).

Font de Mora, J. & Brown, M. AIB1 is a conduit for kinase-mediated growth factor signaling to the estrogen receptor. Mol Cell Biol 20, 5041-7 (2000).

Tremblay, A., Tremblay, G.B., Labrie, F. & Giguere, V. Ligand-independent recruitment of SRC-1 to estrogen receptor beta through phosphorylation of activation function AF-1. Mol Cell 3, 513-9 (1999).

Gregory, C.W. et al. A mechanism for androgen receptor-mediated prostate cancer recurrence after androgen deprivation therapy. Cancer Res 61, 4315-9 (2001).

Li, P. et al. Heterogeneous expression and functions of androgen receptor co-factors in primary prostate cancer. Am J Pathol 161, 1467-74 (2002).

Glass, C.K. & Rosenfeld, M.G. The coregulator exchange in transcriptional functions of nuclear receptors. Genes Dev 14, 121-41 (2000).

Raffo, A.J. et al. Overexpression of bcl-2 protects prostate cancer cells from apoptosis in vitro and confers resistance to androgen depletion in vivo. Cancer Res 55, 4438-45 (1995).

McDonnell, T.J. et al. Expression of the protooncogene bcl-2 in the prostate and its association with emergence of androgen-independent prostate cancer. Cancer Res 52, 6940-4 (1992).

Kinoshita, H. et al. Methylation of the androgen receptor minimal promoter silences transcription in human prostate cancer. Cancer Res 60, 3623-30 (2000).

Shang, Y., Myers, M. & Brown, M. Formation of the androgen receptor transcription complex. Mol Cell 9, 601-10 (2002).

Zhau, H.Y. et al. Androgen-repressed phenotype in human prostate cancer. Proc Natl Acad Sci U S A 93,15152-7 (1996).

**TX 61.0003**

Wainstein, M.A. et al. CWR22: androgen-dependent xenograft model derived from a primary human prostatic carcinoma. Cancer Res 54, 6049-52 (1994).

Ellis, W.J. et al. Characterization of a novel androgen-sensitive, prostate-specific antigen-producing prostatic carcinoma xenograft: LuCaP 23. Clin Cancer Res 2, 1039-48 (1996).

Horoszowicz, J.S. et al. LNCaP model of human prostatic carcinoma. Cancer Res 43, 1809-18 (1983).

Klein, K.A. et al. Progression of metastatic human prostate cancer to androgen independence in immunodeficient SCID mice. Nat Med 3, 402-8 (1997).

Perou, C.M. et al. Molecular portraits of human breast tumors. Nature 406, 747-52 (2000).

Gregory, C.W., Johnson, R.T., Jr., Mohler, J.L., French, F.S. & Wilson, E.M. Androgen receptor stabilization in recurrent prostate cancer is associated with hypersensitivity to low androgen. Cancer Res 61, 2892-8. (2001).

Huang, Z.Q., Li, J. & Wong, J. AR possess an intrinsic hormone-independent transcriptional activity. Mol Endocrinol 16, 924-37 (2002).

Matias, P.M. et al. Structural evidence for ligand specificity in the binding domain of the human androgen receptor. Implications for pathogenic gene mutations. J Biol Chem 275, 26164-71 (2000).

Lobaccaro, J.M. et al. Molecular modeling and in vitro investigations of the human androgen receptor DNA-binding domain: application for the study of two mutations. Mol Cell Endocrinol 116, 137-47 (1996).

Migliaccio, A. et al. Steroid-induced androgen receptor-oestradiol receptor beta-Src complex triggers prostate cancer cell proliferation. Embo J 19, 5406-17 (2000).

Kousteni, S. et al. Nongenotropic, sex-nonspecific signaling through the estrogen or androgen receptors: dissociation from transcriptional activity. Cell 104, 719-30 (2001).

Manolagas, S.C., Kousteni, S. & Jilka, R.L. Sex steroids and bone. Recent Prog Horm Res 57, 385-409 (2002).

DePrimo, S.E. et al. Transcriptional programs activated by exposure of human prostate cancer cells to androgen. Genome Biol 3, Research0032 (2002).

Masiello, D., Cheng, S., Bubley, G.J., Lu, M.L. & Balk, S.P. Bicalutamide functions as an androgen receptor antagonist by assembly of a transcriptionally inactive receptor. J Biol Chem 277, 26321-6 (2002).

Edwards, J., Krishna, N.S., Grigor, K.M. & Bartlett, J.M. Androgen receptor gene amplification and protein expression in hormone refractory prostate cancer. Br J Cancer 89, 552-6 (2003).

Laitinen, S., Karhu, R., Sawyers, C.L., Vessella, R.L. & Visakorpi, T. Chromosomal aberrations in prostate cancer xenografts detected by comparative genomic hybridization. Genes Chromosomes Cancer 35, 66-73 (2002).

Grad, J.M., Dai, J.L., Wu, S. & Burnstein, K.L. Multiple androgen response elements and a Myc consensus site in the androgen receptor (AR) coding region are involved in androgen-mediated up-regulation of AR messenger RNA. Mol Endocrinol 13, 1896-911 (1999).

Craft, N. et al. Evidence for clonal outgrowth of androgen-independent prostate cancer cells from androgen-dependent tumors through a two-step process. Cancer Res 59,5030-6 (1999).

Ellwood-Yen, K. et al. Myc-driven murine prostate cancer shares molecular features with human prostate tumors. Cancer Cell 4, 223-38 (2003).

Wang, S. et al. Prostate-specific deletion of the murine Pten tumor suppressor gene leads to metastatic prostate cancer. Cancer Cell 4, 209-21 (2003).

Shiau, A.K. et al. The structural basis of estrogen receptor/coactivator recognition and the antagonism of this interaction by tamoxifen. Cell 95, 927-37 (1998).

Norris, J.D. et al. Peptide antagonists of the human estrogen receptor. Science 285, 744-6 (1999).

Baek, S.H. et al. Exchange of N-CoR corepressor and Tip60 coactivator complexes links gene expression by NF-kappaB and beta-amyloid precursor protein. Cell 110, 55-67 (2002).

Shang, Y. & Brown, M. Molecular determinants for the tissue specificity of SERMs. Science 295, 2465-8 (2002).

Schellhammer, P.F. et al. Prostate specific antigen decreases after withdrawal of antiandrogen therapy with bicalutamide or flutamide in patients receiving combined androgen blockade. J Urol 157, 1731-5 (1997).

Sack, J.S. et al. Crystallographic structures of the ligand-binding domains of the androgen receptor and its T877A mutant complexed with the natural agonist dihydrotestosterone. Proc Natl Acad Sci U S A 98, 4904-9 (2001).

Zhou, Z.X., Sar, M., Simental, J.A., Lane, M.V. & Wilson, E.M. A ligand-dependent bipartite nuclear targeting signal in the human androgen receptor. Requirement for the DNA-binding domain and modulation by NH2-terminal and carboxyl-terminal sequences. J Biol Chem 269, 13115-23 (1994).

Chen, C.D., Welsbie, D.S., Tran, C., Baek, S.H., Chen, R., Vessella, R., Rosenfeld, M.G., and Sawyers, C.L., Molecular determinants of resistance to antiandrogen therapy, Nat. Med., 10: 33-39, 2004.

*The Pharmacological Basis of Therapeutics,* Goodman and Gilman, eds., Macmillan Publishing Co., New York, 1941.

The Practice of Medicinal Chemistry, Camille G. Wermuth et al., Ch 31, (Academic Press, 1996).

Design of Prodrugs, edited by H. Bundgaard, (Elsevier, 1985).

A Textbook of Drug Design and Development, P. Krogsgaard-Larson and H. Bundgaard, eds. Ch 5, pp. 113-191 (Harwood Academic Publishers, 1991).

Remington: The Science and Practice of Pharmacy, 19th Edition, Gennaro (ed.) 1995, Mack Publishing Company, Easton, PA.

Teutsch, G.; Goubet, F.; Batzmann, T.; Bonfils, A.; Bouchoux, F.; Cerede, E.; Gofflo, D.; Gaillard-Kelly, M.; Philibert. D. *J. Steroid Biochem. Molec. Biol.* 1994, 48, 111-119.

Van Dort, M.E.; Robins, D.M.; Wayburn, B. *J. Med. Chem.* 2000, 43, 3344-3347.

Homms,S., et al., "Differential levels of human leukocyte antigenclass I, multidrug-resistance 1 and androgen receptor expressions in untreated prostate cancer cells: the robustness of prostate cancer", Oncol. Rep. 18 (2), 343-346 (2007).

Cai,C., et al., "c-Jun has multiple enhancing activities in the novel cross talk between the androgen receptor and Ets variant gene 1 in prostate cancer", Mol. Cancer Res. 5 (7), 725-735 (2007).

Su,Q.R., et al., "Polymorphisms of androgen receptor gene in childhood and adolescent males with first-onset major depressive disorder and association with related symptomatology", Int. J. Neurosci. 117 (7), 903-917 (2007).

Brockschmidt,F.F., et al., "The two most common alleles of the coding GGN repeat in the androgen receptor gene cause differences in protein function", J. Mol. Endocrinol. 39 (1), 1-8 (2007).

Hamilton-Reeves,J.M., et al, "Isoflavone-rich soy protein isolate suppresses androgen receptor expression without altering estrogen receptor-beta expression or serum hormonal profiles in men at high risk of prostate cancer", J. Nutr. 137 (7), 1769-1775 (2007).

Sweet,C.R., et al., "A unique point mutation in the androgen receptor gene in a family with complete androgen insensitivity syndrome", Fertil. Steril. 58 (4), 703-707 (1992).

Batch,J.A., et al., "Androgen receptor gene mutations identified by SSCP in fourteen subjects with androgen insensitivity syndrome", Hum. Mol. Genet. 1 (7), 497-503 (1992).

Wooster,R., et al., "A germline mutation in the androgen receptor gene in two brothers with breast cancer and Reifenstein syndrome", Nat. Genet. 2 (2), 132-134 (1992).

Saunders,P.T., et al., "Point mutations detected in the androgen receptor gene of three men with partial androgen insensitivity syndrome", Clin. Endocrinol. (Oxf) 37 (3), 214-220 (1992).

Zoppi,S., et al. "Amino acid substitutions in the DNA-binding domain of the human androgen receptor are a frequent cause of receptor-binding positive androgen resistance", Mol. Endocrinol. 6 (3), 409-415 (1992).

International Search Report issued in PCT Application PCT/US2005/005529, mailed on Nov. 10, 2005.

International Search Report issued in PCT Application PCT/US2004/042221, mailed on Jun. 20, 2005.

Wang, Long G., et al., "Overexpressed androgen receptor linked to p21WAF1 silencing may be responsible for androgen independence and resistance to apoptosis of a prostate cancer cell line", Cancer Research 61 (20), pp. 7544-7551 (Oct. 15, 2001).

**TX 61.0004**

Shi, Xu-Bao, et al., "Functional analysis of 44 mutant androgen receptors from human prostate cancer", Cancer Research 62 (5), pp. 1496-1502 (Mar. 1, 2002).

Navone, N. M., et al., "Model Systems of Prostate Cancer: Uses and Limitations" Cancer Metastasis, Kluwer Academic Publishers, Dordrecht, NL, 17 (4), 1999, pp. 361-371.

Extended European Search Report issued in European Patent Application No. EP 06748863.5, mailed on Feb. 12, 2009.

S.Ouk et al., "Development of Androgen Receptor Inhibitors for Hormone-refractory Prostate Cancer", Prostate Cancer Foundation Meeting, Scottsdale, AZ, Sep. 29-Oct. 1, 2005.

Cousty-Berlin, et al., "Preliminary Pharmacokinetics and Metabolism of Novel Non-steroidal Antiandrogens in the Rat: Relation of their Systemic Activity to the Formation of a Common Metabolite," J. Steroid Biochem. Molec. Biol., vol. 51, No. 1/2, pp. 47-55 (1994).

Feher, et al., "BHB: A Simple Knowledge-Based Scoring Function to Improve the Efficiency of Database Screening," J. Chem. Inf. Comput. Sci., vol. 43, pp. 1316-1327 (2003).

Foury, et al., "Control of the Proliferation of Prostate Cancer Cells by an Androgen and Two Antiandrogens. Cell Specific Sets of Responses," J. Steroid Biochem. Molec. Biol., vol. 66, No. 4, pp. 235-240 (1998).

Goubet, et al., Conversion of a Thiohydantoin to he Corresponding Hydantoin via a Ring-Opening/Ring Closure Mechanism, Tetrahedron Letters, vol. 37, No. 43, pp. 7727-7730 (1996).

Karvonen, et al., "Interaction of Androgen Receptors with Androgen Response Element in Intact Cells," The Journal of Biological Chemistry, vol. 272, No. 25, pp. 15973-15979 (1997).

Kemppainen, et al., "Distinguishing Androgen Receptor Agonists and Antagonists: Distinct Mechanisms of Activation by Medroxyprogesterone Acetate and Dihydrotestosterone," Mol. Endocrinol., vol. 13, pp. 440-454 (1999); mend.endojournals.org.

Marhefka, et al., "Homology Modeling Using Multiple Molecular Dynamics Simulations and Docking Studies of the Human Androgen Receptor Ligand Binding Domain Bound to Testosterone and Nonsteroidal Ligands," J. Med. Chem., vol. 44, No. 11, pp. 1729-1740 (2001).

Matias, et al., "Local Inhibition of Sebaceous Gland Growth by Topically Applied RU 58841," NY Acad. Sci., vol. 761, pp. 56-65 (1995).

Sderholm, et al., "Three-Dimensional Structure—Activity Relationships of Nonsteroidal Ligands in Complex with Androgen Receptor Ligand-Binding Domain," J. Med. Chem., vol. 48, No. 4, pp. 917-925 (2005).

Sperry, et al., Androgen binding profiles of two distinct nuclear androgen receptors in Atlantic croaker (Micropogonias undulatus), Journal of Steroid Biochemistry & Molecular Biology, vol. 73, pp. 93-103 (2000).

Zarghami, et al., "Steroid hormone regulation of prostate-specific antigen gene expression in breast cancer," British Journal of Cancer, vol. 75, No. 4, pp. 579-588 (1997).

International Search Report issued in PCT Application PCT/US2007/07485, mailed on Sep. 4, 2008.

Written Opinion issued in PCT Application PCT/US2007/07485, mailed on Sep. 4, 2008.

International Search Report issued in International Application No. PCT/US2008/012149 mailed on Apr. 29, 2009.

Written Opinion issued in International Application No. PCT/US2008/012149, mailed on Apr. 29, 2009.

Office Action issued in U.S. Appl. No. 10/590,445, mailed on Mar. 2, 2009.

International Search Report issued in International Application No. PCT/US2007/007854, mailed on Apr. 15, 2008.

Written Opinion issued in International Application No. PCT/US2007/007854, mailed on Apr. 15, 2008.

International Search Report issued in PCT Application No. PCT/US2004/042221, mailed on Jun. 20, 2005.

Written Opinion issued in PCT Application No. PCT/US2004/042221, mailed on Jun. 20, 2005.

Written Opinion issued in PCT Application No. PCT/US2005/005529, mailed on Nov. 10, 2005.

Written Opinion issued in PCT Application No. PCT/US2006/011417, mailed on Jul. 3, 2006.

Office Action of Jan. 18, 1994 from U.S. Patent and Trademark Office for U.S. Appl. No. 08/064,257.

Office Action of Aug. 14, 1992 from U.S. Patent and Trademark Office for U.S. Appl. No. 07/819,110.

Notice of References Cited of Jul. 24, 1992 from U.S. Patent and Trademark Office for U.S. Appl. No. 07/819,110.

Office Action of Feb. 22, 1993 from U.S. Patent and Trademark Office for U.S. Appl. No. 07/819,110.

Office Action of Sep. 2, 1993 from U.S. Patent and Trademark Office for U.S. Appl. No. 07/819,110.

Office Action of Jun. 1, 1994 from U.S. Patent and Trademark Office for U.S. Appl. No. 07/819,110.

M.J. Linja et al., "Amplification and overexpression of androgen receptor gene in hormone-refractory prostate cancer", Cancer Research, vol. 61 (May 1, 2001) pp. 3550-3555.

J. Holzbeierlein et al., "Gene Expression Analysis of Human Prostate Carcinoma during Hormonal Therapy Identifies Androgen-Responsive Genes and Mechanisms of Therapy Resistance", Am. J. Pathology, vol. 164, No. 1 (Jan. 2004) pp. 217-227.

C.D. Chen et al., "Molecular determinants of resistance to antiandrogen therapy", Nature Medicine, vol. 10, No. 1 (Jan. 2004) pp. 33-39.

Office Action of Jul. 23, 2008 from U.S. Patent and Trademark Office for U.S. Appl. No. 10/590,445.

Karp et al., "Prostate Cancer Prevention: Investigational Approaches and Opportunities", Cancer Res., v. 56 (Dec. 15, 1996) pp. 5547-5556.

Graham and van der Eb, "A new technique for the assay of infectivity of human adenovirus 5 DNA", Virology, v. 52(2) (Apr. 1973) pp. 456-467.

P.J. Creaven et al., "Pharmacokinetics and Metabolism of Nilutamide", Supp. Urology, vol. 37, No. 2 (Feb. 1991) pp. 13-19.

Singh et al., "Androgen Receptor Antagonists (Antiandrogens): Structure-Activity Relationships", Current Medicinal Chemistry, 2000, 7, pp. 211-247.

Bohl et al., "Structural basis for antagonism and resistance of bicalutamide in prostate cancer", Proc. Nat. Acad. Sci., 2005, v. 102(17), pp. 6201-6206.

Nam et al., "Action of the Src Family Kinase Inhibitor, Dasatinib (BMS-354825), on Human Prostate Cancer Cells", Cancer Res., 2005, v. 65(20), pp. 9185-9189.

Burnstein et al. Androgen Glucocorticoid Regulation of Androgen Receptor cDNA Expression. Molecular and Cellular Endocrinology. 1995. v. 115, pp. 177-186.

Cinar et al. Androgen Receptor Mediates the Reduced Tumor Growth, Enhanced Androgen Responsiveness, and Selected Target Gene Transactivation in Human Prostate Cancer Cell Line. Cancer Research. 2001. v. 61. pp. 7310-7317.

Szelei et al. Androgen-Induced Inhibition of Proliferation in Human Breast Cancer MCF7 Cells Transfected with Androgen Receptor. Endocrinology. 1997. v. 138 (4). pp. 1406-1412.

Raffo et al. Overexpression of bcl-2 Protects Prostate Cancer Cells from Apoptosis in Vitro and Confers Resistance to Androgen Depletion in Vivo. Cancer Research. 1995. v. 55. 4438-4445.

Office Action of Aug. 11, 2009 from U.S. Patent and Trademark Office for U.S. Appl. No. 10/583,280.

A.M. Soto et al., "Control of Cell Proliferation: Evidence for Negative Control on Estrogen-sensitive T47D Human Breast Cancer Cells", Cancer Research, 46, (1986), pp. 2271-2275.

Presentation of Charles Sawyers, Prostate Cancer Foundation Scientific Retreat, Scottsdale, Arizona, Sep. 29-Oct. 1, 2005.

Abstract submitted by Samedy Ouk, Prostate Cancer Foundation Scientific Retreat, Scottsdale, Arizona, Sep. 29-Oct. 1, 2005.

Dhal, P.N. et al., "Synthesis of thiohydantoins, thiazolidones and their derivatives from $N^1$-(4'-aryl thiazole 2'-YL) thioureas", J. Indian Chem. Soc. 50(1):680-684, Oct. 1973.

**TX 61.0005**

Elokdah, Hassan, et al., "Design, synthesis, and biological evaluation of thio-containing compounds with serum HDL-cholesterol-elevating properties", J. Med. Chem. 47:681-695 (2004).

European Search Report dated Jul. 20, 2011 for European Application No. 07754060.7, 7 pages.

Extended European Search Report dated Jul. 12, 2011 for European Application No. 11163948.0, 10 pages.

* cited by examiner



FIG. 1



FIG. 2

TX 61.0008



FIG. 3

TX 61.0009



FIG. 4

**TX 61.0010**

Appx0019



FIG. 5

TX 61.0011



FIG. 6

# ANDROGEN RECEPTOR MODULATOR FOR THE TREATMENT OF PROSTATE CANCER AND ANDROGEN RECEPTOR-ASSOCIATED DISEASES

## FIELD OF THE INVENTION

The present invention relates to hydantoins, thiohydantoins, dithiohydantoins, hydantoinimines and thiohydantoinimines compounds, methods of using such compounds in the treatment of androgen receptor-associated conditions, such as age-related diseases, for example, prostate cancer, and to pharmaceutical compositions containing such compounds.

## BACKGROUND OF THE INVENTION

Prostate cancer is the most common incidence of cancer and the second leading cause of cancer death in Western men. When the cancer is confined locally, the disease can be cured by surgery or radiation. However, 30% of such cancer relapses with distant metastatic disease and others have advanced disease at diagnoses. Advanced disease is treated by castration and/or administration of anti-androgens, the so-called androgen deprivation therapy. Castration lowers the circulating levels of androgens and reduces the activity of androgen receptor (AR). Administration of anti-androgens blocks AR function by competing away androgen binding and therefore reduces the AR activity. Although initially effective, these treatments quickly fail and the cancer becomes hormone refractory.

Recently, overexpression of AR has been identified and validated as a cause of hormone refractory prostate cancer (*Nat. Med*, 2004, 10, 33-39). Overexpression of AR is sufficient to cause progression from hormone sensitive to hormone refractory prostate cancer, suggesting that better AR inhibitors than the current drugs can slow the progression of prostate cancer. It was demonstrated that AR and its ligand binding are necessary for growth of hormone refractory prostate cancer, indicating that AR is still a target for this disease. It was also demonstrated that overexpression of AR converts anti-androgens from antagonists to agonists in hormone refractory prostate cancer (an AR antagonist inhibits AR activity and an AR agonist stimulates AR activity). Data from this work explain why castration and anti-androgens fail to prevent prostate cancer progression and reveals un-recognized properties of hormone refractory prostate cancer.

Bicalutamide (Brand name: Casodex) is the most commonly used anti-androgen. While it has inhibitory effect on AR in hormone sensitive prostate cancer, it fails to suppress AR when the cancer becomes hormone refractory. Two weaknesses of current antiandrogens are blamed for the failure to prevent prostate cancer progression from hormone sensitive stage to hormone refractory disease and to effectively treat hormone refractory prostate cancer. One is their weak antagonistic activities and the other is their strong agonistic activities when AR is overexpressed in hormone refractory prostate cancer. Therefore, better AR inhibitors with more potent antagonistic activities and minimal agonistic activities are needed to delay disease progression and to treat the fatal hormone refractory prostate cancer.

Nonsteroidal anti-androgens, have been preferred over steroidal compounds for prostate cancer because they are more selective and have fewer side effects. A wide variety of such compounds were described in U.S. Pat. Nos. 4,097,578, 5,411,981, and 5,705,654, U.S. published applications 2004/

0009969 and 2007/0004753, and PCT international applications published as WO 97/00071, WO 00/17163 and WO 06/124118.

Accordingly, identification of compounds which have high potency to antagonize the androgen activity, and which have minimal agonistic activity would overcome the hormone refractory prostate cancer (HRPC) and avoid or slowdown the progression of hormone sensitive prostate cancer (HSPC). There is a need in the art for the identification of selective modulators of the androgen receptor, such as modulators which are non-steroidal, non-toxic, and tissue selective.

## SUMMARY OF THE INVENTION

A series of compounds that modulate the function of the nuclear hormone receptors, especially the androgen receptor are presented. These compounds can cause disappearance of prostate cancer cells and tumors.

In an embodiment, a compound is according to formula II.

Formula II:



Het represents a heterocyclic unit of 5 or 6 atoms. A and B are independently selected from oxygen, sulfur, and N—R$_9$, with R$_9$ being selected from hydrogen, aryl, substituted aryl, alkyl, substituted alkyl, alkenyl, substituted alkenyl, alkynyl, substituted alkynyl, halogenated alkyl, halogenated alkenyl, halogenated alkynyl, arylalkyl, arylalkenyl, arylalkynyl, heterocyclic aromatic or non-aromatic, substituted heterocyclic aromatic or non-aromatic, cycloalkyl, substituted cycloalkyl, SO$_2$R$_{11}$, NR$_{11}$R$_{12}$, NR$_{13}$(CO)OR$_{11}$, NH(CO)NR$_{11}$R$_{12}$, NR$_{12}$(CO)R$_{11}$, O(CO)R$_{11}$, O(CO)OR$_{11}$, O(CS)R$_{11}$, NR$_{12}$(CS)R$_{11}$, NH(CS)NR$_{11}$R$_{12}$, or NR$_{12}$(CS)OR$_{11}$. R$_{11}$ and R$_{12}$ are independently selected from hydrogen, alkyl, substituted alkyl, alkenyl or substituted alkenyl, alkynyl or substituted alkynyl, aryl, substituted aryl, arylalkyl, arylalkenyl, arylalkynyl, heterocyclic aromatic or non-aromatic, or substituted heterocyclic aromatic or non-aromatic, or substituted heterocyclic aromatic or non-aromatic. R$_1$ is selected from hydrogen, aryl, substituted aryl, alkyl, substituted alkyl, alkenyl, substituted alkenyl, alkynyl, substituted alkynyl, halogenated alkyl, halogenated alkenyl, halogenated alkynyl, arylalkyl, arylalkenyl, arylalkynyl, heterocyclic aromatic or non-aromatic, substituted heterocyclic aromatic or non-aromatic, cycloalkyl, substituted cycloalkyl, SO$_2$R$_{11}$, NR$_{11}$R$_{12}$, NR$_{12}$ (CO)OR$_{11}$, NH(CO)NR$_{11}$R$_{12}$, NR$_{12}$(CO)R$_{11}$, O(CO)OR$_{11}$, O(CS)R$_{11}$, NR$_{12}$(CS)R$_{11}$, NH(CS)NR$_{11}$R$_{12}$, or NR$_{12}$(CS)OR$_{11}$. R$_2$ and R$_3$ are independently selected from hydrogen, aryl, alkyl, substituted alkyl, alkenyl, substituted alkenyl, alkynyl, substituted alkynyl, halogenated alkyl, halogenated alkenyl, halogenated alkynyl, arylalkyl, arylalkenyl, arylalkynyl, heterocyclic aromatic or non-aromatic, substituted heterocyclic aromatic or non-aromatic, cycloalkyl, or substituted cycloalkyl, or, together with the carbon to which they are linked, form a cycle which can be cycloalkyl, substituted cycloalkyl, heterocyclic aromatic or non-aromatic, substituted heterocyclic aromatic or non-aromatic.

R$_1$ and R$_2$ can be connected to form a cycle which can be heterocyclic aromatic or non aromatic, substituted heterocyclic aromatic or non aromatic. R$_{11}$ and R$_{12}$ can be connected

TX 61.0013

**3**

to form a cycle which can be heterocyclic aromatic or non-aromatic, substituted heterocyclic aromatic, cycloalkyl, or substituted cycloalkyl.

For example, the compound can be A51 or A52.

A51



A52



In an embodiment, a pharmaceutical composition includes a therapeutically effective amount of a compound according to Formula II, or a pharmaceutically acceptable salt thereof, and a pharmaceutically acceptable carrier, diluent, or adjuvant.

The pharmaceutical composition can include a solution of dimethylsulfoxide, phosphate buffered saline solution, and water. The pharmaceutical composition can include dimethylsulfoxide, a carboxymethylcellulose, a polysorbate, and water.

An embodiment of a method includes preventing or treating a disease or disorder related to nuclear receptor activity.

A method for preventing or treating a hyperproliferative disorder, such as hormone sensitive prostate cancer or hormone refractory prostate cancer, can include administering a compound according to Formula II, or a pharmaceutically acceptable salt thereof, to a subject in need of such prevention or treatment, thereby preventing or treating the hyperproliferative disorder. The compound can be administered at a dosage in the range of from about 1 mg per kg body weight per day to about 50 mg per kg body weight per day. The compound can be administered, for example, by intravenous injection, by injection into tissue, intraperitoneally, orally, or nasally.

In an embodiment, the compound according to Formula II is an antagonist of a nuclear receptor or an antagonist of an androgen receptor.

### DESCRIPTION OF THE DRAWINGS

FIG. 1 is a bar chart depicting the antagonist effect of compounds A51 and A52 on HS cancer cells.

FIG. 2 is a bar chart depicting the antagonist effect of compounds A51 and A52 on HS cancer cells.

FIG. 3 is a bar chart depicting the antagonist effect of compounds A51 and A52 on HR cancer cells.

FIG. 4 is a graph depicting the pharmacokinetic behavior of compound A52.

FIG. 5 is a graph depicting the effect of compound A52 on LnCaP-AR-overexpressed tumor size at 10 mg/kg.

**4**

FIG. 6 presents images depicting the disappearance of Luciferase activity after 17 days of treatment with compound A52.

### DETAILED DESCRIPTION

Embodiments of the invention are discussed in detail below. In describing embodiments, specific terminology is employed for the sake of clarity. However, the invention is not intended to be limited to the specific terminology so selected. A person skilled in the relevant art will recognize that other equivalent parts can be employed and other methods developed without parting from the spirit and scope of the invention. All references cited herein are incorporated by reference as if each had been individually incorporated.

The present invention relates to the compounds of formula II, methods of using such compounds as modulators of androgen receptors and to pharmaceutical compositions containing such compounds and salts thereof. Compounds of formula II can be used to agonize or antagonize the function of the nuclear receptor. The compounds can be used to antagonize the androgen receptor. Use of the compounds is not limited to affecting the androgen receptor, but can, for example, also be useful for the treatment of other diseases related to nuclear receptor function. Formula II can be represented as the structure

Formula II



wherein, Het is a heterocyclic unit of 5 and 6 atoms. Preferred heterocyclic units are selected from compounds represented by the structures

TX 61.0014

5
-continued



(structures shown)

and the like. However, the invention is not intended to be limited to compounds having these structures.

Herein, $R_4$, $R_5$, $R_6$, and $R_7$ are independently selected from the group consisting of hydrogen, alkyl, substituted alkyl, alkenyl, substituted alkenyl, alkynyl, substituted alkynyl, aryl, substituted aryl, arylalkyl, arylalkenyl, arylalkynyl, halogenated alkyl, halogenated alkenyl, halogenated alkynyl, halogen, CN, $NO_2$, $OR_{11}$, $SR_{11}$, $NR_{11}R_{12}$, $NH(CO)OR_{11}$, $NH(CO)NR_{11}R_{12}$, $NR_{12}(CO)R_{11}$, $O(CO)R_{11}$, $O(CO)OR_{11}$, $O(CS)R_{11}$, $NR_{12}(CS)R_{11}$, $NH(CS)NR_{11}R_{12}$, $NR_{12}(CS)OR_{11}$. $R_4$ is preferably CN or $NO_2$. $R_5$ is preferably trifluoromethyl, halogenated alkyl, halogenated alkenyl, halogenated alkynyl and halogen. $R_6$ and $R_7$ are preferably hydrogen, alkyl or halogen. $R_4$, $R_5$, $R_6$, and $R_7$ can be independently connected to form a cycle which can be aromatic, substituted aromatic, heterocyclic aromatic or non-aromatic, substituted heterocyclic aromatic or non-aromatic, cycloalkyl, substituted cycloalkyl. X is selected from sulfur (S), oxygen (O), $NR_8$ wherein N is nitrogen and is selected from the group consisting of hydrogen, alkyl, substituted alkyl, substituted alkenyl, alkynyl, substituted alkynyl, aryl, substituted aryl, arylalkyl, arylalkenyl, arylalkynyl, halogenated alkyl, halogenated alkenyl, halogenated alkynyl, halogen, $(CO)R_{11}$, $(CO)OR_{11}$, $(CS)R_{11}$, $(CS)OR_{11}$.

$R_1$ is selected from hydrogen, aryl, substituted aryl, alkyl, substituted alkyl, alkenyl, substituted alkenyl, alkynyl, substituted alkynyl, halogenated alkyl, halogenated alkenyl, halogenated alkynyl, arylalkyl, arylalkenyl, arylalkynyl, heterocyclic aromatic or non-aromatic, substituted heterocyclic aromatic or non-aromatic, cycloalkyl, substituted cycloalkyl, $SO_2R_{11}$, $NR_{11}R_{12}$, $NR_{12}(CO)OR_{11}$, $NH(CO)NR_{11}R_{12}$, $NR_{12}$ $(CO)R_{11}$, $O(CO)R_{11}$, $O(CO)OR_{11}$, $O(CS)R_{11}$, $NR_{12}(CS)$ $R_{11}$, $NH(CS)NR_{11}R_{12}$, $NR_{12}(CS)OR_{11}$. $R_1$ is preferably aryl, substituted aryl, alkyl, substituted alkyl, alkenyl, substituted alkenyl.

$R_2$ and $R_3$ are independently selected from hydrogen, aryl, alkyl, substituted alkyl, alkenyl, substituted alkenyl, alkynyl, substituted alkynyl, halogenated alkyl, halogenated alkenyl, halogenated alkynyl, arylalkyl, arylalkenyl, arylalkynyl, heterocyclic aromatic or non-aromatic, substituted heterocyclic aromatic or non-aromatic, cycloalkyl, substituted cycloalkyl. $R_2$ and $R_3$ can be connected to form a cycle which can be heterocyclic aromatic or non-aromatic, substituted heterocyclic aromatic or non aromatic, cycloalkyl, substituted cycloalkyl. $R_1$ and $R_2$ can be connected to form a cycle which

6

can be heterocyclic aromatic or non aromatic, substituted heterocyclic aromatic or non aromatic.

A and B are independently selected from oxygen (O), sulfur (S) and N—$R_9$. $R_9$ is selected from hydrogen, aryl, substituted aryl, alkyl, substituted alkyl, alkenyl, substituted alkenyl, alkynyl, substituted alkynyl, halogenated alkyl, halogenated alkenyl, halogenated alkynyl, arylalkyl, arylalkenyl, arylalkynyl, heterocyclic aromatic or non-aromatic, substituted heterocyclic aromatic or non-aromatic, cycloalkyl, substituted cycloalkyl, $SO_2R_{11}$, $NR_{11}R_{12}$, $NR_{12}(CO)OR_{11}$, $NH(CO)NR_{11}R_{12}$, $NR_{12}(CO)R_{11}$, $O(CO)R_{11}$, $O(CO)OR_{11}$, $O(CS)R_{11}$, $NR_{12}(CS)R_{11}$, $NH(CS)NR_{11}R_{12}$, $NR_{12}(CS)$ $OR_{11}$.

$R_{11}$ and $R_{12}$ are independently selected from hydrogen, alkyl, substituted alkyl, alkenyl or substituted alkenyl, alkynyl or substituted alkynyl, aryl, substituted aryl, arylalkyl, arylalkenyl, arylalkynyl, heterocyclic aromatic or non-aromatic, substituted heterocyclic aromatic or non-aromatic. $R_{11}$ and $R_{12}$ can be connected to form a cycle which can be heterocyclic aromatic or non-aromatic, cycloalkyl, substituted heterocyclic aromatic, cycloalkyl, substituted cycloalkyl.

The following definitions apply to the terms as used throughout this specification, unless otherwise limited in specific instances.

As used herein, the term "alkyl" denotes branched or unbranched hydrocarbon chains, preferably having about 1 to about 8 carbons, such as, methyl, ethyl, n-propyl, isopropyl, n-butyl, sec-butyl, isobutyl, tert-butyl, 2-methylpentyl, pentyl, hexyl, isohexyl, heptyl, 4,4-dimethylpentyl, octyl, 2,2,4-trimethylpentyl and the like. "Substituted alkyl" includes an alkyl group optionally substituted with one or more functional groups which are attached commonly to such chains, such as, hydroxyl, bromo, fluoro, chloro, iodo, mercapto or thio, cyano, alkylthio, heterocyclyl, aryl, heteroaryl, carboxyl, carbalkoyl, alkyl, alkenyl, nitro, amino, alkoxyl, amido, and the like to form alkyl groups such as trifluoromethyl, 3-hydroxyhexyl, 2-carboxypropyl, 2-fluoroethyl, carboxymethyl, cyanobutyl and the like.

Unless otherwise indicated, the term "cycloalkyl" as employed herein alone or as part of another group includes saturated or partially unsaturated (containing 1 or more double bonds) cyclic hydrocarbon groups containing 1 to 3 rings, including monocycloalkyl, bicycloalkyl and tricycloalkyl, containing a total of 3 to 20 carbons forming the rings, preferably 3 to 10 carbons, and which can be fused to 1 or 2 aromatic rings as described for aryl, which include cyclopropyl, cyclobutyl, cyclopentyl, cyclohexyl, cycloheptyl, cyclooctyl, cyclodecyl and cyclododecyl, cyclohexenyl. "Substituted cycloalkyl" includes a cycloalkyl group optionally substituted with 1 or more substituents such as halogen, alkyl, alkoxy, hydroxy, aryl, aryloxy, arylalkyl, cycloalkyl, alkylamido, alkanoylamino, oxo, acyl, arylcarbonylamino, amino, nitro, cyano, thiol and/or alkylthio and/or any of the substituents included in the definition of "substituted alkyl." For example,

TX 61.0015

-continued



and the like.

Unless otherwise indicated, the term "alkenyl" as used herein by itself or as part of another group refers to straight or branched chain radicals of 2 to 20 carbons, preferably 2 to 12 carbons, and more preferably 2 to 8 carbons in the normal chain, which include one or more double bonds in the normal chain, such as vinyl, 2-propenyl, 3-butenyl, 2-butenyl, 4-pentenyl, 3-pentenyl, 2-hexenyl, 3-hexenyl, 2-heptenyl, 3-heptenyl, 4-heptenyl, 3-octenyl, 3-nonenyl, 4-decenyl, 3-undecenyl, 4-dodecenyl, 4,8,12-tetradecatrienyl, and the like. "Substituted alkenyl" includes an alkenyl group optionally substituted with one or more groups, such as the substituents included above in the definition of "substituted alkyl" and "substituted cycloalkyl."

Unless otherwise indicated, the term "alkynyl" as used herein by itself or as part of another group refers to straight or branched chain radicals of 2 to 20 carbons, preferably 2 to 12 carbons and more preferably 2 to 8 carbons in the normal chain, which include one or more triple bonds in the normal chain, such as 2-propynyl, 3-butynyl, 2-butynyl, 4-pentynyl, 3-pentynyl, 2-hexynyl, 3-hexynyl, 2-heptynyl, 3-heptynyl, 4-heptynyl, 3-octynyl, 3-nonynyl, 4-decynyl, 3-undecynyl, 4-dodecynyl and the like. "Substituted alkynyl" includes an alkynyl group optionally substituted with one or more substituents, such as the substituents included above in the definition of "substituted alkyl" and "substituted cycloalkyl."

The terms "arylalkyl", "arylalkenyl" and "arylalkynyl" as used alone or as part of another group refer to alkyl, alkenyl and alkynyl groups as described above having an aryl substituent. Representative examples of arylalkyl include, but are not limited to, benzyl, 1- and 2-phenylethyl, 2- and 3-phenylpropyl, benzhydryl and naphthylmethyl and the like. "Substituted arylalkyl" includes arylalkyl groups wherein the aryl portion is optionally substituted with one or more substituents, such as the substituents included above in the definition of "substituted alkyl" and "substituted cycloalkyl."

The term "halogen" or "halo" as used herein alone or as part of another group refers to chlorine, bromine, fluorine, and iodine.

The terms "halogenated alkyl", "halogenated alkenyl" and "halogenated alkynyl" as used herein alone or as part of another group refer to "alkyl", "alkenyl" and "alkynyl" which are substituted by one or more atoms selected from fluorine, chlorine, bromine, and iodine.

Unless otherwise indicated, the term "aryl" or "Ar" as employed herein alone or as part of another group refers to monocyclic and polycyclic aromatic groups containing 6 to 10 carbons in the ring portion (such as phenyl or naphthyl including 1-naphthyl and 2-naphthyl) and can optionally include one to three additional rings fused to a carbocyclic ring or a heterocyclic ring (such as aryl, cycloalkyl, heteroaryl or cycloheteroalkyl rings).

"Substituted aryl" includes an aryl group optionally substituted with one or more functional groups, such as halo, alkyl, haloalkyl, alkoxy, haloalkoxy, alkenyl, trifluoromethyl, trifluoromethoxy, alkynyl, cycloalkyl, cycloalkylalkyl,

cycloheteroalkyl, cycloheteroalkylalkyl, aryl, heteroaryl, arylalkyl, aryloxy, aryloxyalkyl, arylalkoxy, alkoxycarbonyl, arylcarbonyl, arylalkenyl, aminocarbonylaryl, arylthio, arylsulfinyl, arylazo, heteroarylalkyl, heteroarylalkenyl, heteroarylheteroaryl, heteroaryloxy, hydroxy, nitro, cyano, amino, substituted amino wherein the amino includes 1 or 2 substituents (which are alkyl, aryl or any of the other aryl compounds mentioned in the definitions), carbamoyl, alkyl carbamoyl, amidified carboxy, amidified carboxyalkyl, alkyl amidified carboxyalkyl, thiol, alkylthio, arylthio, heteroarylthio, arylthioalkyl, alkoxyarylthio, alkylcarbonyl, arylcarbonyl, alkylaminocarbonyl, arylaminocarbonyl, alkoxycarbonyl, aminocarbonyl, alkylcarbonyloxy, arylcarbonyloxy, alkylcarbonylamino, arylcarbonylamino, arylsulfinyl, arylsulfinylalkyl, arylsulfonylamino or arylsulfonaminocarbonyl and/or any of the alkyl substituents set out herein.

Unless otherwise indicated, the term "heterocyclic" or "heterocycle", as used herein, represents an unsubstituted or substituted stable 5- to 10-membered monocyclic ring system which can be saturated or unsaturated, and which consists of carbon atoms and from one to four heteroatoms selected from N, O, or S, and wherein the nitrogen and sulfur heteroatoms can optionally be oxidized, and the nitrogen heteroatom can optionally be quaternized. The heterocyclic ring can be attached at any heteroatom or carbon atom which results in the creation of a stable structure. Examples of such heterocyclic groups include, but are not limited to, piperidinyl, piperazinyl, oxopiperazinyl, oxopiperidinyl, oxopyrrolidinyl, azepinyl, oxoazepinyl, pyrrolyl, pyrrolidinyl, furanyl, thienyl, pyrazolyl, pyrazolidinyl, imidazolyl, imidazolinyl, pyridyl, pyrazinyl, pyrimidinyl, pyridazinyl, oxazolyl, oxazolidinyl, isoxazolyl, isoxazolidinyl, morpholinyl, thiazolyl, thiazolidinyl, isothiazolyl, thiadiazolyl, tetrahydropyranyl, thiamorpholinyl, thiamorpholinyl sulfoxide, thiamorpholinyl sulfone, and oxadiazolyl. The term "heterocyclic aromatic" as used here in alone or as part of another group refers to a 5- or 7-membered aromatic ring which includes 1, 2, 3 or 4 hetero atoms such as nitrogen, oxygen or sulfur and such rings fused to an aryl, cycloalkyl, heteroaryl or heterocycloalkyl ring (e.g., benzothiophenyl, indolyl), and includes possible N-oxides. "Substituted heteroaryl" includes a heteroaryl group optionally substituted with 1 to 4 substituents, such as the substituents included above in the definition of "substituted alkyl" and "substituted cycloalkyl." Examples of heteroaryl groups include the following:



TX 61.0016

-continued



and the like.

The compounds of formula II can be present as salts, which are also within the scope of this invention. Pharmaceutically acceptable (i.e., non-toxic, physiologically acceptable) salts are preferred. If the compounds of formula II have, for example, at least one basic center, they can form acid addition salts. These are formed, for example, with strong inorganic acids, such as mineral acids, for example sulfuric acid, phosphoric acid or a hydrohalic acid, with strong organic carboxylic acids, such as alkanecarboxylic acids of 1 to 4 carbon atoms which are unsubstituted or substituted, for example, by halogen, for example acetic acid, such as saturated or unsaturated dicarboxylic acids, for example oxalic, malonic, succinic, maleic, fumaric, phthalic or terephthalic acid, such as hydroxycarboxylic acids, for example ascorbic, glycolic, lactic, malic, tartaric or citric acid, such as amino acids, (for example aspartic or glutamic acid or lysine or arginine), or benzoic acid, or with organic sulfonic acids, such as (C1-C4) alkyl or arylsulfonic acids which are unsubstituted or substituted, for example by halogen, for example methyl- or p-toluene-sulfonic acid. Corresponding acid addition salts can also be formed having, if desired, an additionally present basic center. The compounds of formula II having at least one acid group (for example COOH) can also form salts with bases. Suitable salts with bases are, for example, metal salts, such as alkali metal or alkaline earth metal salts, for example sodium, potassium or magnesium salts, or salts with ammonia or an organic amine, such as morpholine, thiomorpholine, piperidine, pyrrolidine, a mono, di or tri-lower alkylamine, for example ethyl, tert-butyl, diethyl, diisopropyl, triethyl, tributyl or dimethyl-propylamine, or a mono, di or trihydroxy lower alkylamine, for example mono, di or triethanolamine. Corresponding internal salts can furthermore be formed. Salts which are unsuitable for pharmaceutical uses but which can be employed, for example, for the isolation or purification of free compounds of formula II or their pharmaceutically acceptable salts, are also included. Preferred salts of the compounds of formula II which contain a basic group include monohydrochloride, hydrogensulfate, methanesulfonate, phosphate or nitrate. Preferred salts of the compounds of formula II which contain an acid group include sodium, potassium and magnesium salts and pharmaceutically acceptable organic amines.

The term "modulator" used in this invention refers to a chemical compound with capacity to either enhance (e.g., "agonist" activity) or inhibit (e.g., "antagonist" activity) a functional property of biological activity or process (e.g., enzyme activity or receptor binding); such enhancement or inhibition can be contingent on the occurrence of a specific event, such as activation of a signal transduction pathway, and/or can be manifest only in particular cell types.

The term "prodrug esters" as employed herein includes imines, esters and carbonates formed by reacting one or more hydroxyls of compounds of formula II with alkyl, alkoxy, or aryl substituted acylating agents employing procedures known to those skilled in the art to generate acetates, pivalates, methylcarbonates, benzoates and the like. Any compound that can be converted in vivo to provide the bioactive agent (i.e., the compound of formula II) is a prodrug within the scope and spirit of the invention. Various forms of prodrugs are well known in the art. A comprehensive description of prodrugs and prodrug derivatives are described in: (1) The Practice of Medicinal Chemistry, Camille G. Wermuth et al., Ch 31, (Academic Press, 1996); (2) Design of Prodrugs, edited by H. Bundgaard, (Elsevier, 1985); (3) A Textbook of Drug Design and Development, P. Krogsgaard-Larson and H. Bundgaard, eds. Ch 5, pgs 113-191 (Harwood Academic Publishers, 1991).

## SYNTHESIS

The compounds of formula II of the invention can be prepared as shown in the following reaction schemes and description thereof, as well as relevant published literature procedures that can be used by one skilled in the art. Exemplary reagents and procedures for these reactions appear hereinafter and in the working Examples.



Scheme 1

As illustrated in Scheme 1, compounds of formula A4 can be prepared from intermediate A3 with an appropriate electrophile. Intermediates of formula A3 can be obtained by reacting intermediates A1 with A2 in an appropriate solvent such as N,N-dimethylformamide. Intermediates A1 and A2 can be obtained commercially, can be prepared by methods known in the literature, or can be readily prepared by one skilled in the art. Compounds of formula A3 can be treated with acid to afford compounds of formula A5. Compounds of formula A5 can be treated with Lawesson's reagent to obtain compounds of formula A6.

TX 61.0017

Scheme 2: Synthesis of A51



## Synthesis of 3-(trifluoromethyl)pyridine-N-oxide, A8

To a mixture of 3-(trifluoromethyl)pyridine A7 (1.47 g, 10 mmol) and methyltrioxorhenium (0.0025 g, 0.01 mmol) in dichloromethane (2 ml) was added 30% hydrogen peroxide (4 ml). The mixture was stirred at room temperature for 5 hours. A small portion of $MnO_2$ (3 mg) was added and the medium was stirred for an additional 1 hour and then dichloromethane was added (50 ml). The medium was washed with brine, dried over $MgSO_4$ and concentrated to obtain compound A8 as an off-white powder (1.56 g, 9.6 mmol, 96%). $^1H$ NMR (400 MHz, $CDCl_3$) δ 7.22-7.23 (m, 2H), 8.15 (d, J=3.6, 1H), 8.23 (s, 1H); $^{13}C$ NMR (100 MHz, $CDCl_3$) δ 120.50 (q, J=3.5 Hz), 121.58 (q, J=271.4 Hz), 126.48, 130.10 (q, J=34.5 Hz), 136.52 (q, J=3.7 Hz), 141.89.

## Synthesis of 2-cyano-3-(trifluoromethyl)pyridine, A9

To a solution of 3-(trifluoromethyl)pyridine-N-oxide A8 (1.3 g, 8 mmol) in acetonitrile was added trimethylsilyl cyanide (0.99 g, 10 mmol) and triethylamine (2.02 g, 20 mmol). The mixture was stirred at room temperature for 24 hours and then was washed with saturated $Na_2CO_3$ and extracted with dichloromethane. The organic layer was dried over $MgSO_4$ and concentrated to yield a brown residue which was chromatographed (EtOAc:Pentane, 1:2). Compound A9 was obtained as a light yellow solid (0.715 g, 4.16 mmol, 52%). $^1H$ NMR (400 MHz, $CDCl_3$) δ 7.73 (dd, J=8.0 Hz, $J_2$=4.8 Hz, 1H), 8.15 (d, J=8.0 Hz, 1H), 8.91 (d, J=4.8 Hz, 1H); $^{13}C$ NMR (100 MHz, $CDCl_3$) δ 114.18, 121.74 (q, J=272.3 Hz), 126.65, 130.45 (q, J=33.8 Hz), 131.25, 134.66 (q, J=4.2 Hz), 153.44.

## Synthesis of 2-cyano-3-(trifluoromethyl)-5-nitropyridine, A10

To a mixture of A9 (0.688 g, 4 mmol) and tetramethylammonium nitrate (1.09 g, 8 mmol) in 1,2-dichloroethane was added trifluoroacetic anhydride (1.68 g, 8 mmol). The mixture was sealed and heated to 60° C. for 48 hours. The mixture was washed with saturated sodium bicarbonate and extracted with ethyl acetate. The organic layer was dried over $MgSO_4$ and concentrated to yield a yellow residue which was chromatographed (EtOAc:pentane, 1:4) to yield compound A10 (0.095 g, 0.44 mmol, 11%) and the remaining starting mate-

rial. $^1H$ NMR (400 MHz, $CDCl_3$) δ 8.91 (d, J=2.4 Hz, 1H), 9.69 (d, J=2.4 Hz, 1H); $^{13}C$ NMR (100 MHz, $CDCl_3$) δ 112.70, 120.65 (q, J=273.5 Hz), 129.11, 130.40 (q, J=4.4 Hz), 131.58 (q, J=35.5 Hz), 144.22, 148.23.

## Synthesis of 2-cyano-3-(trifluoromethyl)-5-aminopyridine, A11

A mixture of 2-cyano-3-(trifluoromethyl)-5-nitropyridine A10 (0.095 g, 0.44 mmol) and iron powder (0.112 g, 2 mmol) in ethyl acetate (1 ml) and acetic acid (1 ml) was heated for 15 hours. The solid particle was filtered through Celite and the filtrate was concentrated and chromatographed (EtOAc:pentane, 1:1) to yield compound A11 (0.075 g, 0.4 mmol, 91%). $^1H$ NMR (400 MHz, $CDCl_3$) δ 6.36 (bs, 2H), 7.38 (d, J=2.4 Hz, 1H), 8.26 (d, J=2.4 Hz, 1H).

Alternatively, 2-cyano-3-(trifluoromethyl)-5-nitropyridine A10 can be reacted with hydrogen over Raney-Ni to obtain 2-cyano-3-(trifluoromethyl)-5-aminopyridine, A11.

## Synthesis of 5-isothiocyanato-3-trifluoromethylpyridine-2-carbonitrile, A12

To a heterogeneous mixture of 2-cyano-3-(trifluoromethyl)-5-aminopyridine A11 (0.075 g, 0.4 mmol) in water (2 ml) was added thiophosgene (50 μl). The mixture was stirred for 2 hours and then washed with water and extracted with chloroform. The organic layer was dried over $MgSO_4$ and concentrated to yield compound A12 (0.087 g, 0.38 mmol, 95%). $^1H$ NMR (400 MHz, $CDCl_3$) δ 7.85 (d, J=2.4 Hz, 1H), 8.72 (d, J=2.4 Hz, 1H); $^{13}C$ NMR (100 MHz, $CDCl_3$) δ 113.61, 121.04 (q, J=273.1 Hz), 127.41, 130.38 (q, J=4.3 Hz), 131.44 (q, J=34.4 Hz), 133.55, 144.75, 150.30.

## Synthesis of 1-(4-methylphenyl)aminocyclobutanenitrile, B1

Trimethylsilyl cyanide (0.93 ml, 7 mmol) was added dropwise to a mixture of p-toluidine (0.535 g, 5 mmol) and cyclobutanone (0.42 g, 6 mmol). The reaction mixture was stirred at room temperature for 6 h and then concentrated under vacuum to obtain a brown liquid which was subjected to chromatography (dichloromethane) to yield B1 (0.912 g, 4.9 mmol, 98%) as a yellowish solid.

TX 61.0018

## Synthesis of 5-(8-oxo-6-thioxo-5-(4-methylphenyl)-5,7-diazaspiro[3.4]oct-7-yl)-3-trifluoromethylpyridine-2-carbonitrile, A51

A mixture of A12 (0.057 g, 0.265 mmol) and B1 (0.05 g, 0.265 mmol) in DMF (0.5 ml) was stirred at room temperature for 24 h. To this mixture were added methanol (2 ml) and aq. 2N HCl (1 ml). The second mixture was refluxed for 2 h. After being cooled to room temperature, the reaction mixture was poured into cold water (10 ml) and extracted with ethyl acetate (20 ml). The organic layer was dried over MgSO₄, concentrated and chromatographed (dichloromethane) to yield compound A51 (0.066 g, 0.159 mmol, 60%) as a white powder.



¹H NMR (CDCl₃, 400 MHz) δ 1.63-1.73 (m, 1H), 2.17-2.28 (m, 1H), 2.47 (s, 3H), 2.55-2.71 (m, 4H), 7.21 (d, J=8.4 Hz, 2H), 7.41 (d, J=8.4 Hz, 2H), 8.39 (d, J=2.0 Hz, 1H), 9.11 (d, J=2.0 Hz, 1H); ¹³C NMR (CDCl₃, 100 MHz) δ 13.70, 21.38, 31.46, 67.61, 113.88, 121.36 (q, J=272.9 Hz), 129.45, 129.73, 130.40 (q, J=34.3 Hz), 130.86, 132.14, 132.53, 134.04 (q, J=4.3 Hz), 140.33, 152.37, 174.74, 179.17.

## N-methyl-4-(1-cyanocyclobutylamino)-2-fluorobenzamide, B2

Sodium cyanide (1.47 g, 30 mmol) was added to a mixture of N-methyl 4-amino-2-fluorobenzamide (1.68 g, 10 mmol) and cyclobutanone (1.4 g, 20 mmol) in 90% acetic acid (20 ml). The reaction mixture was stirred at 80° C. for 24 hours. The mixture was washed with water and extracted with ethyl acetate. The organic layer was dried over magnesium sulfate and concentrated to dryness under vacuum. The solid was washed with a 50:50 mixture of ethyl ether and hexane (10 ml) to remove cyclobutanone cyanohydrin to afford after filtration B2 (2.19 g, 8.87 mmol, 89%). ¹H NMR (CDCl₃, 400 MHz) δ 1.87-1.95 (m, 1H), 2.16-2.27 (m, 1H), 2.35-2.41 (m, 2H), 2.76-2.83 (m, 2H), 2.97 (d, J=4.4 Hz, 3H), 4.68 (bs, 1H), 6.29 (dd, J=14.3, 1.8 Hz, 1H), 6.48 (dd, J=8.3, 1.8 Hz, 1H), 6.75 (q, J=4.4 Hz, 1H), 7.90 (dd, J=8.3, 8.3 Hz, 1H); ¹³C NMR (CDCl₃, 100 MHz) δ 15.7, 26.7, 33.9, 49.4, 100.2 (d, J=29.5 Hz), 110.6, 111.0 (d, J=11.8 Hz), 133.1 (d, J=4.2 Hz), 148.4 (d, J=12.0 Hz), 162.0 (d, J=244.1 Hz), 164.4 (d, J=3.5 Hz).

## Synthesis of 4-[7-(6-cyano-5-trifluoromethylpyridin-3-yl)-8-oxo-6-thioxo-5,7-diazaspiro[3.4]oct-5-yl]-2-fluoro-N-methylbenzamide, A52

A mixture of A12 (0.03 g, 0.13 mmol) and B2 (0.032 g, 0.13 mmol) in DMF (0.5 ml) was heated under microwave irradiation at 80° C. for 20 hours. To this mixture were added methanol (2 ml) and aq. 2N HCl (1 ml). The second mixture was refluxed for 2 hours. After being cooled to room temperature, the reaction mixture was poured into cold water (10 ml)

and extracted with ethyl acetate (15 ml). The organic layer was dried over MgSO₄, concentrated and chromatographed (dichloromethane:acetone, 95:5) to yield A52 (0.022 g, 0.046 mmol, 35%) as a white powder.



¹H NMR (CDCl₃, 400 MHz) δ 1.66-1.76 (m, 1H), 2.19-2.31 (m, 1H), 2.51-2.60 (m, 2H), 2.67-2.75 (m, 2H), 3.07 (d, J=4.9 Hz, 3H), 6.75 (q, J=4.8 Hz, 1H), 7.17 (dd, J=11.4, 1.9 Hz, 1H), 7.26 (dd, J=8.3, 1.9 Hz, 1H), 8.31 (dd, J=8.3, 8.3 Hz, 1H), 8.34 (d, J=2.1 Hz, 1H), 9.08 (d, J=2.1 Hz, 1H); ¹³C NMR (CDCl₃, 100 MHz) δ 13.6, 27.0, 31.7, 67.6, 113.7, 118.1, 118.4, 121.4 (q, J=272.9 Hz), 126.5, 130.0, 130.5 (q, J=34.5 Hz), 132.2, 133.7, 134.0, (q, J=4.2 Hz), 138.7 (d, J=10.7 Hz), 152.2, 160.5 (d, J=249.4 Hz), 162.6, 174.1, 179.0; ¹⁹F NMR (CDCl₃, 100 MHz) δ −110.94, −62.57.

## Scheme 3: Synthesis of A52

In other embodiments, the present invention is directed to the method of synthesizing A52 described below. In some embodiments, Examples 1-8 can be performed sequentially to synthesize A52. However, as one of skill in the art will appreciate, this invention is not limited to the steps in Examples 1-8 as equivalent steps to those below are also encompassed by the present invention. Persons skilled in the art will recognize additional compounds that can be prepared utilizing similar methodology.

## Synthesis of 3-(trifluoromethyl)pyridin-2(1H)-one, 2



A solution of 2-chloro-3-(trifluoromethyl)pyridine 1 (5.00 g, 27.54 mmol) in a mixture of glacial acetic acid (50 ml) and water (5 ml) was refluxed for 7 days. The mixture was diluted with water (100 ml) and 6N aqueous NaOH was added until a pH of about 5 to about 6 was reached. The mixture was extracted with ethyl acetate (3×40 ml), the combined organic phases were dried over Na₂SO₄, and then all solvents were removed under reduced pressure. The resulting residue was dissolved in ethyl acetate and hexane was added to precipitate a product. After filtration, 3-(trifluoromethyl)pyridin-2(1H)-one 2 was obtained as an off-white powder (4.16 g, 25.51 mmol, 93%).

## 15

[1]H NMR (400 MHz, DMSO) δ 12.31 (bs, 1H), 7.91 (d, J=7.1 Hz, 1H), 7.69 (d, J=6.4 Hz, 1H), 6.30 (t, J=6.7 Hz, 1H).[1]

### Synthesis of 5-nitro-3-(trifluoromethyl)pyridin-2(1H)-one, 3



A mixture of 3-(trifluoromethyl)pyridin-2(1H)-one 2 (2.00 g, 12.26 mmol) and sulfuric acid ($H_2SO_4$, 3.5 ml, 30%) was heated to 90° C. and nitric acid ($HNO_3$, 2.5 ml, 65%) was added. The mixture was stirred at 90° C. for 8 hours and additional nitric acid (1 ml, 65%) was added. The mixture was stirred for an additional 6 hours at 90° C. and was then poured into a beaker containing ice (30 ml). The mixture was diluted with water (30 ml) and 6N aqueous NaOH was added until a pH of about 4 to about 5. The mixture was extracted with ethyl acetate (3×40 ml), the combined organic phases dried over $Na_2SO_4$ and all solvents were removed under reduced pressure. The residue was dissolved in ethyl acetate and the product precipitated by the addition of hexane. After filtration, 5-nitro-3-(trifluoromethyl)pyridin-2(1H)-one 3 was obtained as a yellow powder (1.58 g, 7.59 mmol, 62%).

[1]H NMR (400 MHz, DMSO) δ 13.47 (bs, 1H), 8.95 (d, J=2.7 Hz, 1H), 8.46 (d, J=2.5 Hz, 1H).[2]

### Synthesis of 2-chloro-5-nitro-3-(trifluoromethyl)pyridine, 4



A mixture of 5-nitro-3-(trifluoromethyl)pyridin-2(1H)-one 3 (1.50 g, 7.21 mmol), $POCl_3$ (2.76 g, 18.02 mmol) and $PCl_5$ (1.4 g, 10.09 mmol) is heated to about 110-120° C. for 8 hours and then poured into ice water. The mixture is neutralized with solid $NaHCO_3$ and extracted with ethyl acetate (3×40 ml). The combined organic phases is dried over $Na_2SO_4$ and all solvents removed under reduced pressure to obtain 2-chloro-5-nitro-3-(trifluoromethyl)pyridine 4.

## 16

### Synthesis of 6-chloro-5-(trifluoromethyl)pyridin-3-amine, 5



2-Chloro-5-nitro-3-(trifluoromethyl)pyridine 4 (1.57 g, 6.93 mmol) is dissolved in tetrahydrofuran (THF) (10 ml) and added to a suspension of Raney-Ni (200 mg) in THF (20 ml). Hydrogen gas is slowly bubbled through the stirred solution for 24 hours using a balloon. The mixture is filtered through Celite® (available from World Minerals, Inc., Lompoc, Calif.) and the solvent is removed under reduced pressure to obtain 6-chloro-5-(trifluoromethyl)pyridin-3-amine 5.

### Synthesis of 1,1-dimethylethylcarbamate N-6-chloro-5-(trifluoromethyl)pyridin-3-yl, 6



The crude 6-chloro-5-(trifluoromethyl)pyridin-3-amine 5 (1.3 g crude, 6.61 mmol) is dissolved in pyridine (10 ml) and 4-dimethylaminopyridine (DMAP) (50 mg) is added. Di-tert-butyl dicarbonate (2.17 g) is added dropwise and mixture stirred at 22° C. for 4 hours. Toluene (20 ml) is added and all solvents is removed under reduced pressure. The residue is filtered through a plug of silica gel (hexane/ethyl acetate 2:1) to obtain tert-butyl N-6-chloro-5-(trifluoromethyl)pyridin-3-ylcarbamate 6.

### Synthesis of 5-amino-3-(trifluoromethyl)pyridine-2-carbonitrile, 8

-continued



8

The crude tert-butyl N-6-chloro-5-(trifluoromethyl)pyridin-3-ylcarbamate 6 (2.4 g, 6.61 mmol) is dissolved in dimethylacetamide (DMA) (25 ml) and phenanthroline (120 mg, 0.66 mmol) is added. The mixture is heated to 80° C. and KCN (0.47 g, 7.27 mmol) is added. After stirring the mixture stirred for 10 min, CuCN (118 mg, 0.13 mmol) is added and the mixture stirred for 2 hours at 110° C. The cooled mixture is poured into a phosphate buffer (150 ml, pH 7), ethyl acetate (50 ml) is added and the mixture is filtered through Celite®. The layers are separated and the aqueous phase is extracted with ethyl acetate (3×40 ml). The combined organic phases are washed with saturated aqueous NaCl (4×30 ml), dried over $Na_2SO_4$ and all solvents removed under reduced pressure to produce the crude N-t-butoxycarbonyl nitrile 7.

The crude N-t-butoxycarbonyl nitrile 7 is dissolved in dichloromethane (20 ml) and trifluoroacetic acid (TFA) (4 ml) is added. The mixture is stirred for 3 hours and evaporated. The residue is purified by column chromatography on silica gel (hexane/ethyl acetate 2:1) to obtain 5-amino-3-(trifluoromethyl)pyridine-2-carbonitrile 8.

Synthesis of 5-isothiocyanato-3-(trifluoromethyl)pyridine-2-carbonitrile, 9



5-Amino-3-(trifluoromethyl)pyridine-2-carbonitrile 8 (1.141 g, 6.1 mmol) is mixed with chloroform (5 ml) and water (40 ml) to give a white suspension. Thiophosgene (0.701 ml, 9.15 mmol) is added and the reaction stirred for 2 hours at 22° C. to give a clear biphasic system. Chloroform (20 ml) is added and the phases are separated. The aqueous layer is extracted with chloroform (30 ml) and the combined organic is washed with saturated aqueous NaHCO₃ and water, dried over MgSO₄ and the solvent is removed under reduced pressure. The crude 5-isothiocyanato-3-(trifluoromethyl)pyridine-2-carbonitrile 9 is dried under vacuum and used as such in the next step, for example, in the step described in Example 8 below.

Synthesis of 4-(7-(6-cyano-5-(trifluoromethyl)pyridin-3-yl)-8-oxo-6-thioxo-5,7-diazaspiro[3.4]octan-5-yl)-2-fluoro-N-methylbenzamide 11, A52



Crude 5-isothiocyanato-3-(trifluoromethyl)picolinonitrile 9 (1.390 g, 6.07 mmol) is placed in a 50 mL round-bottomed flask and 4-(1-cyanocyclobutylamino)-2-fluoro-N-methylbenzamide 10 (0.5 g, 2.022 mmol) is added to the flask. The mixture is left under vacuum (using an oil pump) for 1 hour. N,N-dimethylformamide (DMF) (6 ml) is added, the flask sealed under argon with a stopper and heated to 80° C. in a CEM microwave reactor for 20 hours. Methanol (10 ml) and 2N HCl (6 ml) is added and the mixture is refluxed for 2 hours. The mixture is diluted with water (30 ml) and saturated aqueous NaHCO₃ (30 ml) is added. The mixture is extracted with ethyl acetate (3×20 ml).

The combined organic layers is washed with saturated aqueous NaCl (20 ml), dried over. Na₂SO₄, filtered and concentrated under reduced pressure. The crude product is purified by column chromatography on silica gel (dichloromethane/acetone 95:5) to obtain 4-(7-(6-cyano-5-(trifluoromethyl)pyridin-3-yl)-8-oxo-6-thioxo-5,7-diazaspiro[3.4]octan-5-yl)-2-fluoro-N-methylbenzamide 11.

TX 61.0021

| 19 | 20 |

**Scheme 4: Synthesis of A52**

Example 1

Synthesis of
2-bromo-5-nitro-3-(trifluoromethyl)pyridine, 21



5-nitro-3-(trifluoromethyl)pyridin-2(1H)-one **3** is obtained by the routes provided in Examples 1 and 2 of Scheme 3, above.

A mixture of 5-nitro-3-(trifluoromethyl)pyridin-2(1H)-one 3, POBr$_3$ (1.5 equivalents), PBr$_3$ (4 equivalents), and Br$_2$ (2 equivalents) is heated to about 90-110° C. and is then poured into ice water. The mixture is neutralized and extracted. The combined organic phases are dried over Na$_2$SO$_4$ and all solvents removed under reduced pressure to obtain 2-bromo-5-nitro-3-(trifluoromethyl)pyridine 21 in a yield of 88%.

Alternatively, POBr$_3$ is substituted by POCl$_3$ to yield a mixture in the product having a ratio of bromine to chlorine substituents of 6:1 or better.

Synthesis of 5-nitro-3-(trifluoromethyl)pyridine-2-carbonitrile, 22



The crude 2-bromo-5-nitro-3-(trifluoromethyl)pyridine 21 is dissolved in dimethylacetamide (DMA) and phenanthroline (0.2 equivalents) is added. The mixture is heated to 160° C. and CuCN (2 equivalents) is added. The mixture is stirred for 40 minutes. Chromatography is performed to produce the 5-nitro-3-(trifluoromethyl)pyridine-2-carbonitrile 22 in a yield of 67%.

Synthesis of 5-amino-3-(trifluoromethyl)pyridine-2-carbonitrile, 8



A mixture of 5-nitro-3-(trifluoromethyl)pyridine-2-carbonitrile 22 and iron powder in acetic acid is heated. 5-amino-3-(trifluoromethyl)pyridine-2-carbonitrile, 8 is obtained in a yield of 91%.

Synthesis of 4-(7-(6-cyano-5-(trifluoromethyl)pyridin-3-yl)-8-oxo-6-thioxo-5,7-diazaspiro[3.4]octan-5-yl)-2-fluoro-N-methylbenzamide 11, A52

5-amino-3-(trifluoromethyl)pyridine-2-carbonitrile 8 is treated as discussed in Example 7 of Scheme 3, above, to obtain 5-isothiocyanato-3-(trifluoromethyl)pyridine-2-carbonitrile 9.

5-isothiocyanato-3-(trifluoromethyl)pyridine-2-carbonitrile, 9 is reacted with 4-(1-cyanocyclobutylamino)-2-fluoro-N-methylbenzamide 10 as discussed in Example 8 of Scheme 3, above, to obtain 4-(7-(6-cyano-5-(trifluoromethyl)pyridin-3-yl)-8-oxo-6-thioxo-5,7-diazaspiro[3.4]octan-5-yl)-2-fluoro-N-methylbenzamide 11 (A52).

**Scheme 5: Alternative Synthesis of A52**

Synthesis of 3-(trifluoromethyl)-5-isothiocyanatopyridine-2-carbonitrile (A)

TX 61.0022

**21**
-continued

**22**
-continued

A solution of 2-hydroxy-3-(trifluoromethyl)pyridine C in a mixture of N-iodosuccinimide (NIS), acetonitrile, and dimethylformamide (DMF) is heated at 80° C. for 2 hours to produce 2-hydroxy-3-trifluoromethyl-5-(iodo)pyridine I (greater than 80% yield). The 2-hydroxy-3-trifluoromethyl-5-(iodo)pyridine I is then mixed with POCl₃ in DMF and heated to 130° C. in a microwave for 20 minutes to produce 2-chloro-3-trifluoromethyl-5-(iodo)pyridine J (yield of 50 to 55%). The 2-chloro-3-trifluoromethyl-5-(iodo)pyridine J is reacted in a solution of pMBaNH₂, palladium(II) acetate, 2,2'-bis(diphenylphosphino)-1,1'-binaphthyl (BINAP), triethylamine, and cesium carbonate in toluene to produce 5-((4-methoxyphenyl)methylamino)-2-chloro-3-(trifluoromethyl)pyridine K (yield of 40%). The 5-((4-methoxyphenyl)methylamino)-2-chloro-3-(trifluoromethyl)pyridine K is reacted in a solution of zinc cyanide, tris(dibenzylideneacetone)dipalladium (Pd₂(dba)₃), and 1,1'-bis (diphenylphosphino)ferrocene (dppf) in DMF to provide 5-(4-methoxybenzylamine)-2-cyano-3-(trifluoromethyl)pyridine K (yield of 92%). The 5-(4-methoxybenzylamine)-2-cyano-3-(trifluoromethyl)pyridine K is reacted in a solution of dichloromethane and trifluoroacetic acid to provide 2-cyano-3-trifluoromethyl-5-(amino)pyridine H (yield greater than 95%). The 2-cyano-3-trifluoromethyl-5-(amino)pyridine H is reacted with thiophosgene in water at 25° C. for 2 hours to provide 5-isothiocyanato-3-(trifluoromethyl)pyridine-2-carbonitrile A (yield of 74% to 95%).

Synthesis of 4-(1-cyanocyclobutylamino)-2-fluoro-N-methylbenzamide intermediate B

A solution of 2,4-difluoro-benzoylchloride D in a solution of methylamine and tetrahydrofuran (THF) is allowed to react to produce 2,4-difluoro-N-methylbenzamide M (quantitative yield). The 2,4-difluoro-N-methylbenzamide M is mixed with in a solution of acetonitrile and 4-methoxy-benzenemethanamine and heated in a microwave for 20 minutes at 190° C. to produce 2-fluoro-4-(4-methoxybenzylamino)-N-methylbenzamide S (yield of 40%). The 2-fluoro-4-(4-methoxybenzylamino)-N-methylbenzamide S is reacted in a solution of dichloromethane and trifluoroacetic acid to produce 2-fluoro-4-amino-N-methylbenzamide T (yield greater than 95%). The 2-fluoro-4-amino-N-methylbenzamide T is reacted with a solution of sodium cyanide and cyclobutanone to produce 4-(1-cyanocyclobutylamino)-2-fluoro-N-methylbenzamide B.

23

Coupling of A and B to produce 4-(7-(6-cyano-5-(trifluoromethyl)pyridin-3-yl)-8-oxo-6-thioxo-5,7-diazaspiro[3.4]octan-5-yl)-2-fluoro-N-methylbenzamide, A52



5-isothiocyanato-3-(trifluoromethyl)pyridine-2-carbonitrile, 9, A is reacted with 4-(1-cyanocyclobutylamino)-2-fluoro-N-methylbenzamide B in DMF solution by heating in a microwave at 80° C. for 20 hours. Methanol and hydrochloric acid are then added and the reaction allowed to proceed for 2 hours to produce 4-(7-(6-cyano-5-(trifluoromethyl)pyridin-3-yl)-8-oxo-6-thioxo-5,7-diazaspiro[3.4]octan-5-yl)-2-fluoro-N-methylbenzamide, A52 (yield 35 to 87%).

## ACTIVITY

### Utility

The compounds of the present invention modulate the function of the nuclear hormone receptors, particularly the androgen receptor, and include compounds which are, for example, selective agonists or selective antagonists of the androgen receptor (AR). Thus, the present compounds are useful in the treatment of AR-associated conditions. An "AR-associated condition," as used herein, denotes a condition or disorder which can be treated by modulating the function or activity of an AR in a subject, wherein treatment comprises prevention, partial alleviation or cure of the condition or disorder. Modulation can occur locally, for example, within certain tissues of the subject, or more extensively throughout a subject being treated for such a condition or disorder. Preferably, the compounds with potent antagonistic activity are used for the treatment of androgen related prostate cancer.

### Combination

The present invention includes within its scope pharmaceutical compositions comprising, as an active ingredient, a therapeutically effective amount of at least one of the compounds of formula II, alone or in combination with a pharmaceutical carrier or diluent. Optionally, compounds of the present invention can be used alone; in combination with other compounds of the invention, or in combination with one or more other therapeutic agent(s), e.g., an antibiotic or other pharmaceutically active material.

### Pharmacological Assay

The compounds in this invention were identified through screening on hormone sensitive and hormone refractory prostate cancer cells for antagonistic and agonistic activities. The compounds with antagonist activity are potential drugs for the treatment of prostate cancer, both hormone sensitive and hormone refractory.

The biological activity of the compound of formula II was measured by secreted levels of prostate specific antigen (PSA). It is well established that PSA levels are indicators of AR activities in prostate cancer. To examine if the compounds affect AR function in a physiological environment, we determined secreted levels of endogenous PSA induced by R1881 in the hormone sensitive (HS) and hormone refractory (HR) cancer cells. HR cells are LNCaP cells engineered to express elevated levels of androgen receptor protein (LNCaP/AR cells), analogous to levels observed in patients with HR cancer who relapse while taking current antiandrogens such as bicalutamide, which acquire agonist properties when AR is highly expressed. LNCaP cells (or LNCaP/AR cells) were maintained in Iscove's medium containing 10% FBS. Five days prior to drug treatment, the cells were grown in Iscove's medium containing 10% CS-FBS to deprive of androgens. The cells were split and grown in Iscove's medium containing 10% CS-FBS with appropriate concentrations of R1881 and the test compounds. After 5 days of incubation, secreted PSA levels were assayed using PSA ELISA kits (American Qualex, San Clemente, Calif.) (See FIG. 1 and FIG. 3). The MTS assay was also used to examine the growth inhibition of the compounds of formula II (See FIG. 2).

### Pharmacokinetic Data

The pharmacokinetics of A52 was evaluated in vivo using 8 week-old FVB mice which were purchased from Charles River Laboratories. Mice were divided into groups of three for each time point (See FIG. 4). Two mice were not treated with drug and two other mice were treated with vehicle solution. Each group was treated with 10 mg per kilogram of body weight. The drug was dissolved in a mixture 50:10:1:989 of DMSO:Carboxymethylcellulose:T Tween 80:$H_2O$ (Vehicle solution) and was administered orally. After drug administration, the animals were euthanized via $CO_2$ inhalation at different timepoints: 1 min, 5 min, 15 min, 30 min, 2 h, 4 h, 8 h, 16 h. Animals were immediately bleed after exposure to $CO_2$ via cardiac puncture (1 ml BD syringe#27 G 5/8 needle).

The serum samples were analyzed to determine the drug's concentration by the HPLC which (Waters 600 pump, Waters 600 controller and Waters 2487 detector) was equipped with an Alltima C18 column (3μ, 150 mm×4.6 mm). All RD compounds were detected at 254 nm wave length and bicalutamide was detected at 270 nm wave length.

The samples for HPLC analysis were prepared according to the following procedure:

Blood cells were separated from serum by centrifugation. To 400 μl of serum were added 80 μl of a 10 μM solution of RD75 in acetonitrile as internal standard and 520 μl of acetonitrile. Precipitation occurred.

The mixture was vortexed for 3 minutes and then placed under ultrasound for 30 minutes.

The solid particles were filtered off or were separated by centrifugation.

TX 61.0024

The filtrate was dried under an argon flow to dryness. The sample was reconstructed to 80 μl with acetonitrile before analyzing by HPLC to determine the drug concentration.

Standard curve of drug was used to improve accuracy.

In Vivo Assay

All animal experiments were performed in compliance with the guidelines of the Animal Research Committee of the University of California at Los Angeles. Animals were bought from Taconic and maintained in a laminar flow tower in a defined flora colony. LNCaP-AR and LNCaP-vector cells were maintained in RPMI medium supplemented with 10% FBS. $10^5$ cells in 100 μl of 1:1 Matrigel to RPMI medium were injected subcutaneously into the flanks of intact or castrated male SCID mice. Tumor size was measured weekly in three dimensions (length×width×depth) using calipers. Mice were randomized to treatment groups when tumor size reached approximately 100 mm³. Drugs were given orally everyday at the dose of 10 mg/kg. (See FIG. 5 and FIG. 6.) At a daily dose of 10 mg/kg, compounds A51 and A52 were found to completely retard tumor growth.

Other doses were also tried. At a daily dose of 1 mg/kg, compounds A51 and A52 were found to have a mild effect. At a daily dose of 25-50 mg/kg, compounds A51 and A52 were found induce some tumor cytotoxicity.

Prostate cancer cell lines were used for xenografts. For example, a LNCaP xenograft, LAPC4 xenograft, LAPC9 xenograft, and xenografts of the hormone refractory counterparts of these cell lines were made. Other cell lines included V-cap, CWR22 and LAPC4 cell lines. Two cell lines that over express the androgen receptor were generated, LNCaP AR and LAPC4 AR. Prostate cancer progression in these engineered cell lines was found to differ from their parental counterparts. Upon androgen ablation, the LNCaP AR and LAPC4 AR lines continued to grow, thus behaving like hormone refractory cells.

Some of the cell lines were found to not take well in mice in tumor formation when xenografted. However, with LNCaP, 2 million cells gave a 95% take. As few as 1 million cells can be used. These cells required at least 25% Matrigel but no more than 50%. Since high concentrations of cells are required for good tumor take rate, a 27 G needle was found to be the smallest appropriate needle.

The LAPC4 cell line was found to be very difficult to grow in animals. The cells need to be resuspended and filtered through a micron mesh filter, for example, a 40-100 micron mesh filter, because they frequently form large aggregates. Resuspending and running through a filter helps normalize the cell number between each animal and therefore gives more consistent results. LAPC4 requires from about 25%-50% Matrigel, for example, 50% Matrigel, but can be grafted successfully at a lower concentration at $10^5$ cells.

Tumor take in SCID mice was found to be better than in nude mice. For example, the tumor take across individual animal in nude mice was found to be very inconsistent. CB17 SCID mice were used in the study.

Injections were made subcutaneously on the right flank of the mouse. Slow injection was found to help to produce a round tumor that was easier to measure and could be measured more accurately. In addition, because of the usage of Matrigel, injection of no more than 200 μl was found appropriate. Injection of 100-200 μl was found appropriate. Injecting too large a volume created leakage upon needle withdrawal.

An alternative method to help prevent leakage from needle pullout can be to warm the Matrigel:media:cells filled syringe a couple of seconds to produce a gel-like form. When inject-

ing the gel-like liquid, no leakage should occur. However, allowing the Matrigel to heat for too long a time can cause the suspension to solidify and become uninjectable.

## PHARMACEUTICAL COMPOSITIONS AND ADMINISTRATION

The compounds of the invention are useful as pharmaceutical compositions prepared with a therapeutically effective amount of a compound of the invention, as defined herein, and a pharmaceutically acceptable carrier or diluent.

The compounds of the invention can be formulated as pharmaceutical compositions and administered to a subject in need of treatment, for example a mammal, such as a human patient, in a variety of forms adapted to the chosen route of administration, for example, orally, nasally, intraperitoneally, or parenterally, by intravenous, intramuscular, topical or subcutaneous routes, or by injection into tissue. Such compositions and preparations should contain at least 0.01% of a compound or compounds of the invention. The percentage of the compositions and preparations may, of course, be varied and may, for example, be between about 0.05% to about 2% of the weight of a given unit dosage form. The amount of compounds in such therapeutically useful compositions is such that an effective dosage level will be obtained.

Thus, compounds of the invention may be systemically administered, e.g., orally, in combination with a pharmaceutically acceptable vehicle such as an inert diluent or an assimilable edible carrier, or by inhalation or insufflation. They may be enclosed in hard or soft shell gelatin capsules, may be compressed into tablets, or may be incorporated directly with the food of the patient's diet. For oral therapeutic administration, the compounds may be combined with one or more excipients and used in the form of ingestible tablets, buccal tablets, troches, capsules, elixirs, suspensions, syrups, wafers, and the like. The compounds may be combined with a fine inert powdered carrier and inhaled by the subject or insufflated. Such compositions and preparations should contain at least 0.1% of a compound or compounds of the invention. The percentage of the compositions and preparations may, of course, be varied and may conveniently be between about 2% to about 60% of the weight of a given unit dosage form. The amount of compounds in such therapeutically useful compositions is such that an effective dosage level will be obtained.

The tablets, troches, pills, capsules, and the like may also contain the following: binders such as gum tragacanth, acacia, corn starch, or gelatin; excipients such as dicalcium phosphate; a disintegrating agent such as corn starch, potato starch, alginic acid, and the like; a lubricant such as magnesium stearate; and a sweetening agent such as sucrose, fructose, lactose, or aspartame, or a flavoring agent such as peppermint, oil of wintergreen, or cherry flavoring may be added. When the unit dosage form is a capsule, it may contain, in addition to materials of the above type, a liquid carrier, such as a vegetable oil or a polyethylene glycol. Various other materials may be present as coatings or to otherwise modify the physical form of the solid unit dosage form. For instance, tablets, pills, or capsules may be coated with gelatin, wax, shellac, sugar, and the like. A syrup or elixir may contain the active compound, sucrose or fructose as a sweetening agent, methyl and propylparabens as preservatives, a dye, and flavoring such as cherry or orange flavor. Of course, any material used in preparing any unit dosage form should be pharmaceutically acceptable and substantially non-toxic in the amounts employed. In addition, the compounds of the invention may be incorporated into sustained-release preparations

TX 61.0025

27                                                              28

and devices. For example, the compounds may be incorporated into time release capsules, time release tablets, and time release pills.

The compounds of the invention may also be administered intravenously or intraperitoneally by infusion or injection. Solutions of the compounds can be prepared in water, optionally mixed with a nontoxic surfactant. Dispersions can also be prepared in glycerol, liquid polyethylene glycols, triacetin, and mixtures thereof and in oils. Under ordinary conditions of storage and use, these preparations can contain a preservative to prevent the growth of microorganisms.

The pharmaceutical dosage forms suitable for injection or infusion can include sterile aqueous solutions or dispersions or sterile powders comprising the compounds of the invention which are adapted for the extemporaneous preparation of sterile injectable or infusible solutions or dispersions, optionally encapsulated in liposomes. In all cases, the ultimate dosage form should be sterile, fluid, and stable under the conditions of manufacture and storage. The liquid carrier or vehicle can be a solvent or liquid dispersion medium comprising, for example, water, ethanol, a polyol (for example, glycerol, propylene glycol, liquid polyethylene glycols, and the like), vegetable oils, nontoxic glyceryl esters, and suitable mixtures thereof. The proper fluidity can be maintained, for example, by the formation of liposomes, by the maintenance of the required particle size in the case of dispersions, or by the use of surfactants. The prevention of the action of microorganisms can be brought about by various antibacterial and antifungal agents, for example, parabens, chlorobutanol, phenol, sorbic acid, thimerosal, and the like. In many cases, it will be preferable to include isotonic agents, for example, sugars, buffers, or sodium chloride. Prolonged absorption of the injectable compositions can be brought about by the use in the compositions of agents delaying absorption, for example, aluminum monostearate and gelatin.

Sterile injectable solutions are prepared by incorporating the compounds of the invention in the required amount in the appropriate solvent with various of the other ingredients enumerated above, as required, followed by filter sterilization. In the case of sterile powders for the preparation of sterile injectable solutions, the preferred methods of preparation are vacuum drying and freeze drying techniques, which yield a powder of the active ingredient plus any additional desired ingredient present in the previously sterile-filtered solutions.

For topical administration, the compounds of the invention may be applied in pure form. However, it will generally be desirable to administer them to the skin as compositions or formulations, in combination with a dermatologically acceptable carrier, which may be a solid or a liquid.

Useful solid carriers include finely divided solids such as talc, clay, microcrystalline cellulose, silica, alumina, and the like. Other solid carriers include nontoxic polymeric nanoparticles or microparticles. Useful liquid carriers include water, alcohols, or glycols or water/alcohol/glycol blends, in which the compounds of the invention can be dissolved or dispersed at effective levels, optionally with the aid of nontoxic surfactants. Adjuvants such as fragrances and additional antimicrobial agents can be added to optimize the properties for a given use. The resultant liquid compositions can be applied from absorbent pads, used to impregnate bandages and other dressings, or sprayed onto the affected area using pump-type or aerosol sprayers.

Thickeners such as synthetic polymers, fatty acids, fatty acid salts and esters, fatty alcohols, modified celluloses, or modified mineral materials can also be employed with liquid carriers to form spreadable pastes, gels, ointments, soaps, and the like, for application directly to the skin of the user.

Examples of useful dermatological compositions which can be used to deliver the compounds of the present invention to the skin are known to the art; for example, see Jacquet et al. (U.S. Pat. No. 4,608,392), Geria (U.S. Pat. No. 4,992,478), Smith et al. (U.S. Pat. No. 4,559,157), and Wortzman (U.S. Pat. No. 4,820,508), all of which are hereby incorporated by reference.

Useful dosages of the compounds of Formula II can be determined by comparing their in vitro activity, and by comparing their in vivo activity in animal models. Methods for the extrapolation of effective dosages in mice and other animals to humans are known to the art; for example, see U.S. Pat. No. 4,938,949, which is hereby incorporated by reference.

For example, the concentration of the compounds in a liquid composition, such as a lotion, can be from about 0.1 to about 25% by weight, or from about 0.5 to about 10% by weight. The concentration in a semi-solid or solid composition such as a gel or a powder can be from about 0.1 to about 5% by weight, or from about 0.5 to about 2.5% by weight.

The amount of the compounds of the invention required for use in treatment will vary not only with the particular salt selected but also with the route of administration, the nature of the condition being treated and the age and condition of the patient and will be ultimately at the discretion of the attendant physician or clinician.

Effective dosages and routes of administration of agents of the invention are conventional. The exact amount (effective dose) of the agent will vary from subject to subject, depending on, for example, the species, age, weight, and general or clinical condition of the subject, the severity or mechanism of any disorder being treated, the particular agent or vehicle used, the method and scheduling of administration, and the like. A therapeutically effective dose can be determined empirically, by conventional procedures known to those of skill in the art. See, e.g., *The Pharmacological Basis of Therapeutics*, Goodman and Gilman, eds., Macmillan Publishing Co., New York. For example, an effective dose can be estimated initially either in cell culture assays or in suitable animal models. The animal model may also be used to determine the appropriate concentration ranges and routes of administration. Such information can then be used to determine useful doses and routes for administration in humans. A therapeutic dose can also be selected by analogy to dosages for comparable therapeutic agents.

The particular mode of administration and the dosage regimen will be selected by the attending clinician, taking into account the particulars of the case (e.g., the subject, the disease, the disease state involved, and whether the treatment is prophylactic). Treatment may involve daily or multi-daily doses of compound(s) over a period of a few days to months, or even years.

In general, however, a suitable dose will be in the range of from about 0.01 to about 500 mg/kg per day, e.g., from about 0.1 to about 500 mg/kg of body weight per day, such as from about 0.1 to about 100 mg per kilogram body weight of the recipient per day. For example, a suitable dose may be about 1 mg/kg, 10 mg/kg, or 50 mg/kg of body weight per day.

The compounds of the invention are conveniently administered in unit dosage form; for example, containing from about 0.0005 to about 500 mg, from about 0.01 to about 50 mg, from about 0.05 to about 10 mg, or about 5 mg of active ingredient per unit dosage form.

The compounds of the invention can be administered to achieve peak plasma concentrations of, for example, from about 0.5 to about 75 μM, about 1 to 50 μM, about 2 to about 30 μM, or about 5 to about 25 μM. Exemplary desirable plasma concentrations include at least or no more than 0.25,

TX 61.0026

0.5, 1, 5, 10, 25, 50, 75, 100 or 200 μM. This may be achieved, for example, by the intravenous injection of a 0.05 to 5% solution of the compounds of the present invention, optionally in saline, or orally administered as a bolus containing about 1-1000 mg of the compounds. Desirable blood levels may be maintained by continuous infusion to provide from about 0.0005 to about 25 mg per kg body weight per hour, for example at least or no more than 0.0005, 0.005, 0.05, 0.5, 5, or 25 mg/kg/hr. Alternatively, such levels can be obtained by intermittent infusions containing from about 0.002 to about 100 mg per kg body weight, for example, at least or no more than 0.002, 0.02, 0.2, 2, 20, 50, or 100 mg of the compounds per kg of body weight.

The compounds of the invention may conveniently be presented in a single dose or as divided doses administered at appropriate intervals, for example, as two, three, four or more sub-doses per day. The sub-dose itself may be further divided, e.g., into a number of discrete loosely spaced administrations; such as multiple inhalations from an insufflator.

### Example

### Intravenous Formulation

A compound presently disclosed, for example, compound A51 or A52, can be in a formulation suitable for intravenous dosing. In an embodiment, the compound is dissolved in from about 10% to about 25% dimethylsulfoxide (DMSO). 1× phosphate buffered saline (PBS) is then mixed into the solution as the balance, and the solution is sonicated with a water bath sonicator until it is homogeneous.

At a compound concentration of 1.5 mg/mL, 5 minutes of sonication may be sufficient to dissolve the compound. At a compound concentration of 2 mg/ml, more than 5 minutes of sonication may be required to dissolve the compound and a polyethylene glycol can be added to keep the compound in suspension. For example, 5 to 40% PEG-400 (a polyethylene glycol), such as, 5-10% PEG-400, can be added.

The above solution, including either A51 or A52, was found to be stable at room temperature for at least a week.

Before administration, the above solution should be sonicated for a few minutes. A maximum appropriate administration volume for mice was found to be 0.2 mL.

When administered to mice, hardening of the skin and skin irritation around the injection site was observed, and this was attributed to the use of DMSO. Although compounds A51 and A52 are soluble in ethanol, ethanol was found to reduce the stability of the compounds in vivo.

Over a period of 2 weeks following administration of the above solution, mice were observed to lose 15% of body weight.

### Example

### Oral Formulation

A compound presently disclosed, for example, compound A51 or A52, can be in a formulation suitable for oral administration. In an embodiment, the compound is dissolved in 100% DMSO.

Additional chemicals can be added, such as a carboxymethylcellulose, a polysorbate, or water. For example, the components of the solution other than A51 or A52 can be present at concentrations of from about 10% to about 20% DMSO, from about 1% to about 2% carboxymethylcellulose (CMC), and 0.1% Tween 80 (a polysorbate), with the balance being water. The concentration of compound A51 or A52 in the oral

foundation can be about 1.5 mg/mL. The solution is mechanically homogenized for at least 30 seconds. The compound A51 or A52 was found to stay in suspension for only a couple of hours and, therefore, the oral formulation must be administered within a couple of hours of preparation.

When more than 2% carboxymethylcellulose (CMC) was included in the solution, the formulation was found to be very viscous, so that when administered to a test animal with a gavage syringe, much of the formulation was left behind on the walls of the syringe, preventing accurate drug administration. A solution of 10% DMSO that included CMC and Tween 80 was found to keep the compound in suspension when mechanical homogenization was applied. That is, more than 10% DMSO was not required. A minimum of DMSO should be used, because it was found to irritate the mice, and was associated with a loss of up to 10% of the bodyweight of the mice over a period of 2 weeks following administration.

A maximum appropriate administration volume for mice was found to be 0.2 mL.

The half life of the compound was found to be longer when it was administered intravenously than when it was administered orally. However, daily oral dosing resulted in an acceptable steady state serum concentration of the compound, comparable to the steady state concentration seen with bicalutamide. Oral administration may be more convenient than intravenous administration.

Compounds A51 and A52 have a beneficial effect on tumors in an in vivo assay administered as described.

The embodiments illustrated and discussed in this specification are intended only to teach those skilled in the art the best way known to the inventors to make and use the invention. Nothing in this specification should be considered as limiting the scope of the present invention. All examples presented are representative and non-limiting. The above-described embodiments of the invention may be modified or varied, without departing from the invention, as appreciated by those skilled in the art in light of the above teachings. It is therefore to be understood that, within the scope of the claims and their equivalents, the invention may be practiced otherwise than as specifically described.

We claim:

1. A compound having the formula



or a pharmaceutically acceptable salt thereof.

2. A pharmaceutical composition comprising a therapeutically effective amount of a compound of claim 1, or a pharmaceutically acceptable salt thereof, and a pharmaceutically acceptable carrier, diluent, or adjuvant.

TX 61.0027

31

3. A method for treating a hyperproliferative disorder comprising administering a compound of claim 1, or a pharmaceutically acceptable salt thereof, to a subject in need of such treatment, thereby treating the hyperproliferative disorder wherein the hyperproliferative disorder is prostate cancer.

4. The method of claim 3, wherein the compound or a pharmaceutically acceptable salt thereof, is administered at a dosage in the range of from 0.01 mg per kg body weight per day to 500 mg per kg body weight per day.

5. The method of claim 3, wherein the compound, or a pharmaceutically acceptable salt thereof, is administered at a dosage in the range of from 0.1 mg per kg body weight per day to 200 mg per kg body weight per day.

6. The method of claim 3, wherein the compound or a pharmaceutically acceptable salt thereof, is administered at a dosage in the range of from 1 mg per kg body weight per day to 50 mg per kg body weight per day.

7. The method of claim 3, wherein the compound or a pharmaceutically acceptable salt thereof, is administered at a dosage of 10 mg per kg body weight per day.

8. The method of claim 3, wherein the compound is administered by intravenous injection, by injection into tissue, intraperitoneally, orally, or nasally.

9. The method of claim 3, wherein the compound has a form selected from the group consisting of a solution, dispersion, suspension, powder, capsule, tablet, pill, time release capsule, time release tablet, and time release pill.

10. The pharmaceutical composition of claim 2, wherein the compound is



11. The pharmaceutical composition of claim 2, wherein the compound is



12. The pharmaceutical composition of claim 2, comprising a solution of dimethylsulfoxide and phosphate buffered saline solution.

13. The pharmaceutical composition of claim 2, comprising polyethylene glycol.

14. The pharmaceutical composition of claim 2, wherein the compound is at a concentration of 1.5 mg/mL.

15. The pharmaceutical composition of claim 2, comprising a solution of dimethylsulfoxide, a carboxymethylcellulose, a polysorbate, and water.

16. The method of claim 3, wherein the hyperproliferative disorder is hormone sensitive prostate cancer.

32

17. The method of claim 3, wherein the hyperproliferative disorder is hormone refractory prostate cancer.

18. The method of claim 3, wherein the compound has the formula:



19. The method of claim 3, wherein the compound has the formula:



20. The compound of claim 1, wherein the compound has the formula:



21. The pharmaceutically acceptable salt of a compound of claim 1, wherein the compound has the formula:



22. The compound of claim 1, wherein the compound has the formula:



TX 61.0028

33

34

**23**. The pharmaceutically acceptable salt of a compound of claim **1**, wherein the compound has the formula:



**24**. A pharmaceutical composition comprising a therapeutically effective amount of a compound of claim **1**, or a pharmaceutically acceptable salt thereof, and a pharmaceutically acceptable carrier.

**25**. A pharmaceutical composition comprising a therapeutically effective amount of a compound of claim **1**, or a pharmaceutically acceptable salt thereof, and a pharmaceutically acceptable diluent.

**26**. A pharmaceutical composition comprising a therapeutically effective amount of a compound of claim **1**, or a pharmaceutically acceptable salt thereof, and a pharmaceutically acceptable adjuvant.

**27**. The pharmaceutical composition of claim **2**, wherein the pharmaceutical composition is administered by intravenous injection, by injection into tissue, intraperitoneally, orally, or nasally.

**28**. The pharmaceutical composition of claim **2**, wherein the pharmaceutical composition has a form selected from the group consisting of a solution, dispersion, suspension, powder, capsule, tablet, pill, time release capsule, time release tablet, and time release pill.

**29**. The pharmaceutical composition of claim **2**, wherein the pharmaceutical composition is a capsule and is administered orally, and wherein the compound is



**30**. The pharmaceutical composition of claim **2**, wherein the pharmaceutical composition is a tablet and is administered orally, and wherein the compound is



**31**. The pharmaceutical composition of claim **2**, wherein the pharmaceutical composition is a pill and is administered orally, and wherein the compound is



\* \* \* \* \*

TX 61.0029

# CERTIFICATE OF CORRECTION

PATENT NO.      : 8,445,507 B2                                   
APPLICATION NO. : 12/294881
DATED            : May 21, 2013
INVENTOR(S)     : Michael E. Jung et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

On the Title Page:

The first or sole Notice should read --

Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 1,268 days.

Signed and Sealed this
Twenty-fifth Day of June, 2013

Teresa Stanek Rea
*Acting Director of the United States Patent and Trademark Office*

TX 61.0030



US008802689B2

(12) **United States Patent**
Jung et al.

(10) Patent No.: **US 8,802,689 B2**
(45) Date of Patent: *Aug. 12, 2014

(54) **ANDROGEN RECEPTOR MODULATOR FOR THE TREATMENT OF PROSTATE CANCER AND ANDROGEN RECEPTOR-ASSOCIATED DISEASES**

(75) Inventors: **Michael E. Jung**, Los Angeles, CA (US); **Charles L. Sawyers**, New York, NY (US); **Samedy Ouk**, Los Angeles, CA (US); **Chris Tran**, New York, NY (US); **John Wongvipat**, New York, NY (US)

(73) Assignee: **The Regents of the University of California**, Oakland, CA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **13/615,085**

(22) Filed: **Sep. 13, 2012**

(65) **Prior Publication Data**

US 2013/0072511 A1    Mar. 21, 2013

**Related U.S. Application Data**

(63) Continuation of application No. 12/294,881, filed as application No. PCT/US2007/007485 on Mar. 27, 2007, now Pat. No. 8,445,507.

(60) Provisional application No. 60/785,978, filed on Mar. 27, 2006, provisional application No. 60/833,790, filed on Jul. 28, 2006.

(51) Int. Cl.
*A61K 31/44*    (2006.01)

(52) U.S. Cl.
USPC ........................................... **514/278**; 546/15

(58) Field of Classification Search
CPC .. C07D 471/10; C07D 491/10; C07D 221/20; C07D 401/12; C07D 401/06; C07D 487/10
USPC ........................ 514/278, 341; 546/15, 274.1
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,823,240 A | 7/1974 | Sauli |
| 3,984,430 A | 10/1976 | Curran |
| 4,097,578 A | 6/1978 | Perronnet et al. |
| 4,234,726 A | 11/1980 | Bernauer et al. |
| 4,304,782 A | 12/1981 | Dumont et al. |
| 4,312,881 A | 1/1982 | Wooten |
| 4,399,216 A | 8/1983 | Axel et al. |
| 4,407,814 A | 10/1983 | Bernauer et al. |
| 4,427,438 A | 1/1984 | Nagano et al. |
| 4,473,393 A | 9/1984 | Nagpal |
| 4,482,739 A | 11/1984 | Bernauer et al. |
| 4,559,157 A | 12/1985 | Smith et al. |
| 4,608,392 A | 8/1986 | Jacquet et al. |
| 4,749,403 A | 6/1988 | Liebl et al. |
| 4,820,508 A | 4/1989 | Wortzman |
| 4,859,228 A | 8/1989 | Prisbylla |
| 4,873,256 A | 10/1989 | Coussediere et al. |
| 4,938,949 A | 7/1990 | Borch et al. |
| 4,944,791 A | 7/1990 | Schroder et al. |
| 4,992,478 A | 2/1991 | Geria |
| 5,010,182 A | 4/1991 | Brake et al. |
| 5,069,711 A | 12/1991 | Fischer et al. |
| 5,071,773 A | 12/1991 | Evans et al. |
| 5,166,358 A | 11/1992 | Seuron et al. |
| 5,411,981 A | 5/1995 | Gaillard-Kelly et al. |
| 5,434,176 A | 7/1995 | Claussner et al. |
| 5,554,607 A | 9/1996 | Elokdah et al. |
| 5,556,983 A | 9/1996 | Claussner et al. |
| 5,589,497 A | 12/1996 | Claussner et al. |
| 5,614,620 A | 3/1997 | Liao et al. |
| 5,627,201 A | 5/1997 | Gaillard-Kelly et al. |
| 5,646,172 A | 7/1997 | Claussner et al. |
| 5,656,651 A | 8/1997 | Sovak et al. |
| 5,705,654 A | 1/1998 | Claussner et al. |
| 5,726,061 A | 3/1998 | Robbins et al. |
| 5,750,553 A | 5/1998 | Claussner et al. |
| 5,783,707 A | 7/1998 | Elokdah et al. |
| RE35,956 E | 11/1998 | Gaillard-Kelly et al. |
| 5,958,936 A | 9/1999 | Claussner et al. |
| 5,985,868 A | 11/1999 | Gray |
| 6,107,488 A | 8/2000 | Bouchet et al. |
| 6,172,076 B1 | 1/2001 | Embrey et al. |
| 6,235,910 B1 | 5/2001 | Beller et al. |
| 6,242,611 B1 | 6/2001 | Claussner et al. |
| 6,307,030 B1 | 10/2001 | French et al. |
| 6,350,763 B1 | 2/2002 | Kelly et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| AU | 217893 | 6/1958 |
| CN | 101032483 A | 9/2007 |

(Continued)

OTHER PUBLICATIONS

A Textbook of Drug Design and Development, P. Krogsgaard-Larsen and H. Bündgaard, eds. Ch 5, pp. 113-191 (Harwood Academic Publishers, 1991).

A.M. Soto et al., Control of Cell Proliferation: Evidence for Negative Control on Estrogen-sensitive T47D Human Breast Cancer Cells , Cancer Research, 46, (1986), pp. 2271-2275.

Abstract submitted by Samedy Ouk, Prostate Cancer Foundation Scientific Retreat, Scottsdale, Arizona, Sep. 29-Oct. 1, 2005.

Ausubel et al., Current Protocols in Molecular Biology, Wiley Interscience Publishers, (1995).

Baek, S.H. et al. Exchange of N-CoR corepressor and Tip60 coactivator complexes links gene expression by NF-kappaB and beta-amyloid precursor protein. Cell 110, 55-67 (2002).

Balk, S.P. Androgen receptor as a target in androgen-independent prostate cancer. Urology 60, 132-8; discussion 138-9 (2002).

Batch,I.A., et al., "Androgen receptor gene mutations identified by SSCP in fourteen subjects with androgen insensitivity syndrome", Hum. Mol. Genet 1 (7), 497-503 (1992).

(Continued)

Primary Examiner — Jason Sims

Assistant Examiner — Ibrahim D Bori

(74) Attorney, Agent, or Firm — Kilpatrick Townsend & Stockton LLP

(57) **ABSTRACT**

Described herein, inter alia, are compounds useful for the prevention or treatment of hyperproliferative diseases or disorders.

**19 Claims, 6 Drawing Sheets**

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,472,415 | B1 | 10/2002 | Sovak et al. |
| 6,479,063 | B2 | 11/2002 | Weissman et al. |
| 6,489,163 | B1 | 12/2002 | Roy et al. |
| 6,506,607 | B1 | 1/2003 | Shyjan |
| 6,828,471 | B2 | 12/2004 | Sawyers et al. |
| 7,271,188 | B2 | 9/2007 | Tachibana et al. |
| 2002/0133833 | A1 | 9/2002 | Sawyers et al. |
| 2003/0225138 | A1 | 12/2003 | Sircar et al. |
| 2004/0009969 | A1 | 1/2004 | Cleve et al. |
| 2004/0116417 | A1 | 6/2004 | Boubia et al. |
| 2005/0153968 | A1 | 7/2005 | Bi et al. |
| 2006/0127902 | A1 | 6/2006 | Madden et al. |
| 2007/0249697 | A1 | 10/2007 | Tachibana et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 2102605 | 7/1971 |
| DE | 2614831 A1 | 10/1977 |
| EP | 0 017 976 A2 | 10/1980 |
| EP | 0 017 976 A3 | 10/1980 |
| EP | 0 017 976 B1 | 6/1983 |
| EP | 0 002 259 B1 | 10/1984 |
| EP | 0144098 A1 | 6/1985 |
| EP | 0 331 232 A2 | 9/1989 |
| EP | 362179 | 4/1990 |
| EP | 0 494 819 A1 | 1/1992 |
| EP | 0 578 516 A1 | 5/1993 |
| EP | 0 580 459 A1 | 5/1993 |
| EP | 0572 191 A1 | 12/1993 |
| EP | 0 580 459 B1 | 1/1994 |
| EP | 0770613 A1 | 5/1995 |
| EP | 0 494 819 B1 | 7/1996 |
| EP | 0 721 944 B1 | 1/2001 |
| EP | 1 790 640 A1 | 5/2007 |
| FR | 2 693 461 A1 | 1/1994 |
| FR | 2 715 402 A1 | 1/1994 |
| FR | 2 845 384 A1 | 10/2002 |
| JP | 59210083 A | 11/1984 |
| JP | 1009978 A | 1/1989 |
| JP | 2019363 A | 1/1990 |
| WO | 90/13646 | 11/1990 |
| WO | 97/00071 | 1/1997 |
| WO | 97/19064 | 5/1997 |
| WO | 97/19931 | 6/1997 |
| WO | 00/17163 | 3/2000 |
| WO | 00/26195 A1 | 5/2000 |
| WO | 00/44731 A1 | 8/2000 |
| WO | 01/07048 A2 | 2/2001 |
| WO | 01/92253 A2 | 12/2001 |
| WO | 01/94346 A1 | 12/2001 |
| WO | 02/053155 A1 | 7/2002 |
| WO | 02/081453 A1 | 10/2002 |
| WO | 03/029245 A1 | 4/2003 |
| WO | 03/032994 A2 | 4/2003 |
| WO | 03/057220 A1 | 7/2003 |
| WO | 03/093243 A1 | 11/2003 |
| WO | 03/096980 | 11/2003 |
| WO | 2004/022572 A1 | 3/2004 |
| WO | 2004/031160 A2 | 4/2004 |
| WO | 2004/070050 A2 | 8/2004 |
| WO | 2004/111031 A1 | 12/2004 |
| WO | 2005/042488 A1 | 5/2005 |
| WO | 2005/059109 | 6/2005 |
| WO | 2005/059109 A3 | 6/2005 |
| WO | 2005/060661 | 7/2005 |
| WO | 2005/089752 A2 | 9/2005 |
| WO | 2005/099693 | 10/2005 |
| WO | 2006/010642 | 2/2006 |
| WO | 2006/028226 A1 | 3/2006 |
| WO | 2006/124118 A1 | 11/2006 |
| WO | 2007/045877 A1 | 4/2007 |
| WO | 2007/126765 | 11/2007 |
| WO | 2007/127010 | 11/2007 |
| WO | 2008/119015 A2 | 10/2008 |

OTHER PUBLICATIONS

Bohl et al., *"Structural basis for antagonism and resistance of bicalutamide in prostate cancer"*, Proc. Nat. Acad. Sci., 2005, v. 102(17), pp. 6201-6206.

Brockschmidt,F.F., et al., "The two most common alleles of the coding GGN repeat in the androgen receptor gene cause differences in protein function", J. Mol. Endocrinol. 39 (1), 1-8 (2007).

Burnstein et al. Androgen Glucocorticoid Regulation of Androgen Receptor cDNA Expression. *Molecular and Cellular Endocrinology*. 1995. v. 115, pp. 177-186.

C.D. Chen et al., "Molecular determinants of resistance to antiandrogen therapy", Nature Medicine, vol. 10, No. 1 (Jan. 2004) pp. 33-39.

Cai,C., et al., "c-Jun has multiple enhancing activities in the novel cross talk between the androgen receptor and Ets variant gene 1 in prostate cancer", Mol. Cancer Res. 5 (7), 725-735 (2007).

Chang et al., Science 240 (4850), 324-326 (1988).

Chen, C.D., Welsbie, D.S., Iran, C., Baek, S.H., Chen, R., Vessella, R., Rosenfeld, M.G., and Sawyers, C.L., Molecular determinants of resistance to antiandrogen therapy, Nat. Med., 10: 33-39, 2004.

Cinar et al. Androgen Receptor Mediates the Reduced Tumor Growth, Enhanced Androgen Responsiveness, and Selected Target Gene Transactivation in Human Prostate Cancer Cell Line. *Cancer Research*. 2001. v. 61. pp. 7310-7317.

Cousty-Berlin, et al., "Preliminary Pharmacokinetics and Metabolism of Novel Non-steroidal Antiandrogens in the Rat: Relation of their Systemic Activity to the Formation of a Common Metabolite", *J. Steroid Biochem. Molec. Biol.*, vol. 51, No. 1/2, pp. 47-55 (1994).

Craft, N. et al. Evidence for clonal outgrowth of androgen-independent prostate cancer cells from androgen-dependent tumors through a two-step process. Cancer Res 59,5030-6 (1999).

Craft, N., Shostak, Y., Carey, M. & Sawyers, C.L. A mechanism for hormone-independent prostate cancer through modulation of androgen receptor signaling by the HER-2/neutyrosine kinase. Nat Med 5, 280-5 (1999).

Data Sheet from U.S. Patent and Trademark Office (USPTO) for U.S. Appl. No. 08/807,760.

DePrimo, S.E. et al. Transcriptional programs activated by exposure of human prostate cancer cells to androgen. Genome Biol 3, RESEARCH0032 (2002).

Design of Prodrugs, edited by H. Bundgaard, (Elsevier, 1985).

Dhal, P.N. et al., "Synthesis of thiohydantoins, thiazolidones and their derivatives from N[1]-(4'-aryl thiazole 2'-YL) thioureas", J. Indian Chem. Soc. 50(1):680-684, Oct. 1973.

Edwards, J., Krishna, N. S., Grigor, K.M. & Bartlett, J.M. Androgen receptor gene amplification and protein expression in hormone refractory prostate cancer. Br J Cancer 89, 552-6 (2003).

Ellis, W.J. et al. Characterization of a novel androgen-sensitive, prostate-specific antigen-producing prostatic carcinoma xenograft: LuCaP 23. Clin Cancer Res 2, 1039-48 (1996).

Ellwood-Yen, K. et al. Myc-driven murine prostate cancer shares molecular features with human prostate tumors. Cancer Cell 4, 223-38 (2003).

Elokdah, Hassan, et al., "Design, synthesis, and biological evaluation of thio-containing compounds with serum HDL-cholesterol-elevating properties", J. Med. Chem. 47:681-695 (2004).

European Search Report dated Jul. 20, 2011 for European Application No. 07754060.7, 7 pages.

Extended European Search Report dated Jul. 12, 2011 for European Application No. 11163948.0, 10 pages.

Extended European Search Report issued in European Patent Application No. EP 06748863.5, mailed on Feb. 12, 2009.

Feher, et al., "BHB: A Simple Knowledge-Based Scoring Function to Improve the Efficiency of Database Screening," *J. Chem. Inf. Comput. Sci.*, vol. 43, pp. 1316-1327 (2003).

Feldman, B.J. & Feldman, D. The development of androgen-independent prostate cancer. Nat Rev Cancer 1, 34-45 (2001).

Font de Mora, J. & Brown, M. AIB1 is a conduit for kinase-mediated growth factor signaling in the estrogen receptor. Mol Cell Biol 20, 5041-7 (2000).

US 8,802,689 B2

Page 3

(56)     References Cited

OTHER PUBLICATIONS

Foury, et al., "Control of the Proliferation of Prostate Cancer Cells by an Androgen and Two Antiandrogens. Cell Specific Sets of Responses," *J. Steroid Biochem. Molec. Biol.*, vol. 66, No. 4, pp. 235-240 (1998).

Gelmann, E.P. Molecular biology of the androgen receptor. J Clin Oncol 20, 3001-15 (2002).

Gioeli, D. et al. Androgen receptor phosphorylation. Regulation and identification of the phosphorylation sites. J Biol Chem 277, 29304-14 (2002).

Glass, C.K. & Rosenfeld, M.G. The coregulator exchange in transcriptional functions of nuclear receptors. Genes Dev 14, 121-41 (2000).

Goubet, et al., Conversion of a Thiohydantoin to the Corresponding Hydantoin via a Ring-Opening/Ring Closure Mechanism, *Tetrahedron Letters*, vol. 37, No. 43, pp. 7727-7730 (1996).

Grad, J.M., Dai, J.L., Wu, S. & Burnstein, K.L. Multiple androgen response elements and a Myc consensus site in the androgen receptor (AR) coding region are involved in androgen-mediated up-regulation of AR messenger RNA. Mol Endocrinol 13, 1896-911 (1999).

Graham and van der Eb, "A new technique for the assay of infectivity of human adenovirus 5 DNA", Virology, v. 52(2) (Apr. 1973) pp. 456-467.

Gregory, C.W. et al. A mechanism for androgen receptor-mediated prostate cancer recurrence after androgen deprivation therapy. Cancer Res 61, 4315-9 (2001).

Gregory, C.W., Johnson, R.T., Jr., Mohler, J.L., French, F.S. & Wilson, E.M. Androgen receptor stabilization in recurrent prostate cancer is associated with hypersensitivity to low androgen. Cancer Res 61, 2892-8 (2001).

Hamilton-Reeves, J.M., et al., "Isoflavone-rich soy protein isolate suppresses androgen receptor expression without altering estrogen receptor-beta expression or serum hormonal profiles in men at high risk of prostate cancer", J. Nutr. 137 (7), 1769-1775 (2007).

Homma, S., et al., "Differential levels of human leukocyte antigen-class I, multidrug-resistance 1 and androgen receptor expressions in untreated prostate cancer cells: the robustness of prostate cancer", Oncol. Rep. 18 (2), 343-346 (2007).

Horoszewicz, J.S. et al. LNCaP model of human prostatic carcinoma. Cancer Res 43, 1809-18 (1983).

Huang, Z.Q., Li, J. & Wong, J. AR possess an intrinsic hormone-independent transcriptional activity. Mol Endocrinol 16, 924-37 (2002).

International Search Report issued in International Application No. PCT/US2007/007854, railed on Apr. 15, 2008.

International Search Report issued in International Application No. PCT/US2008/012149 mailed on Apr. 29, 2009.

International Search Report issued in PCT Application No. PCT/US2004/042221, mailed on Jun. 20, 2005.

International Search Report issued in PCT Application PCT/US2005/005529, mailed on Nov. 10, 2005.

International Search Report issued in PCT Application PCT/US2007/07485, mailed on Sep. 4, 2008.

J. Holzbeierlein et al., "Gene Expression Analysis of Human Prostate Carcinoma during Hormonal Therapy Identifies Androgen-Responsive Genes and Mechanisms of Therapy Resistance", Am. J. Pathology, vol. 164, No. 1 (Jan. 2004) pp. 217-227.

Jones, *Genetics*, 85:12 (1977).

Karp et al., "Prostate Cancer Prevention: Investigational Approaches and Opportunities", Cancer Res., v. 56 (Dec. 15, 1996) pp. 5547-5556.

Karvonen, et al., "Interaction of Androgen Receptors with Androgen Response Element in Intact Cells," *The Journal of Biological Chemistry*, vol. 272, No. 25, pp. 15973-15979 (1997).

Kato, S. et al. Activation of the estrogen receptor through phosphorylation by mitogen-activated protein kinase. Science 270, 1491-4 (1995).

Kemppainen, et al., "Distinguishing Androgen Receptor Agonists and Antagonists: Distinct Mechanisms of Activation by

Medroxyprogesterone Acetate and Dihydrotestosterone," *Mol. Endocrinol.*, vol. 13, pp. 440-454 (1999); mend.endojournals.org.

Keown et al., *Methods in Enzymology*, 185:527-537 (1990).

Kingsman et al., *Gene*, 7: 141 (1979).

Kinoshita, H. et al. Methylation of the androgen receptor minimal promoter silences transcription in human prostate cancer. Cancer Res 60, 3623-30 (2000).

Klein, K.A. et al. Progression of metastatic human prostate cancer to androgen independence in immunodeficient SCID mice. Nat Med 3, 402-8 (1997).

Kousteni, S. et al. Nongenotropic, sex-nonspecific signaling through the estrogen or androgen receptors: dissociation from transcriptional activity. Cell 104, 719-30 (2001).

Laitinen, S., Karhu, R., Sawyers, C.L., Vessella, R.L. & Visakorpi, T. Chromosomal aberrations in prostate cancer xenografts detected by comparative genomic hybridization. Genes Chromosomes Cancer 35, 66-73 (2002).

Li, P. et al. Heterogeneous expression and functions of androgen receptor co-factors in primary prostate cancer. Am J Pathol 161, 1467-74 (2002).

Lobaccaro, J.M. et al. Molecular modeling and in vitro investigations of the human androgen receptor DNA-binding domain: application for the study of two mutations. Mol Cell Endocrinol 116, 137-47 (1996).

Lu et al., "Molecular Mechanisms of Androgen-Independent Growth of Human Prostate Cancer LNCaP-Al Cells", Endocrinology 1999, vol. 140, No. 11, pp. 5054-5059.

M.J. Linja et al., "Amplification and overexpression of androgen receptor gene in hormone-refractory prostate cancer", Cancer Research, vol. 61 (May 1, 2001) pp. 3550-3555.

Mammalian Cell Biotechnology: a Practical Approach, M. Butler, ed. (IRL Press, 1991).

Manolagas, S.C., Kousteni, S. & Jilka, R.L. Sex steroids and bone. Recent Prog Horm Res 57, 385-409 (2002).

Mansour et al., *Nature*, 336:348-352 (1988).

Marhefka, et al., "Homology Modeling Using Multiple Molecular Dynamics Simulations and Docking Sudies of the Human Androgen Receptor Ligand Binding Domain Bound to Testosterone and Nonsteroidal Ligands," J. Med. Chem., vol. 44, No. 11, pp. 1729-1740 (2001).

Masiello, D., Cheng, S., Bubley, G.J., Lu, M.L. & Balk, S.P. Bicalutamide functions as an androgen receptor antagonist by assembly of a transcriptionally inactive receptor. J Biol Chem 277, 26321-6 (2002).

Matias, et al., "Local Inhibition of Sebaceous Gland Growth by Topically Applied RU 58841," *NY Acad. Sci.*, vol. 761, pp. 56-65 (1995).

Matias, P.M. et al. Structural basis for the glucocorticoid response in a mutant human androgen receptor (AR(ccr)) derived from an androgen-independent prostate cancer. J Med Chem 45, 1439-46 (2002).

Matias, P.M. et al. Structural evidence for ligand specificity in the binding domain of the human androgen receptor. Implications for pathogenic gene mutations. J Biol Chem 275, 26164-71 (2000).

McDonnell, T.J. et al. Expression of the protooncogene bcl-2 in the prostate and its association with emergence of androgen-independent prostate cancer. Cancer Res 52, 6940-4 (1992).

Migliaccio, A. et al. Steroid-induced androgen receptor-oestradiol receptor beta-Src complex triggers prostate cancer cell proliferation. Embo J 19, 5406-17 (2000).

Muller et al., 1991, Mol. & Cell. Bio. 11:1785.

Nam et al., *"Action of the Src Family Kinase Inhibitor, Dasatinib (BMS-354825), on Human Prostate Cancer Cells"*, Cancer Res., 2005, v. 65(20), pp. 9185-9189.

Navone, N. M., et al., "Model Systems of Prostate Cancer: Uses and Limitations" Cancer Metastasis, Kluwer Academic Publishers, Dordrecht, NL, 17 (4), 1999, pp. 361-371.

NM_000044<http://www.ncbi.nlm.nih.gov:80/entrez/viewer. fcgi?cmd=Retrieve&db=nucleotide&list_uids=21322251 &dopt=GenBank

&term=sapiens+AR+androgen+receptor+prostate+cancer &qty=1>gi:21322251, printed Oct. 24, 2007.

Norris, J.D. et al. Peptide antagonists of the human estrogen receptor. Science 285, 744-6 (1999).

TX 62.0004

(56) **References Cited**

OTHER PUBLICATIONS

Notice of References Cited from U.S. Patent and Trademark Office (USPTO) for U.S. Appl. No. 08/807,760.

Notice of References Cited of Jul. 24, 1992 from U.S. Patent and Trademark Office for U.S. Appl. No. 07/819,110.

Office Action issued in U.S. Appl. No. 10/590,445, mailed on Mar. 2, 2009.

Office Action of Jan. 18, 1994 from U.S. Patent and Trademark Office for U.S. Appl. No. 08/064,257.

Office Action of Feb. 22, 1993 from U.S. Patent and Trademark Office for U.S. Appl. No. 07/819,110.

Office Action of Jun. 1, 1994 from U.S. Patent and Trademark Office for U.S. Appl. No. 07/819,110.

Office Action of Jul. 23, 2008 from U.S. Patent and Trademark Office for U.S. Appl. No. 10/590,445.

Office Action of Aug. 11, 2009 from U.S. Patent and Trademark Office for U.S. Appl. No. 10/583,280.

Office Action of Aug. 14, 1992 from U.S. Patent and Trademark Office for U.S. Appl. No. 07/819,110.

Office Action of Sep. 2, 1993 from U.S. Patent and Trademark Office for U.S. Appl. No. 07/819,110.

P.J. Creaven. et al., "Pharmacokinetics and Metabolism of Nilutamide", Supp. Urology, vol. 37, No. 2 (Feb. 1991) pp. 13-19.

Perou, C.M. et al. Molecular portraits of human breast tumors. Nature 406, 747-52 (2000).

Presentation of Charles Sawyers. Prostate Cancer Foundation Scientific Retreat, Scottsdale, Arizona, Sep. 29-Oct. 1, 2005.

Raffo, A.J. et al. Overexpression of bcl-2 Protects Prostate Cancer Cells from Apoptosis in Vitro and Confers Resistance to Androgen Depletion in Vivo. Cancer Research 55. 1995. v. 55. 4438-4445.

Remington: The Science and Practice of Pharmacy, 19th Edition, Gennaro (ed.) 1995, Mack Publishing Company, Easton, PA.

S.Ouk et al., "Development of Androgen Receptor Inhibitors for Hormone-refractory Prostate Cancer", Prostate Cancer Foundation Meeting, Scottsdale, AZ, Sep. 29-Oct. 1, 2005.

Sack, J.S. et al. Crystallographic structures of the ligand-binding domains of the androgen receptor and its T877A mutant complexed with the natural agonist dihydrotestosterone. Proc Natl Acad Sci U S A 98, 4904-9 (2001).

Sambrook et al., Molecular Cloning: A Laboratory Manual 2nd edition (1989) Cold Spring Harbor Laboratory Press, Cold Spring Harbor, NY.

Saunders,P.T., et al., "Point mutations detected in the androgen receptor gene of three men with partial androgen insensitivity syndrome", Clin. Endocrinol. (Oxf) 37 (3), 214-220 (1992).

Schellhammer, P.F. et al. Prostate specific antigen decreases after withdrawal of antiandrogen therapy with bicalutamide or flutamide in patients receiving combined androgen blockade. J Urol 157, 1731-5 (1997).

Sderholm, et al., "Three-Dimensional Structure—Activity Relationships of Nonsteroidal Ligands in Complex with Androgen Receptor Ligand-Binding Domain," *J. Med. Chem.*, vol. 48, No. 4, pp. 917-925 (2005).

Shang, Y. & Brown, M. Molecular determinants for the tissue specificity of SERMs. Science 295, 2465-8 (2002).

Shang, Y., Myers, M. & Brown, M. Formation of the androgen receptor transcription complex. Mol Cell 9, 601-10 (2002).

Shi, Xu-Bao, et al., "Functional analysis of 44 mutant androgen receptors from human prostate cancer", Cancer Research 62 (5), pp. 1496-1502 (Mar. 1, 2002).

Shiau, A.K. et al. The structural basis of estrogen receptor/coactivator recognition and the antagonism of this interaction by tamoxifen. Cell 95, 927-37 (1998).

Singh et al., "*Androgen Receptor Antagonists (Antiandrogens): Structure-Activity Relationships*", Current Medicinal Chemistry, 2000, 7, pp. 211-247.

Sperry, et al., Androgen binding profiles of two distinct nuclear androgen receptors in Atlantic croaker (*Micropogonias undulates*), *Journal of Steroid Biochemistry & Molecular Biology*, vol. 73, pp. 93-103 (2000).

Stinchcomb et al., *Nature*, 282:39 (1979).

Su,Q.R., et al., "Polymorphisms of androgen receptor gene in childhood and adolescent males with first-onset major depressive disorder and association with related symptomatology", Int. J. Neurosci. 117 (7), 903-917 (2007).

Sweet,C.R., et al., "A unique point mutation in the androgen receptor gene in a family with complete androgen insensitivity syndrome", Fertil. Steril. 58 (4), 703-707 (1992).

Szelei et al. Androgen-Induced Inhibition of Proliferation in Human Breast Cancer MCF7 Cells Transfected with Androgen Receptor. Endocrinology 1997. v. 138 (4). pp. 1406-1412.

Taplin, M.E. et al. Androgen receptor mutations in androgen-independent prostate cancer: Cancer and Leukemia Group B Study 9663. J Clin Oncol 21, 2673-8 (2003).

Taplin, M.E. et al. Mutation of the androgen-receptor gene in metastatic androgen-independent prostate cancer. N. Engl J Med 332, 1393-8 (1995).

Taplin, M.E. et al. Selection for androgen receptor mutations in prostate cancers treated with androgen antagonist. Cancer Res 59, 2511-5 (1999).

Teutsch, G.; Goubet, F.; Battmann, T.; Bonfils, A.; Bouchoux, F.; Cerede, E.; Gofflo, D.; Gaillard-Kelly, M.; Philibert. D. J. Steroid Biochem. Molec. Biol. 1994, 48, 111-119.

*The Pharmacological Basis of Therapeutics*, Goodman and Gilman, eds., Macmillan Publishing Co., New York, 1941.

The Practice of Medicinal Chemistry, Camille G. Wermuth et al., Ch 31, (Academic Press, 1996).

Tremblay, A., Tremblay, G.B., Labrie, F. & Giguere, V. Ligand-independent recruitment of SRC-1 to estrogen receptor beta through phosphorylation of activation function AF-1. Mol Cell 3, 513-9 (1999).

Tschumper et al., *Gene*, 10: 157 (1980).

Urlaub et al., *Proc. Natl. Acad. Sci. USA*, 77:4216 (1980).

Van Dort, M. E.; Robins, D. M.; Wayburn, B. *J. Med. Chem.* 2000, 43, 3344-3347.

Veldscholte, J. et al. A mutation in the ligand binding domain of the androgen receptor of human LNCaP cells affects steroid binding characteristics and response to anti-androgens. Biochem Biophys Res Commun 173, 534-40 (1990).

Visakorpi, T. et al. In vivo amplification of the androgen receptor gene and progression of human prostate cancer. Nat Genet 9, 401-6 (1995).

Wainstein, M.A. et al. CWR22: androgen-dependent xenograft model derived from a primary human prostatic carcinoma. Cancer Res 54, 6049-52 (1994).

Wallen et al., "Angroden Receptor Gene Mutations in Hormone-Refractory Prostate Cancer", J. Pathology 1999, vol. 189, pp. 559-563.

Wang, Long G., et al., "Overexpressed androgen receptor linked to p21WAF1 silencing may be responsible for androgen independence and resistance to apoptosis of a prostate cancer cell line", Cancer Research 61 (20), pp. 7544-7551 (Oct. 15, 2001).

Wang, S. et al. Prostate-specific deletion of the murine Pten tumor suppressor gene leads to metastatic prostate cancer. Cancer Cell 4, 209-21 (2003).

Wooster,R., et al., "A germline mutation in the androgen receptor gene in two brothers with breast cancer and Reifenstein syndrome", Nat. Genet. 2 (2), 132-134 (1992).

Written Opinion issued in International Application No. PCT/US2007/007854, mailed on Apr. 15, 2008.

Written Opinion issued in International Application No. PCT/US2008/012149, mailed on Apr. 29, 2009.

Written Opinion issued in PCT Application No. PCT/US2004/042221, mailed on Jun. 20, 2005.

Written Opinion issued in PCT Application No. PCT/US2005/005529, mailed on Nov. 10, 2005.

Written Opinion issued in PCT Application No. PCT/US2006/011417, mailed on Jul. 3, 2006.

Written Opinion issued in PCT Application PCT/US2007/07485, mailed on Sep. 4, 2008.

Zarghami, et al., "Steroid hormone regulation of prostate-specific antigen gene expression in breast cancer," *British Journal of Cancer*, vol. 75, No. 4, pp. 579-588 (1997).

TX 62.0005

(56)                     References Cited

OTHER PUBLICATIONS

Zhau, H.Y. et al. Androgen-repressed phenotype in human prostate cancer. Proc Natl Acad Sci U S A 93,15152-7 (1996).

Zhou, Z.X., Sar, M., Simental, J.A., Lane, M.V. & Wilson, E.M. A ligand-dependent bipartite nuclear targeting signal in the human androgen receptor. Requirement for the DNA-binding domain and modulation by NH2-terminal and carboxyl-terminal sequences. J Biol Chem 269, 13115-23 (1994).

Zoppi,S., et al. "Amino acid substitutions in the DNA-binding domain of the human androgen receptor are a frequent cause of receptor-binding positive androgen resistance", Mol. Endocrinol. 6 (3), 409-415 (1992).

Wermuth, Camille G., "Molecular Variations Based on Isosteric Replacements", *The Practice of Medicinal Chemistry*, 1996, 13:203–237.

TX 62.0006



FIG. 1

**TX 62.0007**



**FIG. 2**

TX 62.0008



FIG. 3

TX 62.0009



FIG. 4

TX 62.0010



**FIG. 5**

**TX 62.0011**



FIG. 6

**TX 62.0012**

Appx0050

1

# ANDROGEN RECEPTOR MODULATOR FOR THE TREATMENT OF PROSTATE CANCER AND ANDROGEN RECEPTOR-ASSOCIATED DISEASES

## CROSS-REFERENCES TO RELATED APPLICATIONS

This application is a continuation of U.S. patent application Ser. No. 12/294,881, filed Sep. 16, 2010, which issued as U.S. Pat. No. 8,445,507 on May 21, 2013, which is a U.S. National Phase Application under 35 U.S.C. §371 of International Application No. PCT/US2007/007485, filed Mar. 27, 2007, which in turn claims the benefit of U.S. Provisional Patent Application No. 60/785,978, filed Mar. 27, 2006, and U.S. Provisional Patent Application No. 60/833,790, filed Jul. 28, 2006, all of which are incorporated herein by reference in their entirety for all purposes.

## STATEMENT AS TO RIGHTS TO INVENTIONS MADE UNDER FEDERALLY SPONSORED RESEARCH AND DEVELOPMENT

This invention was made with government support under grant no. CA092131, awarded by the National Institutes of Health. The government has certain rights in the invention.

## FIELD OF THE INVENTION

The present invention relates to hydantoins, thiohydantoins, dithiohydantoins, hydantoinimines and thiohydantoinimines compounds, methods of using such compounds in the treatment of androgen receptor-associated conditions, such as age-related diseases, for example, prostate cancer, and to pharmaceutical compositions containing such compounds.

## BACKGROUND OF THE INVENTION

Prostate cancer is the most common incidence of cancer and the second leading cause of cancer death in Western men. When the cancer is confined locally, the disease can be cured by surgery or radiation. However, 30% of such cancer relapses with distant metastatic disease and others have advanced disease at diagnoses. Advanced disease is treated by castration and/or administration of anti-androgens, the so-called androgen deprivation therapy. Castration lowers the circulating levels of androgens and reduces the activity of androgen receptor (AR). Administration of anti-androgens blocks AR function by competing away androgen binding and therefore reduces the AR activity. Although initially effective, these treatments quickly fail and the cancer becomes hormone refractory.

Recently, overexpression of AR has been identified and validated as a cause of hormone refractory prostate cancer (*Nat. Med*, 2004, 10, 33-39). Overexpression of AR is sufficient to cause progression from hormone sensitive to hormone refractory prostate cancer, suggesting that better AR inhibitors than the current drugs can slow the progression of prostate cancer. It was demonstrated that AR and its ligand binding are necessary for growth of hormone refractory prostate cancer, indicating that AR is still a target for this disease. It was also demonstrated that overexpression of AR converts anti-androgens from antagonists to agonists in hormone refractory prostate cancer (an AR antagonist inhibits AR activity and an AR agonist stimulates AR activity). Data from this work explain why castration and anti-androgens fail to

2

prevent prostate cancer progression and reveals un-recognized properties of hormone refractory prostate cancer.

Bicalutamide (Brand name: Casodex) is the most commonly used anti-androgen. While it has inhibitory effect on AR in hormone sensitive prostate cancer, it fails to suppress AR when the cancer becomes hormone refractory. Two weaknesses of current antiandrogens are blamed for the failure to prevent prostate cancer progression from hormone sensitive stage to hormone refractory disease and to effectively treat hormone refractory prostate cancer. One is their weak antagonistic activities and the other is their strong agonistic activities when AR is overexpressed in hormone refractory prostate cancer. Therefore, better AR inhibitors with more potent antagonistic activities and minimal agonistic activities are needed to delay disease progression and to treat the fatal hormone refractory prostate cancer.

Nonsteroidal anti-androgens, have been preferred over steroidal compounds for prostate cancer because they are more selective and have fewer side effects. A wide variety of such compounds were described in U.S. Pat. Nos. 4,097,578, 5,411,981, and 5,705,654, U.S. published applications 2004/0009969 and 2007/0004753, and PCT international applications published as WO 97/00071, WO 00/17163 and WO 06/124118.

Accordingly, identification of compounds which have high potency to antagonize the androgen activity, and which have minimal agonistic activity would overcome the hormone refractory prostate cancer (HRPC) and avoid or slowdown the progression of hormone sensitive prostate cancer (HSPC). There is a need in the art for the identification of selective modulators of the androgen receptor, such as modulators which are non-steroidal, non-toxic, and tissue selective.

## SUMMARY OF THE INVENTION

A series of compounds that modulate the function of the nuclear hormone receptors, especially the androgen receptor are presented. These compounds can cause disappearance of prostate cancer cells and tumors.

In an embodiment, a compound is according to formula II.

Formula II



Het represents a heterocyclic unit of 5 or 6 atoms. A and B are independently selected from oxygen, sulfur, and N—R$_9$, with R$_9$ being selected from hydrogen, aryl, substituted aryl, alkyl, substituted alkyl, alkenyl, substituted alkenyl, alkynyl, substituted alkynyl, halogenated alkyl, halogenated alkenyl, halogenated alkynyl, arylalkyl, arylalkenyl, arylalkynyl, heterocyclic aromatic or non-aromatic, substituted heterocyclic aromatic or non-aromatic, cycloalkyl, substituted cycloalkyl, SO$_2$R$_{11}$, NR$_{11}$R$_{12}$, NR$_{12}$(CO)OR$_{11}$, NH(CO)NR$_{11}$R$_{12}$, NR$_{12}$(CO)R$_{11}$, O(CO)R$_{11}$, O(CO)OR$_{11}$, O(CS)R$_{11}$, NR$_{12}$(CS) R$_{11}$, —NH(CS)NR$_{11}$R$_{12}$, or NR$_{11}$(CS)OR$_{11}$. R$_{11}$ and R$_{12}$ are independently selected from hydrogen, alkyl, substituted alkyl, alkenyl or substituted alkenyl, alkynyl or substituted alkynyl, aryl, substituted aryl, arylalkyl, arylalkenyl, arylalkynyl, heterocyclic aromatic or non-aromatic, or substituted heterocyclic aromatic or non-aromatic. R$_1$ is selected from

TX 62.0013

hydrogen, aryl, substituted aryl, alkyl, substituted alkyl, alkenyl, substituted alkenyl, alkynyl, substituted alkynyl, halogenated alkyl, halogenated alkenyl, halogenated alkynyl, arylalkyl, arylalkenyl, arylalkynyl, heterocyclic aromatic or non-aromatic, substituted heterocyclic aromatic or non-aromatic, cycloalkyl, substituted cycloalkyl, $SO_2R_{11}$, $NR_{11}R_{12}$, $NR_{12}$ $(CO)OR_{11}$, $NH(CO)NR_{11}R_{12}$, $NR_{12}(CO)R_{11}$, $O(CO)R_{11}$, $O(CO)OR_{11}$, $O(CS)R_{11}$, $NR_{12}(CS)R_{11}$, $NH(CS)NR_{11}R_{12}$, or $NR_{12}(CS)OR_{11}$. $R_2$ and $R_3$ are independently selected from hydrogen, aryl, alkyl, substituted alkyl, alkenyl, substituted alkenyl, alkynyl, substituted alkynyl, halogenated alkyl, halogenated alkenyl, halogenated alkynyl, arylalkyl, arylalkenyl, arylalkynyl, heterocyclic aromatic or non-aromatic, substituted heterocyclic aromatic or non-aromatic, cycloalkyl, or substituted cycloalkyl, or, together with the carbon to which they are linked, form a cycle which can be cycloalkyl, substituted cycloalkyl, heterocyclic aromatic or non-aromatic, substituted heterocyclic aromatic or non-aromatic.

$R_1$ and $R_2$ can be connected to form a cycle which can be heterocyclic aromatic or non aromatic, substituted heterocyclic aromatic or non aromatic. $R_{11}$ and $R_{12}$ can be connected to form a cycle which can be heterocyclic aromatic or non-aromatic, substituted heterocyclic aromatic, cycloalkyl, or substituted cycloalkyl.

For example, the compound can be A51 or A52.

A51

A52

In an embodiment, a pharmaceutical composition includes a therapeutically effective amount of a compound according to Formula II, or a pharmaceutically acceptable salt thereof, and a pharmaceutically acceptable carrier, diluent, or adjuvant.

The pharmaceutical composition can include a solution of dimethylsulfoxide, phosphate buffered saline solution, and water. The pharmaceutical composition can include dimethylsulfoxide, a carboxymethylcellulose, a polysorbate, and water.

An embodiment of a method includes preventing or treating a disease or disorder related to nuclear receptor activity.

A method for preventing or treating a hyperproliferative disorder, such as hormone sensitive prostate cancer or hormone refractory prostate cancer, can include administering a compound according to Formula II, or a pharmaceutically acceptable salt thereof, to a subject in need of such prevention or treatment, thereby preventing or treating the hyperproliferative disorder. The compound can be administered at a dosage in the range of from about 1 mg per kg body weight per

day to about 50 mg per kg body weight per day. The compound can be administered, for example, by intravenous injection, by injection into tissue, intraperitoneally, orally, or nasally.

In an embodiment, the compound according to Formula II is an antagonist of a nuclear receptor or an antagonist of an androgen receptor.

## DESCRIPTION OF THE DRAWINGS

FIG. 1 is a bar chart depicting the antagonist effect of compounds A51 and A52 in HS cancer cells.

FIG. 2 is a bar chart depicting the antagonist effect of compounds A51 and A52 in HS cancer cells.

FIG. 3 is a bar chart depicting the antagonist effect of compounds A51 and A52 in HR cancer cells.

FIG. 4 is a graph depicting the pharmacokinetic behavior of compound A52.

FIG. 5 is a graph depicting the effect of compound A52 on LnCaP-AR-overexpressed tumor size at 10 mg/kg.

FIG. 6 presents images depicting the disappearance of Luciferase activity after 17 days of treatment with compound A52.

## DETAILED DESCRIPTION

Embodiments of the invention are discussed in detail below. In describing embodiments, specific terminology is employed for the sake of clarity. However, the invention is not intended to be limited to the specific terminology so selected. A person skilled in the relevant art will recognize that other equivalent parts can be employed and other methods developed without parting from the spirit and scope of the invention. All references cited herein are incorporated by reference as if each had been individually incorporated.

The present invention relates to the compounds of formula II, methods of using such compounds as modulators of androgen receptors and to pharmaceutical compositions containing such compounds and salts thereof. Compounds of formula II can be used to agonize or antagonize the function of the nuclear receptor. The compounds can be used to antagonize the androgen receptor. Use of the compounds is not limited to affecting the androgen receptor, but can, for example, also be useful for the treatment of other diseases related to nuclear receptor function. Formula II can be represented as the structure

Formula II

wherein, Het is a heterocyclic unit of 5 and 6 atoms. Preferred heterocyclic units are selected from compounds represented by the structures

5

6

and the like. However, the invention is not intended to be limited to compounds having these structures.

Herein, $R_4$, $R_5$, $R_6$, and $R_7$ are independently selected from the group consisting of hydrogen, alkyl, substituted alkyl, alkenyl, substituted alkenyl, alkynyl, substituted alkynyl, aryl, substituted aryl, arylalkyl, arylalkenyl, arylalkynyl, halogenated alkyl, halogenated alkenyl, halogenated alkynyl, halogen, CN, $NO_2$, $OR_{11}$, $SR_{11}$, $NR_{11}R_{12}$, $NH(CO)OR_{11}$, $NH(CO)NR_{11}R_{12}$, $NR_{12}(CO)R_{11}$, $O(CO)R_{11}$, $O(CO)OR_{11}$, $O(CS)R_{11}$, $NR_{12}(CS)R_{11}$, $NH(CS)NR_{11}R_{12}$, $NR_{12}(CS)OR_{11}$. $R_4$ is preferably CN or $NO_2$. $R_5$ is preferably trifluoromethyl, halogenated alkyl, halogenated alkenyl, halogenated alkynyl and halogen. $R_6$ and $R_7$ are preferably hydrogen, alkyl or halogen. $R_4$, $R_5$, $R_6$, and $R_7$ can be independently connected to form a cycle which can be aromatic,

substituted aromatic, heterocyclic aromatic or non-aromatic, substituted heterocyclic aromatic or non-aromatic, cycloalkyl, substituted cycloalkyl. X is selected from sulfur (S), oxygen (O), $NR_8$ wherein N is nitrogen and $R_8$ is selected from the group consisting of hydrogen, alkyl, substituted alkyl, alkenyl, substituted alkenyl, alkynyl, substituted alkynyl, aryl, substituted aryl, arylalkyl, arylalkenyl, arylalkynyl, halogenated alkyl, halogenated alkenyl, halogenated alkynyl, halogen, $(CO)R_{11}$, $(CO)OR_{11}$, $(CS)R_{11}$, $(CS)OR_{11}$.

$R_1$ is selected from hydrogen, aryl, substituted aryl, alkyl, substituted alkyl, alkenyl, substituted alkenyl, alkynyl, substituted alkynyl, halogenated alkyl, halogenated alkenyl, halogenated alkynyl, arylalkyl, arylalkenyl, arylalkynyl, heterocyclic aromatic or non-aromatic, substituted heterocyclic aromatic or non-aromatic, cycloalkyl, substituted cycloalkyl, $SO_2R_{11}$, $NR_{11}R_{12}$, $NR_{12}(CO)OR_{11}$, $NH(CO)NR_{11}R_{12}$, $NR_{12}(CO)R_{11}$, $O(CO)R_{11}$, $O(CO)OR_{11}$, $O(CS)R_{11}$, $NR_{13}(CS)R_{11}$, $NH(CS)NR_{11}R_{12}$, $NR_{12}(CS)OR_{11}$. $R_1$ is preferably aryl, substituted aryl, alkyl, substituted alkyl, alkenyl, substituted alkenyl.

$R_2$ and $R_3$ are independently selected from hydrogen, aryl, alkyl, substituted alkyl, alkenyl, substituted alkenyl, alkynyl, substituted alkynyl, halogenated alkyl, halogenated alkenyl, halogenated alkynyl, arylalkyl, arylalkenyl, arylalkynyl, heterocyclic aromatic or non-aromatic, substituted heterocyclic aromatic or non-aromatic, cycloalkyl, substituted cycloalkyl. $R_2$ and $R_3$ can be connected to form a cycle which can be heterocyclic aromatic or non aromatic, substituted heterocyclic aromatic or non aromatic, cycloalkyl, substituted cycloalkyl. $R_1$ and $R_2$ can be connected to form a cycle which can be heterocyclic aromatic or non aromatic, substituted heterocyclic aromatic or non aromatic.

A and B are independently selected from oxygen (O), sulfur (S) and N—$R_9$. $R_9$ is selected from hydrogen, aryl, substituted aryl, alkyl, substituted alkyl, alkenyl, substituted alkenyl, alkynyl, substituted alkynyl, halogenated alkyl, halogenated alkenyl, halogenated alkynyl, arylalkyl, arylalkynyl, heterocyclic aromatic or non-aromatic, substituted heterocyclic aromatic or non-aromatic, cycloalkyl, substituted cycloalkyl, $SO_2R_{11}$, $NR_{11}R_{12}$, $NR_{12}(CO)OR_{11}$, $NH(CO)NR_{11}R_{12}$, $NR_{12}(CO)R_{11}$, $O(CO)R_{11}$, $O(CO)OR_{11}$, $O(CS)R_{11}$, $NR_{12}(CS)R_{11}$, $NH(CS)NR_{11}R_{12}$, $NR_{12}(CS)OR_{11}$.

$R_{11}$ and $R_{12}$ are independently selected from hydrogen, alkyl, substituted alkyl, alkenyl or substituted alkenyl, alkynyl or substituted alkynyl, aryl, substituted aryl, arylalkyl, arylalkenyl, arylalkynyl, heterocyclic aromatic or non-aromatic, substituted heterocyclic aromatic or non-aromatic. $R_{11}$ and $R_{12}$ can be connected to form a cycle which can be heterocyclic aromatic or non-aromatic, substituted heterocyclic aromatic, cycloalkyl, substituted cycloalkyl.

The following definitions apply to the terms as used throughout this specification, unless otherwise limited in specific instances.

As used herein, the term "alkyl" denotes branched or unbranched hydrocarbon chains, preferably having about 1 to about 8 carbons, such as, methyl, ethyl, n-propyl, isopropyl, n-butyl, sec-butyl, isobutyl, tert-butyl, 2-methylpentyl, pentyl, hexyl, isohexyl, heptyl, 4,4-dimethylpentyl, octyl, 2,2,4-trimethylpentyl and the like. "Substituted alkyl" includes an alkyl group optionally substituted with one or more functional groups which are attached commonly to such chains, such as, hydroxyl, bromo, fluoro, chloro, iodo, mercapto or thio, cyano, alkylthio; heterocyclyl, aryl, heteroaryl, carboxyl, carbalkoyl, alkyl, alkenyl, nitro, amino, alkoxyl, amido, and the like to form alkyl groups such as trifluorom-

TX 62.0015

ethyl, 3-hydroxyhexyl, 2-carboxypropyl, 2-fluoroethyl, carboxymethyl, cyanobutyl and the like.

Unless otherwise indicated, the term "cycloalkyl" as employed herein alone or as part of another group includes saturated or partially unsaturated (containing 1 or more double bonds) cyclic hydrocarbon groups containing 1 to 3 rings, including monocycloalkyl, bicycloalkyl and tricycloalkyl, containing a total of 3 to 20 carbons forming the rings, preferably 3 to 10 carbons, and which can be fused to 1 or 2 aromatic rings as described for aryl, which include cyclopropyl, cyclobutyl, cyclopentyl, cyclohexyl, cycloheptyl, cyclooctyl, cyclodecyl and cyclododecyl, cyclohexenyl. "Substituted cycloalkyl" includes a cycloalkyl group optionally substituted with 1 or more substituents such as halogen, alkyl, alkoxy, hydroxy, aryl, aryloxy, arylalkyl, cycloalkyl, alkylamido, alkanoylamino, oxo, acyl, arylcarbonylamino, amino, nitro, cyano, thiol and/or alkylthio and/or any of the substituents included in the definition of "substituted alkyl." For example,



and the like.

Unless otherwise indicated, the term "alkenyl" as used herein by itself or as part of another group refers to straight or branched chain radicals of 2 to 20 carbons, preferably 2 to 12 carbons, and more preferably 2 to 8 carbons in the normal chain, which include one or more double bonds in the normal chain, such as vinyl, 2-propenyl, 3-butenyl, 2-butenyl, 4-pentenyl, 3-pentenyl, 2-hexenyl, 3-hexenyl, 2-heptenyl, 3-heptenyl, 4-heptenyl, 3-octenyl, 3-nonenyl, 4-decenyl, 3-undecenyl, 4-dodecenyl, 4,8,12-tetradecatrienyl, and the like. "Substituted alkenyl" includes an alkenyl group optionally substituted with one or more substituents, such as the substituents included above in the definition of "substituted alkyl" and "substituted cycloalkyl."

Unless otherwise indicated, the term "alkynyl" as used herein by itself or as part of another group refers to straight or branched chain radicals of 2 to 20 carbons, preferably 2 to 12 carbons and more preferably 2 to 8 carbons in the normal chain, which include one or more triple bonds in the normal chain, such as 2-propynyl, 3-butynyl, 2-butynyl, 4-pentynyl, 3-pentynyl, 2-hexynyl, 3-hexynyl, 2-heptynyl, 3-heptynyl, 4-heptynyl, 3-octynyl, 3-nonynyl, 4-decynyl, 3-undecynyl, 4-dodecynyl and the like. "Substituted alkynyl" includes an alkynyl group optionally substituted with one or more substituents, such as the substituents included above in the definition of "substituted alkyl" and "substituted cycloalkyl."

The terms "arylalkyl," "arylalkenyl" and "arylalkynyl" as used alone or as part of another group refer to alkyl, alkenyl and alkynyl groups as described above having an aryl substituent. Representative examples of arylalkyl include, but are not limited to, benzyl, 1- and 2-phenylethyl, 2- and 3-phenyl-

propyl, benzhydryl and naphthylmethyl and the like. "Substituted arylalkyl" includes arylalkyl groups wherein the aryl portion is optionally substituted with one or more substituents, such as the substituents included above in the definition of "substituted alkyl" and "substituted cycloalkyl."

The term "halogen" or "halo" as used herein alone or as part of another group refers to chlorine, bromine, fluorine, and iodine.

The terms "halogenated alkyl," "halogenated alkenyl" and "halogenated alkynyl" as used herein alone or as part of another group refers to "alkyl", "alkenyl" and "alkynyl" which are substituted by one or more atoms selected from fluorine, chlorine, bromine, and iodine.

Unless otherwise indicated, the term "aryl" or "Ar" as employed herein alone or as part of another group refers to monocyclic and polycyclic aromatic groups containing 6 to 10 carbons in the ring portion (such as phenyl or naphthyl including 1-naphthyl and 2-naphthyl) and can optionally include one to three additional rings fused to a carbocyclic ring or a heterocyclic ring (such as aryl, cycloalkyl, heteroaryl or cycloheteroalkyl rings).

"Substituted aryl" includes an aryl group optionally substituted with one or more functional groups, such as halo, alkyl, haloalkyl, alkoxy, haloalkoxy, alkenyl, trifluoromethyl, trifluoromethoxy, alkynyl, cycloalkyl, cycloalkylalkyl, cycloheteroalkyl, cycloheteroalkylalkyl, aryl, heteroaryl, arylalkyl, aryloxy, aryloxyalkyl, arylalkoxy, alkoxycarbonyl, arylcarbonyl, arylalkenyl, aminocarbonylaryl, arylthio, arylsulfinyl, arylazo, heteroarylalkyl, heteroarylalkenyl, heteroarylheteroaryl, heteroaryloxy, hydroxy, nitro, cyano, amino, substituted amino wherein the amino includes 1 or 2 substituents (which are alkyl, aryl or any of the other aryl compounds mentioned in the definitions), carbamoyl, alkyl carbamoyl, amidified carboxy, amidified carboxyalkyl, alkyl amidified carboxyalkyl, thiol, allylthio, arylthio, heteroarylthio, arylthioalkyl, alkoxyarylthio, alkylcarbonyl, arylcarbonyl, alkylaminocarbonyl, arylaminocarbonyl, alkoxycarbonyl, aminocarbonyl, alkylcarbonyloxy, arylcarbonyloxy, alkylcarbonylamino, arylcarbonylamino, arylsulfinyl, arylsulfinylalkyl, arylsulfonylamino or arylsulfonaminocarbonyl and/or any of the alkyl substituents set out herein.

Unless otherwise indicated, the term "heterocyclic" or "heterocycle", as used herein, represents an unsubstituted or substituted stable 5- to 10-membered monocyclic ring system which can be saturated or unsaturated, and which consists of carbon atoms and from one to four heteroatoms selected from N, O, or S, and wherein the nitrogen and sulfur heteroatoms can optionally be oxidized; and the nitrogen heteroatom can optionally be quaternized. The heterocyclic ring can be attached at any heteroatom or carbon atom which results in the creation of a stable structure. Examples of such heterocyclic groups include, but are not limited to, piperidinyl, piperazinyl, oxopiperazinyl, oxopiperidinyl, oxopyrrolidinyl, azepinyl, oxoazepinyl, pyrrolyl, pyrrolidinyl, furanyl, thienyl, pyrazolyl, pyrazolidinyl, imidazolyl, imidazolinyl, imidazolidinyl, pyridyl, pyrazinyl, pyrimidinyl, pyridazinyl, oxazolyl, oxazolidinyl, isoxazolyl, isoxazolidinyl, morpholinyl, thiazolyl, thiazolidinyl, isothiazolyl, thiadiazolyl, tetrahydropyranyl, thiamorpholinyl, thiamorpholinyl sulfoxide, thiamorpholinyl sulfone, and oxadiazolyl. The term "heterocyclic aromatic" as used here in alone or as part of another group refers to a 5- or 7-membered aromatic ring which includes 1, 2, 3 or 4 hetero atoms such as nitrogen, oxygen or sulfur and such rings fused to an aryl, cycloalkyl, heteroaryl or heterocycloalkyl ring (e.g., benzothiophenyl, indolyl), and includes possible N-oxides. "Substituted heteroaryl"

TX 62.0016

includes a heteroaryl group optionally substituted with 1 to 4 substituents, such as the substituents included above in the definition of "substituted alkyl" and "substituted cycloalkyl." Examples of heteroaryl groups include the following:



and the like.

The compounds of formula II can be present as salts, which are also within the scope of this invention. Pharmaceutically acceptable (i.e., non-toxic, physiologically acceptable) salts are preferred. If the compounds of formula II have, for example, at least one basic center, they can form acid addition salts. These are formed, for example, with strong inorganic acids, such as mineral acids, for example sulfuric acid, phosphoric acid or a hydrohalic acid, with strong organic carboxylic acids, such as alkanecarboxylic acids of 1 to 4 carbon atoms which are unsubstituted or substituted, for example, by halogen, for example acetic acid, such as saturated or unsaturated dicarboxylic acids, for example oxalic, malonic, succinic, maleic, fumaric, phthalic or terephthalic acid, such as hydroxycarboxylic acids, for example ascorbic, glycolic, lactic, malic, tartaric or citric acid, such as amino acids, (for example aspartic or glutamic acid or lysine or arginine), or benzoic acid, or with organic sulfonic acids, such as (C1-C4) alkyl or arylsulfonic acids which are unsubstituted or substituted, for example by halogen, for example methyl- or p-toluene-sulfonic acid. Corresponding acid addition salts can also be formed having, if desired, an additionally present basic center. The compounds of formula II having at least one acid group (for example COOH) can also form salts with bases. Suitable salts with bases are, for example, metal salts, such as alkali metal or alkaline earth metal salts, for example sodium, potassium or magnesium salts, or salts with ammonia or an organic amine, such as morpholine, thiomorpholine, piperidine, pyrrolidine, a mono, di or tri-lower alkylamine, for example ethyl, tert-butyl, diethyl, diisopropyl, triethyl, tributyl or dimethyl-propylamine, or a mono, di or trihydroxy lower alkylamine, for example mono, di or triethanolamine. Corresponding internal salts can furthermore be formed. Salts which are unsuitable for pharmaceutical uses but which

can be employed, for example, for the isolation or purification of free compounds of formula II or their pharmaceutically acceptable salts, are also included. Preferred salts of the compounds of formula II which contain a basic group include monohydrochloride, hydrogensulfate, methanesulfonate, phosphate or nitrate. Preferred salts of the compounds of formula II which contain an acid group include sodium, potassium and magnesium salts and pharmaceutically acceptable organic amines.

The term "modulator" used in this invention refers to a chemical compound with capacity to either enhance (e.g., "agonist" activity) or inhibit (e.g., "antagonist" activity) a functional property of biological activity or process (e.g., enzyme activity or receptor binding); such enhancement or inhibition can be contingent on the occurrence of a specific event, such as activation of a signal transduction pathway, and/or can be manifest only in particular cell types.

The term "prodrug esters" as employed herein includes imines, esters and carbonates formed by reacting one or more hydroxyls of compounds of formula II with alkyl, alkoxy, or aryl substituted acylating agents employing procedures known to those skilled in the art to generate acetates, pivalates, methylcarbonates, benzoates and the like. Any compound that can be converted in vivo to provide the bioactive agent (i.e., the compound of formula II) is a prodrug within the scope and spirit of the invention. Various forms of prodrugs are well known in the art. A comprehensive description of prodrugs and prodrug derivatives are described in: (1) The Practice of Medicinal Chemistry, Camille G. Wermuth et al., Ch 31, (Academic Press, 1996); (2) Design of Prodrugs, edited by H. Bundgaard, (Elsevier, 1985); (3) A Textbook of Drug Design and Development, P. Krogsgaard-Larson and H. Bundgaard, eds. Ch 5, pgs 113-191 (Harwood Academic Publishers, 1991).

### Synthesis

The compounds of formula II of the invention can be prepared as shown in the following reaction schemes and description thereof, as well as relevant published literature procedures that can be used by one skilled in the art. Exemplary reagents and procedures for these reactions appear hereinafter and in the working Examples.

Scheme 1



TX 62.0017

**11**

-continued



A5



A6

As illustrated in Scheme 1, compounds of formula A4 can be prepared from intermediate A3 with an appropriate electrophile. Intermediates of formula A3 can be obtained by reacting intermediates A1 with A1 in an appropriate solvent such as N,N-dimethylformamide. Intermediates A1 and A2 can be obtained commercially, can be prepared by methods known in the literature, or can be readily prepared by one skilled in the art. Compounds of formula A3 can be treated with acid to afford compounds of formula A5. Compounds of formula A5 can be treated with Lawesson's reagent to obtain compounds of formula A6.

Scheme 2

Synthesis of A5l



Synthesis of 3-(trifluoromethyl)pyridine-N-oxide, A8

To a mixture of 3-(trifluoromethyl)pyridine A7 (1.47 g, 10 mmol) and methyltrioxorhenium (0.0025 g, 0.01 nmol) in dichloromethane (2 ml) was added 30% hydrogen peroxide (4 ml). The mixture was stirred at room temperature for 5 hours. A small portion of MnO₃ (3 mg) was added and the medium was stirred for an additional 1 hour and then dichlo-

**12**

romethane was added (50 ml). The medium was washed with brine, dried over MgSO₄ and concentrated to obtain compound A8 as an off-white powder (1.56 g, 9.6 mmol, 96%). $^1$H NMR (400 MHz, CDCl₃) δ 7.22-7.23 (m, 2H), 8.15 (d, J=3.6, 1H), 8.23 (s, 1H); $^{13}$C NMR (100 MHz, CDCl₃) δ 120.50 (q, J=3.5 Hz), 121.58 (q, 271.4 Hz), 126.48, 130.10 (q, J=34.5 Hz), 136.52 (q, J=3.7 Hz), 141.89.

Synthesis of 2-cyano-3-(trifluoromethyl)pyridine, A9

To a solution of 3-(trifluoromethyl)pyridine-N-oxide A8 (1.3 g, 8 mmol) in acetonitrile was added trimethylsilyl cyanide (0.99 g, 10 mmol) and triethylamine (2.02 g, 20 mmol). The mixture was stirred at room temperature for 24 hours and then was washed with saturated Na₂CO₃ and extracted with dichloromethane. The organic layer was dried over MgSO₄ and concentrated to yield a brown residue which was chromatographed (EtOAc:Pentane, 1:2). Compound A9 was obtained as a light yellow solid (0.715 g, 4.16 mmol, 52%). $^1$H NMR (400 MHz, CDCl₃) δ 7.73 (dd, J=8.0 Hz, J₂=4.8 Hz, 1H), 8.15 (d, J=8.0 Hz, 1H), 8.91 (d, J=4.8 Hz, 1H); $^{13}$C NMR (100 MHz, CDCl₃) δ 114.18, 121.74 (q, J=272.3 Hz), 126.65, 130.45 (q, J=33.8 Hz), 131.25, 134.66 (q, J=4.2 Hz), 153.44.

Synthesis of 2-cyano-3-(trifluoromethyl)-5-nitropyridine, A10

To a mixture of A9 (0.688 g, 4 mmol) and tetramethylammonium nitrate (1.09 g, 8 mmol) in 1,2-dichloroethane was added trifluoroacetic anhydride (1.68 g, 8 mmol). The mixture was sealed and heated to 60° C. for 48 hours. The mixture was washed with saturated sodium bicarbonate and extracted with ethyl acetate. The organic layer was dried over MgSO₄ and concentrated to yield a yellow residue which was chromatographed (EtOAc:pentane, 1:4) to yield compound A10 (0.095 g, 0.44 mmol, 11%) and the remaining starting material. $^1$H NMR (400 MHz, CDCl₃) δ 8.91 (d, J=2.4 Hz, 1H), 9.69 (d, J=2.4 Hz, 1H); $^{13}$C NMR (100 MHz, CDCl₃) δ 112.70, 120.65 (q, J=273.5 Hz), 129.11, 130.40 (q, J=4.4 Hz), 131.58 (q, J=35.5 Hz), 144.22, 148.23.

Synthesis of 2-cyano-3-(trifluoromethyl)-5-aminopyridine, A11

A mixture of 2-cyano-3-(trifluoromethyl)-5-nitropyridine A10 (0.095 g, 0.44 mmol) and iron powder (0.112 g, 2 mmol) in ethyl acetate (1 ml) and acetic acid (1 ml) was heated for 15 hours. The solid particle was filtered through Celite and the filtrate was concentrated and chromatographed (EtOAc:pentane, 1:1) to yield compound All (0.075 g, 0.4 mmol, 91%). $^1$H NMR (400 MHz, CDCl₃) δ 6.36 (bs, 2H), 7.38 (d, J=2.4 Hz, 1H), 8.26 (d, J=2.4 Hz, 1H).

Alternatively, 2-cyano-3-(trifluoromethyl)-5-nitropyridine A10 can be reacted with hydrogen over Raney-Ni to obtain 2-cyano-3-(trifluoromethyl)-5-aminopyridine, A11.

Synthesis of 5-isothiocyanato-3-trifluoromethylpyridine-2-carbonitrile, A12

To a heterogeneous mixture of 2-cyano-3-(trifluoromethyl)-5-aminopyridine A11 (0.075 g, 0.4 mmol) in water (2 ml) was added thiophosgene (50 µl). The mixture was stirred for 2 hours and then washed with water and extracted with chloroform. The organic layer was dried over MgSO₄ and concentrated to yield compound A12 (0.087 g, 0.38 mmol, 95%). $^1$H NMR (400 MHz, CDCl₃) δ 7.85 (d, J=2.4 Hz, 1H), 8.72 (d, J=2.4 Hz, 1H); $^{13}$C NMR (100 MHz, CDCl₃) δ

TX 62.0018

113.61, 121.04 (q, J=273.1 Hz), 127.41, 130.38 (q, J=4.3 Hz), 131.41 (q, J=34.4 Hz), 133.55, 144.75, 150.30.

### Synthesis of 1-(4-methylphenyl)aminocyclobutanenitrile, B1

Trimethylsilyl cyanide (0.93 ml, 7 mmol) was added dropwise to a mixture of p-toluidine (0.535 g, 5 mmol) and cyclobutanone (0.42 g, 6 mmol). The reaction mixture was stirred at room temperature for 6 h and then concentrated under vacuum to obtain a brown liquid which was subjected to chromatography (dichloromethane) to yield B1 (0.912 g, 4.9 mmol, 98%) as a yellowish solid.

### Synthesis of 5-(8-oxo-6-thioxo-5-(4-methylphenyl-5,7-diazaspiro[3.4]oct-7-yl)-3-trifluoromethylpyridine-2-carbonitrile, A51

A mixture of A12 (0.057 g, 0.265 mmol) and B1 (0.05 g, 0.265 mmol) in DMF (0.5 ml) was stirred at room temperature for 24 h. To this mixture were added methanol (2 ml) and aq. 2N HCl (1 ml). The second mixture was refluxed for 2 h. After being cooled to room temperature, the reaction mixture was poured into cold water (10 ml) and extracted with ethyl acetate (20 ml). The organic layer was dried over MgSO₄, concentrated and chromatographed (dichloromethane) to yield compound A51 (0.066 g, 0.159 mmol, 60%) as a white powder.



$^{1}$H NMR (CDCl₃, 400 MHz) δ 1.63-1.73 (m, 1H), 2.17-2.28 (m, 1H), 2.47 (s, 3H), 2.55-2.71 (m, 4H), 7.21 (d, J=8.4 Hz, 2H), 7.41 (d, J=8.4 Hz, 2H), 8.39 (d, J=2.0 Hz, 1H), 9.11 (d, J=2.0 Hz, 1H); $^{13}$C NMR (CDCl₃, 100 MHz) δ 13.70, 21.38, 31.46, 67.61, 113.88, 121.36 (q, J=272.9 Hz), 129.45, 129.73, 130.40 (q, J=34.3 Hz), 130.86, 132.14, 132.53, 134.04 (q, J=4.3 Hz), 140.33, 152.37, 174.74, 179.17.

### N-methyl-4-(1-cyanocyclobutylamino)-2-fluorobenzamide, B2

Sodium cyanide (1.47 g, 30 mmol) was added to a mixture of N-methyl 4-amino-2-fluorobenzamide (1.68 g, 10 mmol) and cyclobutanone (2.4 g, 20 mmol) in 90% acetic acid (10 ml). The reaction mixture was stirred at 80° C. for 24 hours. The mixture was washed with water and extracted with ethyl acetate. The organic layer was dried over magnesium sulfate and concentrated to dryness under vacuum. The solid was washed with a 50:50 mixture of ethyl ether and hexane (10 ml) to remove cyclobutanone cyanohydrin to afford after filtration B2 (2.19 g, 8.87 mmol, 89%). $^{1}$H NMR (CDCl₃, 400 MHz) δ 1.87-1.95 (m, 1H), 2.16-2.27 (m, 1H), 2.35-2.41 (m, 2H), 2.76-2.83 (m, 2H), 2.97 (d, J=4.4 Hz, 3H), 4.68 (bs, 1H), 6.29 (dd, J=14.3, 1.8 Hz, 1H), 6.48 (dd, J=8.3, 1.8 Hz, 1H), 6.75 (q, J=4.4 Hz, 1H), 7.90 (dd, J=8.3, 8.3 Hz, 1H); $^{13}$C NMR (CDCl₃, 100 MHz) δ 15.7, 26.7, 33.9, 49.4, 100.2 (d,

J=29.5 Hz), 110.6, 111.0 (d, J=11.8 Hz), 133.1 (d, J=4.2 Hz), 148.4 (d, J=12.0 Hz), 162.0 (d, J=244.1 Hz), 164.4 (d, J=3.6 Hz).

### Synthesis of 4-[7-(6-cyano-5-trifluoromethylpyridin-3-yl)-8-oxo-6-thioxo-5,7-diazaspiro[3,4]oct-5-yl]-2-fluoro-N-methylbenzamide, A52

A mixture of A12 (0.03 g, 0.13 mmol) and B2 (0.032 g, 0.13 mmol) in DMF (0.5 ml) was heated under microwave irradiation at 80° C. for 20 hours. To this mixture was added methanol (2 ml) and aq. 2N HCl (1 ml). The second mixture was refluxed for 2 hours. After being cooled to room temperature, the reaction mixture was poured into cold water (10 ml) and extracted with ethyl acetate (15 ml). The organic layer was dried over MgSO₄, concentrated and chromatographed (dichloromethane:acetone, 95:5) to yield A52 (0.022 g, 0.046 mmol, 35%) as a white powder.



$^{1}$H NMR (CDCl₃, 400 MHz) δ 1.66-1.76 (m, 1H), 2.19-2.31 (m, 1H), 2.51-2.60 (m, 2H), 2.67-2.75 (m, 2H), 3.07 (d, J=4.9 Hz, 3H), 6.75 (q, J=4.8 Hz, 1H), 7.17 (dd, J=11.4, 1.9 Hz, 1H), 7.26 (dd, J=8.3, 1.9 Hz, 1H), 8.31 (dd, J=8.3, 8.3 Hz, 1H), 8.34 (d, J=2.1 Hz, 1H), 9.08 (d, J=2.1 Hz, 1H); $^{13}$C NMR (CDCl₃, 100 MHz) δ 13.6, 27.0; 31.7, 67.6, 113.7, 118.1, 118.4, 121.4 (q, J=272.9 Hz), 126.5, 130.0, 130.5 (q, J=34.5 Hz), 132.2, 133.7, 134.0, (q, J=4.2 Hz), 138.7 (d, J=10.7 Hz), 152.2, 160.5 (d, J=249.4 Hz), 162.6, 174.1, 179.0; $^{19}$F NMR (CDCl₃, 100 MHz) δ −110.94, −62.57.

### Scheme 3: Synthesis of A52

In other embodiments, the present invention is directed to the method of synthesizing A52 described below. In some embodiments, Examples 1-8 can be performed sequentially to synthesize A52. However, as one of skill in the art will appreciate, this invention is not limited to the steps in Examples 1-8 as equivalent steps to those below are also encompassed by the present invention. Persons skilled in the art will recognize additional compounds that can be prepared utilizing similar methodology.

### Synthesis of 3-(trifluoromethyl)pyridin-2(1H)-one, 2



A solution of 2-chloro-3-(trifluoromethyl)pyridine 1 (5.00 g, 27.54 mmol) in a mixture of glacial acetic acid (50 ml) and

water (5 ml) was refluxed for 7 days. The mixture was diluted with water (100 ml) and 6N aqueous NaOH was added until a pH of about 5 to about 6 was reached. The mixture was extracted with ethyl acetate (3×30 ml), the combined organic phases were dried over Na₂SO₄, and then all solvents were removed under reduced pressure. The resulting residue was dissolved in ethyl acetate and hexane was added to precipitate a product. After filtration, 3-(trifluoromethyl)pyridin-2(1H)-one 2 was obtained as an off-white powder (4.16 g, 25.51 mmol, 93%).

¹H NMR (400 MHz, DMSO) δ 12.31 (bs, 1H), 7.91 (d, J=7.1 Hz, 1H), 7.69 (d, J=6.4 Hz, 1H), 6.30 (t, J=6.7 Hz, 1H).[1]

### Synthesis of 5-nitro-3-(trifluoromethyl)pyridin-2(1H)-one, 3



A mixture of 3-(trifluoromethyl)pyridin-2(1H)-one 2 (2.00 g, 12.26 mmol) and sulfuric acid (H₂SO₄, 3.5 ml, 30%) was heated to 90° C. and nitric acid (HNO₃, 2.5 ml, 65%) was added. The mixture was stirred at 90° C. for 8 hours and additional nitric acid (1 ml, 65%) was added. The mixture was stirred for an additional 6 hours at 90° C. and was then poured into a beaker containing ice (30 ml). The mixture was diluted with water (30 ml) and 6N aqueous NaOH was added until a pH of about 4 to about 5. The mixture was extracted with ethyl acetate (3×40 ml), the combined organic phases were dried over Na₂SO₄ and all solvents were removed under reduced pressure. The residue was dissolved in ethyl acetate and the product precipitated by the addition of hexane. After filtration, 5-nitro-3-(trifluoromethyl)pyridin-2(1H)-one 3 was obtained as a yellow powder (1.58 g, 7.59 mmol, 62%).

¹H NMR (400 MHz, DMSO) δ 13.47 (bs, 1H), 8.95 (d, J=2.7 Hz, 1H), 8.46 (d, J=2.5 Hz, 1H).[2]

### Synthesis of 2-chloro-5-nitro-3-(trifluoromethyl)pyridine, 4



A mixture of 5-nitro-3-(trifluoromethyl)pyridin-2(1H)-one 3 (1.50 g, 7.21 mmol), POCl₃ (2.76 g, 18.02 mmol) and PCl₅ (1.4 g, 10.09 mmol) is heated to about 110-120° C. for 8 hours and then poured into ice water. The mixture is neutralized with solid NaHCO₃ and extracted with ethyl acetate (3×40 ml). The combined organic phases is dried over Na₂SO₄ and all solvents removed under reduced pressure to obtain 2-chloro-5-nitro-3-(trifluoromethyl)pyridine 4.

### Synthesis of 6-chloro-5-(trifluoromethyl)pyridin-3-amine, 5



2-Chloro-5-nitro-3-(trifluoromethyl)pyridine 4 (1.57 g, 6.93 mmol) is dissolved in tetrahydrofuran (THF) (10 ml) and added to a suspension of Raney-Ni (200 mg) in THF (20 ml). Hydrogen gas is slowly bubbled through the stirred solution for 24 hours using a balloon. The mixture is filtered through Celite® (available from World Minerals, Inc., Lompoc, Calif.) and the solvent is removed under reduced pressure to obtain 6-chloro-5-(trifluoromethyl)pyridin-3-amine 5.

### Synthesis of 1,1-dimethylethylcarbamate N-6-chloro-5-(trifluoromethyl)pyridin-3-yl, 6



The crude 6-chloro-5-(trifluoromethyl)pyridin-3-amine 5 (1.3 g crude, 6.61 mmol) is dissolved in pyridine (10 ml) and 4-dimethylaminopyridine (DMAP) (50 mg) is added. Di-tert-butyl dicarbonate (2.17 g) is added dropwise and mixture stirred at 22° C. for 4 hours. Toluene (20 ml) is added and all solvents are removed under reduced pressure. The residue is filtered through a plug of silica gel (hexane/ethyl acetate 2:1) to obtain tert-butyl N-6-chloro-5-(trifluoromethyl)pyridin-3-ylcarbamate 6.

### Synthesis of 5-amino-3-(trifluoromethyl)pyridine-2-carbonitrile, 8

**17**

The crude tert-butyl N-6-chloro-5-(trifluoromethyl)pyridin-3-ylcarbamate 6 (2.4 g, 6.61 mmol) is dissolved in dimethylacetamide (DMA) (25 ml) and phenanthroline (120 mg, 0.66 mmol) is added. The mixture is heated to 80° C. and KCN (0.47 g, 7.27 mmol) is added. After stirring the mixture stirred for 10 min, CuCN (118 mg, 0.13 mmol) is added and the mixture stirred for 2 hours at 110° C. The cooled mixture is poured into a phosphate buffer (150 ml, pH 7), ethyl acetate (50 ml) is added and the mixture is filtered through Celite®. The layers are separated and the aqueous phase is extracted with ethyl acetate (3×40 ml). The combined organic phases are washed with saturated aqueous NaCl (4×30 ml), dried over Na₂SO₄ and all solvents removed under reduced pressure to produce the crude N-t-butoxycarbonyl nitrile 7.

The crude N-t-butoxycarbonyl nitrile 7 is dissolved in dichloromethane (20 ml) and trifluoroacetic acid (TFA) (4 ml is added. The mixture is stirred for 3 hours and evaporated. The residue is purified by column chromatography on silica gel (hexane/ethyl acetate 2:1) to obtain 5-amino-3-(trifluoromethyl)pyridine-2-carbonitrile 8.

Synthesis of 5-isothiocyanato-3-(trifluoromethyl) pyridine-2-carbonitrile, 9



5-Amino-3-(trifluoromethyl)pyridine-2-carbonitrile 8 (1.141 g, 6.1 mmol) is mixed with chloroform (5 ml) and water (40 ml) to give a white suspension. Thiophosgene (0.701 ml, 9.15 mmol) is added and the reaction stirred for 2 hours at 22° C. to give a clear biphasic system. Chloroform (20 ml) is added and the phases are separated. The aqueous layer is extracted with chloroform (30 ml) and the combined organic is washed with saturated aqueous NaHCO₃ and water, dried over MgSO₄ and the solvent is removed under reduced pressure. The crude 5-isothiocyanato-3-(trifluoromethyl)pyridine-2-carbonitrile 9 is dried under vacuum and used as such in the next step, for example, in the step described in Example 8 below.

Synthesis of 4-(7-(6-cyano-5-(trifluoromethyl)pyridin-3-yl)-8-oxo-6-thioxo-5,7-diazaspiro[3.4]octan-5-yl)-2-fluoro-N-methylbenzamide 11, A52



**18**



Crude 5-isothiocyanato-3-(trifluoromethyl)picolinonitrile 9 (1.390 g, 6.07 mmol) is placed in a 50 mL round-bottomed flask and 4-(1-cyanocyclobutylamino)-2-fluoro-N-methylbenzamide 10 (0.5 g, 2.022 mmol) is added to the flask. The mixture is left under vacuum (using an oil pump) for 1 hour. N,N-dimethylformamide (DMF) (6 ml) is added, the flask sealed under argon with a stopper and heated to 80° C. in a CEM microwave reactor for 20 hours. Methanol (10 ml) and 2N HCl (6 ml) is added and the mixture is refluxed for 2 hours. The mixture is diluted with water (30 ml) and saturated aqueous NaHCO₃ (30 ml) is added. The mixture is extracted with ethyl acetate (3×20 ml).

The combined organic layers is washed with saturated aqueous NaCl (20 ml), dried over. Na₂SO₄, filtered and concentrated under reduced pressure. The crude product is purified by column chromatography on silica gel (dichloromethane/acetone 95:5) to obtain 4-(7-(6-cyano-5-(trifluoromethyl)pyridin-3-yl)-8-oxo-6-thioxo-5,7-diazaspiro[3.4]octan-5-yl)-2-fluoro-N-methylbenzamide 11.

Scheme 4: Synthesis of A52
Example 1: Synthesis of 2-bromo-5-nitro-3-(trifluoromethyl)pyridine, 21



5-nitro-3-(trifluoromethyl)pyridin-2(1H)-one 3 is obtained by the routes provided in Examples 1 and 2 of Scheme 3, above.

**TX 62.0021**

19

A mixture of 5-nitro-3-(trifluoromethyl)pyridin-2(1H)-one 3, POBr$_3$ (1.5 equivalents), PBr$_3$ (4 equivalents), and Br$_2$ (2 equivalents) is heated to about 90-110° C. and is then poured into ice water. The mixture is neutralized and extracted. The combined organic phases are dried over Na$_2$SO$_4$ and all solvents removed under reduced pressure to obtain 2-bromo-5-nitro-3-(trifluoromethyl)pyridine 21 in a yield of 88%.

Alternatively, POBr$_3$ is substituted by POCl$_3$ to yield a mixture in the product having a ratio of bromine to chlorine substituents of 6:1 or better.

Synthesis of 5-nitro-3-(trifluoromethyl)pyridine-2-carbonitrile, 22



The crude 2-bromo-5-nitro-3-(trifluoromethyl)pyridine 21 is dissolved in dimethylacetamide (DMA) and phenanthroline (0.2 equivalents) is added. The mixture is heated to 160° C. and CuCN (2 equivalents) is added. The mixture is stirred for 40 minutes. Chromatography is performed to produce the 5-nitro-3-(trifluoromethyl)pyridine-2-carbonitrile 22 in a yield of 67%.

Synthesis of 5-amino-3-(trifluoromethyl)pyridine-2-carbonitrile, 8



A mixture of 5-nitro-3-(trifluoromethyl)pyridine-2-carbonitrile 22 and iron powder in acetic acid is heated. 5-amino-3-(trifluoromethyl)pyridine-2-carbonitrile, 8, is obtained in a yield of 91%.

20

Synthesis of 4-(7-(6-cyano-5-(trifluoromethyl)pyridin-3-yl)-8-oxo-6-thioxo-5,7-diazaspiro[3.4]octan-5-0)-2-fluoro-N-methylbenzamide 11, A52

5-amino-3-(trifluoromethyl)pyridine-2-carbonitrile 8 is treated as discussed in Example 7 of Scheme 3, above, to obtain 5-isothiocyanato-3-(trifluoromethyl)pyridine-2-carbonitrile 9.

5-isothiocyanato-3-(trifluoromethyl)pyridine-2-carbonitrile, 9 is reacted with 4-(1-cyanocyclobutylamino)-2-fluoro-N-methylbenzamide 10 as discussed in Example 8 of Scheme 3, above, to obtain 4-(7-(6-cyano-5-(trifluoromethyl)pyridin-3-yl)-8-oxo-6-thioxo-5,7-diazaspiro[3.4]octan-5-yl)-2-fluoro-N-methylbenzamide 11 (A52).

Scheme 5: Alternative Synthesis of A52
Synthesis of 3-(trifluoromethyl)-5-isothiocyanatopyridine-2-carbonitrile (A)



TX 62.0022

A

A solution of 2-hydroxy-3-(trifluoromethyl)pyridine C in a mixture of N-iodosuccinimide (NIS), acetonitrile, and dimethylformamide (DMF) is heated at 80° C. for 2 hours to produce 2-hydroxy-3-trifluoromethyl-5-(iodo)pyridine I (greater than 80% yield). The 2-hydroxy-3-trifluoromethyl-5-(iodo)pyridine I is then mixed with POCl₃ in DMF and heated to 130° C. in a microwave for 20 minutes to produce 2-chloro-3-trifluoromethyl-5-(iodo)pyridine J (yield of 50 to 55%). The 2-chloro-3-trifluoromethyl-5-(iodo)pyridine K is reacted in a solution of pMBnNH₂, palladium(II)acetate, 2,2'-bis(diphenylphosphino)-1,1'-binaphthyl (BINAP), triethylamine, and cesium carbonate in toluene to produce 5-((4-methoxyphenyl)methylamino)-2-chloro-3-(trifluoromethyl)pyridine K (yield of 40%). The 5-((4-methoxyphenyl)methylamino)-2-chloro-3-(trifluoromethyl)pyridine K is reacted in a solution of zinc cyanide, tris(dibenzylideneacetone)dipalladium (Pd₂(dba)₃), and 1,1'-bis(diphenylphosphino)ferrocene (dppf) to provide 5-(4-methoxybenzylamine)-2-cyano-3-(trifluoromethyl)pyridine K (yield of 92%). The 5-(4-methoxybenzylamine)-2-cyano-3-(trifluoromethyl)pyridine K is reacted in a solution of dichloromethane and trifluoroacetic acid to provide 2-cyano-3-trifluoromethyl-5-(amino)pyridine H (yield greater than 95%). The 2-cyano-3-trifluoromethyl-5-(amino) pyridine H is reacted with thiophosgene in water at 25° C. for 2 hours to provide 5-isothiocyanato-3-(trifluoromethyl)pyridine-2-carbonitrile A (yield of 74% to 95%).

Synthesis of 4-(1-cyanocyclobutylamino)-2-fluoro-N-methylbenzamide intermediate B

B

A solution of 2,4-difluoro-benzoylchloride D in a solution of methylamine and tetrahydrofuran (THF) is allowed to react to produce 2,4-difluoro-N-methylbenzamide M (quantitative yield). The 2,4-difluoro-N-methylbenzamide M is mixed with in a solution of acetonitrile and 4-methoxy-benzenemethanamine and heated in a microwave for 20 minutes at 190° C. to produce 2-fluoro-4-(4-methoxybenzylamino)-N-methylbenzamide S (yield of 40%). The 2-fluoro-4-(4-methoxybenzylamino)-N-methylbenzamide S is reacted in a solution of dichloromethane and trifluoroacetic acid to produce 2-fluoro-4-amino-N-methylbenzamide T (yield greater than 95%). The 2-fluoro-4-amino-N-methylbenzamide T is reacted with a solution of sodium cyanide and cyclobutanone to produce 4-(1-cyanocyclobutylamino)-2-fluoro-N-methylbenzamide B.

Coupling of A and B to produce 4-(7-(6-cyano-5-(trifluoromethyl)pyridin-3-A-8-oxo-6-thioxo-5,7-diazaspiro[3,4]octan-5-yl)-2-fluoro-N-methylbenzamide, A52



TX 62.0023

-continued



A52

5-isothiocyanato-3-(trifluoromethyl)pyridine-2-carboni-trile, 9, A is reacted with 4-(1-cyanocyclobutylamino)-2-fluoro-N-methylbenzamide B in DMP solution by heating in a microwave at 80° C. for 20 hours. Methanol and hydrochloric acid are then added and the reaction allowed to proceed for 2 hours to produce 4-(7-(6-cyano-5-(trifluoromethyl)pyridin-3-yl)-8-oxo-6-thioxo-5,7-diazaspiro[3,4]octan-5-yl)-2-fluoro-N-methylbenzamide, A52 (yield 35 to 87%).

## Activity

### Utility

The compounds of the present invention modulate the function of the nuclear hormone receptors, particularly the androgen receptor, and include compounds which are, for example, selective agonists or selective antagonists of the androgen receptor (AR). Thus, the present compounds are useful in the treatment of AR-associated conditions. An "AR-associated condition," as used herein, denotes a condition or disorder which can be treated by modulating the function or activity of an AR in a subject, wherein treatment comprises prevention, partial alleviation or cure of the condition or disorder. Modulation can occur locally, for example, within certain tissues of the subject, or more extensively throughout a subject being treated for such a condition or disorder. Preferably, the compounds with potent antagonistic activity are used for the treatment of androgen related prostate cancer.

### Combination

The present invention includes within its scope pharmaceutical compositions comprising, as an active ingredient, a therapeutically effective amount of at least one of the compounds of formula II, alone or in combination with a pharmaceutical carrier or diluent. Optionally, compounds of the present invention can be used alone, in combination with other compounds of the invention, or in combination with one or more other therapeutic agent(s), e.g., an antibiotic or other pharmaceutically active material.

### Pharmacological Assay

The compounds in this invention were identified through screening on hormone sensitive and hormone refractory prostate cancer cells for antagonistic and agonistic activities. The compounds with antagonist activity are potential drugs for the treatment of prostate cancer, both hormone sensitive and hormone refractory.

The biological activity of the compound of formula II was measured by secreted levels of prostate specific antigen (PSA). It is well established that PSA levels are indicators of AR activities in prostate cancer. To examine if the compounds affect AR function in a physiological environment, we determined secreted levels of endogenous PSA induced by R1881 in the hormone sensitive (HS) and hormone refractory (HR) cancer cells. HR cells are LNCaP cells engineered to express elevated levels of androgen receptor protein (LNCaP/AR cells), analogous to levels observed in patients with HR can-

cer who relapse while taking current antiandrogens such as bicalutamide, which acquire agonist properties when AR is highly expressed. LNCaP cells (or LNCaP/AR cells) were maintained in Iscove's medium containing 10% FBS. Five days prior to drug treatment, the cells were grown in Iscove's medium containing 10% CS-FBS to deprive of androgens. The cells were split and grown in Iscove's medium containing 10% CS-FBS with appropriate concentrations of R1881 and the test compounds. After 5 days of incubation, secreted PSA levels were assayed using PSA ELISA kits (American Qualex, San Clemente, Calif.) (See FIG. 1 and FIG. 3). The MTS assay was also used to examine the growth inhibition of the compounds of formula II (See FIG. 2).

### Pharmacokinetic Data

The pharmacokinetics of A52 was evaluated in vivo using 8 week-old FVB mice which were purchased from Charles River Laboratories. Mice were divided into groups of three for each time point (See FIG. 4). Two mice were not treated with drug and two other mice were treated with vehicle solution. Each group was treated with 10 mg per kilogram of body weight. The drug was dissolved in a mixture 50:10:1:989 of DMSO:Carboxymethylcellulose:T Tween 80:$H_2O$ (Vehicle solution) and was administered orally. After drug administration, the animals were euthanized via $CO_2$ inhalation at different timepoints: 1 min, 5 min, 15 min, 30 min, 2 h, 4 h, 8 h, 16 h. Animals were immediately bleed after exposure to $CO_2$ via cardiac puncture (1 ml BD syringe+27G ⅝ needle).

The serum samples were analyzed to determine the drug's concentration by the HPLC which (Waters 600 pump, Waters 600 controller and Waters 2487 detector) was equipped with an Alltima C18 column (3μ, 150 mm×4.6 mm). All RD compounds were detected at 254 nm wave length and bicalutamide was detected at 270 nm wave length.

The samples for HPLC analysis were prepared according to the following procedure:

Blood cells were separated from serum by centrifugation. To 400 μl of serum were added 80 μl of a 10 μM solution of RD75 in acetonitrile as internal standard and 520 μl of acetonitrile. Precipitation occurred.

The mixture was vortexed for 3 minutes and then placed under ultrasound for 30 minutes.

The solid particles were filtered off or were separated by centrifugation.

The filtrate was dried under an argon flow to dryness. The sample was reconstituted to 80 μl with acetonitrile before analyzing by HPLC to determine the drug concentration.

Standard curve of drug was used to improve accuracy.

### In Vivo Assay

All animal experiments were performed in compliance with the guidelines of the Animal Research Committee of the University of California at Los Angeles. Animals were bought from Taconic and maintained in a laminar flow tower in a defined flora colony. LNCaP-AR and LNCaP-vector cells were maintained in RPMI medium supplemented with 10% FBS. $10^6$ cells in 100 μl of 1:1 Matrigel to RPMI medium were injected subcutaneously into the flanks of intact or castrated male SCID mice. Tumor size was measured weekly in three dimensions (length×width×depth) using calipers. Mice were randomized into treatment groups when tumor size reached approximately 100 mm³. Drugs were given orally everyday at the dose of 10 mg/kg. (See FIG. 5 and FIG. 6) At a daily dose of 10 mg/kg, compounds A51 and A52 were found to completely retard tumor growth.

Other doses were also tried. At a daily dose of 1 mg/kg, compounds A51 and A52 were found to have a mild effect. At

TX 62.0024

a daily dose of 25-50 mg/kg, compounds A51 and A52 were found induce some tumor cytotoxicity.

Prostate cancer cell lines were used for xenografts. For example, a LNCaP xenograft, LAPC4 xenograft, LAPC9 xenograft, and xenografts of the hormone refractory counterparts of these cell lines were made. Other cell lines included V-cap, CWR22 and LAPC4 cell lines. Two cell lines that over express the androgen receptor were generated, LNCaP AR and LAPC4 AR. Prostate cancer progression in these engineered cell lines was found to differ from their parental counterparts. Under androgen ablation, the LNCaP AR and LAPC4 AR lines continued to grow, thus behaving like hormone refractory cells.

Some of the cell lines were found to not take well in mice in tumor formation when xenografted. However, with LNCaP, 2 million cells gave a 95% take. As few as 1 million cells can be used. These cells required at least 25% Matrigel but no more than 50%. Since high concentrations of cells are required for good tumor take rate, a 27G needle was found to be the smallest appropriate needle.

The LAPC4 cell line was found to be very difficult to grow in animals. The cells need to be resuspended and filtered through a micron mesh filter, for example, a 40-100 micron mesh filter, because they frequently form large aggregates. Resuspending and running through a filter helps normalize the cell number between each animal and therefore gives more consistent results. LAPC4 requires from about 25%-50% Matrigel, for example, 50% Matrigel, but can be grafted successfully at a lower concentration at $10^5$ cells.

Tumor take in SCID mice was found to be better than in nude mice. For example, the tumor take across individual animal in nude mice was found to be very inconsistent. CB17 SCID mice were used in the study.

Injections were made subcutaneously on the right flank of the mouse. Slow injection was found to help to produce a round tumor that was easier to measure and could be measured more accurately. In addition, because of the usage of Matrigel, injection of no more than 200 μl was found appropriate. Injection of 100-200 μl was found appropriate. Injecting too large a volume created leakage upon needle withdrawal.

An alternative method to help prevent leakage from needle pullout can be to warm the Matrigel:media:cells filled syringe a couple of seconds to produce a gel-like form. When injecting the gel-like liquid, no leakage should occur. However, allowing the Matrigel to heat for too long a time can cause the suspension to solidify and become uninjectable.

## Pharmaceutical Compositions and Administration

The compounds of the invention are useful as pharmaceutical compositions prepared with a therapeutically effective amount of a compound of the invention, as defined herein, and a pharmaceutically acceptable carrier or diluent.

The compounds of the invention can be formulated as pharmaceutical compositions and administered to a subject in need of treatment, for example a mammal, such as a human patient, in a variety of forms adapted to the chosen route of administration, for example, orally, nasally, intraperitoneally, or parenterally, by intravenous, intramuscular, topical or subcutaneous routes, or by injection into tissue. Such compositions and preparations should contain at least 0.01% of a compound or compounds of the invention. The percentage of the compositions and preparations may, of course, be varied and may, for example, be between about 0.05% to about 2% of the weight of a given unit dosage form. The amount of

compounds in such therapeutically useful compositions is such that an effective dosage level will be obtained.

Thus, compounds of the invention may be systemically administered, e.g., orally, in combination with a pharmaceutically acceptable vehicle such as an inert diluent or an assimilable edible carrier, or by inhalation or insufflation. They may be enclosed in hard or soft shell gelatin capsules, may be compressed into tablets, or may be incorporated directly with the food of the patient's diet. For oral therapeutic administration, the compounds may be combined with one or more excipients and used in the form of ingestible tablets, buccal tablets, troches, capsules, elixirs, suspensions, syrups, wafers, and the like. The compounds may be combined with a fine inert powdered carrier and inhaled by the subject or insufflated. Such compositions and preparations should contain at least 0.1% of a compound or compounds of the invention. The percentage of the compositions and preparations may, of course, be varied and may conveniently be between about 2% to about 60% of the weight of a given unit dosage form. The amount of compounds in such therapeutically useful compositions is such that an effective dosage level will be obtained.

The tablets, troches, pills, capsules, and the like may also contain the following: binders such as gum tragacanth, acacia, corn starch, or gelatin; excipients such as dicalcium phosphate; a disintegrating agent such as corn starch, potato starch, alginic acid, and the like; a lubricant such as magnesium stearate; and a sweetening agent such as sucrose, fructose, lactose, or aspartame, or a flavoring agent such as peppermint, oil of wintergreen, or cherry flavoring may be added. When the unit dosage form is a capsule, it may contain, in addition to materials of the above type, a liquid carrier, such as a vegetable oil or a polyethylene glycol. Various other materials may be present as coatings or to otherwise modify the physical form of the solid unit dosage form. For instance, tablets, pills, or capsules may be coated with gelatin, wax, shellac, sugar, and the like. A syrup or elixir may contain the active compound, sucrose or fructose as a sweetening agent, methyl and propylparabens as preservatives, a dye, and flavoring such as cherry or orange flavor. Of course, any material used in preparing any unit dosage form should be pharmaceutically acceptable and substantially non-toxic in the amounts employed. In addition, the compounds of the invention may be incorporated into sustained-release preparations and devices. For example, the compounds may be incorporated into time release capsules, time release tablets, and time release pills.

The compounds of the invention may also be administered intravenously or intraperitoneally by infusion or injection. Solutions of the compounds can be prepared in water, optionally mixed with a nontoxic surfactant. Dispersions can also be prepared in glycerol, liquid polyethylene glycols, triacetin, and mixtures thereof and in oils. Under ordinary conditions of storage and use, these preparations can contain a preservative to prevent the growth of microorganisms.

The pharmaceutical dosage forms suitable for injection or infusion can include sterile aqueous solutions or dispersions or sterile powders comprising the compounds of the invention which are adapted for the extemporaneous preparation of sterile injectable or infusible solutions or dispersions, optionally encapsulated in liposomes. In all cases, the ultimate dosage form should be sterile, fluid, and stable under the conditions of manufacture and storage. The liquid carrier or vehicle can be a solvent or liquid dispersion medium comprising, for example, water, ethanol, a polyol (for example, glycerol, propylene glycol, liquid polyethylene glycols, and the like), vegetable oils, nontoxic glyceryl esters, and suitable

mixtures thereof. The proper fluidity can be maintained, for example, by the formation of liposomes, by the maintenance of the required particle size in the case of dispersions, by the use of surfactants. The prevention of the action of microorganisms can be brought about by various antibacterial and antifungal agents, for example, parabens, chlorobutanol, phenol, sorbic acid, thimerosal, and the like. In many cases, it will be preferable to include isotonic agents, for example, sugars, buffers, or sodium chloride. Prolonged absorption of the injectable compositions can be brought about by the use in the compositions of agents delaying absorption, for example, aluminum monostearate and gelatin.

Sterile injectable solutions are prepared by incorporating the compounds of the invention in the required amount in the appropriate solvent with various of the other ingredients enumerated above, as required, followed by filter sterilization. In the case of sterile powders for the preparation of sterile injectable solutions, the preferred methods of preparation are vacuum drying and freeze drying techniques, which yield a powder of the active ingredient plus any additional desired ingredient present in the previously sterile-filtered solutions.

For topical administration, the compounds of the invention may be applied in pure form. However, it will generally be desirable to administer them to the skin as compositions or formulations, in combination with a dermatologically acceptable carrier, which may be a solid or a liquid.

Useful solid carriers include finely divided solids such as talc, clay, microcrystalline cellulose, silica, alumina, and the like. Other solid carriers include nontoxic polymeric nanoparticles or microparticles. Useful liquid carriers include water, alcohols, or glycols or water/alcohol/glycol blends, in which the compounds of the invention can be dissolved or dispersed at effective levels, optionally with the aid of nontoxic surfactants. Adjuvants such as fragrances and additional antimicrobial agents can be added to optimize the properties for a given use. The resultant liquid compositions can be applied from absorbent pads, used to impregnate bandages and other dressings, or sprayed onto the affected area using pump-type or aerosol sprayers.

Thickeners such as synthetic polymers, fatty acids, fatty acid salts and esters, fatty alcohols, modified celluloses, or modified mineral materials can also be employed with liquid carriers to form spreadable pastes, gels, ointments, soaps, and the like, for application directly to the skin of the user.

Examples of useful dermatological compositions which can be used to deliver the compounds of the present invention to the skin are known to the art; for example, see Jacquet et al. (U.S. Pat. No. 4,608,392), Geria (U.S. Pat. No. 4,992,478), Smith et al. (U.S. Pat. No. 4,559,157), and Wortzman (U.S. Pat. No. 4,820,508), all of which are hereby incorporated by reference.

Useful dosages of the compounds of Formula II can be determined by comparing their in vitro activity, and by comparing their in vivo activity in animal models. Methods for the extrapolation of effective dosages in mice and other animals to humans are known to the art; for example, see U.S. Pat. No. 4,938,949, which is hereby incorporated by reference.

For example, the concentration of the compounds in a liquid composition, such as a lotion, can be from about 0.1 to about 25% by weight, or from about 0.5 to about 10% by weight. The concentration in a semi-solid or solid composition such as a gel or a powder can be from about 0.1 to about 5% by weight, or from about 0.5 to about 2.5% by weight.

The amount of the compounds of the invention required for use in treatment will vary not only with the particular salt selected but also with the route of administration, the nature

of the condition being treated and the age and condition of the patient and will be ultimately at the discretion of the attendant physician or clinician.

Effective dosages and routes of administration of agents of the invention are conventional. The exact amount (effective dose) of the agent will vary from subject to subject, depending on, for example, the species, age, weight, and general or clinical condition of the subject, the severity or mechanism of any disorder being treated, the particular agent or vehicle used, the method and scheduling of administration, and the like. A therapeutically effective dose can be determined empirically, by conventional procedures known to those of skill in the art. See, e.g., *The Pharmacological Basis of Therapeutics*, Goodman and Gilman, eds., Macmillan Publishing Co., New York. For example, an effective dose can be estimated initially either in cell culture assays or in suitable animal models. The animal model may also be used to determine the appropriate concentration ranges and routes of administration. Such information can then be used to determine useful doses and routes for administration in humans. A therapeutic dose can also be selected by analogy to dosages for comparable therapeutic agents.

The particular mode of administration and the dosage regimen will be selected by the attending clinician, taking into account the particulars of the case (e.g., the subject, the disease, the disease state involved, and whether the treatment is prophylactic). Treatment may involve daily or multi-daily doses of compound(s) over a period of a few days to months, or even years.

In general, however, a suitable dose will be in the range of from about 0.01 to about 500 mg/kg per day, e.g., from about 0.1 to about 500 mg/kg of body weight per day, such as from about 0.1 to about 100 mg per kilogram body weight of the recipient per day. For example, a suitable dose may be about 1 mg/kg, 10 mg/kg, or 50 mg/kg of body weight per day.

The compounds of the invention are conveniently administered in unit dosage form; for example, containing from about 0.0005 to about 500 mg, from about 0.01 to about 50 mg, from about 0.05 to about 10 mg, or about 5 mg of active ingredient per unit dosage form.

The compounds of the invention can be administered to achieve peak plasma concentrations of, for example, from about 0.5 to about 75 μM, about 1 to 50 μM, about 2 to about 30 μM, or about 5 to about 25 μM. Exemplary desirable plasma concentrations include at least or no more than 0.25, 0.5, 1, 5, 10, 25, 50, 75, 100 or 200 μM. This may be achieved, for example, by the intravenous injection of a 0.05 to 5% solution of the compounds of the present invention, optionally in saline, or orally administered as a bolus containing about 1-1000 mg of the compounds. Desirable blood levels may be maintained by continuous infusion to provide from about 0.0005 to about 25 mg per kg body weight per hour, for example at least or no more than 0.0005, 0.005, 0.05, 5, 5, or 25 mg/kg/hr. Alternatively, such levels can be obtained by intermittent infusions containing from about 0.002 to about 100 mg per kg body weight, for example, at least or no more than 0.002, 0.02, 0.2, 2, 20, 50, or 100 mg of the compounds per kg of body weight.

The compounds of the invention may conveniently be presented in a single dose or as divided doses administered at appropriate intervals, for example, as two, three, four or more sub-doses per day. The sub-dose itself may be further divided, e.g., into a number of discrete loosely spaced administrations; such as multiple inhalations from an insufflator.

TX 62.0026

## Example

### Intravenous Formulation

A compound presently disclosed, for example, compound A51 or A52, can be in a formulation suitable for intravenous dosing. In an embodiment, the compound is dissolved in from about 10% to about 25% dimethylsulfoxide (DMSO). 1x phosphate buffered saline (PBS) is then mixed into the solution as the balance, and the solution is sonicated with a water bath sonicator until it is homogeneous.

At a compound concentration of 1.5 mg/mL, 5 minutes of sonication may be sufficient to dissolve the compound. At a compound concentration of 2 mg/ml, more than 5 minutes of sonication may be required to dissolve the compound and a polyethylene glycol can be added to keep the compound in suspension. For example, 5 to 40% PEG-400 (a polyethylene glycol), such as, 5-10% PEG-400, can be added.

The above solution, including either A51 or A52, was found to be stable at room temperature for at least a week.

Before administration, the above solution should be sonicated for a few minutes. A maximum appropriate administration volume for mice was found to be 0.2 mL.

When administered to mice, hardening of the skin and skin irritation around the injection site was observed, and this was attributed to the use of DMSO. Although compounds A51 and A52 are soluble in ethanol, ethanol was found to reduce the stability of the compounds in vivo.

Over a period of 2 weeks following administration of the above solution, mice were observed to lose 15% of body weight.

## Example

### Oral Formulation

A compound presently disclosed, for example, compound A51 or A52, can be in a formulation suitable for oral administration. In an embodiment, the compound is dissolved in 100% DMSO.

Additional chemicals can be added, such as a carboxymethylcellulose, a polysorbate, or water. For example, the components of the solution other than A51 or A52 can be present at concentrations of from about 10% to about 20% DMSO, from about 1% to about 2% carboxymethylcellulose (CMC), and 0.1% Tween 80 (a polysorbate), with the balance being water. The concentration of compound A51 or A52 in the oral foundation can be about 1.5 mg/mL. The solution is mechanically homogenized for at least 30 seconds. The compound A51 or A52 was found to stay in suspension for only a couple of hours and, therefore, the oral formulation must be administered within a couple of hours of preparation.

When more than 2% carboxymethylcellulose (CMC) was included in the formulation, the formulation was found to be very viscous, so that when administered to a test animal with a gavage syringe, much of the formulation was left behind on the walls of the syringe, preventing accurate drug administration. A solution of 10% DMSO that included CMC and Tween 80 was found to keep the compound in suspension when mechanical homogenization was applied. That is, more than 10% DMSO was not required. A minimum of DMSO should be used, because it was found to irritate the mice, and was associated with a loss of up to 10% of the bodyweight of the mice over a period of 2 weeks following administration.

A maximum appropriate administration volume for mice was found to be 0.2 mL.

The half life of the compound was found to be longer when it was administered intravenously than when it was administered orally. However, daily oral dosing resulted in an acceptable steady state serum concentration of the compound, comparable to the steady state concentration seen with bicalutamide. Oral administration may be more convenient than intravenous administration.

Compounds A51 and A52 have a beneficial effect on tumors in an in vivo assay administered as described.

The embodiments illustrated and discussed in this specification are intended only to teach those skilled in the art the best way known to the inventors to make and use the invention. Nothing in this specification should be considered as limiting the scope of the present invention. All examples presented are representative and non-limiting. The above-described embodiments of the invention may be modified or varied, without departing from the invention, as appreciated by those skilled in the art in light of the above teachings. It is therefore to be understood that, within the scope of the claims and their equivalents, the invention may be practiced otherwise than as specifically described.

We claim:

1. A method for treating a disease or disorder related to nuclear receptor activity in a subject, comprising administering a compound, or a pharmaceutically acceptable salt thereof, to the subject in need of such treatment, the compound having the formula:



Formula II

wherein Het is a heterocyclic unit of 6 atoms comprising

(i) 1 or 2 heteroatoms independently selected from the group consisting of nitrogen, oxygen, or sulfur;

(ii) 0 or 1 double-bonded substituent on the heterocyclic unit selected from the group consisting of oxygen and sulfur; and

(iii) 3 to 4 single-bonded substituents on the heterocyclic unit independently selected from the group consisting of hydrogen, alkyl, substituted alkyl, alkenyl, substituted alkenyl, alkynyl, substituted alkynyl, aryl, substituted aryl, arylalkyl, arylalkenyl, arylalkynyl, halogenated alkyl, halogenated alkenyl, halogenated alkynyl, halogen, CN, $NO_2$, $OR_{11}$, $SR_{11}$, $NR_{11}R_{12}$, $NH(CO)OR_{11}$, $NH(CO)NR_{11}R_{12}$, $NR_{12}(CO)R_{11}$, $O(CO)R_{11}$, $O(CO)OR_{11}$, $O(CS)R_{11}$, $NR_{12}(CS)R_{11}$, $NH(CS)NR_{11}R_{12}$, $NR_{12}(CS)OR_{11}$, wherein two of said single-bonded substituents may be connected together with the atoms to which they are bonded to form a cycle, which is aromatic, substituted aromatic, heterocyclic aromatic or non-aromatic, substituted heterocyclic aromatic or non-aromatic, cycloalkyl, or substituted cycloalkyl;

A is sulfur and B is oxygen;

$R_{11}$ and $R_{12}$ are independently selected from hydrogen, alkyl, substituted alkyl, alkenyl or substituted alkenyl, alkynyl or substituted alkynyl, aryl, substituted aryl, arylalkyl, arylalkenyl, arylalkynyl, heterocyclic aromatic or non-aromatic, or substituted heterocyclic aromatic or non-aromatic, wherein $R_{11}$ and $R_{12}$, both on the same single bonded substituent, can be connected together

31

with the atoms to which they are bonded to form a cycle, which can be heterocyclic aromatic or non-aromatic, or substituted heterocyclic aromatic;

$R_1$ is selected from aryl and substituted aryl;

$R_2$ and $R_3$ are independently selected from hydrogen, aryl, alkyl, substituted alkyl, alkenyl, substituted alkenyl, alkynyl, substituted alkynyl, halogenated alkyl, halogenated alkenyl, halogenated alkynyl, arylalkyl, arylalkenyl, arylalkynyl, heterocyclic aromatic or non-aromatic, substituted heterocyclic aromatic or non-aromatic, cycloalkyl, or substituted cycloalkyl, or, together with the carbon to which they are linked, form a cycle which can be cycloalkyl or substituted cycloalkyl.

2. A method for treating prostate cancer in a subject comprising administering a compound, or a pharmaceutically acceptable salt thereof, to a subject in need of such treatment, the compound having the formula:

Formula II



wherein Het is a heterocyclic unit of 6 atoms comprising

(i) 1 or 2 heteroatoms independently selected from the group consisting of nitrogen, oxygen, or sulfur;

(ii) 0 or 1 double-bonded substituent on the heterocyclic unit selected from the group consisting of oxygen and sulfur; and

(iii) 3 to 4 single-bonded substituents on the heterocyclic unit independently selected from the group consisting of hydrogen, alkyl, substituted alkyl, alkenyl, substituted alkenyl, alkynyl, substituted alkynyl, aryl, substituted aryl, arylalkyl, arylalkenyl, arylalkynyl, halogenated alkyl, halogenated alkenyl, halogenated alkynyl, halogen, CN, $NO_2$, $OR_{11}$, $SR_{11}$, $NR_{11}R_{12}$, $NH(CO)OR_{11}$, $NH(CO)NR_{11}R_{12}$, $NR_{12}(CO)R_{11}$, $O(CO)R_{11}$, $O(CO)OR_{11}$, $O(CS)R_{11}$, $NR_{12}(CS)R_{11}$, $NH(CS)NR_{11}R_{12}$, $NR_{12}(CS)OR_{11}$, wherein two of said single-bonded substituents may be connected together with the atoms to which they are bonded to form a cycle, which is aromatic, substituted aromatic, heterocyclic aromatic or non-aromatic, substituted heterocyclic aromatic or non-aromatic, cycloalkyl, or substituted cycloalkyl;

A is sulfur and B is oxygen;

$R_{11}$ and $R_{12}$ are independently selected from hydrogen, alkyl, substituted alkyl, alkenyl or substituted alkenyl, alkynyl or substituted alkynyl, aryl, substituted aryl, arylalkyl, arylalkenyl, arylalkynyl, heterocyclic aromatic or non-aromatic, or substituted heterocyclic aromatic or non-aromatic, wherein $R_{11}$ and $R_{12}$, both on the same single bonded substituent, can be connected together with the atoms to which they are bonded to form a cycle, which can be heterocyclic aromatic or non-aromatic, or substituted heterocyclic aromatic;

$R_1$ is selected from aryl and substituted aryl;

$R_2$ and $R_3$ are independently selected from hydrogen, aryl, alkyl, substituted alkyl, alkenyl, substituted alkenyl, alkynyl, substituted alkynyl, halogenated alkyl, halogenated alkenyl, halogenated alkynyl, arylalkyl, arylalkenyl, arylalkynyl, heterocyclic aromatic or non-aro-

32

matic, substituted heterocyclic aromatic or non-aromatic, cycloalkyl, or substituted cycloalkyl, or, together with the carbon to which they are linked, form a cycle which can be cycloalkyl or substituted cycloalkyl.

3. The method of claim 2, wherein the compound, or a pharmaceutically acceptable salt thereof, is administered at a dosage in the range of from about 0.01 mg per kg body weight per day to about 500 mg per kg body weight per day.

4. The method of claim 2, wherein the compound, or a pharmaceutically acceptable salt thereof, is administered at a dosage in the range of from about 0.1 mg per kg body weight per day to about 200 mg per kg body weight per day.

5. The method of claim 2, wherein the compound, or a pharmaceutically acceptable salt thereof, is administered at a dosage in the range of from about 1 mg per kg body weight per day to about 50 mg per kg body weight per day.

6. The method of claim 2, wherein the compound, or a pharmaceutically acceptable salt thereof is administered at a dosage of about 10 mg per kg body weight per day.

7. The method of claim 2, wherein the prostate cancer is hormone sensitive prostate cancer or hormone refractory prostate cancer.

8. The method of claim 2, wherein the compound has a form selected from the group consisting of a solution, dispersion, suspension, powder, capsule, tablet, pill, time release capsule, time release tablet, and time release pill.

9. The method of claim 2, wherein $R_1$ is selected from the group consisting of phenyl and substituted phenyl.

10. The method of claim 9, wherein the substituted phenyl is substituted by at least one fluorine atom.

11. The method of claim 2, wherein $R_2$ and $R_3$ are independently selected from the group consisting of methyl, ethyl, cyclopropyl, cyclobutyl, cyclopentyl, cyclohexyl, fluoromethyl, chloromethyl, and bromomethyl.

12. The method of claim 2, wherein $R_2$ and $R_3$, together with the carbon to which they are linked, form a cycle which can be cycloalkyl or substituted cycloalkyl.

13. The method of claim 2, wherein Het is selected from the group consisting of 6-membered rings of the compounds



TX 62.0028

-continued



$R_4$, $R_5$, $R_6$, and $R_7$ are independently selected from the group consisting of hydrogen, alkyl, substituted alkyl, alkenyl, substituted alkenyl, alkynyl, substituted alkynyl, aryl, substituted aryl, arylalkyl, arylalkenyl, arylalkynyl, halogenated alkyl, halogenated alkenyl, halogenated alkynyl, halogen, CN, $NO_2$, $OR_{11}$, $SR_{11}$, $NR_{11}R_{12}$, $NH(CO)OR_{11}$, $NH(CO)NR_{11}R_{12}$, $NR_{12}(CO)$ $R_{11}$, $O(CO)R_{11}$, $O(CO)OR_{11}$, $O(CS)R_{11}$, $NR_{12}(CS)$ $R_{11}$, $NH(CS)NR_{11}R_{12}$, $NR_{12}(CS)OR_{11}$;

any of $R_4$, $R_5$, $R_6$, and $R_7$ can be connected to any of $R_4$, $R_5$, $R_6$, and $R_7$ to form a cycle which can be aromatic, substituted aromatic, heterocyclic aromatic or non-aromatic, substituted heterocyclic aromatic or non-aromatic, cycloalkyl, or substituted cycloalkyl.

**14.** The method of claim **13**, wherein $R_4$ is selected from the group consisting of CN and $NO_2$;

$R_5$ is selected from the group consisting of trifluoromethyl, halogenated alkyl, halogenated alkenyl, halogenated alkynyl, and halogen; and

$R_6$, and $R_7$ are independently selected from the group consisting of hydrogen, alkyl, and halogen.

**15.** The method of claim **14**, wherein $R_5$ is selected from the group consisting of trifluoromethyl and iodide; and

$R_6$ and $R_7$ are independently selected from the group consisting of hydrogen and halogen.

**16.** The method of claim **13**, wherein Het is selected from the group consisting of



**17.** The method of claim **7**, wherein the prostate cancer is hormone sensitive prostate cancer.

**18.** The method of claim **7**, wherein the prostate cancer is hormone refractory prostate cancer.

**19.** The method of claim **2**, wherein said compound is formulated as a pharmaceutical composition comprising said compound, or a pharmaceutically acceptable salt thereof, and a pharmaceutically acceptable carrier, diluent, or adjuvant.

* * * * *

TX 62.0029



US009388159B2

(12) **United States Patent**
Jung et al.

(10) Patent No.: **US 9,388,159 B2**
(45) Date of Patent: *Jul. 12, 2016

(54) **SUBSTITUTED DIAZASPIROALKANES AS ANDROGEN RECEPTOR MODULATORS**

(71) Applicant: **The Regents of the University of California**, Oakland, CA (US)

(72) Inventors: **Michael E. Jung**, Los Angeles, CA (US); **Charles L. Sawyers**, New York, NY (US); **Samedy Ouk**, Los Angeles, CA (US); **Chris Tran**, New York, NY (US); **John Wongvipat**, New York, NY (US)

(73) Assignee: **THE REGENTS OF THE UNIVERSITY OF CALIFORNIA**, Oakland, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **14/318,234**

(22) Filed: **Jun. 27, 2014**

(65) **Prior Publication Data**

US 2014/0309262 A1     Oct. 16, 2014

**Related U.S. Application Data**

(63) Continuation of application No. 13/615,085, filed on Sep. 13, 2012, now Pat. No. 8,802,689, which is a continuation of application No. 12/294,881, filed as application No. PCT/US2007/007485 on Mar. 27, 2007, now Pat. No. 8,445,507.

(60) Provisional application No. 60/785,978, filed on Mar. 27, 2006, provisional application No. 60/833,790, filed on Jul. 28, 2006.

(51) **Int. Cl.**
| | |
|---|---|
| *A61K 31/4184* | (2006.01) |
| *C07D 235/02* | (2006.01) |
| *C07D 401/04* | (2006.01) |

(52) **U.S. Cl.**
CPC .................................... *C07D 401/04* (2013.01)

(58) **Field of Classification Search**
CPC ........................ A61K 31/4184; C07D 235/02
USPC ...................................... 514/393; 548/301.4
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,823,240 A | 7/1974 | Sauli |
| 3,984,430 A | 10/1976 | Curran |
| 4,097,578 A | 6/1978 | Perronnet et al. |
| 4,234,736 A | 11/1980 | Bernauer et al. |
| 4,304,782 A | 12/1981 | Dumont et al. |
| 4,312,881 A | 1/1982 | Wootton |
| 4,399,216 A | 8/1983 | Axel et al. |
| 4,407,814 A | 10/1983 | Bernauer et al. |
| 4,427,438 A | 1/1984 | Nagano et al. |
| 4,473,393 A | 9/1984 | Nagpal |
| 4,482,739 A | 11/1984 | Bernauer et al. |
| 4,559,157 A | 12/1985 | Smith et al. |
| 4,608,392 A | 8/1986 | Jacquet et al. |
| 4,749,403 A | 6/1988 | Liebl et al. |
| 4,820,508 A | 4/1989 | Wortzman |
| 4,859,228 A | 8/1989 | Prisbylla |
| 4,873,256 A | 10/1989 | Coussediere et al. |
| 4,938,949 A | 7/1990 | Borch et al. |
| 4,944,791 A | 7/1990 | Schroder et al. |
| 4,992,478 A | 2/1991 | Geria |
| 5,010,182 A | 4/1991 | Brake et al. |
| 5,069,711 A | 12/1991 | Fischer et al. |
| 5,071,773 A | 12/1991 | Evans et al. |
| 5,166,358 A | 11/1992 | Seuron et al. |
| 5,411,981 A | 5/1995 | Gaillard-Kelly et al. |
| 5,434,176 A | 7/1995 | Claussner et al. |
| 5,554,607 A | 9/1996 | Elokdah et al. |
| 5,556,983 A | 9/1996 | Claussner et al. |
| 5,589,497 A | 12/1996 | Claussner et al. |
| 5,614,620 A | 3/1997 | Liao et al. |
| 5,627,201 A | 5/1997 | Gaillard-Kelly et al. |
| 5,646,172 A | 7/1997 | Claussner et al. |
| 5,656,651 A | 8/1997 | Sovak et al. |
| 5,705,654 A | 1/1998 | Claussner et al. |
| 5,726,061 A | 3/1998 | Robbins et al. |
| 5,750,553 A | 5/1998 | Claussner et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| AU | 217893 | 6/1958 |
| CN | 101032483 A | 9/2007 |

(Continued)

OTHER PUBLICATIONS

Office Action dated Aug. 15, 2012 in Japanese Application No. 2009-502925, 5 pages. (English Translation).

(Continued)

*Primary Examiner* — Douglas M Willis

(74) *Attorney, Agent, or Firm* — Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.

(57) **ABSTRACT**

This invention provides for compounds of the Formula II:

II



wherein A, B, Het, $R_1$, $R_2$ and $R_3$ are as described herein. These compounds are androgen receptor modulators useful for the treatment of androgen receptor-associated conditions.

**33 Claims, 6 Drawing Sheets**

TX 63.0002

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 5,783,707 A | 7/1998 | Elokdah et al. |
| RE35,956 E | 11/1998 | Gaillard-Kelly et al. |
| 5,958,936 A | 9/1999 | Claussner et al. |
| 5,985,868 A | 11/1999 | Gray |
| 6,107,488 A | 8/2000 | Bouchet et al. |
| 6,172,076 B1 | 1/2001 | Embrey et al. |
| 6,235,910 B1 | 5/2001 | Beller et al. |
| 6,242,611 B1 | 6/2001 | Claussner et al. |
| 6,307,030 B1 | 10/2001 | French et al. |
| 6,350,763 B1 | 2/2002 | Kelly et al. |
| 6,472,415 B1 | 10/2002 | Sovak et al. |
| 6,479,063 B2 | 11/2002 | Weisman et al. |
| 6,489,163 B1 | 12/2002 | Roy et al. |
| 6,506,607 B1 | 1/2003 | Shyjan |
| 6,828,471 B2 | 12/2004 | Sawyers et al. |
| 7,271,188 B2 | 9/2007 | Tachibana et al. |
| 2002/0133833 A1 | 9/2002 | Sawyers et al. |
| 2003/0225138 A1 | 12/2003 | Sircar et al. |
| 2004/0009969 A1 | 1/2004 | Cleve et al. |
| 2004/0116417 A1 | 6/2004 | Boubia et al. |
| 2005/0153968 A1 | 7/2005 | Bi et al. |
| 2006/0127902 A1 | 6/2006 | Madden et al. |
| 2007/0249697 A1 | 10/2007 | Tachibana et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 2102605 | 7/1971 |
| DE | 2614831 A1 | 10/1977 |
| EP | 0 017 976 A2 | 10/1980 |
| EP | 0 017 976 A3 | 10/1980 |
| EP | 0 017 976 B1 | 6/1983 |
| EP | 0 002 259 B1 | 10/1984 |
| EP | 0144098 A1 | 6/1985 |
| EP | 0 331 232 A2 | 9/1989 |
| EP | 362179 | 4/1990 |
| EP | 0 494 819 A1 | 1/1992 |
| EP | 0 578 516 A1 | 5/1993 |
| EP | 0 580 459 A1 | 5/1993 |
| EP | 0572 191 A1 | 12/1993 |
| EP | 0 580 459 B1 | 1/1994 |
| EP | 0770613 A1 | 5/1995 |
| EP | 0 494 819 B1 | 7/1996 |
| EP | 0 721 944 B1 | 1/2001 |
| EP | 1 790 640 A1 | 5/2007 |
| FR | 2 693 461 A1 | 1/1994 |
| FR | 2 715 402 A1 | 1/1994 |
| JP | 592101083 A | 11/1984 |
| JP | 60-239737 | 11/1985 |
| JP | 1009978 A | 1/1989 |
| JP | 2019363 A | 1/1990 |
| JP | 2 845 384 A1 | 10/2002 |
| JP | 08-09997 A | 5/2008 |
| WO | 90/13646 | 11/1990 |
| WO | 97/00071 | 1/1997 |
| WO | 97/10064 | 5/1997 |
| WO | 97/19931 | 6/1997 |
| WO | 00/17163 | 3/2000 |
| WO | 00/26195 A1 | 5/2000 |
| WO | 00/44731 A1 | 8/2000 |
| WO | 01/07048 A1 | 2/2001 |
| WO | 01/92253 A2 | 12/2001 |
| WO | 01/94346 A1 | 12/2001 |
| WO | 02/035155 A1 | 7/2002 |
| WO | 02/081453 A1 | 10/2002 |
| WO | 03/029245 A1 | 4/2003 |
| WO | 03/032994 A2 | 4/2003 |
| WO | 03/057220 A1 | 7/2003 |
| WO | 03/093243 A1 | 11/2003 |
| WO | 03/096980 | 11/2003 |
| WO | 2004/022572 A1 | 3/2004 |
| WO | 2004/031160 A2 | 4/2004 |
| WO | 2004/070050 A2 | 8/2004 |
| WO | 2004/111031 A1 | 12/2004 |
| WO | 2005/042488 A1 | 5/2005 |
| WO | 2005/059109 | 6/2005 |
| WO | 2005/059109 A3 | 6/2005 |
| WO | 2005/060661 | 7/2005 |
| WO | 2005/089752 A2 | 9/2005 |
| WO | 2005/099693 | 10/2005 |
| WO | 2006/010642 | 2/2006 |
| WO | 2006/028326 A1 | 3/2006 |
| WO | 2006/124118 A1 | 11/2006 |
| WO | 2007/045877 A1 | 4/2007 |
| WO | 2007/126765 | 11/2007 |
| WO | 2007/127010 | 11/2007 |
| WO | 2008/119015 A2 | 10/2008 |

OTHER PUBLICATIONS

Office Action dated Oct. 15, 2013 in Japanese Application No. 2012-27792, 13 pages. (English Translation).

A Textbook of Drug Design and Development, P. Krogsgaard-Larson and H. Buadgaard, eds. Ch 5, pp. 113-191 (Harwood Academic Publishers, 1991).

A.M. Soto et al., Control of Cell Proliferation: Evidence for Negative Control on Estrogen-sensitive T47D Human Breast Cancer Cells, Cancer Research, 46, (1986), pp. 2271-2275.

Abstract submitted by Samedy Ouk, Prostate Cancer Foundation Scientific Retreat, Scottsdale, Arizona, Sep. 29-Oct. 1, 2005.

Ausubel et al., Current Protocols in Molecular Biology, Wiley Interscience Publishers, (1995).

Baek, S.H. et al. Exchange of N-CoR corepressor and Tip60 coactivator complexes links gene expression by NF-kappaB and beta-amyloid precursor protein. Cell 110, 55-67 (2002).

Balk, S.P. Androgen receptor as a target in androgen-independent prostate cancer. Urology 60, 132-8; discussion 138-9 (2002).

Batch,J.A., et al., "Androgen receptor gene mutations identified by SSCP in fourteen subjects with androgen insensitivity syndrome", Hum. Mol. Genet 1 (7), 497-503 (1992).

Bohl et al., *"Structural basis for antagonism and resistance of bicalutamide in prostate cancer"*, Proc. Nat. Acad. Sci., 2005, v. 102(17), pp. 6201-6206.

Brockschmidt,F.F., et al., "The two most common alleles of the coding GGN repeat in the androgen receptor gene cause differences in protein function", J. Mol. Endocrinol. 39 (1), 1-8 (2007).

Burnstein et al. Androgen Glucocorticoid Regulation of Androgen Receptor cDNA Expression. *Molecular and Cellular Endocrinology.* 1995. v. 115, pp. 177-186.

C.D. Chen et al., "Molecular determinants of resistance to antiandrogen therapy", Nature Medicine, vol. 10, No. 1 (Jan. 2004) pp. 33-39.

Cai,C., et al., "c-Jun has multiple enhancing activities in the novel cross talk between the androgen receptor and Ets variant gene 1 in prostate cancer", Mol. Cancer Res. 5 (7), 725-735 (2007).

Chang et al., Science 240 (4850), 324-326 (1988).

Chen, C.D., Welshie, D.S., Iran, C., Baek, S.H., Chen, R., Vessella, R., Rosenfeld, M.G., and Sawyers, C.L., Molecular determinants of resistance to antiandrogen therapy, Nat. Med., 10: 33-39, 2004.

Cinar et al. Androgen Receptor Mediates the Reduced Tumor Growth, Enhanced Androgen Responsiveness, and Selected Target Gene Transactivation in Human Prostate Cancer Cell Line. *Cancer Research.* 2001. v. 61. pp. 7310-7317.

Cousty-Berlin, et al., "Preliminary Pharmacokinetics and Metabolism of Novel Non-steroidal Antiandrogens in the Rat: Relation of their Systemic Activity to the Formation of a Common Metabolite," *J. Steroid Biochem. Molec. Biol.*, vol. 51, No. 1/2, pp. 47-55 (1994).

Craft, N. et al. Evidence for clonal outgrowth of androgen-independent prostate cancer cells from androgen-dependent tumors through a two-step process. Cancer Res 59,5030-6 (1999).

Craft, N., Shostak, Y., Carey, M. & Sawyers, C.L. A mechanism for hormone-independent prostate cancer through modulation of androgen receptor signaling by the HER-2/neu tyrosine kinase. Nat Med 5, 280-5 (1999).

Deprimo, S.E. et al. Transcriptional programs activated by exposure of human prostate cancer cells to androgen. Genome Biol 3, RESEARCH0032 (2002).

Design of Prodrugs, edited by H. Bundgaard, (Elsevier, 1985).

TX 63.0003

(56)     References Cited

OTHER PUBLICATIONS

Dhal, P.N. et al., "Synthesis of thiohydantoins, thiazolidones and their derivatives from N¹-(4'-aryl thiazole.2'-YL) thioureas", J. Indian Chem. Soc. 50(1):680-684, Oct. 1973.

Edwards, J., Krishna, N.S., Grigor, K.M. & Bartlett, J.M. Androgen receptor gene amplification and protein expression in hormone refractory prostate cancer. Br J Cancer 89, 552-6 (2003).

Ellis, W.J. et al. Characterization of a novel androgen-sensitive, prostate-specific antigen-producing prostatic carcinoma xenograft: LuCaP 23. Clin Cancer Res 2, 1039-48 (1996).

Ellwood-Yen, K. et al. Myc-driven murine prostate cancer shares molecular features with human prostate tumors. Cancer Cell 4, 223-38 (2003).

Elokdah, Hassan, et al., "Design, synthesis, and biological evaluation of thio-containing compounds with serum HDL-cholesterol-elevating properties", J. Med. Chem. 47:681-695 (2004).

European Search Report dated Jul. 20, 2011 for European Application No. 07754060.7, 7 pages.

Extended European Search Report dated Jul. 12, 2011 for European Application No. 11163948.0, 10 pages.

Extended European Search Report issued in European Patent Application No. EP 06748863.5, mailed on Feb. 12, 2009.

Feher, et al., "BHB: A Simple Knowledge-Based Scoring Function to Improve the Efficiency of Database Screening," J. Chem. Inf. Comput. Sci., vol. 43, pp. 1316-1327 (2003).

Feldman, B.J. & Feldman, D. The development of androgen-independent prostate cancer. Nat Rev Cancer 1, 34-45 (2001).

Font De Mora, J. & Brown, M. AIB1 is a conduit for kinase-mediated growth factor signaling to the estrogen receptor. Mol Cell Biol 20, 5041-7 (2000).

Foury, et al., "Control of the Proliferation of Prostate Cancer Cells by an Androgen and Two Antiandrogens. Cell Specific Sets of Responses," J. Steroid Biochem. Molec. Biol., vol. 66, No. 4, pp. 235-240 (1998).

Gelmann, E.P. Molecular biology of the androgen receptor. J Clin Oncol 20, 3001-15 (2002).

Gioeli, D. et al. Androgen receptor phosphorylation. Regulation and identification of the phosphorylation sites. J Biol Chem 277, 29304-14 (2002).

Glass, C.K. & Rosenfeld, M.G. The coregulator exchange in transcriptional functions of nuclear receptors. Genes Dev 14, 121-41 (2000).

Goubet, et al., Conversion of a Thiohydantoin to be Corresponding Hydantoin via a Ring-Opening/Ring Closure Mechanism, Tetrahedron Letters, vol. 37, No. 43, pp. 7727-7730 (1996).

Grad, J.M., Dai, J.L., Wu, S. & Burnstein, K.L. Multiple androgen response elements and a Myc consensus site in the androgen receptor (AR) coding region are involved in androgen-mediated up-regulation of AR messenger RNA. Mol Endocrinol 13, 1896-911 (1999).

Graham and Van Der Eb, "A new technique for the assay of infectivity of human adenovirus 5 DNA", Virology, v. 52(2) (Apr. 1973) pp. 456-467.

Gregory, C.W. et al. A mechanism for androgen receptor-mediated prostate cancer recurrence after androgen deprivation therapy. Cancer Res 61, 4315-9 (2001).

Gregory, C.W., Johnson, R.T., Jr., Mohler, J.L., French, F.S. & Wilson, E.M. Androgen receptor stabilization in recurrent prostate cancer is associated with hypersensitivity to low androgen. Cancer Res 61, 2892-8 (2001).

Hamilton-Reeves, J.M., et al, "Isoflavone-rich soy protein isolate suppresses androgen receptor expression without altering estrogen receptor-beta expression or serum hormonal profiles in men at high risk of prostate cancer", J. Nutr. 137 (7), 1769-1775 (2007).

Homma, S., et al., "Differential levels of human leukocyte antigen-class I, multidrug-resistance 1 and androgen receptor expressions in untreated prostate cancer cells: the robustness of prostate cancer", Oncol. Rep. 18 (2), 343-346 (2007).

Horoszewicz, J.S. et al. LNCaP model of human prostatic carcinoma. Cancer Res 43, 1809-18 (1983).

Huang, Z.Q., Li, J. & Wong, J. AR possess an intrinsic hormone-independent transcriptional activity. Mol Endocrinol 16, 924-37 (2002).

International Search Report issued in International Application No. PCT/US2007/007854, railed on Apr. 15, 2008.

International Search Report issued in International Application No. PCT/US2008/012149 mailed on Apr. 29, 2009.

International Search Report issued in PCT Application No. PCT/US2004/042221, mailed on Jun. 20, 2005.

International Search Report issued in PCT Application PCT/US2005/005529, mailed on Nov. 10, 2005.

International Search Report issued in PCT Application PCT/US2007/07485, mailed on Sep. 4, 2008.

J. Holzbeierlein et al., "Gene Expression Analysis of Human Prostate Carcinoma during Hormonal Therapy Identifies Androgen-Responsive Genes and Mechanisms of Therapy Resistance", Am. J. Pathology, vol. 164, No. 1 (Jan. 2004) pp. 217-227.

Jones, Genetics, 85:12 (1977).

Karp et al., "Prostate Cancer Prevention: Investigational Approaches and Opportunities", Cancer Res., v. 56 (Dec. 15, 1996) pp. 5547-5556.

Karvonen, et al., "Interaction of Androgen Receptors with Androgen Response Element in Intact Cells," The Journal of Biological Chemistry, vol. 272, No. 25, pp. 15973-15979 (1997).

Kato, S. et al. Activation of the estrogen receptor through phosphorylation by mitogen-activated protein kinase. Science 270, 1491-4 (1995).

Kemppainen, et al., "Distinguishing Androgen Receptor Agonists and Antagonists: Distinct Mechanisms of Activation by Medroxyprogesterone Acetate and Dihydrotestosterone," Mol. Endocrinol., vol. 13, pp. 440-454 (1999); mend.endojournals.org.

Keown et al., Methods in Enzymology, 185:527-537 (1990).

Kingsman et al., Gene, 7: 141 (1979).

Kinoshita, H. et al. Methylation of the androgen receptor minimal promoter silences transcription in human prostate cancer. Cancer Res 60, 3623-30 (2000).

Klein, K.A. et al. Progression of metastatic human prostate cancer to androgen independence in immunodeficient SCID mice. Nat Med 3, 402-8 (1997).

Kousteni, S. et al. Nongenotropic, sex-nonspecific signaling through the estrogen or androgen receptors: dissociation from transcriptional activity. Cell 104, 719-30 (2001).

Laitinen, S., Karhu, R., Sawyers, C.L., Vessella, R.L. & Visakorpi, T. Chromosomal aberrations in prostate cancer xenografts detected by comparative genomic hybridization. Genes Chromosomes Cancer 35, 66-73 (2002).

Li, P. et al. Heterogeneous expression and functions of androgen receptor co-factors in primary prostate cancer. Am J Pathol 161, 1467-74 (2002).

Lobaccaro, J.M. et al. Molecular modeling and in vitro investigations of the human androgen receptor DNA-binding domain: application for the study of two mutations. Mol Cell Endocrinol 116, 137-47 (1996).

Lu et al., "Molecular Mechanisms of Androgen-Independent Growth of Human Prostate Cancer LNCaP-AI Cells", Endocrinology 1999, vol. 140, No. 11, pp. 5054-5059.

M.J. Linja et al., "Amplification and overexpression of androgen receptor gene in hormone-refractory prostate cancer", Cancer Research, vol. 61 (May 1, 2001) pp. 3550-3555.

Mammalian Cell Biotechnology: a Practical Approach, M. Butler, ed. (IRL Press, 1991).

Manolagas, S.C., Kousteni, S. & Jilka, R.L. Sex steroids and bone. Recent Prog Horm Res 57, 385-409 (2002).

Mansour et al., Nature, 336:348-352 (1988).

Marhefka, et al., "Homology Modeling Using Multiple Molecular Dynamics Simulations and Docking Sudies of the Human Androgen Receptor Ligand Binding Domain Bound to Testosterone and Nonsteroidal Ligands," J. Med. Chem., vol. 44, No. 11, pp. 1729-1740 (2001).

Masiello, D., Cheng, S., Bubley, G.J., Lu, M.L. & Balk, S.P. Bicalutamide functions as an androgen receptor antagonist by assembly of a transcriptionally inactive receptor. J Biol Chem 277, 26321-6 (2002).

(56)                     **References Cited**

OTHER PUBLICATIONS

Matias, et al., "Local Inhibition of Sebaceous Gland Growth by Topically Applied RU 58841," *NY Acad. Sci.*, vol. 761, pp. 56-65 (1995).

Matias, P.M. et al. Structural basis for the glucocorticoid response in a mutant human androgen receptor (AR(ccr)) derived from an androgen-independent prostate cancer. J Med Chem 45, 1439-46 (2002).

Matias, P.M. et al. Structural evidence for ligand specificity in the binding domain of the human androgen receptor. Implications for pathogenic gene mutations. J Biol Chem 275, 26164-71 (2000).

McDonnell, T.J. et al. Expression of the protooncogene bcl-2 in the prostate and its association with emergence of androgen-independent prostate cancer. Cancer Res 52, 6940-4 (1992).

Migliaccio, A. et al. Steroid-induced androgen receptor-oestradiol receptor beta-Src complex triggers prostate cancer cell proliferation. Embo J 19, 5406-17 (2000).

Muller et al., 1991, Mol. & Cell. Bio. 11:1785.

Nam et al., *"Action of the Src Family Kinase Inhibitor, Dasatinib (BMS-354825), on Human Prostate Cancer Cells"*, Cancer Res., 2005, v. 65(20), pp. 9185-9189.

Navone, N. M., et al., "Model Systems of Prostate Cancer: Uses and Limitations" Cancer Metastasis, Kluwer Academic Publishers, Dordrecht, NL., 17 (4), 1999, pp. 361-371.

NM_000044<http://www.ncbi.nlm.nih.gov:80/entrez/viewer. fcgi?cmd=Retrieve&db=nucleotide&list_uids=21322251&opt= GenBank&term=sapiens+AR+androgen+receptor+prostate+cancer& qty=1>gi:21322251, printed Oct. 24, 2007.

Norris, J.D. et al. Peptide antagonists of the human estrogen receptor. Science 285, 744-6 (1999).

Notice of References Cited of Jul. 24, 1992 from U.S. Patent and Trademark Office for U.S. Appl. No. 07/819,110.

Office Action issued in U.S. Appl. No. 10/590,445, mailed on Mar. 2, 2009.

Office Action of Jan. 18, 1994 from U.S. Patent and Trademark Office for U.S. Appl. No. 08/064,257.

Office Action of Feb. 22, 1993 from U.S. Patent and Trademark Office for U.S. Appl. No. 07/819,110.

Office Action of Jun. 1, 1994 from U.S. Patent and Trademark Office for U.S. Appl. No. 07/819,110.

Office Action of Jul. 23, 2008 from U.S. Patent and Trademark Office for U.S. Appl. No. 10/590,445.

Office Action of Aug. 11, 2009 from U.S. Patent and Trademark Office for U.S. Appl. No. 10/583,280.

Office Action of Aug. 14, 1992 from U.S. Patent and Trademark Office for U.S. Appl. No. 07/819,110.

Office Action of Sep. 2, 1993 from U.S. Patent and Trademark Office for U.S. Appl. No. 07/819,110.

P.J. Creaven et al., "Pharmacokinetics and Metabolism of Nilutamide", Supp. Urology, vol. 37, No. 2 (Feb. 1991) pp. 13-19.

Perou, C.M. et al. Molecular portraits of human breast tumors. Nature 406, 747-52 (2000).

Presentation of Charles Sawyers, Prostate Cancer Foundation Scientific Retreat, Scottsdale, Arizona, Sep. 29-Oct. 1, 2005.

Raffo, A.J. et al. Overexpression of bcl-2 Protects Prostate Cancer Cells from Apoptosis in Vitro and Confers Resistance to Androgen Depletion in Vivo. Cancer Research 55. 1995. v. 55. 4438-4445.

Remington: The Science and Practice of Pharmacy, 19th Edition, Gennaro (ed.) 1995, Mack Publishing Company, Easton, PA.

S.Ouk et al., "Development of Androgen Receptor Inhibitors for Hormone-refractory Prostate Cancer", Prostate Cancer Foundation Meeting, Scottsdale, AZ, Sep. 29-Oct. 1, 2005.

Sack, J.S. et al. Crystallographic structures of the ligand-binding domains of the androgen receptor and its T877A mutant complexed with the natural agonist dihydrotestosterone. Proc Natl Acad Sci U S A 98, 4904-9 (2001).

Sambrook et al., Molecular Cloning: A Laboratory Manual 2nd edition (1989) Cold Spring Harbor Laboratory Press, Cold Spring Harbor, NY.

Saunders, P.T., et al., "Point mutations detected in the androgen receptor gene of three men with partial androgen insensitivity syndrome", Clin. Endocrinol. (Oxf) 37 (3), 214-220 (1992).

Schellhammer, P.F. et al. Prostate specific antigen decreases after withdrawal of antiandrogen therapy with bicalutamide or flutamide in patients receiving combined androgen blockade. J Urol 157, 1731-5 (1997).

Sderholm, et al., "Three-Dimensional Structure—Activity Relationships of Nonsteroidal Ligands in Complex with Androgen Receptor Ligand-Binding Domain," *J. Med. Chem.*, vol. 48, No. 4, pp. 917-925 (2005).

Shang, Y. & Brown, M. Molecular determinants for the tissue specificity of SERMs. Science 295, 2465-8 (2002).

Shang, Y., Myers, M. & Brown, M. Formation of the androgen receptor transcription complex. Mol Cell 9, 601-10 (2002).

Shi, Xu-Bao, et al., "Functional analysis of 44 mutant androgen receptors from human prostate cancer", Cancer Research 62 (5), pp. 1496-1502 (Mar. 1, 2002).

Shiau, A.K. et al. The structural basis of estrogen receptor/coactivator recognition and the antagonism of this interaction by tamoxifen. Cell 95, 927-37 (1998).

Singh et al., *"Androgen Receptor Antagonists (Antiandrogens): Structure-Activity Relationships"*, Current Medicinal Chemistry, 2000, 7, pp. 211-247.

Sperry, et al., Androgen binding profiles of two distinct nuclear androgen receptors in Atlantic croaker (*Micropogonias undulates*), Journal of Steroid Biochemistry & Molecular Biology, vol. 73, pp. 93-103 (2000).

Stinchcomb et al., *Nature*, 282:39 (1979).

Su, Q.R., et al., "Polymorphisms of androgen receptor gene in childhood and adolescent males with first-onset major depressive disorder and association with related symptomatology", Int. J. Neurosci. 117 (7), 903-917 (2007).

Sweet, C.R., et al., "A unique point mutation in the androgen receptor gene in a family with complete androgen insensitivity syndrome", Fertil. Steril. 58 (4), 703-707 (1992).

Szelei et al. Androgen-Induced Inhibition of Proliferation in Human Breast Cancer MCF7 Cells Transfected with Androgen Receptor. Endocrinology. 1997. v. 138 (4). pp. 1406-1412.

Taplin, M.E. et al. Androgen receptor mutations in androgen-independent prostate cancer: Cancer and Leukemia Group B Study 9663. J Clin Oncol 21, 2673-8 (2003).

Taplin, M.E. et al. Mutation of the androgen-receptor gene in metastatic androgen-independent prostate cancer. N Engl J Med 332, 1393-8 (1995).

Taplin, M.E. et al. Selection for androgen receptor mutations in prostate cancers treated with androgen antagonist. Cancer Res 59, 2511-5 (1999).

Teutsch, G.; Goubet, F.; Battmann, T.; Bonfils, A.; Bouchoux, F.; Cerede, E.; Gofflo, D.; Gaillard-Kelly, M.; Philibert. D. *J. Steroid Biochem. Molec. Biol.* 1994, 48, 111-119.

*The Pharmacological Basis of Therapeutics*, Goodman and Gilman, eds., Macmillan Publishing Co., New York, 1941.

The Practice of Medicinal Chemistry, Camille G. Wermuth et al., Ch 31, (Academic Press, 1996).

Tremblay, A., Tremblay, G.B., Labrie, F. & Giguere, V. Ligand-independent recruitment of SRC-1 to estrogen receptor beta through phosphorylation of activation function AF-1. Mol Cell 3, 513-9 (1999).

Tschumper et al., *Gene*, 10: 157 (1980).

Urlaub et al., *Proc. Natl. Acad. Sci. USA*, 77:4216 (1980).

Van Dort, M. E.; Robins, D. M.; Wayburn, B. *J. Med. Chem.* 2000, 43, 3344-3347.

Veldscholte, J. et al. A mutation in the ligand binding domain of the androgen receptor of human LNCaP cells affects steroid binding characteristics and response to anti-androgens. Biochem Biophys Res Commun 173. 534-40 (1990).

Visakorpi, T. et al. In vivo amplification of the androgen receptor gene and progression of human prostate cancer. Nat Genet 9, 401-6 (1995).

Wainstein, M.A. et al. CWR22: androgen-dependent xenograft model derived from a primary human prostatic carcinoma. Cancer Res 54, 6049-52 (1994).

**TX 63.0005**

(56)         **References Cited**

OTHER PUBLICATIONS

Wallen et al., "Angroden Receptor Gene Mutations in Hormone-Refractory Prostate Cancer", J. Pathology 1999, vol. 189, pp. 559-563.

Wang, Long G., et al., "Overexpressed androgen receptor linked to p21WAF1 silencing may be responsible for androgen independence and resistance to apoptosis of a prostate cancer cell line", Cancer Research 61 (20), pp. 7544-7551 (Oct. 15, 2001).

Wang, S. et al. Prostate-specific deletion of the murine Pten tumor suppressor gene leads to metastatic prostate cancer. Cancer Cell 4, 209-21 (2003).

Wermuth, Camille G., "Molecular Variations Based on Isosteric Replacements", The Practice of Medicinal Chemistry, 1996, 13:203-237.

Wooster, R., et al., "A germline mutation in the androgen receptor gene in two brothers with breast cancer and Reifenstein syndrome", Nat. Genet. 2 (2), 132-134 (1992).

Written Opinion issued in International Application No. PCT/US2007/007854, mailed on Apr. 15, 2008.

Written Opinion issued in International Application No. PCT/US2008/012149, mailed on Apr. 29, 2009.

Written Opinion issued in PCT Application No. PCT/US2004/042221, mailed on Jun. 20, 2005.

Written Opinion issued in PCT Application No. PCT/US2005/005529, mailed on Nov. 10, 2005.

Written Opinion issued in PCT Application No. PCT/US2006/011417, mailed on Jul. 3, 2006.

Written Opinion issued in PCT Application PCT/US2007/07485, mailed on Sep. 4, 2008.

Zarghami, et al., "Steroid hormone regulation of prostate-specific antigen gene expression in breast cancer," British Journal of Cancer, vol. 75, No. 4, pp. 579-588 (1997).

Zhau, H.Y. et al. Androgen-repressed phenotype in human prostate cancer. Proc Natl Acad Sci U S A 93,15152-7 (1996).

Zhou, Z.X., Sar, M., Simental, J.A., Lane, M.V. & Wilson, E.M. A ligand-dependent bipartite nuclear targeting signal in the human androgen receptor. Requirement for the DNA-binding domain and modulation by NH2-terminal and carboxyl-terminal sequences. J Biol Chem 269, 13115-23 (1994).

Zoppi, S., et al. "Amino acid substitutions in the DNA-binding domain of the human androgen receptor are a frequent cause of receptor-binding positive androgen resistance", Mol. Endocrinol. 6 (3), 409-415 (1992).

TX 63.0006



FIG. 1

TX 63.0007



FIG. 2



FIG. 3

TX 63.0009



**FIG. 4**

TX 63.0010



FIG. 5

TX 63.0011



FIG. 6

TX 63.0012

1

# SUBSTITUTED DIAZASPIROALKANES AS ANDROGEN RECEPTOR MODULATORS

## CROSS-REFERENCES TO RELATED APPLICATIONS

This application is a continuation of U.S. patent application Ser. No. 13/615,085, filed Sep. 13, 2012, which is a continuation of U.S. patent application Ser. No. 12/294,881, filed Sep. 16, 2010, which issued as U.S. Pat. No. 8,445,507 on May 21, 2013, which is a U.S. National Phase Application under 35 U.S.C. §371 of International Application No. PCT/US2007/007485, filed Mar. 27, 2007, which in turn claims the benefit of U.S. Provisional Patent Application No. 60/785,978, filed Mar. 27, 2006, and U.S. Provisional Patent Application No. 60/833,790, filed Jul. 28, 2006, all of which are incorporated herein by reference in their entirety for all purposes.

## STATEMENT AS TO RIGHTS TO INVENTIONS MADE UNDER FEDERALLY SPONSORED RESEARCH AND DEVELOPMENT

This invention was made with government support under grant no. CA092131, awarded by the National Institutes of Health. The government has certain rights in the invention.

## FIELD OF THE INVENTION

The present invention relates to hydantoins, thiohydantoins, dithiohydantoins, hydantoinimines and thiohydantoinimines compounds, methods of using such compounds in the treatment of androgen receptor-associated conditions, such as age-related diseases, for example, prostate cancer, and to pharmaceutical compositions containing such compounds.

## BACKGROUND OF THE INVENTION

Prostate cancer is the most common incidence of cancer and the second leading cause of cancer death in Western men. When the cancer is confined locally, the disease can be cured by surgery or radiation. However, 30% of such cancer relapses with distant metastatic disease and others have advanced disease at diagnoses. Advanced disease is treated by castration and/or administration of anti-androgens, the so-called androgen deprivation therapy. Castration lowers the circulating levels of androgens and reduces the activity of androgen receptor (AR). Administration of anti-androgens blocks AR function by competing away androgen binding and therefore reduces the AR activity. Although initially effective, these treatments quickly fail and the cancer becomes hormone refractory.

Recently, overexpression of AR has been identified and validated as a cause of hormone refractory prostate cancer (*Nat. Med*, 2004, 10, 33-39). Overexpression of AR is sufficient to cause progression from hormone sensitive to hormone refractory prostate cancer, suggesting that better AR inhibitors than the current drugs can slow the progression of prostate cancer. It was demonstrated that AR and its ligand binding are necessary for growth of hormone refractory prostate cancer, indicating that AR is still a target for this disease. It was also demonstrated that overexpression of AR converts anti-androgens from antagonists to agonists in hormone refractory prostate cancer (an AR antagonist inhibits AR activity and an AR agonist stimulates AR activity). Data from this work explain why castration and anti-androgens fail to

2

prevent prostate cancer progression and reveals un-recognized properties of hormone refractory prostate cancer.

Bicalutamide (Brand name: Casodex) is the most commonly used anti-androgen. While it has inhibitory effect on AR in hormone sensitive prostate cancer, it fails to suppress AR when the cancer becomes hormone refractory. Two weaknesses of current antiandrogens are blamed for the failure to prevent prostate cancer progression from hormone sensitive stage to hormone refractory disease and to effectively treat hormone refractory prostate cancer. One is their weak antagonistic activities and the other is their strong agonistic activities when AR is overexpressed in hormone refractory prostate cancer. Therefore, better AR inhibitors with more potent antagonistic activities and minimal agonistic activities are needed to delay disease progression and to treat the fatal hormone refractory prostate cancer.

Nonsteroidal anti-androgens, have been preferred over steroidal compounds for prostate cancer because they are more selective and have fewer side effects. A wide variety of such compounds were described in U.S. Pat. Nos. 4,097,578, 5,411,981, and 5,705,654, U.S. published applications 2004/0009969 and 2007/0004753, and PCT international applications published as WO 97/00071, WO 00/17163 and WO 06/124118.

Accordingly, identification of compounds which have high potency to antagonize the androgen activity, and which have minimal agonistic activity would overcome the hormone refractory prostate cancer (HRPC) and avoid or slowdown the progression of hormone sensitive prostate cancer (HSPC). There is a need in the art for the identification of selective modulators of the androgen receptor, such as modulators which are non-steroidal, non-toxic, and tissue selective.

## SUMMARY OF THE INVENTION

A series of compounds that modulate the function of the nuclear hormone receptors, especially the androgen receptor are presented. These compounds can cause disappearance of prostate cancer cells and tumors.

In an embodiment, a compound is according to formula II.

Formula II



Het represents a heterocyclic unit of 5 or 6 atoms. A and B are independently selected from oxygen, sulfur, and $N$—$R_9$, with $R_9$ being selected from hydrogen, aryl, substituted aryl, alkyl, substituted alkyl, alkenyl, substituted alkenyl, alkynyl, substituted alkynyl, halogenated. alkyl, halogenated alkenyl, halogenated alkynyl, arylalkyl, arylalkenyl, arylalkynyl, heterocyclic aromatic or non-aromatic, substituted heterocyclic aromatic or non-aromatic, cycloalkyl, substituted cycloalkyl, $SO_2R_{11}$, $NR_{11}R_{12}$, $NR_{13}(CO)OR_{11}$, $NH(CO)NR_{11}R_{12}$, $NR_{12}(CO)R_{11}$, $O(CO)R_{11}$, $O(CO)OR_{11}$, $O(CS)R_{11}$, $NR_{13}(CS)$ $R_{11}$, $NH(CS)NR_{11}R_{12}$, or $NR_{12}(CS)OR_{11}$. $R_{11}$ and $R_{12}$ are independently selected from hydrogen, alkyl, substituted alkyl, alkenyl or substituted alkenyl, alkynyl or substituted alkynyl, aryl, substituted aryl, arylalkyl, arylalkenyl, arylalkynyl, heterocyclic aromatic or non-aromatic, or substituted heterocyclic aromatic or non-aromatic. $R_1$ is selected from

TX 63.0013

hydrogen, aryl, substituted aryl, alkyl, substituted alkyl, alkenyl, substituted alkenyl, alkynyl, substituted alkynyl, halogenated alkyl, halogenated alkenyl, halogenated alkynyl, arylalkyl, arylalkenyl, arylalkynyl, heterocyclic aromatic or non-aromatic, substituted heterocyclic aromatic or non-aromatic, cycloalkyl, substituted cycloalkyl, $SO_2R_{11}$, $NR_{11}R_{12}$, $NR_{12}$ $(CO)OR_{11}$, $NH(CO)NR_{11}R_{12}$, $NR_{12}(CO)R_{11}$, $O(CO)R_{11}$, $O(CO)OR_{11}$, $O(CS)R_{11}$, $NR_{12}(CS)R_{11}$, $NH(CS)NR_{11}R_{12}$, or $NR_{12}(CS)OR_{11}$. $R_2$ and $R_3$ are independently selected from hydrogen, aryl, alkyl, substituted alkyl, alkenyl, substituted alkenyl, alkynyl, substituted alkynyl, halogenated alkyl, halogenated alkenyl, halogenated alkynyl, arylalkyl, arylalkenyl, arylalkynyl, heterocyclic aromatic or non-aromatic, substituted heterocyclic aromatic or non-aromatic, cycloalkyl, or substituted cycloalkyl, or, together with the carbon to which they are linked, form a cycle which can be cycloalkyl, substituted cycloalkyl, heterocyclic aromatic or non-aromatic, substituted heterocyclic aromatic or non-aromatic.

$R_1$ and $R_3$ can be connected to form a cycle which can be heterocyclic aromatic or non aromatic, substituted heterocyclic aromatic or non aromatic. $R_{11}$ and $R_{12}$ can be connected to form a cycle which can be heterocyclic aromatic or non-aromatic, substituted heterocyclic aromatic, cycloalkyl, or substituted cycloalkyl.

For example, the compound can be A51 or A52.

A51



A52



In an embodiment, a pharmaceutical composition includes a therapeutically effective amount of a compound according to Formula II, or a pharmaceutically acceptable salt thereof, and a pharmaceutically acceptable carrier, diluent, or adjuvant.

The pharmaceutical composition can include a solution of dimethylsulfoxide, phosphate buffered saline solution, and water. The pharmaceutical composition can include dimethylsulfoxide, a carboxymethylcellulose, a polysorbate, and water.

An embodiment of a method includes preventing or treating a disease or disorder related to nuclear receptor activity.

A method for preventing or treating a hyperproliferative disorder, such as hormone sensitive prostate cancer or hormone refractory prostate cancer, can include administering a compound according to Formula II, or a pharmaceutically acceptable salt thereof, to a subject in need of such prevention or treatment, thereby preventing or treating the hyperproliferative disorder. The compound can be administered at a dosage in the range of from about 1 mg per kg body weight per day to about 50 mg per kg body weight per day. The compound can be administered, for example, by intravenous injection, by injection into tissue, intraperitoneally, orally, or nasally.

In an embodiment, the compound according to Formula II is an antagonist of a nuclear receptor or an antagonist of an androgen receptor.

## DESCRIPTION OF THE DRAWINGS

FIG. 1 is a bar chart depicting the antagonist effect of compounds A51 and A52 on HS cancer cells.

FIG. 2 is a bar chart depicting the antagonist effect of compounds A51 and A52 on HS cancer cells.

FIG. 3 is a bar chart depicting the antagonist effect of compounds A51 and A52 on HR cancer cells.

FIG. 4 is a graph depicting the pharmacokinetic behavior of compound A52.

FIG. 5 is a graph depicting the effect of compound A52 on LnCaP-AR-overexpressed tumor size at 10 mg/kg.

FIG. 6 presents images depicting the disappearance of Luciferase activity after 17 days of treatment with compound A52.

## DETAILED DESCRIPTION

Embodiments of the invention are discussed in detail below. In describing embodiments, specific terminology is employed for the sake of clarity. However, the invention is not intended to be limited to the specific terminology so selected. A person skilled in the relevant art will recognize that other equivalent parts can be employed and other methods developed without parting from the spirit and scope of the invention. All references cited herein are incorporated by reference as if each had been individually incorporated.

The present invention relates to the compounds of formula II, methods of using such compounds as modulators of androgen receptors and to pharmaceutical compositions containing such compounds and salts thereof. Compounds of formula II can be used to agonize or antagonize the function of the nuclear receptor. The compounds can be used to antagonize the androgen receptor. Use of the compounds is not limited to affecting the androgen receptor, but can, for example, also be useful for the treatment of other diseases related to nuclear receptor function. Formula II can be represented as the structure

Formula II



wherein, Het is a heterocyclic unit of 5 and 6 atoms. Preferred heterocyclic units are selected from compounds represented by the structures

TX 63.0014

5

6

and the like. However, the invention is not intended to be limited to compounds having these structures.

Herein, $R_4$, $R_5$, $R_6$, and $R_7$ are independently selected from the group consisting of hydrogen, alkyl, substituted alkyl, alkenyl, substituted alkenyl, alkynyl, substituted alkynyl, aryl, substituted aryl, arylalkyl, arylalkenyl, arylalkynyl, halogenated alkyl, halogenated alkenyl, halogenated alkynyl, halogen, CN, $NO_2$, $OR_{11}$, $SR_{11}$, $NR_{11}R_{12}$, $NH(CO)OR_{11}$, $NH(CO)NR_{11}R_{12}$, $NR_{12}(CO)R_{11}$, $O(CO)R_{11}$, $O(CO)OR_{11}$, $O(CS)R_{11}$, $NR_{12}(CS)R_{11}$, $NH(CS)NR_{11}R_{12}$, $NR_{12}(CS)$ $OR_{11}$. $R_4$ is preferably CN or $NO_2$. $R_5$ is preferably trifluoromethyl, halogenated alkyl, halogenated alkenyl, halogenated alkynyl and halogen. $R_6$ and $R_7$ are preferably hydrogen, alkyl or halogen. $R_4$, $R_5$, $R_6$, and $R_7$ can be independently connected to form a cycle which can be aromatic, substituted aromatic, heterocyclic aromatic or non-aromatic, substituted heterocyclic aromatic or non-aromatic, cycloalkyl, substituted cycloalkyl. X is selected from sulfur (S), oxygen (O), $NR_8$ wherein N is nitrogen and $R_8$ is selected from the group consisting of hydrogen, alkyl, substituted alkyl, alkenyl, substituted alkenyl, alkynyl, substituted alkynyl, aryl, substituted aryl, arylalkyl, arylalkenyl, arylalkynyl, halogenated alkyl, halogenated alkenyl, halogenated alkynyl, halogen, $(CO)R_{11}$, $(CO)OR_{11}$, $(CS)R_{11}$, $(CS)$ $OR_{11}$.

$R_1$ is selected from hydrogen, aryl, substituted aryl, alkyl, substituted alkyl, alkenyl, substituted alkenyl, alkynyl, substituted alkynyl, halogenated alkyl, halogenated alkenyl, halogenated alkynyl, arylalkyl, arylalkenyl, arylalkynyl, heterocyclic aromatic or non-aromatic, substituted heterocyclic aromatic or non-aromatic, cycloalkyl, substituted cycloalkyl, $SO_2R_{11}$, $NR_{11}R_{12}$, $NR_{12}(CO)OR_{11}$, $NH(CO)NR_{11}R_{12}$, $NR_{12}$ $(CO)R_{11}$, $O(CO)R_{11}$, $O(CO)OR_{11}$, $O(CO)OR_{11}$, $(CS)R_{11}$, $NR_{12}(CS)R_{11}$, $NH(CS)NR_{11}R_{12}$, $NR_{12}(CS)OR_{11}$. $R_1$ is preferably aryl, substituted aryl, alkyl, substituted alkyl, alkenyl, substituted alkenyl.

$R_2$ and $R_3$ are independently selected from hydrogen, aryl, alkyl, substituted alkyl, alkenyl, substituted alkenyl, alkynyl, substituted alkynyl, halogenated alkyl, halogenated alkenyl, halogenated alkynyl, arylalkyl, arylalkenyl, arylalkynyl, heterocyclic aromatic or non-aromatic, substituted heterocyclic aromatic or non-aromatic, cycloalkyl, substituted cycloalkyl. $R_2$ and $R_3$ can be connected to form a cycle which can be heterocyclic aromatic or non aromatic, substituted heterocyclic aromatic or non aromatic, cycloalkyl, substituted cycloalkyl. $R_1$ and $R_2$ can be connected to form a cycle which can be heterocyclic aromatic or non aromatic, substituted heterocyclic aromatic or non aromatic.

A and B are independently selected from oxygen (O), sulfur (S) and N—$R_9$. $R_9$ is selected from hydrogen, aryl, substituted aryl, alkyl, substituted alkyl, alkenyl, substituted alkenyl, alkynyl, substituted alkynyl, halogenated alkyl, halogenated alkenyl, halogenated alkynyl, arylalkyl, arylalkenyl, arylalkynyl, heterocyclic aromatic or non-aromatic, substituted heterocyclic aromatic or non-aromatic, cycloalkyl, substituted cycloalkyl, $SO_2R_{11}$, $NR_{11}R_{12}$, $NR_{12}(CO)OR_{11}$, $NH(CO)NR_{11}R_{12}$, $NR_{12}(CO)R_{11}$, $O(CO)R_{11}$, $O(CO)OR_{11}$, $O(CS)R_{11}$, $NR_{12}(CS)R_{11}$, $NH(CS)NR_{11}R_{12}$, $NR_{12}(CS)$ $OR_{11}$.

$R_{11}$ and $R_{12}$ are independently selected from hydrogen, alkyl, substituted alkyl, alkenyl or substituted alkenyl, alkynyl or substituted alkynyl, aryl, substituted aryl, arylalkyl, arylalkenyl, arylalkynyl, heterocyclic aromatic or non-aromatic, substituted heterocyclic aromatic or non-aromatic. $R_{11}$ and $R_{12}$ can be connected to form a cycle which can be heterocyclic aromatic or non-aromatic, substituted heterocyclic aromatic, cycloalkyl, substituted cycloalkyl.

The following definitions apply to the terms as used throughout this specification, unless otherwise limited in specific instances.

As used herein, the term "alkyl" denotes branched or unbranched hydrocarbon chains, preferably having about 1 to about 8 carbons, such as, methyl, ethyl, n-propyl, isopropyl, n-butyl, sec-butyl, isobutyl, tert-butyl, 2-methylbutyl, pentyl, hexyl, isohexyl, heptyl, 4,4-dimethylpentyl, octyl, 2,2,4-trimethylpentyl and the like. "Substituted alkyl" includes an alkyl group optionally substituted with one or more functional groups which are attached commonly to such chains, such as, hydroxyl, bromo, fluoro, chloro, iodo, mercapto or thio, cyano, alkylthio; heterocyclyl, aryl, heteroaryl, carboxyl, carbalkoyl, alkyl, alkenyl, nitro, amino, alkoxyl, amido, and the like to form alkyl groups such as trifluoromethyl, 3-hydroxyhexyl, 2-carboxypropyl, 2-fluoroethyl, carboxymethyl, cyanobutyl and the like.

Unless otherwise indicated, the term "cycloalkyl" as employed herein alone or as part of another group includes saturated or partially unsaturated (containing 1 or more double bonds) cyclic hydrocarbon groups containing 1 to 3 rings, including monocycloalkyl, bicycloalkyl and tricycloalkyl, containing a total of 3 to 20 carbons forming the rings, preferably 3 to 10 carbons, and which can be fused to 1 or 2 aromatic rings as described for aryl, which include cyclo-

TX 63.0015

propyl, cyclobutyl, cyclopentyl, cyclohexyl, cycloheptyl, cyclooctyl, cyclodecyl and cyclododecyl, cyclohexenyl. "Substituted cycloalkyl" includes a cycloalkyl group optionally substituted with 1 or more substituents such as halogen, alkyl, alkoxy, hydroxy, aryl, aryloxy, arylalkyl, cycloalkyl, alkylamido, alkanoylamino, oxo, acyl, arylcarbonylamino, amino, nitro, cyano, thiol and/or alkylthio and/or any of the substituents included in the definition of "substituted alkyl." For example,



and the like.

Unless otherwise indicated, the term "alkenyl" as used herein by itself or as part of another group refers to straight or branched chain radicals of 2 to 20 carbons, preferably 2 to 12 carbons, and more preferably 2 to 8 carbons in the normal chain, which include one or more double bonds in the normal chain, such as vinyl, 2-propenyl, 3-butenyl, 2-butenyl, 4-pentenyl, 3-pentenyl, 2-hexenyl, 3-hexenyl, 2-heptenyl, 3-heptenyl, 4-heptenyl, 3-octenyl, 3-nonenyl, 4-decenyl, 3-undecenyl, 4-dodecenyl, 4,8,12-tetradecatrienyl, and the like. "Substituted alkenyl" includes an alkenyl group optionally substituted with one or more substituents, such as the substituents included above in the definition of "substituted alkyl" and "substituted cycloalkyl."

Unless otherwise indicated, the term "alkynyl" as used herein by itself or as part of another group refers to straight or branched chain radicals of 2 to 20 carbons, preferably 2 to 12 carbons and more preferably 2 to 8 carbons in the normal chain, which include one or more triple bonds in the normal chain, such as 2-propynyl, 3-butynyl, 2-butynyl, 4-pentynyl, 3-pentynyl, 2-hexynyl, 3-hexynyl, 2-heptynyl, 3-heptynyl, 4-heptynyl, 3-octynyl, 3-nonynyl, 4-decynyl, 3-undecynyl, 4-dodecynyl and the like. "Substituted alkynyl" includes an alkynyl group optionally substituted with one or more substituents, such as the substituents included above in the definition of "substituted alkyl" and "substituted cycloalkyl."

The terms "arylalkyl", "arylalkenyl" and "arylalkynyl" as used alone or as part of another group refer to alkyl, alkenyl and alkynyl groups as described above having an aryl substituent. Representative examples of arylalkyl include, but are not limited to, benzyl, 1- and 2-phenylethyl, 2- and 3-phenylpropyl, benzhydryl and naphthylmethyl and the like. "Substituted arylalkyl" includes arylalkyl groups wherein the aryl portion is optionally substituted with one or more substituents, such as the substituents included above in the definition of "substituted alkyl" and "substituted cycloalkyl."

The term "halogen" or "halo" as used herein alone or as part of another group refers to chlorine, bromine, fluorine, and iodine.

The terms "halogenated alkyl", "halogenated alkenyl" and "halogenated alkynyl" as used herein alone or as part of another group refers to "alkyl", "alkenyl" and "alkynyl" which are substituted by one or more atoms selected from fluorine, chlorine, bromine, and iodine.

Unless otherwise indicated, the term "aryl" or "Ar" as employed herein alone or as part of another group refers to monocyclic and polycyclic aromatic groups containing 6 to 10 carbons in the ring portion (such as phenyl or naphthyl including 1-naphthyl and 2-naphthyl) and can optionally include one to three additional rings fused to a carbocyclic ring or a heterocyclic ring (such as aryl, cycloalkyl, heteroaryl or cycloheteroalkyl rings).

"Substituted aryl" includes an aryl group optionally substituted with one or more functional groups, such as halo, alkyl, haloalkyl, alkoxy, haloalkoxy, alkenyl, trifluoromethyl, trifluoromethoxy, alkynyl, cycloalkyl, cycloalkylalkyl, cycloheteroalkyl, cycloheteroalkylalkyl, aryl, heteroaryl, arylalkyl, aryloxy, aryloxyalkyl, arylalkoxy, alkoxycarbonyl, arylcarbonyl, arylalkenyl, aminocarbonylaryl, arylthio, arylsulfinyl, arylazo, heteroarylalkyl, heteroarylalkenyl, heteroarylheteroaryl, heteroaryloxy, hydroxy, nitro, cyano, amino, substituted amino wherein the amino includes 1 or 2 substituents (which are alkyl, aryl or any of the other aryl compounds mentioned in the definitions), carbamoyl, alkyl carbamoyl, amidified carboxy, amidified carboxyalkyl, alkyl amidified carboxyalkyl, thiol, alkylthio, arylthio, heteroarylthio, arylthioalkyl, alkoxyarylthio, alkylcarbonyl, arylcarbonyl, alkylaminocarbonyl, arylaminocarbonyl, alkoxycarbonyl, aminocarbonyl, alkylcarbonyloxy, arylcarbonyloxy, alkylcarbonylamino, arylcarbonylamino, arylsulfinyl, arylsulfinylalkyl, arylsulfonylamino or arylsulfonaminocarbonyl and/or any of the alkyl substituents set out herein.

Unless otherwise indicated, the term "heterocyclic" or "heterocycle", as used herein, represents an unsubstituted or substituted stable 5- to 10-membered monocyclic ring system which can be saturated or unsaturated, and which consists of carbon atoms and from one to four heteroatoms selected from N, O, or S, and wherein the nitrogen and sulfur heteroatoms can optionally be oxidized; and the nitrogen heteroatom can optionally be quaternized. The heterocyclic ring can be attached at any heteroatom or carbon atom which results in the creation of a stable structure. Examples of such heterocyclic groups include, but are not limited to, piperidinyl, piperazinyl, oxopiperazinyl, oxopiperidinyl, oxopyrrolidinyl, azepinyl, oxoazepinyl, pyrrolyl, pyrrolidinyl, furanyl, thienyl, pyrazolyl, pyrazolidinyl, imidazolyl, imidazolinyl, imidazolidinyl, pyridyl, pyrazinyl, pyrimidinyl, pyridazinyl, oxazolyl, oxazolidinyl, isoxazolyl, isoxazolidinyl, morpholinyl, thiazolyl, thiazolidinyl, isothiazolyl, thiadiazolyl, tetrahydropyranyl, thiamorpholinyl, thiamorpholinyl sulfoxide, thiamorpholinyl sulfone, and oxadiazolyl. The term "heterocyclic aromatic" as used here in alone or as part of another group refers to a 5- or 7-membered aromatic ring which includes 1, 2, 3 or 4 hetero atoms such as nitrogen, oxygen or sulfur and such rings fused to an aryl, cycloalkyl, heteroaryl or heterocycloalkyl ring (e.g., benzothiophenyl, indolyl), and includes possible N-oxides. "Substituted heteroaryl" includes a heteroaryl group optionally substituted with 1 to 4 substituents, such as the substituents included above in the definition of "substituted alkyl" and "substituted cycloalkyl." Examples of heteroaryl groups include the following:

9

-continued



and the like.

The compounds of formula II can be present as salts, which are also within the scope of this invention. Pharmaceutically acceptable (i.e., non-toxic, physiologically acceptable) salts are preferred. If the compounds of formula II have, for example, at least one basic center, they can form acid addition salts. These are formed, for example, with strong inorganic acids, such as mineral acids, for example sulfuric acid, phosphoric acid or a hydrohalic acid, with strong organic carboxylic acids, such as alkanecarboxylic acids of 1 to 4 carbon atoms which are unsubstituted or substituted, for example, by halogen, for example acetic acid, such as saturated or unsaturated dicarboxylic acids, for example oxalic, malonic, succinic, maleic, fumaric, phthalic or terephthalic acid, such as hydroxycarboxylic acids, for example ascorbic, glycolic, lactic, malic, tartaric or citric acid, such as amino acids, (for example aspartic or glutamic acid or lysine or arginine), or benzoic acid, or with organic sulfonic acids, such as (C1-C4) alkyl or arylsulfonic acids which are unsubstituted or substituted, for example by halogen, for example methyl- or p-toluene-sulfonic acid. Corresponding acid addition salts can also be formed having, if desired, an additionally present basic center. The compounds of formula II having at least one acid group (for example COOH) can also form salts with bases. Suitable salts with bases are, for example, metal salts, such as alkali metal or alkaline earth metal salts, for example sodium, potassium or magnesium salts, or salts with ammonia or an organic amine, such as morpholine, thiomorpholine, piperidine, pyrrolidine, a mono, di or tri-lower alkylamine, for example ethyl, tert-butyl, diethyl, diisopropyl, triethyl, tributyl or dimethyl-propylamine, or a mono, di or trihydroxy lower alkylamine, for example mono, di or triethanolamine. Corresponding internal salts can furthermore be formed. Salts which are unsuitable for pharmaceutical uses but which can be employed, for example, for the isolation or purification of free compounds of formula II or their pharmaceutically acceptable salts, are also included. Preferred salts of the compounds of formula II which contain a basic group include monohydrochloride, hydrogensulfate, methanesulfonate, phosphate or nitrate. Preferred salts of the compounds of formula II which contain an acid group include sodium, potassium and magnesium salts and pharmaceutically acceptable organic amines.

10

The term "modulator" used in this invention refers to a chemical compound with capacity to either enhance (e.g., "agonist" activity) or inhibit (e.g., "antagonist" activity) a functional property of biological activity or process (e.g., enzyme activity or receptor binding); such enhancement or inhibition can be contingent on the occurrence of a specific event, such as activation of a signal transduction pathway, and/or can be manifest only in particular cell types.

The term "prodrug esters" as employed herein includes imines, esters and carbonates formed by reacting one or more hydroxyls of compounds of formula II with alkyl, alkoxy, or aryl substituted acylating agents employing procedures known to those skilled in the art to generate acetates, pivalates, methylcarbonates, benzoates and the like. Any compound that can be converted in vivo to provide the bioactive agent (i.e., the compound of formula II) is a prodrug within the scope and spirit of the invention. Various forms of prodrugs are well known in the art. A comprehensive description of prodrugs and prodrug derivatives are described in: (1) The Practice of Medicinal Chemistry, Camille G. Wermuth et al., Ch 31, (Academic Press, 1996); (2) Design of Prodrugs, edited by H. Bundgaard, (Elsevier, 1985); (3) A Textbook of Drug Design and Development, P. Krogsgaard-Larson and H. Bundgaard, eds. Ch 5, pgs 113-191 (Harwood Academic Publishers, 1991).

Synthesis

The compounds of formula II of the invention can be prepared as shown in the following reaction schemes and description thereof, as well as relevant published literature procedures that can be used by one skilled in the art. Exemplary reagents and procedures for these reactions appear hereinafter and in the working Examples.

As illustrated in Scheme 1, compounds of formula A4 can be prepared from intermediate A3 with an appropriate electrophile. Intermediates of formula A3 can be obtained by reacting intermediates A1 with A2 in an appropriate solvent such as N,N-dimethylformamide. Intermediates A1 and A2 can be obtained commercially, can be prepared by methods known in the literature, or can be readily prepared by one skilled in the art. Compounds of formula A3 can be treated with acid to afford compounds of formula A5. Compounds of formula A5 can be treated with Lawesson's reagent to obtain compounds of formula A6.

Scheme 2: Synthesis of A51



Synthesis of 3-(trifluoromethyl)pyridine-N-oxide, A8

To a mixture of 3-(trifluoromethyl)pyridine A7 (1.47 g, 10 mmol) and methyltrioxorhenium (0.0025 g, 0.01 mmol) in dichloromethane (2 ml) was added 30% hydrogen peroxide (4 ml). The mixture was stirred at room temperature for 5 hours. A small portion of MnO₂ (3 mg) was added and the medium was stirred for an additional 1 hour and then dichloromethane was added (50 ml). The medium was washed with brine, dried over MgSO₄ and concentrated to obtain compound A8 as an off-white powder (1.56 g, 9.6 mmol, 96%). ¹H NMR (400 MHz, CDCl₃) δ 7.22-7.23 (m, 2H), 8.15 (d, J=3.6, 1H), 8.23 (s, 1H); ¹³C NMR (100 MHz, CDCl₃) δ 120.50 (q, J=3.5 Hz), 121.58 (q, 271.4 Hz), 126.48, 130.10 (q, J=34.5 Hz), 136.52 (q, J=3.7 Hz), 141.89.

Synthesis of 2-cyano-3-(trifluoromethyl)pyridine, A9

To a solution of 3-(trifluoromethyl)pyridine-N-oxide A8 (1.3 g, 8 mmol) in acetonitrile was added trimethylsilyl cya-

nide (0.99 g, 10 mmol) and triethylamine (2.02 g, 20 mmol). The mixture was stirred at room temperature for 24 hours and then was washed with saturated Na₂CO₃ and extracted with dichloromethane. The organic layer was dried over MgSO₄ and concentrated to yield a brown residue which was chromatographed (EtOAc:Pentane, 1:2). Compound A9 was obtained as a light yellow solid (0.715 g, 4.16 mmol, 52%). NMR (400 MHz, CDCl₃) δ 7.73 (dd, J=8.0 Hz, J₂=4.8 Hz, 1H), 8.15 (d, J=8.0 Hz, 1H), 8.91 (d, J=4.8 Hz, 1H); ¹³C NMR (100 MHz, CDCl₃) δ 114.18, 121.74 (q, J=272.3 Hz), 126.65, 130.45 (q, J=33.8 Hz), 131.25, 134.66 (q, J=4.2 Hz), 153.44.

Synthesis of
2-cyano-3-(trifluoromethyl)-5-nitropyridine, A10

To a mixture of A9 (0.688 g, 4 mmol) and tetramethylammonium nitrate (1.09 g, 8 mmol) in 1,2-dichloroethane was added trifluoroacetic anhydride (1.68 g, 8 mmol). The mixture was sealed and heated to 60° C. for 48 hours. The mixture was washed with saturated sodium bicarbonate and extracted with ethyl acetate. The organic layer was dried over MgSO₄ and concentrated to yield a yellow residue which was chromatographed (EtOAc:pentane, 1:4) to yield compound A10 (0.095 g, 0.44 mmol, 11%) and the remaining starting material. ¹H NMR (400 MHz, CDCl₃) δ 8.91 (d, J=2.4 Hz, 1H), 9.69 (d, J=2.4 Hz, 1H); ¹³C NMR (100 MHz, CDCl₃) δ 112.70, 120.65 (q, J=273.5 Hz), 129.11, 130.40 (q, J=4.4 Hz), 131.58 (q, J=35.5 Hz), 144.22, 148.23.

Synthesis of
2-cyano-3-(trifluoromethyl)-5-aminopyridine, A11

A mixture of 2-cyano-3-(trifluoromethyl)-5-nitropyridine A10 (0.095 g, 0.44 mmol) and iron powder (0.112 g, 2 mmol) in ethyl acetate (1 ml) and acetic acid (1 ml) was heated for 15 hours. The solid particle was filtered through Celite and the filtrate was concentrated and chromatographed (EtOAc:pentane, 1:1) to yield compound A11 (0.075 g, 0.4 mmol, 91%). ¹H NMR (400 MHz, CDCl₃) δ 6.36 (bs, 2H), 7.38 (d, J=2.4 Hz, 1H), 8.26 (d, J=2.4 Hz, 1H).

Alternatively, 2-cyano-3-(trifluoromethyl)-5-nitropyridine A10 can be reacted with hydrogen over Raney-Ni to obtain 2-cyano-3-(trifluoromethyl)-5-aminopyridine, A11.

Synthesis of 5-isothiocyanato-3-trifluoromethylpyridine-2-carbonitrile, A12

To a heterogeneous mixture of 2-cyano-3-(trifluoromethyl)-5-nitropyridine A11 (0.075 g, 0.4 mmol) in water (2 ml) was added thiophosgene (50 µl). The mixture was stirred for 2 hours and then washed with water and extracted with chloroform. The organic layer was dried over MgSO₄ and concentrated to yield compound A12 (0.087 g, 0.38 mmol, 95%). ¹H NMR (400 MHz, CDCl₃) δ 7.85 (d, J=2.4 Hz, 1H), 8.72 (d, J=2.4 Hz, 1H); ¹³C NMR (100 MHz, CDCl₃) δ 113.61, 121.04 (q, J=273.1 Hz), 127.41, 130.38 (q, J=4.3 Hz), 131.44 (q, J=34.4 Hz), 133.55, 144.75, 150.30.

Synthesis of
1-(4-methylphenyl)aminocyclobutanenitrile, B1

Trimethylsilyl cyanide (0.93 ml, 7 mmol) was added dropwise to a mixture of p-toluidine (0.535 g, 5 mmol) and cyclobutanone (0.42 g, 6 mmol). The reaction mixture was stirred at room temperature for 6 h and then concentrated under vacuum to obtain a brown liquid which was subjected

TX 63.0018

to chromatography (dichloromethane) to yield B1 (0.912 g, 4.9 mmol, 98%) as a yellowish solid.

### Synthesis of 5-(8-oxo-6-thioxo-5-(4-methylphenyl)-5,7-diazaspiro[3.4]oct-7-yl)-3-trifluoromethylpyridine-2-carbonitrile, A51

A mixture of A12 (0.057 g, 0.265 mmol) and B1 (0.05 g, 0.265 mmol) in DMF (0.5 ml) was stirred at room temperature for 24 h. To this mixture were added methanol (2 ml) and aq. 2N HCl (1 ml). The second mixture was refluxed for 2 h. After being cooled to room temperature, the reaction mixture was poured into cold water (10 ml) and extracted with ethyl acetate (20 ml). The organic layer was dried over MgSO₄, concentrated and chromatographed (dichloromethane) to yield compound A51 (0.066 g, 0.159 mmol, 60%) as a white powder.



¹H NMR (CDCl₃, 400 MHz) δ 1.63-1.73 (m, 1H), 2.17-2.28 (m, 1H), 2.47 (s, 3H), 2.55-2.71 (m, 4H), 7.21 (d, J=8.4 Hz, 2H), 7.41 (d, J=8.4 Hz, 2H), 8.39 (d, J=2.0 Hz, 1H), 9.11 (d, J=2.0 Hz, 1H); ¹³C NMR (CDCl₃, 100 MHz) δ 13.70, 21.38, 31.46, 67.61, 113.88, 121.36 (q, J=272.9 Hz), 129.45, 129.73, 130.40 (q, J=34.3 Hz), 130.86, 132.14, 132.53, 134.04 (q, J=4.3 Hz), 140.33, 152.37, 174.74, 179.17.

### N-methyl-4-(1-cyanocyclobutylamino)-2-fluorobenzamide, B2

Sodium cyanide (1.47 g, 30 mmol) was added to a mixture of N-methyl 4-amino-2-fluorobenzamide (1.68 g, 10 mmol) and cyclobutanone (1.4 g, 20 mmol) in 90% acetic acid (20 ml). The reaction mixture was stirred at 80° C. for 24 hours. The mixture was washed with water and extracted with ethyl acetate. The organic layer was dried over magnesium sulfate and concentrated to dryness under vacuum. The solid was washed with a 50:50 mixture of ethyl ether and hexane (10 ml) to remove cyclobutanone cyanohydrin to afford after filtration B2 (2.19 g, 8.87 mmol, 89%). ¹H NMR (CDCl₃, 400 MHz) δ 1.87-1.95 (m, 1H), 2.16-2.27 (m, 1H), 2.35-2.41 (m, 2H), 2.76-2.93 (m, 2H), 2.97 (d, J=4.4 Hz, 3H), 4.68 (bs, 1H), 6.29 (dd, J=14.3, 1.8 Hz, 1H), 6.48 (dd, J=8.3, 1.8 Hz, 1H), 6.75 (q, J=4.4 Hz, 1H), 7.90 (dd, J=8.3, 8.3 Hz, 1H); ¹³C NMR (CDCl₃, 100 MHz) δ 15.7, 26.7, 33.9, 49.4, 100.2 (d, J=29.5 Hz), 110.6, 111.0 (d, J=11.8 Hz), 133.1 (d, J=4.2 Hz), 148.4 (d, J=12.0 Hz), 162.0 (d, J=244.1 Hz), 164.4 (d, J=3.6 Hz).

### Synthesis of 4-[7-(6-cyano-5-trifluoromethylpyridin-3-yl)-8-oxo-6-thioxo-5,7-diazaspiro[3.4]oct-5-yl]-2-fluoro-N-methylbenzamide, A52

A mixture of A12 (0.03 g, 0.13 mmol) and B2 (0.032 g, 0.13 mmol) in DMF (0.5 ml) was heated under microwave irradiation at 80° C. for 20 hours. To this mixture was added methanol (2 ml) and aq. 2N HCl (1 ml). The second mixture was refluxed for 2 hours. After being cooled to room tempera-

ture, the reaction mixture was poured into cold water (10 ml) and extracted with ethyl acetate (15 ml). The organic layer was dried over MgSO₄, concentrated and chromatographed (dichloromethane:acetone, 95:5) to yield A52 (0.022 g, 0.046 mmol, 35%) as a white powder.



¹H NMR (CDCl₃, 400 MHz) δ 1.66-1.76 (m, 1H), 2.19-2.31 (m, 1H), 2.51-2.60 (m, 2H), 2.67-2.75 (m, 2H), 3.07 (d, J=4.9 Hz, 3H), 6.75 (q, J=4.8 Hz, 1H), 7.17 (dd, J=11.4, 1.9 Hz, 1H), 7.26 (dd, J=8.3, 1.9 Hz, 1H), 8.31 (dd, J=8.3, 8.3 Hz, 1H), 8.34 (d, J=2.1 Hz, 1H), 9.08 (d, J=2.1 Hz, 1H); ¹³C NMR (CDCl₃, 100 MHz) δ 13.6, 27.0, 31.7, 67.6, 113.7, 118.1, 118.4, 121.4 (q, J=272.9 Hz), 126.5, 130.0, 130.5 (q, J=34.5 Hz), 132.2, 133.7, 134.0, (q, J=4.2 Hz), 138.7 (d, J=10.7 Hz), 152.2, 160.5 (d, J=249.4 Hz), 162.6, 174.1, 179.0; ¹⁹F NMR (CDCl₃, 100 MHz) δ −110.94, −62.57.

### Scheme 3: Synthesis of A52

In other embodiments, the present invention is directed to the method of synthesizing A52 described below. In some embodiments, Examples 1-8 can be performed sequentially to synthesize A52. However, as one of skill in the art will appreciate, this invention is not limited to the steps in Examples 1-8 as equivalent steps to those below are also encompassed by the present invention. Persons skilled in the art will recognize additional compounds that can be prepared utilizing similar methodology.

### Synthesis of 3-(trifluoromethyl)pyridin-2(1H)-one, 2



A solution of 2-chloro-3-(trifluoromethyl)pyridine 1 (5.00 g, 27.54 mmol) in a mixture of glacial acetic acid (50 ml) and water (5 ml) was refluxed for 7 days. The mixture was diluted with water (100 ml) and 6N aqueous NaOH was added until a pH of about 5 to about 6 was reached. The mixture was extracted with ethyl acetate (3×40 ml), the combined organic phases were dried over Na₂SO₄, and then all solvents were removed under reduced pressure. The resulting residue was dissolved in ethyl acetate and hexane was added to precipitate a product. After filtration, 3-(trifluoromethyl)pyridin-2(1H)-one 2 was obtained as an off-white powder (4.16 g, 25.51 mmol, 93%).

TX 63.0019

$^1$H NMR (400 MHz, DMSO) δ 12.31 (bs, 1H), 7.91 (d, J=7.1 Hz, 1H), 7.69 (d, J=6.4 Hz, 1H), 6.30 (t, J=6.7 Hz, 1H).[1]

### Synthesis of 5-nitro-3-(trifluoromethyl)pyridin-2(1H)-one, 3



A mixture of 3-(trifluoromethyl)pyridin-2(1H)-one 2 (2.00 g, 12.26 mmol) and sulfuric acid (H$_2$SO$_4$, 3.5 ml, 30%) was heated to 90° C. and nitric acid (HNO$_3$, 2.5 ml, 65%) was added. The mixture was stirred at 90° C. for 8 hours and additional nitric acid (1 ml, 65%) was added. The mixture was stirred for an additional 6 hours at 90° C. and was then poured into a beaker containing ice (30 ml). The mixture was diluted with water (30 ml) and 6N aqueous NaOH was added until a pH of about 4 to about 5. The mixture was extracted with ethyl acetate (3×40 ml), the combined organic phases dried over Na$_2$SO$_4$ and all solvents were removed under reduced pressure. The residue was dissolved in ethyl acetate and the product precipitated by the addition of hexane. After filtration, 5-nitro-3-(trifluoromethyl)pyridin-2(1H)-one 3 was obtained as a yellow powder (1.58 g, 7.59 mmol, 62%).

$^1$H NMR (400 MHz, DMSO) δ 13.47 (bs, 1H), 8.95 (d, J=2.7 Hz, 1H), 8.46 (d, J=2.5 Hz, 1H).[2]

### Synthesis of 2-chloro-5-nitro-3-(trifluoromethyl)pyridine, 4



A mixture of 5-nitro-3-(trifluoromethyl)pyridin-2(1H)-one 3 (1.50 g, 7.21 mmol), POCl$_3$ (2.76 g, 18.02 mmol) and PCl$_5$ (1.4 g, 10.09 mmol) is heated to about 110-120° C. for 8 hours and then poured into ice water. The mixture is neutralized with solid NaHCO$_3$ and extracted with ethyl acetate (3×40 ml). The combined organic phases is dried over Na$_2$SO$_4$ and all solvents removed under reduced pressure to obtain 2-chloro-5-nitro-3-(trifluoromethyl)pyridine 4.

### Synthesis of 6-chloro-5-(trifluoromethyl)pyridin-3-amine, 5

2-Chloro-5-nitro-3-(trifluoromethyl)pyridine 4 (1.57 g, 6.93 mmol) is dissolved in tetrahydrofuran (THF) (10 ml) and added to a suspension of Raney-Ni (200 mg) in THF (20 ml). Hydrogen gas is slowly bubbled through the stirred solution for 24 hours using a balloon. The mixture is filtered through Celite® (available from World Minerals, Inc., Lompoc, Calif.) and the solvent is removed under reduced pressure to obtain 6-chloro-5-(trifluoromethyl)pyridin-3-amine 5.

### Synthesis of 1,1-dimethylethylcarbamate N-6-chloro-5-(trifluoromethyl)pyridin-3-yl, 6



The crude 6-chloro-5-(trifluoromethyl)pyridin-3-amine 5 (1.3 g crude, 6.61 mmol) is dissolved in pyridine (10 ml) and 4-dimethylaminopyridine (DMAP) (50 mg) is added. Di-tert-butyl dicarbonate (2.17 g) is added dropwise and mixture stirred at 22° C. for 4 hours. Toluene (20 ml) is added and all solvents is removed under reduced pressure. The residue is filtered through a plug of silica gel (hexane/ethyl acetate 2:1) to obtain tert-butyl N-6-chloro-5-(trifluoromethyl)pyridin-3-ylcarbamate 6.

### Synthesis of 5-amino-3-(trifluoromethyl)pyridine-2-carbonitrile, 8



The crude tert-butyl N-6-chloro-5-(trifluoromethyl)pyridin-3-ylcarbamate 6 (2.4 g, 6.61 mmol) is dissolved in dimethylacetamide (DMA) (25 ml) and phenanthroline (120 mg, 0.66 mmol) is added. The mixture is heated to 80° C. and KCN (0.47 g, 7.27 mmol) is added. After stirring the mixture stirred for 10 min, CuCN (118 mg, 0.13 mmol) is added and the mixture stirred for 2 hours at 110° C. The cooled mixture is poured into a phosphate buffer (150 ml, pH 7), ethyl acetate (50 ml) is added and the mixture is filtered through Celite®. The layers are separated and the aqueous phase is extracted with ethyl acetate (3×40 ml). The combined organic phases are washed with saturated aqueous NaCl (4×30 ml), dried over Na$_2$SO$_4$ and all solvents removed under reduced pressure to produce the crude N-t-butoxycarbonyl nitrile 7.

The crude N-t-butoxycarbonyl nitrile 7 is dissolved in dichloromethane (20 ml) and trifluoroacetic acid (TFA) (4 ml is added. The mixture is stirred for 3 hours and evaporated. The residue is purified by column chromatography on silica

TX 63.0020

gel (hexane/ethyl acetate 2:1) to obtain 5-amino-3-(trifluoromethyl)pyridine-2-carbonitrile 8.

### Synthesis of 5-isothiocyanato-3-(trifluoromethyl) pyridine-2-carbonitrile, 9



5-Amino-3-(trifluoromethyl)pyridine-2-carbonitrile 8 (1.141 g, 6.1 mmol) is mixed with chloroform (5 ml) and water (40 ml) to give a white suspension. Thiophosgene (0.701 ml, 9.15 mmol) is added and the reaction stirred for 2 hours at 22° C. to give a clear biphasic system. Chloroform (20 ml) is added and the phases are separated. The aqueous layer is extracted with chloroform (30 ml) and the combined organic is washed with saturated aqueous NaHCO₃ and water, dried over MgSO₄ and the solvent is removed under reduced pressure. The crude 5-isothiocyanato-3-(trifluoromethyl) pyridine-2-carbonitrile 9 is dried under vacuum and used as such in the next step, for example, in the step described in Example 8 below.

### Synthesis of 4-(7-(6-cyano-5-(trifluoromethyl)pyridin-3-yl)-8-oxo-6-thioxo-5,7-diazaspiro[3.4]octan-5-yl)-2-fluoro-N-methylbenzamide 11, A52



Crude 5-isothiocyanato-3-(trifluoromethyl)picolinonitrile 9 (1.390 g, 6.07 mmol) is placed in a 50 mL round-bottomed flask and 4-(1-cyanocyclobutylamino)-2-fluoro-N-methyl-

benzamide 10 (0.5 g, 2.022 mmol) is added to the flask. The mixture is left under vacuum (using an oil pump) for 1 hour. N,N-dimethylformamide (DMF) (6 ml) is added, the flask sealed under argon with a stopper and heated to 80° C. in a CEM microwave reactor for 20 hours. Methanol (10 ml) and 2N HCl (6 ml) is added and the mixture is refluxed for 2 hours. The mixture is diluted with water (30 ml) and saturated aqueous NaHCO₃ (30 ml) is added. The mixture is extracted with ethyl acetate (3×20 ml).

The combined organic layers is washed with saturated aqueous NaCl (20 ml), dried over. Na₂SO₄, filtered and concentrated under reduced pressure. The crude product is purified by column chromatography on silica gel (dichloromethane/acetone 95:5) to obtain 4-(7-(6-cyano-5-(trifluoromethyl)pyridin-3-yl)-8-oxo-6-thioxo-5,7-diazaspiro[3.4]octan-5-yl)-2-fluoro-N-methylbenzamide 11.

### Scheme 4: Synthesis of A52

### Example 1

### Synthesis of 2-bromo-5-nitro-3-(trifluoromethyl)pyridine, 21



5-nitro-3-(trifluoromethyl)pyridin-2(1H)-one 3 is obtained by the routes provided in Examples 1 and 2 of Scheme 3, above.

A mixture of 5-nitro-3-(trifluoromethyl)pyridin-2(1H)-one 3, POBr₃ (1.5 equivalents), PBr₃ (4 equivalents), and Br₂ (2 equivalents) is heated to about 90-110° C. and is then poured into ice water. The mixture is neutralized and extracted. The combined organic phases are dried over Na₂SO₄ and all solvents removed under reduced pressure to obtain 2-bromo-5-nitro-3-(trifluoromethyl)pyridine 21 in a yield of 88%.

Alternatively, POBr₃ is substituted by POCl₃ to yield a mixture in the product having a ratio of bromine to chlorine substituents of 6:1 or better.

### Synthesis of 5-nitro-3-(trifluoromethyl)pyridine-2-carbonitrile, 22



TX 63.0021

**19**

-continued



22

The crude 2-bromo-5-nitro-3-(trifluoromethyl)pyridine 21 is dissolved in dimethylacetamide (DMA) and phenanthroline (0.2 equivalents) is added. The mixture is heated to 160° C. and CuCN (2 equivalents) is added. The mixture is stirred for 40 minutes. Chromatography is performed to produce the 5-nitro-3-(trifluoromethyl)pyridine-2-carbonitrile 22 in a yield of 67%.

Synthesis of 5-amino-3-(trifluoromethyl)pyridine-2-carbonitrile, 8



A mixture of 5-nitro-3-(trifluoromethyl)pyridine-2-carbonitrile 22 and iron powder in acetic acid is heated. 5-amino-3-(trifluoromethyl)pyridine-2-carbonitrile, 8 is obtained in a yield of 91%.

Synthesis of 4-(7-(6-cyano-5-(trifluoromethyl)pyridin-3-yl)-8-oxo-6-thioxo-5,7-diazaspiro[3.4]octan-5-yl)-2-fluoro-N-methylbenzamide 11, A52

5-amino-3-(trifluoromethyl)pyridine-2-carbonitrile 8 is treated as discussed in Example 7 of Scheme 3, above, to obtain 5-isothiocyanato-3-(trifluoromethyl)pyridine-2-carbonitrile 9.

5-isothiocyanato-3-(trifluoromethyl)pyridine-2-carbonitrile, 9 is reacted with 4-(1-cyanocyclobutylamino)-2-fluoro-N-methylbenzamide 10 as discussed in Example 8 of Scheme 3, above, to obtain 4-(7-(6-cyano-5-(trifluoromethyl)pyridin-3-yl)-8-oxo-6-thioxo-5,7-diazaspiro[3.4]octan-5-yl)-2-fluoro-N-methylbenzamide 11 (A52).

Scheme 5: Alternative Synthesis of A52

Synthesis of 3-(trifluoromethyl)-5-isothiocyanatopyridine-2-carbonitrile (A)



**20**

-continued



A solution of 2-hydroxy-3-(trifluoromethyl)pyridine C in a mixture of N-iodosuccinimide (NIS), acetonitrile, and dimethylformamide (DMF) is heated at 80° C. for 2 hours to produce 2-hydroxy-3-trifluoromethyl-5-(iodo)pyridine I (greater than 80% yield). The 2-hydroxy-3-trifluoromethyl-5-(iodo)pyridine I is then mixed with POCl₃ in DMF and heated to 130° C. in a microwave for 20 minutes to produce 2-chloro-3-trifluoromethyl-5-(iodo)pyridine J (yield of 50 to 55%). The 2-chloro-3-trifluoromethyl-5-(iodo)pyridine K is reacted in a solution of pMBnNH₂, palladium(II) acetate, 2,2'-bis(diphenylphosphino)-1,1'-binaphthyl (BINAP), triethylamine, and cesium carbonate in toluene to produce 5-((4-methoxyphenyl)methylamino)-2-chloro-3-(trifluoromethyl)pyridine K (yield of 40%). The 5-((4-methoxyphenyl)methylamino)-2-chloro-3-(trifluoromethyl)pyridine K is reacted in a solution of zinc cyanide, tris(dibenzylideneacetone)dipalladium (Pd₂(dba)₃), and 1,1'-bis(diphenylphosphino)ferrocene (dppf) in DMF to provide 5-(4-methoxybenzylamine)-2-cyano-3-(trifluoromethyl)pyridine K (yield of 92%). The 5-(4-methoxybenzylamine)-2-cyano-3-(trifluoromethyl)pyridine K is reacted in a solution of dichloromethane and trifluoroacetic acid to provide 2-cyano-3-tri-

TX 63.0022

fluoromethyl-5-(amino)pyridine H (yield greater than 95%). The 2-cyano-3-trifluoromethyl-5-(amino)pyridine H is reacted with thiophosgene in water at 25° C. for 2 hours to provide 5-isothiocyanato-3-(trifluoromethyl)pyridine-2-carbonitrile A (yield of 74% to 95%).

### Synthesis of 4-(1-cyanocyclobutylamino)-2-fluoro-N-methylbenzamide intermediate B



A solution of 2,4-difluoro-benzoylchloride D in a solution of methylamine and tetrahydrofuran (THF) is allowed to react to produce 2,4-difluoro-N-methylbenzamide M (quantitative yield). The 2,4-difluoro-N-methylbenzamide M is mixed with in a solution of acetonitrile and 4-methoxy-benzen-emethanamine and heated in a microwave for 20 minutes at 190° C. to produce 2-fluoro-4-(4-methoxybenzylamino)-N-methylbenzamide S (yield of 40%). The 2-fluoro-4-(4-methoxybenzylamino)-N-methylbenzamide S is reacted in a solution of dichloromethane and trifluoroacetic acid to produce 2-fluoro-4-amino-N-methylbenzamide T (yield greater than 95%). The 2-fluoro-4-amino-N-methylbenzamide T is

reacted with a solution of sodium cyanide and cyclobutanone to produce 4-(1-cyanocyclobutylamino)-2-fluoro-N-methyl-benzamide B.

### Coupling of A and B to produce 4-(7-(6-cyano-5-(trifluoromethyl)pyridin-3-yl)-8-oxo-6-thioxo-5,7-diazaspiro[3,4]octan-5-yl)-2-fluoro-N-methylbenza-mide, A52



5-isothiocyanato-3-(trifluoromethyl)pyridine-2-carbonitrile, 9, A is reacted with 4-(1-cyanocyclobutylamino)-2-fluoro-N-methylbenzamide B in DMF solution by heating in a microwave at 80° C. for 20 hours. Methanol and hydrochloric acid are then added and the reaction allowed to proceed for 2 hours to produce 4-(7-(6-cyano-5-(trifluoromethyl)pyridin-3-yl)-8-oxo-6-thioxo-5,7-diazaspiro[3.4]octan-5-yl)-2-fluoro-N-methylbenzamide, A52 (yield 35 to 87%).

### Activity

#### Utility

The compounds of the present invention modulate the function of the nuclear hormone receptors, particularly the androgen receptor, and include compounds which are, for example, selective agonists or selective antagonists of the androgen receptor (AR). Thus, the present compounds are useful in the treatment of AR-associated conditions. An "AR-associated condition," as used herein, denotes a condition or disorder which can be treated by modulating the function or activity of an AR in a subject, wherein treatment comprises prevention, partial alleviation or cure of the condition or disorder. Modulation can occur locally, for example, within certain tissues of the subject, or more extensively throughout a subject being treated for such a condition or disorder. Preferably, the compounds with potent antagonistic activity are used for the treatment of androgen related prostate cancer.

TX 63.0023

**Combination**

The present invention includes within its scope pharmaceutical compositions comprising, as an active ingredient, a therapeutically effective amount of at least one of the compounds of formula II, alone or in combination with a pharmaceutical carrier or diluent. Optionally, compounds of the present invention can be used alone, in combination with other compounds of the invention, or in combination with one or more other therapeutic agent(s), e.g., an antibiotic or other pharmaceutically active material.

**Pharmacological Assay**

The compounds in this invention were identified through screening on hormone sensitive and hormone refractory prostate cancer cells for antagonistic and agonistic activities. The compounds with antagonist activity are potential drugs for the treatment of prostate cancer, both hormone sensitive and hormone refractory.

The biological activity of the compound of formula II was measured by secreted levels of prostate specific antigen (PSA). It is well established that PSA levels are indicators of AR activities in prostate cancer. To examine if the compounds affect AR function in a physiological environment, we determined secreted levels of endogenous PSA induced by R1881 in the hormone sensitive (HS) and hormone refractory (HR) cancer cells. HR cells are LNCaP cells engineered to express elevated levels of androgen receptor protein (LNCaP/AR cells), analogous to levels observed in patients with HR cancer who relapse while taking current antiandrogens such as bicalutamide, which acquire agonist properties when AR is highly expressed. LNCaP cells (or LNCaP/AR cells) were maintained in Iscove's medium containing 10% FBS. Five days prior to drug treatment, the cells were grown in Iscove's medium containing 10% CS-FBS to deprive of androgens. The cells were split and grown in Iscove's medium containing 10% CS-FBS with appropriate concentrations of R1881 and the test compounds. After 5 days of incubation, secreted PSA levels were assayed using PSA ELISA kits (American Qualex, San Clemente, Calif.) (See FIG. 1 and FIG. 3). The MTS assay was also used to examine the growth inhibition of the compounds of formula II (See FIG. 2).

**Pharmacokinetic Data**

The pharmacokinetics of A52 was evaluated in vivo using 8 week-old FVB mice which were purchased from Charles River. Laboratories. Mice were divided into groups of three for each time point (See FIG. 4). Two mice were not treated with drug and two other mice were treated with vehicle solution. Each group was treated with 10 mg per kilogram of body weight. The drug was dissolved in a mixture 50:10:1:989 of DMSO:Carboxymethylcellulose:T Tween 80: $H_2O$ (Vehicle solution) and was administered orally. After drug administration, the animals were euthanized via $CO_2$ inhalation at different timepoints: 1 min, 5 min, 15 min, 30 min, 2 h, 4 h, 8 h, 16 h. Animals were immediately bleed after exposure to $CO_2$ via cardiac puncture (1 ml BD syringe+27 G ⅝ needle).

The serum samples were analyzed to determine the drug's concentration by the HPLC which (Waters 600 pump, Waters 600 controller and Waters 2487 detector) was equipped with an Alltima C18 column (3μ, 150 mm×4.6 mm). All RD compounds were detected at 254 nm wave length and bicalutamide was detected at 270 nm wave length.

The samples for HPLC analysis were prepared according to the following procedure:

Blood cells were separated from serum by centrifugation.

To 400 μl of serum were added 80 μl of a 10 μM solution of RD75 in acetonitrile as internal standard and 520 μl of acetonitrile. Precipitation occurred.

The mixture was vortexed for 3 minutes and then placed under ultrasound for 30 minutes.

The solid particles were filtered off or were separated by centrifugation.

The filtrate was dried under an argon flow to dryness. The sample was reconstituted to 80 μl with acetonitrile before analyzing by HPLC to determine the drug concentration.

Standard curve of drug was used to improve accuracy.

**In Vivo Assay**

All animal experiments were performed in compliance with the guidelines of the Animal Research Committee of the University of California at Los Angeles. Animals were bought from Taconic and maintained in a laminar flow tower in a defined flora colony. LNCaP-AR and LNCaP-vector cells were maintained in RPMI medium supplemented with 10% FBS. $10^6$ cells in 100 μl of 1:1 Matrigel to RPMI medium were injected subcutaneously into the flanks of intact or castrated male SCID mice. Tumor size was measured weekly in three dimensions (length×width×depth) using calipers. Mice were randomized to treatment groups when tumor size reached approximately 100 mm³. Drugs were given orally everyday at the dose of 10 mg/kg. (See FIG. 5 and FIG. 6) At a daily dose of 10 mg/kg, compounds A51 and A52 were found to completely retard tumor growth.

Other doses were also tried. At a daily dose of 1 mg/kg, compounds A51 and A52 were found to have a mild effect. At a daily dose of 25-50 mg/kg, compounds A51 and A52 were found induce some tumor cytotoxicity.

Prostate cancer cell lines were used for xenografts. For example, a LNCaP xenograft, LAPC4 xenograft, LAPC9 xenograft, and xenografts of the hormone refractory counterparts of these cell lines were made. Other cell lines included V-cap, CWR22 and LAPC4 cell lines. Two cell lines that over express the androgen receptor were generated, LNCaP AR and LAPC4 AR. Prostate cancer progression in these engineered cell lines was found to differ from their parental counterparts. Under androgen ablation, the LNCaP AR and LAPC4 AR lines continued to grow, thus behaving like hormone refractory cells.

Some of the cell lines were found to not take well in mice in tumor formation when xenografted. However, with LNCaP, 2 million cells gave a 95% take. As few as 1 million cells can be used. These cells required at least 25% Matrigel but no more than 50%. Since high concentrations of cells are required for good tumor take rate, a 27 G needle was found to be the smallest appropriate needle.

The LAPC4 cell line was found to be very difficult to grow in animals. The cells need to be resuspended and filtered through a micron mesh filter, for example, a 40-100 micron mesh filter, because they frequently form large aggregates. Resuspending and running through a filter helps normalize the cell number between each animal and therefore gives more consistent results. LAPC4 requires from about 25%-50% Matrigel, for example, 50% Matrigel, but can be grafted successfully at a lower concentration at $10^5$ cells.

Tumor take in SCID mice was found to be better than in nude mice. For example, the tumor take across individual animal in nude mice was found to be very inconsistent. CB17 SCID mice were used in the study.

Injections were made subcutaneously on the right flank of the mouse. Slow injection was found to help to produce a round tumor that was easier to measure and could be measured more accurately. In addition, because of the usage of Matrigel, injection of no more than 200 μl was found appropriate. Injection of 100-200 μl was found appropriate. Injecting too large a volume created leakage upon needle withdrawal.

TX 63.0024

An alternative method to help prevent leakage from needle pullout can be to warm the Matrigel:media:cells filled syringe a couple of seconds to produce a gel-like form. When injecting the gel-like liquid, no leakage should occur. However, allowing the Matrigel to heat for too long a time can cause the suspension to solidify and become uninjectable.

## Pharmaceutical Compositions and Administration

The compounds of the invention are useful as pharmaceutical compositions prepared with a therapeutically effective amount of a compound of the invention, as defined herein, and a pharmaceutically acceptable carrier or diluent.

The compounds of the invention can be formulated as pharmaceutical compositions and administered to a subject in need of treatment, for example a mammal, such as a human patient, in a variety of forms adapted to the chosen route of administration, for example, orally, nasally, intraperitoneally, or parenterally, by intravenous, intramuscular, topical or subcutaneous routes, or by injection into tissue. Such compositions and preparations should contain at least 0.01% of a compound or compounds of the invention. The percentage of the compositions and preparations may, of course, be varied and may, for example, be between about 0.05% to about 2% of the weight of a given unit dosage form. The amount of compounds in such therapeutically useful compositions is such that an effective dosage level will be obtained.

Thus, compounds of the invention may be systemically administered, e.g., orally, in combination with a pharmaceutically acceptable vehicle such as an inert diluent or an assimilable edible carrier, or by inhalation or insufflation. They may be enclosed in hard or soft shell gelatin capsules, may be compressed into tablets, or may be incorporated directly with the food of the patient's diet. For oral therapeutic administration, the compounds may be combined with one or more excipients and used in the form of ingestible tablets, buccal tablets, troches, capsules, elixirs, suspensions, syrups, wafers, and the like. The compounds may be combined with a fine inert powdered carrier and inhaled by the subject or insufflated. Such compositions and preparations should contain at least 0.1% of a compound or compounds of the invention. The percentage of the compositions and preparations may, of course, be varied and may conveniently be between about 2% to about 60% of the weight of a given unit dosage form. The amount of compounds in such therapeutically useful compositions is such that an effective dosage level will be obtained.

The tablets, troches, pills, capsules, and the like may also contain the following: binders such as gum tragacanth, acacia, corn starch, or gelatin; excipients such as dicalcium phosphate; a disintegrating agent such as corn starch, potato starch, alginic acid, and the like; a lubricant such as magnesium stearate; and a sweetening agent such as sucrose, fructose, lactose, or aspartame, or a flavoring agent such as peppermint, oil of wintergreen, or cherry flavoring may be added. When the unit dosage form is a capsule, it may contain, in addition to materials of the above type, a liquid carrier, such as a vegetable oil or a polyethylene glycol. Various other materials may be present as coatings or to otherwise modify the physical form of the solid unit dosage form. For instance, tablets, pills, or capsules may be coated with gelatin, wax, shellac, sugar, and the like. A syrup or elixir may contain the active compound, sucrose or fructose as a sweetening agent, methyl and propylparabens as preservatives, a dye, and flavoring such as cherry or orange flavor. Of course, any material used in preparing any unit dosage form should be pharmaceutically acceptable and substantially non-toxic in the

amounts employed. In addition, the compounds of the invention may be incorporated into sustained-release preparations and devices. For example, the compounds may be incorporated into time release capsules, time release tablets, and time release pills.

The compounds of the invention may also be administered intravenously or intraperitoneally by infusion or injection. Solutions of the compounds can be prepared in water, optionally mixed with a nontoxic surfactant. Dispersions can also be prepared in glycerol, liquid polyethylene glycols, triacetin, and mixtures thereof and in oils. Under ordinary conditions of storage and use, these preparations can contain a preservative to prevent the growth of microorganisms.

The pharmaceutical dosage forms suitable for injection or infusion can include sterile aqueous solutions or dispersions or sterile powders comprising the compounds of the invention which are adapted for the extemporaneous preparation of sterile injectable or infusible solutions or dispersions, optionally encapsulated in liposomes. In all cases, the ultimate dosage form should be sterile, fluid, and stable under the conditions of manufacture and storage. The liquid carrier or vehicle can be a solvent or liquid dispersion medium comprising, for example, water, ethanol, a polyol (for example, glycerol, propylene glycol, liquid polyethylene glycols, and the like), vegetable oils, nontoxic glyceryl esters, and suitable mixtures thereof. The proper fluidity can be maintained, for example, by the formation of liposomes, by the maintenance of the required particle size in the case of dispersions, or by the use of surfactants. The prevention of the action of microorganisms can be brought about by various antibacterial and antifungal agents, for example, parabens, chlorobutanol, phenol, sorbic acid, thimerosal, and the like. In many cases, it will be preferable to include isotonic agents, for example, sugars, buffers, or sodium chloride. Prolonged absorption of the injectable compositions can be brought about by the use in the compositions of agents delaying absorption, for example, aluminum monostearate and gelatin.

Sterile injectable solutions are prepared by incorporating the compounds of the invention in the required amount in the appropriate solvent with various of the other ingredients enumerated above, as required, followed by filter sterilization. In the case of sterile powders for the preparation of sterile injectable solutions, the preferred methods of preparation are vacuum drying and freeze drying techniques, which yield a powder of the active ingredient plus any additional desired ingredient present in the previously sterile-filtered solutions.

For topical administration, the compounds of the invention may be applied in pure form. However, it will generally be desirable to administer them to the skin as compositions or formulations, in combination with a dermatologically acceptable carrier, which may be a solid or a liquid.

Useful solid carriers include finely divided solids such as talc, clay, microcrystalline cellulose, silica, alumina, and the like. Other solid carriers include nontoxic polymeric nanoparticles or microparticles. Useful liquid carriers include water, alcohols, or glycols or water/alcohol/glycol blends, in which the compounds of the invention can be dissolved or dispersed at effective levels, optionally with the aid of nontoxic surfactants. Adjuvants such as fragrances and additional antimicrobial agents can be added to optimize the properties for a given use. The resultant liquid compositions can be applied from absorbent pads, used to impregnate bandages and other dressings, or sprayed onto the affected area using pump-type or aerosol sprayers.

Thickeners such as synthetic polymers, fatty acids, fatty acid salts and esters, fatty alcohols, modified celluloses, or modified mineral materials can also be employed with liquid

TX 63.0025

carriers to form spreadable pastes, gels, ointments, soaps, and the like, for application directly to the skin of the user.

Examples of useful dermatological compositions which can be used to deliver the compounds of the present invention to the skin are known to the art; for example, see Jacquet et al. (U.S. Pat. No. 4,608,392), Geria (U.S. Pat. No. 4,992,478), Smith et al. (U.S. Pat. No. 4,559,157), and Wortzman (U.S. Pat. No. 4,820,508), all of which are hereby incorporated by reference.

Useful dosages of the compounds of Formula II can be determined by comparing their in vitro activity, and by comparing their in vivo activity in animal models. Methods for the extrapolation of effective dosages in mice and other animals to humans are known to the art; for example, see U.S. Pat. No. 4,938,949, which is hereby incorporated by reference.

For example, the concentration of the compounds in a liquid composition, such as a lotion, can be from about 0.1 to about 25% by weight, or from about 0.5 to about 10% by weight. The concentration in a semi-solid or solid composition such as a gel or a powder can be from about 0.1 to about 5% by weight, or from about 0.5 to about 2.5% by weight.

The amount of the compounds of the invention required for use in treatment will vary not only with the particular salt selected but also with the route of administration, the nature of the condition being treated and the age and condition of the patient and will be ultimately at the discretion of the attendant physician or clinician.

Effective dosages and routes of administration of agents of the invention are conventional. The exact amount (effective dose) of the agent will vary from subject to subject, depending on, for example, the species, age, weight, and general or clinical condition of the subject, the severity or mechanism of any disorder being treated, the particular agent or vehicle used, the method and scheduling of administration, and the like. A therapeutically effective dose can be determined empirically, by conventional procedures known to those of skill in the art. See, e.g., *The Pharmacological Basis of Therapeutics*, Goodman and Gilman, eds., Macmillan Publishing Co., New York. For example, an effective dose can be estimated initially either in cell culture assays or in suitable animal models. The animal model may also be used to determine the appropriate concentration ranges and routes of administration. Such information can then be used to determine useful doses and routes for administration in humans. A therapeutic dose can also be selected by analogy to dosages for comparable therapeutic agents.

The particular mode of administration and the dosage regimen will be selected by the attending clinician, taking into account the particulars of the case (e.g., the subject, the disease, the disease state involved, and whether the treatment is prophylactic. Treatment may involve daily or multi-daily doses of compound(s) over a period of a few days to months, or even years.

In general, however, a suitable dose will be in the range of from about 0.01 to about 500 mg/kg per day, e.g., from about 0.1 to about 500 mg/kg of body weight per day, such as from about 0.1 to about 100 mg per kilogram body weight of the recipient per day. For example, a suitable dose may be about 1 mg/kg, 10 mg/kg, or 50 mg/kg of body weight per day.

The compounds of the invention are conveniently administered in unit dosage form; for example, containing from about 0.0005 to about 500 mg, from about 0.01 to about 50 mg, from about 0.05 to about 10 mg, or about 5 mg of active ingredient per unit dosage form.

The compounds of the invention can be administered to achieve peak plasma concentrations of, for example, from about 0.5 to about 75 μM, about 1 to 50 μM, about 2 to about

30 μM, or about 5 to about 25 μM. Exemplary desirable plasma concentrations include at least or no more than 0.25, 0.5, 1, 5, 10, 25, 50, 75, 100 or 200 μM. This may be achieved, for example, by the intravenous injection of a 0.05 to 5% solution of the compounds of the present invention, optionally in saline, or orally administered as a bolus containing about 1-1000 mg of the compounds. Desirable blood levels may be maintained by continuous infusion to provide from about 0.0005 to about 25 mg per kg body weight per hour, for example at least or no more than 0.0005, 0.005, 0.05, 0.5, 5, or 25 mg/kg/hr. Alternatively, such levels can be obtained by intermittent infusions containing from about 0.002 to about 100 mg per kg body weight, for example, at least or no more than 0.002, 0.02, 0.2, 2, 20, 50, or 100 mg of the compounds per kg of body weight.

The compounds of the invention may conveniently be presented in a single dose or as divided doses administered at appropriate intervals, for example, as two, three, four or more sub-doses per day. The sub-dose itself may be further divided, e.g., into a number of discrete loosely spaced administrations; such as multiple inhalations from an insufflator.

### Example

### Intravenous Formulation

A compound presently disclosed, for example, compound A51 or A52, can be in a formulation suitable for intravenous dosing. In an embodiment, the compound is dissolved in from about 10% to about 25% dimethylsulfoxide (DMSO). 1× phosphate buffered saline (PBS) is then mixed into the solution as the balance, and the solution is sonicated with a water bath sonicator until it is homogeneous.

At a compound concentration of 1.5 mg/mL, 5 minutes of sonication may be sufficient to dissolve the compound. At a compound concentration of 2 mg/mL, more than 5 minutes of sonication may be required to dissolve the compound and a polyethylene glycol can be added to keep the compound in suspension. For example, 5 to 40% PEG-400 (a polyethylene glycol), such as, 5-10% PEG-400, can be added.

The above solution, including either A51 or A52, was found to be stable at room temperature for at least a week.

Before administration, the above solution should be sonicated for a few minutes. A maximum appropriate administration volume for mice was found to be 0.2 mL.

When administered to mice, hardening of the skin and skin irritation around the injection site was observed, and this was attributed to the use of DMSO. Although compounds A51 and A52 are soluble in ethanol, ethanol was found to reduce the stability of the compounds in vivo.

Over a period of 2 weeks following administration of the above solution, mice were observed to lose 15% of body weight.

### Example

### Oral Formulation

A compound presently disclosed, for example, compound A51 or A52, can be in a formulation suitable for oral administration. In an embodiment, the compound is dissolved in 100% DMSO.

Additional chemicals can be added, such as a carboxymethylcellulose, a polysorbate, or water. For example, the components of the solution other than A51 or A52 can be present at concentrations of from about 10% to about 20% DMSO, from about 1% to about 2% carboxymethylcellulose (CMC),

TX 63.0026

and 0.1% Tween 80 (a polysorbate), with the balance being water. The concentration of compound A51 or A52 in the oral foundation can be about 1.5 mg/mL. The solution is mechanically homogenized for at least 30 seconds. The compound A51 or A52 was found to stay in suspension only a couple of hours and, therefore, the oral formulation must be administered within a couple of hours of preparation.

When more than 2% carboxymethylcellulose (CMC) was included in the solution, the formulation was found to be very viscous, so that when administered to a test animal with a gavage syringe, much of the formulation was left behind on the walls of the syringe, preventing accurate drug administration. A solution of 10% DMSO that included CMC and Tween 80 was found to keep the compound in suspension when mechanical homogenization was applied. That is, more than 10% DMSO was not required. A minimum of DMSO should be used, because it was found to irritate the mice, and was associated with a loss of up to 10% of the bodyweight of the mice over a period of 2 weeks following administration.

A maximum appropriate administration volume for mice was found to be 0.2 mL.

The half life of the compound was found to be longer when it was administered intravenously than when it was administered orally. However, daily oral dosing resulted in an acceptable steady state serum concentration of the compound, comparable to the steady state concentration seen with bicalutamide. Oral administration may be more convenient than intravenous administration.

Compounds A51 and A52 have a beneficial effect on tumors in an in vivo assay administered as described.

The embodiments illustrated and discussed in this specification are intended only to teach those skilled in the art the best way known to the inventors to make and use the invention. Nothing in this specification should be considered as limiting the scope of the present invention. All examples presented are representative and non-limiting. The above-described embodiments of the invention may be modified or varied, without departing from the invention, as appreciated by those skilled in the art in light of the above teachings. It is therefore to be understood that, within the scope of the claims and their equivalents, the invention may be practiced otherwise than as specifically described.

We claim:

1. A compound having the Formula II:

II



wherein Het is a heterocyclic unit of 6 atoms comprising
1 or 2 heteroatoms independently selected from the group consisting of nitrogen, oxygen, or sulfur;
0 or 1 double-bonded substituent on the heterocyclic unit selected from the group consisting of oxygen and sulfur; and
3 to 4 single-bonded substituents on the heterocyclic unit independently selected from the group consisting of hydrogen, alkyl, substituted alkyl, alkenyl, substituted alkenyl, alkynyl, substituted alkynyl, aryl, substituted aryl, arylalkyl, arylalkenyl, arylalkynyl, halogenated alkyl, halogenated alkenyl, halogenated alkynyl, halo-

gen, CN, $NO_2$, $OR_{11}$, $SR_{11}$, $NR_{11}R_{12}$, $NH(CO)OR_{11}$, $NH(CO)NR_{11}R_{12}$, $NR_{12}(CO)R_{11}$, $O(CO)R_{11}$, $O(CO)OR_{11}$, $O(CS)R_{11}$, $NR_{12}(CS)R_{11}$, $NH(CS)NR_{11}R_{12}$, $NR_{12}(CS)OR_{11}$, wherein two of said single-bonded substituents may be connected together with the atoms to which they are bonded to form a cycle, which is aryl, substituted aryl, heterocyclic aromatic or non-aromatic, substituted heterocyclic aromatic or non-aromatic, cycloalkyl, or substituted cycloalkyl;

A is sulfur and B is oxygen;

$R_{11}$ and $R_{12}$ are independently selected from hydrogen, alkyl, substituted alkyl, alkenyl or substituted alkenyl, alkynyl or substituted alkynyl, aryl, substituted aryl, arylalkyl, arylalkenyl, arylalkynyl, heterocyclic aromatic or non-aromatic, or substituted heterocyclic aromatic or non-aromatic, wherein $R_{11}$ and $R_{12}$, both on the same single bonded substituent, can be connected together with the atoms to which they are bonded to form a cycle, which can be heterocyclic aromatic or non-aromatic, or substituted heterocyclic aromatic;

$R_1$ is selected from aryl and substituted aryl;

$R_2$ and $R_3$ together with the carbon to which they are linked, form a cycloalkyl or substituted cycloalkyl;

wherein each substituted alkyl is substituted with one or more groups selected from hydroxy, bromo, fluoro, chloro, iodo, mercapto, cyano, alkylthio, heterocyclyl, aryl, heteroaryl, carboxy, carbalkoyl, alkyl, alkenyl, nitro, amino, alkoxy, or amido;

wherein each substituted cycloalkyl, substituted alkenyl, substituted alkynyl, or substituted heterocyclic non-aromatic is substituted with one or more groups selected from halogen, alkyl, alkoxy, hydroxy, aryl, aryloxy, arylalkyl, cycloalkyl, alkylamido, alkanoylamino, oxo, acyl, arylcarbonylamino, amino, nitro, cyano, thiol, alkylthio, bromo, fluoro, chloro, iodo, mercapto, heterocyclyl, heteroaryl, carboxy, carbalkoyl, alkenyl, or amido;

wherein each substituted arylalkyl, arylalkenyl, or arylalkynyl is substituted on the aryl portion with one or more groups selected from halogen, alkyl, alkoxy, hydroxyl, aryl, aryloxy, arylalkyl, cycloalkyl, alkylamido, alkanoylamino, oxo, acyl, arylcarbonylamino, amino, nitro, cyano, thiol, alkylthio, bromo, fluoro, chloro, iodo, mercapto, heterocyclyl, heteroaryl, carboxyl, carbalkoyl, alkenyl, or amido;

wherein each substituted aryl or substituted aromatic is substituted with one or more groups selected from halo, alkyl, haloalkyl, alkoxy, haloalkoxy, alkenyl, trifluoromethyl, trifluoromethoxy, alkynyl, cycloalkyl, cycloalkylalkyl, cycloheteroalkyl, cycloheteroalkylalkyl, aryl, heteroaryl, arylalkyl, aryloxy, aryloxyalkyl, arylalkoxy, alkoxycarbonyl, arylcarbonyl, arylalkenyl, aminocarbonylaryl, arylthio, arylsulfinyl, arylazo, heteroarylalkyl, heteroarylalkenyl, heteroarylheteroaryl, heteroaryloxy, hydroxy, nitro, cyano, carbamoyl, alkylcarbamoyl, amidified carboxy, amidified carboxyalkyl, alkyl amidified carboxyalkyl, thiol, alkylthio, arylthio, heteroarylthio, arylthioalkyl, alkoxyarylthio, alkylcarbonyl, arylcarbonyl, alkylaminocarbonyl, arylaminocarbonyl, alkoxycarbonyl, aminocarbonyl, alkylcarbonyloxy, arylcarbonyloxy, alkylcarbonylamino, arylcarbonylamino, arylsulfinyl, arylsulfinylalkyl, arylsulfonylamino, arylsulfonaminocarbonyl, bromo, fluoro, chloro, iodo, mercapto, heterocyclyl, carboxy, carbalkoyl, alkoxy, amido, amino, or amino substituted with one or two substituents selected from the group consisting of alkyl, aryl, heteroaryl, arylalkyl, aryloxy,

TX 63.0027

aryloxyalkyl, arylalkoxy, arylcarbonyl, arylalkenyl, arylalkynyl, aminocarbonylaryl, arylthio, arylsulfinyl, arylazo, heteroarylalkyl, heteroarylalkenyl, heteroarylheteroaryl, heteroaryloxy, heteroarylthio, arylthioalkyl, alkoxyarylthio, arylaminocarbonyl, arylcarbonyloxy, arylcarbonylamino, arylsulfinyl, arylsulfinylalkyl, arylsulfonylamino, and arylsulfonaminocarbonyl; and

wherein substituted heteroaryl or substituted heterocyclic aromatic is substituted with one, two, three or four groups selected from halogen, alkyl, alkoxy, hydroxy, aryl, aryloxy, arylalkyl, cycloalkyl, alkylamido, alkanoylamino, oxo, acyl, arylcarbonylamino, amino, nitro, cyano, thiol, alkylthio, bromo, fluoro, chloro, iodo, mercapto, heterocyclyl, heteroaryl, carboxy, carbalkoyl, alkenyl, or amido.

**2**. The compound of claim **1**, wherein $R_1$ is selected from the group consisting of phenyl and substituted phenyl.

**3**. The compound of claim **2**, wherein phenyl is substituted with fluoro.

**4**. The compound of claim **2**, wherein phenyl is substituted with methyl.

**5**. The compound of claim **2**, wherein phenyl is substituted with —C(O)NHCH₃.

**6**. The compound of claim **1**, wherein Het is selected from the group consisting of

-continued



wherein $R_4$, $R_5$, $R_6$, and $R_7$ are independently selected from the group consisting of hydrogen, alkyl, substituted alkyl, alkenyl, substituted alkenyl, alkynyl, substituted alkynyl, aryl, substituted aryl, arylalkyl, aryl alkenyl, arylalkynyl, halogenated alkyl, halogenated alkenyl, halogenated alkynyl, halogen, CN, $NO_2$, $OR_{11}$, $SR_{11}$, $NR_{11}R_{12}$, $NH(CO)OR_{11}$, $NH(CO)NR_{11}R_{12}$, $NR_{12}(CO)R_{11}$, $O(CO)R_{11}$, $O(CO)OR_{11}$, $O(CS)R_{11}$, $NR_{12}(CS)R_{11}$, $NH(CS)NR_{11}R_{12}$, $NR_{12}(CS)OR_{11}$,

or any of $R_4$, $R_5$, $R_6$, and $R_7$ can be connected to any of $R_4$, $R_5$, $R_6$, and $R_7$ to form a cycle which is aryl, substituted aryl, heterocyclic aromatic or non-aromatic, substituted heterocyclic aromatic or non-aromatic, cycloalkyl, or substituted cycloalkyl.

**7**. The compound of claim **6**, wherein Het is selected from the group consisting of



**8**. The compound of claim **6**, wherein $R_4$ is selected from the group consisting of CN and $NO_2$;

$R_5$ is selected from the group consisting of halogenated alkyl, halogenated alkenyl, halogenated alkynyl, and halogen; and

$R_6$ and $R_7$ are independently selected from the group consisting of hydrogen, alkyl, and halogen.

**9**. The compound of claim **6**, wherein Het is selected from the group consisting of

TX 63.0028

33



**10**. The compound of claim **1**, wherein $R^2$ and $R^3$, together with the carbon to which they are linked, form a cyclopropyl, cyclobutyl, cyclopentyl, or cyclohexyl.

**11**. The compound of claim **1**, wherein $R_2$ and $R_3$, together with the carbon to which they are linked, form a cycloalkyl.

**12**. A pharmaceutical composition comprising a compound of claim **1**, or a pharmaceutically acceptable salt thereof, and a pharmaceutically acceptable carrier, diluent, or adjuvant.

**13**. The pharmaceutical composition of claim **12**, formulated to deliver a therapeutically effective amount of the compound when administered (i) in a single dosage form; (ii) in a divided dosage form for delivery multiple times over the span of one day; (iii) continually; or (iv) continuously.

**14**. The pharmaceutical composition of claim **13**, wherein the compound is 4-[7-(6-cyano-5-trifluoromethylpyridin-3-yl)-8-oxo-6-thioxo-5,7-diazaspiro[3.4]oct-5-yl]-2-fluoro-N-methylbenzamide.

**15**. The pharmaceutical composition of claim **13**, wherein the compound is 5-(8-oxo-6-thioxo-5-(4-methylphenyl)-5,7-diazaspiro[3.4]oct-7-yl)-3-trifluoromethylpyridine-2-carbonitrile.

**16**. The pharmaceutical composition of claim **12**, comprising a therapeutically effective amount of the compound formulated in an oral dosage form.

**17**. The pharmaceutical composition of claim **16**, wherein the compound is 4-[7-(6-cyano-5-trifluoromethylpyridin-3-yl)-8-oxo-6-thioxo-5,7-diazaspiro[3.4]oct-5-yl]-2-fluoro-N-methylbenzamide.

34

**18**. The pharmaceutical composition of claim **16**, wherein the compound is 5-(8-oxo-6-thioxo-5-(4-methylphenyl)-5,7-diazaspiro[3.4]oct-7-yl)-3-trifluoromethylpyridine-2-carbonitrile.

**19**. The pharmaceutical composition of claim **12**, formulated in a divided dosage form suitable for delivering a therapeutically effective amount of the compound when administered to a human patient multiple times over the span of one day.

**20**. The pharmaceutical composition of claim **19**, wherein the compound is 4-[7-(6-cyano-5-trifluoromethylpyridin-3-yl)-8-oxo-6-thioxo-5,7-diazaspiro[3.4]oct-5-yl]-2-fluoro-N-methylbenzamide.

**21**. The pharmaceutical composition of claim **19**, wherein the compound is 5-(8-oxo-6-thioxo-5-(4-methylphenyl)-5,7-diazaspiro[3.4]oct-7-yl)-3-trifluoromethylpyridine-2-carbonitrile.

**22**. The pharmaceutical composition of claim **12**, formulated in an oral dosage form and containing from 1 mg to 1000 mg of the compound.

**23**. The pharmaceutical composition of claim **22**, wherein the compound is 4-[7-(6-cyano-5-trifluoromethylpyridin-3-yl)-8-oxo-6-thioxo-5,7-diazaspiro[3.4]oct-5-yl]-2-fluoro-N-methylbenzamide.

**24**. The pharmaceutical composition of claim **22**, wherein the compound is 5-(8-oxo-6-thioxo-5-(4-methylphenyl)-5,7-diazaspiro[3.4]oct-7-yl)-3-trifluoromethylpyridine-2-carbonitrile.

**25**. The pharmaceutical composition of claim **12**, formulated in an oral dosage form and containing from 1 mg to 500 mg of the compound.

**26**. The pharmaceutical composition of claim **25**, wherein the compound is 4-[7-(6-cyano-5-trifluoromethylpyridin-3-yl)-8-oxo-6-thioxo-5,7-diazaspiro[3.4]oct-5-yl]-2-fluoro-N-methylbenzamide.

**27**. The pharmaceutical composition of claim **25**, wherein the compound is 5-(8-oxo-6-thioxo-5-(4-methylphenyl)-5,7-diazaspiro[3.4]oct-7-yl)-3-trifluoromethylpyridine-2-carbonitrile.

**28**. The pharmaceutical composition of claim **12**, comprising a therapeutically effective amount of said compound.

**29**. The pharmaceutical composition of claim **12**, wherein the pharmaceutical composition has a form selected from a solution, dispersion, suspension, powder, capsule, tablet, and pill.

**30**. The pharmaceutical composition of claim **12**, wherein the pharmaceutical composition has a form selected from a time release capsule, time release tablet, and time release pill.

**31**. The pharmaceutical composition of claim **12**, wherein the pharmaceutical composition is a capsule.

**32**. The pharmaceutical composition of claim **12**, wherein the pharmaceutical composition is a tablet.

**33**. The pharmaceutical composition of claim **12**, wherein the pharmaceutical composition is a pill.

* * * * *

TX 63.0029

# CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 14th day of February, 2020, I caused this Brief of Appellant to be filed electronically with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

Emily Kuwahara
Crowell and Moring LLP
515 S Flower Street, 40th Floor
Los Angeles, California  90071
(213) 443-5556
ekuwahara@crowell.com

Chiemi Suzuki
Crowell and Moring LLP
590 Madison Avenue, 20th Floor
New York, New York  10022
(212) 223-4000
csuzuki@crowell.com

Gabriel M. Ramsey
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, California  94025
(650) 614-7400
gramsey@crowell.com

*Counsel for Defendants-Appellees*

/s/ Shashank Upadhye
*Counsel for Plaintiff-Appellant*

# CERTIFICATE OF COMPLIANCE

1.    This brief complies with type-volume limits because, excluding the parts of the document exempted by Fed. R. App. R. 32(f) (cover page, disclosure statement, table of contents, table of citations, statement regarding oral argument, signature block, certificates of counsel, addendum, attachments):

[ X ] this brief contains [*13,436*] words.

[    ] this brief uses a monospaced type and contains [*state the number of*] lines of text.

2.    This brief complies with the typeface and type style requirements because:

[ X ] this brief has been prepared in a proportionally spaced typeface using [*Microsoft Word 2016*] in [*14pt Century Schoolbook*]; *or*

[    ] this brief has been prepared in a monospaced typeface using [*state name and version of word processing program*] with [*state number of characters per inch and name of type style*].

Dated: <u>February 14, 2020</u>          <u>/s/ Shashank Upadhye</u>
                                                                *Counsel for Plaintiff-Appellant*