**2020-1255**
**VOLUME I OF III**
**Pages Appx0001 – 0461**

In The
# United States Court of Appeals
### For The Federal Circuit

# DEGUI CHEN,

*Plaintiff – Appellant*,

## v.

# MICHAEL E. JUNG, CHARLES L. SAWYERS,

*Defendants – Appellees.*

**APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
IN NO. 2:18-cv-02015-RGK-KS, JUDGE R. GARY KLAUSNER.**

––––––––––––––

## JOINT APPENDIX

––––––––––––––

Yixin H. Tang
Shashank Upadhye
Brent Allen Batzer
UPADHYE CWIK LLP
135 South LaSalle Street, Suite 1930
Chicago, Illinois  60603
(312) 598-2610
yixin@amintalati.com
shashank@ipfdalaw.com
brent@amintalati.com

*Counsel for Appellant*

# TABLE OF CONTENTS
## VOLUME I OF III

**Appendix Page**

**Minute (In Chambers)**
**Order and Judgment of**
**The Honorable R. Gary Klausner**
**Re:  Entering Judgment in Favor of Defendants**
         **filed November 6, 2019** ...................................................................Appx0001

**Judgment of**
**The Honorable R. Gary Klausner**
**Re:  Entering Judgment in Favor of Defendants**
         **filed November 8, 2019** ................................................................. Appx0009

**United States Patent No. 8,445,507 B2**
         **dated May 21, 2013**....................................................................... Appx0011

**United States Patent No. 8,802,689 B2**
         **dated August 12, 2014** .................................................................. Appx0040

**United States Patent No. 9,388,159 B2**
         **dated July 12, 2016**....................................................................... Appx0068

**Docket Entries**....................................................................................... Appx0096

**Transcript of Trial Day 1, Volume 1 before**
**The Honorable R. Gary Klausner**
         **on October 15, 2019**......................................................................Appx0133

         **Testimony of Degui Chen:**

         **Direct Examination by Mr. Tang** .................................................Appx0171

Transcript of Trial Day 1, Volume 2 before
The Honorable R. Gary Klausner
    on October 15, 2019.................................................................. Appx0225

    <u>Testimony of Degui Chen</u>:

    Direct Examination by Mr. Tang ....................................Appx0231
    Cross Examination by Mr. Ramsey ............................ Appx0245
    Redirect Examination by Mr. Tang............................ Appx0288

    <u>Testimony of Michael Ernest Jung</u>:

    Direct Examination by Mr. Cwik ............................... Appx0299

    <u>Testimony of Charles L. Sawyers</u>:

    Direct Examination by Mr. Cwik ............................... Appx0309
    Cross Examination by Ms. Suzuki..............................Appx0315

    <u>Testimony of Samedy Ouk</u>:

    Direct Examination by Mr. Cwik ............................... Appx0322

Transcript of Trial Day 2, Volume 1 before
The Honorable R. Gary Klausner
    on October 16, 2019.................................................................. Appx0340

    <u>Testimony of Samedy Ouk</u>:

    Direct Examination by Mr. Cwik ............................... Appx0345
    Cross Examination by Mr. Ramsey ............................ Appx0352

    <u>Testimony of Ron H. Bihovsky</u>:

    Direct Examination by Mr. Tang ............................... Appx0363
    Cross Examination by Mr. Ramsey ............................ Appx0382
    Redirect Examination by Mr. Tang.............................Appx0391

Transcript of Trial Day 2, Volume 1 before
The Honorable R. Gary Klausner
        on October 16, 2019, continued:

**Testimony of Samedy Ouk:**

Direct Examination by Mr. Ramsey ............................................. Appx0396
Cross Examination by Mr. Cwik ..................................................Appx0418

**Testimony of Michael Jung:**

Direct Examination by Ms. Kuwahara ........................................ Appx0422
Cross Examination by Mr. Tang ................................................. Appx0436

**Testimony of Charles Sawyers:**

Direct Examination by Ms. Suzuki .............................................. Appx0443

## TABLE OF CONTENTS
## VOLUME II OF III

**Appendix Page**

**Transcript of Trial Day 2, Volume 2 before**
**The Honorable R. Gary Klausner**
    **on October 16, 2019**......................................................................... Appx0465

**Testimony of Charles Sawyers:**

**Cross Examination by Mr. Tang** ................................................. Appx0467

**Testimony of Jeffrey Winkler:**

**Direct Examination by Mr. Ramsey**........................................... Appx0475
**Cross Examination by Mr. Cwik**................................................ Appx0493

**Testimony of John Wongvipat:**

**Cross Examination by Mr. Cwik**................................................ Appx0503

**Plaintiff's Exhibits:**

7.    **Letter to Rita Hao from Weisun Rao**
      **Re:  Inventorship for U.S. Pat. No. 8, 445,507**
        **dated November 11, 2013**...........................................Appx0531

9.    **Nature Medicine Article:  "Molecular determinants of**
      **resistance to antiandrogen therapy."**
        **dated January 2004** .................................................. Appx0533

12.    **United States Patent No. 7,709,517 B2**
        **dated May 4, 2010** .......................................................Appx0541

13.    **Letter from Dr. Samedy Ouk**
      **Re:  A51 Invention**
        **dated November 15, 2005** ......................................... Appx0637

14.    **NMR Spectroscopy Results**
        **dated January 23, 2005**.............................................. Appx0642

<u>**Plaintiff's Exhibits**</u>**, continued:**

17.   Acknowledgements
          undated ................................................................. Appx0646

18.   Email Correspondence between
      Charles Sawyers and Samedy Ouk
      Re:  Please Read the Attached File
          dated November 5, 2005 .......................................... Appx0647

19.   Email Correspondence between
      Samedy Ouk and Michael Jung
      Re:  Corrections to Letter
          dated November 14, 2005 ..........................................Appx0651

28.   Letter to Samedy Ouk
      Re:  Summary of Compounds
          undated ................................................................. Appx0652

38.   Email Correspondence between
      Charles Sawyers and Michael Jung
      Re:  Let's Write a Grant
          dated July 30, 2005 ..................................................Appx0661

57.   Test Results and Notes
          various dates ......................................................... Appx1109

67.   Exhibit D to Dr. Bihovsky's Opening Expert Report
      On Patent Inventorship
          undated .................................................................Appx1365

# TABLE OF CONTENTS
## VOLUME III OF III

**Appendix Page**

**Transcript of Trial Day 2, Volume 2 before
The Honorable R. Gary Klausner
on October 16, 2019, continued:**

**Plaintiff's Exhibits, continued:**

127.  Exhibit C to Dr. Bihovsky's Opening Expert Report
      On Patent Inventoryship
             undated ...................................................................Appx1474

131.  UCLA Invention Report
             dated December 10, 2005...........................................Appx1868

138.  Letter from Samedy Ouk
      Re: A51 Invention
             dated October 27, 2005 .............................................Appx1872

169.  Email Correspondence and Letter between
      Patrick Machado, David Hung, and Samedy Ouk
      Re: Hello from Medivation!
             dated June 23, 2005....................................................Appx1880

221.  Test Results
             undated .....................................................................Appx1890

222.  Test Results
             undated .....................................................................Appx1893

225.  Exhibit GG to Dr. Bihovsky's Supplemental Expert Report
      On Patent Inventorship
             undated ...................................................................Appx1895

226.  Exhibit HH to Dr. Bihovsky's Supplemental Expert Report
      On Patent Inventorship
             undated ...................................................................Appx1897

**Plaintiff's Exhibits**, continued:

1003. **Results of Bioactivity Assay
      dated February 11, 2005** ...............................................Appx1952

1004. **Results of Bioactivity Assay
      dated February 15, 2005** ..............................................Appx1954

1019. **Pages from Laboratory Notebook with
      Notes and Drawings of Compounds
      various dates** ..............................................................Appx1962

1034. **Exhibit CC to Dr. Bihovsky's Supplemental Expert
      Report on Patent Inventorship
      undated** ......................................................................Appx1964

1040. **Exhibit II to Dr. Bihovsky's Supplemental Expert
      Report on Patent Inventorship
      undated** ......................................................................Appx1995

**List of Exhibits and Witnesses at Trial
      filed October 16, 2019** ................................................. Appx2029

**Exhibit to Proposed Pretrial Conference Order
      filed January 28, 2019:**

1.    **Admitted Facts
      filed January 28, 2019** ................................................Appx2171

**[Proposed] Finding of Facts and Conclusions of Law
Re: Bench Trial – Completed
      filed October 21, 2019** ................................................Appx2174

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:18-cv-02015-RGK-KS | Date | November 6, 2019 |
|----------|----------------------|------|------------------|
| Title | ***Degui Chen v. Michael E. Jung et al.*** | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|------------------------|------------------------------------------------|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

|  Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|-----------------------------------|----------------------------------|
| Not Present | Not Present |

**Proceedings:**     **(IN CHAMBERS) Order and Judgment re: Bench Trial**

## I.     INTRODUCTION

On March 12, 2018, Plaintiff Degui Chen ("Plaintiff" or "Dr. Chen") filed the instant action for correction of inventorship against Defendants Michael Jung ("Dr. Jung") and Charles Sawyers ("Dr. Sawyers) (collectively, "Defendants"). Plaintiff seeks to be named as an inventor of U.S. Patent Nos. 8,445,507; 8,802,689; and 9,388,159 (collectively, the "A-series Patents").

A bench trial was held on October 15 and 16, 2019. After reviewing the record and considering the arguments and evidence presented at trial, the Court took the case under submission. For the following reasons, the Court **ENTERS JUDGMENT IN FAVOR** of Defendants as to Plaintiff's Complaint and **DISMISSES** Plaintiff's inventorship claim.

## II.     FINDINGS OF FACT AND CONCLUSIONS OF LAW

This opinion serves as the findings of fact and conclusions of law required by Federal Rule of Civil Procedure 52. Fed. R. Civ. P. 52. Any finding of fact that actually constitutes a conclusion of law is adopted as such, and vice versa.

### Findings of Fact

Plaintiff is a biologist. During the relevant time period, Plaintiff worked as an adjunct assistant professor at the University of California Los Angeles ("UCLA").

Defendant Jung is a professor of organic chemistry, medicinal chemistry, and pharmaceutical chemistry at UCLA. Defendant Sawyers is the chair of the human oncology and pathogenesis program

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:18-cv-02015-RGK-KS | Date | November 6, 2019 |
|---|---|---|---|
| Title | ***Degui Chen v. Michael E. Jung et al.*** | | |

at Memorial Sloan Kettering Cancer Center. During the relevant time period, Defendant Sawyers was a professor of medicine, pharmacology, and urology at UCLA.

Through this action, Plaintiff seeks to be named as an inventor of the A-series Patents. The A-series Patents contain claims that cover specific chemical compounds referred to as A51 and A52 (collectively, the "A-series Compounds"), as well as their pharmaceutical compositions and methods of treatment. The A-series Compounds are designed to treat prostate cancer.

### A.    The RD-Series Compounds

In the summer of 2002, Drs. Sawyers and Jung began to discuss the development of new chemical compounds for use in prostate cancer treatment. Ultimately, this project would yield approximately 175 compounds, known as the RD-series compounds.

The team which was ultimately assembled to work on the RD-series compounds included chemists and biologists, including chemists Dr. Jung and Dr. Samedy Ouk ("Dr. Ouk") (who worked in Dr. Jung's lab), and biologists Dr. Sawyers and Dr. Chen (who worked in Dr. Sawyers' lab). The chemists would contemplate and draw new chemical structures. The biologists would then test those chemical structures to determine their biological activity. After reviewing the test results, the chemists and biologists would hold a joint meeting to discuss the results. If a compound looked promising, the chemists would consider how to change the chemical composition of the compound in order to generate better biological activity. This relationship between a chemical's structure and its biological activity is called a structure-activity relationship ("SAR").

Plaintiff was involved in the development of the biological aspects of the RD-series compounds, including the SAR, and is a named inventor of the patent which covers these compounds. However, the RD-series compounds are a conceptually and chemically distinct set of compounds, that are separately patented from the A-series Patents at issue in this case.

### B.    The A-Series Compounds

In the summer of 2004, there were concerns regarding the validity of the patent which covered the RD-series compounds. Accordingly, on August 31, 2004, Dr. Jung, Dr. Sawyers, Dr. Ouk, and Plaintiff attended a meeting, the purpose of which was to discuss new chemical structures—distinct from the RD-series compounds—that could be used to treat prostate cancer.

During the August 31, 2004 meeting, Drs. Jung and Ouk proposed making a chemical compound consisting of (1) a left-hand pyridine ring (a ring with a nitrogen atom); (2) a central spirocyclic

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:18-cv-02015-RGK-KS | Date | November 6, 2019 |
|---|---|---|---|
| Title | ***Degui Chen v. Michael E. Jung et al.*** | | |

thiohydantoin; and (3) a right-hand aryl ring. This particular combination of elements is a defining characteristic of the A-series Compounds. Unlike the A-series Compounds, which have a left-hand pyridine ring, the RD-series compounds have a left-hand benzene ring.

At trial, Plaintiff testified that during the August 31 meeting, he proposed changing the left-hand ring of the lead compound, RD37.[1] The other attendees deny this. Plaintiff also testified that in October 2004, he met with Dr. Ouk for lunch and specifically suggested substituting the left-hand benzene ring of RD37 for a pyridine ring. Dr. Ouk denied that Plaintiff made this suggestion.

On October 13, 2004, Dr. Ouk emailed Plaintiff and asked him to order two compounds: 2-amino-4-trifluoromethyl pyridine and 3-trifluoromethyl pyridine. It was common for Dr. Ouk to ask Plaintiff to order compounds for him and Plaintiff did not suggest which chemicals Dr. Ouk should order. After receiving the 2-amino-4-trifluoromethyl pyridine, Dr. Ouk began the first steps for synthesis of the compound now known as A51. It took approximately three months for Dr. Ouk to synthesize A51. Dr. Ouk completed the synthesis of A51 in January 2005.

After synthesizing A51, Dr. Ouk gave the compound to Plaintiff and asked him to test it. Plaintiff testified that he did in fact test A51. However, the test results offered by Plaintiff at trial show only that Plaintiff tested a compound called CC1. Other than Plaintiff's own testimony, Plaintiff has offered no evidence establishing that CC1 is the same compound as A51.

In February 2005, Dr. Ouk asked Plaintiff how the testing of A51 had gone. Plaintiff did not tell Dr. Ouk about the test results, to the extent any such tests were done. Instead, Plaintiff told Dr. Ouk to destroy his lab notebook and conceal the evidence that A51 was ever made at UCLA. Approximately one week later, Plaintiff told Dr. Ouk that the compound was not active. Plaintiff never provided Dr. Ouk with any documents showing the test results of A51.

On September 9, 2005, Plaintiff resigned from UCLA. After Plaintiff's departure, Dr. Ouk re-synthesized A51 and synthesized A52. These compounds were later patented. Drs. Jung, Sawyers, and Ouk are named inventors of the A-series Patents. Plaintiff is not.

---

[1] The Court notes that Dr. Ouk testified at trial that no one specifically discussed modifying RD37 at the August 2004 meeting.

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:18-cv-02015-RGK-KS | Date | November 6, 2019 |
|---|---|---|---|
| Title | ***Degui Chen v. Michael E. Jung et al.*** | | |

**Conclusions of Law**

### A.    Conception and Joint Inventorship

"Conception is the touchstone of inventorship, the completion of the mental part of invention." *Burroughs Wellcome Co. v. Barr Labs., Inc.*, 40 F.3d 1223, 1227–28 (Fed. Cir. 1994).

> [T]he test for conception is whether the inventor had an idea that was definite and permanent enough that one skilled in the art could understand the invention; the inventor must prove his conception by corroborating evidence, preferably by showing a contemporaneous disclosure. An idea is definite and permanent when the inventor has a specific, settled idea, a particular solution to the problem at hand, not just a general goal or research plan he hopes to pursue.

*Id.* at 1228 (citations omitted). "[A]n inventor need not know that his invention will work for conception to be complete. He need only show that he had the idea; the discovery that an invention actually works is part of its reduction to practice." *Id.* (citations omitted).

"Conception of a chemical substance requires both knowledge of a specific chemical structure of the compound and an operative method of making it." *Fina Oil and Chemical Co. v. Ewen*, 123 F.3d 1466, 1473 (Fed. Cir. 1997) (citing *Burroughs Wellcome*, 40 F.3d at 1229). "Confirmatory testing or screening of compounds does not constitute a contribution to conception, but is considered reduction to practice." *Intercept Pharm., Inc. v. Fiorucci*, 277 F. Supp. 3d 678, 683 (D. Del. 2017) (citing *Burroughs Wellcome*, 40 F.3d at 1229–30).

A patented invention may be the work of two or more joint inventors. *Ethicon, Inc. v. U.S. Surgical Corp.*, 135 F.3d 1456, 1460 (Fed. Cir. 1998) (citing 35 U.S.C. § 116). To be a joint inventor, one must "(1) contribute in some significant manner to the conception or reduction to practice of the invention, (2) make a contribution to the claimed invention that is not insignificant in quality, when that contribution is measured against the dimension of the full invention, and (3) do more than merely explain to the real inventors well-known concepts and/or the current state of the art." *Pannu v. Iolab Corp.*, 155 F.3d 1344, 1351 (Fed. Cir. 1998) (citations omitted). A joint inventor "need not make a contribution to every claim of a patent. A contribution to one claim is enough." *Ethicon*, 135 F.3d at 1460 (citations omitted).

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:18-cv-02015-RGK-KS | Date | November 6, 2019 |
|---|---|---|---|
| Title | ***Degui Chen v. Michael E. Jung et al.*** | | |

### B.    Correction of Inventorship

"35 U.S.C. § 256 provides that a co-inventor omitted from an issued patent may be added to the patent by a court 'before which such matter is called in question.'" *Id.* at 1461 (quoting another source). However, when a patent has been issued, there is "a presumption that the named inventors are the true and only inventors." *Id.* A party that seeks to be added as a joint inventor must prove his "contribution to the conception of the claims by clear and convincing evidence." *Id.* An inventor's testimony—standing alone—cannot rise to the level of clear and convincing proof. *Id.*; *BJ Servs. Co. v. Halliburton Energy Servs., Inc.*, 338 F.3d 1368, 1373 (Fed. Cir. 2003) ("Uncorroborated testimony alone cannot constitute clear and convincing proof."). Instead, "[w]hat is required is 'corroborating evidence of a contemporaneous disclosure that would enable one skilled in the art to make the invention.'" *BJ Servs.*, 338 F.3d at 1373 (quoting *Burroughs Wellcome*, 40 F.3d at 1228).

### C.    Analysis

Plaintiff has not proved by clear and convincing evidence that he invented any claim of the A-series Patents. At trial, Plaintiff did not identify *any* patent claim to which he contributed. In addition, Plaintiff's contention that he contributed to the invention of the A-series Compounds is not adequately supported by independent, contemporaneous corroborating evidence. *See BJ Servs.*, 338 F.3d at 1373.

During trial, Plaintiff testified that he made four contributions to the development of the A-series Patents: (1) he proposed the pyridine substitution and conceived the genus of A-series compounds; (2) he identified RD37 and RD162 as the bases to make A51 and A52; (3) he developed and designed innovative systems and methods to test the A-series Compounds; and (5) he tested A51 and showed that it was a pure antagonist to treat prostate cancer. The Court addresses each alleged contribution in turn.

#### a.    *The Pyridine Substitution*

Plaintiff testified that he made two separate proposals regarding the pyridine substitution. First, at the August 2004 meeting, he proposed making an unspecified change to the left-hand ring of RD37. Second, at an October 2004 lunch with Dr. Ouk, he specifically proposed substituting the left-hand benzene ring for a pyridine ring. But Plaintiff has offered insufficient evidence that he made either proposal. With respect to the August 2004 meeting, Plaintiff admitted that he does not have any notes from this meeting, nor does he have any documents showing that he suggested making a change to the left-hand ring of RD37 during the meeting. As for the October 2004 lunch, again Plaintiff testified that he does not have any notes memorializing this event. During trial, Plaintiff also admitted that he has no written documents from the fall of 2004 in which he wrote down a left-hand pyridine structure, and he has no written documents from the fall of 2004 in which he suggested adding a pyridine ring to RD37.

JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:18-cv-02015-RGK-KS | Date | November 6, 2019 |
|---|---|---|---|
| Title | ***Degui Chen v. Michael E. Jung et al.*** | | |

In addition, the attendees at both the August meeting and the October lunch deny that Plaintiff made either of these suggestions.[2]

Plaintiff contends that Dr. Ouk's October 13, 2004 email asking Plaintiff to purchase 3-trifluoromethyl pyridine corroborates his testimony that he suggested the pyridine substitution. The Court disagrees. At trial, Plaintiff admitted that it was routine for Dr. Ouk to ask Plaintiff to order materials. Nothing in the Dr. Ouk's October 13, 2004 email specifically corroborates Plaintiff's contention that it was his idea to use a pyridine ring in A51.

The Court therefore finds that Plaintiff has not established that he proposed the pyridine substitution.

b.    *The Identification of Lead Compounds*

Plaintiff also testified that he contributed to the conception of the A-series Patents by identifying RD37 and RD162 as the lead compounds for A51 and A52, respectively. First, Plaintiff has offered no independent, contemporaneous corroborating evidence that he identified RD37 and RD162 as bases for the A-series Compounds. Second, even if Plaintiff did identify RD37 and RD162 as the bases for the A-series Compounds, this would be insufficient to establish inventorship. As set forth above, "[c]onception of a chemical substance requires both knowledge of a specific chemical structure of the compound and an operative method of making it." *Fina Oil*, 123 F.3d at 1473 (citing *Burroughs Wellcome*, 40 F.3d at 1229). Merely identifying RD37 and RD162 as potential bases for a new chemical scaffold does not, without more, constitute conception. *See Burroughs Wellcome*, 40 F.3d at 1228 ("An idea is definite and permanent when the inventor has a specific, settled idea, a particular solution to the problem at hand, not just a general goal or research plan he hopes to pursue.").

Accordingly, the Court finds that Plaintiff has offered insufficient evidence that he contributed to the conception of the A-series Patents by identifying RD37 and RD162 as the lead compounds for A51 and A52. Further, even if Plaintiff had offered sufficient evidence on this issue, this would not establish inventorship.

---

[2] Plaintiff also asserts that the Invention Report, which identifies the date of conception for the A-series Patents as October 18, 2004, supports his theory of inventorship. But the Invention Report, coupled with Plaintiff's testimony, is insufficient to establish that Plaintiff proposed the pyridine substitution during his October 2004 lunch with Dr. Ouk.

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:18-cv-02015-RGK-KS | Date | November 6, 2019 |
|---|---|---|---|
| Title | ***Degui Chen v. Michael E. Jung et al.*** | | |

      *c.*    <u>The Development of Systems to Test the A-series Compounds</u>

Plaintiff asserts that he developed and designed innovative systems and methods to test the A-series Compounds. In particular, Plaintiff claims that he developed a luciferase reporter system, and developed systems and conditions for a prostate-specific antigen ("PSA") ELISA study.

First, Plaintiff admitted at trial that the patents which cover the RD-series compounds also cover the luciferase reporter system. Thus, it would appear from Plaintiff's own testimony that the luciferase reporter system was not developed specifically to test the A-series compounds, but to test the RD-series compounds. Second, Plaintiff has offered no independent, contemporaneous corroborating evidence that he developed a PSA ELISA study to test the A-series Compounds. To the contrary, Dr. Sawyers offered expert testimony that the PSA ELISA study cited by Plaintiff was publicly known by 2005.

The Court therefore finds that Plaintiff has not established that he developed and designed innovative systems and methods to test the A-series Compounds.

      *d.*    <u>The Testing of A51</u>

Plaintiff also contends that he personally tested A51, demonstrating its potential as a prostate cancer drug. But Plaintiff has offered no independent, contemporaneous corroborating evidence of this alleged contribution. Plaintiff testified that Dr. Ouk brought a pyridine compound to him for testing, but neither Plaintiff's lab notebooks nor any other documents establish that Plaintiff tested the compound which would later be known as A51. The test results offered by Plaintiff at trial are results for a compound labeled CC1. Plaintiff has offered no evidence—aside from his own testimony—establishing that CC1 is the same compound as that which would later be called A51. In fact, Plaintiff admitted that he has no notes that suggest that CC1 is the compound with the left-hand pyridine ring, later called A51. Moreover, even if Plaintiff could corroborate that he tested A51, this alone would be insufficient to establish inventorship. *Intercept Pharm*, 277 F. Supp. 3d at 683 (D. Del. 2017) (citing *Burroughs Wellcome*, 40 F.3d at 1229–30) (holding that confirmatory testing does not constitute a contribution to conception).

The only evidence aside from Plaintiff's own testimony which might arguably support his position is the June 22, 2005 email in which Dr. Ouk noted the existence of a new scaffold whose activity was encouraging. But even if Dr. Ouk was referencing A51 in this email, this would—at best—establish that A51 had been tested. It would not establish that it was Plaintiff who conducted the testing, nor would it establish inventorship. *See id.*

---

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:18-cv-02015-RGK-KS | Date | November 6, 2019 |
|---|---|---|---|
| Title | ***Degui Chen v. Michael E. Jung et al.*** | | |

Accordingly, the Court finds that Plaintiff has not established that he tested A51. Even if Plaintiff had made this showing, this alone would be insufficient to confer inventorship.

Finally, Plaintiff also asserts, more broadly, that he must be an inventor of the A-series Patents because but-for the work Plaintiff did on the RD-series compounds, the A-series Compounds would not have been possible. But Plaintiff's involvement in the RD-series compounds, without more, does not make him a joint inventor of the A-series Patents. *See Yeda Research And Dev. Co. v. Imclone Sys. Inc.*, 443 F. Supp. 2d 570, 621 (S.D.N.Y. 2006) ("'but for' causation is not tantamount to invention.") In light of the absence of any evidence that Plaintiff significantly contributed to *the compounds at issue in this case*, the Court finds that Plaintiff did not "contribute in some significant manner to the conception or reduction to practice of the invention." *Pannu*, 155 F.3d at 1351.

Accordingly, the Court holds that Plaintiff has not shown by clear and convincing evidence that he is a joint inventor of the A-series Patents.[3]

## III. <u>CONCLUSION</u>

In light of the foregoing, the Court **ENTERS JUDGMENT IN FAVOR** of Defendants as to Plaintiff's Complaint and **DISMISSES** Plaintiff's inventorship claim. The Court **ORDERS** Defendants to submit to the Court a proposed judgment consistent with this Order within 3 days of the filing of this Order.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer   _____

---

[3] The Court notes that although the evidence offered by Defendants at trial successfully refuted much of Plaintiff's testimony, there was already insufficient evidence at the close of Plaintiff's case-in-chief to establish inventorship.

1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

13
14
15
16
17
18
19

DEGUI CHEN, Ph.D., an individual,

            Plaintiff,

      v.

MICHAEL E. JUNG, Ph. D., an individual and CHARLES L. SAWYERS, M.D., an individual,

            Defendants.

Case No.  2:18-CV-02015-RGK-KS

**[~~PROPOSED~~] JUDGMENT**

Honorable R. Gary Klausner

Courtroom: 850 (8th Fl.)
            255 East Temple St.
            Los Angeles, CA 90012
Trial Date:  October 15, 2019

20
21
22
23
24
25
26
27
28

[PROPOSED] JUDGMENT;
CASE NO. 2:18-CV-02015-RGK-KS

1    Having presided over trial in this matter and issued findings of fact and

2  conclusions of law, the Court HEREBY ENTERS JUDGMENT in favor of

3  Defendants Michael E. Jung and Charles L. Sawyers as follows:

4    1.    Plaintiff Degui Chen's claim for inventorship of U.S. Patent No.

5  8,445,507 is dismissed with prejudice.

6    2.    Plaintiff Degui Chen's claim for inventorship of U.S. Patent No.

7  8,802,689 is dismissed with prejudice.

8    3.    Plaintiff Degui Chen's claim for inventorship of U.S. Patent No.

9  9,388,159 is dismissed with prejudice.

10

11

12  Dated:  November 8, 2019

13                              The Honorable R. Gary Klausner
                                UNITED STATES DISTRICT JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-1-                          [PROPOSED] JUDGMENT;
                             CASE NO. 2:18-CV-02015-RGK-KS



US008445507B2

(12) **United States Patent**
Jung et al.

(10) Patent No.: **US 8,445,507 B2**
(45) Date of Patent: **May 21, 2013**

(54) **ANDROGEN RECEPTOR MODULATOR FOR THE TREATMENT OF PROSTATE CANCER AND ANDROGEN RECEPTOR-ASSOCIATED DISEASES**

(75) Inventors: **Michael E. Jung**, Los Angeles, CA (US); **Charles L. Sawyers**, New York, NY (US); **Samedy Ouk**, Los Angeles, CA (US); **Chris Tran**, New York, NY (US); **John Wongvipat**, New York, NY (US)

(73) Assignee: **The Regents of the University of California**, Oakland, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 600 days.

(21) Appl. No.: **12/294,881**

(22) PCT Filed: **Mar. 27, 2007**

(86) PCT No.: **PCT/US2007/007485**
§ 371 (c)(1),
(2), (4) Date: **Sep. 16, 2010**

(87) PCT Pub. No.: **WO2007/126765**
PCT Pub. Date: **Nov. 8, 2007**

(65) **Prior Publication Data**
US 2011/0003839 A1    Jan. 6, 2011

**Related U.S. Application Data**

(60) Provisional application No. 60/785,978, filed on Mar. 27, 2006, provisional application No. 60/833,790, filed on Jul. 28, 2006.

(51) Int. Cl.
*A61K 31/4439*    (2006.01)
*C07D 213/60*    (2006.01)

(52) U.S. Cl.
USPC ........... **514/278**; 514/341; 546/15; 546/274.1

(58) Field of Classification Search
USPC .......................... 546/15, 274.1; 514/278, 341
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,823,240 A | 7/1974 | Sauli |
| 3,984,430 A | 10/1976 | Curran |
| 4,097,578 A | 6/1978 | Perronnet et al. |
| 4,234,736 A | 11/1980 | Bernauer et al. |
| 4,304,782 A | 12/1981 | Dumont et al. |
| 4,312,881 A | 1/1982 | Wootton |
| 4,399,216 A | 8/1983 | Axel et al. |
| 4,407,814 A | 10/1983 | Bernauer et al. |
| 4,427,438 A | 1/1984 | Nagano et al. |
| 4,473,393 A | 9/1984 | Nagpal |
| 4,482,739 A | 11/1984 | Bernauer et al. |
| 4,559,157 A | 12/1985 | Smith et al. |
| 4,608,392 A | 8/1986 | Jacquet et al. |
| 4,749,403 A | 6/1988 | Liebl et al. |
| 4,820,508 A | 4/1989 | Wortzman |
| 4,859,228 A | 8/1989 | Prisbylla |
| 4,873,256 A | 10/1989 | Coussediere et al. |
| 4,938,949 A | 7/1990 | Borch et al. |
| 4,944,791 A | 7/1990 | Schröder et al. |
| 4,992,478 A | 2/1991 | Geria |
| 5,010,182 A | 4/1991 | Brake et al. |
| 5,069,711 A | 12/1991 | Fischer et al. |
| 5,071,773 A | 12/1991 | Evans et al. |
| 5,166,358 A | 11/1992 | Seuron et al. |
| 5,411,981 A | 5/1995 | Gaillard-Kelly et al. |
| 5,434,176 A | 7/1995 | Claussner et al. |
| 5,554,607 A | 9/1996 | Elokdah et al. |
| 5,556,983 A | 9/1996 | Claussner et al. |
| 5,589,497 A | 12/1996 | Claussner et al. |
| 5,614,620 A | 3/1997 | Lino et al. |
| 5,627,201 A | 5/1997 | Gaillard-Kelly et al. |
| 5,646,172 A | 7/1997 | Claussner et al. |
| 5,656,651 A | 8/1997 | Sovak et al. |
| 5,705,654 A | 1/1998 | Claussner et al. |
| 5,726,061 A | 3/1998 | Robbins et al. |
| 5,750,553 A | 5/1998 | Claussner et al. |
| 5,783,707 A | 7/1998 | Elokdah et al. |
| RE35,956 E | 11/1998 | Gaillard-Kelly et al. |
| 5,958,936 A | 9/1999 | Claussner et al. |
| 5,985,868 A | 11/1999 | Gray |
| 6,107,488 A | 8/2000 | Bouchet et al. |
| 6,172,076 B1 | 1/2001 | Embrey et al. |
| 6,235,910 B1 | 5/2001 | Beller et al. |
| 6,242,611 B1 | 6/2001 | Claussner et al. |
| 6,307,030 B1 | 10/2001 | French et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| AU | 217893 | 6/1958 |
| CN | 101032483 A * | 9/2007 |

(Continued)

OTHER PUBLICATIONS

Wallen et al., "Androgen Receptor Gene Mutations in Hormone-Refractory Prostate Cancer", J. Pathology 1999, vol. 189, pp. 559-563.
Lu et al. "Molecular Mechanisms of Androgen-Independent Growth of Human Prostate Cancer LNCaP-AI Cells", Endocrinology 1999, vol. 140, No. 11, pp. 5054-5059.
Karp et al., Cancer Res. 56: 5547-5556, 1996.
Ausubel et al., Current Protocols in Molecular Biology, Wiley Interscience Publishers, (1995).
Sambrook et al., Molecular Cloning: A Laboratory Manual 2nd edition (1989) Cold Spring Harbor Laboratory Press, Cold Spring Harbor, N.Y.
Chang et al., Science 240 (4850), 324-326 (1988).
NM_000044<http://www.ncbi.nlm.nih.gov:80/entrez/viewer.fcgi?cmd=Retrieve&db=nucleotide&list_uids=21322251&dopt=GenBank&term=sapiens+AR+androgen+receptor+prostate+cancer&qty=1>gi:21322251, printed Oct. 24, 2007.
*Mammalian Cell Biotechnology: a Practical Approach*, M. Butler, ed. (IRL Press, 1991).

(Continued)

*Primary Examiner* — Jason M Nolan
(74) *Attorney, Agent, or Firm* — Kilpatrick Townsend & Stockton LLP

(57)    **ABSTRACT**

A hydantoin compound useful for the prevention or treatment of hyperproliferative diseases or disorders.

**31 Claims, 6 Drawing Sheets**

**TX 61.0002**

**US 8,445,507 B2**

Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,350,763 B1 | 2/2002 | Kelly et al. | |
| 6,472,415 B1 | 10/2002 | Sovak et al. | |
| 6,479,063 B2 | 11/2002 | Weisman et al. | |
| 6,489,163 B1 | 12/2002 | Roy et al. | |
| 6,506,607 B1 | 1/2003 | Shyjan | |
| 6,828,471 B2 | 12/2004 | Sawyers et al. | |
| 7,271,188 B2 | 9/2007 | Tachibana et al. | |
| 2002/0133833 A1 | 9/2002 | Sawyers et al. | |
| 2003/0225138 A1 | 12/2003 | Sircar et al. | |
| 2004/0009969 A1 | 1/2004 | Cleve et al. | |
| 2004/0116417 A1 | 6/2004 | Boubia et al. | |
| 2005/0153968 A1 | 7/2005 | Bi et al. | |
| 2006/0127902 A1 | 6/2006 | Madden et al. | |
| 2007/0249697 A1 | 10/2007 | Tachibana et al. | |

## FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 2102605 | 7/1971 |
| DE | 2614831 A1 | 10/1977 |
| EP | 0017976 A2 | 10/1980 |
| EP | 0017976 A3 | 10/1980 |
| EP | 0017976 B1 | 6/1983 |
| EP | 0 082 259 B1 | 10/1984 |
| EP | 0144098 A1 | 6/1985 |
| EP | 0331232 A2 | 9/1989 |
| EP | 362179 | 4/1990 |
| EP | 0 494 819 A1 | 1/1992 |
| EP | 0 578 516 A1 | 5/1993 |
| EP | 0 580 459 A1 | 5/1993 |
| EP | 0572191 A1 | 12/1993 |
| EP | 0 580 459 B1 | 1/1994 |
| EP | 0770613 A1 | 5/1995 |
| EP | 0 494 819 B1 | 7/1996 |
| EP | 0 721 944 B1 | 1/2001 |
| EP | 1 790 640 A | 5/2007 |
| FR | 2 693 461 A1 | 1/1994 |
| FR | 2 715 402 A1 | 1/1994 |
| FR | 2 845 384 A1 | 10/2002 |
| JP | 59210083 A | 11/1984 |
| JP | 1009978 A | 1/1989 |
| JP | 2019363 A | 1/1990 |
| WO | WO 90/13646 | 11/1990 |
| WO | WO 97/00071 | 1/1997 |
| WO | WO 97/19064 | 5/1997 |
| WO | WO 97/19931 | 6/1997 |
| WO | WO 00/17163 | 3/2000 |
| WO | WO 00/26195 A1 | 5/2000 |
| WO | WO 00/44731 A1 | 8/2000 |
| WO | WO 01/07048 A1 | 2/2001 |
| WO | WO 01/92253 A2 | 12/2001 |
| WO | WO 01/94346 A1 | 12/2001 |
| WO | WO 02/053155 A1 | 7/2002 |
| WO | WO 02/081453 A1 | 10/2002 |
| WO | WO 03/029245 A1 | 4/2003 |
| WO | WO 03/032994 A2 | 4/2003 |
| WO | WO 03/057220 A1 | 7/2003 |
| WO | WO 03/093243 A1 | 11/2003 |
| WO | WO 03/096980 | 11/2003 |
| WO | WO 2004/022572 A1 | 3/2004 |
| WO | WO 2004/031160 A2 | 4/2004 |
| WO | WO 2004/070050 A2 | 8/2004 |
| WO | WO 2004/111031 A1 | 12/2004 |
| WO | WO 2005/042488 A1 | 5/2005 |
| WO | WO 2005/059109 | 6/2005 |
| WO | WO2005/059109 A3 | 6/2005 |
| WO | WO 2005/060661 | 7/2005 |
| WO | WO 2005/089752 | 9/2005 |
| WO | WO 2005/099693 | 10/2005 |
| WO | WO 2006/010642 | 2/2006 |
| WO | WO 2006/028226 A | 3/2006 |
| WO | WO 2006/124118 A1 | 11/2006 |
| WO | WO 2007/045877 A1 | 4/2007 |
| WO | WO 2007/126765 | 11/2007 |
| WO | WO 2007/127010 | 11/2007 |
| WO | WO 2008/119015 A2 | 10/2008 |

## OTHER PUBLICATIONS

Graham and van der Eb, *Virology*, 52:456-467, 1973.

Keown et al., *Methods in Enzymology*, 185:527-537 (1990)

Mansour et al., *Nature*, 336:348-352 (1988).

Muller et al., 1991, Mol. & Cell. Bio. 11:1785.

Urlaub et al., *Proc. Natl. Acad. Sci. USA*, 77:4216 (1980).

Stinchcomb et al., *Nature*, 282:39 (1979).

Kingsman et al., *Gene*, 7: 141 (1979).

Tschumper et al., *Gene*, 10: 157 (1980).

Jones, *Genetics*, 85:12 (1977).

Feldman, B.J. & Feldman, D. The development of androgen-independent prostate cancer. Nat Rev Cancer 1, 34-45 (2001).

Gelmann, E.P. Molecular biology of the androgen receptor. J Clin Oncol 20, 3001-15 (2002).

Balk, S.P. Androgen receptor as a target in androgen-independent prostate cancer. Urology 60, 132-8; discussion 138-9 (2002).

Taplin, M.E. et al. Selection for androgen receptor mutations in prostate cancers treated with androgen antagonist. Cancer Res 59, 2511-5 (1999).

Taplin, M.E. et al. Androgen receptor mutations in androgen-independent prostate cancer: Cancer and Leukemia Group B Study 9663. J Clin Oncol 21, 2673-8 (2003).

Visakorpi, T. et al. In vivo amplification of the androgen receptor gene and progression of human prostate cancer. Nat Genet 9, 401-6 (1995).

Taplin, M.E. et al. Mutation of the androgen-receptor gene in metastatic androgen-independent prostate cancer. N Engl J Med 332, 1393-8 (1995).

Veldscholte, J. et al. A mutation in the ligand binding domain of the androgen receptor of human LNCaP cells affects steroid binding characteristics and response to anti-androgens. Biochem Biophys Res Commun 173, 534-40 (1990).

Matias, P.M. et al. Structural basis for the glucocorticoid response in a mutant human androgen receptor (AR(ccr)) derived from an androgen-independent prostate cancer. J Med Chem 45, 1439-46 (2002).

Craft, N., Shostak, Y., Carey, M. & Sawyers, C.L. A mechanism for hormone-independent prostate cancer through modulation of androgen receptor signaling by the HER-2/neu tyrosine kinase. Nat Med 5, 280-5 (1999).

Gioeli, D. et al. Androgen receptor phosphorylation. Regulation and identification of the phosphorylation sites. J Biol Chem 277, 29304-14 (2002).

Kato, S. et al. Activation of the estrogen receptor through phosphorylation by mitogen-activated protein kinase. Science 270, 1491-4 (1995).

Font de Mora, J. & Brown, M. AIB1 is a conduit for kinase-mediated growth factor signaling to the estrogen receptor. Mol Cell Biol 20, 5041-7 (2000).

Tremblay, A., Tremblay, G.B., Labrie, F. & Giguere, V. Ligand-independent recruitment of SRC-1 to estrogen receptor beta through phosphorylation of activation function AF-1. Mol Cell 3, 513-9 (1999).

Gregory, C.W. et al. A mechanism for androgen receptor-mediated prostate cancer recurrence after androgen deprivation therapy. Cancer Res 61, 4315-9 (2001).

Li, P. et al. Heterogeneous expression and functions of androgen receptor co-factors in primary prostate cancer. Am J Pathol 161, 1467-74 (2002).

Glass, C.K. & Rosenfeld, M.G. The coregulator exchange in transcriptional functions of nuclear receptors. Genes Dev 14, 121-41 (2000).

Raffo, A.J. et al. Overexpression of bcl-2 protects prostate cancer cells from apoptosis in vitro and confers resistance to androgen depletion in vivo. Cancer Res 55, 4438-45 (1995).

McDonnell, T.J. et al. Expression of the protooncogene bcl-2 in the prostate and its association with emergence of androgen-independent prostate cancer. Cancer Res 52, 6940-4 (1992).

Kinoshita, H. et al. Methylation of the androgen receptor minimal promoter silences transcription in human prostate cancer. Cancer Res 60, 3623-30 (2000).

Shang, Y., Myers, M. & Brown, M. Formation of the androgen receptor transcription complex. Mol Cell 9, 601-10 (2002).

Zhau, H.Y. et al. Androgen-repressed phenotype in human prostate cancer. Proc Natl Acad Sci U S A 93,15152-7 (1996).

TX 61.0003

Wainstein, M.A. et al. CWR22: androgen-dependent xenograft model derived from a primary human prostatic carcinoma. Cancer Res 54, 6049-52 (1994).

Ellis, W.J. et al. Characterization of a novel androgen-sensitive, prostate-specific antigen-producing prostatic carcinoma xenograft: LuCaP 23. Clin Cancer Res 2, 1039-48 (1996).

Horoszowicz, J.S. et al. LNCaP model of human prostatic carcinoma. Cancer Res 43, 1809-18 (1983).

Klein, K.A. et al. Progression of metastatic human prostate cancer to androgen independence in immunodeficient SCID mice. Nat Med 3, 402-8 (1997).

Perou, C.M. et al. Molecular portraits of human breast tumors. Nature 406, 747-52 (2000).

Gregory, C.W., Johnson, R.T., Jr., Mohler, J.L., French, F.S. & Wilson, E.M. Androgen receptor stabilization in recurrent prostate cancer is associated with hypersensitivity to low androgen. Cancer Res 61, 2892-8 (2001).

Huang, Z.Q., Li, J. & Wong, J. AR possess an intrinsic hormone-independent transcriptional activity. Mol Endocrinol 16, 924-37 (2002).

Matias, P.M. et al. Structural evidence for ligand specificity in the binding domain of the human androgen receptor. Implications for pathogenic gene mutations. J Biol Chem 275, 26164-71 (2000).

Lobaccaro, J.M. et al. Molecular modeling and in vitro investigations of the human androgen receptor DNA-binding domain: application for the study of two mutations. Mol Cell Endocrinol 116, 137-47 (1996).

Migliaccio, A. et al. Steroid-induced androgen receptor-oestradiol receptor beta-Src complex triggers prostate cancer cell proliferation. Embo J 19, 5406-17 (2000).

Kousteni, S. et al. Nongenotropic, sex-nonspecific signaling through the estrogen or androgen receptors: dissociation from transcriptional activity. Cell 104, 719-30 (2001).

Manolagas, S.C., Kousteni, S. & Jilka, R.L. Sex steroids and bone. Recent Prog Horm Res 57, 385-409 (2002).

DePrimo, S.E. et al. Transcriptional programs activated by exposure of human prostate cancer cells to androgen. Genome Biol 3, Research0032 (2002).

Masiello, D., Cheng, S., Bubley, G.J., Lu, M.L. & Balk, S.P. Bicalutamide functions as an androgen receptor antagonist by assembly of a transcriptionally inactive receptor. J Biol Chem 277, 26321-6 (2002).

Edwards, J., Krishna, N.S., Grigor, K.M. & Bartlett, J.M. Androgen receptor gene amplification and protein expression in hormone refractory prostate cancer. Br J Cancer 89, 552-6 (2003).

Laitinen, S., Karhu, R., Sawyers, C.L., Vessella, R.L. & Visakorpi, T. Chromosomal aberrations in prostate cancer xenografts detected by comparative genomic hybridization. Genes Chromosomes Cancer 35, 66-73 (2002).

Grad, J.M., Dai, J.L., Wu, S. & Burnstein, K.L. Multiple androgen response elements and a Myc consensus site in the androgen receptor (AR) coding region are involved in androgen-mediated up-regulation of AR messenger RNA. Mol Endocrinol 13, 1896-911 (1999).

Craft, N. et al. Evidence for clonal outgrowth of androgen-independent prostate cancer cells from androgen-dependent tumors through a two-step process. Cancer Res 59,5030-6 (1999).

Ellwood-Yen, K. et al. Myc-driven murine prostate cancer shares molecular features with human prostate tumors. Cancer Cell 4, 223-38 (2003).

Wang, S. et al. Prostate-specific deletion of the murine Pten tumor suppressor gene leads to metastatic prostate cancer. Cancer Cell 4, 209-21 (2003).

Shiau, A.K. et al. The structural basis of estrogen receptor/coactivator recognition and the antagonism of this interaction by tamoxifen. Cell 95, 927-37 (1998).

Norris, J.D. et al. Peptide antagonists of the human estrogen receptor. Science 285, 744-6 (1999).

Baek, S.H. et al. Exchange of N-CoR corepressor and Tip60 coactivator complexes links gene expression by NF-kappaB and beta-amyloid precursor protein. Cell 110, 55-67 (2002).

Shang, Y. & Brown, M. Molecular determinants for the tissue specificity of SERMs. Science 295, 2465-8 (2002).

Schellhammer, P.F. et al. Prostate specific antigen decreases after withdrawal of antiandrogen therapy with bicalutamide or flutamide in patients receiving combined androgen blockade. J Urol 157, 1731-5 (1997).

Sack, J.S. et al. Crystallographic structures of the ligand-binding domains of the androgen receptor and its T877A mutant complexed with the natural agonist dihydrotestosterone. Proc Natl Acad Sci U S A 98, 4904-9 (2001).

Zhou, Z.X., Sar, M., Simental, J.A., Lane, M.V. & Wilson, E.M. A ligand-dependent bipartite nuclear targeting signal in the human androgen receptor. Requirement for the DNA-binding domain and modulation by NH2-terminal and carboxyl-terminal sequences. J Biol Chem 269, 13115-23 (1994).

Chen, C.D., Weisbie, D.S., Tran, C., Baek, S.H., Chen, R., Vessella, R., Rosenfeld, M.G., and Sawyers, C.L., Molecular determinants of resistance to antiandrogen therapy, Nat. Med. 10: 33-39, 2004.

*The Pharmacological Basis of Therapeutics,* Goodman and Gilman, eds., Macmillan Publishing Co., New York, 1941.

The Practice of Medicinal Chemistry, Camille G. Wermuth et al., Ch 31, (Academic Press, 1996).

Design of Prodrugs, edited by H. Bundgaard, (Elsevier, 1985).

A Textbook of Drug Design and Development, P. Krogsgaard-Larson and H. Bundgaard, eds. Ch 5, pp. 113-191 (Harwood Academic Publishers, 1991).

Remington: The Science and Practice of Pharmacy, 19th Edition, Gennaro (ed.) 1995, Mack Publishing Company, Easton, PA.

Teutsch, G.; Goubet, F.; Battmann, T.; Bonfils, A.; Bouchoux, F.; Cerede, E.; Gofflo, D.; Gaillard-Kelly, M.; Philibert, D. *J. Steroid Biochem. Molec. Biol.* 1994, 48, 111-119.

Van Dort, M.E.; Robins, D.M.; Wayburn, B. *J. Med. Chem.* 2000, 43, 3344-3347.

Homms,S., et al., "Differential levels of human leukocyte antigenclass I, multidrug-resistance 1 and androgen receptor expressions in untreated prostate cancer cells: the robustness of prostate cancer", Oncol. Rep. 18 (2), 343-346 (2007).

Cai,C., et al., "c-Jun has multiple enhancing activities in the novel cross talk between the androgen receptor and Ets variant gene 1 in prostate cancer", Mol. Cancer Res. 5 (7), 725-735 (2007).

Su,Q.R., et al., "Polymorphisms of androgen receptor gene in childhood and adolescent males with first-onset major depressive disorder and association with related symptomatology", Int. J. Neurosci. 117 (7), 903-917 (2007).

Brockschmidt,F.F., et al., "The two most common alleles of the coding GGN repeat in the androgen receptor gene cause differences in protein function", J. Mol. Endocrinol. 39 (1), 1-8 (2007).

Hamilton-Reeves,J.M., et al, "Isoflavone-rich soy protein isolate suppresses androgen receptor expression without altering estrogen receptor-beta expression or serum hormonal profiles in men at high risk of prostate cancer", J. Nutr. 137 (7), 1769-1775 (2007).

Sweet,C.R., et al., "A unique point mutation in the androgen receptor gene in a family with complete androgen insensitivity syndrome", Fertil. Steril. 58 (4), 703-707 (1992).

Batch,J.A., et al., "Androgen receptor gene mutations identified by SSCP in fourteen subjects with androgen insensitivity syndrome", Hum. Mol. Genet. 1 (7), 497-503 (1992).

Wooster,R., et al., "A germline mutation in the androgen receptor gene in two brothers with breast cancer and Reifenstein syndrome", Nat. Genet. 2 (2), 132-134 (1992).

Saunders,P.T., et al., "Point mutations detected in the androgen receptor gene of three men with partial androgen insensitivity syndrome", Clin. Endocrinol. (Oxf) 37 (3), 214-220 (1992).

Zoppi,S., et al. "Amino acid substitutions in the DNA-binding domain of the human androgen receptor are a frequent cause of receptor-binding positive androgen resistance", Mol. Endocrinol. 6 (3), 409-415 (1992).

International Search Report issued in PCT Application PCT/US2005/005529, mailed on Nov. 10, 2005.

International Search Report issued in PCT Application PCT/US2004/042221, mailed on Jun. 20, 2005.

Wang, Long G., et al., "Overexpressed androgen receptor linked to p21WAF1 silencing may be responsible for androgen independence and resistance to apoptosis of a prostate cancer cell line", Cancer Research 61 (20), pp. 7544-7551 (Oct. 15, 2001).

TX 61.0004

**US 8,445,507 B2**

Page 4

Shi, Xu-Bao, et al., "Functional analysis of 44 mutant androgen receptors from human prostate cancer," Cancer Research 62 (5), pp. 1496-1502 (Mar. 1, 2002).

Navone, N. M., et al., "Model Systems of Prostate Cancer: Uses and Limitations" Cancer Metastasis, Kluwer Academic Publishers, Dordrecht, NL, 17 (4), 1999, pp. 361-371.

Extended European Search Report issued in European Patent Application No. EP 06748863.5, mailed on Feb. 12, 2009.

S.Ouk et al., "Development of Androgen Receptor Inhibitors for Hormone-refractory Prostate Cancer", Prostate Cancer Foundation Meeting, Scottsdale, AZ, Sep. 29-Oct. 1, 2005.

Cousty-Berlin, et al., "Preliminary Pharmacokinetics and Metabolism of Novel Non-steroidal Antiandrogens in the Rat: Relation of their Systemic Activity to the Formation of a Common Metabolite," J. Steroid Biochem. Molec. Biol., vol. 51, No. 1/2, pp. 47-55 (1994).

Feher, et al., "BHB: A Simple Knowledge-Based Scoring Function to Improve the Efficiency of Database Screening," J. Chem. Inf. Comput. Sci., vol. 43, pp. 1316-1327 (2003).

Foury, et al., "Control of the Proliferation of Prostate Cancer Cells by an Androgen and Two Antiandrogens. Cell Specific Sets of Responses," J. Steroid Biochem. Molec. Biol., vol. 66, No. 4, pp. 235-240 (1998).

Goubet, et al., Conversion of a Thiohydantoin to he Corresponding Hydantoin via a Ring-Opening/Ring Closure Mechanism, Tetrahedron Letters, vol. 37, No. 43, pp. 7727-7730 (1996).

Karvonen, et al., "Interaction of Androgen Receptors with Androgen Response Element in Intact Cells," The Journal of Biological Chemistry, vol. 272, No. 25, pp. 15973-15979 (1997).

Kemppainen, et al., "Distinguishing Androgen Receptor Agonists and Antagonists: Distinct Mechanisms of Activation by Medroxyprogesterone Acetate and Dihydrotestosterone," Mol. Endocrinol., vol. 13, pp. 440-454 (1999); mend.endojournals.org.

Marhefka, et al., "Homology Modeling Using Multiple Molecular Dynamics Simulations and Docking Studies of the Human Androgen Receptor Ligand Binding Domain Bound to Testosterone and Nonsteroidal Ligands," J. Med. Chem., vol. 44, No. 11, pp. 1729-1740 (2001).

Matias, et al., "Local Inhibition of Sebaceous Gland Growth by Topically Applied RU 58841," NY Acad. Sci., vol. 761, pp. 56-65 (1995).

Sderholm, et al., "Three-Dimensional Structure—Activity Relationships of Nonsteroidal Ligands in Complex with Androgen Receptor Ligand-Binding Domain," J. Med. Chem., vol. 48, No. 4, pp. 917-925 (2005).

Sperry, et al., Androgen binding profiles of two distinct nuclear androgen receptors in Atlantic croaker (Micropogonias undulatus), Journal of Steroid Biochemistry & Molecular Biology, vol. 73, pp. 93-103 (2000).

Zarghami, et al., "Steroid hormone regulation of prostate-specific antigen gene expression in breast cancer," British Journal of Cancer, vol. 75, No. 4, pp. 579-588 (1997).

International Search Report issued in PCT Application PCT/US2007/07485, mailed on Sep. 4, 2008.

Written Opinion issued in PCT Application PCT/US2007/07485, mailed on Sep. 4, 2008.

International Search Report issued in International Application No. PCT/US2008/012149 mailed on Apr. 29, 2009.

Written Opinion issued in International Application No. PCT/US2008/012149, mailed on Apr. 29, 2009.

Office Action issued in U.S. Appl. No. 10/590,445, mailed on Mar. 2, 2009.

International Search Report issued in International Application No. PCT/US2007/007854, mailed on Apr. 15, 2008.

Written Opinion issued in International Application No. PCT/US2007/007854, mailed on Apr. 15, 2008.

International Search Report issued in PCT Application No. PCT/US2004/042221, mailed on Jun. 20, 2005.

Written Opinion issued in PCT Application No. PCT/US2004/042221, mailed on Jun. 20, 2005.

Written Opinion issued in PCT Application No. PCT/US2005/005529, mailed on Nov. 10, 2005.

Written Opinion issued in PCT Application No. PCT/US2006/011417, mailed on Jul. 3, 2006.

Office Action of Jan. 18, 1994 from U.S. Patent and Trademark Office for U.S. Appl. No. 08/064,257.

Office Action of Aug. 14, 1992 from U.S. Patent and Trademark Office for U.S. Appl. No. 07/819,110.

Notice of References Cited of Jul. 24, 1992 from U.S. Patent and Trademark Office for U.S. Appl. No. 07/819,110.

Office Action of Feb. 22, 1993 from U.S. Patent and Trademark Office for U.S. Appl. No. 07/819,110.

Office Action of Sep. 2, 1993 from U.S. Patent and Trademark Office for U.S. Appl. No. 07/819,110.

Office Action of Jun. 1, 1994 from U.S. Patent and Trademark Office for U.S. Appl. No. 07/819,110.

M.J. Linja et al., "Amplification and overexpression of androgen receptor gene in hormone-refractory prostate cancer," Cancer Research, vol. 61 (May 1, 2001) pp. 3550-3555.

J. Holzbeierlein et al., "Gene Expression Analysis of Human Prostate Carcinoma during Hormonal Therapy Identifies Androgen-Responsive Genes and Mechanisms of Therapy Resistance", Am. J. Pathology, vol. 164, No. 1 (Jan. 2004) pp. 217-227.

C.D. Chen et al., "Molecular determinants of resistance to antiandrogen therapy", Nature Medicine, vol. 10, No. 1 (Jan. 2004) pp. 33-39.

Office Action of Jul. 23, 2008 from U.S. Patent and Trademark Office for U.S. Appl. No. 10/590,445.

Karp et al., "Prostate Cancer Prevention: Investigational Approaches and Opportunities", Cancer Res., v. 56 (Dec. 15, 1996) pp. 5547-5556.

Graham and van der Eb, "A new technique for the assay of infectivity of human adenovirus 5 DNA", Virology, v. 52(2) (Apr. 1973) pp. 456-467.

P.J. Creaven et al., "Pharmacokinetics and Metabolism of Nilutamide", Supp. Urology, vol. 37, No. 2 (Feb. 1991) pp. 13-19.

Singh et al., "Androgen Receptor Antagonists (Antiandrogens): Structure-Activity Relationships", Current Medicinal Chemistry, 2000, 7, pp. 211-247.

Bohl et al., "Structural basis for antagonism and resistance of bicalutamide in prostate cancer", Proc. Nat. Acad. Sci., 2005, v. 102(17), pp. 6201-6206.

Nam et al., "Action of the Src Family Kinase Inhibitor, Dasatinib (BMS-354825), on Human Prostate Cancer Cells", Cancer Res., 2005, v. 65(20), pp. 9185-9189.

Burnstein et al. Androgen Glucocorticoid Regulation of Androgen Receptor cDNA Expression. Molecular and Cellular Endocrinology. 1995. v. 115, pp. 177-186.

Cinar et al. Androgen Receptor Mediates the Reduced Tumor Growth, Enhanced Androgen Responsiveness, and Selected Target Gene Transactivation in Human Prostate Cancer Cell Line. Cancer Research. 2001. v. 61. pp. 7310-7317.

Szelei et al. Androgen-Induced Inhibition of Proliferation in Human Breast Cancer MCF7 Cells Transfected with Androgen Receptor. Endocrinology. 1997. v. 138 (4). pp. 1406-1412.

Raffo et al. Overexpression of bcl-2 Protects Prostate Cancer Cells from Apoptosis in Vitro and Confers Resistance to Androgen Depletion in Vivo. Cancer Research. 1995. v. 55. 4438-4445.

Office Action of Aug. 11, 2009 from U.S. Patent and Trademark Office for U.S. Appl. No. 10/583,280.

A.M. Soto et al., "Control of Cell Proliferation: Evidence for Negative Control on Estrogen-sensitive T47D Human Breast Cancer Cells", Cancer Research, 46, (1986), pp. 2271-2275.

Presentation of Charles Sawyers, Prostate Cancer Foundation Scientific Retreat, Scottsdale, Arizona, Sep. 29-Oct. 1, 2005.

Abstract submitted by Samedy Ouk, Prostate Cancer Foundation Scientific Retreat, Scottsdale, Arizona, Sep. 29-Oct. 1, 2005.

Dhal, P.N. et al., "Synthesis of thiohydantoins, thiazolidones and their derivatives from $N^1$-(4'-aryl thiazole 2'-YL) thioureas", J. Indian Chem. Soc. 50(1):680-684, Oct. 1973.

**US 8,445,507 B2**

Page 5

Elokdah, Hassan, et al., "Design, synthesis, and biological evaluation of thio-containing compounds with serum HDL-cholesterol-elevating properties", J. Med. Chem. 47:681-695 (2004).
European Search Report dated Jul. 20, 2011 for European Application No. 07754060.7, 7 pages.

Extended European Search Report dated Jul. 12, 2011 for European Application No. 11163948.0, 10 pages.

* cited by examiner

**TX 61.0006**



FIG. 1

TX 61.0007



FIG. 2

TX 61.0008



**FIG. 3**

TX 61.0009



**FIG. 4**

**TX 61.0010**



FIG. 5

TX 61.0011

U.S. Patent        May 21, 2013      Sheet 6 of 6          US 8,445,507 B2



FIG. 6

TX 61.0012

US 8,445,507 B2

1

# ANDROGEN RECEPTOR MODULATOR FOR THE TREATMENT OF PROSTATE CANCER AND ANDROGEN RECEPTOR-ASSOCIATED DISEASES

## FIELD OF THE INVENTION

The present invention relates to hydantoins, thiohydantoins, dithiohydantoins, hydantoinimines and thiohydantoinimines compounds, methods of using such compounds in the treatment of androgen receptor-associated conditions, such as age-related diseases, for example, prostate cancer, and to pharmaceutical compositions containing such compounds.

## BACKGROUND OF THE INVENTION

Prostate cancer is the most common incidence of cancer and the second leading cause of cancer death in Western men. When the cancer is confined locally, the disease can be cured by surgery or radiation. However, 30% of such cancer relapses with distant metastatic disease and others have advanced disease at diagnoses. Advanced disease is treated by castration and/or administration of anti-androgens, the so-called androgen deprivation therapy. Castration lowers the circulating levels of androgens and reduces the activity of androgen receptor (AR). Administration of anti-androgens blocks AR function by competing away androgen binding and therefore reduces the AR activity. Although initially effective, these treatments quickly fail and the cancer becomes hormone refractory.

Recently, overexpression of AR has been identified and validated as a cause of hormone refractory prostate cancer (*Nat. Med*, 2004, 10, 33-39). Overexpression of AR is sufficient to cause progression from hormone sensitive to hormone refractory prostate cancer, suggesting that better AR inhibitors than the current drugs can slow the progression of prostate cancer. It was demonstrated that AR and its ligand binding are necessary for growth of hormone refractory prostate cancer, indicating that AR is still a target for this disease. It was also demonstrated that overexpression of AR converts anti-androgens from antagonists to agonists in hormone refractory prostate cancer (an AR antagonist inhibits AR activity and an AR agonist stimulates AR activity). Data from this work explain why castration and anti-androgens fail to prevent prostate cancer progression and reveals un-recognized properties of hormone refractory prostate cancer.

Bicalutamide (Brand name: Casodex) is the most commonly used anti-androgen. While it has inhibitory effect on AR in hormone sensitive prostate cancer, it fails to suppress AR when the cancer becomes hormone refractory. Two weaknesses of current antiandrogens are blamed for the failure to prevent prostate cancer progression from hormone sensitive stage to hormone refractory prostate cancer and to effectively treat hormone refractory prostate cancer. One is their weak antagonistic activities and the other is their strong agonistic activities when AR is overexpressed in hormone refractory prostate cancer. Therefore, better AR inhibitors with more potent antagonistic activities and minimal agonistic activities are needed to delay disease progression and to treat the fatal hormone refractory prostate cancer.

Nonsteroidal anti-androgens have been preferred over steroidal compounds for prostate cancer because they are more selective and have fewer side effects. A wide variety of such compounds were described in U.S. Pat. Nos. 4,097,578, 5,411,981, and 5,705,654, U.S. published applications 2004/

2

0009969 and 2007/0004753, and PCT international applications published as WO 97/00071, WO 00/17163 and WO 06/124118.

Accordingly, identification of compounds which have high potency to antagonize the androgen activity, and which have minimal agonistic activity would overcome the hormone refractory prostate cancer (HRPC) and avoid or slowdown the progression of hormone sensitive prostate cancer (HSPC). There is a need in the art for the identification of selective modulators of the androgen receptor, such as modulators which are non-steroidal, non-toxic, and tissue selective.

## SUMMARY OF THE INVENTION

A series of compounds that modulate the function of the nuclear hormone receptors, especially the androgen receptor are presented. These compounds can cause disappearance of prostate cancer cells and tumors.

In an embodiment, a compound is according to formula II.

Formula II:



Het represents a heterocyclic unit of 5 or 6 atoms. A and B are independently selected from oxygen, sulfur, and N—R$_9$, with R$_9$ being selected from hydrogen, aryl, substituted aryl, alkyl, substituted alkyl, alkenyl, substituted alkenyl, alkynyl, substituted alkynyl, halogenated alkyl, halogenated alkenyl, halogenated alkynyl, arylalkyl, arylalkenyl, arylalkynyl, heterocyclic aromatic or non-aromatic, substituted heterocyclic aromatic or non-aromatic, cycloalkyl, substituted cycloalkyl, SO$_2$R$_{11}$, NR$_{11}$R$_{12}$, NR$_{13}$(CO)OR$_{11}$, NH(CO)NR$_{11}$R$_{12}$, NR$_{12}$(CO)R$_{11}$, O(CO)OR$_{11}$, O(CO)R$_{11}$, O(CS)R$_{11}$, NR$_{13}$(CS)R$_{11}$, NH(CS)NR$_{11}$R$_{12}$, or NR$_{12}$(CS)OR$_{11}$. R$_{11}$ and R$_{12}$ are independently selected from hydrogen, alkyl, substituted alkyl, alkenyl or substituted alkenyl, alkynyl or substituted alkynyl, aryl, substituted aryl, arylalkyl, arylalkenyl, arylalkynyl, heterocyclic aromatic or non-aromatic, or substituted heterocyclic aromatic or non-aromatic. R$_1$ is selected from hydrogen, aryl, substituted aryl, alkyl, substituted alkyl, alkenyl, substituted alkenyl, alkynyl, substituted alkynyl, halogenated alkyl, halogenated alkenyl, halogenated alkynyl, arylalkyl, arylalkenyl, arylalkynyl, heterocyclic aromatic or non-aromatic, substituted heterocyclic aromatic or non-aromatic, cycloalkyl, substituted cycloalkyl, SO$_2$R$_{11}$, NR$_{11}$R$_{12}$, NR$_{12}$(CO)OR$_{11}$, NH(CO)NR$_{11}$R$_{12}$, NR$_{12}$(CO)R$_{11}$, O(CO)OR$_{11}$, O(CS)R$_{11}$, NR$_{13}$(CS)R$_{11}$, NH(CS)NR$_{11}$R$_{12}$, or NR$_{12}$(CS)OR$_{11}$. R$_2$ and R$_3$ are independently selected from hydrogen, aryl, alkyl, substituted alkyl, alkenyl, substituted alkenyl, alkynyl, substituted alkynyl, halogenated alkyl, halogenated alkenyl, halogenated alkynyl, arylalkyl, arylalkenyl, arylalkynyl, heterocyclic aromatic or non-aromatic, substituted heterocyclic aromatic or non-aromatic, cycloalkyl, or substituted cycloalkyl, or, together with the carbon to which they are linked, form a cycle which can be cycloalkyl, substituted cycloalkyl, heterocyclic aromatic or non-aromatic, substituted heterocyclic aromatic or non-aromatic.

R$_1$ and R$_2$ can be connected to form a cycle which can be heterocyclic aromatic or non aromatic, substituted heterocyclic aromatic or non aromatic. R$_{11}$ and R$_{12}$ can be connected

TX 61.0013

US 8,445,507 B2

**3**

to form a cycle which can be heterocyclic aromatic or non-aromatic, substituted heterocyclic aromatic, cycloalkyl, or substituted cycloalkyl.

For example, the compound can be A51 or A52.



A51



A52

In an embodiment, a pharmaceutical composition includes a therapeutically effective amount of a compound according to Formula II, or a pharmaceutically acceptable salt thereof, and a pharmaceutically acceptable carrier, diluent, or adjuvant.

The pharmaceutical composition can include a solution of dimethylsulfoxide, phosphate buffered saline solution, and water. The pharmaceutical composition can include dimethylsulfoxide, a carboxymethylcellulose, a polysorbate, and water.

An embodiment of a method includes preventing or treating a disease or disorder related to nuclear receptor activity.

A method for preventing or treating a hyperproliferative disorder, such as hormone sensitive prostate cancer or hormone refractory prostate cancer, can include administering a compound according to Formula II, or a pharmaceutically acceptable salt thereof, to a subject in need of such prevention or treatment, thereby preventing or treating the hyperproliferative disorder. The compound can be administered at a dosage in the range of from about 1 mg per kg body weight per day to about 50 mg per kg body weight per day. The compound can be administered, for example, by intravenous injection, by injection into tissue, intraperitoneally, orally, or nasally.

In an embodiment, the compound according to Formula II is an antagonist of a nuclear receptor or an antagonist of an androgen receptor.

## DESCRIPTION OF THE DRAWINGS

FIG. 1 is a bar chart depicting the antagonist effect of compounds A51 and A52 on HS cancer cells.

FIG. 2 is a bar chart depicting the antagonist effect of compounds A51 and A52 on HS cancer cells.

FIG. 3 is a bar chart depicting the antagonist effect of compounds A51 and A52 on HR cancer cells.

FIG. 4 is a graph depicting the pharmacokinetic behavior of compound A52.

FIG. 5 is a graph depicting the effect of compound A52 on LnCaP-AR-overexpressed tumor size at 10 mg/kg.

**4**

FIG. 6 presents images depicting the disappearance of Luciferase activity after 17 days of treatment with compound A52.

## DETAILED DESCRIPTION

Embodiments of the invention are discussed in detail below. In describing embodiments, specific terminology is employed for the sake of clarity. However, the invention is not intended to be limited to the specific terminology so selected. A person skilled in the relevant art will recognize that other equivalent parts can be employed and other methods developed without parting from the spirit and scope of the invention. All references cited herein are incorporated by reference as if each had been individually incorporated.

The present invention relates to the compounds of formula II, methods of using such compounds as modulators of androgen receptors and to pharmaceutical compositions containing such compounds and salts thereof. Compounds of formula II can be used to agonize or antagonize the function of the nuclear receptor. The compounds can be used to antagonize the androgen receptor. Use of the compounds is not limited to affecting the androgen receptor, but can, for example, also be useful for the treatment of other diseases related to nuclear receptor function. Formula II can be represented as the structure



Formula II

wherein, Het is a heterocyclic unit of 5 and 6 atoms. Preferred heterocyclic units are selected from compounds represented by the structures

TX 61.0014

US 8,445,507 B2

5

-continued



and the like. However, the invention is not intended to be limited to compounds having these structures.

Herein, $R_4$, $R_5$, $R_6$, and $R_7$ are independently selected from the group consisting of hydrogen, alkyl, substituted alkyl, alkenyl, substituted alkenyl, alkynyl, substituted alkynyl, aryl, substituted aryl, arylalkyl, arylalkenyl, arylalkynyl, halogenated alkyl, halogenated alkenyl, halogenated alkynyl, halogen, CN, $NO_2$, $OR_{11}$, $SR_{11}$, $NR_{11}R_{12}$, $NH(CO)OR_{11}$, $NH(CO)NR_{11}R_{12}$, $NR_{12}(CO)R_{11}$, $O(CO)R_{11}$, $O(CO)OR_{11}$, $O(CS)R_{11}$, $NR_{12}(CS)R_{11}$, $NH(CS)NR_{11}R_{12}$, $NR_{12}(CS)OR_{11}$. $R_4$ is preferably CN or $NO_2$. $R_5$ is preferably trifluoromethyl, halogenated alkyl, halogenated alkenyl, halogenated alkynyl and halogen. $R_6$ and $R_7$ are preferably hydrogen, alkyl or halogen. $R_4$, $R_5$, $R_6$, and $R_7$ can be independently connected to form a cycle which can be aromatic, substituted aromatic, heterocyclic aromatic or non-aromatic, substituted heterocyclic aromatic or non-aromatic, cycloalkyl, substituted cycloalkyl. X is selected from sulfur (S), oxygen (O), $NR_8$ wherein N is nitrogen and is selected from the group consisting of hydrogen, alkyl, substituted alkyl, substituted alkenyl, alkynyl, substituted alkynyl, aryl, substituted aryl, arylalkyl, arylalkenyl, arylalkynyl, halogenated alkyl, halogenated alkenyl, halogenated alkynyl, halogen, $(CO)R_{11}$, $(CO)OR_{11}$, $(CS)R_{11}$, $(CS)OR_{11}$.

$R_1$ is selected from hydrogen, aryl, substituted aryl, alkyl, substituted alkyl, alkenyl, substituted alkenyl, alkynyl, substituted alkynyl, halogenated alkyl, halogenated alkenyl, halogenated alkynyl, arylalkyl, arylalkenyl, arylalkynyl, heterocyclic aromatic or non-aromatic, substituted heterocyclic aromatic or non-aromatic, cycloalkyl, substituted cycloalkyl, $SO_2R_{11}$, $NR_{11}R_{12}$, $NR_{12}(CO)OR_{11}$, $NH(CO)NR_{11}R_{12}$, $NR_{12}(CO)R_{11}$, $O(CO)R_{11}$, $O(CO)OR_{11}$, $O(CS)R_{11}$, $NR_{12}(CS)R_{11}$, $NH(CS)NR_{11}R_{12}$, $NR_{12}(CS)OR_{11}$. $R_1$ is preferably aryl, substituted aryl, alkyl, substituted alkyl, alkenyl, substituted alkenyl.

$R_2$ and $R_3$ are independently selected from hydrogen, aryl, alkyl, substituted alkyl, alkenyl, substituted alkenyl, alkynyl, substituted alkynyl, halogenated alkyl, halogenated alkenyl, halogenated alkynyl, arylalkyl, arylalkenyl, arylalkynyl, heterocyclic aromatic or non-aromatic, substituted heterocyclic aromatic or non-aromatic, cycloalkyl, substituted cycloalkyl. $R_2$ and $R_3$ can be connected to form a cycle which can be heterocyclic aromatic or non-aromatic, substituted heterocyclic aromatic or non aromatic, cycloalkyl, substituted cycloalkyl. $R_1$ and $R_2$ can be connected to form a cycle which

6

can be heterocyclic aromatic or non aromatic, substituted heterocyclic aromatic or non aromatic.

A and B are independently selected from oxygen (O), sulfur (S) and N—$R_9$. $R_9$ is selected from hydrogen, aryl, substituted aryl, alkyl, substituted alkyl, alkenyl, substituted alkenyl, alkynyl, substituted alkynyl, halogenated alkyl, halogenated alkenyl, halogenated alkynyl, arylalkyl, arylalkynyl, heterocyclic aromatic or non-aromatic, substituted heterocyclic aromatic or non-aromatic, cycloalkyl, substituted cycloalkyl, $SO_2R_{11}$, $NR_{11}R_{12}$, $NR_{12}(CO)OR_{11}$, $NH(CO)NR_{11}R_{12}$, $NR_{12}(CO)R_{11}$, $O(CO)R_{11}$, $O(CO)OR_{11}$, $O(CS)R_{11}$, $NR_{12}(CS)R_{11}$, $NH(CS)NR_{11}R_{12}$, $NR_{12}(CS)OR_{11}$.

$R_{11}$ and $R_{12}$ are independently selected from hydrogen, alkyl, substituted alkyl, alkenyl or substituted alkenyl, alkynyl or substituted alkynyl, aryl, substituted aryl, arylalkyl, arylalkenyl, arylalkynyl, heterocyclic aromatic or non-aromatic, substituted heterocyclic aromatic or non-aromatic. $R_{11}$ and $R_{12}$ can be connected to form a cycle which can be heterocyclic aromatic or non-aromatic, cycloalkyl, substituted cycloalkyl.

The following definitions apply to the terms as used throughout this specification, unless otherwise limited in specific instances.

As used herein, the term "alkyl" denotes branched or unbranched hydrocarbon chains, preferably having about 1 to about 8 carbons, such as, methyl, ethyl, n-propyl, isopropyl, n-butyl, sec-butyl, isobutyl, tert-butyl, 2-methylpentyl, pentyl, hexyl, isohexyl, heptyl, 4,4-dimethylpentyl, octyl, 2,2,4-trimethylpentyl and the like. "Substituted alkyl" includes an alkyl group optionally substituted with one or more functional groups which are attached commonly to such chains, such as, hydroxyl, bromo, fluoro, chloro, iodo, mercapto or thio, cyano, alkylthio, heterocyclyl, aryl, heteroaryl, carboxyl, carbalkoyl, alkyl, alkenyl, nitro, amino, alkoxyl, amido, and the like to form alkyl groups such as trifluoromethyl, 3-hydroxyhexyl, 2-carboxypropyl, 2-fluoroethyl, carboxymethyl, cyanobutyl and the like.

Unless otherwise indicated, the term "cycloalkyl" as employed herein alone or as part of another group includes saturated or partially unsaturated (containing 1 or more double bonds) cyclic hydrocarbon groups containing 1 to 3 rings, including monocycloalkyl, bicycloalkyl and tricycloalkyl, containing a total of 3 to 20 carbons forming the rings, preferably 3 to 10 carbons, and which can be fused to 1 or 2 aromatic rings as described for aryl, which include cyclopropyl, cyclobutyl, cyclopentyl, cyclohexyl, cycloheptyl, cyclooctyl, cyclodecyl and cyclododecyl, cyclohexenyl. "Substituted cycloalkyl" includes a cycloalkyl group optionally substituted with 1 or more substituents such as halogen, alkyl, alkoxy, hydroxy, aryl, aryloxy, arylalkyl, cycloalkyl, alkylamido, alkanoylamino, oxo, acyl, arylcarbonylamino, amino, nitro, cyano, thiol and/or alkylthio and/or any of the substituents included in the definition of "substituted alkyl." For example,



TX 61.0015

US 8,445,507 B2

7                                                    8

-continued



and the like.

Unless otherwise indicated, the term "alkenyl" as used herein by itself or as part of another group refers to straight or branched chain radicals of 2 to 20 carbons, preferably 2 to 12 carbons, and more preferably 2 to 8 carbons in the normal chain, which include one or more double bonds in the normal chain, such as vinyl, 2-propenyl, 3-butenyl, 2-butenyl, 4-pentenyl, 3-pentenyl, 2-hexenyl, 3-hexenyl, 2-heptenyl, 3-heptenyl, 4-heptenyl, 3-octenyl, 3-nonenyl, 4-decenyl, 3-undecenyl, 4-dodecenyl, 4,8,12-tetradecatrienyl, and the like. "Substituted alkenyl" includes an alkenyl group optionally substituted with one or more substituents, such as the substituents included above in the definition of "substituted alkyl" and "substituted cycloalkyl."

Unless otherwise indicated, the term "alkynyl" as used herein by itself or as part of another group refers to straight or branched chain radicals of 2 to 20 carbons, preferably 2 to 12 carbons and more preferably 2 to 8 carbons in the normal chain, which include one or more triple bonds in the normal chain, such as 2-propynyl, 3-butynyl, 2-butynyl, 4-pentynyl, 3-pentynyl, 2-hexynyl, 3-hexynyl, 2-heptynyl, 3-heptynyl, 4-heptynyl, 3-octynyl, 3-nonynyl, 4-decynyl, 3-undecynyl, 4-dodecynyl and the like. "Substituted alkynyl" includes an alkynyl group optionally substituted with one or more substituents, such as the substituents included above in the definition of "substituted alkyl" and "substituted cycloalkyl."

The terms "arylalkyl", "arylalkenyl" and "arylalkynyl" as used alone or as part of another group refer to alkyl, alkenyl and alkynyl groups as described above having an aryl substituent. Representative examples of arylalkyl include, but are not limited to, benzyl, 1- and 2-phenylethyl, 2- and 3-phenylpropyl, benzhydryl and naphthylmethyl and the like. "Substituted arylalkyl" includes arylalkyl groups wherein the aryl portion is optionally substituted with one or more substituents, such as the substituents included above in the definition of "substituted alkyl" and "substituted cycloalkyl."

The term "halogen" or "halo" as used herein alone or as part of another group refers to chlorine, bromine, fluorine, and iodine.

The terms "halogenated alkyl", "halogenated alkenyl" and "halogenated alkynyl" as used herein alone or as part of another group refers to "alkyl", "alkenyl" and "alkynyl" which are substituted by one or more atoms selected from fluorine, chlorine, bromine, and iodine.

Unless otherwise indicated, the term "aryl" or "Ar" as employed herein alone or as part of another group refers to monocyclic and polycyclic aromatic groups containing 6 to 10 carbons in the ring portion (such as phenyl or naphthyl including 1-naphthyl and 2-naphthyl) and can optionally include one to three additional rings fused to a carbocyclic ring or a heterocyclic ring (such as aryl, cycloalkyl, heteroaryl or cycloheteroalkyl rings).

"Substituted aryl" includes an aryl group optionally substituted with one or more functional groups, such as halo, alkyl, haloalkyl, alkoxy, haloalkoxy, alkenyl, trifluoromethyl, trifluoromethoxy, alkynyl, cycloalkyl, cycloalkylalkyl,

cycloheteroalkyl, cycloheteroalkylalkyl, aryl, heteroaryl, arylalkyl, aryloxy, aryloxyalkyl, arylalkoxy, alkoxycarbonyl, arylcarbonyl, arylalkenyl, aminocarbonylaryl, arylthio, arylsulfinyl, arylazo, heteroarylalkyl, heteroarylalkenyl, heteroarylheteroaryl, heteroaryloxy, hydroxy, nitro, cyano, amino, substituted amino wherein the amino includes 1 or 2 substituents (which are alkyl, aryl or any of the other aryl compounds mentioned in the definitions), carbamoyl, alkyl carbamoyl, amidified carboxy, amidified carboxyalkyl, alkyl amidified carboxyalkyl, thiol, alkylthio, arylthio, heteroarylthio, arylthioalkyl, alkoxyarylthio, alkylcarbonyl, arylcarbonyl, alkylaminocarbonyl, arylaminocarbonyl, alkoxycarbonyl, aminocarbonyl, alkylcarbonyloxy, arylcarbonyloxy, alkylcarbonylamino, arylcarbonylamino, arylsulfinyl, arylsulfinylalkyl, arylsulfonylamino or arylsulfonaminocarbonyl and/or any of the alkyl substituents set out herein.

Unless otherwise indicated, the term "heterocyclic" or "heterocycle", as used herein, represents an unsubstituted or substituted stable 5- to 10-membered monocyclic ring system which can be saturated or unsaturated, and which consists of carbon atoms and from one to four heteroatoms selected from N, O, or S, and wherein the nitrogen and sulfur heteroatoms can optionally be oxidized, and the nitrogen heteroatom can optionally be quaternized. The heterocyclic ring can be attached at any heteroatom or carbon atom which results in the creation of a stable structure. Examples of such heterocyclic groups include, but are not limited to, piperidinyl, piperazinyl, oxopiperazinyl, oxopiperidinyl, oxopyrrolidinyl, azepinyl, oxoazepinyl, pyrrolyl, pyrrolidinyl, furanyl, thienyl, pyrazolyl, pyrazolidinyl, imidazolyl, imidazolinyl, pyridyl, pyrazinyl, pyrimidinyl, pyridazinyl, oxazolyl, oxazolidinyl, isoxazolyl, isoxazolidinyl, morpholinyl, thiazolyl, thiazolidinyl, isothiazolyl, thiadiazolyl, tetrahydropyranyl, thiamorpholinyl, thiamorpholinyl sulfoxide, thiamorpholinyl sulfone, and oxadiazolyl. The term "heterocyclic aromatic" as used here in alone or as part of another group refers to a 5- or 7-membered aromatic ring which includes 1, 2, 3 or 4 hetero atoms such as nitrogen, oxygen or sulfur and such rings fused to an aryl, cycloalkyl, heteroaryl or heterocycloalkyl ring (e.g., benzothiophenyl, indolyl), and includes possible N-oxides. "Substituted heteroaryl" includes a heteroaryl group optionally substituted with 1 to 4 substituents, such as the substituents included above in the definition of "substituted alkyl" and "substituted cycloalkyl." Examples of heteroaryl groups include the following:

US 8,445,507 B2

9

-continued



and the like.

The compounds of formula II can be present as salts, which are also within the scope of this invention. Pharmaceutically acceptable (i.e., non-toxic, physiologically acceptable) salts are preferred. If the compounds of formula II have, for example, at least one basic center, they can form acid addition salts. These are formed, for example, with strong inorganic acids, such as mineral acids, for example sulfuric acid, phosphoric acid or a hydrohalic acid, with strong organic carboxylic acids, such as alkanecarboxylic acids of 1 to 4 carbon atoms which are unsubstituted or substituted, for example, by halogen, for example acetic acid, such as saturated or unsaturated dicarboxylic acids, for example oxalic, malonic, succinic, maleic, fumaric, phthalic or terephthalic acid, such as hydroxycarboxylic acids, for example ascorbic, glycolic, lactic, malic, tartaric or citric acid, such as amino acids, (for example aspartic or glutamic acid or lysine or arginine), or benzoic acid, or with organic sulfonic acids, such as (C1-C4) alkyl or arylsulfonic acids which are unsubstituted or substituted, for example by halogen, for example methyl- or p-toluene-sulfonic acid. Corresponding acid addition salts can also be formed having, if desired, an additionally present basic center. The compounds of formula II having at least one acid group (for example COOH) can also form salts with bases. Suitable salts with bases are, for example, metal salts, such as alkali metal or alkaline earth metal salts, for example sodium, potassium or magnesium salts, or salts with ammonia or an organic amine, such as morpholine, thiomorpholine, piperidine, pyrrolidine, a mono, di or tri-lower alkylamine, for example ethyl, tert-butyl, diethyl, diisopropyl, triethyl, tributyl or dimethyl-propylamine, or a mono, di or trihydroxy lower alkylamine, for example mono, di or triethanolamine. Corresponding internal salts can furthermore be formed. Salts which are unsuitable for pharmaceutical uses but which can be employed, for example, for the isolation or purification of free compounds of formula II or their pharmaceutically acceptable salts, are also included. Preferred salts of the compounds of formula II which contain a basic group include monohydrochloride, hydrogensulfate, methanesulfonate, phosphate or nitrate. Preferred salts of the compounds of formula II which contain an acid group include sodium, potassium and magnesium salts and pharmaceutically acceptable organic amines.

The term "modulator" used in this invention refers to a chemical compound with capacity to either enhance (e.g., "agonist" activity) or inhibit (e.g., "antagonist" activity) a functional property of biological activity or process (e.g., enzyme activity or receptor binding); such enhancement or inhibition can be contingent on the occurrence of a specific event, such as activation of a signal transduction pathway, and/or can be manifest only in particular cell types.

10

The term "prodrug esters" as employed herein includes imines, esters and carbonates formed by reacting one or more hydroxyls of compounds of formula II with alkyl, alkoxy, or aryl substituted acylating agents employing procedures known to those skilled in the art to generate acetates, pivalates, methylcarbonates, benzoates and the like. Any compound that can be converted in vivo to provide the bioactive agent (i.e., the compound of formula II) is a prodrug within the scope and spirit of the invention. Various forms of prodrugs are well known in the art. A comprehensive description of prodrugs and prodrug derivatives are described in: (1) The Practice of Medicinal Chemistry, Camille G. Wermuth et al., Ch 31, (Academic Press, 1996); (2) Design of Prodrugs, edited by H. Bundgaard, (Elsevier, 1985); (3) A Textbook of Drug Design and Development, P. Krogsgaard-Larson and H. Bundgaard, eds. Ch 5, pgs 113-191 (Harwood Academic Publishers, 1991).

SYNTHESIS

The compounds of formula II of the invention can be prepared as shown in the following reaction schemes and description thereof, as well as relevant published literature procedures that can be used by one skilled in the art. Exemplary reagents and procedures for these reactions appear hereinafter and in the working Examples.



Scheme 1

As illustrated in Scheme 1, compounds of formula A4 can be prepared from intermediate A3 with an appropriate electrophile. Intermediates of formula A3 can be obtained by reacting intermediates A1 with A2 in an appropriate solvent such as N,N-dimethylformamide. Intermediates A1 and A2 can be obtained commercially, can be prepared by methods known in the literature, or can be readily prepared by one skilled in the art. Compounds of formula A3 can be treated with acid to afford compounds of formula A5. Compounds of formula A5 can be treated with Lawesson's reagent to obtain compounds of formula A6.

TX 61.0017

US 8,445,507 B2

11 12

Scheme 2: Synthesis of A51



## Synthesis of 3-(trifluoromethyl)pyridine-N-oxide, A8

To a mixture of 3-(trifluoromethyl)pyridine A7 (1.47 g, 10 mmol) and methyltrioxorhenium (0.0025 g, 0.01 mmol) in dichloromethane (2 ml) was added 30% hydrogen peroxide (4 ml). The mixture was stirred at room temperature for 5 hours. A small portion of $MnO_2$ (3 mg) was added and the medium was stirred for an additional 1 hour and then dichloromethane was added (50 ml). The medium was washed with brine, dried over $MgSO_4$ and concentrated to obtain compound A8 as an off-white powder (1.56 g, 9.6 mmol, 96%). [1]H NMR (400 MHz, CDCl$_3$) $\delta$ 7.22-7.23 (m, 2H), 8.15 (d, J=3.6, 1H), 8.23 (s, 1H); [13]C NMR (100 MHz, CDCl$_3$) $\delta$ 120.50 (q, J=3.5 Hz), 121.58 (q, J=271.4 Hz), 126.48, 130.10 (q, J=34.5 Hz), 136.52 (q, J=3.7 Hz), 141.89.

## Synthesis of 2-cyano-3-(trifluoromethyl)pyridine, A9

To a solution of 3-(trifluoromethyl)pyridine-N-oxide A8 (1.3 g, 8 mmol) in acetonitrile was added trimethylsilyl cyanide (0.99 g, 10 mmol) and triethylamine (2.02 g, 20 mmol). The mixture was stirred at room temperature for 24 hours and then was washed with saturated $Na_2CO_3$ and extracted with dichloromethane. The organic layer was dried over $MgSO_4$ and concentrated to yield a brown residue which was chromatographed (EtOAc:Pentane, 1:2). Compound A9 was obtained as a light yellow solid (0.715 g, 4.16 mmol, 52%). [1]H NMR (400 MHz, CDCl$_3$) $\delta$ 7.73 (dd, J=8.0 Hz, J$_2$=4.8 Hz, 1H), 8.15 (d, J=8.0 Hz, 1H), 8.91 (d, J=4.8 Hz, 1H); [13]C NMR (100 MHz, CDCl$_3$) $\delta$ 114.18, 121.74 (q, J=272.3 Hz), 126.65, 130.45 (q, J=33.8 Hz), 131.25, 134.66 (q, J=4.2 Hz), 153.44.

## Synthesis of 2-cyano-3-(trifluoromethyl)-5-nitropyridine, A10

To a mixture of A9 (0.688 g, 4 mmol) and tetramethylammonium nitrate (1.09 g, 8 mmol) in 1,2-dichloroethane was added trifluoroacetic anhydride (1.68 g, 8 mmol). The mixture was sealed and heated to 60° C. for 48 hours. The mixture was washed with saturated sodium bicarbonate and extracted with ethyl acetate. The organic layer was dried over $MgSO_4$ and concentrated to yield a yellow residue which was chromatographed (EtOAc:pentane, 1:4) to yield compound A10 (0.095 g, 0.44 mmol, 11%) and the remaining starting material. [1]H NMR (400 MHz, CDCl$_3$) $\delta$ 8.91 (d, J=2.4 Hz, 1H), 9.69 (d, J=2.4 Hz, 1H); [13]C NMR (100 MHz, CDCl$_3$) $\delta$ 112.70, 120.65 (q, J=273.5 Hz), 129.11, 130.40 (q, J=4.4 Hz), 131.58 (q, J=35.5 Hz), 144.22, 148.23.

## Synthesis of 2-cyano-3-(trifluoromethyl)-5-aminopyridine, A11

A mixture of 2-cyano-3-(trifluoromethyl)-5-nitropyridine A10 (0.095 g, 0.44 mmol) and iron powder (0.112 g, 2 mmol) in ethyl acetate (1 ml) and acetic acid (1 ml) was heated for 15 hours. The solid particle was filtered through Celite and the filtrate was concentrated and chromatographed (EtOAc:pentane, 1:1) to yield compound A11 (0.075 g, 0.4 mmol, 91%). [1]H NMR (400 MHz, CDCl$_3$) $\delta$ 6.36 (bs, 2H), 7.38 (d, J=2.4 Hz, 1H), 8.26 (d, J=2.4 Hz, 1H).

Alternatively, 2-cyano-3-(trifluoromethyl)-5-nitropyridine A10 can be reacted with hydrogen over Raney-Ni to obtain 2-cyano-3-(trifluoromethyl)-5-aminopyridine, A11.

## Synthesis of 5-isothiocyanato-3-trifluoromethylpyridine-2-carbonitrile, A12

To a heterogeneous mixture of 2-cyano-3-(trifluoromethyl)-5-aminopyridine A11 (0.075 g, 0.4 mmol) in water (2 ml) was added thiophosgene (50 µl). The mixture was stirred for 2 hours and then washed with water and extracted with chloroform. The organic layer was dried over $MgSO_4$ and concentrated to yield compound A12 (0.087 g, 0.38 mmol, 95%). [1]H NMR (400 MHz, CDCl$_3$) $\delta$ 7.85 (d, J=2.4 Hz, 1H), 8.72 (d, J=2.4 Hz, 1H); [13]C NMR (100 MHz, CDCl$_3$) $\delta$ 113.61, 121.04 (q, J=273.1 Hz), 127.41, 130.38 (q, J=4.3 Hz), 131.44 (q, J=34.4 Hz), 133.55, 144.75, 150.30.

## Synthesis of 1-(4-methylphenyl)aminocyclobutanenitrile, B1

Trimethylsilyl cyanide (0.93 ml, 7 mmol) was added dropwise to a mixture of p-toluidine (0.535 g, 5 mmol) and cyclobutanone (0.42 g, 6 mmol). The reaction mixture was stirred at room temperature for 6 h and then concentrated under vacuum to obtain a brown liquid which was subjected to chromatography (dichloromethane) to yield B1 (0.912 g, 4.9 mmol, 98%) as a yellowish solid.

TX 61.0018

US 8,445,507 B2

13

Synthesis of 5-(8-oxo-6-thioxo-5-(4-methylphenyl)-
5,7-diazaspiro[3.4]oct-7-yl)-3-trifluoromethylpyri-
dine-2-carbonitrile, A51

A mixture of A12 (0.057 g, 0.265 mmol) and B1 (0.05 g, 0.265 mmol) in DMF (0.5 ml) was stirred at room temperature for 24 h. To this mixture were added methanol (2 ml) and aq. 2N HCl (1 ml). The second mixture was refluxed for 2 h. After being cooled to room temperature, the reaction mixture was poured into cold water (10 ml) and extracted with ethyl acetate (20 ml). The organic layer was dried over MgSO₄, concentrated and chromatographed (dichloromethane) to yield compound A51 (0.066 g, 0.159 mmol, 60%) as a white powder.



¹H NMR (CDCl₃, 400 MHz) δ 1.63-1.73 (m, 1H), 2.17-2.28 (m, 1H), 2.47 (s, 3H), 2.55-2.71 (m, 4H), 7.21 (d, J=8.4 Hz, 2H), 7.41 (d, J=8.4 Hz, 2H), 8.39 (d, J=2.0 Hz, 1H), 9.11 (d, J=2.0 Hz, 1H); ¹³C NMR (CDCl₃, 100 MHz) δ 13.70, 21.38, 31.46, 67.61, 113.88, 121.36 (q, J=272.9 Hz), 129.45, 129.73, 130.40 (q, J=34.3 Hz), 130.86, 132.14, 132.53, 134.04 (q, J=4.3 Hz), 140.33, 152.37, 174.74, 179.17.

N-methyl-4-(1-cyanocyclobutylamino)-2-fluoroben-
zamide, B2

Sodium cyanide (1.47 g, 30 mmol) was added to a mixture of N-methyl 4-amino-2-fluorobenzamide (1.68 g, 10 mmol) and cyclobutanone (1.4 g, 20 mmol) in 90% acetic acid (20 ml). The reaction mixture was stirred at 80° C. for 24 hours. The mixture was washed with water and extracted with ethyl acetate. The organic layer was dried over magnesium sulfate and concentrated to dryness under vacuum. The solid was washed with a 50:50 mixture of ethyl ether and hexane (10 ml) to remove cyclobutanone cyanohydrin to afford after filtration B2 (2.19 g, 8.87 mmol, 89%). ¹H NMR (CDCl₃, 400 MHz) δ 1.87-1.95 (m, 1H), 2.16-2.27 (m, 1H), 2.35-2.41 (m, 2H), 2.76-2.83 (m, 2H), 2.97 (d, J=4.4 Hz, 3H), 4.68 (bs, 1H), 6.29 (dd, J=14.3, 1.8 Hz, 1H), 6.48 (dd, J=8.3, 1.8 Hz, 1H), 6.75 (q, J=4.4 Hz, 1H), 7.90 (dd, J=8.3, 8.3 Hz, 1H); ¹³C NMR (CDCl₃, 100 MHz) δ 15.7, 26.7, 33.9, 49.4, 100.2 (d, J=29.5 Hz), 110.6, 111.0 (d, J=11.8 Hz), 133.1 (d, J=4.2 Hz), 148.4 (d, J=12.0 Hz), 162.0 (d, J=244.1 Hz), 164.4 (d, J=3.6 Hz).

Synthesis of 4-[7-(6-cyano-5-trifluoromethylpyridin-
3-yl)-8-oxo-6-thioxo-5,7-diazaspiro[3.4]oct-5-yl]-2-
fluoro-N-methylbenzamide, A52

A mixture of A12 (0.03 g, 0.13 mmol) and B2 (0.032 g, 0.13 mmol) in DMF (0.5 ml) was heated under microwave irradiation at 80° C. for 20 hours. To this mixture was added methanol (2 ml) and aq. 2N HCl (1 ml). The second mixture was refluxed for 2 hours. After being cooled to room temperature, the reaction mixture was poured into cold water (10 ml)

14

and extracted with ethyl acetate (15 ml). The organic layer was dried over MgSO₄, concentrated and chromatographed (dichloromethane:acetone, 95:5) to yield A52 (0.022 g, 0.046 mmol, 35%) as a white powder.



¹H NMR (CDCl₃, 400 MHz) δ 1.66-1.76 (m, 1H), 2.19-2.31 (m, 1H), 2.51-2.60 (m, 2H), 2.67-2.75 (m, 2H), 3.07 (d, J=4.9 Hz, 3H), 6.75 (q, J=4.8 Hz, 1H), 7.17 (dd, J=11.4, 1.9 Hz, 1H), 7.26 (dd, J=8.3, 1.9 Hz, 1H), 8.31 (dd, J=8.3, 8.3 Hz, 1H), 8.34 (d, J=2.1 Hz, 1H), 9.08 (d, J=2.1 Hz, 1H); ¹³C NMR (CDCl₃, 100 MHz) δ 13.6, 27.0, 31.7, 67.6, 113.7, 118.1, 118.4, 121.4 (q, J=272.9 Hz), 126.5, 130.0, 130.5 (q, J=34.5 Hz), 132.2, 133.7, 134.0, (q, J=4.2 Hz), 138.7 (d, J=10.7 Hz), 152.2, 160.5 (d, J=249.4 Hz), 162.6, 174.1, 179.0; ¹⁹F NMR (CDCl₃, 100 MHz) δ −110.94, −62.57.

Scheme 3: Synthesis of A52

In other embodiments, the present invention is directed to the method of synthesizing A52 described below. In some embodiments, Examples 1-8 can be performed sequentially to synthesize A52. However, as one of skill in the art will appreciate, this invention is not limited to the steps in Examples 1-8 as equivalent steps to those below are also encompassed by the present invention. Persons skilled in the art will recognize additional compounds that can be prepared utilizing similar methodology.

Synthesis of 3-(trifluoromethyl)pyridin-2(1H)-one, 2



A solution of 2-chloro-3-(trifluoromethyl)pyridine 1 (5.00 g, 27.54 mmol) in a mixture of glacial acetic acid (50 ml) and water (5 ml) was refluxed for 7 days. The mixture was diluted with water (100 ml) and 6N aqueous NaOH was added until a pH of about 5 to about 6 was reached. The mixture was extracted with ethyl acetate (3×40 ml), the combined organic phases were dried over Na₂SO₄, and then all solvents were removed under reduced pressure. The resulting residue was dissolved in ethyl acetate and hexane was added to precipitate a product. After filtration, 3-(trifluoromethyl)pyridin-2(1H)-one 2 was obtained as an off-white powder (4.16 g, 25.51 mmol, 93%).

TX 61.0019

US 8,445,507 B2

**15**

[1]H NMR (400 MHz, DMSO) δ 12.31 (bs, 1H), 7.91 (d, J=7.1 Hz, 1H), 7.69 (d, J=6.4 Hz, 1H), 6.30 (t, J=6.7 Hz, 1H).[1]

Synthesis of
5-nitro-3-(trifluoromethyl)pyridin-2(1H)-one, 3



A mixture of 3-(trifluoromethyl)pyridin-2(1H)-one 2 (2.00 g, 12.26 mmol) and sulfuric acid ($H_2SO_4$, 3.5 ml, 30%) was heated to 90° C. and nitric acid ($HNO_3$, 2.5 ml, 65%) was added. The mixture was stirred at 90° C. for 8 hours and additional nitric acid (1 ml, 65%) was added. The mixture was stirred for an additional 6 hours at 90° C. and was then poured into a beaker containing ice (30 ml). The mixture was diluted with water (30 ml) and 6N aqueous NaOH was added until a pH of about 4 to about 5. The mixture was extracted with ethyl acetate (3×40 ml), the combined organic phases dried over $Na_2SO_4$ and all solvents were removed under reduced pressure. The residue was dissolved in ethyl acetate and the product precipitated by the addition of hexane. After filtration, 5-nitro-3-(trifluoromethyl)pyridin-2(1H)-one 3 was obtained as a yellow powder (1.58 g, 7.59 mmol, 62%).

[1]H NMR (400 MHz, DMSO) δ 13.47 (bs, 1H), 8.95 (d, J=2.7 Hz, 1H), 8.46 (d, J=2.5 Hz, 1H).[2]

Synthesis of
2-chloro-5-nitro-3-(trifluoromethyl)pyridine, 4



A mixture of 5-nitro-3-(trifluoromethyl)pyridin-2(1H)-one 3 (1.50 g, 7.21 mmol), $POCl_3$ (2.76 g, 18.02 mmol) and $PCl_5$ (1.4 g, 10.09 mmol) is heated to about 110-120° C. for 8 hours and then poured into ice water. The mixture is neutralized with solid $NaHCO_3$ and extracted with ethyl acetate (3×40 ml). The combined organic phases is dried over $Na_2SO_4$ and all solvents removed under reduced pressure to obtain 2-chloro-5-nitro-3-(trifluoromethyl)pyridine 4.

**16**

Synthesis of
6-chloro-5-(trifluoromethyl)pyridin-3-amine, 5



2-Chloro-5-nitro-3-(trifluoromethyl)pyridine 4 (1.57 g, 6.93 mmol) is dissolved in tetrahydrofuran (THF) (10 ml) and added to a suspension of Raney-Ni (200 mg) in THF (20 ml). Hydrogen gas is slowly bubbled through the stirred solution for 24 hours using a balloon. The mixture is filtered through Celite® (available from World Minerals, Inc., Lompoc, Calif.) and the solvent is removed under reduced pressure to obtain 6-chloro-5-(trifluoromethyl)pyridin-3-amine 5.

Synthesis of 1,1-dimethylethylcarbamate
N-6-chloro-5-(trifluoromethyl)pyridin-3-yl, 6



The crude 6-chloro-5-(trifluoromethyl)pyridin-3-amine 5 (1.3 g crude, 6.61 mmol) is dissolved in pyridine (10 ml) and 4-dimethylaminopyridine (DMAP) (50 mg) is added. Di-tert-butyl dicarbonate (2.17 g) is added dropwise and mixture stirred at 22° C. for 4 hours. Toluene (20 ml) is added and all solvents is removed under reduced pressure. The residue is filtered through a plug of silica gel (hexane/ethyl acetate 2:1) to obtain tert-butyl N-6-chloro-5-(trifluoromethyl)pyridin-3-ylcarbamate 6.

Synthesis of 5-amino-3-(trifluoromethyl)pyridine-2-
carbonitrile, 8

US 8,445,507 B2

**17**

-continued



8

The crude tert-butyl N-6-chloro-5-(trifluoromethyl)pyridin-3-ylcarbamate 6 (2.4 g, 6.61 mmol) is dissolved in dimethylacetamide (DMA) (25 ml) and phenanthroline (120 mg, 0.66 mmol) is added. The mixture is heated to 80° C. and KCN (0.47 g, 7.27 mmol) is added. After stirring the mixture stirred for 10 min, CuCN (118 mg, 0.13 mmol) is added and the mixture stirred for 2 hours at 110° C. The cooled mixture is poured into a phosphate buffer (150 ml, pH 7), ethyl acetate (50 ml) is added and the mixture is filtered through Celite®. The layers are separated and the aqueous phase is extracted with ethyl acetate (3×40 ml). The combined organic phases are washed with saturated aqueous NaCl (4×30 ml), dried over Na$_2$SO$_4$ and all solvents removed under reduced pressure to produce the crude N-t-butoxycarbonyl nitrile 7.

The crude N-t-butoxycarbonyl nitrile 7 is dissolved in dichloromethane (20 ml) and trifluoroacetic acid (TFA) (4 ml) is added. The mixture is stirred for 3 hours and evaporated. The residue is purified by column chromatography on silica gel (hexane/ethyl acetate 2:1) to obtain 5-amino-3-(trifluoromethyl)pyridine-2-carbonitrile 8.

Synthesis of 5-isothiocyanato-3-(trifluoromethyl)pyridine-2-carbonitrile, 9



5-Amino-3-(trifluoromethyl)pyridine-2-carbonitrile 8 (1.141 g, 6.1 mmol) is mixed with chloroform (5 ml) and water (40 ml) to give a white suspension. Thiophosgene (0.701 ml, 9.15 mmol) is added and the reaction stirred for 2 hours at 22° C. to give a clear biphasic system. Chloroform (20 ml) is added and the phases are separated. The aqueous layer is extracted with chloroform (30 ml) and the combined organic is washed with saturated aqueous NaHCO$_3$ and water, dried over MgSO$_4$ and the solvent is removed under reduced pressure. The crude 5-isothiocyanato-3-(trifluoromethyl)pyridine-2-carbonitrile 9 is dried under vacuum and used as such in the next step, for example, in the step described in Example 8 below.

**18**

Synthesis of 4-(7-(6-cyano-5-(trifluoromethyl)pyridin-3-yl)-8-oxo-6-thioxo-5,7-diazaspiro[3.4]octan-5-yl)-2-fluoro-N-methylbenzamide 11, A52



9



10



11

Crude 5-isothiocyanato-3-(trifluoromethyl)picolinonitrile 9 (1.390 g, 6.07 mmol) is placed in a 50 mL round-bottomed flask and 4-(1-cyanocyclobutylamino)-2-fluoro-N-methylbenzamide 10 (0.5 g, 2.022 mmol) is added to the flask. The mixture is left under vacuum (using an oil pump) for 1 hour. N,N-dimethylformamide (DMF) (6 ml) is added, the flask sealed under argon with a stopper and heated to 80° C. in a CEM microwave reactor for 20 hours. Methanol (10 ml) and 2N HCl (6 ml) is added and the mixture is refluxed for 2 hours. The mixture is diluted with water (30 ml) and saturated aqueous NaHCO$_3$ (30 ml) is added. The mixture is extracted with ethyl acetate (3×30 ml).

The combined organic layers is washed with saturated aqueous NaCl (20 ml), dried over Na$_2$SO$_4$, filtered and concentrated under reduced pressure. The crude product is purified by column chromatography on silica gel (dichloromethane/acetone 95:5) to obtain 4-(7-(6-cyano-5-(trifluoromethyl)pyridin-3-yl)-8-oxo-6-thioxo-5,7-diazaspiro[3.4]octan-5-yl)-2-fluoro-N-methylbenzamide 11.

TX 61.0021

US 8,445,507 B2

**19**

Scheme 4: Synthesis of A52

Example 1

Synthesis of
2-bromo-5-nitro-3-(trifluoromethyl)pyridine, 21



5-nitro-3-(trifluoromethyl)pyridin-2(1H)-one    3    is obtained by the routes provided in Examples 1 and 2 of Scheme 3, above.

A mixture of 5-nitro-3-(trifluoromethyl)pyridin-2(1H)-one 3, POBr$_3$ (1.5 equivalents), PBr$_3$ (4 equivalents), and Br$_2$ (2 equivalents) is heated to about 90-110° C. and is then poured into ice water. The mixture is neutralized and extracted. The combined organic phases are dried over Na$_2$SO$_4$ and all solvents removed under reduced pressure to obtain 2-bromo-5-nitro-3-(trifluoromethyl)pyridine 21 in a yield of 88%.

Alternatively, POBr$_3$ is substituted by POCl$_3$ to yield a mixture in the product having a ratio of bromine to chlorine substituents of 6:1 or better.

Synthesis of 5-nitro-3-(trifluoromethyl)pyridine-2-
carbonitrile, 22



The crude 2-bromo-5-nitro-3-(trifluoromethyl)pyridine 21 is dissolved in dimethylacetamide (DMA) and phenanthroline (0.2 equivalents) is added. The mixture is heated to 160° C. and CuCN (2 equivalents) is added. The mixture is stirred for 40 minutes. Chromatography is performed to produce the 5-nitro-3-(trifluoromethyl)pyridine-2-carbonitrile 22 in a yield of 67%.

**20**

Synthesis of 5-amino-3-(trifluoromethyl)pyridine-2-
carbonitrile, 8



A mixture of 5-nitro-3-(trifluoromethyl)pyridine-2-carbonitrile 22 and iron powder in acetic acid is heated. 5-amino-3-(trifluoromethyl)pyridine-2-carbonitrile, 8 is obtained in a yield of 91%.

Synthesis of 4-(7-(6-cyano-5-(trifluoromethyl)pyri-
din-3-yl)-8-oxo-6-thioxo-5,7-diazaspiro[3.4]octan-5-
yl)-2-fluoro-N-methylbenzamide 11, A52

5-amino-3-(trifluoromethyl)pyridine-2-carbonitrile 8 is treated as discussed in Example 7 of Scheme 3, above, to obtain 5-isothiocyanato-3-(trifluoromethyl)pyridine-2-carbonitrile 9.

5-isothiocyanato-3-(trifluoromethyl)pyridine-2-carbonitrile, 9 is reacted with 4-(1-cyanocyclobutylamino)-2-fluoro-N-methylbenzamide 10 as discussed in Example 8 of Scheme 3, above, to obtain 4-(7-(6-cyano-5-(trifluoromethyl)pyridin-3-yl)-8-oxo-6-thioxo-5,7-diazaspiro[3.4]octan-5-yl)-2-fluoro-N-methylbenzamide 11 (A52).

Scheme 5: Alternative Synthesis of A52

Synthesis of 3-(trifluoromethyl)-5-isothiocyanatopy-
ridine-2-carbonitrile (A)

US 8,445,507 B2

**21**
-continued

**22**
-continued



A solution of 2-hydroxy-3-(trifluoromethyl)pyridine C in a mixture of N-iodosuccinimide (NIS), acetonitrile, and dimethylformamide (DMF) is heated at 80° C. for 2 hours to produce 2-hydroxy-3-trifluoromethyl-5-(iodo)pyridine I (greater than 80% yield). The 2-hydroxy-3-trifluoromethyl-5-(iodo)pyridine I is then mixed with POCl₃ in DMF and heated to 130° C. in a microwave for 20 minutes to produce 2-chloro-3-trifluoromethyl-5-(iodo)pyridine J (yield of 50 to 55%). The 2-chloro-3-trifluoromethyl-5-(iodo)pyridine K is reacted in a solution of pMBαNH₂, palladium(II) acetate, 2,2'-bis(diphenylphosphino)-1,1'-binaphthyl (BINAP), triethylamine, and cesium carbonate in toluene to produce 5-((4-methoxyphenyl)methylamino)-2-chloro-3-(trifluoromethyl)pyridine K (yield of 40%). The 5-((4-methoxyphenyl))methylamino)-2-chloro-3-(trifluoromethyl)pyridine K is reacted in a solution of zinc cyanide, tris(dibenzylideneacetone)dipalladium (Pd₂(dba)₃), and 1,1'-bis (diphenylphosphino)ferrocene (dppf) in DMF to provide 5-(4-methoxybenzylamino)-2-cyano-3-(trifluoromethyl)pyridine K (yield of 92%). The 5-(4-methoxybenzylamino)-2-cyano-3-(trifluoromethyl)pyridine K is reacted in a solution of dichloromethane and trifluoroacetic acid to provide 2-cyano-3-trifluoromethyl-5-(amino)pyridine H (yield greater than 95%). The 2-cyano-3-trifluoromethyl-5-(amino)pyridine H is reacted with thiophosgene in water at 25° C. for 2 hours to provide 5-isothiocyanato-3-(trifluoromethyl)pyridine-2-carbonitrile A (yield of 74% to 95%).

Synthesis of 4-(1-cyanocyclobutylamino)-2-fluoro-N-methylbenzamide intermediate B



A solution of 2,4-difluoro-benzoylchloride D in a solution of methylamine and tetrahydrofuran (THF) is allowed to react to produce 2,4-difluoro-N-methylbenzamide M (quantitative yield). The 2,4-difluoro-N-methylbenzamide M is mixed with in a solution of acetonitrile and 4-methoxy-benzenemethanamine and heated in a microwave for 20 minutes at 190° C. to produce 2-fluoro-4-(4-methoxybenzylamino)-N-methylbenzamide S (yield of 40%). The 2-fluoro-4-(4-methoxybenzylamino)-N-methylbenzamide S is reacted in a solution of dichloromethane and trifluoroacetic acid to produce 2-fluoro-4-amino-N-methylbenzamide T (yield greater than 95%). The 2-fluoro-4-amino-N-methylbenzamide T is reacted with a solution of sodium cyanide and cyclobutanone to produce 4-(1-cyanocyclobutylamino)-2-fluoro-N-methylbenzamide B.

TX 61.0023

US 8,445,507 B2

23

Coupling of A and B to produce 4-(7-(6-cyano-5-(trifluoromethyl)pyridin-3-yl)-8-oxo-6-thioxo-5,7-diazaspiro[3.4]octan-5-yl)-2-fluoro-N-methylbenzamide, A52



5-isothiocyanato-3-(trifluoromethyl)pyridine-2-carbonitrile, 9, A is reacted with 4-(1-cyanocyclobutylamino)-2-fluoro-N-methylbenzamide B in DMF solution by heating in a microwave at 80° C. for 20 hours. Methanol and hydrochloric acid are then added and the reaction allowed to proceed for 2 hours to produce 4-(7-(6-cyano-5-(trifluoromethyl)pyridin-3-yl)-8-oxo-6-thioxo-5,7-diazaspiro[3.4]octan-5-yl)-2-fluoro-N-methylbenzamide, A52 (yield 35 to 87%).

## ACTIVITY

### Utility

The compounds of the present invention modulate the function of the nuclear hormone receptors, particularly the androgen receptor, and include compounds which are, for example, selective agonists or selective antagonists of the androgen receptor (AR). Thus, the present compounds are useful in the treatment of AR-associated conditions. An "AR-associated condition," as used herein, denotes a condition or disorder which can be treated by modulating the function or activity of an AR in a subject, wherein treatment comprises prevention, partial alleviation or cure of the condition or disorder. Modulation can occur locally, for example, within certain tissues of the subject, or more extensively throughout a subject being treated for such a condition or disorder. Preferably, the compounds with potent antagonistic activity are used for the treatment of androgen related prostate cancer.

### Combination

The present invention includes within its scope pharmaceutical compositions comprising, as an active ingredient, a therapeutically effective amount of at least one of the compounds of formula II, alone or in combination with a pharmaceutical carrier or diluent. Optionally, compounds of the present invention can be used alone, in combination with other compounds of the invention, or in combination with one or more other therapeutic agent(s), e.g., an antibiotic or other pharmaceutically active material.

### Pharmacological Assay

The compounds in this invention were identified through screening on hormone sensitive and hormone refractory prostate cancer cells for antagonistic and agonistic activities. The compounds with antagonist activity are potential drugs for the treatment of prostate cancer, both hormone sensitive and hormone refractory.

The biological activity of the compound of formula II was measured by secreted levels of prostate specific antigen (PSA). It is well established that PSA levels are indicators of AR activities in prostate cancer. To examine if the compounds affect AR function in a physiological environment, we determined secreted levels of endogenous PSA induced by R1881 in the hormone sensitive (HS) and hormone refractory (HR) cancer cells. HR cells are LNCaP cells engineered to express elevated levels of androgen receptor protein (LNCaP/AR cells), analogous to levels observed in patients with HR cancer who relapse while taking current antiandrogens such as bicalutamide, which acquire agonist properties when AR is highly expressed. LNCaP cells (or LNCaP/AR cells) were maintained in Iscove's medium containing 10% FBS. Five days prior to drug treatment, the cells were grown in Iscove's medium containing 10% CS-FBS to deprive of androgens. The cells were split and grown in Iscove's medium containing 10% CS-FBS with appropriate concentrations of R1881 and the test compounds. After 5 days of incubation, secreted PSA levels were assayed using PSA ELISA kits (American Qualex, San Clemente, Calif.) (See FIG. 1 and FIG. 3). The MTS assay was also used to examine the growth inhibition of the compounds of formula II (See FIG. 2).

### Pharmacokinetic Data

The pharmacokinetics of A52 was evaluated in vivo using 8 week-old FVB mice which were purchased from Charles River Laboratories. Mice were divided into groups of three for each time point (See FIG. 4). Two mice were not treated with drug and two other mice were treated with vehicle solution. Each group was treated with 10 mg per kilogram of body weight. The drug was dissolved in a mixture 50:10:1:989 of DMSO:Carboxymethylcellulose:T Tween 80:$H_2O$ (Vehicle solution) and was administered orally. After drug administration, the animals were euthanized via $CO_2$ inhalation at different timepoints: 1 min, 5 min, 15 min, 30 min, 2 h, 4 h, 8 h, 16 h. Animals were immediately bleed after exposure to $CO_2$ via cardiac puncture (1 ml BD syringe+27 G 5/8 needle).

The serum samples were analyzed to determine the drug's concentration by the HPLC which (Waters 600 pump, Waters 600 controller and Waters 2487 detector) was equipped with an Alltima C18 column (3µ, 150 mm×4.6 mm). All RD compounds were detected at 254 nm wave length and bicalutamide was detected at 270 nm wave length.

The samples for HPLC analysis were prepared according to the following procedure:

Blood cells were separated from serum by centrifugation. To 400 µl of serum were added 80 µl of a 10 µM solution of RD75 in acetonitrile as internal standard and 520 µl of acetonitrile. Precipitation occurred.

The mixture was vortexed for 3 minutes and then placed under ultrasound for 30 minutes.

The solid particles were filtered off or were separated by centrifugation.

TX 61.0024

US 8,445,507 B2

25

The filtrate was dried under an argon flow to dryness. The sample was reconstructed to 80 μl with acetonitrile before analyzing by HPLC to determine the drug concentration.

Standard curve of drug was used to improve accuracy.

### In Vivo Assay

All animal experiments were performed in compliance with the guidelines of the Animal Research Committee of the University of California at Los Angeles. Animals were bought from Taconic and maintained in a laminar flow tower in a defined flora colony. LNCaP-AR and LNCaP-vector cells were maintained in RPMI medium supplemented with 10% FBS. $10^5$ cells in 100 μl of 1:1 Matrigel to RPMI medium were injected subcutaneously into the flanks of intact or castrated male SCID mice. Tumor size was measured weekly in three dimensions (lengthxwidthxdepth) using calipers. Mice were randomized to treatment groups when tumor size reached approximately 100 mm³. Drugs were given orally everyday at the dose of 10 mg/kg. (See FIG. 5 and FIG. 6.) At a daily dose of 10 mg/kg, compounds A51 and A52 were found to completely retard tumor growth.

Other doses were also tried. At a daily dose of 1 mg/kg, compounds A51 and A52 were found to have a mild effect. At a daily dose of 25-50 mg/kg, compounds A51 and A52 were found induce some tumor cytotoxicity.

Prostate cancer cell lines were used for xenografts. For example, a LNCaP xenograft, LAPC4 xenograft, LAPC9 xenograft, and xenografts of the hormone refractory counterparts of these cell lines were made. Other cell lines included V-cap, CWR22 and LAPC4 cell lines. Two cell lines that over express the androgen receptor were generated, LNCaP AR and LAPC4 AR. Prostate cancer progression in these engineered cell lines was found to differ from their parental counterparts. Under androgen ablation, the LNCaP AR and LAPC4 AR lines continued to grow, thus behaving like hormone refractory cells.

Some of the cell lines were found to not take well in mice in tumor formation when xenografted. However, with LNCaP, 2 million cells gave a 95% take. As few as 1 million cells can be used. These cells required at least 25% Matrigel but no more than 50%. Since high concentrations of cells are required for good tumor take rate, a 27 G needle was found to be the smallest appropriate needle.

The LAPC4 cell line was found to be very difficult to grow in animals. The cells need to be resuspended and filtered through a micron mesh filter, for example, a 40-100 micron mesh filter, because they frequently form large aggregates. Resuspending and running through a filter helps normalize the cell number between each animal and therefore gives more consistent results. LAPC4 requires from about 25%-50% Matrigel, for example, 50% Matrigel, but can be grafted successfully at a lower concentration at $10^5$ cells.

Tumor take in SCID mice was found to be better than in nude mice. For example, the tumor take across individual animal in nude mice was found to be very inconsistent. CB17 SCID mice were used in the study.

Injections were made subcutaneously on the right flank of the mouse. Slow injection was found to help to produce a round tumor that was easier to measure and could be measured more accurately. In addition, because of the usage of Matrigel, injection of no more than 200 μl was found appropriate. Injection of 100-200 μl was found appropriate. Injecting too large a volume created leakage upon needle withdrawal.

An alternative method to help prevent leakage from needle pullout can be to warm the Matrigel:media:cells filled syringe a couple of seconds to produce a gel-like form. When inject-

26

ing the gel-like liquid, no leakage should occur. However, allowing the Matrigel to heat for too long a time can cause the suspension to solidify and become uninjectable.

### PHARMACEUTICAL COMPOSITIONS AND ADMINISTRATION

The compounds of the invention are useful as pharmaceutical compositions prepared with a therapeutically effective amount of a compound of the invention, as defined herein, and a pharmaceutically acceptable carrier or diluent.

The compounds of the invention can be formulated as pharmaceutical compositions and administered to a subject in need of treatment, for example a mammal, such as a human patient, in a variety of forms adapted to the chosen route of administration, for example, orally, nasally, intraperitoneally, or parenterally, by intravenous, intramuscular, topical or subcutaneous routes, or by injection into tissue. Such compositions and preparations should contain at least 0.01% of a compound or compounds of the invention. The percentage of the compositions and preparations may, of course, be varied and may, for example, be between about 0.05% to about 2% of the weight of a given unit dosage form. The amount of compounds in such therapeutically useful compositions is such that an effective dosage level will be obtained.

Thus, compounds of the invention may be systemically administered, e.g., orally, in combination with a pharmaceutically acceptable vehicle such as an inert diluent or an assimilable edible carrier, or by inhalation or insufflation. They may be enclosed in hard or soft shell gelatin capsules, may be compressed into tablets, or may be incorporated directly with the food of the patient's diet. For oral therapeutic administration, the compounds may be combined with one or more excipients and used in the form of ingestible tablets, buccal tablets, troches, capsules, elixirs, suspensions, syrups, wafers, and the like. The compounds may be combined with a fine inert powdered carrier and inhaled by the subject or insufflated. Such compositions and preparations should contain at least 0.1% of a compound or compounds of the invention. The percentage of the compositions and preparations may, of course, be varied and may conveniently be between about 2% to about 60% of the weight of a given unit dosage form. The amount of compounds in such therapeutically useful compositions is such that an effective dosage level will be obtained.

The tablets, troches, pills, capsules, and the like may also contain the following: binders such as gum tragacanth, acacia, corn starch, or gelatin; excipients such as dicalcium phosphate; a disintegrating agent such as corn starch, potato starch, alginic acid, and the like; a lubricant such as magnesium stearate; and a sweetening agent such as sucrose, fructose, lactose, or aspartame, or a flavoring agent such as peppermint, oil of wintergreen, or cherry flavoring may be added. When the unit dosage form is a capsule, it may contain, in addition to materials of the above type, a liquid carrier, such as a vegetable oil or a polyethylene glycol. Various other materials may be present as coatings or to otherwise modify the physical form of the solid unit dosage form. For instance, tablets, pills, or capsules may be coated with gelatin, wax, shellac, sugar, and the like. A syrup or elixir may contain the active compound, sucrose or fructose as a sweetening agent, methyl and propylparabens as preservatives, a dye, and flavoring such as cherry or orange flavor. Of course, any material used in preparing any unit dosage form should be pharmaceutically acceptable and substantially non-toxic in the amounts employed. In addition, the compounds of the invention may be incorporated into sustained-release preparations

TX 61.0025

US 8,445,507 B2

27

and devices. For example, the compounds may be incorporated into time release capsules, time release tablets, and time release pills.

The compounds of the invention may also be administered intravenously or intraperitoneally by infusion or injection. Solutions of the compounds can be prepared in water, optionally mixed with a nontoxic surfactant. Dispersions can also be prepared in glycerol, liquid polyethylene glycols, triacetin, and mixtures thereof and in oils. Under ordinary conditions of storage and use, these preparations can contain a preservative to prevent the growth of microorganisms.

The pharmaceutical dosage forms suitable for injection or infusion can include sterile aqueous solutions or dispersions or sterile powders comprising the compounds of the invention which are adapted for the extemporaneous preparation of sterile injectable or infusible solutions or dispersions, optionally encapsulated in liposomes. In all cases, the ultimate dosage form should be sterile, fluid, and stable under the conditions of manufacture and storage. The liquid carrier or vehicle can be a solvent or liquid dispersion medium comprising, for example, water, ethanol, a polyol (for example, glycerol, propylene glycol, liquid polyethylene glycols, and the like), vegetable oils, nontoxic glyceryl esters, and suitable mixtures thereof. The proper fluidity can be maintained, for example, by the formation of liposomes, by the maintenance of the required particle size in the case of dispersions, or by the use of surfactants. The prevention of the action of microorganisms can be brought about by various antibacterial and antifungal agents, for example, parabens, chlorobutanol, phenol, sorbic acid, thimerosal, and the like. In many cases, it will be preferable to include isotonic agents, for example, sugars, buffers, or sodium chloride. Prolonged absorption of the injectable compositions can be brought about by the use in the compositions of agents delaying absorption, for example, aluminum monostearate and gelatin.

Sterile injectable solutions are prepared by incorporating the compounds of the invention in the required amount in the appropriate solvent with various of the other ingredients enumerated above, as required, followed by filter sterilization. In the case of sterile powders for the preparation of sterile injectable solutions, the preferred methods of preparation are vacuum drying and freeze drying techniques, which yield a powder of the active ingredient plus any additional desired ingredient present in the previously sterile-filtered solutions.

For topical administration, the compounds of the invention may be applied in pure form. However, it will generally be desirable to administer them to the skin as compositions or formulations, in combination with a dermatologically acceptable carrier, which may be a solid or a liquid.

Useful solid carriers include finely divided solids such as talc, clay, microcrystalline cellulose, silica, alumina, and the like. Other solid carriers include nontoxic polymeric nanoparticles or microparticles. Useful liquid carriers include water, alcohols, or glycols or water/alcohol/glycol blends, in which the compounds of the invention can be dissolved or dispersed at effective levels, optionally with the aid of nontoxic surfactants. Adjuvants such as fragrances and additional antimicrobial agents can be added to optimize the properties for a given use. The resultant liquid compositions can be applied from absorbent pads, used to impregnate bandages and other dressings, or sprayed onto the affected area using pump-type or aerosol sprayers.

Thickeners such as synthetic polymers, fatty acids, fatty acid salts and esters, fatty alcohols, modified celluloses, or modified mineral materials can also be employed with liquid carriers to form spreadable pastes, gels, ointments, soaps, and the like, for application directly to the skin of the user.

28

Examples of useful dermatological compositions which can be used to deliver the compounds of the present invention to the skin are known to the art; for example, see Jacquet et al. (U.S. Pat. No. 4,608,392), Geria (U.S. Pat. No. 4,992,478), Smith et al. (U.S. Pat. No. 4,559,157), and Wortzman (U.S. Pat. No. 4,820,508), all of which are hereby incorporated by reference.

Useful dosages of the compounds of Formula II can be determined by comparing their in vitro activity, and by comparing their in vivo activity in animal models. Methods for the extrapolation of effective dosages in mice and other animals to humans are known to the art; for example, see U.S. Pat. No. 4,938,949, which is hereby incorporated by reference.

For example, the concentration of the compounds in a liquid composition, such as a lotion, can be from about 0.1 to about 25% by weight, or from about 0.5 to about 10% by weight. The concentration in a semi-solid or solid composition such as a gel or a powder can be from about 0.1 to about 5% by weight, or from about 0.5 to about 2.5% by weight.

The amount of the compounds of the invention required for use in treatment will vary not only with the particular salt selected but also with the route of administration, the nature of the condition being treated and the age and condition of the patient and will be ultimately at the discretion of the attendant physician or clinician.

Effective dosages and routes of administration of agents of the invention are conventional. The exact amount (effective dose) of the agent will vary from subject to subject, depending on, for example, the species, age, weight, and general or clinical condition of the subject, the severity or mechanism of any disorder being treated, the particular agent or vehicle used, the method and scheduling of administration, and the like. A therapeutically effective dose can be determined empirically, by conventional procedures known to those of skill in the art. See, e.g., *The Pharmacological Basis of Therapeutics*, Goodman and Gilman, eds., Macmillan Publishing Co., New York. For example, an effective dose can be estimated initially either in cell culture assays or in suitable animal models. The animal model may also be used to determine the appropriate concentration ranges and routes of administration. Such information can then be used to determine useful doses and routes for administration in humans. A therapeutic dose can also be selected by analogy to dosages for comparable therapeutic agents.

The particular mode of administration and the dosage regimen will be selected by the attending clinician, taking into account the particulars of the case (e.g., the subject, the disease, the disease state involved, and whether the treatment is prophylactic). Treatment may involve daily or multi-daily doses of compound(s) over a period of a few days to months, or even years.

In general, however, a suitable dose will be in the range of from about 0.01 to about 500 mg/kg per day, e.g., from about 0.1 to about 500 mg/kg of body weight per day, such as from about 0.1 to about 100 mg per kilogram body weight of the recipient per day. For example, a suitable dose may be about 1 mg/kg, 10 mg/kg, or 50 mg/kg of body weight per day.

The compounds of the invention are conveniently administered in unit dosage form; for example, containing from about 0.0005 to about 500 mg, from about 0.01 to about 50 mg, from about 0.05 to about 10 mg, or about 5 mg of active ingredient per unit dosage form.

The compounds of the invention can be administered to achieve peak plasma concentrations of, for example, from about 0.5 to about 75 µM, about 1 to 50 µM, about 2 to about 30 µM, or about 5 to about 25 µM. Exemplary desirable plasma concentrations include at least or no more than 0.25,

TX 61.0026

US 8,445,507 B2

29

0.5, 1, 5, 10, 25, 50, 75, 100 or 200 µM. This may be achieved, for example, by the intravenous injection of a 0.05 to 5% solution of the compounds of the present invention, optionally in saline, or orally administered as a bolus containing about 1-1000 mg of the compounds. Desirable blood levels may be maintained by continuous infusion to provide from about 0.0005 to about 1 mg per kg body weight per hour, for example at least or no more than 0.0005, 0.005, 0.05, 0.5, 5, or 25 mg/kg/hr. Alternatively, such levels can be obtained by intermittent infusions containing from about 0.002 to about 100 mg per kg body weight, for example, at least or no more than 0.002, 0.02, 0.2, 2, 20, 50, or 100 mg of the compounds per kg of body weight.

The compounds of the invention may conveniently be presented in a single dose or as divided doses administered at appropriate intervals, for example, as two, three, four or more sub-doses per day. The sub-dose itself may be further divided, e.g., into a number of discrete loosely spaced administrations; such as multiple inhalations from an insufflator.

Example

Intravenous Formulation

A compound presently disclosed, for example, compound A51 or A52, can be in a formulation suitable for intravenous dosing. In an embodiment, the compound is dissolved in from about 10% to about 25% dimethylsulfoxide (DMSO). 1× phosphate buffered saline (PBS) is then mixed into the solution as the balance, and the solution is sonicated with a water bath sonicator until it is homogeneous.

At a compound concentration of 1.5 mg/mL, 5 minutes of sonication may be sufficient to dissolve the compound. At a compound concentration of 2 mg/ml, more than 5 minutes of sonication may be required to dissolve the compound and a polyethylene glycol can be added to keep the compound in suspension. For example, 5 to 40% PEG-400 (a polyethylene glycol), such as, 5-10% PEG-400, can be added.

The above solution, including either A51 or A52, was found to be stable at room temperature for at least a week.

Before administration, the above solution should be sonicated for a few minutes. A maximum appropriate administration volume for mice was found to be 0.2 mL.

When administered to mice, hardening of the skin and skin irritation around the injection site was observed, and this was attributed to the use of DMSO. Although compounds A51 and A52 are soluble in ethanol, ethanol was found to reduce the stability of the compounds in vivo.

Over a period of 2 weeks following administration of the above solution, mice were observed to lose 15% of body weight.

Example

Oral Formulation

A compound presently disclosed, for example, compound A51 or A52, can be in a formulation suitable for oral administration. In an embodiment, the compound is dissolved in 100% DMSO.

Additional chemicals can be added, such as a carboxymethylcellulose, a polysorbate, or water. For example, the components of the solution other than A51 or A52 can be present at concentrations of from about 10% to about 20% DMSO, from about 1% to about 2% carboxymethylcellulose (CMC), and 0.1% Tween 80 (a polysorbate), with the balance being water. The concentration of compound A51 or A52 in the oral

30

foundation can be about 1.5 mg/mL. The solution is mechanically homogenized for at least 30 seconds. The compound A51 or A52 was found to stay in suspension for only a couple of hours and, therefore, the oral formulation must be administered within a couple of hours of preparation.

When more than 2% carboxymethylcellulose (CMC) was included in the formulation, the formulation was found to be very viscous, so that when administered to a test animal with a gavage syringe, much of the formulation was left behind on the walls of the syringe, preventing accurate drug administration. A solution of 10% DMSO that included CMC and Tween 80 was found to keep the compound in suspension when mechanical homogenization was applied. That is, more than 10% DMSO was not required. A minimum of DMSO should be used, because it was found to irritate the mice, and was associated with a loss of up to 10% of the bodyweight of the mice over a period of 2 weeks following administration.

A maximum appropriate administration volume for mice was found to be 0.2 mL.

The half life of the compound was found to be longer when it was administered intravenously than when it was administered orally. However, daily oral dosing resulted in an acceptable steady state serum concentration of the compound, comparable to the steady state concentration seen with bicalutamide. Oral administration may be more convenient than intravenous administration.

Compounds A51 and A52 have a beneficial effect on tumors in an in vivo assay administered as described.

The embodiments illustrated and discussed in this specification are intended only to teach those skilled in the art the best way known to the inventors to make and use the invention. Nothing in this specification should be considered as limiting the scope of the present invention. All examples presented are representative and non-limiting. The above-described embodiments of the invention may be modified or varied, without departing from the invention, as appreciated by those skilled in the art in light of the above teachings. It is therefore to be understood that, within the scope of the claims and their equivalents, the invention may be practiced otherwise than as specifically described.

We claim:

1. A compound having the formula



or a pharmaceutically acceptable salt thereof.

2. A pharmaceutical composition comprising a therapeutically effective amount of a compound of claim 1, or a pharmaceutically acceptable salt thereof, and a pharmaceutically acceptable carrier, diluent, or adjuvant.

**TX 61.0027**

US 8,445,507 B2

31

**3.** A method for treating a hyperproliferative disorder comprising administering a compound of claim **1**, or a pharmaceutically acceptable salt thereof, to a subject in need of such treatment, thereby treating the hyperproliferative disorder wherein the hyperproliferative disorder is prostate cancer.

**4.** The method of claim **3**, wherein the compound or a pharmaceutically acceptable salt thereof, is administered at a dosage in the range of from 0.01 mg per kg body weight per day to 500 mg per kg body weight per day.

**5.** The method of claim **3**, wherein the compound, or a pharmaceutically acceptable salt thereof, is administered at a dosage in the range of from 0.1 mg per kg body weight per day to 200 mg per kg body weight per day.

**6.** The method of claim **3**, wherein the compound or a pharmaceutically acceptable salt thereof, is administered at a dosage in the range of from 1 mg per kg body weight per day to 50 mg per kg body weight per day.

**7.** The method of claim **3**, wherein the compound or a pharmaceutically acceptable salt thereof, is administered at a dosage of 10 mg per kg body weight per day.

**8.** The method of claim **3**, wherein the compound is administered by intravenous injection, by injection into tissue, intraperitoneally, orally, or nasally.

**9.** The method of claim **3**, wherein the compound has a form selected from the group consisting of a solution, dispersion, suspension, powder, capsule, tablet, pill, time release capsule, time release tablet, and time release pill.

**10.** The pharmaceutical composition of claim **2**, wherein the compound is



**11.** The pharmaceutical composition of claim **2**, wherein the compound is



**12.** The pharmaceutical composition of claim **2**, comprising a solution of dimethylsulfoxide and phosphate buffered saline solution.

**13.** The pharmaceutical composition of claim **2**, comprising polyethylene glycol.

**14.** The pharmaceutical composition of claim **2**, wherein the compound is at a concentration of 1.5 mg/mL.

**15.** The pharmaceutical composition of claim **2**, comprising a solution of dimethylsulfoxide, a carboxymethylcellulose, a polysorbate, and water.

**16.** The method of claim **3**, wherein the hyperproliferative disorder is hormone sensitive prostate cancer.

32

**17.** The method of claim **3**, wherein the hyperproliferative disorder is hormone refractory prostate cancer.

**18.** The method of claim **3**, wherein the compound has the formula:



**19.** The method of claim **3**, wherein the compound has the formula:



**20.** The compound of claim **1**, wherein the compound has the formula:



**21.** The pharmaceutically acceptable salt of a compound of claim **1**, wherein the compound has the formula:



**22.** The compound of claim **1**, wherein the compound has the formula:

TX 61.0028

US 8,445,507 B2

33

**23**. The pharmaceutically acceptable salt of a compound of claim **1**, wherein the compound has the formula:



**24**. A pharmaceutical composition comprising a therapeutically effective amount of a compound of claim **1**, or a pharmaceutically acceptable salt thereof, and a pharmaceutically acceptable carrier.

**25**. A pharmaceutical composition comprising a therapeutically effective amount of a compound of claim **1**, or a pharmaceutically acceptable salt thereof, and a pharmaceutically acceptable diluent.

**26**. A pharmaceutical composition comprising a therapeutically effective amount of a compound of claim **1**, or a pharmaceutically acceptable salt thereof, and a pharmaceutically acceptable adjuvant.

**27**. The pharmaceutical composition of claim **2**, wherein the pharmaceutical composition is administered by intravenous injection, by injection into tissue, intraperitoneally, orally, or nasally.

**28**. The pharmaceutical composition of claim **2**, wherein the pharmaceutical composition has a form selected from the group consisting of a solution, dispersion, suspension, powder, capsule, tablet, pill, time release capsule, time release tablet, and time release pill.

**29**. The pharmaceutical composition of claim **2**, wherein the pharmaceutical composition is a capsule and is administered orally, and wherein the compound is

34



**30**. The pharmaceutical composition of claim **2**, wherein the pharmaceutical composition is a tablet and is administered orally, and wherein the compound is



**31**. The pharmaceutical composition of claim **2**, wherein the pharmaceutical composition is a pill and is administered orally, and wherein the compound is



* * * * *

TX 61.0029

UNITED STATES PATENT AND TRADEMARK OFFICE
## CERTIFICATE OF CORRECTION

| | | |
|---|---|---|
| PATENT NO. | : 8,445,507 B2 | Page 1 of 1 |
| APPLICATION NO. | : 12/294881 | |
| DATED | : May 21, 2013 | |
| INVENTOR(S) | : Michael E. Jung et al. | |

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

On the Title Page:

The first or sole Notice should read --

Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 1,268 days.

Signed and Sealed this
Twenty-fifth Day of June, 2013

Teresa Stanek Rea
*Acting Director of the United States Patent and Trademark Office*

TX 61.0030



US008802689B2

(12) **United States Patent**
Jung et al.

(10) **Patent No.:** **US 8,802,689 B2**
(45) **Date of Patent:** *Aug. 12, 2014

(54) **ANDROGEN RECEPTOR MODULATOR FOR THE TREATMENT OF PROSTATE CANCER AND ANDROGEN RECEPTOR-ASSOCIATED DISEASES**

(75) Inventors: **Michael E. Jung**, Los Angeles, CA (US); **Charles L. Sawyers**, New York, NY (US); **Samedy Ouk**, Los Angeles, CA (US); **Chris Tran**, New York, NY (US); **John Wongvipat**, New York, NY (US)

(73) Assignee: **The Regents of the University of California**, Oakland, CA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **13/615,085**

(22) Filed: **Sep. 13, 2012**

(65) **Prior Publication Data**

US 2013/0072511 A1     Mar. 21, 2013

**Related U.S. Application Data**

(63) Continuation of application No. 12/294,881, filed as application No. PCT/US2007/007485 on Mar. 27, 2007, now Pat. No. 8,445,507.

(60) Provisional application No. 60/785,978, filed on Mar. 27, 2006, provisional application No. 60/833,790, filed on Jul. 28, 2006.

(51) **Int. Cl.**
*A61K 31/44*     (2006.01)

(52) **U.S. Cl.**
USPC ............................................ **514/278**; 546/15

(58) **Field of Classification Search**
CPC .. C07D 471/10; C07D 491/10; C07D 221/20; C07D 401/12; C07D 401/06; C07D 487/10
USPC .......................... 514/278, 341; 546/15, 274.1
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,823,240 | A | 7/1974 | Sauli |
| 3,984,430 | A | 10/1976 | Curran |
| 4,097,578 | A | 6/1978 | Perronnet et al. |
| 4,234,736 | A | 11/1980 | Bernauer et al. |
| 4,304,782 | A | 12/1981 | Dumont et al. |
| 4,312,881 | A | 1/1982 | Wooten |
| 4,399,216 | A | 8/1983 | Axel et al. |
| 4,407,814 | A | 10/1983 | Bernauer et al. |
| 4,427,438 | A | 1/1984 | Nagano et al. |
| 4,473,393 | A | 9/1984 | Nagpal |
| 4,482,739 | A | 11/1984 | Bernauer et al. |
| 4,559,157 | A | 12/1985 | Smith et al. |
| 4,608,392 | A | 8/1986 | Jacquet et al. |
| 4,749,403 | A | 6/1988 | Liebl et al. |
| 4,820,508 | A | 4/1989 | Wortzman |

| | | | |
|---|---|---|---|
| 4,859,228 | A | 8/1989 | Prisbylla |
| 4,873,256 | A | 10/1989 | Coussediere et al. |
| 4,938,949 | A | 7/1990 | Borch et al. |
| 4,944,791 | A | 7/1990 | Schroder et al. |
| 4,992,478 | A | 2/1991 | Geria |
| 5,010,182 | A | 4/1991 | Brake et al. |
| 5,069,711 | A | 12/1991 | Fischer et al. |
| 5,071,773 | A | 12/1991 | Evans et al. |
| 5,166,358 | A | 11/1992 | Seuron et al. |
| 5,411,981 | A | 5/1995 | Gaillard-Kelly et al. |
| 5,434,176 | A | 7/1995 | Claussner et al. |
| 5,554,607 | A | 9/1996 | Elokdah et al. |
| 5,556,983 | A | 9/1996 | Claussner et al. |
| 5,589,497 | A | 12/1996 | Claussner et al. |
| 5,614,620 | A | 3/1997 | Liao et al. |
| 5,627,201 | A | 5/1997 | Gaillard-Kelly et al. |
| 5,646,172 | A | 7/1997 | Claussner et al. |
| 5,656,651 | A | 8/1997 | Sovak et al. |
| 5,705,654 | A | 1/1998 | Claussner et al. |
| 5,726,061 | A | 3/1998 | Robbins et al. |
| 5,750,553 | A | 5/1998 | Claussner et al. |
| 5,783,707 | A | 7/1998 | Elokdah et al. |
| RE35,956 | E | 11/1998 | Gaillard-Kelly et al. |
| 5,958,936 | A | 9/1999 | Claussner et al. |
| 5,985,868 | A | 11/1999 | Gray |
| 6,107,488 | A | 8/2000 | Bouchet et al. |
| 6,172,076 | B1 | 1/2001 | Embrey et al. |
| 6,235,910 | B1 | 5/2001 | Beller et al. |
| 6,242,611 | B1 | 6/2001 | Claussner et al. |
| 6,307,030 | B1 | 10/2001 | French et al. |
| 6,350,763 | B1 | 2/2002 | Kelly et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| AU | 217893 | 6/1958 |
| CN | 101032483 A | 9/2007 |

(Continued)

OTHER PUBLICATIONS

A Textbook of Drug Design and Development, P. Krogsgaard-Larson and H. Bündgaard, eds. Ch 5, pp. 113-191 (Harwood Academic Publishers, 1991).

A.M. Soto et al., Control of Cell Proliferation: Evidence for Negative Control on Estrogen-sensitive T47D Human Breast Cancer Cells , Cancer Research, 46, (1986), pp. 2271-2275.

Abstract submitted by Samedy Ouk, Prostate Cancer Foundation Scientific Retreat, Scottsdale, Arizona, Sep. 29-Oct. 1, 2005.

Ausubel et al., Current Protocols in Molecular Biology, Wiley Interscience Publishers, (1995).

Baek, S.H. et al. Exchange of N-CoR corepressor and Tip60 coactivator complexes links gene expression by NF-kappaB and beta-amyloid precursor protein. Cell 110, 55-67 (2002).

Balk, S.P. Androgen receptor as a target in androgen-independent prostate cancer. Urology 60, 132-8; discussion 138-9 (2002).

Batch,I.A., et al., "Androgen receptor gene mutations identified by SSCP in fourteen subjects with androgen insensitivity syndrome", Hum. Mol. Genet 1 (7), 497-503 (1992).

(Continued)

*Primary Examiner* — Jason Sims

*Assistant Examiner* — Ibrahim D Bori

(74) *Attorney, Agent, or Firm* — Kilpatrick Townsend & Stockton LLP

(57) **ABSTRACT**

Described herein, inter alia, are compounds useful for the prevention or treatment of hyperproliferative diseases or disorders.

**19 Claims, 6 Drawing Sheets**

**TX 62.0002**

US 8,802,689 B2

Page 2

(56)               **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,472,415 | B1 | 10/2002 | Sovak et al. |
| 6,479,063 | B2 | 11/2002 | Weisman et al. |
| 6,489,163 | B1 | 12/2002 | Roy et al. |
| 6,506,607 | B1 | 1/2003 | Shyjan |
| 6,828,471 | B2 | 12/2004 | Sawyers et al. |
| 7,271,188 | B2 | 9/2007 | Tachibana et al. |
| 2002/0133833 | A1 | 9/2002 | Sawyers et al. |
| 2003/0225138 | A1 | 12/2003 | Sircar et al. |
| 2004/0009969 | A1 | 1/2004 | Cleve et al. |
| 2004/0116417 | A1 | 6/2004 | Boubia et al. |
| 2005/0153968 | A1 | 7/2005 | Bi et al. |
| 2006/0127902 | A1 | 6/2006 | Madden et al. |
| 2007/0249697 | A1 | 10/2007 | Tachibana et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 2102605 | 7/1971 |
| DE | 2614831 A1 | 10/1977 |
| EP | 0 017 976 A2 | 10/1980 |
| EP | 0 017 976 A3 | 10/1980 |
| EP | 0 017 976 B1 | 6/1983 |
| EP | 0 002 259 B1 | 10/1984 |
| EP | 0144098 A1 | 6/1985 |
| EP | 0 331 232 A2 | 9/1989 |
| EP | 362179 | 4/1990 |
| EP | 0 494 819 A1 | 1/1992 |
| EP | 0 578 516 A1 | 5/1993 |
| EP | 0 580 459 A1 | 5/1993 |
| EP | 0572 191 A1 | 12/1993 |
| EP | 0 580 459 B1 | 1/1994 |
| EP | 0770613 A1 | 5/1995 |
| EP | 0 494 819 B1 | 7/1996 |
| EP | 0 721 944 B1 | 1/2001 |
| EP | 1 790 640 A1 | 5/2007 |
| FR | 2 693 461 A1 | 1/1994 |
| FR | 2 715 402 A1 | 1/1994 |
| FR | 2 845 384 A1 | 10/2002 |
| JP | 59210083 A | 11/1984 |
| JP | 1009978 A | 1/1989 |
| JP | 2019363 A | 1/1990 |
| WO | 90/13646 | 11/1990 |
| WO | 97/00071 | 1/1997 |
| WO | 97/19064 | 5/1997 |
| WO | 97/19931 | 6/1997 |
| WO | 00/17163 | 3/2000 |
| WO | 00/26195 A1 | 5/2000 |
| WO | 00/44731 A1 | 8/2000 |
| WO | 01/07048 A2 | 2/2001 |
| WO | 01/92253 A2 | 12/2001 |
| WO | 01/94346 A1 | 12/2001 |
| WO | 02/053155 A1 | 7/2002 |
| WO | 02/081453 A1 | 10/2002 |
| WO | 03/029245 A1 | 4/2003 |
| WO | 03/032994 A2 | 4/2003 |
| WO | 03/057220 A1 | 7/2003 |
| WO | 03/093243 A1 | 11/2003 |
| WO | 03/096980 | 11/2003 |
| WO | 2004/022572 A1 | 3/2004 |
| WO | 2004/031160 A2 | 4/2004 |
| WO | 2004/070050 A2 | 8/2004 |
| WO | 2004/111031 A1 | 12/2004 |
| WO | 2005/042488 A1 | 5/2005 |
| WO | 2005/059109 | 6/2005 |
| WO | 2005/059109 A3 | 6/2005 |
| WO | 2005/060661 | 7/2005 |
| WO | 2005/089752 A2 | 9/2005 |
| WO | 2005/099693 | 10/2005 |
| WO | 2006/010642 | 2/2006 |
| WO | 2006/028226 A1 | 3/2006 |
| WO | 2006/124118 A1 | 11/2006 |
| WO | 2007/045877 A1 | 4/2007 |
| WO | 2007/126765 | 11/2007 |
| WO | 2007/127010 | 11/2007 |
| WO | 2008/119015 A2 | 10/2008 |

OTHER PUBLICATIONS

Bohl et al., "Structural basis for antagonism and resistance of bicalutamide in prostate cancer", Proc. Nat. Acad. Sci., 2005, v. 102(17), pp. 6201-6206.

Brockschmidt,F.F., et al., "The two most common alleles of the coding GGN repeat in the androgen receptor gene cause differences in protein function", J. Mol. Endocrinol. 39 (1), 1-8 (2007).

Burnstein et al. Androgen Glucocorticoid Regulation of Androgen Receptor cDNA Expression. Molecular and Cellular Endocrinology. 1995. v. 115, pp. 177-186.

C.D. Chen et al., "Molecular determinants of resistance to antiandrogen therapy", Nature Medicine, vol. 10, No. 1 (Jan. 2004) pp. 33-39.

Cai,C., et al., "c-Jun has multiple enhancing activities in the novel cross talk between the androgen receptor and Ets variant gene 1 in prostate cancer", Mol. Cancer Res 5 (7), 725-735 (2007).

Chang et al., Science 240 (4850), 324-326 (1988).

Chen, C.D., Welsbie, D.S., Iran, C., Baek, S.H., Chen, R., Vessella, R., Rosenfeld, M.G., and Sawyers, C.L., Molecular determinants of resistance to antiandrogen therapy, Nat. Med., 10: 33-39, 2004.

Cinar et al. Androgen Receptor Mediates the Reduced Tumor Growth, Enhanced Androgen Responsiveness, and Selected Target Gene Transactivation in Human Prostate Cancer Cell Line. Cancer Research. 2001. v. 61. pp. 7310-7317.

Cousty-Berlin, et al., "Preliminary Pharmacokinetics and Metabolism of Novel Non-steroidal Antiandrogens in the Rat: Relation of their Systemic Activity to the Formation of a Common Metabolite," J. Steroid Biochem. Molec. Biol., vol. 51, No. 1/2, pp. 47-55 (1994).

Craft, N. et al. Evidence for clonal outgrowth of androgen-independent prostate cancer cells from androgen-dependent tumors through a two-step process. Cancer Res 59,5030-6 (1999).

Craft, N., Shostak, Y., Carey, M. & Sawyers, C.L. A mechanism for hormone-independent prostate cancer through modulation of androgen receptor signaling by the HER-2/neutyrosine kinase. Nat Med 5, 280-5 (1999).

Data Sheet from U.S. Patent and Trademark Office (USPTO) for U.S. Appl. No. 08/807,760.

DePrimo, S.E. et al. Transcriptional programs activated by exposure of human prostate cancer cells to androgen. Genome Biol 3, RESEARCH0032 (2002).

Design of Prodrugs, edited by H. Bundgaard, (Elsevier, 1985).

Dhal, P.N. et al., "Synthesis of thiohydantoins, thiazolidones and their derivatives from N1-(4'-aryl thiazole 2'-YL) thioureas", J. Indian Chem. Soc. 50(1).680-684, Oct. 1973.

Edwards, J., Krishna, N. S., Grigor, K.M. & Bartlett, J.M. Androgen receptor gene amplification and protein expression in hormone refractory prostate cancer. Br J Cancer 89, 552-6 (2003).

Ellis, W.J. et al. Characterization of a novel androgen-sensitive, prostate-specific antigen-producing prostatic carcinoma xenograft: LuCaP 23. Clin Cancer Res 2, 1039-48 (1996).

Ellwood-Yen, K. et al. Myc-driven murine prostate cancer shares molecular features with human prostate tumors. Cancer Cell 4, 223-38 (2003).

Elokdah, Hassan, et al., "Design, synthesis, and biological evaluation of thio-containing compounds with serum HDL-cholesterol-elevating properties", J. Med. Chem. 47:681-695 (2004).

European Search Report dated Jul. 20, 2011 for European Application No. 07754060.7, 7 pages.

Extended European Search Report dated Jul. 12, 2011 for European Application No. 11163948.0, 10 pages.

Extended European Search Report issued in European Patent Application No. EP 06748863.5, mailed on Feb. 12, 2009.

Feher, et al., "BHB: A Simple Knowledge-Based Scoring Function to Improve the Efficiency of Database Screening," J. Chem. Inf. Comput. Sci., vol. 43, pp. 1316-1327 (2003).

Feldman, B.J. & Feldman, D. The development of androgen-independent prostate cancer. Nat Rev Cancer 1, 34-45 (2001).

Font de Mora, J. & Brown, M. AIB1 is a conduit for kinase-mediated growth factor signaling to the estrogen receptor. Mol Cell Biol 20, 5041-7 (2000).

US 8,802,689 B2

Page 3

(56)          **References Cited**

OTHER PUBLICATIONS

Foury, et al., "Control of the Proliferation of Prostate Cancer Cells by an Androgen and Two Antiandrogens. Cell Specific Sets of Responses," *J. Steroid Biochem. Molec. Biol.*, vol. 66, No. 4, pp. 235-240 (1998).

Gelmann, E.P. Molecular biology of the androgen receptor. J Clin Oncol 20, 3001-15 (2002).

Gioeli, D. et al. Androgen receptor phosphorylation. Regulation and identification of the phosphorylation sites. J Biol Chem 277, 29304-14 (2002).

Glass, C.K. & Rosenfeld, M.G. The coregulator exchange in transcriptional functions of nuclear receptors. Genes Dev 14, 121-41 (2000).

Goubet, et al., Conversion of a Thiohydantoin to the Corresponding Hydantoin via a Ring-Opening/Ring Closure Mechanism, *Tetrahedron Letters*, vol. 37, No. 43, pp. 7727-7730 (1996).

Grad, J.M., Dai, J.L., Wu, S. & Burnstein, K.L. Multiple androgen response elements and a Myc consensus site in the androgen receptor (AR) coding region are involved in androgen-mediated up-regulation of AR messenger RNA. Mol Endocrinol 13, 1896-911 (1999).

Graham and van der Eb, "A new technique for the assay of infectivity of human adenovirus 5 DNA", Virology, v. 52(2) (Apr. 1973) pp. 456-467.

Gregory, C.W. et al. A mechanism for androgen receptor-mediated prostate cancer recurrence after androgen deprivation therapy. Cancer Res 61, 4315-9 (2001).

Gregory, C.W., Johnson, R.T., Jr., Mohler, J.L., French, F.S. & Wilson, E.M. Androgen receptor stabilization in recurrent prostate cancer is associated with hypersensitivity to low androgen. Cancer Res 61, 2892-8 (2001).

Hamilton-Reeves, J.M., et al., "Isoflavone-rich soy protein isolate suppresses androgen receptor expression without altering estrogen receptor-beta expression or serum hormonal profiles in men at high risk of prostate cancer", J. Nutr. 137 (7), 1769-1775 (2007).

Homma, S., et al., "Differential levels of human leukocyte antigenclass I, multidrug-resistance 1 and androgen receptor expressions in untreated prostate cancer cells: the robustness of prostate cancer", Oncol. Rep. 18 (2), 343-346 (2007).

Horoszewicz, J.S. et al. LNCaP model of human prostatic carcinoma. Cancer Res 43, 1809-18 (1983).

Huang, Z.Q., Li, J. & Wong, J. AR possess an intrinsic hormone-independent transcriptional activity. Mol Endocrinol 16, 924-37 (2002).

International Search Report issued in International Application No. PCT/US2007/007854, mailed on Apr. 15, 2008.

International Search Report issued in International Application No. PCT/US2008/012149 mailed on Apr. 29, 2009.

International Search Report issued in PCT Application No. PCT/US2004/042221, mailed on Jun. 20, 2005.

International Search Report issued in PCT Application PCT/US2005/005529, mailed on Nov. 10, 2005.

International Search Report issued in PCT Application PCT/US2007/07485, mailed on Sep. 4, 2008.

J. Holzbeierlein et al., "Gene Expression Analysis of Human Prostate Carcinoma during Hormonal Therapy Identifies Androgen-Responsive Genes and Mechanisms of Therapy Resistance", Am. J. Pathology, vol. 164, No. 1 (Jan. 2004) pp. 217-227.

Jones, *Genetics*, 85:12 (1977).

Karp et al., "Prostate Cancer Prevention: Investigational Approaches and Opportunities", Cancer Res., v. 56 (Dec. 15, 1996) pp. 5547-5556.

Karvonen, et al., "Interaction of Androgen Receptors with Androgen Response Element in Intact Cells," *The Journal of Biological Chemistry*, vol. 272, No. 25, pp. 15973-15979 (1997).

Kato, S. et al. Activation of the estrogen receptor through phosphorylation by mitogen-activated protein kinase. Science 270, 1491-4 (1995).

Kemppainen, et al., "Distinguishing Androgen Receptor Agonists and Antagonists: Distinct Mechanisms of Activation by

Medroxyprogesterone Acetate and Dihydrotestosterone," *Mol. Endocrinol.*, vol. 13, pp. 440-454 (1999); mend.endojournals.org.

Keown et al., *Methods in Enzymology*, 185:527-537 (1990).

Kingsman et al., *Gene*, 7: 141 (1979).

Kinoshita, H. et al. Methylation of the androgen receptor minimal promoter silences transcription in human prostate cancer. Cancer Res 60, 3623-30 (2000).

Klein, K.A. et al. Progression of metastatic human prostate cancer to androgen independence in immunodeficient SCID mice. Nat Med 3, 402-8 (1997).

Kousteni, S. et al. Nongenotropic, sex-nonspecific signaling through the estrogen or androgen receptors: dissociation from transcriptional activity. Cell 104, 719-30 (2001).

Laitinen, S., Karhu, R., Sawyers, C.I.., Vessella, R.L. & Visakorpi, T. Chromosomal aberrations in prostate cancer xenografts detected by comparative genomic hybridization. Genes Chromosomes Cancer 35, 66-73 (2002).

Li, P. et al. Heterogeneous expression and functions of androgen receptor co-factors in primary prostate cancer. Am J Pathol 161, 1467-74 (2002).

Lobaccaro, J.M. et al. Molecular modeling and in vitro investigations of the human androgen receptor DNA-binding domain: application for the study of two mutations. Mol Cell Endocrinol 116, 137-47 (1996).

Lu et al., "Molecular Mechanisms of Androgen-Independent Growth of Human Prostate Cancer LNCaP-Al Cells", Endocrinology 1999, vol. 140, No. 11, pp. 5054-5059.

M.J. Linja et al., "Amplification and overexpression of androgen receptor gene in hormone-refractory prostate cancer", Cancer Research, vol. 61 (May 1, 2001) pp. 3550-3555.

Mammalian Cell Biotechnology: a Practical Approach, M. Butler, ed. (IRL Press, 1991).

Manolagas, S.C., Kousteni, S. & Jilka, R.L. Sex steroids and bone. Recent Prog Horm Res 57, 385-409 (2002).

Mansour et al., *Nature*, 336:348-352 (1988).

Marhefka, et al., "Homology Modeling Using Multiple Molecular Dynamics Simulations and Docking Sudies of the Human Androgen Receptor Ligand Binding Domain Bound to Testosterone and Nonsteroidal Ligands," J. Med. Chem., vol. 44, No. 11, pp. 1729-1740 (2001).

Masiello, D., Cheng, S., Bubley, G.J., Lu, M.L. & Balk, S.P. Bicalutamide functions as an androgen receptor antagonist by assembly of a transcriptionally inactive receptor. J Biol Chem 277, 26321-6 (2002).

Matias, et al., "Local Inhibition of Sebaceous Gland Growth by Topically Applied RU 58841," *NY Acad. Sci.*, vol. 761, pp. 56-65 (1995).

Matias, P.M. et al. Structural basis for the glucocorticoid response in a mutant human androgen receptor (AR(ccr)) derived from an androgen-independent prostate cancer. J Med Chem 45, 1439-46 (2002).

Matias, P.M. et al. Structural evidence for ligand specificity in the binding domain of the human androgen receptor. Implications for pathogenic gene mutations. J Biol Chem 275, 26164-71 (2000).

McDonnell, T.J. et al. Expression of the protooncogene bcl-2 in the prostate and its association with emergence of androgen-independent prostate cancer. Cancer Res 52, 6940-4 (1992).

Migliaccio, A. et al. Steroid-induced androgen receptor-oestradiol receptor beta-Src complex triggers prostate cancer cell proliferation. Embo J 19, 5406-17 (2000).

Muller et al., 1991, Mol. & Cell. Bio. 11:1785.

Nam et al., *"Action of the Src Family Kinase Inhibitor, Dasatinib (BMS-354825), on Human Prostate Cancer Cells"*, Cancer Res., 2005, v. 65(20), pp. 9185-9189.

Navone, N. M., et al., "Model Systems of Prostate Cancer: Uses and Limitations" Cancer Metastasis, Kluwer Academic Publishers, Dordrecht, NL, 17 (4), 1999, pp. 361-371.

NM_000044<http://www.ncbi.nlm.nih.gov:80/entrez/viewer. fcgi?cmd=Retrieve&db=nucleotide&list_uids=21322251 &dopt=GenBank
&term=sapiens+AR+androgen+receptor+prostate+cancer &qty=1>gi:21322251, printed Oct. 24, 2007.

Norris, J.D. et al. Peptide antagonists of the human estrogen receptor. Science 285, 744-6 (1999).

**US 8,802,689 B2**

Page 4

(56)    **References Cited**

OTHER PUBLICATIONS

Notice of References Cited from U.S. Patent and Trademark Office (USPTO) for U.S. Appl. No. 08/807,760.

Notice of References Cited of Jul. 24, 1992 from U.S. Patent and Trademark Office for U.S. Appl. No. 07/819,110.

Office Action issued in U.S. Appl. No. 10/590,445, mailed on Mar. 2, 2009.

Office Action of Jan. 18, 1994 from U.S. Patent and Trademark Office for U.S. Appl. No. 08/064,257.

Office Action of Feb. 22, 1993 from U.S. Patent and Trademark Office for U.S. Appl. No. 07/819,110.

Office Action of Jun. 1, 1994 from U.S. Patent and Trademark Office for U.S. Appl. No. 07/819,110.

Office Action of Jul. 23, 2008 from U.S. Patent and Trademark Office for U.S. Appl. No. 10/590,445.

Office Action of Aug. 11, 2009 from U.S. Patent and Trademark Office for U.S. Appl. No. 10/583,280.

Office Action of Aug. 14, 1992 from U.S. Patent and Trademark Office for U.S. Appl. No. 07/819,110.

Office Action of Sep. 2, 1993 from U.S. Patent and Trademark Office for U.S. Appl. No. 07/819,110.

P.J. Creaven. et al., "Pharmacokinetics and Metabolism of Nilutamide", Supp. Urology, vol. 37, No. 2 (Feb. 1991) pp. 13-19.

Perou, C.M. et al. Molecular portraits of human breast tumors. Nature 406, 747-52 (2000).

Presentation of Charles Sawyers, Prostate Cancer Foundation Scientific Retreat, Scottsdale, Arizona, Sep. 29-Oct. 1, 2005.

Raffo, A.J. et al. Overexpression of bcl-2 Protects Prostate Cancer Cells from Apoptosis in Vitro and Confers Resistance to Androgen Depletion in Vivo. Cancer Research 55. 1995. v. 55. 4438-4445.

Remington: The Science and Practice of Pharmacy, 19th Edition, Gennaro (ed.) 1995, Mack Publishing Company, Easton, PA.

S.Ouk et al., "Development of Androgen Receptor Inhibitors for Hormone-refractory Prostate Cancer", Prostate Cancer Foundation Meeting, Scottsdale, AZ, Sep. 29-Oct. 1, 2005.

Sack, J.S. et al. Crystallographic structures of the ligand-binding domains of the androgen receptor and its T877A mutant complexed with the natural agonist dihydrotestosterone. Proc Natl Acad Sci U S A 98, 4904-9 (2001).

Sambrook et al., Molecular Cloning: A Laboratory Manual 2nd edition (1989) Cold Spring Harbor Laboratory Press, Cold Spring Harbor, NY.

Saunders,P.T., et al., "Point mutations detected in the androgen receptor gene of three men with partial androgen insensitivity syndrome", Clin. Endocrinol. (Oxf) 37 (3), 214-220 (1992).

Schellhammer, P.F. et al. Prostate specific antigen decreases after withdrawal of antiandrogen therapy with bicalutamide or flutamide in patients receiving combined androgen blockade. J Urol 157, 1731-5 (1997).

Sderholm, et al., "Three-Dimensional Structure—Activity Relationships of Nonsteroidal Ligands in Complex with Androgen Receptor Ligand-Binding Domain," *J. Med. Chem.*, vol. 48, No. 4, pp. 917-925 (2005).

Shang, Y. & Brown, M. Molecular determinants for the tissue specificity of SERMs. Science 295, 2465-8 (2002).

Shang, Y., Myers, M. & Brown, M. Formation of the androgen receptor transcription complex. Mol Cell 9, 601-10 (2002).

Shi, Xu-Bao, et al., "Functional analysis of 44 mutant androgen receptors from human prostate cancer", Cancer Research 62 (5), pp. 1496-1502 (Mar. 1, 2002).

Shiau, A.K. et al. The structural basis of estrogen receptor/coactivator recognition and the antagonism of this interaction by tamoxifen. Cell 95, 927-37 (1998).

Singh et al., "*Androgen Receptor Antagonists (Antiandrogens): Structure-Activity Relationships*", Current Medicinal Chemistry, 2000, 7, pp. 211-247.

Sperry, et al., Androgen binding profiles of two distinct nuclear androgen receptors in Atlantic croaker (*Micropogonias undulates*), *Journal of Steroid Biochemistry & Molecular Biology*, vol. 73, pp. 93-103 (2000).

Stinchcomb et al., *Nature*, 282:39 (1979).

Su,Q.R., et al., "Polymorphisms of androgen receptor gene in childhood and adolescent males with first-onset major depressive disorder and association with related symptomatology", Int. J. Neurosci. 117 (7), 903-917 (2007).

Sweet,C.R., et al., "A unique point mutation in the androgen receptor gene in a family with complete androgen insensitivity syndrome", Fertil. Steril. 58 (4), 703-707 (1992).

Szelei et al. Androgen-Induced Inhibition of Proliferation in Human Breast Cancer MCF7 Cells Transfected with Androgen Receptor. Endocrinology. 1997. v. 138 (4). pp. 1406-1412.

Taplin, M.E. et al. Androgen receptor mutations in androgen-independent prostate cancer: Cancer and Leukemia Group B Study 9663. J Clin Oncol 21, 2673-8 (2003).

Taplin, M.E. et al. Mutation of the androgen-receptor gene in metastatic androgen-independent prostate cancer. N. Engl J Med 332, 1393-8 (1995).

Taplin, M.E. et al. Selection for androgen receptor mutations in prostate cancers treated with androgen antagonist. Cancer Res 59, 2511-5 (1999).

Teutsch, G.; Goubet, F.; Battmann, T.; Bonfils, A.; Bouchoux, F.; Cerede, E.; Gofflo, D.; Gaillard-Kelly, M.; Philibert. D. J. Steroid Biochem. Molec. Biol. 1994, 48, 111-119.

*The Pharmacological Basis of Therapeutics*, Goodman and Gilman, eds., Macmillan Publishing Co., New York, 1941.

The Practice of Medicinal Chemistry, Camille G. Wermuth et al., Ch 31, (Academic Press, 1996).

Tremblay, A., Tremblay, G.B., Labrie, F. & Giguere, V. Ligand-independent recruitment of SRC-1 to estrogen receptor beta through phosphorylation of activation function AF-1. Mol Cell 3, 513-9 (1999).

Tschumper et al., *Gene*, 10: 157 (1980).

Urlaub et al., *Proc. Natl. Acad. Sci. USA*, 77:4216 (1980).

Van Dort, M. E.; Robins, D. M.; Wayburn, B. *J. Med. Chem.* 2000, 43, 3344-3347.

Veldscholte, J. et al. A mutation in the ligand binding domain of the androgen receptor of human LNCaP cells affects steroid binding characteristics and response to anti-androgens. Biochem Biophys Res Commun 173, 534-40 (1990).

Visakorpi, T. et al. In vivo amplification of the androgen receptor gene and progression of human prostate cancer. Nat Genet 9, 401-6 (1995).

Wainstein, M.A. et al. CWR22: androgen-dependent xenograft model derived from a primary human prostatic carcinoma. Cancer Res 54, 6049-52 (1994).

Wallen et al., "Angroden Receptor Gene Mutations in Hormone-Refractory Prostate Cancer", J. Pathology 1999, vol. 189, pp. 559-563.

Wang, Long G., et al., "Overexpressed androgen receptor linked to p21WAF1 silencing may be responsible for androgen independence and resistance to apoptosis of a prostate cancer cell line", Cancer Research 61 (20), pp. 7544-7551 (Oct. 15, 2001).

Wang, S. et al. Prostate-specific deletion of the murine Pten tumor suppressor gene leads to metastatic prostate cancer. Cancer Cell 4, 209-21 (2003).

Wooster,R., et al., "A germline mutation in the androgen receptor gene in two brothers with breast cancer and Reifenstein syndrome", Nat. Genet. 2 (2), 132-134 (1992).

Written Opinion issued in International Application No. PCT/US2007/007854, mailed on Apr. 15, 2008.

Written Opinion issued in International Application No. PCT/US2008/012149, mailed on Apr. 29, 2009.

Written Opinion issued in PCT Application No. PCT/US2004/042221, mailed on Jun. 20, 2005.

Written Opinion issued in PCT Application No. PCT/US2005/005529, mailed on Nov. 10, 2005.

Written Opinion issued in PCT Application No. PCT/US2006/011417, mailed on Jul. 3, 2006.

Written Opinion issued in PCT Application PCT/US2007/07485, mailed on Sep. 4, 2008.

Zarghami, et al., "Steroid hormone regulation of prostate-specific antigen gene expression in breast cancer," *British Journal of Cancer*, vol. 75, No. 4, pp. 579-588 (1997).

US 8,802,689 B2

Page 5

(56)        References Cited

OTHER PUBLICATIONS

Zhau, H.Y. et al. Androgen-repressed phenotype in human prostate cancer. Proc Natl Acad Sci U S A 93,15152-7 (1996).

Zhou, Z.X., Sar, M., Simental, J.A., Lane, M.V. & Wilson, E.M. A ligand-dependent bipartite nuclear targeting signal in the human androgen receptor. Requirement for the DNA-binding domain and modulation by NH2-terminal and carboxyl-terminal sequences. J Biol Chem 269, 13115-23 (1994).

Zoppi,S., et al. "Amino acid substitutions in the DNA-binding domain of the human androgen receptor are a frequent cause of receptor-binding positive androgen resistance", Mol. Endocrinol. 6 (3), 409-415 (1992).

Wermuth, Camille G., "Molecular Variations Based on Isosteric Replacements", The Practice of Medicinal Chemistry, 1996, 13:203–237.

TX 62.0006

**U.S. Patent**    Aug. 12, 2014    Sheet 1 of 6    US 8,802,689 B2



FIG. 1

TX 62.0007



FIG. 2



FIG. 3

TX 62.0009



FIG. 4

TX 62.0010



FIG. 5

TX 62.0011



FIG. 6

TX 62.0012

US 8,802,689 B2

1

# ANDROGEN RECEPTOR MODULATOR FOR THE TREATMENT OF PROSTATE CANCER AND ANDROGEN RECEPTOR-ASSOCIATED DISEASES

## CROSS-REFERENCES TO RELATED APPLICATIONS

This application is a continuation of U.S. patent application Ser. No. 12/294,881, filed Sep. 16, 2010, which issued as U.S. Pat. No. 8,445,507 on May 21, 2013, which is a U.S. National Phase Application under 35 U.S.C. §371 of International Application No. PCT/US2007/007485, filed Mar. 27, 2007, which in turn claims the benefit of U.S. Provisional Patent Application No. 60/785,978, filed Mar. 27, 2006, and U.S. Provisional Patent Application No. 60/833,790, filed Jul. 28, 2006, all of which are incorporated herein by reference in their entirety for all purposes.

## STATEMENT AS TO RIGHTS TO INVENTIONS MADE UNDER FEDERALLY SPONSORED RESEARCH AND DEVELOPMENT

This invention was made with government support under grant no. CA092131, awarded by the National Institutes of Health. The government has certain rights in the invention.

## FIELD OF THE INVENTION

The present invention relates to hydantoins, thiohydantoins, dithiohydantoins, hydantoinimines and thiohydantoinimines compounds, methods of using such compounds in the treatment of androgen receptor-associated conditions, such as age-related diseases, for example, prostate cancer, and to pharmaceutical compositions containing such compounds.

## BACKGROUND OF THE INVENTION

Prostate cancer is the most common incidence of cancer and the second leading cause of cancer death in Western men. When the cancer is confined locally, the disease can be cured by surgery or radiation. However, 30% of such cancer relapses with distant metastatic disease and others have advanced disease at diagnoses. Advanced disease is treated by castration and/or administration of anti-androgens, the so-called androgen deprivation therapy. Castration lowers the circulating levels of androgens and reduces the activity of androgen receptor (AR). Administration of anti-androgens blocks AR function by competing away androgen binding and therefore reduces the AR activity. Although initially effective, these treatments quickly fail and the cancer becomes hormone refractory.

Recently, overexpression of AR has been identified and validated as a cause of hormone refractory prostate cancer (*Nat. Med*, 2004, 10, 33-39). Overexpression of AR is sufficient to cause progression from hormone sensitive to hormone refractory prostate cancer, suggesting that better AR inhibitors than the current drugs can slow the progression of prostate cancer. It was demonstrated that AR and its ligand binding are necessary for growth of hormone refractory prostate cancer, indicating that AR is still a target for this disease. It was also demonstrated that overexpression of AR converts anti-androgens from antagonists to agonists in hormone refractory prostate cancer (an AR antagonist inhibits AR activity and an AR agonist stimulates AR activity). Data from this work explain why castration and anti-androgens fail to

2

prevent prostate cancer progression and reveals un-recognized properties of hormone refractory prostate cancer.

Bicalutamide (Brand name: Casodex) is the most commonly used anti-androgen. While it has inhibitory effect on AR in hormone sensitive prostate cancer, it fails to suppress AR when the cancer becomes hormone refractory. Two weaknesses of current antiandrogens are blamed for the failure to prevent prostate cancer progression from hormone sensitive stage to hormone refractory disease and to effectively treat hormone refractory prostate cancer. One is their weak antagonistic activities and the other is their strong agonistic activities when AR is overexpressed in hormone refractory prostate cancer. Therefore, better AR inhibitors with more potent antagonistic activities and minimal agonistic activities are needed to delay disease progression and to treat the fatal hormone refractory prostate cancer.

Nonsteroidal anti-androgens, have been preferred over steroidal compounds for prostate cancer because they are more selective and have fewer side effects. A wide variety of such compounds were described in U.S. Pat. Nos. 4,097,578, 5,411,981, and 5,705,654, U.S. published applications 2004/0009969 and 2007/0004753, and PCT international applications published as WO 97/00071, WO 00/17163 and WO 06/124118.

Accordingly, identification of compounds which have high potency to antagonize the androgen activity, and which have minimal agonistic activity would overcome the hormone refractory prostate cancer (HRPC) and avoid or slowdown the progression of hormone sensitive prostate cancer (HSPC). There is a need in the art for the identification of selective modulators of the androgen receptor, such as modulators which are non-steroidal, non-toxic, and tissue selective.

## SUMMARY OF THE INVENTION

A series of compounds that modulate the function of the nuclear hormone receptors, especially the androgen receptor are presented. These compounds can cause disappearance of prostate cancer cells and tumors.

In an embodiment, a compound is according to formula II.

Formula II



Het represents a heterocyclic unit of 5 or 6 atoms. A and B are independently selected from oxygen, sulfur, and N—R$_9$, with R$_9$ being selected from hydrogen, aryl, substituted aryl, alkyl, substituted alkyl, alkenyl, substituted alkenyl, alkynyl, substituted alkynyl, halogenated alkyl, halogenated alkenyl, halogenated alkynyl, arylalkyl, arylalkenyl, arylalkynyl, heterocyclic aromatic or non-aromatic, cycloalkyl, substituted cycloalkyl, substituted heterocyclic aromatic or non-aromatic, cycloalkyl, substituted cycloalkyl, SO$_2$R$_{11}$, NR$_{11}$R$_{12}$, NR$_{12}$(CO)OR$_{11}$, NH(CO)NR$_{11}$R$_{12}$, NR$_{12}$(CO)R$_{11}$, O(CO)R$_{11}$, O(CO)OR$_{11}$, O(CS)R$_{11}$, NR$_{12}$(CS) R$_{11}$, –NH(CS)NR$_{11}$R$_{12}$, or NR$_{11}$(CS)OR$_{11}$. R$_{11}$ and R$_{12}$ are independently selected from hydrogen, alkyl, substituted alkyl, alkenyl or substituted alkenyl, alkynyl or substituted alkynyl, aryl, substituted aryl, arylalkyl, arylalkenyl, arylalkynyl, heterocyclic aromatic or non-aromatic, or substituted heterocyclic aromatic or non-aromatic. R$_1$ is selected from

TX 62.0013

US 8,802,689 B2

3

hydrogen, aryl, substituted aryl, alkyl, substituted alkyl, alkenyl, substituted alkenyl, alkynyl, substituted alkynyl, halogenated alkyl, halogenated alkenyl, halogenated alkynyl, arylalkyl, arylalkenyl, arylalkynyl, heterocyclic aromatic or non-aromatic, substituted heterocyclic aromatic or non-aromatic, cycloalkyl, substituted cycloalkyl, $SO_2R_{11}$, $NR_{11}R_{12}$, $NR_{12}$ $(CO)OR_{11}$, $NH(CO)NR_{11}R_{12}$, $NR_{12}(CO)R_{11}$, $O(CO)R_{11}$, $O(CO)OR_{11}$, $O(CS)R_{11}$, $NR_{12}(CS)R_{11}$, $NH(CS)NR_{11}R_{12}$, or $NR_{12}(CS)OR_{11}$. $R_2$ and $R_3$ are independently selected from hydrogen, aryl, alkyl, substituted alkyl, alkenyl, substituted alkenyl, alkynyl, substituted alkynyl, halogenated alkyl, halogenated alkenyl, halogenated alkynyl, arylalkyl, arylalkenyl, arylalkynyl, heterocyclic aromatic or non-aromatic, substituted heterocyclic aromatic or non-aromatic, cycloalkyl, or substituted cycloalkyl, or, together with the carbon to which they are linked, form a cycle which can be cycloalkyl, substituted cycloalkyl, heterocyclic aromatic or non-aromatic, substituted heterocyclic aromatic or non-aromatic.

$R_1$ and $R_2$ can be connected to form a cycle which can be heterocyclic aromatic or non aromatic, substituted heterocyclic aromatic or non aromatic. $R_{11}$ and $R_{12}$ can be connected to form a cycle which can be heterocyclic aromatic or non-aromatic, substituted heterocyclic aromatic, cycloalkyl, or substituted cycloalkyl.

For example, the compound can be A51 or A52.

A51



A52



In an embodiment, a pharmaceutical composition includes a therapeutically effective amount of a compound according to Formula II, or a pharmaceutically acceptable salt thereof, and a pharmaceutically acceptable carrier, diluent, or adjuvant.

The pharmaceutical composition can include a solution of dimethylsulfoxide, phosphate buffered saline solution, and water. The pharmaceutical composition can include dimethylsulfoxide, a carboxymethylcellulose, a polysorbate, and water.

An embodiment of a method includes preventing or treating a disease or disorder related to nuclear receptor activity.

A method for preventing or treating a hyperproliferative disorder, such as hormone sensitive prostate cancer or hormone refractory prostate cancer, can include administering a compound according to Formula II, or a pharmaceutically acceptable salt thereof, to a subject in need of such prevention or treatment, thereby preventing or treating the hyperproliferative disorder. The compound can be administered at a dosage in the range of from about 1 mg per kg body weight per

4

day to about 50 mg per kg body weight per day. The compound can be administered, for example, by intravenous injection, by injection into tissue, intraperitoneally, orally, or nasally.

In an embodiment, the compound according to Formula II is an antagonist of a nuclear receptor or an antagonist of an androgen receptor.

DESCRIPTION OF THE DRAWINGS

FIG. 1 is a bar chart depicting the antagonist effect of compounds A51 and A52 on HS cancer cells.

FIG. 2 is a bar chart depicting the antagonist effect of compounds A51 and A52 on HS cancer cells.

FIG. 3 is a bar chart depicting the antagonist effect of compounds A51 and A52 on HS cancer cells.

FIG. 4 is a graph depicting the pharmacokinetic behavior of compound A52.

FIG. 5 is a graph depicting the effect of compound A52 on LnCaP-AR-overexpressed tumor size at 10 mg/kg.

FIG. 6 presents images depicting the disappearance of Luciferase activity after 17 days of treatment with compound A52.

DETAILED DESCRIPTION

Embodiments of the invention are discussed in detail below. In describing embodiments, specific terminology is employed for the sake of clarity. However, the invention is not intended to be limited to the specific terminology so selected. A person skilled in the relevant art will recognize that other equivalent parts can be employed and other methods developed without parting from the spirit and scope of the invention. All references cited herein are incorporated by reference as if each had been individually incorporated.

The present invention relates to the compounds of formula II, methods of using such compounds as modulators of androgen receptors and to pharmaceutical compositions containing such compounds and salts thereof. Compounds of formula II can be used to agonize or antagonize the function of the nuclear receptor. The compounds can be used to antagonize the androgen receptor. Use of the compounds is not limited to affecting the androgen receptor, but can, for example, also be useful for the treatment of other diseases related to nuclear receptor function. Formula II can be represented as the structure

Formula II



wherein, Het is a heterocyclic unit of 5 and 6 atoms. Preferred heterocyclic units are selected from compounds represented by the structures

TX 62.0014

US 8,802,689 B2

5        6

and the like. However, the invention is not intended to be limited to compounds having these structures.

Herein, $R_4$, $R_5$, $R_6$, and $R_7$ are independently selected from the group consisting of hydrogen, alkyl, substituted alkyl, alkenyl, substituted alkenyl, alkynyl, substituted alkynyl, aryl, substituted aryl, arylalkyl, arylalkenyl, arylalkynyl, halogenated alkyl, halogenated alkenyl, halogenated alkynyl, halogen, CN, $NO_2$, $OR_{11}$, $SR_{11}$, $NR_{11}R_{12}$, $NH(CO)OR_{11}$, $NH(CO)NR_{11}R_{12}$, $NR_{12}(CO)R_{11}$, $O(CO)R_{11}$, $O(CO)OR_{11}$, $O(CS)R_{11}$, $NR_{12}(CS)R_{11}$, $NH(CS)NR_{11}R_{12}$, $NR_{12}(CS)OR_{11}$. $R_4$ is preferably CN or $NO_2$. $R_5$ is preferably trifluoromethyl, halogenated alkyl, halogenated alkenyl, halogenated alkynyl and halogen. $R_6$ and $R_7$ are preferably hydrogen, alkyl or halogen. $R_4$, $R_5$, $R_6$, and $R_7$ can be independently connected to form a cycle which can be aromatic,

substituted aromatic, heterocyclic aromatic or non-aromatic, substituted heterocyclic aromatic or non-aromatic, cycloalkyl, substituted cycloalkyl. X is selected from sulfur (S), oxygen (O), $NR_8$ wherein N is nitrogen and $R_8$ is selected from the group consisting of hydrogen, alkyl, substituted alkyl, alkenyl, substituted alkenyl, alkynyl, substituted alkynyl, aryl, substituted aryl, arylalkyl, arylalkenyl, arylalkynyl, halogenated alkyl, halogenated alkenyl, halogenated alkynyl, halogen, $(CO)R_{11}$, $(CO)OR_{11}$, $(CS)R_{11}$, $(CS)OR_{11}$.

$R_1$ is selected from hydrogen, aryl, substituted aryl, alkyl, substituted alkyl, alkenyl, substituted alkenyl, alkynyl, substituted alkynyl, halogenated alkyl, halogenated alkenyl, halogenated alkynyl, arylalkyl, arylalkenyl, arylalkynyl, heterocyclic aromatic or non-aromatic, substituted heterocyclic aromatic or non-aromatic, cycloalkyl, substituted cycloalkyl, $SO_2R_{11}$, $NR_{11}R_{12}$, $NR_{12}(CO)R_{11}$, $NH(CO)NR_{11}R_{12}$, $NR_{12}$ $(CO)R_{11}$, $O(CO)R_{11}$, $O(CO)OR_{11}$, $O(CS)R_{11}$, $NR_{12}(CS)$ $R_{11}$, $NH(CS)NR_{11}R_{12}$, $NR_{12}(CS)OR_{11}$. $R_1$ is preferably aryl, substituted aryl, alkyl, substituted alkyl, alkenyl, substituted alkenyl.

$R_2$ and $R_3$ are independently selected from hydrogen, aryl, alkyl, substituted alkyl, alkenyl, substituted alkenyl, alkynyl, substituted alkynyl, halogenated alkyl, halogenated alkenyl, halogenated alkynyl, arylalkyl, arylalkenyl, arylalkynyl, heterocyclic aromatic or non-aromatic, substituted heterocyclic aromatic or non-aromatic, cycloalkyl, substituted cycloalkyl. $R_2$ and $R_3$ can be connected to form a cycle which can be heterocyclic aromatic or non aromatic, substituted heterocyclic aromatic or non aromatic, cycloalkyl, substituted cycloalkyl. $R_1$ and $R_2$ can be connected to form a cycle which can be heterocyclic aromatic or non aromatic, substituted heterocyclic aromatic or non aromatic.

A and B are independently selected from oxygen (O), sulfur (S) and N—$R_9$. $R_9$ is selected from hydrogen, aryl, substituted aryl, alkyl, substituted alkyl, alkenyl, substituted alkenyl, alkynyl, substituted alkynyl, halogenated alkyl, halogenated alkenyl, halogenated alkynyl, arylalkyl, arylalkenyl, arylalkynyl, heterocyclic aromatic or non-aromatic, substituted heterocyclic aromatic or non-aromatic, cycloalkyl, substituted cycloalkyl, $SO_2R_{11}$, $NR_{11}R_{12}$, $NR_{12}(CO)R_{11}$, $NH(CO)NR_{11}R_{12}$, $NR_{12}(CO)R_{11}$, $O(CO)R_{11}$, $O(CO)OR_{11}$, $O(CS)R_{11}$, $NR_{12}(CS)R_{11}$, $NH(CS)NR_{11}R_{12}$, $NR_{12}(CS)$ $OR_{11}$.

$R_{11}$ and $R_{12}$ are independently selected from hydrogen, alkyl, substituted alkyl, alkenyl or substituted alkenyl, alkynyl or substituted alkynyl, aryl, substituted aryl, arylalkyl, arylalkenyl, arylalkynyl, heterocyclic aromatic or non-aromatic, substituted heterocyclic aromatic or non-aromatic. $R_{11}$ and $R_{12}$ can be connected to form a cycle which can be heterocyclic aromatic or non-aromatic, substituted heterocyclic aromatic, cycloalkyl, substituted cycloalkyl.

The following definitions apply to the terms as used throughout this specification, unless otherwise limited in specific instances.

As used herein, the term "alkyl" denotes branched or unbranched hydrocarbon chains, preferably having about 1 to about 8 carbons, such as, methyl, ethyl, n-propyl, isopropyl, n-butyl, sec-butyl, isobutyl, tert-butyl, 2-methylpentyl, pentyl, hexyl, isohexyl, heptyl, 4,4-dimethylpentyl, octyl, 2,2,4-trimethylpentyl and the like. "Substituted alkyl" includes an alkyl group optionally substituted with one or more functional groups which are attached commonly to such chains, such as, hydroxyl, bromo, fluoro, chloro, iodo, mercapto or thio, cyano, alkylthio; heterocyclyl, aryl, heteroaryl, carboxyl, carbalkoyl, alkyl, alkenyl, nitro, amino, alkoxyl, amido, and the like to form alkyl groups such as trifluorom-

TX 62.0015

US 8,802,689 B2

7

ethyl, 3-hydroxyhexyl, 2-carboxypropyl, 2-fluoroethyl, carboxymethyl, cyanobutyl and the like.

Unless otherwise indicated, the term "cycloalkyl" as employed herein alone or as part of another group includes saturated or partially unsaturated (containing 1 or more double bonds) cyclic hydrocarbon groups containing 1 to 3 rings, including monocycloalkyl, bicycloalkyl and tricycloalkyl, containing a total of 3 to 20 carbons forming the rings, preferably 3 to 10 carbons, and which can be fused to 1 or 2 aromatic rings as described for aryl, which include cyclopropyl, cyclobutyl, cyclopentyl, cyclohexyl, cycloheptyl, cyclooctyl, cyclodecyl and cyclododecyl, cyclohexenyl. "Substituted cycloalkyl" includes a cycloalkyl group optionally substituted with 1 or more substituents such as halogen, alkyl, alkoxy, hydroxy, aryl, aryloxy, arylalkyl, cycloalkyl, alkylamido, alkanoylamino, oxo, acyl, arylcarbonylamino, amino, nitro, cyano, thiol and/or alkylthio and/or any of the substituents included in the definition of "substituted alkyl." For example,



and the like.

Unless otherwise indicated, the term "alkenyl" as used herein by itself or as part of another group refers to straight or branched chain radicals of 2 to 20 carbons, preferably 2 to 12 carbons, and more preferably 2 to 8 carbons in the normal chain, which include one or more double bonds in the normal chain, such as vinyl, 2-propenyl, 3-butenyl, 2-butenyl, 4-pentenyl, 3-pentenyl, 2-hexenyl, 3-hexenyl, 2-heptenyl, 3-heptenyl, 4-heptenyl, 3-octenyl, 3-nonenyl, 4-decenyl, 3-undecenyl, 4-dodecenyl, 4,8,12-tetradecatrienyl, and the like. "Substituted alkenyl" includes an alkenyl group optionally substituted with one or more substituents, such as the substituents included above in the definition of "substituted alkyl" and "substituted cycloalkyl."

Unless otherwise indicated, the term "alkynyl" as used herein by itself or as part of another group refers to straight or branched chain radicals of 2 to 20 carbons, preferably 2 to 12 carbons and more preferably 2 to 8 carbons in the normal chain, which include one or more triple bonds in the normal chain, such as 2-propynyl, 3-butynyl, 2-butynyl, 4-pentynyl, 3-pentynyl, 2-hexynyl, 3-hexynyl, 2-heptynyl, 3-heptynyl, 4-heptynyl, 3-octynyl, 3-nonynyl, 4-decynyl, 3-undecynyl, 4-dodecynyl and the like. "Substituted alkynyl" includes an alkynyl group optionally substituted with one or more substituents, such as the substituents included above in the definition of "substituted alkyl" and "substituted cycloalkyl."

The terms "arylalkyl," "arylalkenyl" and "arylalkynyl" as used alone or as part of another group refer to alkyl, alkenyl and alkynyl groups as described above having an aryl substituent. Representative examples of arylalkyl include, but are not limited to, benzyl, 1- and 2-phenylethyl, 2- and 3-phenyl-

8

propyl, benzhydryl and naphthylmethyl and the like. "Substituted arylalkyl" includes arylalkyl groups wherein the aryl portion is optionally substituted with one or more substituents, such as the substituents included above in the definition of "substituted alkyl" and "substituted cycloalkyl."

The term "halogen" or "halo" as used herein alone or as part of another group refers to chlorine, bromine, fluorine, and iodine.

The terms "halogenated alkyl," "halogenated alkenyl" and "halogenated alkynyl" as used herein alone or as part of another group refers to "alkyl", "alkenyl" and "alkynyl" which are substituted by one or more atoms selected from fluorine, chlorine, bromine, and iodine.

Unless otherwise indicated, the term "aryl" or "Ar" as employed herein alone or as part of another group refers to monocyclic and polycyclic aromatic groups containing 6 to 10 carbons in the ring portion (such as phenyl or naphthyl including 1-naphthyl and 2-naphthyl) and can optionally include one to three additional rings fused to a carbocyclic ring or a heterocyclic ring (such as aryl, cycloalkyl, heteroaryl or cycloheteroalkyl rings).

"Substituted aryl" includes an aryl group optionally substituted with one or more functional groups, such as halo, alkyl, haloalkyl, alkoxy, haloalkoxy, alkenyl, trifluoromethyl, trifluoromethoxy, alkynyl, cycloalkyl, cycloalkylalkyl, cycloheteroalkyl, cycloheteroalkylalkyl, aryl, heteroaryl, arylalkyl, aryloxy, aryloxyalkyl, arylalkoxy, alkoxycarbonyl, arylcarbonyl, arylalkenyl, aminocarbonylaryl, arylthio, arylsulfinyl, arylazo, heteroarylalkyl, heteroarylalkenyl, heteroarylheteroaryl, heteroaryloxy, hydroxy, nitro, cyano, amino, substituted amino wherein the amino includes 1 or 2 substituents (which are alkyl, aryl or any of the other aryl compounds mentioned in the definitions), carbamoyl, alkyl carbamoyl, amidified carboxy, amidified carboxyalkyl, alkyl amidified carboxyalkyl, thiol, allylthio, arylthio, heteroarylthio, arylthioalkyl, alkoxyarylthio, alkylcarbonyl, arylcarbonyl, alkylaminocarbonyl, arylaminocarbonyl, alkoxycarbonyl, aminocarbonyl, alkylcarbonyloxy, arylcarbonyloxy, alkylcarbonylamino, arylcarbonylamino, arylsulfinyl, arylsulfinylalkyl, arylsulfonylamino or arylsulfonaminocarbonyl and/or any of the alkyl substituents set out herein.

Unless otherwise indicated, the term "heterocyclic" or "heterocycle" as used herein, represents an unsubstituted or substituted stable 5- to 10-membered monocyclic ring system which can be saturated or unsaturated, and which consists of carbon atoms and from one to four heteroatoms selected from N, O, or S, and wherein the nitrogen and sulfur heteroatoms can optionally be oxidized; and the nitrogen heteroatom can optionally be quaternized. The heterocyclic ring can be attached at any heteroatom or carbon atom which results in the creation of a stable structure. Examples of such heterocyclic groups include, but are not limited to, piperidinyl, piperazinyl, oxopiperazinyl, oxopiperidinyl, oxopyrrolidinyl, azepinyl, oxoazepinyl, pyrrolyl, pyrrolidinyl, furanyl, thienyl, pyrazolyl, pyrazolidinyl, imidazolyl, imidazolinyl, imidazolidinyl, pyridyl, pyrazinyl, pyrimidinyl, pyridazinyl, oxazolyl, oxazolidinyl, isoxazolyl, isoxazolidinyl, morpholinyl, thiazolyl, thiazolidinyl, isothiazolyl, thiadiazolyl, tetrahydropyranyl, thiamorpholinyl, thiamorpholinyl sulfoxide, thiamorpholinyl sulfone, and oxadiazolyl. The term "heterocyclic aromatic" as used here in alone or as part of another group refers to a 5- or 7-membered aromatic ring which includes 1, 2, 3 or 4 hetero atoms such as nitrogen, oxygen or sulfur and such rings fused to an aryl, cycloalkyl, heteroaryl or heterocycloalkyl ring (e.g., benzothiophenyl, indolyl), and includes possible N-oxides. "Substituted heteroaryl"

TX 62.0016

US 8,802,689 B2

9

includes a heteroaryl group optionally substituted with 1 to 4 substituents, such as the substituents included above in the definition of "substituted alkyl" and "substituted cycloalkyl." Examples of heteroaryl groups include the following:



and the like.

The compounds of formula II can be present as salts, which are also within the scope of this invention. Pharmaceutically acceptable (i.e., non-toxic, physiologically acceptable) salts are preferred. If the compounds of formula II have, for example, at least one basic center, they can form acid addition salts. These are formed, for example, with strong inorganic acids, such as mineral acids, for example sulfuric acid, phosphoric acid or a hydrohalic acid, with strong organic carboxylic acids, such as alkanecarboxylic acids of 1 to 4 carbon atoms which are unsubstituted or substituted, for example, by halogen, for example acetic acid, such as saturated or unsaturated dicarboxylic acids, for example oxalic, malonic, succinic, maleic, fumaric, phthalic or terephthalic acid, such as hydroxycarboxylic acids, for example ascorbic, glycolic, lactic, malic, tartaric or citric acid, such as amino acids, (for example aspartic or glutamic acid or lysine or arginine), or benzoic acid, or with organic sulfonic acids, such as (C1-C4) alkyl or arylsulfonic acids which are unsubstituted or substituted, for example by halogen, for example methyl- or p-toluene-sulfonic acid. Corresponding acid addition salts can also be formed having, if desired, an additionally present basic center. The compounds of formula II having at least one acid group (for example COOH) can also form salts with bases. Suitable salts with bases are, for example, metal salts, such as alkali metal or alkaline earth metal salts, for example sodium, potassium or magnesium salts, or salts with ammonia or an organic amine, such as morpholine, thiomorpholine, piperidine, pyrrolidine, a mono, di or tri-lower alkylamine, for example ethyl, tert-butyl, diethyl, diisopropyl, triethyl, tributyl or dimethyl-propylamine, or a mono, di or trihydroxy lower alkylamine, for example mono, di or triethanolamine. Corresponding internal salts can furthermore be formed. Salts which are unsuitable for pharmaceutical uses but which

10

can be employed, for example, for the isolation or purification of free compounds of formula II or their pharmaceutically acceptable salts, are also included. Preferred salts of the compounds of formula II which contain a basic group include monohydrochloride, hydrogensulfate, methanesulfonate, phosphate or nitrate. Preferred salts of the compounds of formula II which contain an acid group include sodium, potassium and magnesium salts and pharmaceutically acceptable organic amines.

The term "modulator" used in this invention refers to a chemical compound with capacity to either enhance (e.g., "agonist" activity) or inhibit (e.g., "antagonist" activity) a functional property of biological activity or process (e.g., enzyme activity or receptor binding); such enhancement or inhibition can be contingent on the occurrence of a specific event, such as activation of a signal transduction pathway, and/or can be manifest only in particular cell types.

The term "prodrug esters" as employed herein includes imines, esters and carbonates formed by reacting one or more hydroxyls of compounds of formula II with alkyl, alkoxy, or aryl substituted acylating agents employing procedures known to those skilled in the art to generate acetates, pivalates, methylcarbonates, benzoates and the like. Any compound that can be converted in vivo to provide the bioactive agent (i.e., the compound of formula II) is a prodrug within the scope and spirit of the invention. Various forms of prodrugs are well known in the art. A comprehensive description of prodrugs and prodrug derivatives are described in: (1) The Practice of Medicinal Chemistry, Camille G. Wermuth et al., Ch 31, (Academic Press, 1996); (2) Design of Prodrugs, edited by H. Bundgaard, (Elsevier, 1985); (3) A Textbook of Drug Design and Development, P. Krogsgaard-Larson and H. Bundgaard, eds. Ch 5, pgs 113-191 (Harwood Academic Publishers, 1991).

Synthesis

The compounds of formula II of the invention can be prepared as shown in the following reaction schemes and description thereof, as well as relevant published literature procedures that can be used by one skilled in the art. Exemplary reagents and procedures for these reactions appear hereinafter and in the working Examples.



Scheme 1

TX 62.0017

US 8,802,689 B2

**11**

-continued



As illustrated in Scheme 1, compounds of formula A4 can be prepared from intermediate A3 with an appropriate electrophile. Intermediates of formula A3 can be obtained by reacting intermediates A1 with A1 in an appropriate solvent such as N,N-dimethylformamide. Intermediates A1 and A2 can be obtained commercially, can be prepared by methods known in the literature, or can be readily prepared by one skilled in the art. Compounds of formula A3 can be treated with acid to afford compounds of formula A5. Compounds of formula A5 can be treated with Lawesson's reagent to obtain compounds of formula A6.

Scheme 2

Synthesis of A51



Synthesis of 3-(trifluoromethyl)pyridine-N-oxide, A8

To a mixture of 3-(trifluoromethyl)pyridine A7 (1.47 g, 10 mmol) and methyltrioxorhenium (0.0025 g, 0.01 mmol) in dichloromethane (2 ml) was added 30% hydrogen peroxide (4 ml). The mixture was stirred at room temperature for 5 hours. A small portion of MnO₂ (3 mg) was added and the medium was stirred for an additional 1 hour and then dichlo-

**12**

romethane was added (50 ml). The medium was washed with brine, dried over MgSO₄ and concentrated to obtain compound A8 as an off-white powder (1.56 g, 9.6 mmol, 96%). ¹H NMR (400 MHz, CDCl₃) δ 7.22-7.23 (m, 2H), 8.15 (d, J=3.6, 8.23 (s, 1H); ¹³C NMR (100 MHz, CDCl₃) δ 120.50 (q, J=3.5 Hz), 121.58 (q, 271.4 Hz), 126.48, 130.10 (q, J=34.5 Hz), 136.52 (q, J=3.7 Hz), 141.89.

Synthesis of 2-cyano-3-(trifluoromethyl)pyridine, A9

To a solution of 3-(trifluoromethyl)pyridine-N-oxide A8 (1.3 g, 8 mmol) in acetonitrile was added trimethylsilyl cyanide (0.99 g, 10 mmol) and triethylamine (2.02 g, 20 mmol). The mixture was stirred at room temperature for 24 hours and then was washed with saturated Na₂CO₃ and extracted with dichloromethane. The organic layer was dried over MgSO₄ and concentrated to yield a brown residue which was chromatographed (EtOAc:Pentane, 1:2). Compound A9 was obtained as a light yellow solid (0.715 g, 4.16 mmol, 52%). ¹H NMR (400 MHz, CDCl₃) δ 7.73 (dd, J=8.0 Hz, J₂=4.8 Hz, 1H), 8.15 (d, J=8.0 Hz, 1H), 8.91 (d, J=4.8 Hz, 1H); ¹³C NMR (100 MHz, CDCl₃) δ 114.18, 121.74 (q, J=272.3 Hz), 126.65, 130.45 (q, J=33.8 Hz), 131.25, 134.66 (q, J=4.2 Hz), 153.44.

Synthesis of 2-cyano-3-(trifluoromethyl)-5-nitropyridine, A10

To a mixture of A9 (0.688 g, 4 mmol) and tetramethylammonium nitrate (1.09 g, 8 mmol) in 1,2-dichloroethane was added trifluoroacetic anhydride (1.68 g, 8 mmol). The mixture was sealed and heated to 60° C. for 48 hours. The mixture was washed with saturated sodium bicarbonate and extracted with ethyl acetate. The organic layer was dried over MgSO₄ and concentrated to yield a yellow residue which was chromatographed (EtOAc:pentane, 1:4) to yield compound A10 (0.095 g, 0.44 mmol, 11%) and the remaining starting material. ¹H NMR (400 MHz, CDCl₃) δ 8.91 (d, J=2.4 Hz, 1H), 9.69 (d, J=2.4 Hz, 1H); ¹³C NMR (100 MHz, CDCl₃) δ 112.70, 120.65 (q, J=273.5 Hz), 129.11, 130.40 (q, J=4.4 Hz), 131.58 (q, J=35.5 Hz), 144.22, 148.23.

Synthesis of 2-cyano-3-(trifluoromethyl)-5-aminopyridine, A11

A mixture of 2-cyano-3-(trifluoromethyl)-5-nitropyridine A10 (0.095 g, 0.44 mmol) and iron powder (0.112 g, 2 mmol) in ethyl acetate (1 ml) and acetic acid (1 ml) was heated for 15 hours. The solid particle was filtered through Celite and the filtrate was concentrated and chromatographed (EtOAc:pentane, 1:1) to yield compound A11 (0.075 g, 0.4 mmol, 91%). ¹H NMR (400 MHz, CDCl₃) δ 6.36 (bs, 2H), 7.38 (d, J=2.4 Hz, 1H), 8.26 (d, J=2.4 Hz, 1H).

Alternatively, 2-cyano-3-(trifluoromethyl)-5-nitropyridine A10 can be reacted with hydrogen over Raney-Ni to obtain 2-cyano-3-(trifluoromethyl)-5-aminopyridine, A11.

Synthesis of 5-isothiocyanato-3-trifluoromethylpyridine-2-carbonitrile, A12

To a heterogeneous mixture of 2-cyano-3-(trifluoromethyl)-5-aminopyridine A11 (0.075 g, 0.4 mmol) in water (2 ml) was added thiophosgene (50 μl). The mixture was stirred for 2 hours and then washed with water and extracted with chloroform. The organic layer was dried over MgSO₄ and concentrated to yield compound A12 (0.087 g, 0.38 mmol, 95%). ¹H NMR (400 MHz, CDCl₃) δ 7.85 (d, J=2.4 Hz, 1H), 8.72 (d, J=2.4 Hz, 1H); ¹³C NMR (100 MHz, CDCl₃) δ

TX 62.0018

US 8,802,689 B2

13

113.61, 121.04 (q, J=273.1 Hz), 127.41, 130.38 (q, J=4.3 Hz), 131.44 (q, J=34.4 Hz), 133.55, 144.75, 150.30.

### Synthesis of 1-(4-methylphenyl)aminocyclobutanenitrile, B1

Trimethylsilyl cyanide (0.93 ml, 7 mmol) was added drop-wise to a mixture of p-toluidine (0.535 g, 5 mmol) and cyclobutanone (0.42 g, 6 mmol). The reaction mixture was stirred at room temperature for 6 h and then concentrated under vacuum to obtain a brown liquid which was subjected to chromatography (dichloromethane) to yield B1 (0.912 g, 4.9 mmol, 98%) as a yellowish solid.

### Synthesis of 5-(8-oxo-6-thioxo-5-(4-methylphenyl-5,7-diazaspiro[3.4]oct-7-yl)-3-trifluoromethylpyridine-2-carbonitrile, A51

A mixture of A12 (0.057 g, 0.265 mmol) in DMF (0.5 ml) was stirred at room temperature for 24 h. To this mixture were added methanol (2 ml) and aq. 2N HCl (1 ml). The second mixture was refluxed for 2 h. After being cooled to room temperature, the reaction mixture was poured into cold water (10 ml) and extracted with ethyl acetate (20 ml). The organic layer was dried over MgSO₄, concentrated and chromatographed (dichloromethane) to yield compound A51 (0.066 g, 0.159 mmol, 60%) as a white powder.



$^{1}$H NMR (CDCl₃, 400 MHz) δ 1.63-1.73 (m, 1H), 2.17-2.28 (m, 1H), 2.47 (s, 3H), 2.55-2.71 (m, 4H), 7.21 (d, J=8.4 Hz, 2H), 7.41 (d, J=8.4 Hz, 2H), 8.39 (d, J=2.0 Hz, 1H), 9.11 (d, J=2.0 Hz, 1H); $^{13}$C NMR (CDCl₃, 100 MHz) δ 13.70, 21.38, 31.46, 67.61, 113.88, 121.36 (q, J=272.9 Hz), 129.45, 129.73, 130.40 (q, J=34.3 Hz), 130.86, 132.14, 132.53, 134.04 (q, J=4.3 Hz), 140.33, 152.37, 174.74, 179.17.

### N-methyl-4-(1-cyanocyclobutylamino)-2-fluoroben-zamide, B2

Sodium cyanide (1.47 g, 30 mmol) was added to a mixture of N-methyl 4-amino-2-fluorobenzamide (1.68 g, 10 mmol) and cyclobutanone (0.4 g, 20 mmol) in 90% acetic acid (20 ml). The reaction mixture was stirred at 80° C. for 24 hours. The mixture was washed with water and extracted with ethyl acetate. The organic layer was dried over magnesium sulfate and concentrated to dryness under vacuum. The solid was washed with a 50:50 mixture of ethyl ether and hexane (10 ml) to remove cyclobutanone cyanohydrin to afford after filtration B2 (2.19 g, 8.87 mmol, 89%). $^{1}$H NMR (CDCl₃, 400 MHz) δ 1.87-1.95 (m, 1H), 2.16-2.27 (m, 1H), 2.35-2.41 (m, 2H), 2.76-2.83 (m, 2H), 2.97 (d, J=4.4 Hz, 3H), 4.68 (bs, 1H), 6.29 (dd, J=14.3, 1.8 Hz, 1H), 6.48 (dd, J=8.3, 1.8 Hz, 1H), 6.75 (q, J=4.4 Hz, 1H), 7.90 (dd, J=8.3, 8.3 Hz, 1H); $^{13}$C NMR (CDCl₃, 100 MHz) δ 15.7, 26.7, 33.9, 49.4, 100.2 (d,

14

J=29.5 Hz), 110.6, 111.0 (d, J=11.8 Hz), 133.1 (d, J=4.2 Hz), 148.4 (d, J=12.0 Hz), 162.0 (d, J=244.1 Hz), 164.4 (d, J=3.6 Hz).

### Synthesis of 4-[7-(6-cyano-5-trifluoromethylpyridin-3-yl)-8-oxo-6-thioxo-5,7-diazaspiro[3,4]oct-5-yl]-2-fluoro-N-methylbenzamide, A52

A mixture of A12 (0.03 g, 0.13 mmol) and B2 (0.032 g, 0.13 mmol) in DMF (0.5 ml) was heated under microwave irradiation at 80° C. for 20 hours. To this mixture was added methanol (2 ml) and aq. 2N HCl (1 ml). The second mixture was refluxed for 2 hours. After being cooled to room temperature, the reaction mixture was poured into cold water (10 ml) and extracted with ethyl acetate (15 ml). The organic layer was dried over MgSO₄, concentrated and chromatographed (dichloromethane:acetone, 95:5) to yield A52 (0.022 g, 0.046 mmol, 35%) as a white powder.



$^{1}$H NMR (CDCl₃, 400 MHz) δ 1.66-1.76 (m, 1H), 2.19-2.31 (m, 1H), 2.51-2.60 (m, 2H), 2.67-2.75 (m, 2H), 3.07 (0, J=4.9 Hz, 3H), 6.75 (q, J=4.8 Hz, 1H), 7.17 (dd, J=11.4, 1.9 Hz, 1H), 7.26 (dd, J=8.3, 1.9 Hz, 1H), 8.31 (dd, J=8.3, 8.3 Hz, 1H), 8.34 (d, J=2.1 Hz, 1H), 9.08 (d, J=2.1 Hz, 1H); $^{13}$C NMR (CDCl₃, 100 MHz) δ 13.6, 27.0; 31.7, 67.6, 113.7, 118.1, 118.4, 121.4 (q, J=272.9 Hz), 126.5, 130.0, 130.5 (q, J=34.5 Hz), 132.2, 133.7, 134.0, (q, J=4.2 Hz), 138.7 (d, J=10.7 Hz), 152.2, 160.5 (d, J=249.4 Hz), 162.6, 174.1, 179.0; $^{19}$F NMR (CDCl₃, 100 MHz) δ −110.94, −62.57.

## Scheme 3: Synthesis of A52

In other embodiments, the present invention is directed to the method of synthesizing A52 described below. In some embodiments, Examples 1-8 can be performed sequentially to synthesize A52. However, as one of skill in the art will appreciate, this invention is not limited to the steps in Examples 1-8 as equivalent steps to those below are also encompassed by the present invention. Persons skilled in the art will recognize additional compounds that can be prepared utilizing similar methodology.

### Synthesis of 3-(trifluoromethyl)pyridin-2(1H)-one, 2



A solution of 2-chloro-3-(trifluoromethyl)pyridine 1 (5.00 g, 27.54 mmol) in a mixture of glacial acetic acid (50 ml) and

TX 62.0019

US 8,802,689 B2

15

water (5 ml) was refluxed for 7 days. The mixture was diluted with water (100 ml) and 6N aqueous NaOH was added until a pH of about 5 to about 6 was reached. The mixture was extracted with ethyl acetate (3×40 ml), the combined organic phases were dried over Na$_2$SO$_4$, and then all solvents were removed under reduced pressure. The resulting residue was dissolved in ethyl acetate and hexane was added to precipitate a product. After filtration, 3-(trifluoromethyl)pyridin-2(1H)-one 2 was obtained as an off-white powder (4.16 g, 25.5 mmol, 93%).

$^1$H NMR (400 MHz, DMSO) δ 12.31 (bs, 1H), 7.91 (d, J=7.1 Hz, 1H), 7.69 (d, J=6.4 Hz, 1H), 6.30 (t, J=6.7 Hz, 1H).[1]

Synthesis of
5-nitro-3-(trifluoromethyl)pyridin-2(1H)-one, 3



A mixture of 3-(trifluoromethyl)pyridin-2(1H)-one 2 (2.00 g, 12.26 mmol) and sulfuric acid (H$_2$SO$_4$, 3.5 ml, 30%) was heated to 90° C. and nitric acid (HNO$_3$, 2.5 ml, 65%) was added. The mixture was stirred at 90° C. for 8 hours and additional nitric acid (1 ml, 65%) was added. The mixture was stirred for an additional 6 hours at 90° C. and was then poured into a beaker containing ice (30 ml). The mixture was diluted with water (30 ml) and 6N aqueous NaOH was added until a pH of about 4 to about 5. The mixture was extracted with ethyl acetate (3×40 ml), the combined organic phases dried over Na$_2$SO$_4$ and all solvents were removed under reduced pressure. The residue was dissolved in ethyl acetate and the product precipitated by the addition of hexane. After filtration, 5-nitro-3-(trifluoromethyl)pyridin-2(1H)-one 3 was obtained as a yellow powder (1.58 g, 7.59 mmol, 62%).

$^1$H NMR (400 MHz, DMSO) δ 13.47 (bs, 1H), 8.95 (d, J=2.7 Hz, 1H), 8.46 (d, J=2.5 Hz, 1H).[2]

Synthesis of
2-chloro-5-nitro-3-(trifluoromethyl)pyridine, 4



A mixture of 5-nitro-3-(trifluoromethyl)pyridin-2(1H)-one 3 (1.50 g, 7.21 mmol), POCl$_3$ (2.76 g, 18.02 mmol) and PCl$_5$ (1.4 g, 10.09 mmol) is heated to about 110-120° C. for 8 hours and then poured into ice water. The mixture is neutralized with solid NaHCO$_3$ and extracted with ethyl acetate (3×40 ml). The combined organic phases is dried over Na$_2$SO$_4$ and all solvents removed under reduced pressure to obtain 2-chloro-5-nitro-3-(trifluoromethyl)pyridine 4.

16

Synthesis of
6-chloro-5-(trifluoromethyl)pyridin-3-amine, 5



2-Chloro-5-nitro-3-(trifluoromethyl)pyridine 4 (1.57 g, 6.93 mmol) is dissolved in tetrahydrofuran (THF) (10 ml) and added to a suspension of Raney-Ni (200 mg) in THF (20 ml). Hydrogen gas is slowly bubbled through the stirred solution for 24 hours using a balloon. The mixture is filtered through Celite® (available from World Minerals, Inc., Lompoc, Calif.) and the solvent is removed under reduced pressure to obtain 6-chloro-5-(trifluoromethyl)pyridin-3-amine 5.

Synthesis of 1,1-dimethylethylcarbamate
N-6-chloro-5-(trifluoromethyl)pyridin-3-yl, 6



The crude 6-chloro-5-(trifluoromethyl)pyridin-3-amine 5 (1.3 g crude, 6.61 mmol) is dissolved in pyridine (10 ml) and 4-dimethylaminopyridine (DMAP) (50 mg) is added. Di-tert-butyl dicarbonate (2.17 g) is added dropwise and mixture stirred at 22° C. for 4 hours. Toluene (20 ml) is added and all solvents is removed under reduced pressure. The residue is filtered through a plug of silica gel (hexane/ethyl acetate 2:1) to obtain tert-butyl N-6-chloro-5-(trifluoromethyl)pyridin-3-ylcarbamate 6.

Synthesis of 5-amino-3-(trifluoromethyl)pyridine-2-carbonitrile, 8

US 8,802,689 B2

17

The crude tert-butyl N-6-chloro-5-(trifluoromethyl)pyridin-3-ylcarbamate 6 (2.4 g, 6.61 mmol) is dissolved in dimethylacetamide (DMA) (25 ml) and phenanthroline (120 mg, 0.66 mmol) is added. The mixture is heated to 80° C. and KCN (0.47 g, 7.27 mmol) is added. After stirring the mixture stirred for 10 min, CuCN (118 mg, 0.13 mmol) is added and the mixture stirred for 2 hours at 110° C. The cooled mixture is poured into a phosphate buffer (150 ml, pH 7), ethyl acetate (50 ml) is added and the mixture is filtered through Celite®. The layers are separated and the aqueous phase is extracted with ethyl acetate (3×40 ml). The combined organic phases are washed with saturated aqueous NaCl (4×30 ml), dried over $Na_2SO_4$ and all solvents removed under reduced pressure to produce the crude N-t-butoxycarbonyl nitrile 7.

The crude N-t-butoxycarbonyl nitrile 7 is dissolved in dichloromethane (20 ml) and trifluoroacetic acid (TFA) (4 ml is added. The mixture is stirred for 3 hours and evaporated. The residue is purified by column chromatography on silica gel (hexane/ethyl acetate 2:1) to obtain 5-amino-3-(trifluoromethyl)pyridine-2-carbonitrile 8.

Synthesis of 5-isothiocyanato-3-(trifluoromethyl) pyridine-2-carbonitrile, 9



5-Amino-3-(trifluoromethyl)pyridine-2-carbonitrile 8 (1.141 g, 6.1 mmol) is mixed with chloroform (5 ml) and water (40 ml) to give a white suspension. Thiophosgene (0.701 ml, 9.15 mmol) is added and the reaction stirred for 2 hours at 22° C. to give a clear biphasic system. Chloroform (20 ml) is added and the phases are separated. The aqueous layer is extracted with chloroform (30 ml) and the combined organic is washed with saturated aqueous $NaHCO_3$ and water, dried over $MgSO_4$ and the solvent is removed under reduced pressure. The crude 5-isothiocyanato-3-(trifluoromethyl)pyridine-2-carbonitrile 9 is dried under vacuum and used as such in the next step, for example, in the step described in Example 8 below.

Synthesis of 4-(7-(6-cyano-5-(trifluoromethyl)pyridin-3-yl)-8-oxo-6-thioxo-5,7-diazaspiro[3.4]octan-5-yl)-2-fluoro-N-methylbenzamide 11, A52



18



Crude 5-isothiocyanato-3-(trifluoromethyl)picolinonitrile 9 (1.390 g, 6.07 mmol) is placed in a 50 mL round-bottomed flask and 4-(1-cyanocyclobutylamino)-2-fluoro-N-methylbenzamide 10 (0.5 g, 2.022 mmol) is added to the flask. The mixture is left under vacuum (using an oil pump) for 1 hour. N,N-dimethylformamide (DMF) (6 ml) is added, the flask sealed under argon with a stopper and heated to 80° C. in a CEM microwave reactor for 20 hours. Methanol (10 ml) and 2N HCl (6 ml) is added and the mixture is refluxed for 2 hours. The mixture is diluted with water (30 ml) and saturated aqueous $NaHCO_3$ (30 ml) is added. The mixture is extracted with ethyl acetate (3×20 ml).

The combined organic layers is washed with saturated aqueous NaCl (20 ml), dried over. $Na_2SO_4$, filtered and concentrated under reduced pressure. The crude product is purified by column chromatography on silica gel (dichloromethane/acetone 95;5) to obtain 4-(7-(6-cyano-5-(trifluoromethyl)pyridin-3-yl)-8-oxo-6-thioxo-5,7-diazaspiro[3.4]octan-5-yl)-2-fluoro-N-methylbenzamide 11.

Scheme 4: Synthesis of A52
Example 1: Synthesis of 2-bromo-5-nitro-3-(trifluoromethyl)pyridine. 21



5-nitro-3-(trifluoromethyl)pyridin-2(1H)-one 3 is obtained by the routes provided in Examples 1 and 2 of Scheme 3, above.

TX 62.0021

US 8,802,689 B2

**19**

A mixture of 5-nitro-3-(trifluoromethyl)pyridin-2(1H)-one 3, POBr₃ (1.5 equivalents), PBr₃ (4 equivalents), and Br₂ (2 equivalents) is heated to about 90-110° C. and is then poured into ice water. The mixture is neutralized and extracted. The combined organic phases are dried over Na₂SO₄ and all solvents removed under reduced pressure to obtain 2-bromo-5-nitro-3-(trifluoromethyl)pyridine 21 in a yield of 88%.

Alternatively, POBr₃ is substituted by POCl₃ to yield a mixture in the product having a ratio of bromine to chlorine substituents of 6:1 or better.

Synthesis of 5-nitro-3-(trifluoromethyl)pyridine-2-carbonitrile, 22



21

CuCN/phenanthroline
67%

22

The crude 2-bromo-5-nitro-3-(trifluoromethyl)pyridine 21 is dissolved in dimethylacetamide (DMA) and phenanthroline (0.2 equivalents) is added. The mixture is heated to 160° C. and CuCN (2 equivalents) is added. The mixture is stirred for 40 minutes. Chromatography is performed to produce 5-nitro-3-(trifluoromethyl)pyridine-2-carbonitrile 22 in a yield of 67%.

Synthesis of 5-amino-3-(trifluoromethyl)pyridine-2-carbonitrile, 8



22

AcOH, Fe
91%

8

A mixture of 5-nitro-3-(trifluoromethyl)pyridine-2-carbonitrile 22 and iron powder in acetic acid is heated. 5-amino-3-(trifluoromethyl)pyridine-2-carbonitrile, 8, is obtained in a yield of 91%.

**20**

Synthesis of 4-(7-(6-cyano-5-(trifluoromethyl)pyridin-3-yl)-8-oxo-6-thioxo-5,7-diazaspiro[3.4]octan-5-0)-2-fluoro-N-methylbenzamide 11, A52

5-amino-3-(trifluoromethyl)pyridine-2-carbonitrile 8 is treated as discussed in Example 7 of Scheme 3, above, to obtain 5-isothiocyanato-3-(trifluoromethyl)pyridine-2-carbonitrile 9.

5-isothiocyanato-3-(trifluoromethyl)pyridine-2-carbonitrile, 9 is reacted with 4-(1-cyanocyclobutylamino)-2-fluoro-N-methylbenzamide 10 as discussed in Example 8 of Scheme 3, above, to obtain 4-(7-(6-cyano-5-(trifluoromethyl)pyridin-3-yl)-8-oxo-6-thioxo-5,7-diazaspiro[3.4]octan-5-yl)-2-fluoro-N-methylbenzamide 11 (A52).

Scheme 5: Alternative Synthesis of A52
Synthesis of 3-(trifluoromethyl)-5-isothiocyanatopyridine-2-carbonitrile (A)



C

NIS
CH₃CN/DMF
80° C., 2 h
>80%

I

POCl₃ DMF
microwave
20 min, 130° C.
50-55%

J

pMBnNH₂ Pd(OAc)₂ BINAP
Et₃N, Cs₂CO₃ toluene
Overnight or microwave
40%

K

Zn(CN)₂
Pd₂(dba)₃, dppf DMF
overnight or microwave
20 min, 110° C.
92%

L

TFA/
CH₂Cl₂
>95%

H

thiophosgene
H₂O, 25° C., 2 h
74-95%

US 8,802,689 B2

21
-continued

22
-continued



A



B

A solution of 2-hydroxy-3-(trifluoromethyl)pyridine C in a mixture of N-iodosuccinimide (NIS), acetonitrile, and dimethylformamide (DMF) is heated at 80° C. for 2 hours to produce 2-hydroxy-3-trifluoromethyl-5-(iodo)pyridine I (greater than 80% yield). The 2-hydroxy-3-trifluoromethyl-5-(iodo)pyridine I is then mixed with POCl₃ in DMF and heated to 130° C. in a microwave for 20 minutes to produce 2-chloro-3-trifluoromethyl-5-(iodo)pyridine J (yield of 50 to 55%). The 2-chloro-3-trifluoromethyl-5-(iodo)pyridine K is reacted in a solution of pMBnNH₂, palladium(II)acetate, 2,2'-bis(diphenylphosphino)-1,1'-binaphthyl (BINAP), triethylamine, and cesium carbonate in toluene to produce 5-((4-methoxyphenyl)methylamino)-2-chloro-3-(trifluoromethyl)pyridine K (yield of 40%). The 5-((4-methoxyphenyl)methylamino)-2-chloro-3-(trifluoromethyl)pyridine K is reacted in a solution of zinc cyanide, tris(dibenzylideneacetone)dipalladium (Pd₂(dba)₃), and 1,1'-bis(diphenylphosphino)ferrocene (dppf) in DMF to provide 5-(4-methoxybenzylamine)-2-cyano-3-(trifluoromethyl)pyridine K (yield of 92%). The 5-(4-methoxybenzylamino)-2-cyano-3-(trifluoromethyl)pyridine K is reacted in a solution of dichloromethane and trifluoroacetic acid to provide 2-cyano-3-trifluoromethyl-5-(amino)pyridine H (yield greater than 95%). The 2-cyano-3-trifluoromethyl-5-(amino) pyridine H is reacted with thiophosgene at 25° C. for 2 hours to provide 5-isothiocyanato-3-(trifluoromethyl)pyridine-2-carbonitrile A (yield of 74% to 95%).

A solution of 2,4-difluoro-benzoylchloride D in a solution of methylamine and tetrahydrofuran (THF) is allowed to react to produce 2,4-difluoro-N-methylbenzamide M (quantitative yield). The 2,4-difluoro-N-methylbenzamide M is mixed with in a solution of acetonitrile and 4-methoxy-benzenemethianamine and heated in a microwave for 20 minutes at 190° C. to produce 2-fluoro-4-(4-methoxybenzylamino)-N-methylbenzamide S (yield of 40%). The 2-fluoro-4-(4-methoxybenzylamino)-N-methylbenzamide S is reacted in a solution of dichloromethane and trifluoroacetic acid to produce 2-fluoro-4-amino-N-methylbenzamide T (yield greater than 95%). The 2-fluoro-4-amino-N-methylbenzamide T is reacted with a solution of sodium cyanide and cyclobutanone to produce 4-(1-cyanocyclobutylamino)-2-fluoro-N-methylbenzamide B.

Synthesis of 4-(1-cyanocyclobutylamino)-2-fluoro-N-methylbenzamide intermediate B



D

CH₂NH₂/THF
overnight
quantitative



M



CH₃CN
microwave
20 min at 190° C.



40%
S

TFA/
CH₃Cl₂
>95%

Coupling of A and B to produce 4-(7-(6-cyano-5-(trifluoromethyl)pyridin-3-A-8-oxo-6-thioxo-5,7-diazaspiro[3,4]octan-5-yl)-2-fluoro-N-methylbenzamide, A52



(2-3 eq.)
9



16

1) DMF, μwave 80° C., 20 h
2) HCl, MeOH, ² 2 h
35-87%

TX 62.0023

US 8,802,689 B2

23

-continued



A52

5-isothiocyanato-3-(trifluoromethyl)pyridine-2-carbonitrile, 9, A is reacted with 4-(1-cyanocyclobutylamino)-2-fluoro-N-methylbenzamide B in DMP solution by heating in a microwave at 80° C. for 20 hours. Methanol and hydrochloric acid are then added and the reaction allowed to proceed for 2 hours to produce 4-(7-(6-cyano-5-(trifluoromethyl)pyridin-3-yl)-8-oxo-6-thioxo-5,7-diazaspiro[3.4]octan-5-yl)-2-fluoro-N-methylbenzamide, A52 (yield 35 to 87%).

## Activity

### Utility

The compounds of the present invention modulate the function of the nuclear hormone receptors, particularly the androgen receptor, and include compounds which are, for example, selective agonists or selective antagonists of the androgen receptor (AR). Thus, the present compounds are useful in the treatment of AR-associated conditions. An "AR-associated condition," as used herein, denotes a condition or disorder which can be treated by modulating the function or activity of an AR in a subject, wherein treatment comprises prevention, partial alleviation or cure of the condition or disorder. Modulation can occur locally, for example, within certain tissues of the subject, or more extensively throughout a subject being treated for such a condition or disorder. Preferably, the compounds with potent antagonistic activity are used for the treatment of androgen related prostate cancer.

### Combination

The present invention includes within its scope pharmaceutical compositions comprising, as an active ingredient, a therapeutically effective amount of at least one of the compounds of formula II, alone or in combination with a pharmaceutical carrier or diluent. Optionally, compounds of the present invention can be used alone, in combination with other compounds of the invention, or in combination with one or more other therapeutic agent(s), e.g., an antibiotic or other pharmaceutically active material.

### Pharmacological Assay

The compounds in this invention were identified through screening on hormone sensitive and hormone refractory prostate cancer cells for antagonistic and agonistic activities. The compounds with antagonist activity are potential drugs for the treatment of prostate cancer, both hormone sensitive and hormone refractory.

The biological activity of the compound of formula II was measured by secreted levels of prostate specific antigen (PSA). It is well established that PSA levels are indicators of AR activities in prostate cancer. To examine if the compounds affect AR function in a physiological environment, we determined secreted levels of endogenous PSA induced by R1881 in the hormone sensitive (HS) and hormone refractory (HR) cancer cells. HR cells are LNCaP cells engineered to express elevated levels of androgen receptor protein (LNCaP/AR cells), analogous to levels observed in patients with HR cancer who relapse while taking current antiandrogens such as bicalutamide, which acquire agonist properties when AR is highly expressed. LNCaP cells (or LNCaP/AR cells) were maintained in Iscove's medium containing 10% FBS. Five days prior to drug treatment, the cells were grown in Iscove's medium containing 10% CS-FBS to deprive of androgens. The cells were split and grown in Iscove's medium containing 10% CS-FBS with appropriate concentrations of R1881 and the test compounds. After 5 days of incubation, secreted PSA levels were assayed using PSA ELISA kits (American Qualex, San Clemente, Calif.) (See FIG. 1 and FIG. 3). The MTS assay was also used to examine the growth inhibition of the compounds of formula II (See FIG. 2).

### Pharmacokinetic Data

The pharmacokinetics of A52 was evaluated in vivo using 8 week-old FVB mice which were purchased from Charles River Laboratories. Mice were divided into groups of three for each time point (See FIG. 4). Two mice were not treated with drug and two other mice were treated with vehicle solution. Each group was treated with 10 mg per kilogram of body weight. The drug was dissolved in a mixture 50:10:1:989 of DMSO:Carboxymethylcellulose:T Tween 80:$H_2O$ (Vehicle solution) and was administered orally. After drug administration, the animals were euthanized via $CO_2$ inhalation at different timepoints: 1 min, 5 min, 15 min, 30 min, 2 h, 4 h, 8 h, 16 h. Animals were immediately bleed after exposure to $CO_2$ via cardiac puncture (1 ml BD syringe+27G ⅝ needle).

The serum samples were analyzed to determine the drug's concentration by the HPLC which (Waters 600 pump, Waters 600 controller and Waters 2487 detector) was equipped with an Alltima C18 column (3μ, 150 mm×4.6 mm). All RD compounds were detected at 254 nm wave length and bicalutamide was detected at 270 nm wave length.

The samples for HPLC analysis were prepared according to the following procedure:

Blood cells were separated from serum by centrifugation. To 400 μl of serum were added 80 μl of a 10 μM solution of RD75 in acetonitrile as internal standard and 520 μl of acetonitrile. Precipitation occurred.

The mixture was vortexed for 3 minutes and then placed under ultrasound for 30 minutes.

The solid particles were filtered off or were separated by centrifugation.

The filtrate was dried under an argon flow to dryness. The sample was reconstituted to 80 μl with acetonitrile before analyzing by HPLC to determine the drug concentration.

Standard curve of drug was used to improve accuracy.

### In Vivo Assay

All animal experiments were performed in compliance with the guidelines of the Animal Research Committee of the University of California at Los Angeles. Animals were bought from Taconic and maintained in a laminar flow tower in a defined flora colony. LNCaP-AR and LNCaP-vector cells were maintained in RPMI medium supplemented with 10% FBS. $10^6$ cells in 100 μl of 1:1 Matrigel to RPMI medium were injected subcutaneously into the flanks of intact or castrated male SCID mice. Tumor size was measured weekly in three dimensions (length×width×depth) using calipers. Mice were randomized to treatment groups when tumor size reached approximately 100 mm³. Drugs were given orally everyday at the dose of 10 mg/kg. (See FIG. 5 and FIG. 6) At a daily dose of 10 mg/kg, compounds A51 and A52 were found to completely retard tumor growth.

Other doses were also tried. At a daily dose of 1 mg/kg, compounds A51 and A52 were found to have a mild effect. At

TX 62.0024

US 8,802,689 B2

25

a daily dose of 25-50 mg/kg, compounds A51 and A52 were found induce some tumor cytotoxicity.

Prostate cancer cell lines were used for xenografts. For example, a LNCaP xenograft, LAPC4 xenograft, LAPC9 xenograft, and xenografts of the hormone refractory counterparts of these cell lines were made. Other cell lines included V-cap, CWR22 and LAPC4 cell lines. Two cell lines that over express the androgen receptor were generated, LNCaP AR and LAPC4 AR. Prostate cancer progression in these engineered cell lines was found to differ from their parental counterparts. Under androgen ablation, the LNCaP AR and LAPC4 AR lines continued to grow, thus behaving like hormone refractory cells.

Some of the cell lines were found to not take well in mice in tumor formation when xenografted. However, with LNCaP, 2 million cells gave a 95% take. As few as 1 million cells can be used. These cells required at least 25% Matrigel but no more than 50%. Since high concentrations of cells are required for good tumor take rate, a 27G needle was found to be the smallest appropriate needle.

The LAPC4 cell line was found to be very difficult to grow in animals. The cells need to be resuspended and filtered through a micron mesh filter, for example, a 40-100 micron mesh filter, because they frequently form large aggregates. Resuspending and running through a filter helps normalize the cell number between each animal and therefore gives more consistent results. LAPC4 requires from about 25%-50% Matrigel, for example, 50% Matrigel, but can be grafted successfully at a lower concentration at $10^5$ cells.

Tumor take in SCID mice was found to be better than in nude mice. For example, the tumor take across individual animal in nude mice was found to be very inconsistent. CB17 SCID mice were used in the study.

Injections were made subcutaneously on the right flank of the mouse. Slow injection was found to help to produce a round tumor that was easier to measure and could be measured more accurately. In addition, because of the usage of Matrigel, injection of no more than 200 µl was found appropriate. Injection of 100-200 µl was found appropriate. Injecting too large a volume created leakage upon needle withdrawal.

An alternative method to help prevent leakage from needle pullout can be to warm the Matrigel:media:cells filled syringe a couple of seconds to produce a gel-like form. When injecting the gel-like liquid, no leakage should occur. However, allowing the Matrigel to heat for too long a time can cause the suspension to solidify and become uninjectable.

Pharmaceutical Compositions and Administration

The compounds of the invention are useful as pharmaceutical compositions prepared with a therapeutically effective amount of a compound of the invention, as defined herein, and a pharmaceutically acceptable carrier or diluent.

The compounds of the invention can be formulated as pharmaceutical compositions and administered to a subject in need of treatment, for example a mammal, such as a human patient, in a variety of forms adapted to the chosen route of administration, for example, orally, nasally, intraperitoneally, or parenterally, by intravenous, intramuscular, topical or subcutaneous routes, or by injection into tissue. Such compositions and preparations should contain at least 0.01% of a compound or compounds of the invention. The percentage of the compositions and preparations may, of course, be varied and may, for example, be between about 0.05% to about 2% of the weight of a given unit dosage form. The amount of

26

compounds in such therapeutically useful compositions is such that an effective dosage level will be obtained.

Thus, compounds of the invention may be systemically administered, e.g., orally, in combination with a pharmaceutically acceptable vehicle such as an inert diluent or an assimilable edible carrier, or by inhalation or insufflation. They may be enclosed in hard or soft shell gelatin capsules, may be compressed into tablets, or may be incorporated directly with the food of the patient's diet. For oral therapeutic administration, the compounds may be combined with one or more excipients and used in the form of ingestible tablets, buccal tablets, troches, capsules, elixirs, suspensions, syrups, wafers, and the like. The compounds may be combined with a fine inert powdered carrier and inhaled by the subject or insufflated. Such compositions and preparations should contain at least 0.1% of a compound or compounds of the invention. The percentage of the compositions and preparations may, of course, be varied and may conveniently be between about 2% to about 60% of the weight of a given unit dosage form. The amount of compounds in such therapeutically useful compositions is such that an effective dosage level will be obtained.

The tablets, troches, pills, capsules, and the like may also contain the following: binders such as gum tragacanth, acacia, corn starch, or gelatin; excipients such as dicalcium phosphate; a disintegrating agent such as corn starch, potato starch, alginic acid, and the like; a lubricant such as magnesium stearate; and a sweetening agent such as sucrose, fructose, lactose, or aspartame, or a flavoring agent such as peppermint, oil of wintergreen, or cherry flavoring may be added. When the unit dosage form is a capsule, it may contain, in addition to materials of the above type, a liquid carrier, such as a vegetable oil or a polyethylene glycol. Various other materials may be present as coatings or to otherwise modify the physical form of the solid unit dosage form. For instance, tablets, pills, or capsules may be coated with gelatin, wax, shellac, sugar, and the like. A syrup or elixir may contain the active compound, sucrose or fructose as a sweetening agent, methyl and propylparabens as preservatives, a dye, and flavoring such as cherry or orange flavor. Of course, any material used in preparing any unit dosage form should be pharmaceutically acceptable and substantially non-toxic in the amounts employed. In addition, the compounds of the invention may be incorporated into sustained-release preparations and devices. For example, the compounds may be incorporated into time release capsules, time release tablets, and time release pills.

The compounds of the invention may also be administered intravenously or intraperitoneally by infusion or injection. Solutions of the compounds can be prepared in water, optionally mixed with a nontoxic surfactant. Dispersions can also be prepared in glycerol, liquid polyethylene glycols, triacetin, and mixtures thereof and in oils. Under ordinary conditions of storage and use, these preparations can contain a preservative to prevent the growth of microorganisms.

The pharmaceutical dosage forms suitable for injection or infusion can include sterile aqueous solutions or dispersions or sterile powders comprising the compounds of the invention which are adapted for the extemporaneous preparation of sterile injectable or infusible solutions or dispersions, optionally encapsulated in liposomes. In all cases, the ultimate dosage form should be sterile, fluid, and stable under the conditions of manufacture and storage. The liquid carrier or vehicle can be a solvent or liquid dispersion medium comprising, for example, water, ethanol, a polyol (for example, glycerol, propylene glycol, liquid polyethylene glycols, and the like), vegetable oils, nontoxic glyceryl esters, and suitable

TX 62.0025

US 8,802,689 B2

27

mixtures thereof. The proper fluidity can be maintained, for example, by the formation of liposomes, by the maintenance of the required particle size in the case of dispersions, or by the use of surfactants. The prevention of the action of microorganisms can be brought about by various antibacterial and antifungal agents, for example, parabens, chlorobutanol, phenol, sorbic acid, thimerosal, and the like. In many cases, it will be preferable to include isotonic agents, for example, sugars, buffers, or sodium chloride. Prolonged absorption of the injectable compositions can be brought about by the use in the compositions of agents delaying absorption, for example, aluminum monostearate and gelatin.

Sterile injectable solutions are prepared by incorporating the compounds of the invention in the required amount in the appropriate solvent with various of the other ingredients enumerated above, as required, followed by filter sterilization. In the case of sterile powders for the preparation of sterile injectable solutions, the preferred methods of preparation are vacuum drying and freeze drying techniques, which yield a powder of the active ingredient plus any additional desired ingredient present in the previously sterile-filtered solutions.

For topical administration, the compounds of the invention may be applied in pure form. However, it will generally be desirable to administer them to the skin as compositions or formulations, in combination with a dermatologically acceptable carrier, which may be a solid or a liquid.

Useful solid carriers include finely divided solids such as talc, clay, microcrystalline cellulose, silica, alumina, and the like. Other solid carriers include nontoxic polymeric nanoparticles or microparticles. Useful liquid carriers include water, alcohols, or glycols or water/alcohol/glycol blends, in which the compounds of the invention can be dissolved or dispersed at effective levels, optionally with the aid of nontoxic surfactants. Adjuvants such as fragrances and additional antimicrobial agents can be added to optimize the properties for a given use. The resultant liquid compositions can be applied from absorbent pads, used to impregnate bandages and other dressings, or sprayed onto the affected area using pump-type or aerosol sprayers.

Thickeners such as synthetic polymers, fatty acids, fatty acid salts and esters, fatty alcohols, modified celluloses, or modified mineral materials can also be employed with liquid carriers to form spreadable pastes, gels, ointments, soaps, and the like, for application directly to the skin of the user.

Examples of useful dermatological compositions which can be used to deliver the compounds of the present invention to the skin are known to the art; for example, see Jacquet et al. (U.S. Pat. No. 4,608,392), Geria (U.S. Pat. No. 4,992,478), Smith et al. (U.S. Pat. No. 4,559,157), and Wortzman (U.S. Pat. No. 4,820,508), all of which are hereby incorporated by reference.

Useful dosages of the compounds of Formula II can be determined by comparing their in vitro activity, and by comparing their in vivo activity in animal models. Methods for the extrapolation of effective dosages in mice and other animals to humans are known to the art; for example, see U.S. Pat. No. 4,938,949, which is hereby incorporated by reference.

For example, the concentration of the compounds in a liquid composition, such as a lotion, can be from about 0.1 to about 25% by weight, or from about 0.5 to about 10% by weight. The concentration in a semi-solid or solid composition such as a gel or a powder can be from about 0.1 to about 5% by weight, or from about 0.5 to about 2.5% by weight.

The amount of the compounds of the invention required for use in treatment will vary not only with the particular salt selected but also with the route of administration, the nature

28

of the condition being treated and the age and condition of the patient and will be ultimately at the discretion of the attendant physician or clinician.

Effective dosages and routes of administration of agents of the invention are conventional. The exact amount (effective dose) of the agent will vary from subject to subject, depending on, for example, the species, age, weight, and general or clinical condition of the subject, the severity or mechanism of any disorder being treated, the particular agent or vehicle used, the method and scheduling of administration, and the like. A therapeutically effective dose can be determined empirically, by conventional procedures known to those of skill in the art. See, e.g., *The Pharmacological Basis of Therapeutics*, Goodman and Gilman, eds., Macmillan Publishing Co., New York. For example, an effective dose can be estimated initially either in cell culture assays or in suitable animal models. The animal model may also be used to determine the appropriate concentration ranges and routes of administration. Such information can then be used to determine useful doses and routes for administration in humans. A therapeutic dose can also be selected by analogy to dosages for comparable therapeutic agents.

The particular mode of administration and the dosage regimen will be selected by the attending clinician, taking into account the particulars of the case (e.g., the subject, the disease, the disease state involved, and whether the treatment is prophylactic). Treatment may involve daily or multi-daily doses of compound(s) over a period of a few days to months, or even years.

In general, however, a suitable dose will be in the range of from about 0.01 to about 500 mg/kg per day, e.g., from about 0.1 to about 500 mg/kg of body weight per day, such as from about 0.1 to about 100 mg per kilogram body weight of the recipient per day. For example, a suitable dose may be about 1 mg/kg, 10 mg/kg, or 50 mg/kg of body weight per day.

The compounds of the invention are conveniently administered in unit dosage form; for example, containing from about 0.0005 to about 500 mg, from about 0.01 to about 50 mg, from about 0.05 to about 10 mg, or about 5 mg of active ingredient per unit dosage form.

The compounds of the invention can be administered to achieve peak plasma concentrations of, for example, from about 0.5 to about 75 $\mu$M, about 1 to 50 $\mu$M, about 2 to about 30 $\mu$M, or about 5 to about 25 $\mu$M. Exemplary desirable plasma concentrations include at least or no more than 0.25, 0.5, 1, 5, 10, 25, 50, 75, 100 or 200 $\mu$M. This may be achieved, for example, by the intravenous injection of a 0.05 to 5% solution of the compounds of the present invention, optionally in saline, or orally administered as a bolus containing about 1-1000 mg of the compounds. Desirable blood levels may be maintained by continuous infusion to provide from about 0.0005 to about 25 mg per kg body weight per hour, for example at least or no more than 0.0005, 0.005, 0.05, 5, 5, or 25 mg/kg/hr. Alternatively, such levels can be obtained by intermittent infusions containing from about 0.002 to about 100 mg per kg body weight, for example, at least or no more than 0.002, 0.02, 0.2, 2, 20, 50, or 100 mg of the compounds per kg of body weight.

The compounds of the invention may conveniently be presented in a single dose or as divided doses administered at appropriate intervals, for example, as two, three, four or more sub-doses per day. The sub-dose itself may be further divided, e.g., into a number of discrete loosely spaced administrations; such as multiple inhalations from an insufflator.

TX 62.0026

US 8,802,689 B2

29

## Example

### Intravenous Formulation

A compound presently disclosed, for example, compound A51 or A52, can be in a formulation suitable for intravenous dosing. In an embodiment, the compound is dissolved in from about 10% to about 25% dimethylsulfoxide (DMSO). 1× phosphate buffered saline (PBS) is then mixed into the solution as the balance, and the solution is sonicated with a water bath sonicator until it is homogeneous.

At a compound concentration of 1.5 mg/mL, 5 minutes of sonication may be sufficient to dissolve the compound. At a compound concentration of 2 mg/ml, more than 5 minutes of sonication may be required to dissolve the compound and a polyethylene glycol can be added to keep the compound in suspension. For example, 5 to 40% PEG-400 (a polyethylene glycol), such as, 5-10% PEG-400, can be added.

The above solution, including either A51 or A52, was found to be stable at room temperature for at least a week.

Before administration, the above solution should be sonicated for a few minutes. A maximum appropriate administration volume for mice was found to be 0.2 mL.

When administered to mice, hardening of the skin and skin irritation around the injection site was observed, and this was attributed to the use of DMSO. Although compounds A51 and A52 are soluble in ethanol, ethanol was found to reduce the stability of the compounds in vivo.

Over a period of 2 weeks following administration of the above solution, mice were observed to lose 15% of body weight.

## Example

### Oral Formulation

A compound presently disclosed, for example, compound A51 or A52, can be in a formulation suitable for oral administration. In an embodiment, the compound is dissolved in 100% DMSO.

Additional chemicals can be added, such as a carboxymethylcellulose, a polysorbate, or water. For example, the components of the solution other than A51 or A52 can be present at concentrations of from about 10% to about 20% DMSO, from about 1% to about 2% carboxymethylcellulose (CMC), and 0.1% Tween 80 (a polysorbate), with the balance being water. The concentration of compound A51 or A52 in the oral foundation can be about 1.5 mg/mL. The solution is mechanically homogenized for at least 30 seconds. The compound A51 or A52 was found to stay in suspension for only a couple of hours and, therefore, the oral formulation must be administered within a couple of hours of preparation.

When more than 2% carboxymethylcellulose (CMC) was included in the formulation, the formulation was found to be very viscous, so that when administered to a test animal with a gavage syringe, much of the formulation was left behind on the walls of the syringe, preventing accurate drug administration. A solution of 10% DMSO that included CMC and Tween 80 was found to keep the compound in suspension when mechanical homogenization was applied. That is, more than 10% DMSO was not required. A minimum of 10% DMSO should be used, because it was found to irritate the mice, and was associated with a loss of up to 10% of the bodyweight of the mice over a period of 2 weeks following administration.

A maximum appropriate administration volume for mice was found to be 0.2 mL.

30

The half life of the compound was found to be longer when it was administered intravenously than when it was administered orally. However, daily oral dosing resulted in an acceptable steady state serum concentration of the compound, comparable to the steady state concentration seen with bicalutamide. Oral administration may be more convenient than intravenous administration.

Compounds A51 and A52 have a beneficial effect on tumors in an in vivo assay administered as described.

The embodiments illustrated and discussed in this specification are intended only to teach those skilled in the art the best way known to the inventors to make and use the invention. Nothing in this specification should be considered as limiting the scope of the present invention. All examples presented are representative and non-limiting. The above-described embodiments of the invention may be modified or varied, without departing from the invention, as appreciated by those skilled in the art in light of the above teachings. It is therefore to be understood that, within the scope of the claims and their equivalents, the invention may be practiced otherwise than as specifically described.

We claim:

1. A method for treating a disease or disorder related to nuclear receptor activity in a subject, comprising administering a compound, or a pharmaceutically acceptable salt thereof, to the subject in need of such treatment, the compound having the formula:



Formula II

wherein Het is a heterocyclic unit of 6 atoms comprising

(i) 1 or 2 heteroatoms independently selected from the group consisting of nitrogen, oxygen, or sulfur;

(ii) 0 or 1 double-bonded substituent on the heterocyclic unit selected from the group consisting of oxygen and sulfur; and

(iii) 3 to 4 single-bonded substituents on the heterocyclic unit independently selected from the group consisting of hydrogen, alkyl, substituted alkyl, alkenyl, substituted alkenyl, alkynyl, substituted alkynyl, aryl, substituted aryl, arylalkyl, arylalkenyl, arylalkynyl, halogenated alkyl, halogenated alkenyl, halogenated alkynyl, halogen, CN, $NO_2$, $OR_{11}$, $SR_{11}$, $NR_{11}R_{12}$, $NH(CO)OR_{11}$, $NH(CO)NR_{11}R_{12}$, $NR_{12}(CO)R_{11}$, $O(CO)R_{11}$, $O(CO)OR_{11}$, $O(CS)R_{11}$, $NR_{12}(CS)R_{11}$, $NH(CS)NR_{11}R_{12}$, $NR_{12}(CS)OR_{11}$, wherein two of said single-bonded substituents may be connected together with the atoms to which they are bonded to form a cycle, which is aromatic, substituted aromatic, heterocyclic aromatic or non-aromatic, substituted heterocyclic aromatic or non-aromatic, cycloalkyl, or substituted cycloalkyl;

A is sulfur and B is oxygen;

$R_{11}$ and $R_{12}$ are independently selected from hydrogen, alkyl, substituted alkyl, alkenyl or substituted alkenyl, alkynyl or substituted alkynyl, aryl, substituted aryl, arylalkyl, arylalkenyl, arylalkynyl, heterocyclic aromatic or non-aromatic, or substituted heterocyclic aromatic or non-aromatic, wherein $R_{11}$ and $R_{12}$, both on the same single bonded substituent, can be connected together

TX 62.0027

US 8,802,689 B2

31

with the atoms to which they are bonded to form a cycle, which can be heterocyclic aromatic or non-aromatic, or substituted heterocyclic aromatic;

$R_1$ is selected from aryl and substituted aryl;

$R_2$ and $R_3$ are independently selected from hydrogen, aryl, alkyl, substituted alkyl, alkenyl, substituted alkenyl, alkynyl, substituted alkynyl, halogenated alkyl, halogenated alkenyl, halogenated alkynyl, arylalkyl, arylalkenyl, arylalkynyl, heterocyclic aromatic or non-aromatic, substituted heterocyclic aromatic or non-aromatic, cycloalkyl, or substituted cycloalkyl, or, together with the carbon to which they are linked, form a cycle which can be cycloalkyl or substituted cycloalkyl.

**2.** A method for treating prostate cancer in a subject comprising administering a compound, or a pharmaceutically acceptable salt thereof, to a subject in need of such treatment, the compound having the formula:

Formula II



wherein Het is a heterocyclic unit of 6 atoms comprising
(i) 1 or 2 heteroatoms independently selected from the group consisting of nitrogen, oxygen, or sulfur;
(ii) 0 or 1 double-bonded substituent on the heterocyclic unit selected from the group consisting of oxygen and sulfur; and
(iii) 3 to 4 single-bonded substituents on the heterocyclic unit independently selected from the group consisting of hydrogen, alkyl, substituted alkyl, alkenyl, substituted alkenyl, alkynyl, substituted alkynyl, aryl, substituted aryl, arylalkyl, arylalkenyl, arylalkynyl, halogenated alkyl, halogenated alkenyl, halogenated alkynyl, halogen, CN, $NO_2$, $OR_{11}$, $SR_{11}$, $NR_{11}R_{12}$, $NH(CO)OR_{11}$, $NH(CO)NR_{11}R_{12}$, $NR_{12}(CO)R_{11}$, $O(CO)R_{11}$, $O(CO)OR_{11}$, $O(CS)R_{11}$, $NR_{12}(CS)R_{11}$, $NH(CS)NR_{11}R_{12}$, $NR_{12}(CS)OR_{11}$, wherein two of said single-bonded substituents may be connected together with the atoms to which they are bonded to form a cycle, which is aromatic, substituted aromatic, heterocyclic aromatic or non-aromatic, substituted heterocyclic aromatic or non-aromatic, cycloalkyl, or substituted cycloalkyl;

A is sulfur and B is oxygen;

$R_{11}$ and $R_{12}$ are independently selected from hydrogen, alkyl, substituted alkyl, alkenyl or substituted alkenyl, alkynyl or substituted alkynyl, aryl, substituted aryl, arylalkyl, arylalkenyl, arylalkynyl, heterocyclic aromatic or non-aromatic, wherein $R_{11}$ and $R_{12}$, both on the same single bonded substituent, can be connected together with the atoms to which they are bonded to form a cycle, which can be heterocyclic aromatic or non-aromatic, or substituted heterocyclic aromatic;

$R_1$ is selected from aryl and substituted aryl;

$R_2$ and $R_3$ are independently selected from hydrogen, aryl, alkyl, substituted alkyl, alkenyl, substituted alkenyl, alkynyl, substituted alkynyl, halogenated alkyl, halogenated alkenyl, halogenated alkynyl, arylalkyl, arylalkenyl, arylalkynyl, heterocyclic aromatic or non-aro-

32

matic, substituted heterocyclic aromatic or non-aromatic, cycloalkyl, or substituted cycloalkyl, or, together with the carbon to which they are linked, form a cycle which can be cycloalkyl or substituted cycloalkyl.

**3.** The method of claim **2**, wherein the compound, or a pharmaceutically acceptable salt thereof, is administered at a dosage in the range of from about 0.01 mg per kg body weight per day to about 500 mg per kg body weight per day.

**4.** The method of claim **2**, wherein the compound, or a pharmaceutically acceptable salt thereof, is administered at a dosage in the range of from about 0.1 mg per kg body weight per day to about 200 mg per kg body weight per day.

**5.** The method of claim **2**, wherein the compound, or a pharmaceutically acceptable salt thereof, is administered at a dosage in the range of from about 1 mg per kg body weight per day to about 50 mg per kg body weight per day.

**6.** The method of claim **2**, wherein the compound, or a pharmaceutically acceptable salt thereof, is administered at a dosage of about 10 mg per kg body weight per day.

**7.** The method of claim **2**, wherein the prostate cancer is hormone sensitive prostate cancer or hormone refractory prostate cancer.

**8.** The method of claim **2**, wherein the compound has a form selected from the group consisting of a solution, dispersion, suspension, powder, capsule, tablet, pill, time release capsule, time release tablet, and time release pill.

**9.** The method of claim **2**, wherein $R_1$ is selected from the group consisting of phenyl and substituted phenyl.

**10.** The method of claim **9**, wherein the substituted phenyl is substituted by at least one fluorine atom.

**11.** The method of claim **2**, wherein $R_2$ and $R_3$ are independently selected from the group consisting of methyl, ethyl, cyclopropyl, cyclobutyl, cyclopentyl, cyclohexyl, fluoromethyl, chloromethyl, and bromomethyl.

**12.** The method of claim **2**, wherein $R_2$ and $R_3$, together with the carbon to which they are linked, form a cycle which can be cycloalkyl or substituted cycloalkyl.

**13.** The method of claim **2**, wherein Het is selected from the group consisting of 6-membered rings of the compounds



TX 62.0028

US 8,802,689 B2

33

-continued

34

$R_5$ is selected from the group consisting of trifluoromethyl, halogenated alkyl, halogenated alkenyl, halogenated alkynyl, and halogen; and

$R_6$, and $R_7$ are independently selected from the group consisting of hydrogen, alkyl, and halogen.

**15.** The method of claim **14**, wherein $R_5$ is selected from the group consisting of trifluoromethyl and iodide; and

$R_6$ and $R_7$ are independently selected from the group consisting of hydrogen and halogen.

**16.** The method of claim **13**, wherein Het is selected from the group consisting of

$R_4$, $R_5$, $R_6$, and $R_7$ are independently selected from the group consisting of hydrogen, alkyl, substituted alkyl, alkenyl, substituted alkenyl, alkynyl, substituted alkynyl, aryl, substituted aryl, arylalkyl, arylalkenyl, arylalkynyl, halogenated alkyl, halogenated alkenyl, halogenated alkynyl, halogen, CN, $NO_2$, $OR_{11}$, $SR_{11}$, $NR_{11}R_{12}$, $NH(CO)OR_{11}$, $NH(CO)NR_{11}R_{12}$, $NR_{12}(CO)R_{11}$, $O(CO)R_{11}$, $O(CO)OR_{11}$, $O(CS)R_{11}$, $NR_{12}(CS)R_{11}$, $NH(CS)NR_{11}R_{12}$, $NR_{12}(CS)OR_{11}$;

any of $R_4$, $R_5$, $R_6$, and $R_7$ can be connected to any of $R_4$, $R_5$, $R_6$, and $R_7$ to form a cycle which can be aromatic, substituted aromatic, heterocyclic aromatic or non-aromatic, substituted heterocyclic aromatic or non-aromatic, cycloalkyl, or substituted cycloalkyl.

**14.** The method of claim **13**, wherein $R_4$ is selected from the group consisting of CN and $NO_2$;

**17.** The method of claim **7**, wherein the prostate cancer is hormone sensitive prostate cancer.

**18.** The method of claim **7**, wherein the prostate cancer is hormone refractory prostate cancer.

**19.** The method of claim **2**, wherein said compound is formulated as a pharmaceutical composition comprising said compound, or a pharmaceutically acceptable salt thereof, and a pharmaceutically acceptable carrier, diluent, or adjuvant.

\* \* \* \* \*

TX 62.0029



US009388159B2

## (12) United States Patent
### Jung et al.

(10) Patent No.: **US 9,388,159 B2**
(45) Date of Patent: ***Jul. 12, 2016**

(54) **SUBSTITUTED DIAZASPIROALKANES AS ANDROGEN RECEPTOR MODULATORS**

(71) Applicant: **The Regents of the University of California**, Oakland, CA (US)

(72) Inventors: **Michael E. Jung**, Los Angeles, CA (US); **Charles L. Sawyers**, New York, NY (US); **Samedy Ouk**, Los Angeles, CA (US); **Chris Tran**, New York, NY (US); **John Wongvipat**, New York, NY (US)

(73) Assignee: **THE REGENTS OF THE UNIVERSITY OF CALIFORNIA**, Oakland, CA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **14/318,234**

(22) Filed: **Jun. 27, 2014**

(65) **Prior Publication Data**

US 2014/0309262 A1    Oct. 16, 2014

**Related U.S. Application Data**

(63) Continuation of application No. 13/615,085, filed on Sep. 13, 2012, now Pat. No. 8,802,689, which is a continuation of application No. 12/294,881, filed as application No. PCT/US2007/007485 on Mar. 27, 2007, now Pat. No. 8,445,507.

(60) Provisional application No. 60/785,978, filed on Mar. 27, 2006, provisional application No. 60/833,790, filed on Jul. 28, 2006.

(51) **Int. Cl.**
| | |
|---|---|
| *A61K 31/4184* | (2006.01) |
| *C07D 235/02* | (2006.01) |
| *C07D 401/04* | (2006.01) |

(52) **U.S. Cl.**
CPC ..................................... ***C07D 401/04*** (2013.01)

(58) **Field of Classification Search**
CPC ........................... A61K 31/4184; C07D 235/02
USPC ........................................ 514/393; 548/301.4
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,823,240 A | 7/1974 | Sauli |
| 3,984,430 A | 10/1976 | Curran |
| 4,097,578 A | 6/1978 | Perronnet et al. |
| 4,234,736 A | 11/1980 | Bernauer et al. |
| 4,304,782 A | 12/1981 | Dumont et al. |
| 4,312,881 A | 1/1982 | Wootton |
| 4,399,216 A | 8/1983 | Axel et al. |
| 4,407,814 A | 10/1983 | Bernauer et al. |
| 4,427,438 A | 1/1984 | Nagano et al. |
| 4,473,393 A | 9/1984 | Nagpal |
| 4,482,739 A | 11/1984 | Bernauer et al. |
| 4,559,157 A | 12/1985 | Smith et al. |
| 4,608,392 A | 8/1986 | Jacquet et al. |
| 4,749,403 A | 6/1988 | Liebl et al. |
| 4,820,508 A | 4/1989 | Wortzman |
| 4,859,228 A | 8/1989 | Prisbylla |
| 4,873,256 A | 10/1989 | Coussediere et al. |
| 4,938,949 A | 7/1990 | Borch et al. |
| 4,944,791 A | 7/1990 | Schroder et al. |
| 4,992,478 A | 2/1991 | Geria |
| 5,010,182 A | 4/1991 | Brake et al. |
| 5,069,711 A | 12/1991 | Fischer et al. |
| 5,071,773 A | 12/1991 | Evans et al. |
| 5,166,358 A | 11/1992 | Seuron et al. |
| 5,411,981 A | 5/1995 | Gaillard-Kelly et al. |
| 5,434,176 A | 7/1995 | Claussner et al. |
| 5,554,607 A | 9/1996 | Elokdah et al. |
| 5,556,983 A | 9/1996 | Claussner et al. |
| 5,589,497 A | 12/1996 | Claussner et al. |
| 5,614,620 A | 3/1997 | Liao et al. |
| 5,627,201 A | 5/1997 | Gaillard-Kelly et al. |
| 5,646,172 A | 7/1997 | Claussner et al. |
| 5,656,651 A | 8/1997 | Sovak et al. |
| 5,705,654 A | 1/1998 | Claussner et al. |
| 5,726,061 A | 3/1998 | Robbins et al. |
| 5,750,553 A | 5/1998 | Claussner et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| AU | 217893 | 6/1958 |
| CN | 101032483 A | 9/2007 |

(Continued)

OTHER PUBLICATIONS

Office Action dated Aug. 15, 2012 in Japanese Application No. 2009-502925, 5 pages. (English Translation).

(Continued)

*Primary Examiner* — Douglas M Willis

(74) *Attorney, Agent, or Firm* — Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.

(57) **ABSTRACT**

This invention provides for compounds of the Formula II:

II

Het—N⟩A⟨N—R₁
       B     R₃
       R₂

wherein A, B, Het, $R_1$, $R_2$ and $R_3$ are as described herein. These compounds are androgen receptor modulators useful for the treatment of androgen receptor-associated conditions.

**33 Claims, 6 Drawing Sheets**

US 9,388,159 B2

Page 2

(56)                    **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,783,707 | A | 7/1998 | Elokdah et al. |
| RE35,956 | E | 11/1998 | Gaillard-Kelly et al. |
| 5,958,936 | A | 9/1999 | Claussner et al. |
| 5,985,868 | A | 11/1999 | Gray |
| 6,107,488 | A | 8/2000 | Bouchet et al. |
| 6,172,076 | B1 | 1/2001 | Embrey et al. |
| 6,235,910 | B1 | 5/2001 | Beller et al. |
| 6,242,611 | B1 | 6/2001 | Claussner et al. |
| 6,307,030 | B1 | 10/2001 | French et al. |
| 6,350,763 | B1 | 2/2002 | Kelly et al. |
| 6,472,415 | B1 | 10/2002 | Sovak et al. |
| 6,479,063 | B2 | 11/2002 | Weisman et al. |
| 6,489,163 | B1 | 12/2002 | Roy et al. |
| 6,506,607 | B1 | 1/2003 | Shyjan |
| 6,828,471 | B2 | 12/2004 | Sawyers et al. |
| 7,271,188 | B2 | 9/2007 | Tachibana et al. |
| 2002/0133833 | A1 | 9/2002 | Sawyers et al. |
| 2003/0225138 | A1 | 12/2003 | Sircar et al. |
| 2004/0009969 | A1 | 1/2004 | Cleve et al. |
| 2004/0116417 | A1 | 6/2004 | Boubia et al. |
| 2005/0153968 | A1 | 7/2005 | Bi et al. |
| 2006/0127902 | A1 | 6/2006 | Madden et al. |
| 2007/0249697 | A1 | 10/2007 | Tachibana et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 2102605 | 7/1971 |
| DE | 2614831 A1 | 10/1977 |
| EP | 0 017 976 A2 | 10/1980 |
| EP | 0 017 976 A3 | 10/1980 |
| EP | 0 017 976 B1 | 6/1983 |
| EP | 0 002 259 B1 | 10/1984 |
| EP | 0144098 A1 | 6/1985 |
| EP | 0 331 232 A2 | 9/1989 |
| EP | 362179 | 4/1990 |
| EP | 0 494 819 A1 | 1/1992 |
| EP | 0 578 516 A1 | 5/1993 |
| EP | 0 580 459 A1 | 5/1993 |
| EP | 0572 191 A1 | 12/1993 |
| EP | 0 580 459 B1 | 1/1994 |
| EP | 0770613 A1 | 5/1995 |
| EP | 0 494 819 B1 | 7/1996 |
| EP | 0 721 944 B1 | 1/2001 |
| EP | 1 790 640 A1 | 5/2007 |
| FR | 2 693 461 A1 | 1/1994 |
| FR | 2 715 402 A1 | 1/1994 |
| JP | 592101083 A | 11/1984 |
| JP | 60-239737 | 11/1985 |
| JP | 1009978 A | 1/1989 |
| JP | 2019363 A | 1/1990 |
| JP | 2 845 384 A1 | 10/2002 |
| JP | 08-09997 A | 5/2008 |
| WO | 90/13646 | 11/1990 |
| WO | 97/00071 | 1/1997 |
| WO | 97/19064 | 5/1997 |
| WO | 97/19931 | 6/1997 |
| WO | 00/17163 | 3/2000 |
| WO | 00/26195 A1 | 5/2000 |
| WO | 00/44731 A1 | 8/2000 |
| WO | 01/07048 A1 | 2/2001 |
| WO | 01/92253 A2 | 12/2001 |
| WO | 01/94346 A1 | 12/2001 |
| WO | 02/053155 A1 | 7/2002 |
| WO | 02/081453 A1 | 10/2002 |
| WO | 03/029245 A1 | 4/2003 |
| WO | 03/032994 A2 | 4/2003 |
| WO | 03/057220 A1 | 7/2003 |
| WO | 03/093243 A1 | 11/2003 |
| WO | 03/096980 | 11/2003 |
| WO | 2004/022572 A1 | 3/2004 |
| WO | 2004/031160 A2 | 4/2004 |
| WO | 2004/070050 A2 | 8/2004 |
| WO | 2004/111031 A1 | 12/2004 |
| WO | 2005/042488 A1 | 5/2005 |
| WO | 2005/059109 | 6/2005 |
| WO | 2005/059109 A3 | 6/2005 |
| WO | 2005/060661 | 7/2005 |
| WO | 2005/099752 A2 | 9/2005 |
| WO | 2005/099693 | 10/2005 |
| WO | 2006/010642 | 2/2006 |
| WO | 2006/028326 A1 | 3/2006 |
| WO | 2006/124118 A1 | 11/2006 |
| WO | 2007/045877 A1 | 4/2007 |
| WO | 2007/126765 | 11/2007 |
| WO | 2007/127010 | 11/2007 |
| WO | 2008/119015 A2 | 10/2008 |

OTHER PUBLICATIONS

Office Action dated Oct. 15, 2013 in Japanese Application No. 2012-27792, 13 pages. (English Translation).

A Textbook of Drug Design and Development, P. Krogsgaard-Larson and H. Buadgaard, eds. Ch 5, pp. 113-191 (Harwood Academic Publishers, 1991).

A.M. Soto et al., Control of Cell Proliferation: Evidence for Negative Control on Estrogen-sensitive T47D Human Breast Cancer Cells., Cancer Research, 46, (1986), pp. 2271-2275.

Abstract submitted by Samedy Ouk, Prostate Cancer Foundation Scientific Retreat, Scottsdale, Arizona, Sep. 29-Oct. 1, 2005.

Ausubel et al., Current Protocols in Molecular Biology, Wiley Interscience Publishers, (1995).

Baek, S.H. et al. Exchange of N-CoR corepressor and Tip60 coactivator complexes links gene expression by NF-kappaB and beta-amyloid precursor protein. Cell 110, 55-67 (2002).

Balk, S.P. Androgen receptor as a target in androgen-independent prostate cancer. Urology 60, 132-8; discussion 138-9 (2002).

Batch,J.A., et al., "Androgen receptor gene mutations identified by SSCP in fourteen subjects with androgen insensitivity syndrome", Hum. Mol. Genet 1 (7), 497-503 (1992).

Bohl et al., *"Structural basis for antagonism and resistance of bicalutamide in prostate cancer"*, Proc. Nat. Acad. Sci., 2005, v. 102(17), pp. 6201-6206.

Brockschmidt,F.F., et al., "The two most common alleles of the coding GGN repeat in the androgen receptor gene cause differences in protein function", J. Mol. Endocrinol. 39 (1), 1-8 (2007).

Burnstein et al. Androgen Glucocorticoid Regulation of Androgen Receptor cDNA Expression. *Molecular and Cellular Endocrinology*. 1995. v. 115, pp. 177-186.

C.D. Chen et al., "Molecular determinants of resistance to antiandrogen therapy", Nature Medicine, vol. 10, No. 1 (Jan. 2004) pp. 33-39.

Cai,C., et al., "c-Jun has multiple enhancing activities in the novel cross talk between the androgen receptor and Ets variant gene 1 in prostate cancer", Mol. Cancer Res. 5 (7), 725-735 (2007).

Chang et al., Science 240 (4850), 324-326 (1988).

Chen, C.D., Welshie, D.S., Iran, C., Baek, S.H., Chen, R., Vessella, R., Rosenfeld, M.G., and Sawyers, C.L., Molecular determinants of resistance to antiandrogen therapy, Nat. Med., 10: 33-39, 2004.

Cinar et al. Androgen Receptor Mediates the Reduced Tumor Growth, Enhanced Androgen Responsiveness, and Selected Target Gene Transactivation in Human Prostate Cancer Cell Line. *Cancer Research* 2001. v. 61. pp. 7310-7317.

Cousty-Berlin, et al., "Preliminary Pharmacokinetics and Metabolism of Novel Non-steroidal Antiandrogens in the Rat: Relation of their Systemic Activity to the Formation of a Common Metabolite," *J. Steroid Blochem. Molec. Biol.*, vol. 51, No. 1/2, pp. 47-55 (1994).

Craft, N. et al. Evidence for clonal outgrowth of androgen-independent prostate cancer cells from androgen-dependent tumors through a two-step process. Cancer Res 59,5030-6 (1999).

Craft, N., Shostak, Y., Carey, M. & Sawyers, C.L. A mechanism for hormone-independent prostate cancer through modulation of androgen receptor signaling by the HER-2/neu tyrosine kinase. Nat Med 5, 280-5 (1999).

Deprimo, S.E. et al. Transcriptional programs activated by exposure of human prostate cancer cells to androgen. Genome Biol 3, RESEARCH0032 (2002).

Design of Prodrugs, edited by H. Bundgaard, (Elsevier, 1985).

TX 63.0003

US 9,388,159 B2

Page 3

(56)                References Cited

OTHER PUBLICATIONS

Dhal, P.N. et al., "Synthesis of thiohydantoins, thiazolidones and their derivatives from N¹-(4'-aryl thiazole.2'-YL) thioureas", J. Indian Chem. Soc. 50(1):680-684, Oct. 1973.

Edwards, J., Krishna, N.S., Grigor, K.M. & Bartlett, J.M. Androgen receptor gene amplification and protein expression in hormone refractory prostate cancer. Br J Cancer 89, 552-6 (2003).

Ellis, W.J. et al. Characterization of a novel androgen-sensitive, prostate-specific antigen-producing prostatic carcinoma xenograft: LuCaP 23. Clin Cancer Res 2, 1039-48 (1996).

Ellwood-Yen, K. et al. Myc-driven murine prostate cancer shares molecular features with human prostate tumors. Cancer Cell 4, 223-38 (2003).

Elokdah, Hassan, et al., "Design, synthesis, and biological evaluation of thio-containing compounds with serum HDL-cholesterol-elevating properties", J. Med. Chem. 47:681-695 (2004).

European Search Report dated Jul. 20, 2011 for European Application No. 07754060.7, 7 pages.

Extended European Search Report dated Jul. 12, 2011 for European Application No. 11163948.0, 10 pages.

Extended European Search Report issued in European Patent Application No. EP 06748863.5, mailed on Feb. 12, 2009.

Feher, et al., "BHB: A Simple Knowledge-Based Scoring Function to Improve the Efficiency of Database Screening," J. Chem. Inf. Comput. Sci., vol. 43, pp. 1316-1327 (2003).

Feldman, B.J. & Feldman, D. The development of androgen-independent prostate cancer. Nat Rev Cancer 1, 34-45 (2001).

Font De Mora, J. & Brown, M. AIB1 is a conduit for kinase-mediated growth factor signaling to the estrogen receptor. Mol Cell Biol 20, 5041-7 (2000).

Foury, et al., "Control of the Proliferation of Prostate Cancer Cells by an Androgen and Two Antiandrogens. Cell Specific Sets of Responses," J. Steroid Biochem. Molec. Biol., vol. 66, No. 4, pp. 235-240 (1998).

Gelmann, E.P. Molecular biology of the androgen receptor. J Clin Oncol 20, 3001-15 (2002).

Gioeli, D. et al. Androgen receptor phosphorylation. Regulation and identification of the phosphorylation sites. J Biol Chem 277, 29304-14 (2002).

Glass, C.K. & Rosenfeld, M.G. The coregulator exchange in transcriptional functions of nuclear receptors. Genes Dev 14, 121-41 (2000).

Goubet, et al., Conversion of a Thiohydantoin to the Corresponding Hydantoin via a Ring-Opening/Ring Closure Mechanism, Tetrahedron Letters, vol. 37, No. 43, pp. 7727-7730 (1996).

Grad, J.M., Dai, J.L., Wu, S. & Burnstein, K.L. Multiple androgen response elements and a Myc consensus site in the androgen receptor (AR) coding region are involved in androgen-mediated up-regulation of AR messenger RNA. Mol Endocrinol 13, 1896-911 (1999).

Graham and Van Der Eb, "A new technique for the assay of infectivity of human adenovirus 5 DNA", Virology, v. 52(2) (Apr. 1973) pp. 456-467.

Gregory, C.W. et al. A mechanism for androgen receptor-mediated prostate cancer recurrence after androgen deprivation therapy. Cancer Res 61, 4315-9 (2001).

Gregory, C.W., Johnson, R.T., Jr., Mohler, J.L., French, F.S. & Wilson, E.M. Androgen receptor stabilization in recurrent prostate cancer is associated with hypersensitivity to low androgen. Cancer Res 61, 2892-8 (2001).

Hamilton-Reeves, J.M., et al., "Isoflavone-rich soy protein isolate suppresses androgen receptor expression without altering estrogen receptor-beta expression or serum hormonal profiles in men at high risk of prostate cancer", J. Nutr. 137 (7), 1769-1775 (2007).

Homma, S., et al., "Differential levels of human leukocyte antigen-class I, multidrug-resistance I and androgen receptor expressions in untreated prostate cancer cells: the robustness of prostate cancer", Oncol. Rep. 18 (2), 343-346 (2007).

Horoszewicz, J.S. et al. LNCaP model of human prostatic carcinoma. Cancer Res 43, 1809-18 (1983).

Huang, Z.Q., Li, J. & Wong, J. AR possess an intrinsic hormone-independent transcriptional activity. Mol Endocrinol 16, 924-37 (2002).

International Search Report issued in International Application No. PCT/US2007/007854, railed on Apr. 15, 2008.

International Search Report issued in International Application No. PCT/US2008/012149 mailed on Apr. 29, 2009.

International Search Report issued in PCT Application No. PCT/US2004/042221, mailed on Jun. 20, 2005.

International Search Report issued in PCT Application PCT/US2005/005529, mailed on Nov. 10, 2005.

International Search Report issued in PCT Application PCT/US2007/07485, mailed on Sep. 4, 2008.

J. Hobbeierlein et al., "Gene Expression Analysis of Human Prostate Carcinoma during Hormonal Therapy Identifies Androgen-Responsive Genes and Mechanisms of Therapy Resistance", Am. J. Pathology, vol. 164, No. 1 (Jan. 2004) pp. 217-227.

Jones, Genetics, 85:12 (1977).

Karp et al., "Prostate Cancer Prevention: Investigational Approaches and Opportunities", Cancer Res., v. 56 (Dec. 15, 1996) pp. 5547-5556.

Karvonen, et al., "Interaction of Androgen Receptors with Androgen Response Element in Intact Cells," The Journal of Biological Chemistry, vol. 272, No. 25, pp. 15973-15979 (1997).

Kato, S. et al. Activation of the estrogen receptor through phosphorylation by mitogen-activated protein kinase. Science 270, 1491-4 (1995).

Kemppainen, et al., "Distinguishing Androgen Receptor Agonists and Antagonists: Distinct Mechanisms of Activation by Medroxyprogesterone Acetate and Dihydrotestosterone," Mol. Endocrinol., vol. 13, pp. 440-454 (1999); mend.endojournals.org.

Keown et al., Methods in Enzymology, 185:527-537 (1990).

Kingsman et al., Gene, 7: 141 (1979).

Kinoshita, H. et al. Methylation of the androgen receptor minimal promoter silences transcription in human prostate cancer. Cancer Res 60, 3623-30 (2000).

Klein, K.A. et al. Progression of metastatic human prostate cancer to androgen independence in immunodeficient SCID mice. Nat Med 3, 402-8 (1997).

Kousteni, S. et al. Nongenotropic, sex-nonspecific signaling through the estrogen or androgen receptors: dissociation from transcriptional activity. Cell 104, 719-30 (2001).

Laitinen, S., Karhu, R., Sawyers, C.L., Vessella, R.L. & Visakorpi, T. Chromosomal aberrations in prostate cancer xenografts detected by comparative genomic hybridization. Genes Chromosomes Cancer 35, 66-73 (2002).

Li, P. et al. Heterogeneous expression and functions of androgen receptor co-factors in primary prostate cancer. Am J Pathol 161, 1467-74 (2002).

Lobaccaro, J.M. et al. Molecular modeling and in vitro investigations of the human androgen receptor DNA-binding domain: application for the study of two mutations. Mol Cell Endocrinol 116, 137-47 (1996).

Lu et al., "Molecular Mechanisms of Androgen-Independent Growth of Human Prostate Cancer LNCaP-AI Cells", Endocrinology 1999, vol. 140, No. 11, pp. 5054-5059.

M.J. Linja et al., "Amplification and overexpression of androgen receptor gene in hormone-refractory prostate cancer", Cancer Research, vol. 61 (May 1, 2001) pp. 3550-3555.

Mammalian Cell Biotechnology: a Practical Approach, M. Butler, ed. (IRL Press, 1991).

Manolagas, S.C., Kousteni, S. & Jilka, R.L. Sex steroids and bone. Recent Prog Horm Res 57, 385-409 (2002).

Mansour et al., Nature, 336:348-352 (1988).

Marhefka, et al., "Homology Modeling Using Multiple Molecular Dynamics Simulations and Docking Sudies of the Human Androgen Receptor Ligand Binding Domain Bound to Testosterone and Nonsteroidal Ligands," J. Med. Chem., vol. 44, No. 11, pp. 1729-1740 (2001).

Masiello, D., Cheng, S., Bubley, G.J., Lu, M.L. & Balk, S.P. Bicalutamide functions as an androgen receptor antagonist by assembly of a transcriptionally inactive receptor. J Biol Chem 277, 26321-6 (2002).

US 9,388,159 B2

Page 4

(56) **References Cited**

OTHER PUBLICATIONS

Matias, et al., "Local Inhibition of Sebaceous Gland Growth by Topically Applied RU 58841," *NY Acad. Sci.*, vol. 761, pp. 56-65 (1995).

Matias, P.M. et al. Structural basis for the glucocorticoid response in a mutant human androgen receptor (AR(ccr)) derived from an androgen-independent prostate cancer. J Med Chem 45, 1439-46 (2002).

Matias, P.M. et al. Structural evidence for ligand specificity in the binding domain of the human androgen receptor. Implications for pathogenic gene mutations. J Biol Chem 275, 26164-71 (2000).

McDonnell, T.J. et al. Expression of the protooncogene bcl-2 in the prostate and its association with emergence of androgen-independent prostate cancer. Cancer Res 52, 6940-4 (1992).

Migliaccio, A. et al. Steroid-induced androgen receptor-oestradiol receptor beta-Src complex triggers prostate cancer cell proliferation. Embo J 19, 5406-17 (2000).

Muller et al., 1991, Mol. & Cell. Bio. 11:1785.

Nam et al., *Action of the Src Family Kinase Inhibitor, Dasatinib (BMS-354825), on Human Prostate Cancer Cells*, Cancer Res., 2005, v. 65(20), pp. 9185-9189.

Navone, N. M., et al., "Model Systems of Prostate Cancer: Uses and Limitations" Cancer Metastasis, Kluwer Academic Publishers, Dordrecht, NL, 17 (4), 1999, pp. 361-371.

NM_000044<http://www.ncbi.nlm.nih.gov:80/entrez/viewer.fcgi?cmd=Retrieve&db=nucleotide&list_uids=21322251&dopt=GenBank&term=sapiens+AR+androgen+receptor+prostate+cancer& qty=1>gi:21322251, printed Oct. 24, 2007.

Norris, J.D. et al. Peptide antagonists of the human estrogen receptor. Science 285, 744-6 (1999).

Notice of References Cited of Jul. 24, 1992 from U.S. Patent and Trademark Office for U.S. Appl. No. 07/819,110.

Office Action issued in U.S. Appl. No. 10/590,445, mailed on Mar. 2, 2009.

Office Action of Jan. 18, 1994 from U.S. Patent and Trademark Office for U.S. Appl. No. 08/064,257.

Office Action of Feb. 22, 1993 from U.S. Patent and Trademark Office for U.S. Appl. No. 07/819,110.

Office Action of Jun. 1, 1994 from U.S. Patent and Trademark Office for U.S. Appl. No. 07/819,110.

Office Action of Jul. 23, 2008 from U.S. Patent and Trademark Office for U.S. Appl. No. 10/590,445.

Office Action of Aug. 11, 2009 from U.S. Patent and Trademark Office for U.S. Appl. No. 10/583,280.

Office Action of Aug. 14, 1992 from U.S. Patent and Trademark Office for U.S. Appl. No. 07/819,110.

Office Action of Sep. 2, 1993 from U.S. Patent and Trademark Office for U.S. Appl. No. 07/819,110.

P.J. Creaven et al., "Pharmacokinetics and Metabolism of Nilutamide," Supp. Urology, vol. 37, No. 2 (Feb. 1991) pp. 13-19.

Perou, C.M. et al. Molecular portraits of human breast tumors. Nature 406, 747-52 (2000).

Presentation of Charles Sawyers, Prostate Cancer Foundation Scientific Retreat, Scottsdale, Arizona, Sep. 29-Oct. 1, 2005.

Raffo, A.J. et al. Overexpression of bcl-2 Protects Prostate Cancer Cells from Apoptosis in Vitro and Confers Resistance to Androgen Depletion in Vivo. Cancer Research 55, 1995. v. 55, 4438-4445.

Remington: The Science and Practice of Pharmacy, 19th Edition, Gennaro (ed.) 1995, Mack Publishing Company, Easton, PA.

S.Ouk et al., "Development of Androgen Receptor Inhibitors for Hormone-refractory Prostate Cancer", Prostate Cancer Foundation Meeting, Scottsdale, AZ, Sep. 29-Oct. 1, 2005.

Sack, J.S. et al. Crystallographic structures of the ligand-binding domains of the androgen receptor and its T877A mutant complexed with the natural agonist dihydrotestosterone. Proc Natl Acad Sci U S A 98, 4904-9 (2001).

Sambrook et al., Molecular Cloning: A Laboratory Manual 2nd edition (1989) Cold Spring Harbor Laboratory Press, Cold Spring Harbor, NY.

Saunders, P.T., et al., "Point mutations detected in the androgen receptor gene of three men with partial androgen insensitivity syndrome", Clin. Endocrinol. (Oxf) 37 (3), 214-220 (1992).

Schellhammer, P.F. et al. Prostate specific antigen decreases after withdrawal of antiandrogen therapy with bicalutamide or flutamide in patients receiving combined androgen blockade. J Urol 157, 1731-5 (1997).

Sderholm, et al., "Three-Dimensional Structure—Activity Relationships of Nonsteroidal Ligands in Complex with Androgen Receptor Ligand-Binding Domain," *J. Med. Chem.*, vol. 48, No. 4, pp. 917-925 (2005).

Shang, Y. & Brown, M. Molecular determinants for the tissue specificity of SERMs. Science 295, 2465-8 (2002).

Shang, Y., Myers, M. & Brown, M. Formation of the androgen receptor transcription complex. Mol Cell 9, 601-10 (2002).

Shi, Xu-Bao, et al., "Functional analysis of 44 mutant androgen receptors from human prostate cancer", Cancer Research 62 (5), pp. 1496-1502 (Mar. 1, 2002).

Shiau, A.K. et al. The structural basis of estrogen receptor/coactivator recognition and the antagonism of this interaction by tamoxifen. Cell 95, 927-37 (1998).

Singh et al., "*Androgen Receptor Antagonists (Antiandrogens): Structure-Activity Relationships*", Current Medicinal Chemistry, 2000, 7, pp. 211-247.

Sperry, et al., Androgen binding profiles of two distinct nuclear androgen receptors in Atlantic croaker (*Micropogonias undulates*). Journal of Steroid Biochemistry & Molecular Biology, vol. 73, pp. 93-103 (2000).

Stinchcomb et al., *Nature*, 282:39 (1979).

Su, Q.R., et al., "Polymorphisms of androgen receptor gene in childhood and adolescent males with first-onset major depressive disorder and association with related symptomatology", Int. J. Neurosci. 117 (7), 903-917 (2007).

Sweet, C.R., et al., "A unique point mutation in the androgen receptor gene in a family with complete androgen insensitivity syndrome", Fertil. Steril. 58 (4), 703-707 (1992).

Szelei et al. Androgen-Induced Inhibition of Proliferation in Human Breast Cancer MCF7 Cells Transfected with Androgen Receptor. Endocrinology. 1997. v. 138 (4). pp. 1406-1412.

Taplin, M.E. et al. Androgen receptor mutations in androgen-independent prostate cancer: Cancer and Leukemia Group B Study 9663. J Clin Oncol 21, 2673-8 (2003).

Taplin, M.E. et al. Mutation of the androgen-receptor gene in metastatic androgen-independent prostate cancer. N Engl J Med 332, 1393-8 (1995).

Taplin, M.E. et al. Selection for androgen receptor mutations in prostate cancers treated with androgen antagonist. Cancer Res 59, 2511-5 (1999).

Teutsch, G.; Goubet, F.; Battmann, T.; Bonfils, A.; Bouchoux, F.; Cerede, E.; Gofflo, D.; Gaillard-Kelly, M.; Philibert. D. *J. Steroid Biochem. Molec. Biol.* 1994, 48, 111-119.

*The Pharmacological Basis of Therapeutics*, Goodman and Gilman, eds., Macmillan Publishing Co., New York, 1941.

The Practice of Medicinal Chemistry, Camille G. Wermuth et al., Ch 31, (Academic Press, 1996).

Tremblay, A., Tremblay, G.B., Labrie, F. & Giguere, V. Ligand-independent recruitment of SRC-1 to estrogen receptor beta through phosphorylation of activation function AF-1. Mol Cell 3, 513-9 (1999).

Tschumper et al., *Gene*, 10: 157 (1980).

Urlaub et al., *Proc. Natl. Acad. Sci. USA*, 77:4216 (1980).

Van Dort, M.E.; Robins, D.M.; Wayburn, B. *J. Med. Chem.* 2000, 43, 3344-3347.

Veldscholte, J. et al. A mutation in the ligand binding domain of the androgen receptor of human LNCaP cells affects steroid binding characteristics and response to anti-androgens. Biochem Biophys Res Commun 173, 534-40 (1990).

Visakorpi, T. et al. In vivo amplification of the androgen receptor gene and progression of human prostate cancer. Nat Genet 9, 401-6 (1995).

Wainstein, M.A. et al. CWR22: androgen-dependent xenograft model derived from a primary human prostatic carcinoma. Cancer Res 54, 6049-52 (1994).

TX 63.0005

US 9,388,159 B2

Page 5

(56)                **References Cited**

OTHER PUBLICATIONS

Wallen et al., "Angroden Receptor Gene Mutations in Hormone-Refractory Prostate Cancer", J. Pathology 1999, vol. 189, pp. 559-563.

Wang, Long G., et al., "Overexpressed androgen receptor linked to p21WAF1 silencing may be responsible for androgen independence and resistance to apoptosis of a prostate cancer cell line", Cancer Research 61 (20), pp. 7544-7551 (Oct. 15, 2001).

Wang, S. et al. Prostate-specific deletion of the murine Pten tumor suppressor gene leads to metastatic prostate cancer. Cancer Cell 4, 209-21 (2003).

Wermuth, Camille G., "Molecular Variations Based on Isosteric Replacements", *The Practice of Medicinal Chemistry*, 1996, 13:203-237.

Wooster, R., et al., "A germline mutation in the androgen receptor gene in two brothers with breast cancer and Reifenstein syndrome", Nat. Genet. 2 (2), 132-134 (1992).

Written Opinion issued in International Application No. PCT/US2007/007854, mailed on Apr. 15, 2008.

Written Opinion issued in International Application No. PCT/US2008/012149, mailed on Apr. 29, 2009.

Written Opinion issued in PCT Application No. PCT/US2004/042221, mailed on Jun. 20, 2005.

Written Opinion issued in PCT Application No. PCT/US2005/005529, mailed on Nov. 10, 2005.

Written Opinion issued in PCT Application No. PCT/US2006/011417, mailed on Jul. 3, 2006.

Written Opinion issued in PCT Application PCT/US2007/07485, mailed on Sep. 4, 2008.

Zarghami, et al., "Steroid hormone regulation of prostate-specific antigen gene expression in breast cancer," *British Journal of Cancer*, vol. 75, No. 4, pp. 579-588 (1997).

Zhau, H.Y. et al. Androgen-repressed phenotype in human prostate cancer. Proc Natl Acad Sci U S A 93,15152-7 (1996).

Zhou, Z.X., Sar, M., Simental, J.A., Lane, M.V. & Wilson, E.M. A ligand-dependent bipartite nuclear targeting signal in the human androgen receptor. Requirement for the DNA-binding domain and modulation by NH2-terminal and carboxyl-terminal sequences. J Biol Chem 269, 13115-23 (1994).

Zoppi, S., et al. "Amino acid substitutions in the DNA-binding domain of the human androgen receptor are a frequent cause of receptor-binding positive androgen resistance", Mol. Endocrinol. 6 (3), 409-415 (1992).



**FIG. 1**

TX 63.0007



FIG. 2



FIG. 3

TX 63.0009



FIG. 4

TX 63.0010



FIG. 5

TX 63.0011



FIG. 6

TX 63.0012

US 9,388,159 B2

1

# SUBSTITUTED DIAZASPIROALKANES AS ANDROGEN RECEPTOR MODULATORS

## CROSS-REFERENCES TO RELATED APPLICATIONS

This application is a continuation of U.S. patent application Ser. No. 13/615,085, filed Sep. 13, 2012, which is a continuation of U.S. patent application Ser. No. 12/294,881, filed Sep. 16, 2010, which issued as U.S. Pat. No. 8,445,507 on May 21, 2013, which is a U.S. National Phase Application under 35 U.S.C. §371 of International Application No. PCT/US2007/007485, filed Mar. 27, 2007, which in turn claims the benefit of U.S. Provisional Patent Application No. 60/785,978, filed Mar. 27, 2006, and U.S. Provisional Patent Application No. 60/833,790, filed Jul. 28, 2006, all of which are incorporated herein by reference in their entirety for all purposes.

## STATEMENT AS TO RIGHTS TO INVENTIONS MADE UNDER FEDERALLY SPONSORED RESEARCH AND DEVELOPMENT

This invention was made with government support under grant no. CA092131, awarded by the National Institutes of Health. The government has certain rights in the invention.

## FIELD OF THE INVENTION

The present invention relates to hydantoins, thiohydantoins, dithiohydantoins, hydantoinimines and thiohydantoinimines compounds, methods of using such compounds in the treatment of androgen receptor-associated conditions, such as age-related diseases, for example, prostate cancer, and to pharmaceutical compositions containing such compounds.

## BACKGROUND OF THE INVENTION

Prostate cancer is the most common incidence of cancer and the second leading cause of cancer death in Western men. When the cancer is confined locally, the disease can be cured by surgery or radiation. However, 30% of such cancer relapses with distant metastatic disease and others have advanced disease at diagnoses. Advanced disease is treated by castration and/or administration of anti-androgens, the so-called androgen deprivation therapy. Castration lowers the circulating levels of androgens and reduces the activity of androgen receptor (AR). Administration of anti-androgens blocks AR function by competing away androgen binding and therefore reduces the AR activity. Although initially effective, these treatments quickly fail and the cancer becomes hormone refractory.

Recently, overexpression of AR has been identified and validated as a cause of hormone refractory prostate cancer (*Nat. Med*, 2004, 10, 33-39). Overexpression of AR is sufficient to cause progression from hormone sensitive to hormone refractory prostate cancer, suggesting that better AR inhibitors than the current drugs can slow the progression of prostate cancer. It was demonstrated that AR and its ligand binding are necessary for growth of hormone refractory prostate cancer, indicating that AR is still a target for this disease. It was also demonstrated that overexpression of AR converts anti-androgens from antagonists to agonists in hormone refractory prostate cancer (an AR antagonist inhibits AR activity and an AR agonist stimulates AR activity). Data from this work explain why castration and anti-androgens fail to

2

prevent prostate cancer progression and reveals un-recognized properties of hormone refractory prostate cancer.

Bicalutamide (Brand name: Casodex) is the most commonly used anti-androgen. While it has inhibitory effect on AR in hormone sensitive prostate cancer, it fails to suppress AR when the cancer becomes hormone refractory. Two weaknesses of current antiandrogens are blamed for the failure to prevent prostate cancer progression from hormone sensitive stage to hormone refractory disease and to effectively treat hormone refractory prostate cancer. One is their weak antagonistic activities and the other is their strong agonistic activities when AR is overexpressed in hormone refractory prostate cancer. Therefore, better AR inhibitors with more potent antagonistic activities and minimal agonistic activities are needed to delay disease progression and to treat the fatal hormone refractory prostate cancer.

Nonsteroidal anti-androgens, have been preferred over steroidal compounds for prostate cancer because they are more selective and have fewer side effects. A wide variety of such compounds were described in U.S. Pat. Nos. 4,097,578, 5,411,981, and 5,705,654, U.S. published applications 2004/0009969 and 2007/0004753, and PCT international applications published as WO 97/00071, WO 00/17163 and WO 06/124118.

Accordingly, identification of compounds which have high potency to antagonize the androgen activity, and which have minimal agonistic activity would overcome the hormone refractory prostate cancer (HRPC) and avoid or slowdown the progression of hormone sensitive prostate cancer (HSPC). There is a need in the art for the identification of selective modulators of the androgen receptor, such as modulators which are non-steroidal, non-toxic, and tissue selective.

## SUMMARY OF THE INVENTION

A series of compounds that modulate the function of the nuclear hormone receptors, especially the androgen receptor are presented. These compounds can cause disappearance of prostate cancer cells and tumors.

In an embodiment, a compound is according to formula II.

Formula II



Het represents a heterocyclic unit of 5 or 6 atoms. A and B are independently selected from oxygen, sulfur, and N—$R_9$, with $R_9$ being selected from hydrogen, aryl, substituted aryl, alkyl, substituted alkyl, alkenyl, substituted alkenyl, alkynyl, substituted alkynyl, halogenated, alkyl, halogenated alkenyl, halogenated alkynyl, arylalkyl, arylalkenyl, arylalkynyl, heterocyclic aromatic or non-aromatic, cycloalkyl, substituted cycloalkyl, $SO_2R_{11}$, $NR_{11}R_{12}$, $NR_{13}(CO)OR_{11}$, $NH(CO)NR_{11}R_{12}$, $NR_{12}(CO)R_{11}$, $O(CO)R_{11}$, $O(CO)OR_{11}$, $O(CS)R_{11}$, $NR_{13}(CS)R_{11}$, $NH(CS)NR_{11}R_{12}$, or $NR_{12}(CS)OR_{11}$. $R_{11}$ and $R_{12}$ are independently selected from hydrogen, alkyl, substituted alkyl, alkenyl or substituted alkenyl, alkynyl or substituted alkynyl, aryl, substituted aryl, arylalkyl, arylalkenyl, arylalkynyl, heterocyclic aromatic or non-aromatic, or substituted heterocyclic aromatic or non-aromatic. $R_1$ is selected from

TX 63.0013

US 9,388,159 B2

3

hydrogen, aryl, substituted aryl, alkyl, substituted alkyl, alkenyl, substituted alkenyl, alkynyl, substituted alkynyl, halogenated alkyl, halogenated alkenyl, halogenated alkynyl, arylalkyl, arylalkenyl, arylalkynyl, heterocyclic aromatic or non-aromatic, substituted heterocyclic aromatic or non-aromatic, cycloalkyl, substituted cycloalkyl, $SO_5R_{11}$, $NR_{11}R_{12}$, $NR_{12}$ $(CO)OR_{11}$, $NH(CO)NR_{11}R_{12}$, $NR_{12}(CO)R_{11}$, $O(CO)R_{11}$, $O(CO)OR_{11}$, $O(CS)R_{11}$, $NR_{12}(CS)R_{11}$, $NH(CS)NR_{11}R_{12}$, or $NR_{12}(CS)OR_{11}$. $R_2$ and $R_3$ are independently selected from hydrogen, aryl, alkyl, substituted alkyl, alkenyl, substituted alkenyl, alkynyl, substituted alkynyl, halogenated alkyl, halogenated alkenyl, halogenated alkynyl, arylalkyl, arylalkenyl, arylalkynyl, heterocyclic aromatic or non-aromatic, substituted heterocyclic aromatic or non-aromatic, cycloalkyl, or substituted cycloalkyl, or, together with the carbon to which they are linked, form a cycle which can be cycloalkyl, substituted cycloalkyl, heterocyclic aromatic or non-aromatic, substituted heterocyclic aromatic or non-aromatic.

$R_1$ and $R_3$ can be connected to form a cycle which can be heterocyclic aromatic or non aromatic, substituted heterocyclic aromatic or non aromatic. $R_{11}$ and $R_{12}$ can be connected to form a cycle which can be heterocyclic aromatic or nonaromatic, substituted heterocyclic aromatic, cycloalkyl, or substituted cycloalkyl.

For example, the compound can be A51 or A52.



A51



A52

In an embodiment, a pharmaceutical composition includes a therapeutically effective amount of a compound according to Formula II, or a pharmaceutically acceptable salt thereof, and a pharmaceutically acceptable carrier, diluent, or adjuvant.

The pharmaceutical composition can include a solution of dimethylsulfoxide, phosphate buffered saline solution, and water. The pharmaceutical composition can include dimethylsulfoxide, a carboxymethylcellulose, a polysorbate, and water.

An embodiment of a method includes preventing or treating a disease or disorder related to nuclear receptor activity.

A method for preventing or treating a hyperproliferative disorder, such as hormone sensitive prostate cancer or hormone refractory prostate cancer, can include administering a compound according to Formula II, or a pharmaceutically acceptable salt thereof, to a subject in need of such prevention or treatment, thereby preventing or treating the hyperproliferative disorder. The compound can be administered at a dosage in the range of from about 1 mg per kg body weight per day to about 50 mg per kg body weight per day. The com-

4

pound can be administered, for example, by intravenous injection, by injection into tissue, intraperitoneally, orally, or nasally.

In an embodiment, the compound according to Formula II is an antagonist of a nuclear receptor or an antagonist of an androgen receptor.

## DESCRIPTION OF THE DRAWINGS

FIG. 1 is a bar chart depicting the antagonist effect of compounds A51 and A52 on HS cancer cells.

FIG. 2 is a bar chart depicting the antagonist effect of compounds A51 and A52 on HS cancer cells.

FIG. 3 is a bar chart depicting the antagonist effect of compounds A51 and A52 on HR cancer cells.

FIG. 4 is a graph depicting the pharmacokinetic behavior of compound A52.

FIG. 5 is a graph depicting the effect of compound A52 on LnCaP-AR-overexpressed tumor size at 10 mg/kg.

FIG. 6 presents images depicting the disappearance of Luciferase activity after 17 days of treatment with compound A52.

## DETAILED DESCRIPTION

Embodiments of the invention are discussed in detail below. In describing embodiments, specific terminology is employed for the sake of clarity. However, the invention is not intended to be limited to the specific terminology so selected. A person skilled in the relevant art will recognize that other equivalent parts can be employed and other methods developed without parting from the spirit and scope of the invention. All references cited herein are incorporated by reference as if each had been individually incorporated.

The present invention relates to the compounds of formula II, methods of using such compounds as modulators of androgen receptors and to pharmaceutical compositions containing such compounds and salts thereof. Compounds of formula II can be used to agonize or antagonize the function of the nuclear receptor. The compounds can be used to antagonize the androgen receptor. Use of the compounds is not limited to affecting the androgen receptor, but can, for example, also be useful for the treatment of other diseases related to nuclear receptor function. Formula II can be represented as the structure



Formula II

wherein, Het is a heterocyclic unit of 5 and 6 atoms. Preferred heterocyclic units are selected from compounds represented by the structures

TX 63.0014

US 9,388,159 B2

5



and the like. However, the invention is not intended to be limited to compounds having these structures.

Herein, $R_4$, $R_5$, $R_6$, and $R_7$ are independently selected from the group consisting of hydrogen, alkyl, substituted alkyl, alkenyl, substituted alkenyl, alkynyl, substituted alkynyl, aryl, substituted aryl, arylalkyl, arylalkenyl, arylalkynyl, halogenated alkyl, halogenated alkenyl, halogenated alkynyl, halogen, CN, $NO_2$, $OR_{11}$, $SR_{11}$, $NR_{11}R_{12}$, NH(CO)$OR_{11}$, NH(CO)$NR_{11}R_{12}$, $NR_{12}$(CO)$R_{11}$, O(CO)$R_{11}$, O(CO)$OR_{11}$, O(CS)$R_{11}$, $NR_{12}$(CS)$R_{11}$, NH(CS)$NR_{11}R_{12}$, $NR_{12}$(CS) $OR_{11}$. $R_4$ is preferably CN or $NO_2$. $R_5$ is preferably trifluoromethyl, halogenated alkyl, halogenated alkenyl, halogenated alkynyl and halogen. $R_6$ and $R_7$ are preferably hydrogen, alkyl or halogen. $R_4$, $R_5$, $R_6$, and $R_7$ can be independently connected to form a cycle which can be aromatic, substituted aromatic, heterocyclic aromatic or non-aromatic, substituted heterocyclic aromatic or non-aromatic, cycloalkyl, substituted cycloalkyl. X is selected from sulfur (S), oxygen (O), $NR_8$ wherein N is nitrogen and $R_8$ is selected from the group consisting of hydrogen, alkyl, substituted alkyl, alkenyl, substituted alkenyl, alkynyl, substituted alkynyl, aryl, substituted aryl, arylalkyl, arylalkenyl, arylalkynyl, halogenated alkyl, halogenated alkenyl, halogenated alkynyl, halogen, (CO)$R_{11}$, (CO)$OR_{11}$, (CS)$R_{11}$, (CS) $OR_{11}$.

6

$R_1$ is selected from hydrogen, aryl, substituted aryl, alkyl, substituted alkyl, alkenyl, substituted alkenyl, alkynyl, substituted alkynyl, halogenated alkyl, halogenated alkenyl, halogenated alkynyl, arylalkyl, arylalkenyl, arylalkynyl, heterocyclic aromatic or non-aromatic, substituted heterocyclic aromatic or non-aromatic, cycloalkyl, substituted cycloalkyl, $SO_2R_{11}$, $NR_{11}R_{12}$, $NR_{12}$(CO)$OR_{11}$, NH(CO)$NR_{11}R_{12}$, $NR_{12}$ (CO)$R_{11}$, O(CO)$R_{11}$, O(CO)$OR_{11}$, O(CO)$OR_{11}$, (CS)$R_{11}$, $NR_{12}$(CS)$R_{11}$, NH(CS)$NR_{11}R_{12}$, $NR_{12}$(CS)$OR_{11}$. $R_1$ is preferably aryl, substituted aryl, alkyl, substituted alkyl, alkenyl, substituted alkenyl.

$R_2$ and $R_3$ are independently selected from hydrogen, aryl, alkyl, substituted alkyl, alkenyl, substituted alkenyl, alkynyl, substituted alkynyl, halogenated alkyl, halogenated alkynyl, arylalkyl, arylalkenyl, arylalkynyl, heterocyclic aromatic or non-aromatic, substituted heterocyclic aromatic or non-aromatic, cycloalkyl, substituted cycloalkyl. $R_2$ and $R_3$ can be connected to form a cycle which can be heterocyclic aromatic or non aromatic, substituted heterocyclic aromatic or non aromatic, cycloalkyl, substituted cycloalkyl. $R_1$ and $R_2$ can be connected to form a cycle which can be heterocyclic aromatic or non aromatic, substituted heterocyclic aromatic or non aromatic.

A and B are independently selected from oxygen (O), sulfur (S) and N—$R_9$. $R_9$ is selected from hydrogen, aryl, substituted aryl, alkyl, substituted alkyl, alkenyl, substituted alkenyl, alkynyl, substituted alkynyl, halogenated alkyl, halogenated alkenyl, halogenated alkynyl, arylalkyl, arylalkenyl, arylalkynyl, heterocyclic aromatic or non-aromatic, substituted heterocyclic aromatic or non-aromatic, cycloalkyl, substituted cycloalkyl, $SO_2R_{11}$, $NR_{11}R_{12}$, $NR_{12}$(CO)$OR_{11}$, NH(CO)$NR_{11}R_{12}$, $NR_{12}$(CO)$R_{11}$, O(CO)$R_{11}$, O(CO)$OR_{11}$, O(CS)$R_{11}$, $NR_{12}$(CS)$R_{11}$, NH(CS)$NR_{11}R_{12}$, $NR_{12}$(CS)$OR_{11}$.

$R_{11}$ and $R_{12}$ are independently selected from hydrogen, alkyl, substituted alkyl, alkenyl or substituted alkenyl, alkynyl or substituted alkynyl, aryl, substituted aryl, arylalkyl, arylalkenyl, arylalkynyl, heterocyclic aromatic or non-aromatic, substituted heterocyclic aromatic or non-aromatic. $R_{11}$ and $R_{12}$ can be connected to form a cycle which can be heterocyclic aromatic or non-aromatic, substituted heterocyclic aromatic, cycloalkyl, substituted cycloalkyl.

The following definitions apply to the terms as used throughout this specification, unless otherwise limited in specific instances.

As used herein, the term "alkyl" denotes branched or unbranched hydrocarbon chains, preferably having about 1 to about 8 carbons, such as, methyl, ethyl, n-propyl, isopropyl, n-butyl, sec-butyl, isobutyl, tert-butyl, 2-methylpentyl, pentyl, hexyl, isohexyl, heptyl, 4,4-dimethylpentyl, octyl, 2,2,4-trimethylpentyl and the like. "Substituted alkyl" includes an alkyl group optionally substituted with one or more functional groups which are attached commonly to such chains, such as, hydroxyl, bromo, fluoro, chloro, iodo, mercapto or thio, cyano, alkylthio; heterocyclyl, aryl, heteroaryl, carboxyl, carbalkoyl, alkyl, alkenyl, nitro, amino, alkoxyl, amido, and the like to form alkyl groups such as trifluoromethyl, 3-hydroxyhexyl, 2-carboxypropyl, 2-fluoroethyl, carboxymethyl, cyanobutyl and the like.

Unless otherwise indicated, the term "cycloalkyl" as employed herein alone or as part of another group includes saturated or partially unsaturated (containing 1 or more double bonds) cyclic hydrocarbon groups containing 1 to 3 rings, including monocycloalkyl, bicycloalkyl and tricycloalkyl, containing a total of 3 to 20 carbons forming the rings, preferably 3 to 10 carbons, and which can be fused to 1 or 2 aromatic rings as described for aryl, which include cyclo-

TX 63.0015

US 9,388,159 B2

7

propyl, cyclobutyl, cyclopentyl, cyclohexyl, cycloheptyl, cyclooctyl, cyclodecyl and cyclododecyl, cyclohexenyl. "Substituted cycloalkyl" includes a cycloalkyl group optionally substituted with 1 or more substituents such as halogen, alkyl, alkoxy, hydroxy, aryl, aryloxy, arylalkyl, cycloalkyl, alkylamido, alkanoylamino, oxo, acyl, arylcarbonylamino, amino, nitro, cyano, thiol and/or alkylthio and/or any of the substituents included in the definition of "substituted alkyl." For example,



and the like.

Unless otherwise indicated, the term "alkenyl" as used herein by itself or as part of another group refers to straight or branched chain radicals of 2 to 20 carbons, preferably 2 to 12 carbons, and more preferably 2 to 8 carbons in the normal chain, which include one or more double bonds in the normal chain, such as vinyl, 2-propenyl, 3-butenyl, 2-butenyl, 4-pentenyl, 3-pentenyl, 2-hexenyl, 3-hexenyl, 2-heptenyl, 3-heptenyl, 4-heptenyl, 3-octenyl, 3-nonenyl, 4-decenyl, 3-undecenyl, 4-dodecenyl, 4,8,12-tetradecatrienyl, and the like. "Substituted alkenyl" includes an alkenyl group optionally substituted with one or more substituents, such as the substituents included above in the definition of "substituted alkyl" and "substituted cycloalkyl."

Unless otherwise indicated, the term "alkynyl" as used herein by itself or as part of another group refers to straight or branched chain radicals of 2 to 20 carbons, preferably 2 to 12 carbons and more preferably 2 to 8 carbons in the normal chain, which include one or more triple bonds in the normal chain, such as 2-propynyl, 3-butynyl, 2-butynyl, 4-pentynyl, 3-pentynyl, 2-hexynyl, 3-hexynyl, 2-heptynyl, 3-heptynyl, 4-heptynyl, 3-octynyl, 3-nonynyl, 4-decynyl, 3-undecynyl, 4-dodecynyl and the like. "Substituted alkynyl" includes an alkynyl group optionally substituted with one or more substituents, such as the substituents included above in the definition of "substituted alkyl" and "substituted cycloalkyl."

The terms "arylalkyl", "arylalkenyl" and "arylalkynyl" as used alone or as part of another group refer to alkyl, alkenyl and alkynyl groups as described above having an aryl substituent. Representative examples of arylalkyl include, but are not limited to, benzyl, 1- and 2-phenylethyl, 2- and 3-phenylpropyl, benzhydryl and naphthylmethyl and the like. "Substituted arylalkyl" includes arylalkyl groups wherein the aryl portion is optionally substituted with one or more substituents, such as the substituents included above in the definition of "substituted alkyl" and "substituted cycloalkyl."

The term "halogen" or "halo" as used herein alone or as part of another group refers to chlorine, bromine, fluorine, and iodine.

The terms "halogenated alkyl", "halogenated alkenyl" and "halogenated alkynyl" as used herein alone or as part of another group refers to "alkyl", "alkenyl" and "alkynyl" which are substituted by one or more atoms selected from fluorine, chlorine, bromine, and iodine.

8

Unless otherwise indicated, the term "aryl" or "Ar" as employed herein alone or as part of another group refers to monocyclic and polycyclic aromatic groups containing 6 to 10 carbons in the ring portion (such as phenyl or naphthyl including 1-naphthyl and 2-naphthyl) and can optionally include one to three additional rings fused to a carbocyclic ring or a heterocyclic ring (such as aryl, cycloalkyl, heteroaryl or cycloheteroalkyl rings).

"Substituted aryl" includes an aryl group optionally substituted with one or more functional groups, such as halo, alkyl, haloalkyl, alkoxy, haloalkoxy, alkenyl, trifluoromethyl, trifluoromethoxy, alkynyl, cycloalkyl, cycloalkylalkyl, cycloheteroalkyl, cycloheteroalkylalkyl, aryl, heteroaryl, arylalkyl, aryloxy, aryloxyalkyl, arylalkoxy, alkoxycarbonyl, arylcarbonyl, arylalkenyl, aminocarbonylaryl, arylthio, arylsulfinyl, arylazo, heteroarylalkyl, heteroarylalkenyl, heteroarylheteroaryl, heteroaryloxy, hydroxy, nitro, cyano, amino, substituted amino wherein the amino includes 1 or 2 substituents (which are alkyl, aryl or any of the other aryl compounds mentioned in the definitions), carbamoyl, alkyl carbamoyl, amidified carboxy, amidified carboxyalkyl, alkyl amidified carboxyalkyl, thiol, alkylthio, arylthio, heteroarylthio, arylthioalkyl, alkoxyarylthio, alkylcarbonyl, arylcarbonyl, alkylaminocarbonyl, arylaminocarbonyl, alkoxycarbonyl, aminocarbonyl, alkylcarbonyloxy, arylcarbonyloxy, alkylcarbonylamino, arylcarbonylamino, arylsulfinyl, arylsulfinylalkyl, arylsulfonylamino or arylsulfonaminocarbonyl and/or any of the alkyl substituents set out herein.

Unless otherwise indicated, the term "heterocyclic" or "heterocycle", as used herein, represents an unsubstituted or substituted stable 5- to 10-membered monocyclic ring system which can be saturated or unsaturated, and which consists of carbon atoms and from one to four heteroatoms selected from N, O, or S, and wherein the nitrogen and sulfur heteroatoms can optionally be oxidized; and the nitrogen heteroatom can optionally be quaternized. The heterocyclic ring can be attached at any heteroatom or carbon atom which results in the creation of a stable structure. Examples of such heterocyclic groups include, but are not limited to, piperidinyl, piperazinyl, oxopiperazinyl, oxopiperidinyl, oxopyrrolidinyl, azepinyl, oxoazepinyl, pyrrolyl, pyrrolidinyl, furanyl, thienyl, pyrazolyl, pyrazolidinyl, imidazolyl, imidazolinyl, imidazolidinyl, pyridyl, pyrazinyl, pyrimidinyl, pyridazinyl, oxazolyl, oxazolidinyl, isoxazolyl, isoxazolidinyl, morpholinyl, thiazolyl, thiazolidinyl, isothiazolyl, thiadiazolyl, tetrahydropyranyl, thiamorpholinyl, thiamorpholinyl sulfoxide, thiamorpholinyl sulfone, and oxadiazolyl. The term "heterocyclic aromatic" as used here in alone or as part of another group refers to a 5- or 7-membered aromatic ring which includes 1, 2, 3 or 4 hetero atoms such as nitrogen, oxygen or sulfur and such rings fused to an aryl, cycloalkyl, heteroaryl or heterocycloalkyl ring (e.g., benzothiophenyl, indolyl), and includes possible N-oxides. "Substituted heteroaryl" includes a heteroaryl group optionally substituted with 1 to 4 substituents, such as the substituents included above in the definition of "substituted alkyl" and "substituted cycloalkyl." Examples of heteroaryl groups include the following:

US 9,388,159 B2

9

-continued



and the like.

The compounds of formula II can be present as salts, which are also within the scope of this invention. Pharmaceutically acceptable (i.e., non-toxic, physiologically acceptable) salts are preferred. If the compounds of formula II have, for example, at least one basic center, they can form acid addition salts. These are formed, for example, with strong inorganic acids, such as mineral acids, for example sulfuric acid, phosphoric acid or a hydrohalic acid, with strong organic carboxylic acids, such as alkanecarboxylic acids of 1 to 4 carbon atoms which are unsubstituted or substituted, for example, by halogen, for example acetic acid, such as saturated or unsaturated dicarboxylic acids, for example oxalic, malonic, succinic, maleic, fumaric, phthalic or terephthalic acid, such as hydroxycarboxylic acids, for example ascorbic, glycolic, lactic, malic, tartaric or citric acid, such as amino acids, (for example aspartic or glutamic acid or lysine or arginine), or benzoic acid, or with organic sulfonic acids, such as (C1-C4) alkyl or arylsulfonic acids which are unsubstituted or substituted, for example by halogen, for example methyl- or p-toluene-sulfonic acid. Corresponding acid addition salts can also be formed having, if desired, an additionally present basic center. The compounds of formula II having at least one acid group (for example COOH) can also form salts with bases. Suitable salts with bases are, for example, metal salts, such as alkali metal or alkaline earth metal salts, for example sodium, potassium or magnesium salts, or salts with ammonia or an organic amine, such as morpholine, thiomorpholine, piperidine, pyrrolidine, a mono, di or tri-lower alkylamine, for example ethyl, tert-butyl, diethyl, diisopropyl, triethyl, tributyl or dimethyl-propylamine, or a mono, di or trihydroxy lower alkylamine, for example mono, di or triethanolamine. Corresponding internal salts can furthermore be formed. Salts which are unsuitable for pharmaceutical uses but which can be employed, for example, for the isolation or purification of free compounds of formula II or their pharmaceutically acceptable salts, are also included. Preferred salts of the compounds of formula II which contain a basic group include monohydrochloride, hydrogensulfate, methanesulfonate, phosphate or nitrate. Preferred salts of the compounds of formula II which contain an acid group include sodium, potassium and magnesium salts and pharmaceutically acceptable organic amines.

10

The term "modulator" used in this invention refers to a chemical compound with capacity to either enhance (e.g., "agonist" activity) or inhibit (e.g., "antagonist" activity) a functional property of biological activity or process (e.g., enzyme activity or receptor binding); such enhancement or inhibition can be contingent on the occurrence of a specific event, such as activation of a signal transduction pathway, and/or can be manifest only in particular cell types.

The term "prodrug esters" as employed herein includes imines, esters and carbonates formed by reacting one or more hydroxyls of compounds of formula II with alkyl, alkoxy, or aryl substituted acylating agents employing procedures known to those skilled in the art to generate acetates, pivalates, methylcarbonates, benzoates and the like. Any compound that can be converted in vivo to provide the bioactive agent (i.e., the compound of formula II) is a prodrug within the scope and spirit of the invention. Various forms of prodrugs are well known in the art. A comprehensive description of prodrugs and prodrug derivatives are described in: (1) The Practice of Medicinal Chemistry, Camille G. Wermuth et al., Ch 31, (Academic Press, 1996); (2) Design of Prodrugs, edited by H. Bundgaard, (Elsevier, 1985); (3) A Textbook of Drug Design and Development, P. Krogsgaard-Larson and H. Bundgaard, eds. Ch 5, pgs 113-191 (Harwood Academic Publishers, 1991).

Synthesis

The compounds of formula II of the invention can be prepared as shown in the following reaction schemes and description thereof, as well as relevant published literature procedures that can be used by one skilled in the art. Exemplary reagents and procedures for these reactions appear hereinafter and in the working Examples.



Scheme 1

TX 63.0017

US 9,388,159 B2

**11**

As illustrated in Scheme 1, compounds of formula A4 can be prepared from intermediate A3 with an appropriate electrophile. Intermediates of formula A3 can be obtained by reacting intermediates A1 with A2 in an appropriate solvent such as N,N-dimethylformamide. Intermediates A1 and A2 can be obtained commercially, can be prepared by methods known in the literature, or can be readily prepared by one skilled in the art. Compounds of formula A3 can be treated with acid to afford compounds of formula A5. Compounds of formula A5 can be treated with Lawesson's reagent to obtain compounds of formula A6.

Scheme 2: Synthesis of A51



Synthesis of 3-(trifluoromethyl)pyridine-N-oxide, A8

To a mixture of 3-(trifluoromethyl)pyridine A7 (1.47 g, 10 mmol) and methyltrioxorhenium (0.0025 g, 0.01 mmol) in dichloromethane (2 ml) was added 30% hydrogen peroxide (4 ml). The mixture was stirred at room temperature for 5 hours. A small portion of MnO₂ (3 mg) was added and the medium was stirred for an additional 1 hour and then dichloromethane was added (50 ml). The medium was washed with brine, dried over MgSO₄ and concentrated to obtain compound A8 as an off-white powder (1.56 g, 9.6 mmol, 96%). $^1$H NMR (400 MHz, CDCl₃) δ 7.22-7.23 (m, 2H), 8.15 (d, J=3.6, 1H), 8.23 (s, 1H); $^{13}$C NMR (100 MHz, CDCl₃) δ 120.50 (q, J=3.5 Hz), 121.58 (q, 271.4 Hz), 126.48, 130.10 (q, J=34.5 Hz), 136.52 (q, J=3.7 Hz), 141.89.

Synthesis of 2-cyano-3-(trifluoromethyl)pyridine, A9

To a solution of 3-(trifluoromethyl)pyridine-N-oxide A8 (1.3 g, 8 mmol) in acetonitrile was added trimethylsilyl cya-

**12**

nide (0.99 g, 10 mmol) and triethylamine (2.02 g, 20 mmol). The mixture was stirred at room temperature for 24 hours and then was washed with saturated Na₂CO₃ and extracted with dichloromethane. The organic layer was dried over MgSO₄ and concentrated to yield a brown residue which was chromatographed (EtOAc:Pentane, 1:2). Compound A9 was obtained as a light yellow solid (0.715 g, 4.16 mmol, 52%). NMR (400 MHz, CDCl₃) δ 7.73 (dd, J=8.0 Hz, J₂=4.8 Hz, 1H), 8.15 (d, J=8.0 Hz, 1H), 8.91 (d, J=4.8 Hz, 1H); $^{13}$C NMR (100 MHz, CDCl₃) δ 114.18, 121.74 (q, J=272.3 Hz), 126.65, 130.45 (q, J=33.8 Hz), 131.25, 134.66 (q, J=4.2 Hz), 153.44.

Synthesis of 2-cyano-3-(trifluoromethyl)-5-nitropyridine, A10

To a mixture of A9 (0.688 g, 4 mmol) and tetramethylammonium nitrate (1.09 g, 8 mmol) in 1,2-dichloroethane was added trifluoroacetic anhydride (1.68 g, 8 mmol). The mixture was sealed and heated to 60° C. for 48 hours. The mixture was washed with saturated sodium bicarbonate and extracted with ethyl acetate. The organic layer was dried over MgSO₄ and concentrated to yield a yellow residue which was chromatographed (EtOAc:pentane, 1:4) to yield compound A10 (0.095 g, 0.44 mmol, 11%) and the remaining starting material. $^1$H NMR (400 MHz, CDCl₃) δ 8.91 (d, J=2.4 Hz, 1H), 9.69 (d, J=2.4 Hz, 1H); $^{13}$C NMR (100 MHz, CDCl₃) δ 112.70, 120.65 (q, J=273.5 Hz), 129.11, 130.40 (q, J=4.9 Hz), 131.58 (q, J=35.5 Hz), 144.22, 148.23.

Synthesis of 2-cyano-3-(trifluoromethyl)-5-aminopyridine, A11

A mixture of 2-cyano-3-(trifluoromethyl)-5-nitropyridine A10 (0.095 g, 0.44 mmol) and iron powder (0.112 g, 2 mmol) in ethyl acetate (1 ml) and acetic acid (1 ml) was heated for 15 hours. The solid particle was filtered through Celite and the filtrate was concentrated and chromatographed (EtOAc:pentane, 1:1) to yield compound A11 (0.075 g, 0.4 mmol, 91%). $^1$H NMR (400 MHz, CDCl₃) δ 6.36 (bs, 2H), 7.38 (d, J=2.4 Hz, 1H), 8.26 (d, J=2.4 Hz, 1H).

Alternatively, 2-cyano-3-(trifluoromethyl)-5-nitropyridine A10 can be reacted with hydrogen over Raney-Ni to obtain 2-cyano-3-(trifluoromethyl)-5-aminopyridine, A11.

Synthesis of 5-isothiocyanato-3-trifluoromethylpyridine-2-carbonitrile, A12

To a heterogeneous mixture of 2-cyano-3-(trifluoromethyl)-5-nitropyridine A11 (0.075 g, 0.4 mmol) in water (2 ml) was added thiophosgene (50 μl). The mixture was stirred for 2 hours and then washed with water and extracted with chloroform. The organic layer was dried over MgSO₄ and concentrated to yield compound A12 (0.087 g, 0.38 mmol, 95%). $^1$H NMR (400 MHz, CDCl₃) δ 7.85 (d, J=2.4 Hz, 1H), 8.72 (d, J=2.4 Hz, 1H); $^{13}$C NMR (100 MHz, CDCl₃) δ 113.61, 121.04 (q, J=273.1 Hz), 127.41, 130.38 (q, J=4.3 Hz), 131.44 (q, J=34.4 Hz), 133.55, 144.75, 150.30.

Synthesis of 1-(4-methylphenyl)aminocyclobutanenitrile, B1

Trimethylsilyl cyanide (0.93 ml, 7 mmol) was added dropwise to a mixture of p-toluidine (0.535 g, 5 mmol) and cyclobutanone (0.42 g, 6 mmol). The reaction mixture was stirred at room temperature for 6 h and then concentrated under vacuum to obtain a brown liquid which was subjected

TX 63.0018

US 9,388,159 B2

13

14

to chromatography (dichloromethane) to yield B1 (0.912 g, 4.9 mmol, 98%) as a yellowish solid.

### Synthesis of 5-(8-oxo-6-thioxo-5-(4-methylphenyl)-5,7-diazaspiro[3.4]oct-7yl)-3-trifluoromethylpyri-dine-2-carbonitrile, A51

A mixture of A12 (0.057 g, 0.265 mmol) and B1 (0.05 g, 0.265 mmol) in DMF (0.5 ml) was stirred at room temperature for 24 h. To this mixture were added methanol (2 ml) and aq. 2N HCl (1 ml). The second mixture was refluxed for 2 h. After being cooled to room temperature, the reaction mixture was poured into cold water (10 ml) and extracted with ethyl acetate (20 ml). The organic layer was dried over MgSO₄, concentrated and chromatographed (dichloromethane) to yield compound A51 (0.066 g, 0.159 mmol, 60%) as a white powder.



$^1$H NMR (CDCl₃, 400 MHz) δ 1.63-1.73 (m, 1H), 2.17-2.28 (m, 1H), 2.47 (s, 3H), 2.55-2.71 (m, 4H), 7.21 (d, J=8.4 Hz, 2H), 7.41 (d, J=8.4 Hz, 2H), 8.39 (d, J=2.0 Hz, 1H), 9.11 (d, J=2.0 Hz, 1H); $^{13}$C NMR (CDCl₃, 100 MHz) δ 13.70, 21.38, 31.46, 67.61, 113.88, 121.36 (q, J=272.9 Hz), 129.45, 129.73, 130.40 (q, J=34.3 Hz), 130.86, 132.14, 132.53, 134.04 (q, J=4.3 Hz), 140.33, 152.37, 174.74, 179.17.

### N-methyl-4-(1-cyanocyclobutylamino)-2-fluoroben-zamide, B2

Sodium cyanide (1.47 g, 30 mmol) was added to a mixture of N-methyl 4-amino-2-fluorobenzamide (1.68 g, 10 mmol) and cyclobutanone (1.4 g, 20 mmol) in 90% acetic acid (20 ml). The reaction mixture was stirred at 80° C. for 24 hours. The mixture was washed with water and extracted with ethyl acetate. The organic layer was dried over magnesium sulfate and concentrated to dryness under vacuum. The solid was washed with a 50:50 mixture of ethyl ether and hexane (10 ml) to remove cyclobutanone cyanohydrin to afford after filtration B2 (2.19 g, 8.87 mmol, 89%). $^1$H NMR (CDCl₃, 400 MHz) δ 1.87-1.95 (m, 1H), 2.16-2.27 (m, 1H), 2.35-2.41 (m, 2H), 2.76-2.83 (m, 2H), 2.97 (d, J=4.4 Hz, 3H), 4.68 (bs, 1H), 6.29 (dd, J=14.3, 1.8 Hz, 1H), 6.48 (dd, J=8.3, 1.8 Hz, 1H), 6.75 (q, J=4.4 Hz, 1H), 7.90 (dd, J=8.3, 8.3 Hz, 1H); $^{13}$C NMR (CDCl₃, 100 MHz) δ 15.7, 26.7, 33.9, 49.4, 100.2 (d, J=29.5 Hz), 110.6, 111.0 (d, J=11.8 Hz), 133.1 (d, J=4.2 Hz), 148.4 (d, J=12.0 Hz), 162.0 (d, J=244.1 Hz), 164.4 (d, J=3.6 Hz).

### Synthesis of 4-[7-(6-cyano-5-trifluoromethylpyridin-3-yl)-8-oxo-6-thioxo-5,7-diazaspiro[3.4]oct-5-yl]-2-fluoro-N-methylbenzamide, A52

A mixture of A12 (0.03 g, 0.13 mmol) and B2 (0.032 g, 0.13 mmol) in DMF (0.5 ml) was heated under microwave irradiation at 80° C. for 20 hours. To this mixture was added methanol (2 ml) and aq. 2N HCl (1 ml). The second mixture was refluxed for 2 hours. After being cooled to room tempera-

ture, the reaction mixture was poured into cold water (10 ml) and extracted with ethyl acetate (15 ml). The organic layer was dried over MgSO₄, concentrated and chromatographed (dichloromethane:acetone, 95:5) to yield A52 (0.022 g, 0.046 mmol, 35%) as a white powder.



$^1$H NMR (CDCl₃, 400 MHz) δ 1.66-1.76 (m, 1H), 2.19-2.31 (m, 1H), 2.51-2.60 (m, 2H), 2.67-2.75 (m, 2H), 3.07 (d, J=4.9 Hz, 3H), 6.75 (q, J=4.8 Hz, 1H), 7.17 (dd, J=11.4, 1.9 Hz, 1H), 7.26 (dd, J=8.3, 1.9 Hz, 1H), 8.31 (dd, J=8.3, 8.3 Hz, 1H), 8.34 (d, J=2.1 Hz, 1H), 9.08 (d, J=2.1 Hz, 1H); $^{13}$C NMR (CDCl₃, 100 MHz) δ 13.6, 27.0; 31.7, 67.6, 113.7, 118.1, 118.4, 121.4 (q, J=272.9 Hz), 126.5, 130.0, 130.5 (q, J=34.5 Hz), 132.2, 133.7, 134.0, (q, J=4.2 Hz), 138.7 (d, J=10.7 Hz), 152.2, 160.5 (d, J=249.4 Hz), 162.6, 174.1, 179.0; $^{19}$F NMR (CDCl₃, 100 MHz) δ –110.94, –62.57.

### Scheme 3: Synthesis of A52

In other embodiments, the present invention is directed to the method of synthesizing A52 described below. In some embodiments, Examples 1-8 can be performed sequentially to synthesize A52. However, as one of skill in the art will appreciate, this invention is not limited to the steps in Examples 1-8 as equivalent steps to those below are also encompassed by the present invention. Persons skilled in the art will recognize additional compounds that can be prepared utilizing similar methodology.

### Synthesis of 3-(trifluoromethyl)pyridin-2(1H)-one, 2



A solution of 2-chloro-3-(trifluoromethyl)pyridine 1 (5.00 g, 27.54 mmol) in a mixture of glacial acetic acid (50 ml) and water (5 ml) was refluxed for 7 days. The mixture was diluted with water (100 ml) and 6N aqueous NaOH was added until a pH of about 5 to about 6 was reached. The mixture was extracted with ethyl acetate (3×40 ml), the combined organic phases were dried over Na₂SO₄, and then all solvents were removed under reduced pressure. The resulting residue was dissolved in ethyl acetate and hexane was added to precipitate a product. After filtration, 3-(trifluoromethyl)pyridin-2(1H)-one 2 was obtained as an off-white powder (4.16 g, 25.51 mmol, 93%).

TX 63.0019

US 9,388,159 B2

15

[1]H NMR (400 MHz, DMSO) δ 12.31 (bs, 1H), 7.91 (d, J=7.1 Hz, 1H), 7.69 (d, J=6.4 Hz, 1H), 6.30 (t, J=6.7 Hz, 1H).[1]

Synthesis of
5-nitro-3-(trifluoromethyl)pyridin-2(1H)-one, 3



A mixture of 3-(trifluoromethyl)pyridin-2(1H)-one 2 (2.00 g, 12.26 mmol) and sulfuric acid (H₂SO₄, 3.5 ml, 30%) was heated to 90° C. and nitric acid (HNO₃, 2.5 ml, 65%) was added. The mixture was stirred at 90° C. for 8 hours and additional nitric acid (1 ml, 65%) was added. The mixture was stirred for an additional 6 hours at 90° C. and was then poured into a beaker containing ice (30 ml). The mixture was diluted with water (30 ml) and 6N aqueous NaOH was added until a pH of about 4 to about 5. The mixture was extracted with ethyl acetate (3×40 ml), the combined organic phases dried over Na₂SO₄, and all solvents were removed under reduced pressure. The residue was dissolved in ethyl acetate and the product precipitated by the addition of hexane. After filtration, 5-nitro-3-(trifluoromethyl)pyridin-2(1H)-one 3 was obtained as a yellow powder (1.58 g, 7.59 mmol, 62%).

[1]H NMR (400 MHz, DMSO) δ 13.47 (bs, 1H), 8.95 (d, J=2.7 Hz, 1H), 8.46 (d, J=2.5 Hz, 1H).[2]

Synthesis of
2-chloro-5-nitro-3-(trifluoromethyl)pyridine, 4



A mixture of 5-nitro-3-(trifluoromethyl)pyridin-2(1H)-one 3 (1.50 g, 7.21 mmol), POCl₃ (2.76 g, 18.02 mmol) and PCl₅ (1.4 g, 10.09 mmol) is heated to about 110-120° C. for 8 hours and then poured into ice water. The mixture is neutralized with solid NaHCO₃ and extracted with ethyl acetate (3×40 ml). The combined organic phases is dried over Na₂SO₄ and all solvents removed under reduced pressure to obtain 2-chloro-5-nitro-3-(trifluoromethyl)pyridine 4.

Synthesis of
6-chloro-5-(trifluoromethyl)pyridin-3-amine, 5



16

2-Chloro-5-nitro-3-(trifluoromethyl)pyridine 4 (1.57 g, 6.93 mmol) is dissolved in tetrahydrofuran (THF) (10 ml) and added to a suspension of Raney-Ni (200 mg) in THF (20 ml). Hydrogen gas is slowly bubbled through the stirred solution for 24 hours using a balloon. The mixture is filtered through Celite® (available from World Minerals, Inc., Lompoc, Calif.) and the solvent is removed under reduced pressure to obtain 6-chloro-5-(trifluoromethyl)pyridin-3-amine 5.

Synthesis of 1,1-dimethylethylcarbamate
N-6-chloro-5-(trifluoromethyl)pyridin-3-yl, 6



The crude 6-chloro-5-(trifluoromethyl)pyridin-3-amine 5 (1.3 g crude. 6.61 mmol) is dissolved in pyridine (10 ml) and 4-dimethylaminopyridine (DMAP) (50 mg) is added. Di-tert-butyl dicarbonate (2.17 g) is added dropwise and mixture stirred at 22° C. for 4 hours. Toluene (20 ml) is added and all solvents is removed under reduced pressure. The residue is filtered through a plug of silica gel (hexane/ethyl acetate 2:1) to obtain tert-butyl N-6-chloro-5-(trifluoromethyl)pyridin-3-ylcarbamate 6.

Synthesis of 5-amino-3-(trifluoromethyl)pyridine-2-
carbonitrile, 8



The crude tert-butyl N-6-chloro-5-(trifluoromethyl)pyridin-3-ylcarbamate 6 (2.4 g, 6.61 mmol) is dissolved in dimethylacetamide (DMA) (25 ml) and phenanthroline (120 mg, 0.66 mmol) is added. The mixture is heated to 80° C. and KCN (0.47 g, 7.27 mmol) is added. After stirring the mixture stirred for 10 min, CuCN (118 mg, 0.13 mmol) is added and the mixture stirred for 2 hours at 110° C. The cooled mixture is poured into a phosphate buffer (150 ml, pH 7), ethyl acetate (50 ml) is added and the mixture is filtered through Celite®. The layers are separated and the aqueous phase is extracted with ethyl acetate (3×40 ml). The combined organic phases are washed with saturated aqueous NaCl (4×30 ml), dried over Na₂SO₄ and all solvents removed under reduced pressure to produce the crude N-t-butoxycarbonyl nitrile 7.

The crude N-t-butoxycarbonyl nitrile 7 is dissolved in dichloromethane (20 ml) and trifluoroacetic acid (TFA) (4 ml is added. The mixture is stirred for 3 hours and evaporated. The residue is purified by column chromatography on silica

US 9,388,159 B2

17

18

gel (hexane/ethyl acetate 2:1) to obtain 5-amino-3-(trifluoromethyl)pyridine-2-carbonitrile 8.

Synthesis of 5-isothiocyanato-3-(trifluoromethyl)
pyridine-2-carbonitrile, 9



5-Amino-3-(trifluoromethyl)pyridine-2-carbonitrile     8
(1.141 g, 6.1 mmol) is mixed with chloroform (5 ml) and water (40 ml) to give a white suspension. Thiophosgene (0.701 ml, 9.15 mmol) is added and the reaction stirred for 2 hours at 22° C. to give a clear biphasic system. Chloroform (20 ml) is added and the phases are separated. The aqueous layer is extracted with chloroform (30 ml) and the combined organic is washed with saturated aqueous NaHCO₃ and water, dried over MgSO₄ and the solvent is removed under reduced pressure. The crude 5-isothiocyanato-3-(trifluoromethyl)pyridine-2-carbonitrile 9 is dried under vacuum and used as such in the next step, for example, in the step described in Example 8 below.

Synthesis of 4-(7-(6-cyano-5-(trifluoromethyl)pyridin-3-yl)-8-oxo-6-thioxo-5,7-diazaspiro[3.4]octan-5-yl)-2-fluoro-N-methylbenzamide 11, A52



Crude 5-isothiocyanato-3-(trifluoromethyl)picolinonitrile 9 (1.390 g, 6.07 mmol) is placed in a 50 mL round-bottomed flask and 4-(1-cyanocyclobutylamino)-2-fluoro-N-methyl-

benzamide 10 (0.5 g, 2.022 mmol) is added to the flask. The mixture is left under vacuum (using an oil pump) for 1 hour. N,N-dimethylformamide (DMF) (6 ml) is added, the flask sealed under argon with a stopper and heated to 80° C. in a CEM microwave reactor for 20 hours. Methanol (10 ml) and 2N HCl (6 ml) is added and the mixture is refluxed for 2 hours. The mixture is diluted with water (30 ml) and saturated aqueous NaHCO₃ (30 ml) is added. The mixture is extracted with ethyl acetate (3×20 ml).

The combined organic layers is washed with saturated aqueous NaCl (20 ml), dried over. Na₂SO₄, filtered and concentrated under reduced pressure. The crude product is purified by column chromatography on silica gel (dichloromethane/acetone 95:5) to obtain 4-(7-(6-cyano-5-(trifluoromethyl)pyridin-3-yl)-8-oxo-6-thioxo-5,7-diazaspiro[3.4]octan-5-yl)-2-fluoro-N-methylbenzamide 11.

Scheme 4: Synthesis of A52

Example 1

Synthesis of
2-bromo-5-nitro-3-(trifluoromethyl)pyridine, 21



5-nitro-3-(trifluoromethyl)pyridin-2(1H)-one     3     is obtained by the routes provided in Examples 1 and 2 of Scheme 3, above.

A mixture of 5-nitro-3-(trifluoromethyl)pyridin-2(1H)-one 3, POBr₃ (1.5 equivalents), PBr₃ (4 equivalents), and Br₂ (2 equivalents) is heated to about 90-110° C. and is then poured into ice water. The mixture is neutralized and extracted. The combined organic phases are dried over Na₂SO₄ and all solvents removed under reduced pressure to obtain 2-bromo-5-nitro-3-(trifluoromethyl)pyridine 21 in a yield of 88%.

Alternatively, POBr₃ is substituted by POCl₃ to yield a mixture in the product having a ratio of bromine to chlorine substituents of 6:1 or better.

Synthesis of 5-nitro-3-(trifluoromethyl)pyridine-2-carbonitrile, 22

US 9,388,159 B2

**19**

-continued



22

The crude 2-bromo-5-nitro-3-(trifluoromethyl)pyridine 21 is dissolved in dimethylacetamide (DMA) and phenanthroline (0.2 equivalents) is added. The mixture is heated to 160° C. and CuCN (2 equivalents) is added. The mixture is stirred for 40 minutes. Chromatography is performed to produce the 5-nitro-3-(trifluoromethyl)pyridine-2-carbonitrile 22 in a yield of 67%.

Synthesis of 5-amino-3-(trifluoromethyl)pyridine-2-carbonitrile, 8



A mixture of 5-nitro-3-(trifluoromethyl)pyridine-2-carbonitrile 22 and iron powder in acetic acid is heated. 5-amino-3-(trifluoromethyl)pyridine-2-carbonitrile, 8 is obtained in a yield of 91%.

Synthesis of 4-(7-(6-cyano-5-(trifluoromethyl)pyridin-3-yl)-8-oxo-6-thioxo-5,7-diazaspiro[3.4]octan-5-yl)-2-fluoro-N-methylbenzamide 11, A52

5-amino-3-(trifluoromethyl)pyridine-2-carbonitrile 8 is treated as discussed in Example 7 of Scheme 3, above, to obtain 5-isothiocyanato-3-(trifluoromethyl)pyridine-2-carbonitrile 9.

5-isothiocyanato-3-(trifluoromethyl)pyridine-2-carbonitrile, 9 is reacted with 4-(1-cyanocyclobutylamino)-2-fluoro-N-methylbenzamide 10 as discussed in Example 8 of Scheme 3, above, to obtain 4-(7-(6-cyano-5-(trifluoromethyl)pyridin-3-yl)-8-oxo-6-thioxo-5,7-diazaspiro[3.4]octan-5-yl)-2-fluoro-N-methylbenzamide 11 (A52).

Scheme 5: Alternative Synthesis of A52

Synthesis of 3-(trifluoromethyl)-5-isothiocyanatopyridine-2-carbonitrile (A)



**20**

-continued



A solution of 2-hydroxy-3-(trifluoromethyl)pyridine C in a mixture of N-iodosuccinimide (NIS), acetonitrile, and dimethylformamide (DMF) is heated at 80° C. for 2 hours to produce 2-hydroxy-3-trifluoromethyl-5-(iodo)pyridine I (greater than 80% yield). The 2-hydroxy-3-trifluoromethyl-5-(iodo)pyridine I is then mixed with POCl₃ in DMF and heated to 130° C. in a microwave for 20 minutes to produce 2-chloro-3-trifluoromethyl-5-(iodo)pyridine J (yield of 50 to 55%). The 2-chloro-3-trifluoromethyl-5-(iodo)pyridine K is reacted in a solution of pMBnNH₂, palladium(II) acetate, 2,2'-bis(diphenylphosphino)-1,1'-binaphthyl (BINAP), triethylamine, and cesium carbonate in toluene to produce 5-((4-methoxyphenyl)methylamino)-2-chloro-3-(trifluoromethyl)pyridine K (yield of 40%). The 5-((4-methoxyphenyl)methylamino)-2-chloro-3-(trifluoromethyl)pyridine K is reacted in a solution of zinc cyanide, tris(dibenzylideneacetone)dipalladium (Pd₂(dba)₃), and 1,1'-bis(diphenylphosphino)ferrocene (dppf) in DMF to provide 5-(4-methoxybenzylamine)-2-cyano-3-(trifluoromethyl)pyridine K (yield of 92%). The 5-(4-methoxybenzylamine)-2-cyano-3-(trifluoromethyl)pyridine K is reacted in a solution of dichloromethane and trifluoroacetic acid to provide 2-cyano-3-tri-

TX 63.0022

US 9,388,159 B2

21

fluoromethyl-5-(amino)pyridine H (yield greater than 95%). The 2-cyano-3-trifluoromethyl-5-(amino)pyridine H is reacted with thiophosgene in water at 25° C. for 2 hours to provide 5-isothiocyanato-3-(trifluoromethyl)pyridine-2-carbonitrile A (yield of 74% to 95%).

Synthesis of 4-(1-cyanocyclobutylamino)-2-fluoro-N-methylbenzamide intermediate B



A solution of 2,4-difluoro-benzoylchloride D in a solution of methylamine and tetrahydrofuran (THF) is allowed to react to produce 2,4-difluoro-N-methylbenzamide M (quantitative yield). The 2,4-difluoro-N-methylbenzamide M is mixed with in a solution of acetonitrile and 4-methoxy-benzenemethanamine and heated in a microwave for 20 minutes at 190° C. to produce 2-fluoro-4-(4-methoxybenzylamino)-N-methylbenzamide S (yield of 40%). The 2-fluoro-4-(4-methoxybenzylamino)-N-methylbenzamide S is reacted in a solution of dichloromethane and trifluoroacetic acid to produce 2-fluoro-4-amino-N-methylbenzamide T (yield greater than 95%). The 2-fluoro-4-amino-N-methylbenzamide T is

22

reacted with a solution of sodium cyanide and cyclobutanone to produce 4-(1-cyanocyclobutylamino)-2-fluoro-N-methylbenzamide B.

Coupling of A and B to produce 4-(7-(6-cyano-5-(trifluoromethyl)pyridin-3-yl)-8-oxo-6-thioxo-5,7-diazaspiro[3,4]octan-5-yl)-2-fluoro-N-methylbenzamide, A52



5-isothiocyanato-3-(trifluoromethyl)pyridine-2-carbonitrile, 9, A is reacted with 4-(1-cyanocyclobutylamino)-2-fluoro-N-methylbenzamide B in DMF solution by heating in a microwave at 80° C. for 20 hours. Methanol and hydrochloric acid are then added and the reaction allowed to proceed for 2 hours to produce 4-(7-(6-cyano-5-(trifluoromethyl)pyridin-3-yl)-8-oxo-6-thioxo-5,7-diazaspiro[3.4]octan-5-yl)-2-fluoro-N-methylbenzamide, A52 (yield 35 to 87%).

Activity

Utility

The compounds of the present invention modulate the function of the nuclear hormone receptors, particularly the androgen receptor, and include compounds which are, for example, selective agonists or selective antagonists of the androgen receptor (AR). Thus, the present compounds are useful in the treatment of AR-associated conditions. An "AR-associated condition," as used herein, denotes a condition or disorder which can be treated by modulating the function or activity of an AR in a subject, wherein treatment comprises prevention, partial alleviation or cure of the condition or disorder. Modulation can occur locally, for example, within certain tissues of the subject, or more extensively throughout a subject being treated for such a condition or disorder. Preferably, the compounds with potent antagonistic activity are used for the treatment of androgen related prostate cancer.

TX 63.0023

US 9,388,159 B2

23

Combination

The present invention includes within its scope pharmaceutical compositions comprising, us an active ingredient, a therapeutically effective amount of at least one of the compounds of formula II, alone or in combination with a pharmaceutical carrier or diluent. Optionally, compounds of the present invention can be used alone, in combination with other compounds of the invention, or in combination with one or more other therapeutic agent(s), e.g., an antibiotic or other pharmaceutically active material.

Pharmacological Assay

The compounds in this invention were identified through screening on hormone sensitive and hormone refractory prostate cancer cells for antagonistic and agonistic activities. The compounds with antagonist activity are potential drugs for the treatment of prostate cancer, both hormone sensitive and hormone refractory.

The biological activity of the compound of formula II was measured by secreted levels of prostate specific antigen (PSA). It is well established that PSA levels are indicators of AR activities in prostate cancer. To examine if the compounds affect AR function in a physiological environment, we determined secreted levels of endogenous PSA induced by R1881 in the hormone sensitive (HS) and hormone refractory (HR) prostate cancer cells. HR cells are LNCaP cells engineered to express elevated levels of androgen receptor protein (LNCaP/AR cells), analogous to levels observed in patients with HR cancer who relapse while taking current antiandrogens such as bicalutamide, which acquire agonist properties when AR is highly expressed. LNCaP cells (or LNCaP/AR cells) were maintained in Iscove's medium containing 10% FBS. Five days prior to drug treatment, the cells were grown in Iscove's medium containing 10% CS-FBS to deprive of androgens. The cells were split and grown in Iscove's medium containing 10% CS-FBS with appropriate concentrations of R1881 and the test compounds. After 5 days of incubation, secreted PSA levels were assayed using PSA ELISA kits (American Qualex, San Clemente, Calif.) (See FIG. 1 and FIG. 3). The MTS assay was also used to examine the growth inhibition of the compounds of formula II (See FIG. 2).

Pharmacokinetic Data

The pharmacokinetics of A52 was evaluated in vivo using 8 week-old FVB mice which were purchased from Charles River. Laboratories. Mice were divided into groups of three for each time point (See FIG. 4). Two mice were not treated with drug and two other mice were treated with vehicle solution. Each group was treated with 10 mg per kilogram of body weight. The drug was dissolved in a mixture 50:10:1:989 of DMSO:Carboxymethylcellulose:T Tween 80: $H_2O$ (Vehicle solution) and was administered orally. After drug administration, the animals were euthanized via $CO_2$ inhalation at different timepoints: 1 min, 5 min, 15 min, 30 min, 2 h, 4 h, 8 h, 16 h. Animals were immediately bleed after exposure to $CO_2$ via cardiac puncture (1 ml BD syringe+27 G ⅝ needle).

The serum samples were analyzed to determine the drug's concentration by the HPLC which (Waters 600 pump, Waters 600 controller and Waters 2487 detector) was equipped with an Alltima C18 column (3μ, 150 mm×4.6 mm). All RD compounds were detected at 254 nm wave length and bicalutamide was detected at 270 nm wave length.

The samples for HPLC analysis were prepared according to the following procedure:

Blood cells were separated from serum by centrifugation.

To 400 μl of serum were added 80 μl of a 10 μM solution of RD75 in acetonitrile as internal standard and 520 μl of acetonitrile. Precipitation occurred.

24

The mixture was vortexed for 3 minutes and then placed under ultrasound for 30 minutes.

The solid particles were filtered off or were separated by centrifugation.

The filtrate was dried under an argon flow to dryness. The sample was reconstituted to 80 μl with acetonitrile before analyzing by HPLC to determine the drug concentration.

Standard curve of drug was used to improve accuracy.

In Vivo Assay

All animal experiments were performed in compliance with the guidelines of the Animal Research Committee of the University of California at Los Angeles. Animals were bought from Taconic and maintained in a laminar flow tower in a defined flora colony. LNCaP-AR and LNCaP-vector cells were maintained in RPMI medium supplemented with 10% FBS. $10^6$ cells in 100 μl of 1:1 Matrigel to RPMI medium were injected subcutaneously into the flanks of intact or castrated male SCID mice. Tumor size was measured weekly in three dimensions (length×width×depth) using calipers. Mice were randomized to treatment groups when tumor size reached approximately 100 mm³. Drugs were given orally everyday at the dose of 10 mg/kg. (See FIG. 5 and FIG. 6) At a daily dose of 10 mg/kg, compounds A51 and A52 were found to completely retard tumor growth.

Other doses were also tried. At a daily dose of 1 mg/kg, compounds A51 and A52 were found to have a mild effect. At a daily dose of 25-50 mg/kg, compounds A51 and A52 were found induce some tumor cytotoxicity.

Prostate cancer cell lines were used for xenografts. For example, a LNCaP xenograft, LAPC4 xenograft, LAPC9 xenograft, and xenografts of the hormone refractory counterparts of these cell lines were made. Other cell lines included V-cap, CWR22 and LAPC4 cell lines. Two cell lines that over express the androgen receptor were generated, LNCaP AR and LAPC4 AR. Prostate cancer progression in these engineered cell lines was found to differ from their parental counterparts. Under androgen ablation, the LNCaP AR and LAPC4 AR lines continued to grow, thus behaving like hormone refractory cells.

Some of the cell lines were found to not take well in mice in tumor formation when xenografted. However, with LNCaP, 2 million cells gave a 95% take. As few as 1 million cells can be used. These cells required at least 25% Matrigel but no more than 50%. Since high concentrations of cells are required for good tumor take rate, a 27 G needle was found to be the smallest appropriate needle.

The LAPC4 cell line was found to be very difficult to grow in animals. The cells need to be resuspended and filtered through a micron mesh filter, for example, a 40-100 micron mesh filter, because they frequently form large aggregates. Resuspending and running through a filter helps normalize the cell number between each animal and therefore gives more consistent results. LAPC4 requires from about 25%-50% Matrigel, for example, 50% Matrigel, but can be grafted successfully at a lower concentration at $10^5$ cells.

Tumor take in SCID mice was found to be better than in nude mice. For example, the tumor take across individual animal in nude mice was found to be very inconsistent. CB17 SCID mice were used in the study.

Injections were made subcutaneously on the right flank of the mouse. Slow injection was found to help to produce a round tumor that was easier to measure and could be measured more accurately. In addition, because of the usage of Matrigel, injection of no more than 200 μl was found appropriate. Injection of 100-200 μl was found appropriate. Injecting too large a volume created leakage upon needle withdrawal.

TX 63.0024

US 9,388,159 B2

25

26

An alternative method to help prevent leakage from needle pullout can be to warm the Matrigel:media:cells filled syringe a couple of seconds to produce a gel-like form. When injecting the gel-like liquid, no leakage should occur. However, allowing the Matrigel to heat for too long a time can cause the suspension to solidify and become uninjectable.

### Pharmaceutical Compositions and Administration

The compounds of the invention are useful as pharmaceutical compositions prepared with a therapeutically effective amount of a compound of the invention, as defined herein, and a pharmaceutically acceptable carrier or diluent.

The compounds of the invention can be formulated as pharmaceutical compositions and administered to a subject in need of treatment, for example a mammal, such as a human patient, in a variety of forms adapted to the chosen route of administration, for example, orally, nasally, intraperitoneally, or parenterally, by intravenous, intramuscular, topical or subcutaneous routes, or by injection into tissue. Such compositions and preparations should contain at least 0.01% of a compound or compounds of the invention. The percentage of the compositions and preparations may, of course, be varied and may, for example, be between about 0.05% to about 2% of the weight of a given unit dosage form. The amount of compounds in such therapeutically useful compositions is such that an effective dosage level will be obtained.

Thus, compounds of the invention may be systemically administered, e.g., orally, in combination with a pharmaceutically acceptable vehicle such as an inert diluent or an assimilable edible carrier, or by inhalation or insufflation. They may be enclosed in hard or soft shell gelatin capsules, may be compressed into tablets, or may be incorporated directly with the food of the patient's diet. For oral therapeutic administration, the compounds may be combined with one or more excipients and used in the form of ingestible tablets, buccal tablets, troches, capsules, elixirs, suspensions, syrups, wafers, and the like. The compounds may be combined with a fine inert powdered carrier and inhaled by the subject or insufflated. Such compositions and preparations should contain at least 0.1% of a compound or compounds of the invention. The percentage of the compositions and preparations may, of course, be varied and may conveniently be between about 2% to about 60% of the weight of a given unit dosage form. The amount of compounds in such therapeutically useful compositions is such that an effective dosage level will be obtained.

The tablets, troches, pills, capsules, and the like may also contain the following: binders such as gum tragacanth, acacia, corn starch, or gelatin; excipients such as dicalcium phosphate; a disintegrating agent such as corn starch, potato starch, alginic acid, and the like; a lubricant such as magnesium stearate; and a sweetening agent such as sucrose, fructose, lactose, or aspartame, or a flavoring agent such as peppermint, oil of wintergreen, or cherry flavoring may be added. When the unit dosage form is a capsule, it may contain, in addition to materials of the above type, a liquid carrier, such as a vegetable oil or a polyethylene glycol. Various other materials may be present as coatings or to otherwise modify the physical form of the solid unit dosage form. For instance, tablets, pills, or capsules may be coated with gelatin, wax, shellac, sugar, and the like. A syrup or elixir may contain the active compound, sucrose or fructose as a sweetening agent, methyl and propylparabens as preservatives, a dye, and flavoring such as cherry or orange flavor. Of course, any material used in preparing any unit dosage form should be pharmaceutically acceptable and substantially non-toxic in the amounts employed. In addition, the compounds of the invention may be incorporated into sustained-release preparations and devices. For example, the compounds may be incorporated into time release capsules, time release tablets, and time release pills.

The compounds of the invention may also be administered intravenously or intraperitoneally by infusion or injection. Solutions of the compounds can be prepared in water, optionally mixed with a nontoxic surfactant. Dispersions can also be prepared in glycerol, liquid polyethylene glycols, triacetin, and mixtures thereof and in oils. Under ordinary conditions of storage and use, these preparations can contain a preservative to prevent the growth of microorganisms.

The pharmaceutical dosage forms suitable for injection or infusion can include sterile aqueous solutions or dispersions or sterile powders comprising the compounds of the invention which are adapted for the extemporaneous preparation of sterile injectable or infusible solutions or dispersions, optionally encapsulated in liposomes. In all cases, the ultimate dosage form should be sterile, fluid, and stable under the conditions of manufacture and storage. The liquid carrier or vehicle can be a solvent or liquid dispersion medium comprising, for example, water, ethanol, a polyol (for example, glycerol, propylene glycol, liquid polyethylene glycols, and the like), vegetable oils, nontoxic glyceryl esters, and suitable mixtures thereof. The proper fluidity can be maintained, for example, by the formation of liposomes, by the maintenance of the required particle size in the case of dispersions, or by the use of surfactants. The prevention of the action of microorganisms can be brought about by various antibacterial and antifungal agents, for example, parabens, chlorobutanol, phenol, sorbic acid, thimerosal, and the like. In many cases, it will be preferable to include isotonic agents, for example, sugars, buffers, or sodium chloride. Prolonged absorption of the injectable compositions can be brought about by the use in the compositions of agents delaying absorption, for example, aluminum monostearate and gelatin.

Sterile injectable solutions are prepared by incorporating the compounds of the invention in the required amount in the appropriate solvent with various of the other ingredients enumerated above, as required, followed by filter sterilization. In the case of sterile powders for the preparation of sterile injectable solutions, the preferred methods of preparation are vacuum drying and freeze drying techniques, which yield a powder of the active ingredient plus any additional desired ingredient present in the previously sterile-filtered solutions.

For topical administration, the compounds of the invention may be applied in pure form. However, it will generally be desirable to administer them to the skin as compositions or formulations, in combination with a dermatologically acceptable carrier, which may be a solid or a liquid.

Useful solid carriers include finely divided solids such as talc, clay, microcrystalline cellulose, silica, alumina, and the like. Other solid carriers include nontoxic polymeric nanoparticles or microparticles. Useful liquid carriers include water, alcohols, or glycols or water/alcohol/glycol blends, in which the compounds of the invention can be dissolved or dispersed at effective levels, optionally with the aid of nontoxic surfactants. Adjuvants such as fragrances and additional antimicrobial agents can be added to optimize the properties for a given use. The resultant liquid compositions can be applied from absorbent pads, used to impregnate bandages and other dressings, or sprayed onto the affected area using pump-type or aerosol sprayers.

Thickeners such as synthetic polymers, fatty acids, fatty acid salts and esters, fatty alcohols, modified celluloses, or modified mineral materials can also be employed with liquid

TX 63.0025

US 9,388,159 B2

27

carriers to form spreadable pastes, gels, ointments, soaps, and the like, for application directly to the skin of the user.

Examples of useful dermatological compositions which can be used to deliver the compounds of the present invention to the skin are known to the art; for example, see Jacquet et al. (U.S. Pat. No. 4,608,392), Geria (U.S. Pat. No. 4,992,478), Smith et al. (U.S. Pat. No. 4,559,157), and Wortzman (U.S. Pat. No. 4,820,508), all of which are hereby incorporated by reference.

Useful dosages of the compounds of Formula II can be determined by comparing their in vitro activity, and by comparing their in vivo activity in animal models. Methods for the extrapolation of effective dosages in mice and other animals to humans are known to the art; for example, see U.S. Pat. No. 4,938,949, which is hereby incorporated by reference.

For example, the concentration of the compounds in a liquid composition, such as a lotion, can be from about 0.1 to about 25% by weight, or from about 0.5 to about 10% by weight. The concentration in a semi-solid or solid composition such as a gel or a powder can be from about 0.1 to about 5% by weight, or from about 0.5 to about 2.5% by weight.

The amount of the compounds of the invention required for use in treatment will vary not only with the particular salt selected but also with the route of administration, the nature of the condition being treated and the age and condition of the patient and will be ultimately at the discretion of the attendant physician or clinician.

Effective dosages and routes of administration of agents of the invention are conventional. The exact amount (effective dose) of the agent will vary from subject to subject, depending on, for example, the species, age, weight, and general or clinical condition of the subject, the severity or mechanism of any disorder being treated, the particular agent or vehicle used, the method and scheduling of administration, and the like. A therapeutically effective dose can be determined empirically, by conventional procedures known to those of skill in the art. See, e.g., *The Pharmacological Basis of Therapeutics*, Goodman and Gilman, eds., Macmillan Publishing Co., New York. For example, an effective dose can be estimated initially either in cell culture assays or in suitable animal models. The animal model may also be used to determine the appropriate concentration ranges and routes of administration. Such information can then be used to determine useful doses and routes for administration in humans. A therapeutic dose can also be selected by analogy to dosages for comparable therapeutic agents.

The particular mode of administration and the dosage regimen will be selected by the attending clinician, taking into account the particulars of the case (e.g., the subject, the disease, the disease state involved, and whether the treatment is prophylactic). Treatment may involve daily or multi-daily doses of compound(s) over a period of a few days to months, or even years.

In general, however, a suitable dose will be in the range of from about 0.01 to about 500 mg/kg per day, e.g., from about 0.1 to about 500 mg/kg of body weight per day, such as from about 0.1 to about 100 mg per kilogram body weight of the recipient per day. For example, a suitable dose may be about 1 mg/kg, 10 mg/kg, or 50 mg/kg of body weight per day.

The compounds of the invention are conveniently administered in unit dosage form; for example, containing from about 0.0005 to about 500 mg, from about 0.01 to about 50 mg, from about 0.05 to about 10 mg, or about 5 mg of active ingredient per unit dosage form.

The compounds of the invention can be administered to achieve peak plasma concentrations of, for example, from about 0.5 to about 75 μM, about 1 to 50 μM, about 2 to about

28

30 μM, or about 5 to about 25 μM. Exemplary desirable plasma concentrations include at least or no more than 0.25, 0.5, 1, 5, 10, 25, 50, 75, 100 or 200 μM. This may be achieved, for example, by the intravenous injection of a 0.05 to 5% solution of the compounds of the present invention, optionally in saline, or orally administered as a bolus containing about 1-1000 mg of the compounds. Desirable blood levels may be maintained by continuous infusion to provide from about 0.0005 to about 25 mg per kg body weight per hour, for example at least or no more than 0.0005, 0.005, 0.05, 0.5, 5, or 25 mg/kg/hr. Alternatively, such levels can be obtained by intermittent infusions containing from about 0.002 to about 100 mg per kg body weight, for example, at least or no more than 0.002, 0.02, 0.2, 2, 20, 50, or 100 mg of the compounds per kg of body weight.

The compounds of the invention may conveniently be presented in a single dose or as divided doses administered at appropriate intervals, for example as two, three, four or more sub-doses per day. The sub-dose itself may be further divided, e.g., into a number of discrete loosely spaced administrations; such as multiple inhalations from an insufflator.

### Example

#### Intravenous Formulation

A compound presently disclosed, for example, compound A51 or A52, can be in a formulation suitable for intravenous dosing. In an embodiment, the compound is dissolved in from about 10% to about 25% dimethylsulfoxide (DMSO). 1× phosphate buffered saline (PBS) is then mixed into the solution as the balance, and the solution is sonicated with a water bath sonicator until it is homogeneous.

At a compound concentration of 1.5 mg/mL, 5 minutes of sonication may be sufficient to dissolve the compound. At a compound concentration of 2 mg/mL, more than 5 minutes of sonication may be required to dissolve the compound and a polyethylene glycol can be added to keep the compound in suspension. For example, 5 to 40% PEG-400 (a polyethylene glycol), such as 5-10% PEG-400, can be added.

The above solution, including either A51 or A52, was found to be stable at room temperature for at least a week.

Before administration, the above solution should be sonicated for a few minutes. A maximum appropriate administration volume for mice was found to be 0.2 mL.

When administered to mice, hardening of the skin and skin irritation around the injection site was observed, and this was attributed to the use of DMSO. Although compounds A51 and A52 are soluble in ethanol, ethanol was found to reduce the stability of the compounds in vivo.

Over a period of 2 weeks following administration of the above solution, mice were observed to lose 15% of body weight.

### Example

#### Oral Formulation

A compound presently disclosed, for example, compound A51 or A52, can be in a formulation suitable for oral administration. In an embodiment, the compound is dissolved in 100% DMSO.

Additional chemicals can be added, such as a carboxymethylcellulose, a polysorbate, or water. For example, the components of the solution other than A51 or A52 can be present at concentrations of from about 10% to about 20% DMSO, from about 1% to about 2% carboxymethylcellulose (CMC),

TX 63.0026

US 9,388,159 B2

29

and 0.1% Tween 80 (a polysorbate), with the balance being water. The concentration of compound A51 or A52 in the oral foundation can be about 1.5 mg/mL. The solution is mechanically homogenized for at least 30 seconds. The compound A51 or A52 was found to stay in suspension only a couple of hours and, therefore, the oral formulation must be administered within a couple of hours of preparation.

When more than 2% carboxymethylcellulose (CMC) was included in the solution, the formulation was found to be very viscous, so that when administered to a test animal with a gavage syringe, much of the formulation was left behind on the walls of the syringe, preventing accurate drug administration. A solution of 10% DMSO that included CMC and Tween 80 was found to keep the compound in suspension when mechanical homogenization was applied. That is, more than 10% DMSO was not required. A minimum of DMSO should be used, because it was found to irritate the mice, and was associated with a loss of up to 10% of the bodyweight of the mice over a period of 2 weeks following administration.

A maximum appropriate administration volume for mice was found to be 0.2 mL.

The half life of the compound was found to be longer when it was administered intravenously than when it was administered orally. However, daily oral dosing resulted in an acceptable steady state serum concentration of the compound, comparable to the steady state concentration seen with bicalutamide. Oral administration may be more convenient than intravenous administration.

Compounds A51 and A52 have a beneficial effect on tumors in an in vivo assay administered as described.

The embodiments illustrated and discussed in this specification are intended only to teach those skilled in the art the best way known to the inventors to make and use the invention. Nothing in this specification should be considered as limiting the scope of the present invention. All examples presented are representative and non-limiting. The above-described embodiments of the invention may be modified or varied, without departing from the invention, as appreciated by those skilled in the art in light of the above teachings. It is therefore to be understood that, within the scope of the claims and their equivalents, the invention may be practiced otherwise than as specifically described.

We claim:

1. A compound having the Formula II:

II



wherein Het is a heterocyclic unit of 6 atoms comprising
1 or 2 heteroatoms independently selected from the group consisting of nitrogen, oxygen, or sulfur;
0 or 1 double-bonded substituent on the heterocyclic unit selected from the group consisting of oxygen and sulfur; and
3 to 4 single-bonded substituents on the heterocyclic unit independently selected from the group consisting of hydrogen, alkyl, substituted alkyl, alkenyl, substituted alkenyl, alkynyl, substituted alkynyl, aryl, substituted aryl, arylalkyl, arylalkenyl, arylalkynyl, halogenated alkyl, halogenated alkenyl, halogenated alkynyl, halo-

30

gen, CN, NO$_2$, OR$_{11}$, SR$_{11}$, NR$_{11}$R$_{12}$, NH(CO)OR$_{11}$, NH(CO)NR$_{11}$R$_{12}$, NR$_{12}$(CO)R$_{11}$, O(CO)R$_{11}$, O(CO) OR$_{11}$, O(CS)R$_{11}$, NR$_{12}$(CS)R$_{11}$, NH(CS)NR$_{11}$R$_{12}$, NR$_{12}$(CS)OR$_{11}$; wherein two of said single-bonded substituents may be connected together with the atoms to which they are bonded to form a cycle, which is aryl, substituted aryl, heterocyclic aromatic or non-aromatic, substituted heterocyclic aromatic or non-aromatic, cycloalkyl, or substituted cycloalkyl;

A is sulfur and B is oxygen;

R$_{11}$ and R$_{12}$ are independently selected from hydrogen, alkyl, substituted alkyl, alkenyl or substituted alkenyl, alkynyl or substituted alkynyl, aryl, substituted aryl, arylalkyl, arylalkenyl, arylalkynyl, heterocyclic aromatic or non-aromatic, or substituted heterocyclic aromatic or non-aromatic, wherein R$_{11}$ and R$_{12}$, both on the same single bonded substituent, can be connected together with the atoms to which they are bonded to form a cycle, which can be heterocyclic aromatic or non-aromatic, or substituted heterocyclic aromatic;

R$_1$ is selected from aryl and substituted aryl;

R$_2$ and R$_3$ together with the carbon to which they are linked, form a cycloalkyl or substituted cycloalkyl;

wherein each substituted alkyl is substituted with one or more groups selected from hydroxy, bromo, fluoro, chloro, iodo, mercapto, cyano, alkylthio, heterocyclyl, aryl, heteroaryl, carboxy, carbalkoyl, alkyl, alkenyl, nitro, amino, alkoxy, or amido;

wherein each substituted cycloalkyl, substituted alkenyl, substituted alkynyl, or substituted heterocyclic non-aromatic is substituted with one or more groups selected from halogen, alkyl, alkoxy, hydroxy, aryl, aryloxy, arylalkyl, cycloalkyl, alkylamido, alkanoylamino, oxo, acyl, arylcarbonylamino, amino, nitro, cyano, thiol, alkylthio, bromo, fluoro, chloro, iodo, mercapto, heterocyclyl, heteroaryl, carboxy, carbalkoyl, alkenyl, or amido;

wherein each substituted arylalkyl, arylalkenyl, or arylalkynyl is substituted on the aryl portion with one or more groups selected from halogen, alkyl, alkoxy, hydroxyl, aryl, aryloxy, arylalkyl, cycloalkyl, alkylamido, alkanoylamino, oxo, acyl, arylcarbonylamino, amino, nitro, cyano, thiol, alkylthio, bromo, fluoro, chloro, iodo, mercapto, heterocyclyl, heteroaryl, carboxyl, carbalkoyl, alkenyl, or amido;

wherein each substituted aryl or substituted aromatic is substituted with one or more groups selected from halo, alkyl, haloalkyl, alkoxy, haloalkoxy, alkenyl, trifluoromethyl, trifluoromethoxy, alkynyl, cycloalkyl, cycloalkylalkyl, cycloheteroalkyl, cycloheteroalkylalkyl, aryl, heteroaryl, arylalkyl, aryloxy, aryloxyalkyl, arylalkoxy, alkoxycarbonyl, arylcarbonyl, arylalkenyl, aminocarbonylaryl, arylthio, arylsulfinyl, arylazo, heteroarylalkyl, heteroarylalkenyl, heteroarylheteroaryl, heteroaryloxy, hydroxy, nitro, cyano, carbamoyl, alkylcarbamoyl, amidified carboxy, amidified carboxyalkyl, alkyl amidified carboxyalkyl, thiol, alkylthio, arylthio, heteroarylthio, arylthioalkyl, alkoxyarylthio, alkylcarbonyl, arylcarbonyl, alkylaminocarbonyl, arylaminocarbonyl, alkoxycarbonyl, aminocarbonyl, alkylcarbonyloxy, arylcarbonyloxy, alkylcarbonylamino, arylcarbonylamino, arylsulfinyl, arylsulfinylalkyl, arylsulfonylamino, arylsulfonaminocarbonyl, bromo, fluoro, chloro, iodo, mercapto, heterocyclyl, carboxy, carbalkoyl, alkoxy, amido, amino, or amino substituted with one or two substituents selected from the group consisting of alkyl, aryl, heteroaryl, arylalkyl, aryloxy,

TX 63.0027

US 9,388,159 B2

31

aryloxyalkyl, arylalkoxy, arylcarbonyl, arylalkenyl, arylalkynyl, aminocarbonylaryl, arylthio, arylsulfinyl, arylazo, heteroarylalkyl, heteroarylalkenyl, heteroarylheteroaryl, heteroaryloxy, heteroarylthio, arylthioalkyl, alkoxyarylthio, arylaminocarbonyl, arylcarbonyloxy, arylcarbonylamino, arylsulfinyl, arylsulfinylalkyl, arylsulfonylamino, and arylsulfonaminocarbonyl; and

wherein substituted heteroaryl or substituted heterocyclic aromatic is substituted with one, two, three or four groups selected from halogen, alkyl, alkoxy, hydroxy, aryl, aryloxy, arylalkyl, cycloalkyl, alkylamido, alkanoylamino, oxo, acyl, arylcarbonylamino, amino, nitro, cyano, thiol, alkylthio, bromo, fluoro, chloro, iodo, mercapto, heterocyclyl, heteroaryl, carboxy, carbalkoyl, alkenyl, or amido.

**2**. The compound of claim **1**, wherein $R_1$ is selected from the group consisting of phenyl and substituted phenyl.

**3**. The compound of claim **2**, wherein phenyl is substituted with fluoro.

**4**. The compound of claim **2**, wherein phenyl is substituted with methyl.

**5**. The compound of claim **2**, wherein phenyl is substituted with —C(O)NHCH₃.

**6**. The compound of claim **1**, wherein Het is selected from the group consisting of



32

-continued



wherein $R_4$, $R_5$, $R_6$, and $R_7$ are independently selected from the group consisting of hydrogen, alkyl, substituted alkyl, alkenyl, substituted alkenyl, alkynyl, substituted alkynyl, aryl, substituted aryl, arylalkyl, aryl alkenyl, arylalkynyl, halogenated alkyl, halogenated alkenyl, halogenated alkynyl, halogen, CN, $NO_2$, $OR_{11}$, $SR_{11}$, $NR_{11}R_{12}$, $NH(CO)OR_{11}$, $NH(CO)NR_{11}R_{12}$, $NR_{12}(CO)R_{11}$, $O(CO)R_{11}$, $O(CO)OR_{11}$, $O(CS)R_{11}$, $NR_{12}(CS)R_{11}$, $NH(CS)NR_{11}R_{12}$, $NR_{12}(CS)OR_{11}$;

or any of $R_4$, $R_5$, $R_6$, and $R_7$ can be connected to any of $R_4$, $R_5$, $R_6$, and $R_7$ to form a cycle which is aryl, substituted aryl, heterocyclic aromatic or non-aromatic, substituted heterocyclic aromatic or non-aromatic, cycloalkyl, or substituted cycloalkyl.

**7**. The compound of claim **6**, wherein Het is selected from the group consisting of



**8**. The compound of claim **6**, wherein $R_4$ is selected from the group consisting of CN and $NO_2$;

$R_5$ is selected from the group consisting of halogenated alkyl, halogenated alkenyl, halogenated alkynyl, and halogen; and

$R_6$ and $R_7$ are independently selected from the group consisting of hydrogen, alkyl, and halogen.

**9**. The compound of claim **6**, wherein Het is selected from the group consisting of

TX 63.0028

US 9,388,159 B2

33                                                                          34



**10**. The compound of claim **1**, wherein $R^2$ and $R^3$, together with the carbon to which they are linked, form a cyclopropyl, cyclobutyl, cyclopentyl, or cyclohexyl.

**11**. The compound of claim **1**, wherein $R_2$ and $R_3$, together with the carbon to which they are linked, form a cycloalkyl.

**12**. A pharmaceutical composition comprising a compound of claim **1**, or a pharmaceutically acceptable salt thereof, and a pharmaceutically acceptable carrier, diluent, or adjuvant.

**13**. The pharmaceutical composition of claim **12**, formulated to deliver a therapeutically effective amount of the compound when administered (i) in a single dosage form; (ii) in a divided dosage form for delivery multiple times over the span of one day; (iii) continually; or (iv) continuously.

**14**. The pharmaceutical composition of claim **13**, wherein the compound is 4-[7-(6-cyano-5-trifluoromethylpyridin-3-yl)-8-oxo-6-thioxo-5,7-diazaspiro[3.4]oct-5-yl]-2-fluoro-N-methylbenzamide.

**15**. The pharmaceutical composition of claim **13**, wherein the compound is 5-(8-oxo-6-thioxo-5-(4-methylphenyl)-5,7-diazaspiro[3.4]oct-7-yl)-3-trifluoromethylpyridine-2-carbonitrile.

**16**. The pharmaceutical composition of claim **12**, comprising a therapeutically effective amount of the compound formulated in an oral dosage form.

**17**. The pharmaceutical composition of claim **16**, wherein the compound is 4-[7-(6-cyano-5-trifluoromethylpyridin-3-yl)-8-oxo-6-thioxo-5,7-diazaspiro[3.4]oct-5-yl]-2-fluoro-N-methylbenzamide.

**18**. The pharmaceutical composition of claim **16**, wherein the compound is 5-(8-oxo-6-thioxo-5-(4-methylphenyl)-5,7-diazaspiro[3.4]oct-7-yl)-3-trifluoromethylpyridine-2-carbonitrile.

**19**. The pharmaceutical composition of claim **12**, formulated in a divided dosage form suitable for delivering a therapeutically effective amount of the compound when administered to a human patient multiple times over the span of one day.

**20**. The pharmaceutical composition of claim **19**, wherein the compound is 4-[7-(6-cyano-5-trifluoromethylpyridin-3-yl)-8-oxo-6-thioxo-5,7-diazaspiro[3.4]oct-5-yl]-2-fluoro-N-methylbenzamide.

**21**. The pharmaceutical composition of claim **19**, wherein the compound is 5-(8-oxo-6-thioxo-5-(4-methylphenyl)-5,7-diazaspiro[3.4]oct-7-yl)-3-trifluoromethylpyridine-2-carbonitrile.

**22**. The pharmaceutical composition of claim **12**, formulated in an oral dosage form and containing from 1 mg to 1000 mg of the compound.

**23**. The pharmaceutical composition of claim **22**, wherein the compound is 4-[7-(6-cyano-5-trifluoromethylpyridin-3-yl)-8-oxo-6-thioxo-5,7-diazaspiro[3.4]oct-5-yl]-2-fluoro-N-methylbenzamide.

**24**. The pharmaceutical composition of claim **22**, wherein the compound is 5-(8-oxo-6-thioxo-5-(4-methylphenyl)-5,7-diazaspiro[3.4]oct-7-yl)-3-trifluoromethylpyridine-2-carbonitrile.

**25**. The pharmaceutical composition of claim **12**, formulated in an oral dosage form and containing from 1 mg to 500 mg of the compound.

**26**. The pharmaceutical composition of claim **25**, wherein the compound is 4-[7-(6-cyano-5-trifluoromethylpyridin-3-yl)-8-oxo-6-thioxo-5,7-diazaspiro[3.4]oct-5-yl]-2-fluoro-N-methylbenzamide.

**27**. The pharmaceutical composition of claim **25**, wherein the compound is 5-(8-oxo-6-thioxo-5-(4-methylphenyl)-5,7-diazaspiro[3.4]oct-7-yl)-3-trifluoromethylpyridine-2-carbonitrile.

**28**. The pharmaceutical composition of claim **12**, comprising a therapeutically effective amount of said compound.

**29**. The pharmaceutical composition of claim **12**, wherein the pharmaceutical composition has a form selected from a solution, dispersion, suspension, powder, capsule, tablet, and pill.

**30**. The pharmaceutical composition of claim **12**, wherein the pharmaceutical composition has a form selected from a time release capsule, time release tablet, and time release pill.

**31**. The pharmaceutical composition of claim **12**, wherein the pharmaceutical composition is a capsule.

**32**. The pharmaceutical composition of claim **12**, wherein the pharmaceutical composition is a tablet.

**33**. The pharmaceutical composition of claim **12**, wherein the pharmaceutical composition is a pill.

\*    \*    \*    \*    \*

TX 63.0029

ACCO,(KSx),APPEAL,CLOSED,DISCOVERY,PROTORD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:18-cv-02015-RGK-KS

Degui Chen v. Michael E. Jung et al                  Date Filed: 03/12/2018
Assigned to: Judge R. Gary Klausner                  Date Terminated: 11/06/2019
Referred to: Magistrate Judge Karen L. Stevenson     Jury Demand: None
Demand: $1,000                                       Nature of Suit: 830 Patent
Related Case: 2:19-cv-04307-R-KS                     Jurisdiction: Federal Question
Case in other court:  Federal Circuit, 20-01255
Cause: 35:271 Patent Infringement

**Plaintiff**

**Degui Chen**                    represented by   **Jennifer Marilyn Shield Adams**
*Ph.D., an individual*                             Amin Talati Updahye LLP
                                                   100 South Wacker Drive Suite 2000
                                                   Chicago, IL 60610
                                                   312-466-1033
                                                   Fax: 312-884-7352
                                                   Email: jennifer@amintalati.com
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Brent A Batzer**
                                                   Upadhye Cwik LLP
                                                   109 Symonds Drive Unit 174
                                                   Hinsdale, IL 60522-0174
                                                   312-598-2610
                                                   Email: brent@ipfdalaw.com
                                                   *PRO HAC VICE*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Gregory Andrew Ellis**
                                                   Scheper Kim and Harris LLP
                                                   800 West Sixth Street 18th Floor
                                                   Los Angeles, CA 90017
                                                   213-613-4655
                                                   Fax: 213-613-4656
                                                   Email: gellis@scheperkim.com
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Joseph E Cwik**
                                                   Upadhye Cwik LLP
                                                   109 Symonds Drive Unit 174
                                                   Hinsdale, IL 60522-0174

312-598-2610
Fax: 312-884-7352
Email: joe@ipfdalaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark B Brueggemann**
Clinton and Clinton
100 Oceangate Boulevard Suite 1400
Long Beach, CA 90802
562-216-5000
Fax: 562-216-5001
Email: mbb@clintonlaw.com
*TERMINATED: 02/06/2019*

**Samuel J Ruggio**
Amin Talati Upadhye LLP
100 South Wacker Drive Suite 2000
Chicago, IL 60606
312-466-1033
Fax: 312-884-7352
Email: sam@amintalati.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Shashank Upadhye**
Upadhye Cwik LLP
109 Symonds Drive Unit 174
Hinsdale, IL 60522-0174
312-598-2610
Fax: 312-884-7352
Email: shashank@ipfdalaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Yixin H Tang**
Upadhye Cwik LLP
109 Symonds Drive Unit 174
Hinsdale, IL 60522-0174
312-598-2610
Fax: 312-884-7352
Email: yixin@ipfdalaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Movant**

represented by

**THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a public entity**

**Emily T Kuwahara**
Crowell and Moring LLP
515 South Flower Street 40th Floor
Los Angeles, CA 90071
213-622-4750
Fax: 213-622-2690
Email: ekuwahara@crowell.com
*ATTORNEY TO BE NOTICED*

**Sigourney Rosy Haylock**
Crowell and Moring LLP
515 South Flower Street 40th Floor
Los Angeles, CA 90071
213-443-5527
Fax: 213-622-2690
Email: shaylock@crowell.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Michael E. Jung**
*Ph.D., an individual*

represented by **Gabriel M Ramsey**
Crowell and Moring LLP
3 Embarcadero Center 26th Floor
San Francisco, CA 94111
415-986-2800
Fax: 415-986-2827
Email: gramsey@crowell.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory D Call**
Crowell and Moring LLP
3 Embarcadero Center 26th Floor
San Francisco, CA 94111
415-986-2800
Fax: 415-986-2827
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chiemi Denise Suzuki**
Crowell & Moring LLP
515 S. Flower Street
40th Floor
Los Angeles, CA 90071
213-622-4750
Fax: 213-622-2690
Email: CSuzuki@crowell.com
*ATTORNEY TO BE NOTICED*

**Dylan Scott Burstein**
Crowell and Moring LLP
515 South Flower Street 40th Floor
Los Angeles, CA 90071
213-622-4750
Fax: 213-622-2690
Email: dburstein@crowell.com
*ATTORNEY TO BE NOTICED*

**Emily T Kuwahara**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sigourney Rosy Haylock**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Charles L. Sawyers**                    represented by    **Gabriel M Ramsey**
*M.D., an individual*                                       (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Gregory D Call**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Chiemi Denise Suzuki**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Dylan Scott Burstein**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Emily T Kuwahara**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Sigourney Rosy Haylock**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 03/12/2018 | [1](#) | |

| | | |
|---|---|---|
| | | COMPLAINT Receipt No: 0973-21394074 - Fee: $400, filed by Plaintiff Degui Chen. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J) (Attorney Jennifer Marilyn Shield Adams added to party Degui Chen(pty:pla))(Adams, Jennifer) (Entered: 03/12/2018) |
| 03/12/2018 | 2 | CIVIL COVER SHEET filed by Plaintiff Degui Chen. (Adams, Jennifer) (Entered: 03/12/2018) |
| 03/12/2018 | 3 | REPORT ON THE FILING OF AN ACTION Regarding a Patent or a Trademark (Initial Notification) filed by Degui Chen. (Adams, Jennifer) (Entered: 03/12/2018) |
| 03/12/2018 | 4 | NOTICE of Interested Parties filed by Plaintiff Degui Chen, identifying University of California Los Angeles; UCLA Technology Development Group; Samedy Ouk; John Wongvipat; Chris Tran; The Regents of the University of California; Johnson & Johnson. (Adams, Jennifer) (Entered: 03/12/2018) |
| 03/12/2018 | 5 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening), 1 filed by Plaintiff Degui Chen. (Adams, Jennifer) (Entered: 03/12/2018) |
| 03/12/2018 | 6 | *Amended* NOTICE of Interested Parties filed by Plaintiff Degui Chen, identifying University of California Los Angeles; UCLA Technology Development Group; Samedy Ouk; John Wongvipat; Chris Tran; The Regents of the University of California; Johnson & Johnson. (Adams, Jennifer) (Entered: 03/12/2018) |
| 03/13/2018 | 7 | NOTICE OF ASSIGNMENT to District Judge Manuel L. Real and Magistrate Judge Alicia G. Rosenberg. (et) (Entered: 03/13/2018) |
| 03/13/2018 | 8 | NOTICE OF DEFICIENCIES in Request to Issue Summons RE: Summons Request 5 . The following error(s) was found: The caption of the summons must match the caption of the complaint verbatim. If the caption is too large to fit in the space provided, enter the name of the first party and then write see attached.Next, attach a face page of the complaint or a second page addendum to the Summons. The summons cannot be issued until this defect has been corrected. Please correct the defect and re-file your request. (et) (Entered: 03/13/2018) |
| 03/13/2018 | 9 | NOTICE OF PRO HAC VICE APPLICATION DUE for Non-Resident Attorney Jennifer Adams. A document recently filed in this case lists you as an out-of-state attorney of record. However, the Court has not been able to locate any record that you are admitted to the Bar of this Court, and you have not filed an application to appear Pro Hac Vice in this case. Accordingly, within 5 business days of the date of this notice, you must either (1) have your local counsel file an application to appear Pro Hac Vice (Form G-64) and pay the applicable fee, or (2) complete the next section of this form and return it to the court at cacd_attyadm@cacd.uscourts.gov. You have been removed as counsel of record from the docket in this case, and you will not be added back to the docket until your Pro Hac Vice status has been resolved. (et) (Entered: 03/13/2018) |
| | | |

| | | |
|---|---|---|
| 03/13/2018 | 10 | NOTICE OF PRO HAC VICE APPLICATION DUE for Non-Resident Attorney Shashank Upadhye. A document recently filed in this case lists you as an out-of-state attorney of record. However, the Court has not been able to locate any record that you are admitted to the Bar of this Court, and you have not filed an application to appear Pro Hac Vice in this case. Accordingly, within 5 business days of the date of this notice, you must either (1) have your local counsel file an application to appear Pro Hac Vice (Form G-64) and pay the applicable fee, or (2) complete the next section of this form and return it to the court at cacd_attyadm@cacd.uscourts.gov. You have been removed as counsel of record from the docket in this case, and you will not be added back to the docket until your Pro Hac Vice status has been resolved. (et) (Entered: 03/13/2018) |
| 03/13/2018 | 11 | NOTICE OF PRO HAC VICE APPLICATION DUE for Non-Resident Attorney Joseph E. Cwik. A document recently filed in this case lists you as an out-of-state attorney of record. However, the Court has not been able to locate any record that you are admitted to the Bar of this Court, and you have not filed an application to appear Pro Hac Vice in this case. Accordingly, within 5 business days of the date of this notice, you must either (1) have your local counsel file an application to appear Pro Hac Vice (Form G-64) and pay the applicable fee, or (2) complete the next section of this form and return it to the court at cacd_attyadm@cacd.uscourts.gov. You have been removed as counsel of record from the docket in this case, and you will not be added back to the docket until your Pro Hac Vice status has been resolved. (et) (Entered: 03/13/2018) |
| 03/13/2018 | 12 | NOTICE OF PRO HAC VICE APPLICATION DUE for Non-Resident Attorney Samuel J Ruggio. A document recently filed in this case lists you as an out-of-state attorney of record. However, the Court has not been able to locate any record that you are admitted to the Bar of this Court, and you have not filed an application to appear Pro Hac Vice in this case. Accordingly, within 5 business days of the date of this notice, you must either (1) have your local counsel file an application to appear Pro Hac Vice (Form G-64) and pay the applicable fee, or (2) complete the next section of this form and return it to the court at cacd_attyadm@cacd.uscourts.gov. You have been removed as counsel of record from the docket in this case, and you will not be added back to the docket until your Pro Hac Vice status has been resolved. (et) (Entered: 03/13/2018) |
| 03/13/2018 | 13 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening), 1 filed by Plaintiff Degui Chen. (Adams, Jennifer) (Entered: 03/13/2018) |
| 03/14/2018 | 14 | ORDER RETURNING CASE FOR REASSIGNMENT UPON RECUSAL by Magistrate Judge Alicia G. Rosenberg. ORDER case returned to the Clerk for random reassignment Discovery pursuant to General Order 05-07. Case randomly reassigned from Magistrate Judge Alicia G. Rosenberg to Magistrate Judge Karen L. Stevenson for all further proceedings. The case number will now reflect the initials of the transferee Judge 2:18-cv-02015 R(KSx). (rn) (Entered: 03/14/2018) |

| 03/14/2018 | 15 | 21-Day Summons Issued re Complaint 1 as to Defendants Michael E. Jung, Ph.D. and Charles L. Sawyers, M.D. (gk) (Entered: 03/14/2018) |
| 03/20/2018 | 16 | RESPONSE filed by Pro Hac Vice attorney Jennifer Marilyn Shield Adams on behalf of Plaintiff Degui Chen. RE: Notice of Filing Fee Due. Jennifer Adams is a CA attorney - CA Bar number 319347. No phv fee required. (ak) (Entered: 03/20/2018) |
| 03/21/2018 | 17 | ORDER RE: NOTICE TO COUNSEL upon filing of the complaint by Judge Manuel L. Real. READ CAREFULLY - FAILURE TO COMPLY MAY LEAD TO SANCTIONS. SEE ORDER FOR DETAILS. (cch) (Entered: 03/21/2018) |
| 03/28/2018 | 18 | RESPONSE filed by Pro Hac Vice attorney SHASHANK UPDADHY on behalf of Plaintiff Degui Chen. RE: Notice of Filing Fee Due. PHV fee N/A. Currently waiting GSC, will file when received. (lt) (Entered: 03/28/2018) |
| 03/28/2018 | 19 | RESPONSE filed by Pro Hac Vice attorney JOSEPH E. CWIK on behalf of Plaintiff Degui Chen. RE: Notice of Filing Fee Due. PHV fee N/A. Currently waiting for GSC, will file when received. (lt) (Entered: 03/28/2018) |
| 03/28/2018 | 20 | RESPONSE filed by Pro Hac Vice attorney SAMUEL J. RUGGIO on behalf of Plaintiff Degui Chen. RE: Notice of Filing Fee Due. PHV fee N/A. Currently waiting GSC, will file when received. (lt) (Entered: 03/28/2018) |
| 04/03/2018 | 21 | APPLICATION of Non-Resident Attorney Joseph E. Cwik to Appear Pro Hac Vice on behalf of Plaintiff Degui Chen (Pro Hac Vice Fee - Fee Paid, Receipt No. 0973-21520298) filed by Plaintiff's counsel Degui Chen. (Attachments: # 1 Proposed Order) (Brueggemann, Mark) (Entered: 04/03/2018) |
| 04/03/2018 | 22 | APPLICATION of Non-Resident Attorney Samuel J. Ruggio to Appear Pro Hac Vice on behalf of Plaintiff Degui Chen (Pro Hac Vice Fee - $325 Previously Paid on 4/3/2018, Receipt No. 268QQURQ) filed by Plaintiff Degui Chen. (Attachments: # 1 Proposed Order, # 2 Letter payment confirmation email) (Brueggemann, Mark) (Entered: 04/03/2018) |
| 04/03/2018 | 23 | APPLICATION of Non-Resident Attorney Shashank Upadhye to Appear Pro Hac Vice on behalf of Plaintiff Degui Chen (Pro Hac Vice Fee - Fee Paid, Receipt No. 0973-21520653) filed by Plaintiff Degui Chen. (Attachments: # 1 Proposed Order) (Brue ggemann, Mark) (Entered: 04/03/2018) |
| 04/03/2018 | 24 | NOTICE of Deficiency in Electronically Filed Pro Hac Vice Application RE: APPLICATION of Non-Resident Attorney Shashank Upadhye to Appear Pro Hac Vice on behalf of Plaintiff Degui Chen (Pro Hac Vice Fee - Fee Paid, Receipt No. 0973-21520653) 23 . The following error(s) was/were found: Local Rule 83-2.1.3.3(d) Certificate of Good Standing not attached for every state court listed to which the applicant has been admitted. MA and NY missing. (lt) (Entered: 04/03/2018) |
| 04/12/2018 | 26 | ORDER by Judge Manuel L. Real Granting Application of Non-Resident Attorney Joseph E. Cwik to Appear Pro Hac Vice on behalf of Plaintiff Dr. Degui Chen, designating Mark B. Brueggemann as local counsel 21 . (gk) (Entered: 04/16/2018) |

| 04/12/2018 | 27 | ORDER by Judge Manuel L. Real Granting Application of Non-Resident Attorney Samuel J. Ruggio to Appear Pro Hac Vice on behalf of Plaintiff Dr. Degui Chen, designating Mark B. Brueggemann as local counsel 22 . (gk) (Entered: 04/16/2018) |
|---|---|---|
| 04/13/2018 | 25 | RESPONSE TO FILER OF DEFICIENCIES RE: PHV APPLICATION by Judge Manuel L. Real. Counsel Shashank Upadhye shall comply with Local Rule 83-2.1.3.3(d) Certificate of Good Standing. Counsel shall submit a Certificate of Good Standing for every state court listed to which the applicant has been admitted, as listed in the Notice to Filer of Deficiencies. Counsel shall lodge these certificates by a formal Notice of Lodging, on or before April 18, 2018. Failure to comply will result in the Application stricken. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (cch) TEXT ONLY ENTRY (Entered: 04/13/2018) |
| 04/17/2018 | 28 | WAIVER OF SERVICE Returned Executed filed by Plaintiff Degui Chen. upon Michael E. Jung waiver sent by Plaintiff on 4/6/2018, answer due 6/5/2018. Waiver of Service signed by Emily Kuwahara. (Adams, Jennifer) (Entered: 04/17/2018) |
| 04/17/2018 | 29 | WAIVER OF SERVICE Returned Executed filed by Plaintiff Degui Chen. upon Charles L. Sawyers waiver sent by Plaintiff on 4/6/2018, answer due 6/5/2018. Waiver of Service signed by Emily Kuwahara. (Adams, Jennifer) (Entered: 04/17/2018) |
| 04/17/2018 | 30 | NOTICE OF MOTION AND MOTION for Extension of Time to File Certificates of Good Standing filed by Plaintiff Degui Chen. (Attachments: # 1 Exhibit Proposed Order) (Cwik, Joseph) (Entered: 04/17/2018) |
| 04/18/2018 | 31 | ORDER IN RESPONSE TO MOTION FOR AN EXTENSION OF TIME TO FILE GOOD STANDING CERTIFICATES 30 by Judge Manuel L. Real. FOR GOOD CAUSE, it is hereby ordered as follows: 1. Counsel's motion for an extension of time to file the Good Standing Certificates is hereby GRANTED. Counsel shall have until May 18, 2018 to supplement the Pro Hac Vice application of Shashank Upadhye with the necessary certificates. 2. Once the Good Standing Certificates are filed. Counsel is ORDERED to send mandatory chambers copies of both the certificates and the Application of Non-Resident Attorney to Appear Pro Hac Vice filed on April 3, 2018 (Dckt. No. 23), to chambers. (smo) (Entered: 04/18/2018) |
| 05/04/2018 | 32 | SUPPLEMENT to APPLICATION of Non-Resident Attorney Shashank Upadhye to Appear Pro Hac Vice on behalf of Plaintiff Degui Chen (Pro Hac Vice Fee - Fee Paid, Receipt No. 0973-21520653) 23 filed by Plaintiff Degui Chen. (Cwik, Joseph) (Entered: 05/04/2018) |
| 05/09/2018 | 33 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: Supplement(Motion related) 32 . The following error(s) was/were found: Title page is missing. In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so. (gk) (Entered: 05/09/2018) |

| 05/14/2018 | 34 | ORDER by Judge Manuel L. Real Granting Application of Non-Resident Attorney Shashank Upadhye to Appear Pro Hac Vice on behalf of Plaintiff Dr. Degui Chen, designating Mark B. Brueggemann as local counsel 23 . (gk) (Entered: 05/15/2018) |
|---|---|---|
| 06/05/2018 | 35 | ANSWER to Complaint (Attorney Civil Case Opening), 1 filed by Defendant Michael E. Jung.(Attorney Emily T Kuwahara added to party Michael E. Jung (pty:dft))(Kuwahara, Emily) (Entered: 06/05/2018) |
| 06/05/2018 | 36 | ANSWER to Complaint (Attorney Civil Case Opening), 1 filed by Defendant Charles L. Sawyers.(Attorney Emily T Kuwahara added to party Charles L. Sawyers(pty:dft))(Kuwahara, Emily) (Entered: 06/05/2018) |
| 06/05/2018 | 37 | NOTICE of Interested Parties filed by Defendants Michael E. Jung, Charles L. Sawyers, identifying The Regents of the University of California; Dr. Samedy Ouk; Mr. John Wonvigpat; and Mr. Chris Tran. (Kuwahara, Emily) (Entered: 06/05/2018) |
| 06/06/2018 | 38 | NOTICE OF ERRATA filed by Defendant Michael E. Jung. correcting Answer to Complaint (Attorney Civil Case Opening) 35 *Notice of Errata and Correction to Defendant Michael E. Jung, Ph.D's Answer to Plaintiff's Complaint* (Kuwahara, Emily) (Entered: 06/06/2018) |
| 06/06/2018 | 39 | ANSWER to Complaint (Attorney Civil Case Opening), 1 *Corrected Answer to Plaintiff's Complaint for Correction of Inventorship* filed by Defendant Michael E. Jung.(Kuwahara, Emily) (Entered: 06/06/2018) |
| 06/12/2018 | 40 | NOTICE OF SERVICE filed by Plaintiff Degui Chen, served on June 12, 2018. (Attachments: # 1 Exhibit Order Re: Notice to Counsel)(Ruggio, Samuel) (Entered: 06/12/2018) |
| 06/22/2018 | 41 | STIPULATION for Order Regarding Withdrawal Of An Affirmative Defense filed by Defendants Michael E. Jung, Charles L. Sawyers.(Kuwahara, Emily) (Entered: 06/22/2018) |
| 06/26/2018 | 42 | MEMORANDUM in Support *of Plaintiff's Motion to Strike the Defendants' Affirmative Defenses Pursuant to F.R.C.P. 12(f)* filed by Plaintiff Degui Chen. (Attachments: # 1 Proposed Order)(Ruggio, Samuel) Modified on 7/22/2018 (gk). (Entered: 06/26/2018) |
| 06/26/2018 | 43 | NOTICE Notice of Plaintiff's Motion to Strike the Defendants' Affirmative Defenses Pursuant to F.R.C.P. 12(f) filed by Plaintiff Degui Chen. (Ruggio, Samuel) (Entered: 06/26/2018) |
| 07/16/2018 | 44 | JOINT REPORT of Rule 26(f) Discovery Plan; estimated length of trial 4-5 days, filed by Plaintiff Degui Chen. (Ruggio, Samuel) (Entered: 07/16/2018) |
| 07/16/2018 | 45 | OPPOSITION *to Dr. Chen's Motion to Strike Defendants' Affirmative Defenses [Docket No. 42]* filed by Defendants Michael E. Jung, Charles L. Sawyers. (Attachments: # 1 Proposed Order)(Kuwahara, Emily) (Entered: 07/16/2018) |
| 07/23/2018 | 46 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: to Strike 42 . The following error(s) was/were found: Hearing information is missing, incorrect, or not timely. Incorrect event selected. Correct event to be |

| | | |
|---|---|---|
| | | used is: Applications/Ex Parte Applications/Motions/Petitions/Requests > Strike. The filer used the event, Responses/Replies/Other Motion Related Documents > Memorandum in Support of Motion, for docketing this filing, which does not allow the filer to set the noticed hearing date. For this one time only, clerk shall place the motion on calendar for 8/6/2018 at 10:00 AM. In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so. (gk) (Entered: 07/23/2018) |
| 07/23/2018 | 47 | REPLY In Support of Motion to Strike 42 filed by Plaintiff Degui Chen. (Ruggio, Samuel) (Entered: 07/23/2018) |
| 07/25/2018 | 48 | ORDER (IN CHAMBERS) SETTING PRE-TRIAL & TRIAL DATES by Judge Manuel L. Real. COUNSEL ARE NOTIFIED that this action is hereby placed on calendar for FINAL PRE-TRIAL CONFERENCE on FEBRUARY 4, 2019 AT 11:00 A.M. Memoranda of Contentions of Fact and Law, Exhibit Lists and Witness Lists shall be filed and served on or before JANUARY 14, 2019, which date will also serve as the discovery cut-off date in this action. There is no Motion Cut-Off Date set. PRE-TRIAL CONFERENCE ORDER shall be lodged with this Court on or before JANUARY 28, 2019.COURT TRIAL DATE is set as MARCH 5, 2019 AT 9:00 A.M. IT IS SO ORDERED. (cch) (Entered: 07/25/2018) |
| 09/12/2018 | 49 | ORDER DENYING PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' AFFIRMATIVE DEFENSES 42 by Judge Manuel L. Real. See document for details. (gk) (Entered: 09/12/2018) |
| 11/06/2018 | 50 | STIPULATION for Protective Order filed by Plaintiff Degui Chen. (Attachments: # 1 Proposed Order)(Ruggio, Samuel) (Entered: 11/06/2018) |
| 11/13/2018 | 51 | STIPULATED PROTECTIVE ORDER by Judge Manuel L. Real, re Stipulation 50 . See document for details. (gk) (Entered: 11/14/2018) |
| 11/16/2018 | 52 | NOTICE OF MOTION AND MOTION to Compel Non-Party to produce documents responsive to Plaintiff's Request for Production No. 1 filed by Plaintiff Degui Chen. Motion set for hearing on 12/17/2018 at 10:00 AM before Judge Manuel L. Real. (Attachments: # 1 Joint Stipulation, # 2 Declaration of Samuel Ruggio, # 3 Ruggio Decl., Ex. A, # 4 Ruggio Decl., Ex. B, # 5 Ruggio Decl., Ex. C, # 6 Ruggio Decl., Ex. D, # 7 Ruggio Decl., Ex. E, # 8 Ruggio Decl., Ex. F, # 9 Ruggio Decl., Ex. G, # 10 Ruggio Decl., Ex. H, # 11 Declaration of Emily Kuwahara, # 12 Kuwahara Decl., Ex. 1, # 13 Kuwahara Decl., Ex. 2, # 14 Kuwahara Decl., Ex. 3, # 15 Kuwahara Decl., Ex. 4, # 16 Proposed Order)(Ruggio, Samuel) (Entered: 11/16/2018) |
| 11/30/2018 | 53 | APPLICATION of Non-Resident Attorney Yixin H. Tang to Appear Pro Hac Vice on behalf of Plaintiff Degui Chen (Pro Hac Vice Fee - $400 Fee Paid, Receipt No. 0973-22822181) filed by Plaintiff Degui Chen. (Attachments: # 1 Proposed Order) (Ruggio, Samuel) (Entered: 11/30/2018) |
| 11/30/2018 | 54 | |

| | | SUPPLEMENT to MOTION to Compel Non-Party to produce documents responsive to Plaintiff's Request for Production No. 1 52 filed by Plaintiff Degui Chen. (Ruggio, Samuel) (Entered: 11/30/2018) |
|---|---|---|
| 12/03/2018 | 55 | SUPPLEMENT to MOTION to Compel Non-Party to produce documents responsive to Plaintiff's Request for Production No. 1 52 *The Regents of the University of California's Supplemental Memorandum in Support of its Opposition To Plaintiff's Motion To Compel* filed by Movant THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a public entity. (Attorney Emily T Kuwahara added to party THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a public entity(pty:mov))(Kuwahara, Emily) (Entered: 12/03/2018) |
| 12/10/2018 | 56 | TEXT ONLY SCHEDULING ORDER by Judge Manuel L. Real. The Court has determined that Motion to Compel Non-Party to produce documents responsive to Plaintiff's Request for Production No. 1 filed by Plaintiff Degui Chen 52 set for hearing on December 17, 2018 at 10:00 A.M. is suitable for a decision on the papers as filed by all parties without the need for oral argument. Therefore, the said Motion is taken UNDER SUBMISSION on the papers as filed and the hearing date of December 17, 2018 is VACATED and TAKEN OFF CALENDAR. The Court will issue its ruling on the matter in due course. IT IS SO ORDERED. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (cch) TEXT ONLY ENTRY (Entered: 12/10/2018) |
| 12/10/2018 | 57 | ORDER by Judge Manuel L. Real Granting Application of Non-Resident Attorney Yixin H. Tang to Appear Pro Hac Vice on behalf of Plaintiff Dr. Degui Chen, designating Mark B. Brueggemann as local counsel 53 . (gk) (Entered: 12/11/2018) |
| 12/27/2018 | 58 | ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL by Judge Manuel L. Real: Plaintiff Degui Chen seeks an order compelling third-party the Regents of the University of California to produce Documents Responsive to Subpoena Request No. 1. Specifically, Plaintiff seeks production of the A1/A52 Invention Report, which Plaintiff asserts is essential to his case to correct inventorship on the patents at issue. IT IS HEREBY ORDERED that Plaintiff's Motion to Compel 52 is GRANTED. (gk) (Entered: 01/02/2019) |
| 01/14/2019 | 59 | Witness List filed by Plaintiff Degui Chen.. (Ruggio, Samuel) (Entered: 01/14/2019) |
| 01/14/2019 | 60 | JOINT Exhibit List filed by Plaintiff Degui Chen.. (Ruggio, Samuel) (Entered: 01/14/2019) |
| 01/14/2019 | 61 | MEMORANDUM of CONTENTIONS of FACT and LAW filed by Plaintiff Degui Chen. (Ruggio, Samuel) (Entered: 01/14/2019) |
| 01/14/2019 | 62 | Witness List filed by Defendants Michael E. Jung, Charles L. Sawyers.. (Kuwahara, Emily) (Entered: 01/14/2019) |
| 01/14/2019 | 63 | MEMORANDUM of CONTENTIONS of FACT and LAW filed by Defendants Michael E. Jung, Charles L. Sawyers. (Kuwahara, Emily) (Entered: 01/14/2019) |

| 01/22/2019 | 64 | Notice of Appearance or Withdrawal of Counsel: for attorney Sigourney Rosy Haylock counsel for Defendants Michael E. Jung, Charles L. Sawyers. Adding Sigourney R. Haylock as counsel of record for Michael E. Jung, Ph.D. and Charles L. Sawyers, M.D. for the reason indicated in the G-123 Notice. Filed by Defendants Michael E. Jung, Ph.D. and Charles L. Sawyers, M.D.. (Attorney Sigourney Rosy Haylock added to party Michael E. Jung(pty:dft), Attorney Sigourney Rosy Haylock added to party Charles L. Sawyers(pty:dft)) (Haylock, Sigourney) (Entered: 01/22/2019) |
| --- | --- | --- |
| 01/22/2019 | 65 | NOTICE OF MOTION AND MOTION for Summary Judgment filed by Defendants Michael E. Jung, Charles L. Sawyers. Motion set for hearing on 2/19/2019 at 10:00 AM before Judge Manuel L. Real. (Ramsey, Gabriel) (Entered: 01/22/2019) |
| 01/22/2019 | 66 | DECLARATION of Michael E. Jung In Support Of NOTICE OF MOTION AND MOTION for Summary Judgment 65 filed by Defendants Michael E. Jung, Charles L. Sawyers. (Attachments: # 1 Exhibit A-D)(Ramsey, Gabriel) (Entered: 01/22/2019) |
| 01/22/2019 | 67 | DECLARATION of Jeffrey D. Winkler In Support Of NOTICE OF MOTION AND MOTION for Summary Judgment 65 filed by Defendants Michael E. Jung, Charles L. Sawyers. (Attachments: # 1 Exhibit A)(Ramsey, Gabriel) (Entered: 01/22/2019) |
| 01/22/2019 | 68 | DECLARATION of Samedy Ouk In Support Of NOTICE OF MOTION AND MOTION for Summary Judgment 65 filed by Defendants Michael E. Jung, Charles L. Sawyers. (Attachments: # 1 Exhibit A and B)(Ramsey, Gabriel) (Entered: 01/22/2019) |
| 01/22/2019 | 69 | MEMORANDUM in Support of NOTICE OF MOTION AND MOTION for Summary Judgment 65 filed by Defendants Michael E. Jung, Charles L. Sawyers. (Ramsey, Gabriel) (Entered: 01/22/2019) |
| 01/22/2019 | 70 | NOTICE OF LODGING filed re NOTICE OF MOTION AND MOTION for Summary Judgment 65 (Attachments: # 1 Proposed Judgment, # 2 Statement Of Uncontroverted Facts And Conclusions Of Law In Support Of Motion For Summary Judgment)(Ramsey, Gabriel) (Entered: 01/22/2019) |
| 01/22/2019 | 71 | APPLICATION to file document *Exhibits DD, FF, F, J, K and L to Haylock MSJ Declaration And Exhibit B to Ouk MSJ Declaration* under seal filed by Defendants Michael E. Jung, Charles L. Sawyers. (Attachments: # 1 Proposed Order Granting Defendants' Application For Leave To File Under Seal, # 2 SEALED ATTACHMENT - Exhibit DD To Haylock MSJ Declaration, # 3 Exhibit FF To Haylock MSJ Declaration, # 4 Exhibit F To Haylock MSJ Declaration, # 5 Exhibit J To Haylock MSJ Declaration, # 6 Exhibit K To Haylock MSJ Declaration, # 7 Exhibit L To Haylock MSJ Declaration, # 8 Exhibit B To Ouk MSJ Declaration)(Kuwahara, Emily) ** ATTACHMENT 2 SEALED PURSUANT TO THE ORDER OF 1/28/2019 92 ** Modified on 1/29/2019 (gk). (Entered: 01/22/2019) |
| 01/22/2019 | 72 | DECLARATION of Sigourney R. Haylock In Support Of NOTICE OF MOTION AND MOTION for Summary Judgment 65 filed by Defendants |

| | | Michael E. Jung, Charles L. Sawyers. (Attachments: # 1 Exhibit A, # 2 Exhibit B-D, # 3 Exhibit E-H, # 4 Exhibit I, # 5 Exhibit J-Q, # 6 Exhibit R, # 7 Exhibit S, # 8 Exhibit T, # 9 Exhibit U - 1 of 2, # 10 Exhibit U - 2 of 2, # 11 Exhibit V-Z, # 12 SEALED ATTACHMENT - Exhibit AA-JJ)(Ramsey, Gabriel) ** ATTACHMENT 12 SEALED PURSUANT TO THE ORDER OF 1/28/2019 92 ** Modified on 1/29/2019 (gk). (Entered: 01/22/2019) |
|---|---|---|
| 01/22/2019 | 73 | SEALED DECLARATION IN SUPPORT OF APPLICATION to file document *Exhibits DD, FF, F, J, K and L to Haylock MSJ Declaration And Exhibit B to Ouk MSJ Declaration* under seal 71 filed by Defendants Michael E. Jung, Charles L. Sawyers. (Attachments: # 1 Unredacted Document Exh DD To Haylock MSJ Declaration, # 2 Unredacted Document Exh FF To Haylock MSJ Declaration, # 3 Unredacted Document Exh F To Haylock MSJ Declaration, # 4 Unredacted Document Exh J To Haylock MSJ Declaration, # 5 Unredacted Document Exh K To Haylock MSJ Declaration, # 6 Unredacted Document Exh L To Haylock MSJ Declaration, # 7 Unredacted Document Exh B To Ouk MSJ Declaration)(Kuwahara, Emily) (Entered: 01/22/2019) |
| 01/23/2019 | 74 | APPLICATION to file document under seal filed by Defendants Michael E. Jung, Charles L. Sawyers. (Attachments: # 1 Proposed Order)(Kuwahara, Emily) (Entered: 01/23/2019) |
| 01/23/2019 | 75 | NOTICE OF ERRATA filed by Defendants Michael E. Jung, Charles L. Sawyers. correcting Declaration (Motion related) 66 *Of Michael E. Jung In Support Of Defendants' Michael E. Jung and Charles L. Sawyers Motion for Summary Judgment* (Kuwahara, Emily) (Entered: 01/23/2019) |
| 01/23/2019 | 76 | DECLARATION of Michael E. Jung In Support Of NOTICE OF MOTION AND MOTION for Summary Judgment 65 *Corrected* filed by Defendants Michael E. Jung, Charles L. Sawyers. (Attachments: # 1 Exhibit A-D) (Kuwahara, Emily) (Entered: 01/23/2019) |
| 01/23/2019 | 77 | NOTICE OF ERRATA filed by Defendants Michael E. Jung, Charles L. Sawyers. correcting Declaration (Motion related) 68 *of Samedy Ouk In Support Of Defendants' Michael E. Jung and Charles L. Sawyers Motion for Summary Judgment* (Kuwahara, Emily) (Entered: 01/23/2019) |
| 01/23/2019 | 78 | DECLARATION of Samedy Ouk In Support Of NOTICE OF MOTION AND MOTION for Summary Judgment 65 *Corrected* filed by Defendants Michael E. Jung, Charles L. Sawyers. (Attachments: # 1 Exhibit A-B)(Kuwahara, Emily) (Entered: 01/23/2019) |
| 01/23/2019 | 79 | NOTICE OF ERRATA filed by Defendants Michael E. Jung, Charles L. Sawyers. correcting Declaration (Motion related), 72 *Of Sigourney R. Haylock In Support Of Defendants' Michael E. Jung and Charles L. Sawyers Motion for Summary Judgment* (Kuwahara, Emily) (Entered: 01/23/2019) |
| 01/23/2019 | 80 | DECLARATION of Sigourney R. Haylock In Support Of NOTICE OF MOTION AND MOTION for Summary Judgment 65 *Corrected* filed by Defendants Michael E. Jung, Charles L. Sawyers. (Attachments: # 1 Exhibit A, # 2 Exhibit B-D, # 3 Exhibit E-H, # 4 Exhibit I, # 5 Exhibit J-Q, # 6 Exhibit R, |

| | | |
|---|---|---|
| | | # 7 Exhibit S, # 8 Exhibit T, # 9 Exhibit U - 1 of 2, # 10 Exhibit U - 2 of 2, # 11 Exhibit V-Z, # 12 Exhibit AA-JJ)(Kuwahara, Emily) (Entered: 01/23/2019) |
| 01/23/2019 | 81 | NOTICE OF ERRATA filed by Defendants Michael E. Jung, Charles L. Sawyers. correcting APPLICATION to file document *Exhibits DD, FF, F, J, K and L to Haylock MSJ Declaration And Exhibit B to Ouk MSJ Declaration* under seal 71 (Kuwahara, Emily) (Entered: 01/23/2019) |
| 01/23/2019 | 82 | APPLICATION to file document *Exhibits DD, FF, F, J, K and L to Haylock MSJ Declaration and Exhibit B to Ouk MSJ Declaration* under seal filed by Defendants Michael E. Jung, Charles L. Sawyers. (Attachments: # 1 Redacted Document Exhibit DD to Haylock MSJ Declaration, # 2 Redacted Document Exhibit FF to Haylock MSJ Declaration, # 3 Redacted Document Exhibit F to Haylock MSJ Declaration, # 4 Redacted Document Exhibit J to Haylock MSJ Declaration, # 5 Redacted Document Exhibit K to Haylock MSJ Declaration, # 6 Redacted Document Exhibit L to Haylock MSJ Declaration, # 7 Redacted Document Exhibit B to Ouk MSJ Declaration, # 8 Proposed Order Granting Defendants' Application For Leave To File Under Seal)(Kuwahara, Emily) (Entered: 01/23/2019) |
| 01/23/2019 | 83 | SEALED DECLARATION IN SUPPORT OF APPLICATION to file document *Exhibits DD, FF, F, J, K and L to Haylock MSJ Declaration and Exhibit B to Ouk MSJ Declaration* under seal 82 filed by Defendants Michael E. Jung, Charles L. Sawyers. (Attachments: # 1 Unredacted Document Exhibit DD to Haylock MSJ Declaration, # 2 Unredacted Document Exhibit FF to Haylock MSJ Declaration, # 3 Unredacted Document Exhibit F to Haylock MSJ Declaration, # 4 Unredacted Document Exhibit J to Haylock MSJ Declaration, # 5 Unredacted Document Exhibit K to Haylock MSJ Declaration, # 6 Unredacted Document Exhibit L to Haylock MSJ Declaration, # 7 Unredacted Document Exhibit B to Ouk MSJ Declaration)(Kuwahara, Emily) (Entered: 01/23/2019) |
| 01/23/2019 | 85 | ORDER GRANTING DEFENDANTS' APPLICATION FOR LEAVE TO FILE UNDER SEAL by Judge Manuel L. Real: Upon Defendants' Application 71 , 82 , the Court HEREBY ORDERS certain exhibits and portions of exhibits sealed, Excerpts DD, FF, F, J, K and L to Haylock MSJ Declaration And Exhibit B to Ouk MSJ Declaration. See document for further details. (gk) (Entered: 01/24/2019) |
| 01/24/2019 | 84 | NOTICE OF ERRATA filed by Defendants Michael E. Jung, Charles L. Sawyers. correcting Sealed Declaration in SupportDeclaration,, 73 *of Application To File Under Seal* (Kuwahara, Emily) (Entered: 01/24/2019) |
| 01/25/2019 | 86 | SEALED DOCUMENT *Exhibits F, J, K, L, DD and FF To The Declaration Of Sigourney R. Haylock In Support Of Defendants Motion For Summary Judgment* re NOTICE OF MOTION AND MOTION for Summary Judgment 65 , Declaration (Motion related), 80 , Order on Motion for Leave to File Document Under Seal,,, 85 filed by Defendants Michael E. Jung, Charles L. Sawyers.(Kuwahara, Emily) (Entered: 01/25/2019) |
| 01/25/2019 | 87 | SEALED DOCUMENT *Exhibit B To The Declaration Of Samedy Ouk In Support Of Defendants Motion For Summary Judgment* re NOTICE OF |

| | | |
|---|---|---|
| | | MOTION AND MOTION for Summary Judgment 65 , Declaration (Motion related) 78 , Order on Motion for Leave to File Document Under Seal,,, 85 filed by Defendants Michael E. Jung, Charles L. Sawyers.(Kuwahara, Emily) (Entered: 01/25/2019) |
| 01/28/2019 | 88 | NOTICE OF MOTION AND MOTION to Compel Second Limited Depositions *of Third Party Witnesses* filed by Plaintiff Degui Chen. Motion set for hearing on 2/19/2019 at 10:00 AM before Judge Manuel L. Real. (Attachments: # 1 Joint Stipulation, # 2 Declaration of Samuel Ruggio, # 3 Ruggio Decl., Ex. A, # 4 Ruggio Decl., Ex. B, # 5 Declaration of Emily Kuwahara, # 6 Declaration of Gabriel Ramsey, # 7 Declaration of Suzanna Rode, # 8 Kuwahara Decl., Ex. 1-3, # 9 Proposed Order)(Ruggio, Samuel) (Entered: 01/28/2019) |
| 01/28/2019 | 89 | TEXT ONLY SCHEDULING ORDER by Judge Manuel L. Real. Counsel and parties are notified that the Final Pretrial Conference set for February 4, 2019 is hereby continued to TUESDAY, FEBRUARY 19, 2019 at 11:00 A.M. Counsel shall appear on the new date and time. IT IS SO ORDERED. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (cch) TEXT ONLY ENTRY (Entered: 01/28/2019) |
| 01/28/2019 | 90 | NOTICE OF LODGING Proposed Pretrial Conference Order Plaintiff Degui Chen. (Attachments: # 1 Proposed Pretrial Conference Order, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5)(Ruggio, Samuel) (Entered: 01/28/2019) |
| 01/28/2019 | 91 | MINUTE ORDER (IN CHAMBERS) ORDERING PARTIES TO SETTLEMENT CONFERENCE by Judge Manuel L. Real: The parties are ORDERED to participate in a settlement conference with the Honorable S. James Otero, United States District Judge at Judge Otero's earliest convenience. Court Reporter: None Present. (gk) (Entered: 01/29/2019) |
| 01/28/2019 | 92 | ORDER GRANTING DEFENDANTS' APPLICATION AND REQUEST TO SEAL DOCKET NOS. 71-2 AND 72-12 by Judge Manuel L. Real: Defendants' Application and Request to Seal Docket Nos. 71-2 and 72-12 74 came before this Court. The Court grants the application for leave to file under seal Docket Nos. 71 -2 and 72 -12. (gk) (Entered: 01/29/2019) |
| 01/29/2019 | 93 | SCHEDULING NOTICE by Judge S. James Otero. This matter having been referred to the calendar of Judge S. James Otero for settlement, the Court sets a Settlement Conference for Thursday, 2/14/2019 @ 09:00 AM before Judge S. James Otero in courtroom 10C, tenth floor. The parties shall fully comply with this court's Standing Order rule 33. Procedures for Settlement Conferences Held Before Judge Otero. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (vcr) TEXT ONLY ENTRY (Entered: 01/29/2019) |
| 01/29/2019 | 94 | MEMORANDUM in Opposition to NOTICE OF MOTION AND MOTION for Summary Judgment 65 filed by Plaintiff Degui Chen. (Attachments: # 1 Statement of Contested Facts and Conclusions of Law)(Ruggio, Samuel) (Entered: 01/29/2019) |
| 01/29/2019 | 95 | |

| | | |
|---|---|---|
| | | DECLARATION of Ron Bihovsky, Ph.D. In Opposition to NOTICE OF MOTION AND MOTION for Summary Judgment 65 filed by Plaintiff Degui Chen. (Attachments: # 1 Ex. A)(Ruggio, Samuel) (Entered: 01/29/2019) |
| 01/29/2019 | 96 | DECLARATION of Samuel J. Ruggio in Opposition to NOTICE OF MOTION AND MOTION for Summary Judgment 65 filed by Plaintiff Degui Chen. (Attachments: # 1 Ex. 1-3, # 2 Ex. 4-13, # 3 Ex. 14-20, # 4 Ex. 21-40, # 5 Ex. 41-51, # 6 Ex. 52-59)(Ruggio, Samuel) (Entered: 01/29/2019) |
| 01/29/2019 | 97 | APPLICATION to file document *Exhibits 1, 2, 3, 6, 8, 11, 12, 26, and 59 to the Ruggio Declaration,* under seal filed by Plaintiff Degui Chen. (Attachments: # 1 Proposed Order Granting Plaintiff's Application For Leave to File Under Seal, # 2 Ex. 1, # 3 Ex. 2, # 4 Ex. 3, # 5 Ex. 6, # 6 Ex. 8, # 7 Ex. 11, # 8 Ex. 12, # 9 Ex. 26, # 10 Ex. 59)(Ruggio, Samuel) (Entered: 01/29/2019) |
| 01/29/2019 | 98 | SEALED DECLARATION IN SUPPORT OF APPLICATION to file document *Exhibits 1, 2, 3, 6, 8, 11, 12, 26, and 59 to the Ruggio Declaration,* under seal 97 filed by Plaintiff Degui Chen. (Attachments: # 1 Unredacted Exhibit 1 (part 1), # 2 Unredacted Exhibit 1 (part 2), # 3 Unredacted Exhibit 1 (part 3), # 4 Unredacted Exhibit 1 (part 4), # 5 Unredacted Exhibit 1 (part 5), # 6 Unredacted Exhibit 1 (part 6), # 7 Unredacted Exhibit 1 (part 7), # 8 Unredacted Exhibit 1 (part 8), # 9 Unredacted Exhibit 1 (part 9), # 10 Unredacted Exhibit 2 (part 1), # 11 Unredacted Exhibit 2 (part 2), # 12 Unredacted Exhibit 3 (part 1), # 13 Unredacted Exhibit 3 (part 2), # 14 Unredacted Exhibit 3 (part 3), # 15 Unredacted Exhibit 3 (part 4), # 16 Unredacted Exhibit 6 (part 1), # 17 Unredacted Exhibit 6 (part 2), # 18 Unredacted Exhibit 8, # 19 Unredacted Exhibit 11, # 20 Unredacted Exhibit 12, # 21 Unredacted Exhibit 26, # 22 Unredacted Exhibit 59)(Ruggio, Samuel) (Entered: 01/29/2019) |
| 01/30/2019 | 99 | Notice of Appearance or Withdrawal of Counsel: for attorney Chiemi Denise Suzuki counsel for Defendants Michael E. Jung, Charles L. Sawyers. Filed by Defendant Chiemi D. Suzuki. (Attorney Chiemi Denise Suzuki added to party Michael E. Jung(pty:dft), Attorney Chiemi Denise Suzuki added to party Charles L. Sawyers(pty:dft))(Suzuki, Chiemi) (Entered: 01/30/2019) |
| 01/30/2019 | 100 | APPLICATION to file document *Docket Nos. 94-1 and 96-6* under seal filed by Defendants Michael E. Jung, Charles L. Sawyers. (Attachments: # 1 Proposed Order Granting Defendants Application and Request to Seal Docket Nos. 94-1 and 96-6, # 2 Redacted Document Docket No. 94-1 Plaintiff's Statement of Contested Facts ISO Opposition to Defendants' MSJ, # 3 Redacted Document Docket No. 96-6 Exhibit 56 to Ruggio Declaration ISO Plaintiff's Opposition to Defendants' MSJ)(Kuwahara, Emily) (Entered: 01/30/2019) |
| 01/30/2019 | 101 | SEALED DECLARATION IN SUPPORT OF APPLICATION to file document *Docket Nos. 94-1 and 96-6* under seal 100 filed by Defendants Michael E. Jung, Charles L. Sawyers. (Attachments: # 1 Exhibit A to Haylock Declaration ISO Defendants' Application and Request to Seal Docket Nos. 94-1 and 96-6, # 2 Unredacted Document Docket No. 94-1 Plaintiff's Statement of Contested Facts ISO Opposition to Defendants' MSJ, # 3 Unredacted Document Docket No. 96-6 Exhibit 56 to Ruggio Declaration ISO |

| | | |
|---|---|---|
| | | Plaintiff's Opposition to Defendants' MSJ)(Kuwahara, Emily) (Entered: 01/30/2019) |
| 01/31/2019 | 102 | First REQUEST TO SUBSTITUTE ATTORNEY Gregory A. Ellis in place of attorney Mark B. Brueggemann filed by Plaintiff Degui Chen. (Attachments: # 1 Proposed Order) (Attorney Gregory Andrew Ellis added to party Degui Chen (pty:pla)) (Ellis, Gregory) (Entered: 01/31/2019) |
| 02/04/2019 | 103 | SEALED DECLARATION IN SUPPORT OF APPLICATION to file document *Exhibits 1, 2, 3, 6, 8, 11, 12, 26, and 59 to the Ruggio Declaration,* under seal 97 filed by Movant THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a public entity.(Kuwahara, Emily) (Entered: 02/04/2019) |
| 02/04/2019 | 104 | NOTICE OF MOTION AND MOTION IN LIMINE (#2) to Exclude The Results of Plaintiff Degui Chen, Ph.D's Purported In Vitro Testing filed by Defendants Michael E. Jung, Charles L. Sawyers. Motion set for hearing on 3/4/2019 at 10:00 AM before Judge Manuel L. Real. (Attachments: # 1 Memorandum ISO Motion in Limine No. 2 to ExcludeThe Results of Plaintiff Degui Chen Ph.D's Purported In Vitro Testing, # 2 Declaration of Haylock ISO Motion in Limine No. 2, # 3 Exhibit A-J to the Declaration of Haylock ISO Motion in Limine No. 2, # 4 Proposed Order)(Kuwahara, Emily) (Entered: 02/04/2019) |
| 02/04/2019 | 105 | NOTICE OF MOTION AND MOTION IN LIMINE (#1) to Exclude Evidence and Argument Challenging the Inventorship of Named Inventors filed by Defendants Michael E. Jung, Charles L. Sawyers. Motion set for hearing on 3/4/2019 at 10:00 AM before Judge Manuel L. Real. (Attachments: # 1 Memorandum ISO Motion in Limine No. 1, # 2 Declaration of Emily Kuwahara ISO Motion in Limine No. 1, # 3 Exhibit A - B to Declaration of Emily Kuwahara, # 4 Declaration of Michael Jung ISO Motion in Limine No. 1, # 5 Exhibit A to Declaration of Michael Jung, # 6 Declaration of Dr. Charles L. Sawyers ISO Motion in Limine No. 1, # 7 Exhibit A to Declaration of Dr. Charles L. Sawyer, # 8 Declaration of Christopher Tran ISO Motion in Limine No. 1, # 9 Exhibit A to Declaration of Christopher Tran, # 10 Declaration of John Wongvipat ISO Motion in Limine No. 1, # 11 Exhibit A to Declaration of John Wongvipat, # 12 Proposed Order)(Kuwahara, Emily) (Entered: 02/04/2019) |
| 02/04/2019 | 106 | NOTICE OF MOTION AND MOTION IN LIMINE (#6) to Exclude Documents, Testimony, and Arguments Relating to a Third Party's Attempts to License Plaintiff's Chinese Patent No. 101032483 in China filed by Defendants Michael E. Jung, Charles L. Sawyers. Motion set for hearing on 3/4/2019 at 10:00 AM before Judge Manuel L. Real. (Attachments: # 1 Memorandum ISO Motion in Limine No. 6, # 2 Declaration of Haylock ISO Motion in Limine No. 6, # 3 Exhibit A-F to Declaration of Haylock, # 4 Proposed Order) (Kuwahara, Emily) (Entered: 02/04/2019) |
| 02/04/2019 | 107 | NOTICE OF MOTION AND MOTION IN LIMINE (#3) to Exclude the Unauthenticated Email Re the Ordering of Chemicals filed by Defendants Michael E. Jung, Charles L. Sawyers. Motion set for hearing on 3/4/2019 at 10:00 AM before Judge Manuel L. Real. (Attachments: # 1 Memorandum ISO Motion in Limine No. 3, # 2 Declaration of Haylock ISO Motion in Limine |

| | | |
|---|---|---|
| | | No. 3, # 3 Exhibit A-E ISO Declaration of Haylock, # 4 Proposed Order) (Kuwahara, Emily) (Entered: 02/04/2019) |
| 02/04/2019 | 108 | NOTICE OF MOTION AND MOTION IN LIMINE (#5) to Exclude Documents and Testimony Re Privileged Communications Between Samedy Ouk, PhD, Plaintiff Degui Chen, PhD and Their Attorney filed by Defendants Michael E. Jung, Charles L. Sawyers. Motion set for hearing on 3/4/2019 at 10:00 AM before Judge Manuel L. Real. (Attachments: # 1 Memorandum ISO Motion in Limine No. 5, # 2 Declaration of Ramsey ISO Motion in Limine No. 5, # 3 Exhibit A to Ramsey Declaration, # 4 Declaration of Ouk ISO Motion in Limine No. 5, # 5 Proposed Order)(Kuwahara, Emily) (Entered: 02/04/2019) |
| 02/04/2019 | 109 | NOTICE OF MOTION AND MOTION IN LIMINE (#4) to Exclude Evidence of Business and Licensing Arrangements as Irrelevant to Plaintiff's Inventorship Claim filed by Defendants Michael E. Jung, Charles L. Sawyers. Motion set for hearing on 3/4/2019 at 10:00 AM before Judge Manuel L. Real. (Attachments: # 1 Memorandum ISO Motion in Limine No. 4, # 2 Declaration of Kuwahara ISO Motion in Limine No. 4, # 3 Exhibit A-I to Kuwahara Declaration, # 4 Proposed Order)(Kuwahara, Emily) (Entered: 02/04/2019) |
| 02/04/2019 | 110 | NOTICE OF MOTION AND MOTION IN LIMINE (#7) to Exclude Expert Testimony by Plaintiff Degui Chen, PhD., as Plaintiff Degui Chen, Ph.D. Was Not Disclosed as an Expert filed by Defendants Michael E. Jung, Charles L. Sawyers. Motion set for hearing on 3/4/2019 at 10:00 AM before Judge Manuel L. Real. (Attachments: # 1 Memorandum ISO Motion in Limine No. 7, # 2 Declaration of Kuwahara ISO Motion in Limine No. 7, # 3 Exhibit A-B to Declaration of Kuwahara, # 4 Proposed Order)(Kuwahara, Emily) (Entered: 02/04/2019) |
| 02/05/2019 | 111 | REPLY Defendants Michael E. Jung And Charles L. Sawyers Reply In Support Of Motion For Summary Judgment NOTICE OF MOTION AND MOTION for Summary Judgment 65 filed by Defendants Michael E. Jung, Charles L. Sawyers. (Ramsey, Gabriel) (Entered: 02/05/2019) |
| 02/05/2019 | 112 | Defendants Objections To Declaration Of Dr. Ron Bihovsky Submitted By Plaintiff In Opposition To Defendants Motion For Summary Judgment In Support Of re: NOTICE OF MOTION AND MOTION for Summary Judgment 65 filed by Defendants Michael E. Jung, Charles L. Sawyers. (Ramsey, Gabriel) (Entered: 02/05/2019) |
| 02/05/2019 | 113 | Defendants Objections To Declaration Of Samuel J. Ruggio Submitted By Plaintiff In Opposition To Defendants Motion For Summary Judgment In Support Of re: NOTICE OF MOTION AND MOTION for Summary Judgment 65 filed by Defendants Michael E. Jung, Charles L. Sawyers. (Ramsey, Gabriel) (Entered: 02/05/2019) |
| 02/06/2019 | 114 | ORDER by Judge Manuel L. Real Granting Request for Approval of Substitution of Attorney Gregory A. Ellis for Plaintiff Degui Chen, Ph.D. in place of Attorney Mark B. Brueggemann 102 . (gk) (Entered: 02/08/2019) |
| 02/11/2019 | 115 | MEMORANDUM in Opposition to MOTION IN LIMINE (#1) to Exclude Evidence and Argument Challenging the Inventorship of Named Inventors 105 |

| | | |
|---|---|---|
| | | filed by Plaintiff Degui Chen. (Attachments: # 1 Ruggio Declaration ISO Plaintiff's Opposition to DMIL 1, # 2 Exhibits 1-5 to the Ruggio Declaration, # 3 Proposed Order)(Ruggio, Samuel) (Entered: 02/11/2019) |
| 02/11/2019 | 116 | MEMORANDUM in Opposition to MOTION IN LIMINE (#2) to Exclude The Results of Plaintiff Degui Chen, Ph.D's Purported In Vitro Testing 104 filed by Plaintiff Degui Chen. (Attachments: # 1 Ruggio Declaration ISO Plaintiff's Opposition to DMIL 2, # 2 Exhibits 1-11 to the Ruggio Declaration, # 3 Proposed Order)(Ruggio, Samuel) (Entered: 02/11/2019) |
| 02/11/2019 | 117 | MEMORANDUM in Opposition to MOTION IN LIMINE (#3) to Exclude the Unauthenticated Email Re the Ordering of Chemicals 107 filed by Plaintiff Degui Chen. (Attachments: # 1 Ruggio Declaration ISO Plaintiff's Opposition to DMIL 3, # 2 Exhibits 1-9 to the Ruggio Declaration, # 3 Proposed Order) (Ruggio, Samuel) (Entered: 02/11/2019) |
| 02/11/2019 | 118 | MEMORANDUM in Opposition to MOTION IN LIMINE (#4) to Exclude Evidence of Business and Licensing Arrangements as Irrelevant to Plaintiff's Inventorship Claim 109 filed by Plaintiff Degui Chen. (Attachments: # 1 Ruggio Declaration ISO Plaintiff's Opposition to DMIL 4, # 2 Exhibits 1-12 to the Ruggio Declaration, # 3 Proposed Order)(Ruggio, Samuel) (Entered: 02/11/2019) |
| 02/11/2019 | 119 | MEMORANDUM in Opposition to MOTION IN LIMINE (#5) to Exclude Documents and Testimony Re Privileged Communications Between Samedy Ouk, PhD, Plaintiff Degui Chen, PhD and Their Attorney 108 filed by Plaintiff Degui Chen. (Attachments: # 1 Ruggio Declaration ISO Plaintiff's Opposition to DMIL 5, # 2 Exhibits 1-13 to the Ruggio Declaration, # 3 Proposed Order) (Ruggio, Samuel) (Entered: 02/11/2019) |
| 02/11/2019 | 120 | APPLICATION to file document *Plaintiff's Oppositions to Defendants' Motion in Limine No. 5 and Exhibit 1* under seal filed by Plaintiff Degui Chen. (Attachments: # 1 Proposed Order, # 2 Redacted Plaintiff's Opposition to DMIL 5, # 3 Redacted Ex. 1)(Ruggio, Samuel) (Entered: 02/11/2019) |
| 02/11/2019 | 121 | SEALED DECLARATION IN SUPPORT OF APPLICATION to file document *Plaintiff's Oppositions to Defendants' Motion in Limine No. 5 and Exhibit 1* under seal 120 filed by Plaintiff Degui Chen. (Attachments: # 1 Exhibit 1 to the Plaintiff's Opposition of Defendants' Motion in Limine No. 5, # 2 Plaintiff's Opposition of Defendants' Motion in Limine No. 5)(Ruggio, Samuel) (Entered: 02/11/2019) |
| 02/11/2019 | 122 | MEMORANDUM in Opposition to MOTION IN LIMINE (#6) to Exclude Documents, Testimony, and Arguments Relating to a Third Party's Attempts to License Plaintiff's Chinese Patent No. 101032483 in China 106 filed by Plaintiff Degui Chen. (Attachments: # 1 Ruggio Declaration ISO Plaintiff's Opposition to DMIL 6, # 2 Exhibits 1-3 to the Ruggio Declaration, # 3 Proposed Order)(Ruggio, Samuel) (Entered: 02/11/2019) |
| 02/11/2019 | 123 | MEMORANDUM in Opposition to MOTION IN LIMINE (#7) to Exclude Expert Testimony by Plaintiff Degui Chen, PhD., as Plaintiff Degui Chen, |

| | | |
|---|---|---|
| | | Ph.D. Was Not Disclosed as an Expert 110 filed by Plaintiff Degui Chen. (Attachments: # 1 Proposed Order)(Ruggio, Samuel) (Entered: 02/11/2019) |
| 02/12/2019 | 124 | Notice of Appearance or Withdrawal of Counsel: for attorney Dylan Scott Burstein counsel for Defendants Michael E. Jung, Charles L. Sawyers. Adding Dylan Scott Burstein as counsel of record for Michael E. Jung. Ph.D. and Charles L. Sawyers, M.D. for the reason indicated in the G-123 Notice. Filed by Defendants Michael E. Jung, Ph.D. and Charles L. Sawyers, M.D.. (Attorney Dylan Scott Burstein added to party Michael E. Jung(pty:dft), Attorney Dylan Scott Burstein added to party Charles L. Sawyers(pty:dft)) (Burstein, Dylan) (Entered: 02/12/2019) |
| 02/12/2019 | 125 | ORDER GRANTING PLAINTIFF'S APPLICATION TO FILE UNDER SEAL DEFENDANTS' AND THIRD-PARTY WITNESS' DOCUMENTS UNDER SEAL by Judge Manuel L. Real: Upon Plaintiff's Application 97 , the Court rules that the following documents are permitted to be filed under seal: Exhibits 1, 2, 3, 6, 8, 11, 12, (Excerpts from) 26, and 59 to the Ruggio Declaration. See document for further details. (gk) (Entered: 02/13/2019) |
| 02/14/2019 | 126 | SEALED DOCUMENT *Exhibit 1, 2, 3, 6, 8, 11, 12, 26, and 59* re Declaration (Motion related), 96 , Order on Motion for Leave to File Document Under Seal, 125 filed by Plaintiff Degui Chen. (Attachments: # 1 Ex. 1 (part 2), # 2 Ex. 1 (part 3), # 3 Ex. 1 (part 4), # 4 Ex. 1 (part 5), # 5 Ex. 1 (part 6), # 6 Ex. 1 (part 7), # 7 Ex. 1 (part 8), # 8 Ex. 1 (part 9), # 9 Ex. 2 (part 1), # 10 Ex. 2 (part 2), # 11 Ex. 3 (part 1), # 12 Ex. 3 (part 2), # 13 Ex. 3 (part 3), # 14 Ex. 3 (part 4), # 15 Ex. 6 (part 1), # 16 Ex. 6 (part 2), # 17 Ex. 8, # 18 Ex. 11, # 19 Ex. 12, # 20 Ex. 26, # 21 Ex. 59)(Ruggio, Samuel) (Entered: 02/14/2019) |
| 02/14/2019 | 127 | MINUTES OF Settlement Conference held before Judge S. James Otero presiding for Judge Manuel L. Real: Matter called. Plaintiff Degui Chen and Defendant Michael E. Jung are present. The Court and counsel confer. The Court meets with all parties in chambers. This matter does not settle. The parties are referred back to Judge Real for further direction. Court Reporter: Carol Zurborg. (lc) (Entered: 02/14/2019) |
| 02/15/2019 | 128 | NOTICE filed by Plaintiff Degui Chen. *Position On Potential New Trial Date* (Attachments: # 1 Ex. 1)(Ruggio, Samuel) (Entered: 02/15/2019) |
| 02/15/2019 | 129 | RESPONSE filed by Defendants Michael E. Jung, Charles L. Sawyersto Notice (Other) 128 (Kuwahara, Emily) (Entered: 02/15/2019) |
| 02/15/2019 | 130 | SEALED DECLARATION IN SUPPORT OF APPLICATION to file document *Plaintiff's Oppositions to Defendants' Motion in Limine No. 5 and Exhibit 1* under seal 120 filed by Defendants Michael E. Jung, Charles L. Sawyers. (Attachments: # 1 Exhibit A to Declaration of Haylock)(Haylock, Sigourney) (Entered: 02/15/2019) |
| 02/19/2019 | 131 | MINUTE ORDER (IN CHAMBERS) CONTINUING PRETRIAL AND TRIAL DATES by Judge Manuel L. Real: On 2/14/2019, the parties held a settlement conference with Honorable S. James Otero, United States District Judge. The matter did not settle. However, Judge Otero has informed this Court that he is willing to further work with the parties and has recommended a |

| | | |
|---|---|---|
| | | continuance of the trial date in this matter. The Court hereby ORDERS the parties to continue to participate in settlement discussions with Judge Otero. Accordingly, the Court hereby continues the Bench Trial to 6/18/2019 10:00 AM before Judge Manuel L. Real. The Final Pretrial Conference along with Defendants Michael E. Jung and Charles L. Sawyers' motions in limine no. 1-7 105 , 104 , 107 , 109 , 108 , 106 , 110 , are continued to 5/20/2019 11:00 AM before Judge Manuel L. Real. The hearing on Defendant's Motion for Summary Judgment 65 is hereby continued to 5/6/2019 at 10:00 AM before Judge Manuel L. Real. Court Reporter: None Present. (gk) (Entered: 02/21/2019) |
| 02/25/2019 | 132 | ORDER DENYING PLAINTIFF'S MOTION TO COMPEL 88 by Judge Manuel L. Real. See document for details. (gk) (Entered: 02/26/2019) |
| 02/28/2019 | 133 | SCHEDULING NOTICE by Judge S. James Otero. The Court sets a Settlement Conference for Tuesday, 4/9/2019 @ 09:30 AM before Judge S. James Otero.THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (vcr) TEXT ONLY ENTRY (Entered: 02/28/2019) |
| 03/01/2019 | 134 | SCHEDULING NOTICE by Judge S. James Otero. Judge Otero Orders the parties to submit supplemental confidential settlement statements by 4/3/2019. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (vcr) TEXT ONLY ENTRY (Entered: 03/01/2019) |
| 03/04/2019 | 135 | NOTICE OF MOTION AND MOTION for Leave to file First Amended Complaint filed by Plaintiff Degui Chen. Motion set for hearing on 4/1/2019 at 10:00 AM before Judge Manuel L. Real. (Attachments: # 1 Memorandum in Support of Motion for Leave, # 2 Ex. A - Proposed Amended Complaint, # 3 Proposed Order) (Ruggio, Samuel) (Entered: 03/04/2019) |
| 03/04/2019 | 136 | NOTICE OF MOTION AND MOTION to AMEND Pretrial-Trial Scheduling Order - form only,, 48 to Conditionally Reopen Discovery and Extend Expert Disclosure Deadline filed by Defendants' Michael E. Jung, Charles L. Sawyers. Motion set for hearing on 4/1/2019 at 10:00 AM before Judge Manuel L. Real. (Attachments: # 1 Memorandum ISO Conditional Motion to Reopen Discovery and Extend Expert Disclosure Deadline, # 2 Proposed Order Granting Defendants' Conditional Motion to Reopen Discovery and Extend Expert Disclosure Deadline) (Kuwahara, Emily) (Entered: 03/04/2019) |
| 03/04/2019 | 137 | DECLARATION of Dylan S. Burstein in support of NOTICE OF MOTION AND MOTION to AMEND Pretrial-Trial Scheduling Order - form only,, 48 to Conditionally Reopen Discovery and Extend Expert Disclosure Deadline 136 filed by Defendants Michael E. Jung, Charles L. Sawyers. (Attachments: # 1 Exhibit A-C to the Declaration of Burstein, # 2 Exhibit D-F to the Declaration of Burstein, # 3 Exhibit G-N to the Declaration of Burstein, # 4 Exhibit O-S to the Declaration of Burstein, # 5 Exhibit T-Z to the Declaration of Burstein, # 6 Exhibit AA-GG to the Declaration of Burstein)(Kuwahara, Emily) (Entered: 03/04/2019) |
| 03/04/2019 | 138 | APPLICATION to file document Memorandum of Points and Authorities ISO Defs' Conditional Motion to Reopen Discovery and Exhibits G, I, J and S to the Burstein Declaration under seal filed by Defendants Michael E. Jung, Charles |

| | | L. Sawyers. (Attachments: # 1 Redacted Document Memorandum ISO Defs' Conditional Motion to Reopen Discovery, # 2 Redacted Document Exhibits G, I, J and S to the Burstein Declaration, # 3 Proposed Order)(Kuwahara, Emily) (Entered: 03/04/2019) |
|---|---|---|
| 03/04/2019 | 139 | SEALED DECLARATION IN SUPPORT OF APPLICATION to file document *Memorandum of Points and Authorities ISO Defs' Conditional Motion to Reopen Discovery and Exhibits G, I, J and S to the Burstein Declaration* under seal 138 filed by Defendants Michael E. Jung, Charles L. Sawyers. (Attachments: # 1 Unredacted Document Memorandum ISO Defs' Conditional Motion to Reopen Discovery, # 2 Unredacted Document Exhibits G, I, J and S to the Declaration of Burstein)(Kuwahara, Emily) (Entered: 03/04/2019) |
| 03/04/2019 | 140 | Mail Returned Undeliverable addressed to Chiemi Denise Suzuki re Order on Request to Substitute Attorney 114 . (jp) (Entered: 03/05/2019) |
| 03/07/2019 | 141 | TEXT ONLY SCHEDULING ORDER (IN CHAMBERS) by Judge Manuel L. Real. The Court has determined that Defendants Michael E. Jung and Charles L. Sawyers' Motion for Summary Judgment (Dkt. No. [65]) set for hearing on May 6, 2019 at 10:00 A.M. is suitable for a decision on the papers as filed by all parties without the need for oral argument. Therefore, the said Motion is taken UNDER SUBMISSION on the papers as filed and the hearing date of May 6, 2019 is VACATED and TAKEN OFF CALENDAR. The Court will issue its ruling on the matter in due course. IT IS SO ORDERED. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (cch) TEXT ONLY ENTRY (Entered: 03/07/2019) |
| 03/08/2019 | 142 | SEALED DECLARATION IN SUPPORT OF APPLICATION to file document *Memorandum of Points and Authorities ISO Defs' Conditional Motion to Reopen Discovery and Exhibits G, I, J and S to the Burstein Declaration* under seal 138 filed by Plaintiff Degui Chen.(Ruggio, Samuel) (Entered: 03/08/2019) |
| 03/08/2019 | 143 | SEALED DECLARATION IN SUPPORT OF APPLICATION to file document *Memorandum of Points and Authorities ISO Defs' Conditional Motion to Reopen Discovery and Exhibits G, I, J and S to the Burstein Declaration* under seal 138 filed by Movant THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a public entity.(Attorney Sigourney Rosy Haylock added to party THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a public entity(pty:mov))(Haylock, Sigourney) (Entered: 03/08/2019) |
| 03/11/2019 | 144 | MEMORANDUM in Opposition to NOTICE OF MOTION AND MOTION to AMEND Pretrial-Trial Scheduling Order - form only,, 48 *to Conditionally Reopen Discovery and Extend Expert Disclosure Deadline* 136 filed by Plaintiff Degui Chen. (Ruggio, Samuel) (Entered: 03/11/2019) |
| 03/11/2019 | 145 | DECLARATION of Samuel J. Ruggio In Support of Plaintiff's Opposition to the Defendants' NOTICE OF MOTION AND MOTION to AMEND Pretrial-Trial Scheduling Order - form only,, 48 *to Conditionally Reopen Discovery and Extend Expert Disclosure Deadline* 136 filed by Plaintiff Degui Chen. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Ex. A-J, # 2 Ex. K-Q)(Ruggio, Samuel) (Entered: 03/11/2019) |
| 03/11/2019 | 146 | APPLICATION to file document *Exhibit K to Ruggio Declaration* under seal filed by Plaintiff Degui Chen. (Attachments: # 1 Ex. K, # 2 Proposed Order) (Ruggio, Samuel) (Entered: 03/11/2019) |
| 03/11/2019 | 147 | SEALED DECLARATION IN SUPPORT OF APPLICATION to file document *Exhibit K to Ruggio Declaration* under seal 146 filed by Plaintiff Degui Chen. (Attachments: # 1 Unredacted Ex. K)(Ruggio, Samuel) (Entered: 03/11/2019) |
| 03/11/2019 | 148 | MEMORANDUM in Opposition to NOTICE OF MOTION AND MOTION for Leave to file First Amended Complaint 135 filed by Defendants Michael E. Jung, Charles L. Sawyers. (Kuwahara, Emily) (Entered: 03/11/2019) |
| 03/11/2019 | 149 | DECLARATION of Dylan S. Burstein in opposition to NOTICE OF MOTION AND MOTION for Leave to file First Amended Complaint 135 filed by Defendants Michael E. Jung, Charles L. Sawyers. (Attachments: # 1 Exhibit A to Declaration of Dylan Burstein ISO Defts Opposition to Pltfs Motion to Amend, # 2 Exhibit B to Declaration of Dylan Burstein ISO Defts Opposition to Pltfs Motion to Amend, # 3 Exhibit C to Declaration of Dylan Burstein ISO Defts Opposition to Pltfs Motion to Amend, # 4 Exhibit D to Declaration of Dylan Burstein ISO Defts Opposition to Pltfs Motion to Amend, # 5 Exhibit E-H to Declaration of Dylan Burstein ISO Defts Opposition to Pltfs Motion to Amend)(Kuwahara, Emily) (Entered: 03/11/2019) |
| 03/11/2019 | 150 | ORDER DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT by Judge Manuel L. Real denying 65 for Summary Judgment: IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgment is DENIED. (Dkt. No. 65). (see document for further details) (bm) (Entered: 03/12/2019) |
| 03/18/2019 | 151 | REPLY In Support of NOTICE OF MOTION AND MOTION for Leave to file First Amended Complaint 135 filed by Plaintiff Degui Chen. (Attachments: # 1 Declaration of Samuel J. Ruggio ISO Plaintiff's Reply Brief to Motion for Leave to Amend)(Ruggio, Samuel) (Entered: 03/18/2019) |
| 03/18/2019 | 152 | REPLY in support of NOTICE OF MOTION AND MOTION to AMEND Pretrial-Trial Scheduling Order - form only,, 48 *to Conditionally Reopen Discovery and Extend Expert Disclosure Deadline* 136 filed by Defendants Michael E. Jung, Charles L. Sawyers. (Kuwahara, Emily) (Entered: 03/18/2019) |
| 03/18/2019 | 153 | DECLARATION of Dylan S. Burstein in support of NOTICE OF MOTION AND MOTION to AMEND Pretrial-Trial Scheduling Order - form only,, 48 *to Conditionally Reopen Discovery and Extend Expert Disclosure Deadline* 136 filed by Defendants Michael E. Jung, Charles L. Sawyers. (Attachments: # 1 Exhibit A to Declaration of Dylan S. Burstein ISO Defts Reply ISO Conditional Motion to Reopen Discovery, # 2 Exhibit B to Declaration of Dylan S. Burstein ISO Defts Reply ISO Conditional Motion to Reopen Discovery)(Kuwahara, Emily) (Entered: 03/18/2019) |
| | | |

| 03/27/2019 | 154 | TEXT ONLY SCHEDULING ORDER by Judge Manuel L. Real, The Court has determined that Motion for Leave to file First Amended Complaint filed by Plaintiff Degui Chen 135 and Motion Amend Pretrial-Trial Scheduling Order to Conditionally Reopen Discovery and Extend Expert Disclosure Deadline filed by Defendants' Michael E. Jung, Charles L. Sawyers 136 set for hearing on April 1, 2019 at 10:00 A.M. are suitable for a decision on the papers as filed by all parties without the need for oral argument. Therefore, the said motions are taken UNDER SUBMISSION on the papers as filed and the hearing date of April 1, 2019 is VACATED and TAKEN OFF CALENDAR. The Court will issue its ruling on the matter in due course. IT IS SO ORDERED. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (dbu) TEXT ONLY ENTRY (Entered: 03/27/2019) |
| 04/08/2019 | 155 | ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT 135 AND DENYING AS MOOT DEFENDANTS' CONDITIONAL MOTION TO REOPEN DISCOVERY 136 by Judge Manuel L. Real. See document for details. (gk) (Entered: 04/08/2019) |
| 04/09/2019 | 156 | MINUTES OF Settlement Conference held before Judge S. James Otero: The Court and counsel confer in chambers regarding settlement. Plaintiff Degui Chen is not present. Defendants Michael E. Jung and Charles L. Sawyers are present. Attorney William C. Rooklidge, representing Aragon is present. Michael J. Timmons and Timothy E. Tracy, Assistant General Counsel for Johnson & Johnson are present. Rita Hao, Senior Counsel for University of California is present. This matter does not settle. Court schedules Further Settlement Conference for 4/18/2019 09:00 AM before Judge S. James Otero. Court Reporter: Cindy Nirenberg. (lc) (Entered: 04/10/2019) |
| 04/18/2019 | 157 | MINUTES OF Settlement Conference held before Judge S. James Otero: Cause called; appearances made. Also present are William C. Rooklidge, counsel for non-party Aragon and Rita Hao, counsel for non-party University of California. Settlement conference is held and continued to either May 16, 17, or 22, 2019. The parties are ordered to communicate the best date to the Court no later than one week from the date of this minute order. Court Reporter: Cindy Nirenberg. (lc) (Entered: 04/18/2019) |
| 04/24/2019 | 158 | SCHEDULING NOTICE by Judge S. James Otero. The Court sets a Settlement Conference for Thursday, 5/16/2019 @ 09:00 AM before Judge S. James Otero. All supplemental briefs shall be filed by Friday, 5/10/19. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (vcr) TEXT ONLY ENTRY (Entered: 04/24/2019) |
| 05/06/2019 | 159 | REPLY In Support of MOTION IN LIMINE (#1) to Exclude Evidence and Argument Challenging the Inventorship of Named Inventors 105 filed by Defendants Michael E. Jung, Charles L. Sawyers. (Kuwahara, Emily) (Entered: 05/06/2019) |
| 05/06/2019 | 160 | Notice of Withdrawal of Motion in Limine to Exclude,, 104 filed by Defendants Michael E. Jung, Charles L. Sawyers. (Kuwahara, Emily) (Entered: 05/06/2019) |
| 05/06/2019 | 161 | |

| | | Notice of Withdrawal of Motion in Limine to Exclude, 107 filed by Defendants Michael E. Jung, Charles L. Sawyers. (Attachments: # 1 Declaration of Gabriel M. Ramsey ISO Withdrawal of MIL 3)(Kuwahara, Emily) (Entered: 05/06/2019) |
| 05/06/2019 | 162 | REPLY In Support of MOTION IN LIMINE (#4) to Exclude Evidence of Business and Licensing Arrangements as Irrelevant to Plaintiff's Inventorship Claim 109 filed by Defendants Michael E. Jung, Charles L. Sawyers. (Kuwahara, Emily) (Entered: 05/06/2019) |
| 05/06/2019 | 163 | REPLY In Support of MOTION IN LIMINE (#5) to Exclude Documents and Testimony Re Privileged Communications Between Samedy Ouk, PhD, Plaintiff Degui Chen, PhD and Their Attorney 108 filed by Defendants Michael E. Jung, Charles L. Sawyers. (Attachments: # 1 Declaration of Gabriel M. Ramsey ISO Reply ISO MIL 5, # 2 Exhibit B to Decl of Gabriel M. Ramsey ISO Reply ISO MIL 5)(Kuwahara, Emily) (Entered: 05/06/2019) |
| 05/06/2019 | 164 | REPLY In Support of MOTION IN LIMINE (#6) to Exclude Documents, Testimony, and Arguments Relating to a Third Party's Attempts to License Plaintiff's Chinese Patent No. 101032483 in China 106 filed by Defendants Michael E. Jung, Charles L. Sawyers. (Kuwahara, Emily) (Entered: 05/06/2019) |
| 05/06/2019 | 165 | REPLY In Support of MOTION IN LIMINE (#7) to Exclude Expert Testimony by Plaintiff Degui Chen, PhD., as Plaintiff Degui Chen, Ph.D. Was Not Disclosed as an Expert 110 filed by Defendants Michael E. Jung, Charles L. Sawyers. (Kuwahara, Emily) (Entered: 05/06/2019) |
| 05/06/2019 | 166 | NOTICE OF MOTION AND MOTION to AMEND Notice of Lodging Proposed Pretrial Order 90 filed by Defendants Michael E. Jung, Charles L. Sawyers. Motion set for hearing on 6/3/2019 at 10:00 AM before Judge Manuel L. Real. (Attachments: # 1 Memorandum ISO Defendants' Motion for Leave to Amend the Proposed Pretrial Order by Adding a Witness and Seven Exhibits - REDACTED, # 2 Declaration of Ramsey ISO Defendants' Motion for Leave to Amend the Proposed Pretrial Order by Adding a Witness and Seven Exhibits, # 3 Exhibit Exhibits 1 - 8 to the Declaration of Ramsey, # 4 Proposed Order) (Ramsey, Gabriel) (Entered: 05/06/2019) |
| 05/06/2019 | 167 | APPLICATION to file document under seal filed by Defendants Michael E. Jung, Charles L. Sawyers. (Attachments: # 1 Redacted Document Memorandum ISO Defendants' Motion to Leave to Amend the Proposed Pretrial Order, # 2 Redacted Document Exhibits 1 and 2 to Declaration of Ramsey ISO Defendants' Motion to Leave to Amend the Proposed Pretrial Order, # 3 Proposed Order)(Ramsey, Gabriel) (Entered: 05/06/2019) |
| 05/06/2019 | 168 | SEALED DECLARATION IN SUPPORT OF APPLICATION to file document under seal 167 filed by Defendants Michael E. Jung, Charles L. Sawyers. (Attachments: # 1 Unredacted Document Memorandum ISO Defendants' Motion to Leave to Amend the Proposed Pretrial Order, # 2 Unredacted Document Exhibits 1 and 2 to the Declaration of Ramsey ISO Defendants' Motion to Leave to Amend the Proposed Pretrial Order)(Ramsey, Gabriel) (Entered: 05/06/2019) |

| | | |
|---|---|---|
| 05/06/2019 | 169 | [DOCUMENT WITHDRAWAL DATED ON 7/9/2019, SEE DOCKET ENTRY NO. 211 ]. NOTICE OF MOTION AND MOTION to to Permit John Wongvipat to Testify at Trial Via Live Video Pursuant to Fed. R. Civ. P. 43(a) filed by Defendants Michael E. Jung, Charles L. Sawyers. Motion set for hearing on 6/3/2019 at 10:00 AM before Judge Manuel L. Real. (Attachments: # 1 Memorandum ISO Defendants' Motion to Permit John Wongvipat to Testify at Trial Via Live Video Pursuant to Fed. R. Civ. P. 43(a), # 2 Declaration of John Wongvipat ISO Defendants' Motion to Permit John Wongvipat to Testify at Trial Via Live Video Pursuant to Fed. R. Civ. P. 43(a), # 3 Proposed Order) (Ramsey, Gabriel). Modified on 7/10/2019 (jp). (Entered: 05/06/2019) |
| 05/08/2019 | 170 | SCHEDULING NOTICE by Judge S. James Otero. Judge Otero vacates the settlement conference scheduled for 05/16/19 and refers all matters back to the calendar of Judge Manual L. Real for all further proceedings. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (vcr) TEXT ONLY ENTRY (Entered: 05/08/2019) |
| 05/09/2019 | 171 | SEALED DECLARATION IN SUPPORT OF APPLICATION to file document under seal 167 filed by Plaintiff Degui Chen.(Ruggio, Samuel) (Entered: 05/09/2019) |
| 05/09/2019 | 172 | Mail Returned addressed to Chiemi Denise Suzuki re Settlement Conference 156 . Attempted - not known. (hr) (Entered: 05/10/2019) |
| 05/13/2019 | 173 | OPPOSITION to NOTICE OF MOTION AND MOTION to to Permit John Wongvipat to Testify at Trial Via Live Video Pursuant to Fed. R. Civ. P. 43(a) 169 filed by Plaintiff Degui Chen. (Attachments: # 1 Ruggio Declaration ISO Plaintiff's Opposition to Defendants' Motion to Permit John Wongvipat to Testify via Video Transmission, # 2 Exhibits 1-2)(Ruggio, Samuel) (Entered: 05/13/2019) |
| 05/13/2019 | 174 | OPPOSITION to NOTICE OF MOTION AND MOTION to AMEND Notice of Lodging Proposed Pretrial Order 90 166 filed by Plaintiff Degui Chen. (Attachments: # 1 Tang Declaration ISO Plaintiff's Opposition to Defendants' Motion for Leave to Amend the Proposed Pretrial Order, # 2 Exhibits 1-3) (Ruggio, Samuel) (Entered: 05/13/2019) |
| 05/20/2019 | 175 | MINUTE ORDER (IN CHAMBERS) CONTINUING PRETRIAL AND TRIAL DATES by Judge Manuel L. Real. Counsel are notified that the Court Trial is hereby re-set on October 22, 2019 at 9:00 A.M. Accordingly, the Final Pretrial Conference is hereby re-set on September 23, 2019 at 11:00 A.M. The hearings on defendants Michael E. Jung and Charles L. Sawyers' motions in limine no. 1-7 (Dkt. No. 105 , 104 , 107 , 109 , 108 , 106 , 110 ), and Motion to Permit John Wongvipat to Testify at Trial Via Live Video Pursuant to Fed. R. Civ. P. 43(a) (Dkt. No. 169 ) are re-set on September 23, 2019 at 11:00 A.M. IT IS SO ORDERED. (cch) (Entered: 05/20/2019) |
| 05/20/2019 | 176 | REPLY in support of NOTICE OF MOTION AND MOTION to AMEND Notice of Lodging Proposed Pretrial Order 90 166 filed by Defendants Michael E. Jung, Charles L. Sawyers. (Attachments: # 1 Declaration of Haylock ISO Defendants' Reply ISO Motion for Leave to Amend the Proposed Pretrial |

| | | |
|---|---|---|
| | | Order by Adding a Witness and Seven Exhibits, # 2 Exhibit A-C to Declaration of Haylock)(Ramsey, Gabriel) (Entered: 05/20/2019) |
| 05/29/2019 | 177 | TEXT ONLY SCHEDULING ORDER by Judge Manuel L. Real, The Court has determined that Motion to Amend Proposed Pretrial Order 90 filed by Defendants Michael E. Jung, Charles L. Sawyers 166 set for hearing on June 3, 2019 at 10:00 A.M. is suitable for a decision on the papers as filed by all parties without the need for oral argument. Therefore, the said motion is taken UNDER SUBMISSION on the papers as filed and the hearing date of June 3, 2019 is VACATED and TAKEN OFF CALENDAR. The Court will issue its ruling on the matter in due course. IT IS SO ORDERED. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (dbu) TEXT ONLY ENTRY (Entered: 05/29/2019) |
| 05/29/2019 | 178 | MEMORANDUM in Support *PLAINTIFFS MOTION TO ADVANCE TRIAL DATE* filed by Plaintiff Degui Chen. (Ellis, Gregory) (Entered: 05/29/2019) |
| 05/29/2019 | 179 | NOTICE filed by plaintiff Degui Chen. *PLAINTIFFS NOTICE OF MOTION AND MOTION TO ADVANCE TRIAL DATE* (Ellis, Gregory) (Entered: 05/29/2019) |
| 05/29/2019 | 180 | NOTICE OF ERRATA filed by Plaintiff Degui Chen. correcting Notice (Other) 179 , Memorandum in Support of Motion 178 *Please disregard due to clerical erro* (Ellis, Gregory) (Entered: 05/29/2019) |
| 05/29/2019 | 181 | NOTICE OF MOTION AND MOTION to Expedite Trial Date filed by plaintiff Degui Chen. Motion set for hearing on 7/1/2019 at 10:00 AM before Judge Manuel L. Real. (Attachments: # 1 Proposed Order) (Ellis, Gregory) (Entered: 05/29/2019) |
| 05/29/2019 | 182 | MEMORANDUM in Support *PLAINTIFFS MOTION TO ADVANCE TRIAL DATE* filed by Plaintiff Degui Chen. (Ellis, Gregory) (Entered: 05/29/2019) |
| 05/29/2019 | 183 | DECLARATION of YIXIN H. TANG re NOTICE OF MOTION AND MOTION to Expedite Trial Date 181 filed by Plaintiff Degui Chen. (Attachments: # 1 Exhibit)(Ellis, Gregory) (Entered: 05/29/2019) |
| 06/03/2019 | 184 | NOTICE of Change of Attorney Business or Contact Information: for attorney Joseph E Cwik counsel for Plaintiff Degui Chen. Changing firm name to Upadhye Cwik LLP. Changing email to joe@ipfdalaw.com. Filed by Attorney Degui Chen. (Cwik, Joseph) (Entered: 06/03/2019) |
| 06/04/2019 | 185 | *NOTICE of Change of Attorney Business or Contact Information: for attorney Yixin H. Tang counsel for Plaintiff Degui Chen. Changing firm name to Upadhye Cwik LLP. Changing email to yixin@ipfdalaw.com. Filed by Attorney for Dr. Degui Chen. (Tang, Yixin H.)* (Tang, Yixin) (Entered: 06/04/2019) |
| 06/05/2019 | 186 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: Notice of Change of Attorney Business or Contact Information (G-06), 184 . The following error(s) was/were found: Notice of Change of Attorney Business or Contact Information not signed or dated. In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. |

| | | |
|---|---|---|
| | | You need not take any action in response to this notice unless and until the Court directs you to do so. (ak) (Entered: 06/05/2019) |
| 06/05/2019 | 187 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: Miscellaneous Document, 185 . The following error(s) was/were found: Incorrect event selected. Correct event to be used is: Notice of Change of Attorney Business or Contact Information G6. In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so. (ak) (Entered: 06/05/2019) |
| 06/10/2019 | 188 | MEMORANDUM in Opposition to NOTICE OF MOTION AND MOTION to Expedite Trial Date 181 filed by Defendants Michael E. Jung, Charles L. Sawyers. (Attachments: # 1 Declaration of Emily T Kuwahara ISO Defendants' Oppositon to Plaintiff's Motion to Advance Trial Date)(Kuwahara, Emily) (Entered: 06/10/2019) |
| 06/10/2019 | 189 | NOTICE of Change of firm name and address by Shashank Upadhye attorney for Plaintiff Degui Chen. Changing firm name to Upadhye Cwik LLP and address to 109 Symonds Dr., Unit 174, Hinsdale, IL 60522. Filed by Plaintiff Degui Chen. (Upadhye, Shashank) (Entered: 06/10/2019) |
| 06/12/2019 | 190 | REQUEST TO WITHDRAW ATTORNEY Jennifer Adams as counsel of record filed by Plaintiff Degui Chen. (Attachments: # 1 Proposed Order) (Ellis, Gregory) (Entered: 06/12/2019) |
| 06/13/2019 | 191 | REPLY Brief in Support of the Motion to Advance Trial Date filed by Plaintiff Degui Chen. (Attachments: # 1 Declaration, # 2 Exhibit)(Ellis, Gregory) (Entered: 06/13/2019) |
| 06/14/2019 | 192 | ORDER GRANTING DEFENDANTS' APPLICATION FOR LEAVE TO FILE UNDER SEAL EXS. 1 AND 2 TO THE DECL. OF GABRIEL M. RAMSEY AND PORTIONS OF THE MPA ISO DEFENDANTS' MOTION TO AMEND THE PRETRIAL ORDER BY ADDING A WITNESS AND SEVEN EXHIBITS (DKT. NO. 167 ) by Judge Manuel L. Real. See document for details. (lom) (Entered: 06/14/2019) |
| 06/14/2019 | 193 | ORDER DENYING PLAINTIFF'S APPLICATION TO FILE PLAINTIFF'S DOCUMENTS UNDER SEAL (DKT. NO. 120 ) by Judge Manuel L. Real. See document for details. (lom) (Entered: 06/14/2019) |
| 06/14/2019 | 194 | ORDER GRANTING PLAINTIFF'S APPLICATION TO FILE UNDER SEAL (DKT. NO. 146 ) by Judge Manuel L. Real. The Court rules that the following documents are permitted to be filed under seal: Exhibit K to the Ruggio Decl. (lom) (Entered: 06/14/2019) |
| 06/14/2019 | 195 | ORDER GRANTING DEFENDANTS'APPLICATION FOR LEAVE TO FILE UNDER SEAL EXS. G, I, J, AND S TO THE DECL. OF DYLAN S. BURSTEIN AND MPA ISO DEFENDANTS' CONDITIONAL MOTION TO REOPEN DISCOVERY AND EXTEND EXPERT DISCLOSURE DEADLINE (DKT. NO. 138 ) by Judge Manuel L. Real. See document for details. (lom) (Entered: 06/14/2019) |

| | | |
|---|---|---|
| 06/14/2019 | 196 | ORDER DENYING DEFENDANTS' APPLICATION AND REQUEST TO SEAL DOCKET NOS. 94-1 AND 96-6 (DKT. NO. 100 ) by Judge Manuel L. Real. (lom) (Entered: 06/14/2019) |
| 06/17/2019 | 197 | SCHEDULING NOTICE TO ALL PARTIES AND ORDER. This matter has been transferred to the calendar of the Honorable R. Gary Klausner. A Status Conference has been placed on calendar for 06/26/2019 at 2:00 pm. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (sw) TEXT ONLY ENTRY (Entered: 06/17/2019) |
| 06/17/2019 | 198 | ORDER TRANSFERRING CIVIL ACTION pursuant General Order 19-03. ORDER case transferred from Judge Manuel L. Real to the calendar of Judge R. Gary Klausner for all further proceedings. The case number will now reflect the initials of the transferee Judge 2:18-cv-02015 RGK(KSx). Signed by Judge Manuel L. Real and Judge R. Gary Klausner. (rn) (Entered: 06/17/2019) |
| 06/17/2019 | 199 | EXHIBIT Plaintiff's 1 to MOTION IN LIMINE (#5) to Exclude Documents and Testimony Re Privileged Communications Between Samedy Ouk, PhD, Plaintiff Degui Chen, PhD and Their Attorney 108 *(In Opposition)* filed by Plaintiff Degui Chen. (Ellis, Gregory) (Entered: 06/17/2019) |
| 06/17/2019 | 200 | STANDING ORDER REGARDING NEWLY ASSIGNED CASES by Judge R. Gary Klausner. (sw) (Entered: 06/17/2019) |
| 06/18/2019 | 201 | SEALED DOCUMENT *Exhibt K to Dec. of S. Ruggio ISO OPPS to Mot Re-Open Discovery* re Declaration (Motion related), 145 , Order on Motion for Leave to File Document Under Seal 194 filed by Plaintiff Degui Chen.(Ellis, Gregory) (Entered: 06/18/2019) |
| 06/25/2019 | 202 | OPPOSITION to MOTION IN LIMINE (#5) to Exclude Documents and Testimony Re Privileged Communications Between Samedy Ouk, PhD, Plaintiff Degui Chen, PhD and Their Attorney 108 *being filed pursuant to the Courts order of June 14, 2019 denying our application to seal.* filed by Plaintiff Degui Chen. (Ellis, Gregory) (Entered: 06/25/2019) |
| 06/26/2019 | 203 | SEALED DOCUMENT *MPA ISO* re NOTICE OF MOTION AND MOTION to AMEND Pretrial-Trial Scheduling Order - form only,, 48 *to Conditionally Reopen Discovery and Extend Expert Disclosure Deadline* 136 , Order on Motion for Leave to File Document Under Seal, 195 filed by Defendants Michael E. Jung, Charles L. Sawyers.(Kuwahara, Emily) (Entered: 06/26/2019) |
| 06/26/2019 | 204 | SEALED DOCUMENT *Exhibits G, I, J and S To The Declaration Of Dylan S. Burstein ISO* re NOTICE OF MOTION AND MOTION to AMEND Pretrial-Trial Scheduling Order - form only,, 48 *to Conditionally Reopen Discovery and Extend Expert Disclosure Deadline* 136 , Order on Motion for Leave to File Document Under Seal, 195 filed by Defendants Michael E. Jung, Charles L. Sawyers.(Kuwahara, Emily) (Entered: 06/26/2019) |
| 06/26/2019 | 205 | SEALED DOCUMENT *MPA ISO* re NOTICE OF MOTION AND MOTION to AMEND Notice of Lodging Proposed Pretrial Order 90 166 , Order on Motion for Leave to File Document Under Seal, 192 filed by Defendants |

|  |  | Michael E. Jung, Charles L. Sawyers.(Kuwahara, Emily) (Entered: 06/26/2019) |
|---|---|---|
| 06/26/2019 | 206 | SEALED DOCUMENT *Exhibits 1 and 2 To Declaration Of Gabriel M. Ramsey ISO* re NOTICE OF MOTION AND MOTION to AMEND Notice of Lodging Proposed Pretrial Order 90 166 , Order on Motion for Leave to File Document Under Seal, 192 filed by Defendants Michael E. Jung, Charles L. Sawyers.(Kuwahara, Emily) (Entered: 06/26/2019) |
| 06/26/2019 | 207 | PROOF OF SERVICE filed by Defendants Michael E. Jung, Charles L. Sawyers, re Sealed Document, 205 , Sealed Document, 203 , Sealed Document, 204 , Sealed Document, 206 served on 06/26/2019. (Kuwahara, Emily) (Entered: 06/26/2019) |
| 06/26/2019 | 208 | MINUTES OF Status Conference held before Judge R. Gary Klausner: At the request of the parties, the Trial date is ADVANCED to 10/15/2019 at 9:00 AM., (Est 5 days). The Court sets a Pretrial Conference for 9/30/2019 at 9:00 AM. Court Reporter: Sheri Kleeger. (SEE CIVIL MINUTES FOR FURTHER SPECIFICS). (jp) (Entered: 06/27/2019) |
| 06/27/2019 | 209 | NOTICE OF MOTION AND MOTION to Withdraw *Motion to Advance Trial* filed by Plaintiff Degui Chen. Motion set for hearing on 7/1/2019 at 10:00 AM before Judge R. Gary Klausner. (Ellis, Gregory) (Entered: 06/27/2019) |
| 06/27/2019 | 210 | TEXT ONLY ENTRY (IN CHAMBERS) ORDER by Judge R. Gary Klausner: In light of Plaintiff's Notice of Withdrawal of Motion to Advance Trial 209 filed on 6/27/2019, the Court hereby DENIES Plaintiff's Motion to Advance Trial Date 181 as MOOT. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (vv) (Entered: 06/27/2019) |
| 07/09/2019 | 211 | Notice of Withdrawal of Motion for Leave,, 169 filed by Defendants Michael E. Jung, Charles L. Sawyers. (Kuwahara, Emily) (Entered: 07/09/2019) |
| 07/23/2019 | 212 | TRANSCRIPT ORDER as to Defendants Michael E. Jung, Charles L. Sawyers for Court Reporter. Court will contact Susan Benjamin at sbenjamin@crowell.com with further instructions regarding this order. Transcript preparation will not begin until payment has been satisfied with the court reporter. (Burstein, Dylan) (Entered: 07/23/2019) |
| 08/05/2019 | 213 | TRANSCRIPT for proceedings held on 6/26/2019. Court Reporter/Electronic Court Recorder: Sheri S. Kleeger, phone number 213-894-6604. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Electronic Court Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Notice of Intent to Redact due within 7 days of this date. Redaction Request due 8/26/2019. Redacted Transcript Deadline set for 9/5/2019. Release of Transcript Restriction set for 11/4/2019. (at) (Entered: 08/07/2019) |
| 08/05/2019 | 214 | NOTICE OF FILING TRANSCRIPT filed for proceedings 6/26/2019 re Transcript 213 THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (at) TEXT ONLY ENTRY (Entered: 08/07/2019) |
| 08/27/2019 | 215 | |

| | | |
|---|---|---|
| | | First APPLICATION of Non-Resident Attorney Brent A. Batzer to Appear Pro Hac Vice on behalf of Plaintiff Degui Chen (Pro Hac Vice Fee - $400 Fee Paid, Receipt No. 0973-24333122) filed by plaintiff Degui Chen. (Attachments: # 1 Proposed Order, # 2 Certificate of Admission) (Ellis, Gregory) (Entered: 08/27/2019) |
| 08/29/2019 | 216 | ORDER by Judge R. Gary Klausner: granting 215 Non-Resident Attorney Brent A Batzer APPLICATION to Appear Pro Hac Vice on behalf of Plaintiff Degui Chen, designating Gregory A Ellis as local counsel. (jp) (Entered: 08/30/2019) |
| 08/30/2019 | 217 | MINUTES (IN CHAMBERS) Order re: Defendants' Motion for Leave to Amend Proposed Pretrial Order (DE 166) by Judge R. Gary Klausner: The Court DENIES IN PART AND GRANTS IN PART Defendants' Motion for Leave to Amend Proposed Pretrial Order. (DE 166 ). Specifically, the Motion is DENIED with respect to the proposed addition of John Nicoll and Exhibits 3, 4, 5, 6, and 7. The Motion is GRANTED with respect to the proposed addition of Exhibits 1 and 2. (SEE CIVIL MINUTES FOR FURTHER SPECIFICS). (jp) (Entered: 09/03/2019) |
| 09/09/2019 | 218 | NOTICE of previous filing of Plaintiff's Memorandum of Contentions of Fact and Conclusions of Law filed by Plaintiff Degui Chen. (Cwik, Joseph) (Entered: 09/09/2019) |
| 09/09/2019 | 219 | JOINT Exhibit List filed by Plaintiff Degui Chen.. (Cwik, Joseph) (Entered: 09/09/2019) |
| 09/09/2019 | 220 | Witness List filed by Plaintiff as joint filer for all parties Degui Chen.. (Cwik, Joseph) (Entered: 09/09/2019) |
| 09/09/2019 | 221 | BRIEF filed by Plaintiff Degui Chen. *Short Statement of Case Ordered At Status Conference in Docket No. 208* regarding Status Conference - optional html form,, Set/Reset Hearing, 208 . (Cwik, Joseph) (Entered: 09/09/2019) |
| 09/09/2019 | 222 | MEMORANDUM of CONTENTIONS of FACT and LAW filed by Defendants Michael E. Jung, Charles L. Sawyers. (Ramsey, Gabriel) (Entered: 09/09/2019) |
| 09/09/2019 | 223 | STATEMENT Defendants' Short Statement Of The Case filed by Defendants Michael E. Jung, Charles L. Sawyers (Ramsey, Gabriel) (Entered: 09/09/2019) |
| 09/24/2019 | 224 | NOTICE OF LODGING filed re Status Conference - optional html form,, Set/Reset Hearing, 208 (Attachments: # 1 Memorandum Proposed Findings of Fact and Conclusions of Law)(Cwik, Joseph) (Entered: 09/24/2019) |
| 09/24/2019 | 225 | NOTICE OF LODGING filed re Status Conference - optional html form,, Set/Reset Hearing, 208 (Attachments: # 1 Defendants' Proposed Findings of Fact and Conclusions of Law)(Ramsey, Gabriel) (Entered: 09/24/2019) |
| 09/24/2019 | 226 | REQUEST for Ruling Motions in Limine filed by Defendants Michael E. Jung, Charles L. Sawyers. (Ramsey, Gabriel) (Entered: 09/24/2019) |
| 09/30/2019 | 227 | TRANSCRIPT ORDER as to Plaintiff Degui Chen for Court Reporter. Court will contact Lue Wahjudi at lwahjudi@scheperkim.com with further |

| | | |
|---|---|---|
| | | instructions regarding this order. Transcript preparation will not begin until payment has been satisfied with the court reporter. (Ellis, Gregory) (Entered: 09/30/2019) |
| 09/30/2019 | 228 | TRANSCRIPT ORDER as to defendants Michael E. Jung, Charles L. Sawyers for Court Reporter. Court will contact Kaman Chow at kchow@crowell.com with further instructions regarding this order. Transcript preparation will not begin until payment has been satisfied with the court reporter. (Kuwahara, Emily) (Entered: 09/30/2019) |
| 09/30/2019 | 229 | MINUTES OF PRETRIAL CONFERENCE before Judge R. Gary Klausner:Court issues rulings on defendants' motions in limine: Motion in Limine 1 to Exclude Evidence and Argument Challenging the Inventorship of Named Inventors 105 is granted; Motion in Limine 4 to Exclude Evidence of Business and Licensing Arrangements as Irrelevant to Plaintiff's Inventorship Claim 109 - Court defers ruling; Motion in Limine 5 to Exclude Documents and Testimony Re Privileged Communications Between Samedy Ouk, PhD, Plaintiff Degui Chen, PhD and Their Attorney 108 is denied; Motion in Limine 6 to Exclude Documents, Testimony, and Arguments Relating to a Third Party's Attempts to License Plaintiff's Chinese Patent No. 101032483 in China 106 - Court defers ruling; and Motion in Limine 7 to Exclude Expert Testimony by Plaintiff Degui Chen, PhD., as Plaintiff Degui Chen, Ph.D. Was Not Disclosed as an Expert 110 is granted. The Court intends to impose time limits of 3 hours per side. Proposed finding of facts may be submitted not later than 5 days after the conclusion of the trial and shall not exceed 7 pages. Court trial remains on calendar for 10/15/2019 at 9:00 AM. Court Reporter: Sheri Kleeger. (jp) (Entered: 10/01/2019) |
| 10/08/2019 | 230 | TRIAL BRIEF filed by Plaintiff Degui Chen.. (Cwik, Joseph) (Entered: 10/08/2019) |
| 10/08/2019 | 231 | NOTICE OF LODGING filed re Status Conference - optional html form,, Set/Reset Hearing, 208 (Attachments: # 1 Memorandum Plaintiff's pencil markup of Defendant's proposed findings of fact and conclusions of law) (Cwik, Joseph) (Entered: 10/08/2019) |
| 10/08/2019 | 232 | Joint PRETRIAL STIPULATION regarding Exhibits *and Certain Evidentiary Issues* filed by Defendants Michael E. Jung, Charles L. Sawyers. (Attachments: # 1 Proposed Order)(Ramsey, Gabriel) (Entered: 10/08/2019) |
| 10/08/2019 | 233 | *Defendants' Red, Blue, and Yellow Underlined Version of Plaintiff's (Proposed) Findings of Fact and Conclusions of Law* (Attachments: # 1 Exhibit 1)(Ramsey, Gabriel) (Entered: 10/08/2019) |
| 10/08/2019 | 234 | TRIAL BRIEF filed by Defendants Michael E. Jung, Charles L. Sawyers.. (Ramsey, Gabriel) (Entered: 10/08/2019) |
| 10/14/2019 | 235 | TRANSCRIPT ORDER as to Plaintiff Degui Chen for Court Reporter. Court will contact Lue Wahjudi at lwahjudi@scheperkim.com with further instructions regarding this order. Transcript preparation will not begin until payment has been satisfied with the court reporter. (Ellis, Gregory) (Entered: 10/14/2019) |
| | | |

| 10/14/2019 | 236 | TRANSCRIPT ORDER as to Plaintiff Degui Chen for Court Reporter. Court will contact Lue Wahjudi at lwahjudi@scheperkim.com with further instructions regarding this order. Transcript preparation will not begin until payment has been satisfied with the court reporter. (Ellis, Gregory) (Entered: 10/14/2019) |
| --- | --- | --- |
| 10/14/2019 | 237 | TRANSCRIPT ORDER as to Defendants Michael E. Jung, Charles L. Sawyers for Court Reporter. Court will contact Carolyn Simanian at csimanian@crowell.com with further instructions regarding this order. Transcript preparation will not begin until payment has been satisfied with the court reporter. (Kuwahara, Emily) (Entered: 10/14/2019) |
| 10/14/2019 | 238 | TRANSCRIPT ORDER as to Defendants Michael E. Jung, Charles L. Sawyers for Court Reporter. Court will contact Carolyn Simanian at csimanian@crowell.com with further instructions regarding this order. Transcript preparation will not begin until payment has been satisfied with the court reporter. (Kuwahara, Emily) (Entered: 10/14/2019) |
| 10/15/2019 | 239 | MINUTES OF Court Trial - 1st Day Held and Continued before Judge R. Gary Klausner: Jury impaneled and sworn. Opening statements made. Witnesses called, sworn and testified. Exhibits identified and admitted. Case continued to 10/16/2019 at 08:30 AM before Judge R. Gary Klausner. Court Reporter: Mearea Woolrich/Debbie Hino-Spaan. (jp) (Entered: 10/16/2019) |
| 10/16/2019 | 240 | MINUTES OF Court Trial - 2nd Day held and completed before Judge R. Gary Klausner: Witnesses called, sworn and testified. Exhibits identified and admitted. Plaintiff(s) rest. Defendant(s) rest. Closing arguments made by Plaintiff(s), defendant(s). Filed Witness and Exhibit Lists. Case submitted. Proposed findings and conclusions of law, not to exceed 5 pages, to be submitted by 10/21/2019 at 2:00 PM. Court Reporter: Mearea Woolrich/Debbie Hino-Spaan. (jp) (Entered: 10/17/2019) |
| 10/16/2019 | 244 | LIST OF EXHIBITS AND WITNESSES at trial. (jp) (Main Document 244 replaced on 10/31/2019) (jp). (Entered: 10/29/2019) |
| 10/21/2019 | 241 | NOTICE OF LODGING filed *Notice of Lodging Defendants' [Proposed] Findings of Fact and Conclusions of Law* re Bench Trial - Completed (Court Decision), 240 (Attachments: # 1 [Proposed] Findings of Fact and Conclusions of Law)(Ramsey, Gabriel) (Entered: 10/21/2019) |
| 10/21/2019 | 242 | NOTICE OF LODGING filed *[proposed] findings of fact and conclusions of law* re Bench Trial - Completed (Court Decision), 240 (Attachments: # 1 Exhibit [Proposed] post-trial findings of fact and conclusions of law)(Cwik, Joseph) (Entered: 10/21/2019) |
| 10/29/2019 | 243 | NOTICE of Change of Attorney Business or Contact Information: for attorney Gregory Andrew Ellis counsel for Plaintiff Degui Chen. Changing address to 800 West Sixth Street, 18th Floor, Los Angeles, California 90017. Filed by Plaintiff Degui Chen. (Ellis, Gregory) (Entered: 10/29/2019) |
| 11/04/2019 | 245 | TRANSCRIPT for COURT TRIAL - DAY 1, VOLUME 1 held on 10/15/2019 at 9:03 a.m. Court Reporter: Marea Woolrich, e-mail mareawoolrich@aol.com. Transcript may be viewed at the court public terminal or purchased through the |

| | | |
|---|---|---|
| | | Court Reporter/Electronic Court Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Notice of Intent to Redact due within 7 days of this date. Redaction Request due 11/25/2019. Redacted Transcript Deadline set for 12/5/2019. Release of Transcript Restriction set for 2/3/2020. (mwo) (Entered: 11/04/2019) |
| 11/04/2019 | 246 | TRANSCRIPT for COURT TRIAL - DAY 2, VOLUME 1 held on 10/16/2019 at 8:31 a.m. Court Reporter: Marea Woolrich, e-mail mareawoolrich@aol.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Electronic Court Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Notice of Intent to Redact due within 7 days of this date. Redaction Request due 11/25/2019. Redacted Transcript Deadline set for 12/5/2019. Release of Transcript Restriction set for 2/3/2020. (mwo) (Entered: 11/04/2019) |
| 11/04/2019 | 247 | NOTICE OF FILING TRANSCRIPT filed for proceedings 10/15/2019 and 10/16/2019 re Transcript 246 , 245 THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (mwo) TEXT ONLY ENTRY (Entered: 11/04/2019) |
| 11/04/2019 | 248 | TRANSCRIPT Court Trial, Day 1, Volume 2, for proceedings held on 10/15/2019 at 1:05 p.m. ****Transcript may be viewed at the court public terminal or purchased through Court Reporter DEBBIE HINO-SPAAN at: WEBSITE www.debbiehinospaan.com; E-mail, dhinospaan@yahoo.com before the deadline for Release of Transcript restriction. After that date, it may be obtained from the Court Reporter or through PACER. Additional formats of the transcript (ASCII, Condensed, and Word Indexing/Concordance) are also available to be purchased at any time through the Court Reporter. Notice of Intent to Redact due within 7 days of this date.** Redaction Request due 11/25/2019. Redacted Transcript Deadline set for 12/5/2019. Release of Transcript Restriction set for 2/3/2020. (dhs) (Entered: 11/04/2019) |
| 11/04/2019 | 249 | TRANSCRIPT Court Trial, Day 2, Volume 2, for proceedings held on 10/16/2019 at 1:03 p.m. ****Transcript may be viewed at the court public terminal or purchased through Court Reporter DEBBIE HINO-SPAAN at: WEBSITE www.debbiehinospaan.com; E-mail, dhinospaan@yahoo.com before the deadline for Release of Transcript restriction. After that date, it may be obtained from the Court Reporter or through PACER. Additional formats of the transcript (ASCII, Condensed, and Word Indexing/Concordance) are also available to be purchased at any time through the Court Reporter. Notice of Intent to Redact due within 7 days of this date.** Redaction Request due 11/25/2019. Redacted Transcript Deadline set for 12/5/2019. Release of Transcript Restriction set for 2/3/2020. (dhs) (Entered: 11/04/2019) |
| 11/04/2019 | 250 | NOTICE OF FILING TRANSCRIPT filed for proceedings 10/15/2019 at 1:05 p.m.; 10/16/2019 at 1:03 p.m. re Transcript 249 , 248 THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (dhs) TEXT ONLY ENTRY (Entered: 11/04/2019) |
| 11/06/2019 | 251 | MINUTE (IN CHAMBERS) Order and Judgment re: Bench Trial by Judge R. Gary Klausner: The Court ENTERS JUDGMENT IN FAVOR of Defendants as to Plaintiff's Complaint and DISMISSES Plaintiff's inventorship claim. The |

| | | Court ORDERS Defendants to submit to the Court a proposed judgment consistent with this Order within 3 days of the filing of this Order. (Made JS-6. Case Terminated.) (jp) (Entered: 11/06/2019) |
|---|---|---|
| 11/06/2019 | 252 | REPORT ON THE DETERMINATION OF AN ACTION Regarding a Patent or Trademark. (Closing). (Attachments: # 1 Minute Order and Judgment re: Bench Trial) (jp) (Entered: 11/06/2019) |
| 11/07/2019 | 253 | NOTICE OF LODGING filed *of Proposed Judgment* re Minutes of In Chambers Order/Directive - no proceeding held,, Terminated Case, 251 (Attachments: # 1 Proposed Judgment)(Ramsey, Gabriel) (Entered: 11/07/2019) |
| 11/08/2019 | 254 | JUDGMENT by Judge R. Gary Klausner, in favor of Charles L. Sawyers, Michael E. Jung against Degui Chen as follows: (1) Plaintiff Degui Chens claim for inventorship of U.S. Patent No. 8,445,507 is dismissed with prejudice. (2) Plaintiff Degui Chens claim for inventorship of U.S. Patent No. 8,802,689 is dismissed with prejudice. (3) Plaintiff Degui Chens claim for inventorship of U.S. Patent No. 9,388,159 is dismissed with prejudice. (jp) (Entered: 11/12/2019) |
| 11/20/2019 | 255 | APPLICATION to the Clerk to Tax Costs against Plaintiff Degui Chen re: Judgment, 254 , filed by Defendants Charles L. Sawyers, Michael E. Jung. (Attachments: # 1 Supporting Documents (L.R. 54-3.5), # 2 Supporting Documents (L.R. 54-3.10) (Burstein, Dylan) (Entered: 11/20/2019) |
| 12/04/2019 | 256 | NOTICE OF APPEAL to the Federal Circuit Court of Appeals filed by plaintiff Degui Chen. Appeal of Judgment, 254 . (Appeal Fee - $505 Fee Paid, Receipt No. 0973-24891322.) (Ellis, Gregory) (Entered: 12/04/2019) |
| 12/05/2019 | | TRANSMISSION of the Notice of Appeal, Docket Sheet, Judgment and or order e-mailed to the US Court of Appeals for the Federal Circuit re: Notice of Appeal to Federal Circuit Court of Appeals 256 . (mat) (Entered: 12/05/2019) |
| 12/17/2019 | 257 | NOTIFICATION from Federal Circuit Court of Appeals of case number assigned and briefing schedule. Appeal Docket No. 2020-1255 assigned to Notice of Appeal to Federal Circuit Court of Appeals 256 as to plaintiff Degui Chen. (jp) (Entered: 12/18/2019) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 01/21/2020 14:27:20 | | | |
| **PACER Login:** | UCLawyerYixin:6205869:0 | **Client Code:** | 106.001 |
| **Description:** | Docket Report | **Search Criteria:** | 2:18-cv-02015-RGK-KS End date: 1/21/2020 |
| **Billable Pages:** | 28 | **Cost:** | 2.80 |

3

**I N D E X**

TUESDAY, OCTOBER 15, 2019

**VOLUME 1**

---------------------------------------------------------

<u>**CHRONOLOGICAL INDEX OF WITNESSES**</u>

| **WITNESS** | **PAGE** |
|---|---|
| DEGUI CHEN | |
|      DIRECT EXAMINATION BY MR. TANG | 40 |

---------------------------------------------------------

<u>**INDEX OF EXHIBITS**</u>

<u>RECEIVED INTO EVIDENCE</u>

| | |
|---|---|
| Exhibit No. 7 | 76 |
| Exhibit No. 9 | 45 |
| Exhibit No. 14 | 88 |
| Exhibit No. 44 | 42 |
| Exhibit No. 55 | 84 |
| Exhibit Nos. 61, 62, and 63 | 70 |
| Exhibit No. 97 | 86 |
| Exhibit No. 107 | 81 |
| Exhibit Nos. 221, 222, 225, 226, 1003, 1004, 1035, 1036, and 1037 | 67 |

**UNITED STATES DISTRICT COURT**

1  world.

2          Another reason that this case really matters is

3  there's a financial component to it.  The reality of the

4  marketplace is right now that there's a drug out there called

5  Erleada.  The patents that are at issue in this case cover that

6  drug.

7          And because that drug is being sold now, it's

8  generating money, and royalties are now being paid to UCLA as

9  the owner of the patent.  And then UCLA, when it receives those

10  funds, then pays a smaller portion of that to the joint

11  inventors.  And those joint inventors split the money up, and

12  there's different percentages on how they do that.  But it does

13  matter financially who is on the patent as a listed inventor

14  for financial reasons.

15          The relief we're requesting in this case, Your

16  Honor, is simply that Dr. Chen be added as one of the joint

17  inventors on these patents.  There's already five inventors

18  listed.  We are just asking for a number six inventor to be

19  added.

20          Your Honor, what we are not asking for is any change

21  in the patent ownership.  No one is going to lose their patent

22  rights because of this.  We are just asking that one more

23  inventor be listed on the patent.

24          As far as joint inventorship, there's no bright-line

25  test.  The conception is the cornerstone of inventorship.  A

```
 1          Q       Dr. Chen, do you have advanced degrees?
 2          A       Yes.  I have a master degree in biochemistry and
 3     a Ph.D. degree in molecular biology and biochemistry.
 4          Q       Where did you go after obtaining a Ph.D. degree?
 5          A       I came to UCLA to study molecular reason of
 6     drug-resistant prostate cancer in Dr. Charles Sawyers'
 7     laboratory.
 8          Q       What discovery did you make when you were a
 9     post-doctoral fellow in Dr. Sawyers' laboratory?
10          A       I make two main discoveries.  One, I discover
11     NF-kB activate PSA.  It's in -- is there any slides?
12          THE COURT:  Just -- as a witness, you're just here
13     to answer questions, not to direct what's going to be said or
14     what's not.  That's the attorney.
15          THE WITNESS:  NF-kB activate PSA in drug-resistant
16     prostate cancer.  That's the first one.
17          The second one I discover increased androgen
18     receptor level, called AR level, cause drug-resistant prostate
19     cancer.  It was published in Nature Medicine that he was
20     talking about earlier.
21          Q       Was the NF-kB study also published?
22          A       Yes, in the NCB.
23          Q       Okay.  If you can take a look at Exhibit 44.
24          THE COURT:  We'll get it for you.
25          THE CLERK:  What volume will that be in?
```

```
 1   Dr. Chen -- it's leading the witness.
 2              THE COURT:  I just said you take down anything on
 3   the screen that's not in evidence.
 4              Okay.  Now, what was your objection, Counsel?
 5              MR. RAMSEY:  The slides that were on the screen --
 6              THE COURT:  Oh, I thought you were objecting to
 7   No. 9.
 8              MR. RAMSEY:  Not to the document, no.
 9              THE COURT:  Okay.  Why don't you go ahead and
10   identify the document.
11              MR. RAMSEY:  The demonstrative.
12              MR. TANG:  Exhibit 9, please.
13        Q     Dr. Chen, do you recognize this document?
14        A     Yes.  That's published in Nature Medicine.
15        Q     You are the first listed author on this paper;
16   right?
17        A     Yes.
18        Q     What's the significance of that?
19        A     So that was groundbreaking discovery.  So you
20   open the door to drug-resistant prostate cancer, and it
21   told -- says identify better antiandrogen receptor.
22        Q     What --
23        A     Better antiandrogen for drug-resistant prostate
24   cancer.  It's better antiandrogen, should be pure antagonist,
25   only activate -- only inhibit androgen receptor --
```

44

```
 1              THE COURT:  Next question.
 2              THE WITNESS:  -- not to inhibit -- not to activate --
 3              THE COURT:  Excuse me.  You are here to answer
 4    questions.  You are not here to make explanations or anything
 5    else.  It has to be question and answer.  If he wants you to go
 6    further, he'll ask you further questions.  But just listen very
 7    carefully to the questions and answer the question.
 8              Counsel?
 9              MR. TANG:  All right.
10         Q    What recognition did you receive as a result of
11    your discovery?
12         A    I was promoted to be independent faculty position
13    in the department of medicine at UCLA.
14         Q    And after you were promoted, who did you report
15    to?
16         A    I reported to the chairman of the department of
17    medicine, not to Dr. Charles Sawyers.
18         Q    Just to clarify, who is the chairman of the
19    department of medicine at UCLA at that time?
20         A    Dr. Dennis Slamon.
21         Q    And when were you promoted?
22         A    In 2003.
23         Q    When did you do -- what did you do after you
24    became an independent faculty member?
25         A    I assembled a team to do drug discovery for
```

 1   drug-resistant prostate cancer.

 2        Q      Who are the members of this team?

 3        A      So I have a student who work with me for a study

 4   published in *Nature Medicine* and Samedy Ouk, who is a chemist.

 5   So we design compound.  He synthesize compound for us.

 6        Q      How did you study drug discovery process?

 7        A      So the first thing to do drug discovery, you have

 8   to have a system to test the compound.  So I developed the

 9   system first.

10            MR. TANG:  First off, Your Honor, plaintiff moves

11   Exhibit 9 in evidence.

12            THE COURT:  It will be received.

13            MR. TANG:  Okay.

14         (Exhibit No. 9 received into evidence.)

15   BY MR. TANG:

16        Q      Dr. Chen, did you prepare some slides to help you

17   illustrate some of the testimony you are going to give today?

18        A      Yes, I prepared some slides.

19            MR. RAMSEY:  Again, Your Honor, objecting to the

20   slides as leading the witness.  It states what he's --

21            THE COURT:  Overruled.  I'm assuming they are

22   demonstrative.  Is that all?

23            MR. TANG:  Yes, yes, the slides are definitely a

24   demonstrative.

25            THE COURT:  Overruled.

```
 1              MR. TANG:  Can we go to slide 3, please.
 2              THE WITNESS:  So I couldn't see --
 3    BY MR. TANG:
 4         Q    All right.  Dr. Chen, you have a clicker in your
 5    hand.  You can control how the slide goes.
 6              What testing system did you engineer for the drug
 7    discovery project?
 8         A    So for the drug discovery project, you have to
 9    have a testing system, and you have to test hundreds and
10    thousands of compounds.  So such a system didn't exist at the
11    time.  So no suitable testing system exist.  So I have to build
12    one.
13              So the system I build, it's called luciferase
14    reporter system.  In this system, I build a luciferase gene,
15    okay, to androgen receptor regulatory element.  I hook up DNA.
16    So the luciferase protein would be controlled by the androgen
17    receptor activity.
18              Luciferase is an enzyme from firefly, and it
19    produce light.  So I can measure the light easily.  And the
20    intensity of the light will report the androgen activity.  So
21    if a compound inhibit androgen receptor, the light intensity
22    will tell me the inhibition.  So this is the luciferase
23    reporter system that I create.
24         Q    All right.  How did you engineer this reporting
25    system?
```

     1          A        So I took three steps to build this one.  So

     2     first I have to design and build a new cell model for

     3     drug-resistant prostate cancer.  It didn't exist.  You have to

     4     engineer one.

     5                And then I use the cell model to build luciferase

     6     reporter, to put a luciferase reporter into it and then make a

     7     system.  So that's one or two steps as to how will I build.  So

     8     I have to develop software to make it work.  So I work out a

     9     condition to make the system practical.  So this is the three

    10     step I have to do.

    11          Q        In this case, one of the issues is whether you

    12     have done any innovations, inventions.  What innovations did

    13     you make when you engineered the reporting system?

    14          A        In short, the innovation of testing system is

    15     three at least.  One, I designed a new androgen receptor DNA

    16     vector.  So you have to put the DNA into the cell.  So I have

    17     to make a vector to preview the DNA to make drug-resistant

    18     prostate cancer cell model.  This is a new model suitable only

    19     for the drug discovery.  There's one.

    20                Two, I have to design and build a luciferase

    21     reporter gene, the element.  That was -- has to be specific.

    22     Only androgen receptor inhibitor show up.  Sensitive, it has to

    23     be able to tell me.  And it's suitable for drug discovery.  So

    24     that's two innovation.

    25                Three, I work out condition to make a system

48

```
1    practical, make it work, and make a drug -- so this is really
2    make a drug discovery possible.  And eventually we make two
3    drugs, invent two drugs.  So that's what we did.
4         Q     For the first point in your innovations in the
5    design and building of the androgen receptor DNA, what did you
6    do?
7         A     So at that time the drugs -- the new model I have
8    to build.  It's every cell has to have androgen receptor
9    expressed.  Every cell has to be drug-resistant prostate cancer
10   cell.  So you use HIV virus.  At that time not many people want
11   to touch HIV virus because it's dangerous.  I attach HIV virus
12   because it can deliver -- HIV virus, it can deliver DNA to
13   every single cell.  So I used HIV virus to deliver AR DNA to
14   regular prostate cancer cell to make it become drug-resistant.
15             So this is the model.  We make this model before
16   for the study in Nature Medicine.  However, the cell model was
17   not suitable for my drug discovery because the AR DNA vector
18   was too big, too big that HIV virus cannot take.  It's too big.
19   But we still -- for academic research, we still can make it,
20   can use it.
21             THE COURT:  Next question.
22   BY MR. TANG:
23        Q     All right.  And then after you have done the AR
24   DNA construction, what's the -- what did you do to -- what's
25   the innovation in the building of the luciferase reporter gene?
```

49

```
 1      A      Before that I have to design and build a new DNA
 2  in androgen receptor DNA vector.  I have to build a new one,
 3  then to make the cell models.  Then after I make the cell
 4  models, I use HIV virus again to deliver the luciferase
 5  reporter to the cell model.
 6             Actually, I make three systems.  Only one work.
 7  And this one working, still I have to make -- design two
 8  version, completely different versions.  Only one version work.
 9  This version one is sensitive and could detect the activation
10  activity, could detect activation, activation activity.  And
11  this is very important, essential for a drug, for
12  drug-resistant prostate cancer.
13      Q      And you mentioned the third point of your
14  innovation is to build the so-called software to make the
15  system practical.  What did you do for that?
16      A      So at that time everyone use a certain dosage to
17  do experiment.  I also use the commonly used dosage.  However,
18  the compound I studied, they either too much inhibition or too
19  little inhibition.  So I cannot tell.  It cannot allow me to
20  tell the difference or different compound.
21             So to overcome this, we have to do different
22  dose, increasing of the drug.  And this is we call titration.
23  So for each compound, I have to do 40 to 50 tube for each
24  compound.  That's not only laborious, it takes me a lot of
25  time.  It's time consuming.  Also you make a -- it's very
```

50

```
 1   confusing.  I was very frustrated.  What -- did it work?  Did

 2   it inhibit?  Did the compound inhibit?  I was very frustrated.

 3            So I have to work out a condition that I have to

 4   reduce the number of the tube I do.  So after several round of

 5   testing and optimization, I only need four tube.  Then I can do

 6   the experiment for each compound.  From 40 to 50 tube to four

 7   tube.  Not only reduced the level 10 times, but I also make the

 8   data analysis much easier.  I don't get frustrated.

 9            This is essential because this allow us to

10   perform structure activity analysis.  You know the structure.

11   You know the activity.  Then you go, oh, which structure is

12   good, which is bad, so you can pick the best one to do further

13   modification.

14            So this system, the software make the system

15   working properly and practical.  So I estimate, because we -- I

16   spent almost three years to develop -- invent two drug.  If I

17   didn't work on this condition, I never get it.  If I did spend

18   30 years to make a drug and it will be worthless --

19        Q    Sorry.  Where, if anywhere, was the

20   drug-resistant cell line, the luciferase reporter, and the

21   testing conditions that you developed for the drug discovery

22   project published as of 2005?

23        A    No.

24        Q    Nowhere?

25        A    Nowhere.
```

51

```
 1          Q         How long did it take you to make the reporting

 2   system?

 3          A         It took me half a year to build the hardware and

 4   took me ten months to develop the conditions, the -- more times

 5   to develop the condition than the hardware.  Hardware I spend a

 6   lot of time, several system.  But condition is more -- more

 7   time I've spent.

 8          Q         So after you had the testing system, you

 9   mentioned you tested chemical compounds; right?

10          A         Yes.

11          Q         Hundreds of them.

12                    Where did you obtain the chemical compounds for

13   the drug discovery project?

14          A         I got two -- from two places.  One, I purchase

15   from a company in San Diego.  Another one, it's -- we designed,

16   I designed, and tested by rational design, by rational design.

17   So this rational design we call RD compound.  So all the

18   compound we design and we made are RD compound, rational design

19   compounds.

20          Q         What skills and knowledge did you have to design

21   the compounds?

22          A         I have at least four aspect of knowledge and

23   skill to design better antiandrogens for drug discovery.

24                    First, I have a very strong understanding

25   androgen receptor structure.  Actually I have a slide here.
```

**UNITED STATES DISTRICT COURT**

```
1    activate androgen receptor or inhibit androgen receptor.

2              MR. RAMSEY:  Your Honor, I'm going to object.  This

3    is a lot of narrative.

4              THE COURT:  Yeah.  It should be by question and

5    answer, Counsel.  Go ahead.

6    BY MR. TANG:

7         Q    What special training did you have, if any, to

8    enable you to design compounds for androgen receptors?

9         A    So I was special training in MolSoft, a company

10   in San Diego, to use their software to design better

11   antiandrogen only.  This is specific purpose for design

12   antiandrogen.  So I have the knowledge.  I have the skill to

13   design the compound.  I was the designer, not a builder.

14   Samedy Ouk was the builder.  He make the compound.

15             THE COURT:  That's -- you're not answering his

16   question.  He just asked you for your background, not who

17   developed it.

18             Counsel?

19   BY MR. TANG:

20        Q    And did you ever study in a chemistry department?

21        A    Yes.  I learned my organic chemical -- chemistry

22   in college and graduate school.

23        Q    With these skills and knowledge, how did you

24   design -- what's the approach you took to design the better

25   antiandrogen receptors for the drug discovery project at UCLA?
```

54

```
 1        A       So as I say, I have studied androgen receptor for
 2   a long time.  I know how to design compound.  Particularly
 3   there's two paper that important.  So the better antiandrogens
 4   here.  So the better antiandrogens has to have two properties.
 5   One has to have a strong bonding to androgen receptor.  Two, it
 6   has to be pure antagonist.  So this is pure antagonist.
 7              So you have to have two property.  First
 8   property, strong bonding to androgen receptor was inspired by
 9   paper in 1994 which showed RD compound -- or RU compound which
10   strong bond to androgen receptor.  So this is the structure of
11   the RU compound.
12              And the pure antagonist was inspired -- design
13   was inspired by a paper published in 1997 which says the bulky
14   and rigid sidechain on the right-hand side will make a pure
15   antagonist.  So I took a benzene ring to this RU compound, and
16   I make a pure antagonist, just great antagonist, better
17   antiandrogen to inhibit androgen receptor.
18        Q       All right.  Do you have any --
19              THE COURT:  Counsel, we are going to break at this
20   time for our morning recess.  We'll come back out in 10 or
21   15 minutes.
22              MR. TANG:  Thank you, Your Honor.
23              THE CLERK:  All rise.
24              (At 10:17 a.m. a brief recess was taken.)
25              THE COURT:  Okay.  The record will reflect the
```

UNITED STATES DISTRICT COURT

1  witness is on the witness stand.

2         And, Counsel, you may continue your direct

3  examination.

4         MR. TANG:  Thank you, Your Honor.

5    Q    Dr. Chen, we were talking about designing of a

6  testing system.  Do you have any records to show that you

7  designed the chemical compounds?

8    A    Yes, I have --

9    Q    And you have records to show you have designed

10  the testing system?

11   A    Yes.

12   Q    If you can take a look at binder -- sorry -- at

13  volume 3, Volume 5, that's Exhibit 57, Exhibit 67, and

14  Exhibit 127, please.

15         THE CLERK:  3 and 5?

16         MR. TANG:  3 and 5.

17         THE COURT:  Those numbers again, Counsel, were?

18         MR. TANG:  Sorry?

19         THE COURT:  The exhibit numbers again were?

20         MR. TANG:  57, 67, and 127.

21         THE COURT:  Counsel, in the book you handed me, I

22  don't have 57 or 127.  I do have 67.

23         MR. TANG:  They should be in the binder.  The 57 is

24  hid especially between 55.  And 127 is -- it's missing a tab.

25  Sorry.  Yeah.  Yeah.

56

```
 1              THE COURT:  Okay.  You got it there?

 2              MR. TANG:  We'll put a tab there.  Thanks.

 3              THE COURT:  Okay.  You may continue.

 4              MR. TANG:  Thank you.

 5         Q      Dr. Chen, do you recognize Exhibits 57, 67, and

 6    127?

 7         A      Yes.

 8         Q      What are these documents?

 9         A      These are the notebook of my work at UCLA for

10    drug discovery.

11         Q      What time period were the entries in these lab

12    notebooks?

13         A      From 2003 to 2005.

14              MR. TANG:  Your Honor, plaintiff moves Exhibits 57,

15    67, and 127 into evidence.

16              THE COURT:  Let me just take a look.

17    BY MR. TANG:

18         Q      What was the best chemical compound you designed

19    and tested before October of 2004?

20         A      It was RD37.

21         Q      What did you do to test RD37?

22         A      I identify RD37 as a pure antagonist for

23    drug-resistant prostate cancer.  I confirm it by PSA ELISA

24    assay.  And I also determined RD37 inhibit cell growth in

25    tissue culture of the drug-resistant prostate cancer in culture
```

1    dish.

2           I also determined RD37 inhibit tumor growth of

3    drug-resistant prostate cancer in mice.  However, the activity

4    in mice was not as good as in tissue culture.

5           Q     What caused RD37 to be less effective in mice?

6           A     We believe the RD37 did not hit the tumor cell in

7    mice as in the tissue culture.  You didn't contact the cell.

8    So we determined the RD37, the side group.  The middle group

9    was oxidized.  So the compound was not stable in the body.  So

10   it's -- we know it's a pharmacokinetic problem.  So this is

11   called pharmacokinetic problem, PK problem.

12          Q     What was the PK problem for the drug discovery

13   project?

14          A     It's the -- it's oxidized.  This middle group was

15   oxidized and was not stable in the body.

16          Q     Okay.  So what did you do to try to solve the PK

17   problem?

18          A     So we have to modify more just to overcome, to

19   prevent oxidation.  So we make more than 100 compound to see

20   whether which one is better, which one can overcome this

21   problem, and until we got a compound RD162, which stable so

22   solve the PK problem in July of 2005.

23          Q     What was your involvement in solving the PK

24   problem for RD37?

25          A     I make two proposal.  I propose to replace middle

58

1    group with amide group because I was a biochemist.  I knew

2    protein.  Protein is very stable in the body.  So protein was

3    make from amide, known as amide.  It's very stable.  So I

4    replace this middle group with amide.  That's one I propose.

5                Another proposal I made is I knew Casodex, a

6    drug.  It's Casodex was the most common used drug for prostate

7    cancer at that time.  So this is casodex.  The Casodex was very

8    stable in the body.  It stay in the body for five days.

9                It has fluorine on the right side ring of the

10   compound.  So I suggest -- propose to put the fluorine onto the

11   right side ring of the compound and so it make it stable.

12       Q     Dr. Chen, you mentioned RD37 and RD162.  What do

13   these names mean?

14       A     So RD, I -- for everything I did for the -- which

15   I design, some synthesize, I call it RD compound, rational

16   design compound.  It's a design compound.  So the number

17   reflect to the time to the order when the compound was made by

18   Samedy.  He make one compound, one.  Make a second compound,

19   that's two.  And then he give me the compound, and I test them,

20   the compound.  So that's the number meaning.

21       Q     I'd like to direct your attention to Exhibit 57

22   in front of you to the page 92.  That's the page stamped for

23   the trial, another page in the notebook.

24                MR. RAMSEY:  Can you read the full number just so

25   I'm clear?

**UNITED STATES DISTRICT COURT**

```
 1                   MR. TANG:  TX57.0092.

 2                   THE WITNESS:  I don't have that.  What number?

 3                   MR. TANG:  Court clerk, would you mind to see if the

 4     witness has Exhibit 57 that was just entered into evidence?

 5                   THE WITNESS:  57, okay.

 6     BY MR. TANG:

 7         Q      Okay.  Sorry.  It's on the screen as well.

 8                   So on this page, you mentioned that you had some

 9     reason to add amide and fluorine to the right side.  Can you

10     tell us what's shown on this page of your lab notebook?

11         A      This is the notebook from -- my notebook recorded

12     in February 6, 2005, when I was try to solve the PK problem.

13     So we design many -- I say design more than a hundred

14     compounds.  And some of them I list here we try to solve the PK

15     problem.

16                   So as a chemist, a biochemist, I knew the middle

17     group, middle group can be oxidized to alcohol, aldehyde,

18     assay, and then become an amide.  So we are here.  This is the

19     aldehyde group that we substitute just to make sure that we

20     want to see whether this stabilizes.  So this is one example

21     that I design a compound to overcome the PK problem.

22         Q      So eventually what was your reaction to discover

23     that RD162 solved your PK problem?

24         A      I was very excited.  This was -- we spent more

25     than a year to solve this PK problem.  So I was very excited.
```

UNITED STATES DISTRICT COURT

```
 1    I even told Dr. Charles Sawyers when I run into him in the
 2    bathroom, I say RD162 solved the PK problem.
 3         Q     Now -- go ahead.
 4         A     So --
 5         Q     Okay.  How does the work you did on RD162 relate
 6    to this lawsuit, if at all?
 7         A     The RD162 is the compound that we replace with
 8    pyridine sidechain that Gabe was talking about, the pyridine.
 9    So we replace with pyridine.  That make the later on call A52.
10    That's in the patent.  That's the patent we are contesting
11    right now.  So it's RD162.  It's the compound you modify to
12    make A52.
13         Q     So between RD37 that has the PK problem and RD162
14    that solved it, how long did it take you to go from one to the
15    other?
16         A     It took me a year to solve this PK problem.
17         Q     Who did the testing of compounds for the drug
18    discover project?
19         A     When I was at UCLA, I'm the only one testing,
20    designing the experiment, and analyze the data.
21         Q     Earlier you mentioned -- just to get the timeline
22    right, earlier you mentioned that you became a faculty member
23    in 2003.  When did you leave UCLA?
24         A     In September 2005.
25         Q     So regarding your work on the drug discovery
```

```
 1   project, the testing, where did you record your testing
 2   results?
 3        A       I have the testing result all recorded in my
 4   three copy of notebook here.  That's one TX127, TX57, and TX67.
 5        Q       Where else, if anywhere, did you store your
 6   testing results while you were at UCLA?
 7        A       This all notebook were kept at UCLA.  This is on
 8   a notebook.  This is just a copy of my notebook.
 9        Q       Is there anywhere you stored testing results
10   electronically?
11        A       Yes.  So I have three places to store my testing
12   result.  It's that notebook.  I have a net computer to record
13   the data.  I also have my own personal laptop computer to
14   record data.
15        Q       What did you do with the lab computer when you
16   left UCLA?
17        A       I make a copy of everything in the computer and
18   never touch it again after I left.
19        Q       What happened to your laptop computer after you
20   left UCLA?
21        A       The laptop computer was mine.  So I took with me.
22        Q       And what did you do with the testing results data
23   you stored in your laptop computer?
24        A       I didn't even look at it until 2011 when a junior
25   inventors, several junior inventors were contesting the
```

62

```
 1   inventorship and sharing for several RD compounds involving

 2   another drug.  So they ask me to participate.  I look at the

 3   data.  But I never change -- I didn't change anything.

 4              So for this -- also for this case, last year, a

 5   document collecting company also make image of all the data

 6   related to UCLA work and my China work, and they send the

 7   document to the lawyer on both sides.

 8        Q     Did you record all your testing results at UCLA?

 9        A     Yes, I record every single one of the compound I

10   test including same compound, different time I make it.  I

11   still -- I also record it.

12        Q     While you were at UCLA, were you aware of any

13   UCLA policy regarding storing testing data on laptop computers?

14        A     No.  I'm not aware of anything that the policy --

15   that how you write your record, like data.

16        Q     Okay.  What did you do with the lab notebooks,

17   the physical notebooks, when you left UCLA?

18        A     The lab notebook?  The notebook was kept at UCLA.

19   I left all behind.  I never touch it.  Only for this case, I

20   review a few times under the supervision of my lawyer.

21              MR. TANG:  It's because of a protective order,

22   Your Honor.

23              THE COURT:  Okay.

24   BY MR. TANG:

25        Q     Can you summarize quickly for us what are the
```

UNITED STATES DISTRICT COURT

63

```
 1  contents in your lab notebooks, please?

 2      A     I have several -- five slides that just summarize

 3  what I have.  They didn't show up.  So one is -- so this is

 4  from -- to design and build system hardware for the drug

 5  discovery I recorded in TX127.  I spent six months to design

 6  and build a system from March to September 2003.  I have three

 7  system.  I build negative control system for this system.  I

 8  spent six months.

 9           And then TX127 also record -- I spent ten

10  months -- ten more months to develop the software for this

11  system.  So that's from September 2003 to August 2004.

12           So this is just for you, for example, that using

13  the titration method, I have to do 9 -- 8 -- 72 tube for one

14  compound.  So it was very laborious and very frustrated.  And

15  then for the design compound and structure-activity analysis, I

16  have recorded in TX57, TX127 throughout the whole book.  It

17  says I design compound and perform SAR analysis.  That's from

18  August 2003 to July 2005.

19      Q     All right.  Dr. Chen, let me stop you for a

20  moment here.  We saw one example of the SAR study.  Can we also

21  take a look at Exhibit 127 on page 0094 and 0095, please.

22      A     I don't have that --

23           THE COURT:  He doesn't have the exhibit.

24  BY MR. TANG:

25      Q     Oh, it's on the -- okay.
```

**UNITED STATES DISTRICT COURT**

Appx0193

64

```
 1              THE COURT:  It should be in that binder, shouldn't
 2   it?
 3   BY MR. TANG:
 4         Q       It's the very big notebook.  It should be in
 5   front of you.  It's Volume 5.
 6         A       What number?
 7         Q       Exhibit 127.
 8         A       Oh, okay.  Thank you.
 9         Q       Page 94 and 95, please.
10         A       Yes.
11         Q       Can you explain to us in summary fashion what
12   is -- what's recorded on these two pages?
13         A       So this recording my work on November 23rd, 2003.
14   I make the name for the whole project called Rational Design
15   equal to RD, that's RD compounds.  So I have several RD
16   compounds from -- and then I have different names of a
17   sidechain, different structures.  I draw different structures.
18                 And in the next -- in the 95 -- so I analyze all
19   this -- RD7.  What is RD7?  It's R1 equal to R2 equal to middle
20   group.  So this recording in January 13, 2004.  So this is RD7.
21   And what's the structure?  The structure here.  So RD21 what's
22   the structure.  RD80 what's the structure.  RD28 what's the
23   structure.  So this is structure in order for me to collate the
24   structure and activity.  Then I can know which one is good,
25   which one is bad.
```

1    Q      Dr. Chen, if you can also turn to page 191 of the
2    same exhibit, 127, can you tell us what connection there is, if
3    any, between what's recorded on this page and what we were just
4    discussing on page 94 and 95.
5        A      So the previous one -- previous one just to
6    record the structure, the structure, what's the structure, and
7    this one to show what's the activity.  So this record in my
8    journal January 19, 2004.  What's the activity?  So RD7, it's
9    stronger than RD22, then bigger than RD23, stronger than RD24,
10   much stronger than 21.
11            So that's -- I have the structure, and then I
12   have activity.  I made a correlation.  Oh, which one is good,
13   what kind of structure is good, what kind of structure should I
14   use in improvement.
15       Q      Okay.  So if -- can you flip through -- going
16   back to 94, between 94 and 116, pages for Exhibit 127, can you
17   tell us what were recorded on these pages?
18       A      Which one?
19       Q      127, the one we were just discussing, from page
20   94 to 116.
21       A      Page 94.
22       Q      Yeah, to 116.  What are recorded on these pages?
23       A      Oh, this is the -- this all the structures for
24   the RD compounds for RD1 to RD158 that I designed and made.
25       Q      If you take a look at 116, the last page of the

```
 1   set, what's the number of the last RD compound recorded?

 2        A      It's RD163.

 3        Q      Okay.  Who drew these chemical structures on

 4   these pages?

 5        A      Some of them I drew it by my hand.  Some of them

 6   were drew by Samedy who used computer software to try -- to

 7   drew the structure.  And he sent me the structure for me to

 8   perform a structure-activity relationship analysis.

 9        Q      What was the purpose of creating these chemical

10   structure drawings?

11        A      For me to perform the structure-activity analysis

12   in order to pick the good one and then do further modification.

13        Q      Okay.  I would like you to take a look at a few

14   other exhibits.

15              MR. TANG:  Can we have Volumes 9, 10, and 11,

16   please.

17              THE COURT:  The exhibit numbers will be?

18              MR. TANG:  Oh, the exhibit numbers will be 221, 222,

19   225, 226, then 1003 --

20              THE COURT:  Is that in a different book?

21              MR. TANG:  No, no, it's all in there.  These

22   actually tabs are colored in yellow.

23              THE COURT:  Try it again.  221?

24              MR. TANG:  222.

25              THE COURT:  222, okay.
```

1          1037 received into evidence.)

2     BY MR. TANG:

3          Q     Dr. Chen, after you have -- we talked about

4     designing an SAR analysis which you showed on slides 11.  What

5     else did you do for the -- what else was recorded in the

6     laboratory notebooks?

7          A     It's the testing.  I have design, system, develop

8     the system, and then I've designed compound and then Samedy

9     synthesized the compound.  I test the activity of the compound.

10    So the testing is recorded in my notebook and in that computer

11    and in my personal laptop computer.

12         Q     Okay.  What type of testing did you record in

13    your lab notebooks aside from the in vitro testing?

14         A     I have different test -- different kind of test.

15    I have the in vitro that only do it in the tissue culture, the

16    culture dish, so in the outside of the body.  So I did it in

17    the culture dish.  I have different tests.  The luciferase

18    test, PSA ELISA test, PSA test, MTS test.  That's to test the

19    growth, cell growth.  PSA is a prostate cancer specific marker.

20    So PSA test.

21              And then I have toxicity test.  I have to

22    determine IC50 of a compound, how much they can inhibit.  So I

23    have like here I have luciferase, PSA growth, PK study, all

24    kind of different variety of studies.

25              And also not just in vitro studies, also I have

1    in vivo study in the mouse to see where it inhibit tumor growth

2    in mice.  So this I have the formulation for the RD compounds,

3    doses, how much you use, where -- how do you give the mouse,

4    how did you give the mouse, by oral or by IV injection.  I did

5    it for tumor growth.  I also did it to determine the

6    pharmacodynamic, called PD study, just to see whether they see

7    the tumor or not and also PK study to see whether they are

8    stable in the body or not.

9         Q      Where were the mouse study data recorded?

10        A      So this was recorded in TX57, TX67 throughout

11   from May 24th -- May 2004 to July 2005.

12        Q      All right.  We can put those notebooks aside for

13   the time being.

14               Dr. Chen, this case involves two compounds, A51

15   and A52.  Do you know what they are?

16        A      Yes.

17        Q      What are they?

18        A      They are RD compounds.  They are in the RD

19   project that I discover, I design and Samedy synthesize in the

20   RD project.  So A51, at that time it was not A51.  It has no

21   name.  So A51, it's a pyridine substitute, RD37.  A52 has no

22   name before.  So it was RD162 substitute compound.  So they are

23   RD compounds.

24        Q      What is your connection to these two compounds,

25   A51 and A52?

```
 1         A       I show you my notebook record to identify RD37,

 2    RD162, and that's the starting point to make A51, A52.  At the

 3    time it doesn't even have the name.  So I invented A51 and

 4    invented A52.  I also determined the activity of drug-resistant

 5    prostate cancer that can use -- be used to treat drug-resistant

 6    prostate cancer.

 7         Q       In Volume 3 of the exhibits in front of you, can

 8    you find Exhibits 61, 62, and 63, please.

 9              THE CLERK:  I'll have to pull the exhibits.

10              MR. TANG:  They should be in front of the witness.

11              THE CLERK:  I put them away.

12              THE WITNESS:  Can you say again?

13    BY MR. TANG:

14         Q       61, 62, and 63.  Do you recognize these

15    documents?

16         A       Yes.  This the three patents regarding A51 and

17    A52, two compound, and they are pharmaceutical composition and

18    the material used.  This is that we are contesting the

19    inventorship in this case.

20              MR. TANG:  Your Honor, plaintiff offers Exhibits 61,

21    62, and 63 in evidence.

22              THE COURT:  They will be received.

23        (Exhibit Nos. 61, 62, and 63 received into evidence.)

24    BY MR. TANG:

25         Q       Dr. Chen, when did you know the names of A51 and
```

```
 1   52 for the first time?
 2        A       That was in 2008 when I read the patent
 3   application publication.
 4        Q       What did you do when you became aware of the
 5   patent application covering A51, A52?
 6        A       I didn't do anything until 2013 when my previous
 7   lawyer told me that the first patent was issued in 2013.  So he
 8   told me this patent '507 was issued.
 9        Q       Why didn't you do anything initially when you
10   learned about the patent application in 2008?
11        A       Well, the patent application, UCLA usually change
12   inventorship all the time.  So I didn't really care.  But when
13   the patent was issued, I really care that my name was not in
14   the patent.
15        Q       Other than the three patents you dispute in this
16   case, how many patents, if any, did you have with UCLA?
17        A       I have many, several, like more than -- in
18   addition to this three, I have more than five patents that I
19   invent at UCLA.
20        Q       What did you do at -- in 2013 when you knew of
21   the issuance of the '507 patent covering A51, A52?
22        A       I return to lawyer from Greenberg Traurig.  The
23   name of the lawyer is called Dr. Weisun Rao.  He asked him to
24   write a letter, investigate the A51, A52 invention and wrote a
25   letter to send to UCLA to ask them to correct the inventorship.
```

UNITED STATES DISTRICT COURT

```
 1    I also sent a letter to Johnson & Johnson because Johnson &
 2    Johnson was the licensee of this patent.  So I wrote to -- I
 3    sent the letter to Johnson & Johnson too.
 4         Q    What involvement, if any, did Dr. Samedy Ouk have
 5    regarding this letter disputing A51 and A52 inventorship in
 6    2013?
 7         A    So when -- before Dr. Weisun Rao, my previous
 8    lawyer, before he sent the letter, he wanted to make sure that
 9    statement correct.  So he sent the letter to both Samedy and me
10    to verify the content to see whether it's accurate.
11              MR. RAMSEY:  Your Honor, I'm going to object again
12    on the basis of privilege.  I must do it to preserve it.  This
13    is getting into privileged conversations with the lawyer.
14              THE COURT:  Sorry?
15              MR. RAMSEY:  Dr. Ouk --
16              THE COURT:  Who sent the letter?
17              THE WITNESS:  My lawyer sent me a letter for me to
18    see whether the statement was accurate.
19              MR. RAMSEY:  The lawyer was jointly representing
20    Dr. Ouk and --
21              THE COURT:  First of all, the contents of the letter
22    would be hearsay.
23              MR. RAMSEY:  That's true.  That's a separate
24    objection.  We are not --
25              THE COURT:  In order to get around here, you are
```

UNITED STATES DISTRICT COURT

1    He's indicated it's a long story.  If so, it should be done by

2    question and answer.

3    BY MR. TANG:

4         Q    When did you decide on the -- when did you

5    contribute to the conception of the A-series compounds?

6         A    The first proposal I make, it's in the August

7    meeting of 2004.  I propose to work on the left ring of the

8    compound.  I have this to summarize.  So we have at that time I

9    say we make more than 80 compounds; right?  The red area are

10   the compounds we already made.

11             So for the most area we have already modified.

12   We know what they are, what's the best.  There's two area.

13   This area in the middle ring.  And on the left ring we haven't

14   touched yet.  So Dr. Jung propose to put the pyrazolone here.

15   Samedy Ouk proposed to make an (unintelligible) here.  And I

16   knew we never touched the left ring.  So I say I propose to

17   make a change the left ring.  But I didn't propose how to

18   change, what to change.  We didn't discuss what to change in

19   the meeting.  So the meeting last one hour.  So that's the

20   first proposal.

21             The second proposal was the real get down to the

22   clear picture.  It's in August -- no, of October of 2004.

23   After we patent application publication from BMS company.  They

24   have pyridine compound precursor.  Exactly fit our purpose.  So

25   I release -- and then I look at it, oh, I can use it.

83

1              So in the October meeting in the lunch area, Bomb

2   Shelter, we discuss project with Samedy Ouk.  I told Samedy Ouk

3   we can change this to pyridine and because the pyridine was

4   showed, the pyridine, the -- all the sidechain, side group, are

5   in the corrected partition.  So it shows that I can use that to

6   do a substitution.

7              And also the synthesis wrong -- to synthesize

8   this precursor was also described in the patent.

9        Q    Who found this BMS patent application

10  publication?

11       A    I did.

12       Q    And when did you bring it to the attention of Dr.

13  Ouk?

14       A    That's the October Bomb Shelter meeting that I

15  have with Samedy Ouk.

16            THE COURT:  October?

17            THE WITNESS:  October of 2004.

18            MR. TANG:  Can we have Volume 2, please.

19       Q    Can you make sure Volume 4 is still in front of

20  you?

21       A    Yes.

22       Q    Can you turn to Exhibit 55, please.

23            Is this the BMS patent application publication

24  you were just discussing?

25       A    Yes.  That was BMS Samedy patent.

```
 1                  MR. TANG:  Plaintiff offers Exhibit 55 in

 2   evidence.

 3                  THE COURT:  50 --

 4                  MR. TANG:  -- 5.

 5                  THE COURT:  It will be received.

 6                  (Exhibit No. 55 received into evidence.)

 7   BY MR. TANG:

 8        Q       Which part of this BMS patent document did you

 9   point out to Dr. Ouk in October of 2004?

10        A       That's page 282, the bottom right, the struck

11   (sic) precursor in the bottom right, the 282.

12        Q       Just so the record is clear, when you say 282,

13   are you referring to the original page number of the patent

14   document?

15        A       Yes, original.  It's page 282.  Now it's in TX55,

16   0283.  The bottom right, the paragraph 1380, one three eight

17   zero.  That's the precursor.  Every sidechain in the group in

18   the right partition for the pyridine compound.

19        Q       Why was this patent application publication from

20   BMS interesting to you?

21        A       In the title -- they are designing modulators for

22   nuclear hormone receptor function.  Androgen receptor.  It's a

23   nuclear hormone receptor.  So basically they are also designing

24   and making antiandrogen receptor inhibitors similar to what we

25   are doing at that time.
```

```
 1   I call it CC1 because he didn't have a name for it.
 2              MR. TANG:  Plaintiff moves Exhibit 14 in evidence.
 3              THE COURT:  It will be received.
 4              (Exhibit No. 14 received into evidence.)
 5   BY MR. TANG:
 6        Q      How did you receive this NMR spectrum?
 7        A      So I -- he poured the pyridine compound with --
 8   in the tube -- and there's no label on it -- with several other
 9   RD compounds which have a number.  So he give me and then I
10   receive that.  And I also scanned the NMR spectrum in my
11   scanner.  So it just show this pyridine was synthesized
12   already.  This is the structure that in the tube.
13        Q      Do you know why Dr. Ouk did not give this
14   compound a number?
15        A      No, I didn't know.
16        Q      Looking at Exhibit 14, do you see some -- what
17   looks like chemical structure in the middle?
18        A      Yes.
19        Q      Do you recognize that?
20        A      That was the pyridine compound that was -- I call
21   it CC1.  In February when I record the data or the testing
22   result.  And later on Samedy call it A51 in October of 2005.
23        Q      Whose handwriting is this for this chemical
24   structure on Exhibit 14?
25        A      Samedy Ouk.  He's a chemist he knew from the NMR
```

UNITED STATES DISTRICT COURT

```
 1   spectrum.  He knew this is pyridine.

 2        Q      Do you recognize his drawing?

 3        A      Yes.  His handwriting.

 4        Q      Okay.  Why did you call it CC1?

 5        A      Because it didn't have a name.  So he didn't

 6   assign the RD number.  Usually for every single one he has a

 7   name.  Only this one he didn't have a name.  Only one he didn't

 8   have name.  But I didn't care.  So when I put data into my

 9   computer, I recognize I have to make a name for it.  Otherwise

10   how can I put it.  So I create -- make a name CC1.  That's

11   created compound one for this pyridine substitute compound.

12        Q      You mentioned the computer.  Where did you keep

13   the testing results for --

14        A      In my laptop computer.

15        Q      Do you still have Volume 10 in front of you?

16        A      Yes.

17        Q      Can you turn to Exhibits 1003 and also 1004,

18   please?

19        A      Okay.

20        Q      What are these documents?

21        A      These are the testing results of the pyridine

22   compound -- I call it CC1 -- along with several other

23   compounds.  So the number 1003 is the testing result.  All

24   luciferase is it.  And 1004 it's a PSA.  So I have two assays

25   for CC1 for the pyridine compound.
```

90

```
1       Q       When you generate these test results?

2       A       That's in February of 2005, immediately after

3  Samedy give me the compounds.

4       Q       Do you have a more precise date?  Can you give a

5  more precise date?

6       A       It was - the luciferase assay was on

7  February 13th of 2005.  PSA was on February 15th of 2005.

8       Q       What does the CC1 assay results show?

9       A       It shows similar activity to its parent RD37.

10      Q       After you obtained the results in February of

11 2005, who, if anyone, did you tell about the result?

12      A       After I got the result in February, I told Samedy

13 Ouk.  Pyridine substitute compound has -- had similar activity

14 to its parent RD37.  That's in February of 2005 after I got a

15 result.

16      Q       Who else did you tell?

17      A       No one else.  I don't have to tell anyone else.

18      Q       Just to be clear, did you or did you not have

19 obligation to report lab findings to Dr. Sawyers?

20      A       No.  That's my independent work.

21      Q       What was your reaction at the time to see the

22 pyridine compound had a similar activity to its parent RD37?

23      A       I was not particularly excited.

24      Q       Why is that?

25      A       Because we had make more than a hundred compound.
```

```
 1   We try to solve the PK problem.  We have already make more than

 2   a hundred compound.  We try a different combination.  The PK

 3   problem is -- was the major problem at that time for me.  Even

 4   though Dr. Michael Jung has a concern with the patent issue, I

 5   didn't care.  I just want to work with science.  So that's what

 6   I did.

 7              I want to solve the PK problem.  And the RD --

 8   the pyridine substitution didn't solve my PK problem.  So what

 9   do I have to be excited?  I don't really care.

10              THE COURT:  Counsel, we are going to break at this

11   time for lunch.  We'll come back in an hour and a half.  We'll

12   start up at 1:00.

13              (At 11:32 a.m. the lunch recess was taken.)

14

15

16

17

18

19

20

21

22

23

24

25
```

3

1                          **I N D E X**

2

3    **WITNESSES**                                        **PAGE**

4    **DEGUI CHEN Ph.D., CALLED BY THE PLAINTIFF**
          Direct Examination by Mr. Tang                7
5         Cross-Examination by Mr. Ramsey              19
          Redirect Examination by Mr. Tang            65
6
     **FMICHAEL ERNEST JUNG, CALLED BY THE PLAINTIFF**
7         Direct Examination by Mr. Cwik              71
          Cross-Examination by Ms. Kuwahara           79
8         Redirect Examination by Mr. Cwik            82
          Recross-Examination by Ms. Kuwahara         83
9
     **CHARLES L. SAWYERS, CALLED BY THE PLAINTIFF**
10        Direct Examination by Mr. Cwik              84
          Cross-Examination by Ms. Suzuki             93
11
     **SAMEDY OUK, CALLED BY THE PLAINTIFF**
12        Direct Examination by Mr. Cwik             100

13

14

15

16

17

18

19

20

21

22

23

24

25

**UNITED STATES DISTRICT COURT**

Appx0225

1    RD-series compound we design and made and test.  So ...

2    Q     Okay.  What is a pyrazinone?

3    A     Pyrazinone is the middle ring that has no sulfur, and the

4    nitrogen was moved to the middle.  So it's different core

01:09PM  5    structure.  And RD144 was the only pyrazinone I knew and test

6    before I left UCLA.

7    Q     When did you obtain the test results of RD144 for the

8    first time?

9    A     In my notebook and my data, I record MTX57.  This is at --

01:09PM 10    in June 7 of 2005.  I attempt to run experiment on RD144, but

11    RD144 didn't dissolve, so I couldn't test it.  I didn't have

12    result.  The result of the June experiment was recorded in

13    TX221, TX222, and TX225.

14            So after June 7 experiment, I have the result in

01:09PM 15    June 13, and in that -- then I went to China for visit for

16    three weeks, and I came back on July 1st of 2005.  And

17    immediately -- that was Friday night I arrived.

18            The next day I already -- I still in the lab.  I

19    already in the lab to experiment for this RD144.  Again, in

01:10PM 20    this time, try, I did it.  And it -- I have to do some

21    sonication in RD144, went into the solution.  So I test -- I

22    have the result.

23            So that's recording RD -- TX57, page 142.  The

24    result was recorded as TX226.

01:10PM 25    Q    Let's take a look at these pages.  Dr. Chen, can you find

```
 1   the lab notebook that's in Volume 3, TX57?  Do you still have

 2   that?

 3   A    Which book?

 4   Q    Volume 3.

 5   A    Three.  Yes, I have that.

 6   Q    So Exhibit 57.  Let's start with page 136.

 7   A    Yes.

 8   Q    All right.  Is this a record of the attempt to test RD144

 9   in June of 2005?

10   A    Yes.

11   Q    Can you --

12   A    It's recorded in my notebook in June 7, 2005, Tuesday.  I

13   have list of different compounds, RD compound, RD37, RD143,

14   RD144.  And then I have wrote down the note:  Don't dissolve

15   MDA, heat it at 55 degrees and test for 10 seconds.  RD143

16   dissolved, but RD144 did not dissolve.  So I couldn't do the

17   experiment on RD144.

18   Q    How important for the testing that the test compound is

19   dissolved?

20   A    It's essential.  If you cannot go into the solution, you

21   cannot do it.  It's -- how can you move the -- you cannot.  You

22   just couldn't do it.

23   Q    Okay.  Then do you see a notation 37#, 37 pound right

24   next to 144?

25   A    Yes.
```

```
 1   Q      What is that notation -- what does that mean?

 2   A      RD37 test is a new batch of RD37 because I run down the

 3   RD37, running low, so I make a new batch of RD37.  So it's

 4   marked at RD37 dash or RD37 stop.

 5   Q      Why is the notation 37# right next to 144?

 6   A      Because I plan the experiment, and RD144 I couldn't test,

 7   so I don't want to waste the room.  I just put the RD37, new

 8   batch RD37 here to replace it, and I did the experiment.

 9   Q      Just to be clear, was RD37* or RD37# the same compound as

10   RD144?

11   A      No.  RD37* and RD37# is RD37.  It's different batch.

12   Q      How certain are you that RD37* or RD37# is not RD144?

13   A      One hundred percent certain.  I have the recorded in the

14   notebook.  And data, that clip at UCLA, show RD37.  It's not

15   RD144.

16   Q      Okay.  We'll get to the data in a moment.  Where in the

17   notebook can you find any record of your three-week trip to

18   China between middle of June to beginning of July of 2005?

19   A      That's June 7.  Okay.  So TX57, page 140, says June 9 of

20   2005 I did the experiment.  And then the next page is July 8 of

21   2005.  So there's a gap between June 9 to July 8in the next

22   page, the TX57, page 141.  So 141 and -- so page 140 is June 9,

23   2005.  Page 141 is July 8 of 2005.

24   Q      Was there anyone else at UCLA helping you keep the

25   testing going while you were away?
```

01:13PM  5
01:13PM  10
01:14PM  15
01:14PM  20
01:15PM  25

**UNITED STATES DISTRICT COURT**

```
 1   A     No.

 2   Q     And then if you can turn to page 142, the very next page

 3   in TX57.  What's recorded on this page?

 4   A     So this is recorded my test on July 11, 2005.  I test

 5   different compound, RD compound.  Okay.  Even RD144 is

 6   different scaffold.  Still RD compound, different scaffold.

 7   But they are still RD compound.  So I have the RD37* here.  And

 8   there's no RD37 because RD307 is done.  The old one is done.

 9   Q     What do you mean, it's done?

10   A     I didn't have any solution.

11   Q     Okay.  It's used up.

12   A     I have to use -- RD37 was used for every experiment.  It's

13   a benchmark for every one.  So every time I use RD37, it's

14   controlled.  This time I didn't use RD37.  I didn't have.  So I

15   used RD37*.

16   Q     Okay.  Earlier you mentioned that you obtained a testing

17   result from this July testing.  Can you turn to Volume 9 of

18   your binder, the exhibit binder in front of you.

19         Let's first look at Exhibit 226.

20   A     Yes.

21   Q     What is this document?

22   A     This is the test result on July of 2005.

23   Q     You see -- can you explain just briefly what are we

24   looking at?  What are those bars?

25   A     Okay.  I have -- so I have -- at the top this is different
```

15

```
 1    A     Correct.

 2    Q     Why is that?

 3    A     This one, I say to Dr. Ouk, O-u-k, Dr. Ouk, this one I

 4    have RD37 as a benchmark already.  I don't have to send him

 5    RD37* to confuse him.  RD37 is a new batch for myself.  I knew

 6    this is new batch.  For him he doesn't have -- he didn't

 7    have -- I already have a benchmark RD37, so I don't want to

 8    confuse him.  So I didn't send him RD37*.

 9    Q     Was the results shown in Exhibit 225 the only version of

10    the June 2005 version you sent to -- sorry, June 2005 data that

11    you sent to Dr. Ouk?

12    A     Yes.

13    Q     To be sure, you never sent any data labeled 37* from the

14    June 2005 testing to Dr. Ouk?

15    A     Never.

16    Q     And the June 2005 testing did not contain any results

17    from RD144; is that right?

18    A     It didn't dissolve.  I couldn't test.

19    Q     Okay.  All right.  Let's talk about something else, a

20    different topic.  Where did you go after you left UCLA in

21    September of 2005?

22    A     I moved to China.

23    Q     What prompted you to move to China in 2005?

24    A     Mainly because of my wife.  My wife want to go back to

25    China because her parents are getting old.  So her sister is in
```

```
 1    Los Angeles, so she has only one sister.  She has to go home.
 2    So she want to go home.  And I have a beta CV.  So I went.  I
 3    got a job in April, and my wife join me in May of 2006.
 4    Q    After you moved to China in 2005, did you or did you not
 5    continue working on anti-prostate cancer drugs?
 6    A    No, I did not.  I work on androgen receptor inhibitor.  So
 7    it's completely different from anti-prostate cancer drug.
 8    Q    What's the difference between anti-androgen receptor and
 9    anti-prostate cancer?
10    A    Anti-androgen?  Androgen receptor I say in the beginning
11    involving a lot of these -- hair loss, muscle loss, extensor
12    dysfunction, in addition to the prostate cancer.  It's small
13    portion.  So androgen receptor has more broad utility.
14    Androgen receptor is more broad utility, and it's a general
15    interest to start androgen, not just for prostate cancer.
16    Q    Why did you decide to continue -- sorry, to conduct
17    research on androgen receptor inhibitors in China?
18    A    Androgen receptor is a general interest, so I want to
19    study the -- actually it's -- the reason is I went back to
20    China in September.  I apply for a job, and they schedule me
21    for interview in December.
22              So I have -- I had nothing interesting to do, and I
23    didn't want to sit around.  So I thought, well, this is general
24    interest, so I'm going to study androgen receptor inhibitor.
25    That's how I did it.
```

|  | |
|---|---|
| 1 | Q    So I'd like you to turn back to Volume 3, TX57, that you |
| 2 | discussed with your counsel earlier.  TX57, page 92. |
| 3 | A    Page 92? |
| 4 | Q    Page 92 of Exhibit 57. |
| 01:33PM 5 | A    That's in February 6?  That one? |
| 6 | Q    So you agree that there's a number of chemical structures |
| 7 | on page 92 of TX57? |
| 8 | A    Yes. |
| 9 | Q    And nowhere on page 92 of TX57 is there a representation |
| 01:33PM 10 | of A51 or A52, correct? |
| 11 | A    There's no A51. |
| 12 | Q    There's no structure on page 92 of Exhibit 57 of a |
| 13 | left-hand pyridine ring, correct? |
| 14 | A    No. |
| 01:34PM 15 | Q    And there's no discussion of how to make compounds with a |
| 16 | left-hand pyridine ring on this page 92? |
| 17 | A    No. |
| 18 | Q    If you can please now turn to Exhibit TX127 in Volume 5. |
| 19 | THE COURT:  I'm sorry.  Exhibit? |
| 01:34PM 20 | MR. RAMSEY:  TX127.  That's in Volume 5. |
| 21 | THE WITNESS:  I don't have ... |
| 22 | THE COURT:  It's Exhibit 127. |
| 23 | THE WITNESS:  What page?  Sorry. |
| 24 | THE COURT:  Counsel, what page number? |
| 01:35PM 25 | MR. RAMSEY:  TX127, page 83. |

**UNITED STATES DISTRICT COURT**

24

| | |
|---|---|
| 1 | Q    BY MR. RAMSEY:  Are you looking at page 83 of TX127? |
| 2 | A    Yes. |
| 3 | Q    Do you agree on that page there's a reference at the top |
| 4 | to, quote, Samedy's drugs, correct? |
| 01:35PM 5 | A    Yes. |
| 6 | Q    Please turn to page 84 of TX127, the next page.  You |
| 7 | agree that on page 84 of TX127 there's a reference to Samedy 5 |
| 8 | drug, correct? |
| 9 | A    Yes. |
| 01:35PM 10 | Q    And just generally your counsel took you through a number |
| 11 | of notebook pages this morning.  Do you recall that sequence of |
| 12 | events?  Do you recall that, Dr. Chen? |
| 13 | A    Can you say again. |
| 14 | Q    Do you recall looking at your notebooks this morning with |
| 01:36PM 15 | your counsel? |
| 16 | A    Yes. |
| 17 | Q    And you testified about the content of your notebooks |
| 18 | with your counsel? |
| 19 | A    Yes. |
| 01:36PM 20 | Q    And in none of the pages that your counsel showed you did |
| 21 | we see the structure of A51 or A52, correct? |
| 22 | A    Correct. |
| 23 | Q    And we did not see any structure with a left-hand |
| 24 | pyridine ring in any of the notebook pages that you were shown |
| 01:36PM 25 | this morning, correct? |

UNITED STATES DISTRICT COURT

|  | | |
|---|---|---|
| | 1 | A    Correct. |
| | 2 | Q    One more question about your China patent.  While you did |
| | 3 | not make A51 or A52 in China, your claims, your patent claims |
| | 4 | in China nonetheless cover A51 and A52, correct? |
| 01:36PM | 5 | MR. TANG:  Objection.  Calls for legal conclusion. |
| | 6 | THE COURT:  Overruled. |
| | 7 | Q    BY MR. RAMSEY:  Like your position. |
| | 8 | A    Do I have to answer? |
| | 9 | Q    I'll repeat the question.  While you did not make A51 or |
| 01:36PM | 10 | A52 in China, your claims nonetheless cover A51 and A52 in |
| | 11 | China, correct? |
| | 12 | A    That's -- you have a general formula, and that's usually |
| | 13 | the pharmaceutical drug development.  It also always have a |
| | 14 | formula. |
| 01:37PM | 15 | Q    So is the answer yes or no?  My question again:  While |
| | 16 | you did not make A51 or A52 in China, your patent claims in |
| | 17 | China -- it's your position your patent claims in China cover |
| | 18 | nonetheless A51 and A52? |
| | 19 | A    Yes.  You start it.  You'll find it. |
| 01:37PM | 20 | Q    Okay.  Dr. Chen, you started your work with Dr. Sawyers |
| | 21 | back in 1999 at UCLA, correct? |
| | 22 | A    Yes. |
| | 23 | Q    And you were an adjunct assistant professor, correct? |
| | 24 | A    Pardon me? |
| 01:37PM | 25 | Q    You were an adjunct assistant professor at UCLA? |

**UNITED STATES DISTRICT COURT**

```
 1   A     In the beginning I was a post doc with Dr. Charles
 2   Sawyers.
 3   Q     And then you became an adjunct assistant professor?
 4   A     In 2003 I become an adjunct assistant professor.
 5   Q     And you moved to China after resigning from UCLA,
 6   correct?
 7   A     Yes.
 8   Q     Please turn to Volume 1, Exhibit 9, in your binders.
 9   A     What page?  Sorry.
10   Q     The front page of Exhibit 9.  Are you there?  It's on the
11   screen, too.
12   A     Okay.
13   Q     If you could please look at the bottom of TX9.
14   A     Okay.
15   Q     And you agree that this article in general is a Nature
16   Medicine article that you mentioned in your previous testimony,
17   correct?
18   A     Yes.
19   Q     And you say that this article is -- has many of your
20   ideas about prostate cancer research and androgen receptors,
21   correct?
22   A     Yes.
23   Q     And this article you agree was published online on
24   December 21st, 2003, correct?
25   A     Correct.
```

1  Q    You were the first co-author of this paper with Derek

2  Welsbie, correct?

3  A    I'm the first author.  Derek Welsbie was first co-author.

4  Q    And if you could please look at the top of the first page

01:39PM 5  of Exhibit 9, you'll see that your name and Derek Welsbie are

6  listed first, correct?

7  A    I'm the first.  Derek Welsbie is the second.

8  Q    And you agree that there's a footnote 8 next to your name

9  and next to Derek Welsbie's name, correct?

01:39PM 10  A    Correct.

11  Q    And please turn to the bottom of the first page of TX9

12  and look at footnote 8.  Do you see that?

13  A    Yes.

14  Q    In footnote 8 it is stated that these authors contributed

01:39PM 15  equally to this work, correct?

16  A    Correct.

17  Q    So you and Derek Welsbie contributed equally to the work

18  in the Nature Medicine article, correct?

19  A    Correct.

01:39PM 20  Q    Okay.  You mentioned -- you discussed the RD-series

21  compounds at length this morning.  Do you remember that?

22  A    Yes.

23  Q    It is -- you agree that the RD-series compounds are

24  covered by a separate set of patents, correct, that's not

01:40PM 25  involved in this case?

28

```
       1   A     Can you say again?

       2   Q     You agree with me that the RD-series compounds are

       3   covered by a separate set of tests that is -- rather, a

       4   separate set of patents not at issue in this case?

01:40PM 5   A     Yeah.  Yeah.  There are several RD compound patents

       6   independent from this one.

       7   Q     And you discussed it this morning at length -- luciferase

       8   assay testing that you say you came up with.  Do you recall

       9   that?

01:40PM 10  A     Yes.  Luciferase reporter system, not assay.  I didn't

      11   invent the assay.

      12   Q     And your luciferase reporter assay system that you

      13   discussed is covered by a separate patent not at issue in this

      14   case, correct?

01:40PM 15  A     There was no publication about this luciferase reporter

      16   system that I developed.

      17   Q     You agree that there's a patent.  You filed a patent that

      18   covers your luciferase assay system?

      19         MR. TANG:  Objection.  That mischaracterizes the

01:41PM 20  prior testimony.  I don't think --

      21         THE COURT:  Sorry.

      22         MR. TANG:  I don't think the witness ever said

      23   anything about a patent covering the luciferase in his direct.

      24         THE COURT:  Why don't you ask another question.

01:41PM 25  Q     BY MR. RAMSEY:  Do you agree with me that your luciferase
```

```
 1   assay testing system is covered by a patent that is not at

 2   issue in this case?

 3   A    It was the RD-series patent.

 4   Q    Thank you.  So one of the RD-series patents covers your

 5   luciferase assay testing system?

 6   A    Correct.

 7   Q    All right.

 8   A    I would use for RD compound testing.

 9   Q    So you recall a meeting in Dr. Jung's office in the

10   August of 2004, right?

11   A    Correct.

12   Q    And one of the items on the agenda at that meeting was

13   coming up with new scaffolds to avoid other patents, correct?

14   A    Correct.

15   Q    And you don't remember discussing the pyridine ring

16   substitution in the August 2004 meeting, correct?

17   A    I don't remember exactly what we discussed.

18   Q    You agree you don't remember discussing the pyridine

19   substitution in the August 2004 meeting, correct?

20   A    I propose -- we didn't propose to make pyridine

21   substitution in the meeting.

22   Q    So let me again remind you of your prior testimony.  Page

23   67, line 25, to page 68, line 10:

24          "Question:  So you were in a meeting in August 2004

25   in Dr. Jung's office where the concept of pyridine substitution
```

```
         1   was discussed, true?
         2           "Answer:  I don't remember we discussed pyridine
         3   substitution.  The meeting -- the main theme of the meeting was
         4   to discuss to write -- to see whether we can write a
01:42PM  5   provisional patent for the RD-series we have done.
         6           "Question:  So you don't remember the topic of
         7   pyridine substitution discussed at the August 2004 meeting?
         8           "Answer:  I don't remember."
         9           And that was your testimony, correct?
01:42PM 10   A    I will say I remember we didn't discuss the pyridine
        11   substitution.
        12   Q    You did not suggest changing any structure to a pyridine
        13   in the August 2004 meeting, correct?
        14   A    I didn't propose.  No one proposed.
01:43PM 15   Q    And you have no written notes from the August 2004
        16   meeting, correct?
        17   A    Correct.  We don't write notes in the meeting.
        18   Q    And you have no document showing that you suggested a
        19   change to the left-hand ring in the August of 2004 meeting,
01:43PM 20   correct?
        21   A    I don't have a direct evidence, but I read the patent.
        22   Q    My question was simply you don't have documents showing
        23   that you suggested a change to a left-hand ring in the August
        24   2004 meeting, correct?
01:43PM 25   A    I don't have.  Right now I didn't write down they changed
```

UNITED STATES DISTRICT COURT

31

```
        1   this.
        2   Q     Thank you.  You don't have any notes where you wrote down
        3   a pyridine ring structure at any point in the fall of 2004,
        4   correct?
01:43PM 5   A     Actually it's not true.  It's only on the left that I
        6   didn't have.  On the right I have.
        7   Q     So you agree with me you don't have any notes where you
        8   wrote down a left-hand pyridine ring structure at any point in
        9   the fall of 2004?  That's your testimony?
01:44PM 10  A     Correct.
        11  Q     So in October of 2004 you said that you had a lunch
        12  meeting with Samedy at the Bombshelter cafeteria at UCLA,
        13  right?
        14  A     Yes.
01:44PM 15  Q     And you didn't have any notes or written record of your
        16  meeting with Dr. Ouk in October 2004, correct?
        17  A     We don't write notes.
        18  Q     And you have no written documents from fall of 2004 of
        19  you suggesting adding a pyridine ring to RD37, correct?
01:44PM 20  A     Say again.  Sorry.
        21  Q     You have no written documents from the fall of 2004 of
        22  you suggesting adding a pyridine ring to RD37, correct?
        23  A     I don't have -- I didn't write down, but I have a lot of
        24  evidence to suggest, indicate --
01:44PM 25  Q     My question is just -- I want to be specific.  You have
```

UNITED STATES DISTRICT COURT

32

1   no written documents from the fall of 2004 where you

2   specifically wrote down suggesting adding a pyridine ring to

3   RD37?

4   A    We didn't write notes.

01:44PM 5   Q    And you admit that it is possible that Dr. Ouk suggested

6   in the October meeting the idea of the pyridine ring to you,

7   correct?  That's possible?

8   A    It's possible.  But I remember I propose that.

9   Q    Thank you.  You don't have any notes specifically in

01:45PM 10   relation to the A-series invention from the fall of 2004 where

11   you drew a pyridine ring, correct?

12   A    The A51, I didn't draw the structure.

13   Q    All right.  So it was a pretty frequent occurrence, you

14   agree, that Dr. Ouk would send you e-mails asking you to order

01:45PM 15   compounds and equipment, correct?

16   A    Correct.

17   Q    And if we could please turn in Volume 2 to Exhibit 52.

18   Let me know when you're there, please.

19          THE COURTROOM DEPUTY:  It shouldn't be published

01:45PM 20   until it's admitted.

21   Q    BY MR. RAMSEY:  Are you looking at Exhibit 52, sir, TX52?

22   A    In Volume 2, right?

23   Q    Volume 2, correct.

24   A    And TX57?

01:46PM 25   Q    52, 5-2.

35

```
 1   Q      Thank you, sir.  And you don't know how many different
 2   amino pyridines you can make from this compound listed in the
 3   October 13, 2004, e-mail, correct?
 4   A      I'm sure there's many compounds you can make.
 5   Q      But you don't know how many you can make?
 6   A      You never know.  It's too many.
 7   Q      But my question is you don't personally know how many
 8   amino pyridines you can make from the chemicals stated in the
 9   October 13, 2004, e-mail.  You do not personally know, correct?
10   A      I'm not sure.  No one in the world knows how many compound
11   you can make from this 3-trifluoromethyl pyridine.
12   Q      You didn't write notes about the synthesis of A51,
13   correct?
14   A      Correct.
15   Q      And you don't have any documents reflecting that you told
16   anybody how to synthesize A51, correct?
17   A      I don't have a document to show.
18   Q      Okay.  And you don't have any documents where you talked
19   with Samedy Ouk about the synthesis of A51 per se, correct?
20   A      I didn't write down the synthesis, but it was disclosed in
21   the BMS patent.
22   Q      Okay.  Thank you sir.  You're going to get a chance to
23   follow up with your counsel.  I'd really appreciate if you
24   would just answer my questions.  Thank you.
25              And you don't have any notebook reflecting the steps
```

Line timestamps: 01:48PM (line 5), 01:48PM (line 10), 01:48PM (line 15), 01:49PM (line 20), 01:49PM (line 25)

```
 1   of the synthesis of A51, correct?

 2   A    Correct.

 3   Q    And please turn to Exhibit 14 in Volume 1.  This has

 4   already been admitted.  Exhibit 14, TX 14.

 5   A    I don't have Volume 14.

 6   Q    TX14.

 7   A    Which volume?

 8   Q    Volume 1.

 9          THE COURT:  It's also on the screen.

10          MR. RAMSEY:  You can look at the screen.  Thank you.

11   Q    BY MR. RAMSEY:  Dr. Chen, you recognize this document as

12   NMR analysis that Dr. Ouk did on the compound A51, correct?

13   A    Correct.

14   Q    The document is dated January 23rd, 2005, correct?

15   A    Correct.

16   Q    And you notice there's a written drawing on the compound

17   on Dr. Ouk's NMR spectra for A51, correct?

18   A    At that time there's no A51.  Only pyridine substitute.

19   Q    Okay.  You recognize this handwritten drawing on this

20   document as the compound A51?  You agree with me there, right?

21   A    Correct.  It's the pyridine substitute.

22   Q    And you agree that Dr. Ouk drew the compound A51 here,

23   not you, correct?

24   A    Correct.

25          MR. RAMSEY:  If we can please now go to Exhibit 16,
```

01:49PM  5
01:49PM 10
01:50PM 15
01:50PM 20
01:50PM 25

37

```
 1    TX16 in Volume 1.  I believe that's also been admitted.  You

 2    can look on the screen.

 3              MR. TANG:  No.

 4              MR. RAMSEY:  All right.

 5    Q    BY MR. RAMSEY:  Well, turn to TX16 in Volume 1, please.

 6    A    In Volume 1?  Yes.

 7    Q    In looking at TX16, you recognize TX16 as the assays that

 8    you say you carried out in February of 2005 regarding A51,

 9    correct?

10    A    This is the result, not the assay.  Testing result.

11    Q    Testing result.  All right.

12    A    Of the pyridine compound.

13    Q    Thank you.

14              MR. RAMSEY:  Move to admit Exhibit TX16.

15              THE COURT:  It will be received.

16              (Exhibit No. TX16 received)

17    Q    BY MR. RAMSEY:  Dr. Chen, you agree with me that

18    Exhibit 16 shows test results for a compound labeled CC1,

19    correct?

20    A    Correct.

21    Q    It does not state A51 on the document.  Yes or no?

22    Just yes or no.

23    A    Correct.  There is no A51.

24    Q    And you testified earlier, I believe, that CC stands for

25    created compound, correct?
```

38

```
 1   A     Correct.
 2   Q     And you agree that there's no chemical drawing of any
 3   compound on this particular drawing, correct?
 4   A     Correct.
01:52PM  5   Q     And, in fact, you say you don't have any notes about this
 6   compound in your notebook because it has no name, correct?
 7   That's your testimony?
 8   A     Correct.
 9   Q     And there's no -- there are no notes describing CC1
01:52PM 10   anywhere as the compound with the left-hand pyridine ring?
11   A     There's no note to collect them together.
12   Q     And this --
13   A     But it all indicates CC1 is the pyridine substitute
14   compound.
01:52PM 15   Q     Thank you.  Please turn now to Exhibit -- in Exhibit 16,
16   page 1, the page labeled RD144-122LUC.  Do you see that?
17              THE COURT:  Which exhibit?
18              MR. RAMSEY:  This is TX16, the same exhibit, the
19   first page.
01:52PM 20              THE COURT:  Got it.
21   Q     BY MR. RAMSEY:  Are you on the first page?
22   A     Yes.
23   Q     You agree with me that the test results on this first
24   page of TX16 are the results of a luciferase assay, correct?
01:53PM 25   A     Correct.
```

UNITED STATES DISTRICT COURT

```
 1   Q    And the luciferase assay was something that you could buy

 2   out in the market, correct?

 3   A    It's the result, yeah.  It's from the commercial

 4   available.

 5   Q    Okay.  And on the second page of TX16, if you could

 6   please turn there, you see that page 2 of TX16 has the label

 7   LNPSA2-15-05.  Do you see that?

 8   A    Correct.

 9   Q    And in that phrase the term LN refers to unmodified LN

10   capsules.  And for the record, that's LNCaP.

11   A    LN, L-N, means it's engineered with luciferase reporter in

12   this.

13   Q    My question is simply L-N refers to unmodified LN

14   capsules, correct?

15   A    No.  It's modified.

16   Q    All right.  I'm going to turn to your deposition again

17   and let you know what you said there.  Page 218, line 21, to

18   218, line 2:

19             "Question:  So I'd like to turn back to your Exhibit

20   51, please.  Please turn to the last three pages of Exhibit 51

21   in the February 15, 2005, assay labeled, quote, LN.  Results

22   labeled, quote, LNPSA2-15-2005, quote, LN, end quote, refers to

23   unmodified LN capsules, correct?

24             "Answer:  Yes.  Correct."

25             Please turn to the third page of the assay results,
```

01:53PM appears at lines 5, 10, 15
01:54PM appears at lines 20, 25

40

1   TX16.  On the third page of TX16 at the top, it says LN-AR

2   PSA2-15-05.  Do you see that?

3   A    Yes.

4   Q    And here there's an abbreviation LN-AR.  Do you see that?

01:54PM 5   A    Yes.

6   Q    And you agree with me that LN-AR refers to modified

7   hormone refractory LN capsules, correct?

8   A    Yes.

9   Q    So you agree with me the last page we saw LN refers to

01:55PM 10  unmodified LN capsules, correct?

11  A    No.  LN means with Luciferase, unmodified, what I say.

12  There's no androgen receptor or expression in this LN cap.  But

13  it has the luciferase reporter engineer.

14  Q    And it's the same luciferase reporter that is -- that you

01:55PM 15  mentioned is off the shelf, correct?

16  A    Yes.

17  Q    Okay.  And the modified hormone refractory LN capsules

18  were described in the early Nature Medicine paper, correct?

19  A    But androgen receptor --

01:55PM 20  Q    My question is not about androgen receptor.  My question

21  is the modified hormone refractory LN capsules were described

22  in the earlier Nature Medicine paper, correct?

23  A    Correct.

24  Q    And you agree that LNCaP cancer cells were very commonly

01:55PM 25  used cell line to test prostate cancer drugs, correct?

```
        1   A     Correct.

        2   Q     And you agree that you learned how to measure PSA levels

        3   in LN capsules from the literature as of 2005, correct?

        4   A     Correct.

01:56PM  5   Q     And you agree that to measure PSA levels in LN capsules

        6   at that time, you just buy the kit, correct?

        7   A     Correct.

        8   Q     And you agree at some point before 2003 you read articles

        9   where you learned about assays measuring PSA levels in prostate

01:56PM 10   cancer cells, correct?

       11   A     Correct.

       12   Q     And it was even before 2003 that you ran assays to

       13   measure PSA levels in prostate cancer cells, correct?

       14   A     Correct.

01:56PM 15   Q     And by 2003 you had published about measuring PSA levels

       16   in prostate cancer cells, correct?

       17   A     Correct.

       18   Q     And in vitro tests -- the in-vitro test that you say that

       19   you ran on A51 in February 2005, those were just a regular

01:56PM 20   test, correct?

       21   A     No.

       22   Q     All right.  I'm going to remind you what you said at

       23   page 238, line 20, to 239, line 6 of your deposition:

       24         "Question:  And in your lab meetings between

01:56PM 25   February 2005 and the time you left UCLA, you didn't think to
```

**UNITED STATES DISTRICT COURT**

1    discuss A51 because you'd just run in-vitro tests, right?

2              "Answer:  So that's just one, just a -- it's a

3    regular test.  I didn't really want to do, like, A51.  What we

4    already have a drug candidate, RD37.  It's very good.  As I

01:57PM 5    say, you just -- you just have to make RD 37 to work in the

6    in-vitro situation."

7              So that was your testimony in your deposition,

8    correct?  Yes or no?  It was accurately --

9    A    Everyone use the same, but the system you have different.

01:57PM 10   Q    All right.

11   A    Measurement is the same.  I don't have to invent the

12   measurement.

13   Q    All right.  You'll get a chance to explain with your

14   counsel.  Thank you.

01:57PM 15             The luciferase in PSA assays that you say you ran on

16   A51 in February 2005 don't say whether A51 had any activity on

17   prostate cancer cells, right?

18   A    Sorry.  What's your question?

19   Q    The luciferase and PSA assays that you say you ran on A51

01:57PM 20   in February 2005 doesn't say whether A51 had any activity on

21   prostate cancer cells, correct?

22   A    It says it has activity on prostate cancer cells.

23   Q    I'm going to remind you what you said at your deposition

24   at page 305, lines 6 through 8.

01:58PM 25             "Question:  When you saw that result, did you or did

1    you not think that the result was a patentable invention?

2             "Answer:  So A51 at that time, I didn't think it's a

3    patentable invention.  Just several points.  One, it's one

4    compound.  It's not worth develop.  You have one compound.  You

01:58PM 5    don't have a confirmation that this pyridine is working, so you

6    as a scientist, you want to confirm with different compounds.

7             Two, the assay I perform is only the luciferase

8    assay and the PSA assay.  So the luciferase and PSA assay are

9    only testing whether it can work on androgen receptor

01:58PM 10   transcription activity.  It doesn't say whether it has any

11   activity on prostate cancer cell.  It doesn't say anything

12   about it has any activity on prostate cancer tumor in the

13   mice."

14             That was your testimony, correct?

01:59PM 15   A    Correct.

16   Q    And there was a patent filed by UCLA on these assays.  We

17   established that, right?

18   A    It was for RD compound.

19   Q    RD compound.  So none of your notebook pages in 2005

01:59PM 20   after you ran these assays discuss anything about the A-series

21   compounds, correct?

22   A    No.

23   Q    None of your notebook pages from 2004 or 2005 discuss a

24   prostate cancer drug with a pyridine ring on the left, correct?

01:59PM 25   A    Correct.

44

```
 1   Q    At no point in 2005 did you tell anyone else at UCLA the
 2   results of the February 2005 assay, correct?
 3   A    I told somebody, Ouk, Dr. Ouk, the result.
 4   Q    I'm going to remind you what you said in your deposition,
01:59PM  5   page 61, lines 8 through 10:
 6            "Question:  And at no point in 2005 did you tell
 7   anyone else at UCLA the results of the February 2005 assay?
 8            "Answer:  No."
 9            That was your testimony, correct?
02:00PM 10   A    Anyone else.
11   Q    Okay.  So after you got the results of the cell-based
12   assay, you didn't tell anybody else, hey, here's what I think
13   you should do next with the A-series, correct?
14   A    Sorry?
02:00PM 15   Q    After you got the results of the cell-based assay in
16   February of 2005, you did not tell anybody else, hey, here's
17   what I think you should do next with the A-series compound?
18   A    Correct.
19   Q    And you didn't tell that to Dr. Ouk, for example,
02:00PM 20   correct?
21   A    Correct.
22   Q    And in February 2005 when you got the results of the
23   assay, you did not disclose those results to UCLA's technology
24   transfer office, correct?
02:00PM 25   A    Correct.
```

**UNITED STATES DISTRICT COURT**

45

1    Q    And you did not tell Dr. Sawyers -- you did not think

2    about telling Dr. Sawyers about A51 at that time, correct?

3    A    Correct.  Why do I have to tell him?

4    Q    And you had lab meetings between February 2005 when you

02:00PM 5    ran the CC1 assay and September 2005 when you left UCLA,

6    correct?

7    A    Correct.

8    Q    And you didn't tell anyone at those meetings about A51,

9    correct?

02:01PM 10    A    Correct.

11    Q    And in your lab meetings between February 2005 and

12    September 2005, you believe that you presented in-vitro data

13    regarding RD-series compounds, correct?

14    A    I present important point in the meeting.

02:01PM 15    Q    About RD-series compounds, correct?

16    A    Yes, about a drug discovery.  Project, the whole project.

17    Q    And after February 2005 when you ran the cell-based

18    assay, you went back to work on the RD-series, correct?

19    A    Correct.  That's the PK problem.

02:01PM 20    Q    Thank you.  So you got the results of the assay in

21    February of 2005, the CC1 assay, and you put it aside, correct?

22    A    Correct.

23    Q    And then you resigned from UCLA in September of 2005,

24    correct?

02:01PM 25    A    Correct.

46

```
 1   Q     You know, just a question.  Earlier in the day you said
 2   that it was your view that A51 and A52 are part of the
 3   RD-series.  Do you recall that?
 4   A     Yes.
 5   Q     But you didn't give A51 or A52 or any of the A-series
 6   compounds an RD number, correct?
 7   A     I also --
 8   Q     Just yes or no.  You didn't do that, correct?
 9   A     I didn't do that.
10   Q     Okay.
11   A     I'm not responsible to do that.
12   Q     Okay.  And when you ran the assays in February of 2005,
13   it confirmed what -- in your view what the chemist believed
14   about A51; isn't that correct?
15   A     Not just confirm.  We didn't know whether it has activity
16   or not.
17   Q     Again let me remind you what you said in your deposition,
18   please.  Page 225, lines 6 through 18:
19          "Question:  And you're saying that when you ran
20   assays that it was confirmatory, you confirmed what the chemist
21   believed about A51?
22          "Answer:  It's not just chemist believe.  It's I
23   also believe.  Okay.  You can predict.  I can predict.  Chemist
24   can predict.  So when you want to do something, basically we
25   say, hmm, this is probably going to work.  Otherwise you won't
```

```
 1   make it, right?  You have to have certain beliefs that you

 2   predict.  Then when you say something, you say predict.  I

 3   predict this is going to work.  But that's not the phrase he

 4   used."

 5            That was your testimony, correct?

 6   A    Correct.

 7   Q    You're not a chemist; isn't that true, Dr. Chen?

 8   A    I'm not chemist, organic chemist.

 9   Q    All right.  And you don't have a Ph.D. in medicinal

10   chemistry, correct?

11   A    Correct.

12   Q    And you don't have a Ph.D. in organic chemistry, correct?

13   A    Correct.

14   Q    And prior to the fall of 2004, you had never worked

15   professionally as a chemist, correct?

16   A    Correct.

17   Q    And you were not working professionally as a chemist in

18   2004 and 2005, correct?

19   A    Correct.

20   Q    And you don't know chemistry as well as Dr. Jung in your

21   view, correct?

22   A    Correct.

23   Q    And you don't know chemistry as well as Dr. Ouk in your

24   view, correct?

25   A    Correct.
```

02:02PM (line 5)
02:03PM (line 10)
02:03PM (line 15)
02:03PM (line 20)
02:03PM (line 25)

48

```
 1   Q    And you don't know whether nitrogen would be better at

 2   the top position or the bottom position of the pyridine ring of

 3   A51 and A52, correct?

 4   A    Correct.

02:03PM  5   Q    And you don't know whether benzene has a loan pair

 6   correct?

 7   A    Correct.

 8   Q    You don't know whether pyridine has a lone pair?

 9   A    Correct.

02:03PM 10   Q    And you don't know whether pyridine has a lone pair,

11   correct?

12   A    Correct.

13   Q    You don't know whether the presence of a lone pair is

14   important for hydrogen bonding or not, correct?

02:03PM 15   A    Correct.

16   Q    And you don't know whether pyridines and benzenes react

17   in the same way or different ways, correct?

18   A    Actually I knew that the patent propagation is that

19   benzene and pyridine are interchangeable.

02:04PM 20   Q    All right.  Let me remind you, Dr. Chen, what you said at

21   your deposition at page 256, lines 1 through 4:

22        "Question:  Do pyridines and benzenes react in the

23   same way or different ways?

24        "Answer:  That, I don't know."

02:04PM 25        You didn't know until 2013 that pyridine is more
```

```
 1   polar than a benzene ring, correct?

 2   A    Correct.

 3   Q    And you only knew in 2013 that pyridine is more polar

 4   than a benzene ring because you talked to a chemist at that

 5   time, correct?

 6   A    Actually I change my answer.  I didn't know.  Even after

 7   2013 I didn't even know.

 8   Q    Didn't know.  And you don't know whether pyridines and

 9   benzenes have differences in reactivity, correct?

10   A    Correct.

11   Q    And in August 2004 you did not know that a pyridine ring

12   was more polar than a benzene ring, correct?

13   A    Correct.

14   Q    In August of 2004 you did not know that a pyridine ring

15   is more basic than a benzene ring, correct?

16   A    Correct.

17   Q    And you agree that Dr. Jung and Dr. Ouk know more about

18   the synthesis of A51 in your opinion than you do?

19   A    Synthesis is far better than I am.

20   Q    So Dr. Ouk and Dr. Jung may have overcome problems of

21   synthesis of A51 that you don't know about, correct?

22   A    Correct.  But it was describing the BMS patent already.

23   It's disclosed.  They already knew how to synthesize in the

24   BMS.

25   Q    All right.  So by the way, TX16 that we looked at, the
```

02:04PM 5
02:04PM 10
02:05PM 15
02:05PM 20
02:05PM 25

50

| | |
|---|---|
| 1 | assay results for CC1, you recall that, right? |
| 2 | A    Yes. |
| 3 | Q    That document reflects all of the testing that you allege |
| 4 | you did regarding A51, correct?  TX16 reflects all of the |
| 02:05PM 5 | testing that you say that you did regarding A51? |
| 6 | A    Oh, yeah.  The three, one, two, three, yes. |
| 7 | Q    You have no other documents regarding any testing of A51, |
| 8 | correct? |
| 9 | A    Correct. |
| 02:06PM 10 | Q    And you didn't do any work on the exact concentration of |
| 11 | a pharmaceutical composition of A51, correct? |
| 12 | A    For A51 it's there.  I didn't. |
| 13 | Q    Okay.  And you didn't carry out any work specifically |
| 14 | regarding dosages of A51 in 2004 or 2005, correct? |
| 02:06PM 15 | A    Correct.  I invent, already invent the doses. |
| 16 | Q    My question is you didn't do any work specifically in |
| 17 | 2004 regarding dosages of A51 specifically.  You didn't do |
| 18 | that, correct? |
| 19 | A    I didn't do A51, but I create for RD compound. |
| 02:06PM 20 | Q    Thank you.  And you didn't do any work specifically |
| 21 | regarding delivery mechanisms of A51, correct? |
| 22 | A    I didn't work on that. |
| 23 | Q    Okay.  And you didn't do any work in 2004 or 2005 |
| 24 | regarding what is a therapeutically effective amount of A51, |
| 02:06PM 25 | correct? |

UNITED STATES DISTRICT COURT

Appx0272

```
         1   A     Correct.
         2   Q     And you didn't do any work in 2004 or 2005 regarding what
         3   is a therapeutically effective amount of A52, correct?
         4   A     Correct.
02:07PM  5   Q     And you didn't do any work on appropriate dosages for
         6   A52, correct?
         7   A     Correct.
         8   Q     And you didn't do any work on what is the appropriate
         9   concentration for a pharmaceutical composition for A52,
02:07PM 10   correct?
        11   A     Correct.
        12   Q     And you never had access to the compound A52 at any point
        13   in time, correct?
        14   A     Actually I make A52 compound in 2008.
02:07PM 15   Q     Okay.  Prior to your departure from UCLA, you never had
        16   access to the compound A52, correct?
        17   A     Correct.
        18   Q     And Dr. Ouk never gave you A52 in the 2004-2005 time
        19   frame, correct?
02:07PM 20   A     Correct.
        21   Q     And you didn't do any work regarding whether A51 or A52
        22   could be dissolved in a solution containing polyethylene
        23   glycol, correct?
        24   A     I didn't work on these two compounds that I have invented.
02:08PM 25   Q     By these two compounds, you're saying you didn't work on
```

| | |
|---|---|
| 1 | A51 or A52? |
| 2 | A    Yes, A51 and A52.  Actually A51 has dissolved in dimethyl. |
| 3 | Q    Okay.  So you didn't dissolve A51 or A52 in the solution |
| 4 | containing dimethyl sulfoxide, carboxymethylcellulose and |
| 02:08PM 5 | polysorbate in water, correct? |
| 6 | A    Correct. |
| 7 | Q    So in the RD-series development process, Dr. Ouk would |
| 8 | give you a compound to test with assays, correct? |
| 9 | A    He give me the compound. |
| 02:08PM 10 | Q    And then in the RD-series development process, after |
| 11 | Dr. Ouk gave you the compound, you would actually run the |
| 12 | assay, correct? |
| 13 | A    I run the assay. |
| 14 | Q    And then in the development of the RD-series you would |
| 02:08PM 15 | get the results of the assays, correct? |
| 16 | A    Correct. |
| 17 | Q    And after you got the results of the assays in the |
| 18 | RD-series, you would tell your colleagues about the results, |
| 19 | correct? |
| 02:08PM 20 | A    I tell Samedy the results. |
| 21 | Q    And after you got the results of the assays in the |
| 22 | RD-series development process, you would discuss at length the |
| 23 | assay results with at least Dr. Ouk, correct? |
| 24 | A    Correct. |
| 02:09PM 25 | Q    And in your lab meetings you believe that you would |

```
 1   present data on RD-series compounds, correct?

 2   A    Yes.  I summarize.

 3   Q    And you ran the assays during development of the

 4   RD-series when you -- strike that.

 5          After you ran the assays during the development of

 6   the RD-series, you would discuss what further changes to make

 7   to the compound, correct?

 8   A    Correct.

 9   Q    And during the development of the RD-series after you got

10   assay results, you would sometimes engage with Chris Tran to

11   run in vivo mouse tests, correct?

12   A    Yes.  I design the experiment.  He pay me to -- with the

13   mice, and he give me the result.

14   Q    And in the development of the RD-series, you would run

15   more assays than just the PSA levels in luciferase, correct?

16   A    Correct.

17   Q    You ran -- you were involved in no mice testing regarding

18   A51 or A52, correct?

19   A    Correct.

20   Q    Now, you believe that even though two compounds may have

21   some of the same constituents, overall the compounds may be

22   very different, correct?

23   A    Correct.

24   Q    And you agree that it's your position that the left-hand

25   benzene ring in RD37 is also present in earlier compounds,
```

```
 1   A    It was not patentable.

 2   Q    Why is that?

 3   A    It's only one compound.  And BMS already is called benzene

 4   and pyridine.  It's interchangeable.  And I only did

 5   luciferase.  They say there's no confirmation.  I didn't do

 6   the -- I don't think A51 itself is patentable.

 7   Q    So earlier counsel for defendants was saying that under

 8   oath you said you don't know whether benzene or pyridine can

 9   react the same way.  Did you -- what's your understanding of

10   the word react?

11   A    It's a chemical reaction.

12   Q    In terms of physically fitting into the binding pocket of

13   androgen receptor, how would a benzene structure compare with a

14   pyridine structure?

15   A    They're the same for me.  So benzene and the pyridine for

16   me is the same, same size, same shape, and they're same for me.

17   Q    In your 2015 declaration when you said that no one had

18   made that benzene to pyridine change in this type of compound,

19   do you remember in that sentence you said those changes are

20   unusual?

21   A    Yes, I remember.

22   Q    What did you mean?

23   A    It mean for this particular A51, it's unusual change.  You

24   have to pick the starting point; you make a change.  If you

25   have starting point already design, it's not big deal.
```

(line timestamps: 02:27PM at line 5; 02:28PM at lines 10, 15, 20; 02:29PM at line 25)

1   Q    Okay.  Counsel for defendants also asked you about some

2   patents that cover the RD compounds.  Do you remember that?

3   A    Yes.

4   Q    Who drafted the application for those RD compound

02:29PM 5   patents?

6   A    The first one, the biology introduction, biology testing,

7   formulation, all this, Samedy Ouk draw up the chemical process.

8   So I combine them.

9   Q    And you testified that those patents eventually contained

02:29PM 10   innovative assays that you developed for the discovery project,

11   right?

12   A    Yes.

13   Q    Was the patent application published -- for the RD

14   compound published in 2005?

02:29PM 15   A    No.

16   Q    So it was not publicly available?

17   A    No.

18   Q    Also, counsel for defendants was asking you about the

19   February 15, 2005, testing on A51.  Remember that?

02:30PM 20   A    Yes.

21   Q    And you testified that you used LNCaP cells, right?

22   A    Yes.

23   Q    And those LNCaP cells, you testified that they were

24   modified by a luciferase construct?

02:30PM 25   A    Yes.

UNITED STATES DISTRICT COURT

Appx0289

68

```
 1   Q     Was that luciferase construct which you described earlier

 2   today that was innovative in your drug discovery project?

 3   A     Yes.

 4   Q     And was that luciferase contract in those particular

 5   LNCaP cell lines published when you tested A51?

 6   A     No.

 7   Q     So the LNCaP that you used in February of 2005 carried a

 8   different DNA contract as the other LNCaP that might be

 9   published?  Is that your testimony?

10   A     Correct.  So LNCaP is coming to use.  Everyone use LNCaP.

11   It's commercially available from the commercial source.  But

12   for the LN I used, it's different from that.  I have engineer

13   put the luciferase report in there.  So it's not drug

14   resistant.  It's an engineered one.

15   Q     But you also used drug-resistant cell lines for the

16   testing in February 2005, and you called them LN --

17   A     LN-AR.

18   Q     Yes.  And the AR part was another construct you put in

19   those cells to make them drug resistant, right?

20   A     Yes.  You have two -- this system, two step.  How well,

21   you need two steps.  First step, put androgen receptor.  Second

22   step, put luciferase reporter.  So make two step to get the

23   hardware.

24   Q     So two changes to normal cancer cell line?

25   A     Yes.
```

The times in the left margin: 02:30PM (line 5), 02:30PM (line 10), 02:31PM (line 15), 02:31PM (line 20), 02:31PM (line 25).

| | |
|---|---|
| 1 | Q    And then AR, the AR construct in the February 2005 cell |
| 2 | lines, was that published anywhere at that time? |
| 3 | A    Mine is different from the AR cell line that was published |
| 4 | in the Nature Medicine. |
| 02:32PM 5 | Q    But was those -- the AR construct that you used in LNCaP |
| 6 | cells to make LNCaP AR that you used, are those AR construct |
| 7 | published anywhere in February of 2005? |
| 8 | A    No. |
| 9 | THE COURT:  Counsel, we're going to break at this |
| 02:32PM 10 | time, 2:30.  Come back in 15 minutes and we'll finish up at |
| 11 | that time.  We'll go through until 4:00. |
| 12 | We'll be in recess. |
| 13 | THE COURTROOM DEPUTY:  All rise. |
| 14 | **(Recess from 2:32 p.m. to 2:48 p.m.)** |
| 02:48PM 15 | THE COURT:  The record will reflect that the witness |
| 16 | is on the witness stand and we're on redirect. |
| 17 | Counsel, you may continue. |
| 18 | Q    BY MR. TANG:  Dr. Chen, earlier you were testifying about |
| 19 | something that can be bought off the shelf to test luciferase |
| 02:48PM 20 | or test PSA.  Do you remember talking about that? |
| 21 | A    Yes. |
| 22 | Q    So if we compare your testing system, the cell line that |
| 23 | you built, like a race car and the -- would you compare the kit |
| 24 | that you can buy off the shelf as a radar gun that can detect |
| 02:48PM 25 | how fast the car is going? |

**UNITED STATES DISTRICT COURT**

|  | | |
|---|---|---|
| | 1 | A    Yes. |
| | 2 | Q    Okay.  So the radar gun was available commercially but |
| | 3 | not the car that you specially built? |
| | 4 | A    Correct.  I build car, airplane, rocket. |
| 02:48PM | 5 | Q    Okay.  One minor point.  Counsel for defendant started |
| | 6 | with pointing out that you called certain -- you had this word, |
| | 7 | "send these drugs," in your notebook? |
| | 8 | A    Correct. |
| | 9 | Q    What did you mean by "send these drugs"? |
| 02:49PM | 10 | A    That's what we design and make.  We design.  It's Samedy |
| | 11 | drug. |
| | 12 | Q    Okay.  Back to your Chinese patent for a moment.  For the |
| | 13 | broadest claim, claim one, if you think hard, how many |
| | 14 | compounds would you say that could be encompassed by that |
| 02:49PM | 15 | claim? |
| | 16 | A    10 billion compound.  10 billion. |
| | 17 | Q    10 billion compounds? |
| | 18 | A    Yes.  And 100 billion compound. |
| | 19 | Q    Okay.  And then counsel also asked about the Jingke |
| 02:49PM | 20 | Biotechnology Company.  Remember that? |
| | 21 | A    Yes. |
| | 22 | Q    What is this Jingke Biotechnology Company? |
| | 23 | A    That's Charlie Chen. |
| | 24 | Q    That's you? |
| 02:50PM | 25 | A    Charlie Chen.  That's me.  Jingke Biotech.  That's Charlie |

```
 1   Chen.  Charlie Chen is Jingke Biotech.
 2   Q     Okay.
 3              MR. TANG:  No further questions at this point.
 4              MR. RAMSEY:  No recross, Your Honor.
 5              THE COURT:  Okay.
 6              You may step down.
 7              Bring the next witness, counsel.
 8              MR. CWIK:  Yes, Your Honor.  We would call Dr. Jung
 9   as an adverse witness at this time, please.
10         **MICHAEL JUNG, PLAINTIFF'S WITNESS, WAS SWORN**
11              THE COURTROOM DEPUTY:  May I please ask that you
12   state your full name for the record and spell your last name.
13              THE WITNESS:  Michael Ernest Jung, J-u-n-g.
14              THE COURTROOM DEPUTY:  Thank you.
15              MR. CWIK:  Ms. Clerk, before you sit down, we're
16   going to be looking at Exhibits 19 and 29 from Volume 1,
17   please.
18                       **DIRECT EXAMINATION**
19   BY MR. CWIK:
20   Q     Good afternoon, Dr. Jung.
21   A     Good afternoon.
22   Q     Do you have Volume 1 in front of you now?
23   A     I do.
24   Q     Can you please turn to trial Exhibit No. 19 in Volume 1?
25   A     The pages are all screwed up.  Exhibit 19.
```

Timestamps in left margin: 02:50PM (line 5), 02:50PM (line 10), 02:51PM (line 15), 02:51PM (line 20), 02:52PM (line 25)

72

1  Q    And, Dr. Jung, do you agree that this document represents

2  an e-mail chain between you and Dr. Ouk that's dated November

3  14, 2005, at the top?

4  A    Yes, it is.  His name is pronounced Ouk.

02:53PM 5  Q    Thank you, Doctor.  And this e-mail reflects that you

6  edited Dr. Ouk's letter at that time, correct?

7  A    I say I made several minor corrections, yes.

8  Q    And you said, quote:  I have made several minor

9  corrections to your letter, and I want to show them to you.

02:53PM 10          You said that, correct?

11  A    Yes, I did.

12  Q    And next you state:  I also very much want to learn about

13  the activity of A51 and A52, period, correct?

14  A    Yes.

02:53PM 15  Q    And you wrote that sentence in November 14, 2005,

16  correct?

17  A    That's what the date says, yes.

18          MR. CWIK:  Your Honor, I'd move this into evidence,

19  TX19.

02:53PM 20          THE COURT:  It will be received.

21          **(Exhibit No. TX19 received)**

22  Q    BY MR. CWIK:  I'd like now to turn to trial Exhibit

23  No. 29.  Would you agree that this exhibit, trial Exhibit

24  No. 29, is also an e-mail chain between you and Dr. Ouk dated

02:54PM 25  December 15, 2005?  Is that correct?

UNITED STATES DISTRICT COURT

1    A    Yes.

2    Q    And in this e-mail you write an e-mail to Dr. Ouk at the

3    top, correct?

4    A    Yes, I do, in answer to his e-mail.

02:54PM 5    Q    And specifically state, quote:  What are the structures

6    of A51 and A52 and their activities, begin paren, for the new

7    invent report, end paren, end quote; correct?

8    A    Yes, I say that.

9    Q    And you said that all on December 15, 2005, correct?

02:54PM 10    A    That's when I said it, yes.

11         MR. CWIK:  Your Honor, we'd move into evidence

12    Exhibit TX29.

13         THE COURT:  It's received.

14         **(Exhibit No. TX29 received)**

02:54PM 15    Q    BY MR. CWIK:  I now want to look at Exhibit No. 146,

16    which is in Volume 6, which I think he needs.

17    A    Are we going back to number one.

18    Q    We're going to Volume 6 now.  She's getting that for you.

19         And, Dr. Jung, we're going to look at trial

02:55PM 20    Exhibit 146.

21    A    Yes, sir.

22    Q    Looking at trial Exhibit 146, do you agree that this

23    document represents an e-mail chain between you and

24    Dr. Sawyers?

02:55PM 25    A    Right.  There's three e-mails, yes.

74

1    Q    The first e-mail is dated at the top as January 7, 2006,

2    correct?

3    A    Yes.

4    Q    And looking at the top of the e-mail, do you agree that

02:56PM  5    the top e-mail appears to attach a pdf titled BMS patent on

6    hydantoin.pdf?

7    A    Hydantoin.pdf, yes.

8    Q    And do you see in your first e-mail at the top where you

9    say, quote, whoa, we dodged a bullet, exclamation point,

02:56PM 10    period?

11    A    Yes.

12            MS. KUWAHARA:  Objection, Your Honor.  Relevance.

13            THE COURT:  Overruled.

14    Q    BY MR. CWIK:  And then in the next sentence, do you see

02:56PM 15    where you say:  The new BMS patent, paren, attached, end paren,

16    covers all heterocycles as the left-hand aryl ring in

17    hydantoins and thiohydantoins, begin paren, which should mean

18    that we are royally screwed because that's what A52 is,

19    exclamation point, end paren.

02:56PM 20    A    Yes.  I wrote that.

21            MR. CWIK:  We'd move into evidence trial Exhibit

22    146, Your Honor.

23            THE COURT:  It will be received.

24            **(Exhibit No. 146 received)**

02:57PM 25    Q    BY MR. CWIK:  We're now going to look at trial Exhibit

**UNITED STATES DISTRICT COURT**

Appx0296

```
 1   No. 38, which is in Volume 2, Ms. Clerk.

 2              THE COURTROOM DEPUTY:  Can I have the exhibit number

 3   again?

 4              MR. CWIK:  Yes.  This is Exhibit No. 38 from Volume

 5   number 2.

 6              THE COURTROOM DEPUTY:  Thank you.

 7   Q    MR. CWIK:  Dr. Jung, do you agree that this document

 8   represents an e-mail chain between you and Dr. Sawyers?

 9   A    Just give me one second.  It's relatively long.

10              Yes.  That's it.

11   Q    And the e-mail chain is dated at the top as July 30th,

12   2005, correct?

13   A    Yes, it is.

14   Q    Okay.  Now, on this first page do you see there is a

15   third e-mail on the bottom that you wrote to Dr. Sawyers on

16   July 29th, 2005?

17   A    Yes, I do.

18   Q    Okay.  And do you see how that e-mail then continues onto

19   the second page of TX38?

20   A    Yes.

21   Q    Do you see the top paragraph on this second page?

22   A    Yes.

23   Q    Do you see the last sentence of that paragraph says,

24   quote:  Samedy's floral substituted compound, begin paren,

25   RD-162, end paren, has great PK and may ultimately be the best
```

```
 1   of the series, period?
 2   A    I don't know where you're reading from.  I'm sorry.
 3   Q    Okay.  I'm sorry.  You have the second page of TX38 in
 4   front of you, correct?
 5   A    The second page, okay.
 6   Q    Do you see there's a top paragraph there?
 7   A    Got it.  Okay.  Sorry.
 8   Q    Okay.  Would you like me to read that again?
 9   A    Yes, please.
10   Q    Do you see the last sentence of your first paragraph at
11   the top says, quote:  Samedy's floral substituted compound,
12   begin paren, RD-162, end paren, has great PK and may ultimately
13   be the best of the series, period.
14   A    I see that.
15   Q    Okay.  And your reference to Samedy is Dr. Ouk, correct?
16   A    Exactly.
17   Q    And your use of the phrase PK is referring to
18   pharmokinetics [sic]?
19   A    Pharmacokinetics.
20   Q    And turning back to the first page of this same exhibit,
21   do you see in the middle that there is an e-mail from
22   Dr. Sawyers to you?
23   A    Yes.
24   Q    And do you recall seeing that e-mail?
25   A    I think I did, yes.
```

**UNITED STATES DISTRICT COURT**

1    Q    Okay.  And looking at that e-mail, do you see there's a
2    second sentence that begins:  Yesterday Charlie?
3    A    Yes, I do.
4    Q    And that sentence says, quote:  Yesterday Charlie told me
03:00PM 5    the same thing about RD-162, period.  I asked him to pull
6    together a group meeting soon to review all the data, period.
7    Do you see that?
8    A    Yes, I do.
9    Q    And do you understand -- did you understand Charlie in
03:00PM 10   that sentence to be referring to Dr. Chen?
11   A    Yes.
12          MR. CWIK:  I'd move to enter TX38 into evidence,
13   Your Honor.
14          THE COURT:  It will be received.
03:00PM 15          **(Exhibit No. TX38 received)**
16   Q    BY MR. CWIK:  The next exhibit we're going to look at is
17   Exhibit 131 from Volume 5.
18   A    I have Volume 5.  I don't remember ...
19   Q    TX131, please.
03:01PM 20   A    Yes.  I see this.
21   Q    In looking at TX131, do you agree that this document
22   represents an invention report submitted to UCLA for the A51
23   and A52 compounds?  Correct?
24   A    Yes, it is.
03:01PM 25   Q    And looking at the second page of this exhibit, it has

78

```
 1   your personal signature on this report, correct?
 2   A    It does.
 3   Q    And you did personally sign this document on December 10,
 4   2005, correct?
 5   A    That's the date it's given, yes.
 6   Q    And at the time you signed this agreement, you believed
 7   that the invention for the A51 and A52 compounds was first
 8   conceived in October 18th, 2004, correct?
 9   A    No, I did not, but I did write that date down.
10   Q    At the end of this document there is a narrative, would
11   you agree, on the last page?
12   A    Yes, there is.
13   Q    And did you write that narrative?
14   A    Yes, I did.
15   Q    And at the end it's signed by a Mike.  Do you see that?
16   A    Yes, I do.
17   Q    Is that signature yours?
18   A    Yes, it is.
19        MR. CWIK:  I'd move into evidence Exhibit 131,
20   Your Honor.
21        THE COURT:  It will be received.
22        (Exhibit No. 131 received)
23        MR. CWIK:  No further questions for this witness.
24        THE COURT:  Cross-examination.
25        MS. KUWAHARA:  Yes.
```

**UNITED STATES DISTRICT COURT**

Appx0300

```
 1   Q    BY MR. CWIK:  Dr. Sawyers, regarding the RD-series of

 2   compounds, is it your recollection that Dr. Chen was one of the

 3   people involved in the design and testing of various RD

 4   compounds for biological activity?

 5   A    I would phrase it as there were a team of us chemists and

 6   biologists working together.  The chemists were doing the

 7   actual design of the compounds.  The biologists were doing the

 8   testing.

 9        And as a group we would line up the changes in

10   chemical structure with the biological assay results and then

11   discuss what further parts of the molecule might make sense to

12   tweak chemically based on the desired biological properties.

13   Q    Dr. Sawyers, you gave a deposition in this case, correct?

14   A    Yes.

15   Q    Do you recall I asked you questions and you gave me

16   answers?

17   A    Yes.

18   Q    And you were placed under oath at that deposition,

19   correct?

20   A    Yes.

21   Q    And soon after your deposition you were given a copy of

22   the transcript, correct?

23   A    Yes.

24   Q    And you were allowed to make changes at that time,

25   correct?
```

03:13PM (line 5)
03:14PM (line 10)
03:14PM (line 15)
03:14PM (line 20)
03:14PM (line 25)

```
 1   A    Yes.

 2   Q    I now would like to refer to page 126 of your deposition,

 3   lines 7 through 11.

 4            THE COURT:  Go ahead, counsel.

 5            MR. CWIK:  I'm waiting for it to go on the screen

 6   for him so he can see it.

 7            THE COURT:  I'm sorry.  Do you have it on the

 8   screen?

 9            Okay.  Go ahead, counsel.

10   Q    BY MR. CWIK:  Do you see in your deposition I asked:

11            "Question:  It's your recollection that Dr. Chen was

12   involved in the design and testing of various RD compounds for

13   biological activity, correct?

14            "Answer:  Yes."

15            Did you state that?

16   A    I did.  My answer to your previous question was to make

17   the point that it was not just Dr. Chen doing all of this on

18   his own.

19   Q    Thank you.  And is it your recollection that Dr. Chen

20   analyzed the structure activity relationship of the RD-series

21   of compounds?

22   A    Yes, as part of the group.

23   Q    I would now like to show you trial Exhibit No. 9, which

24   is in Volume 1.

25   A    I have it.
```

03:14PM — line 5
03:15PM — line 10
03:15PM — line 15
03:15PM — line 20
03:16PM — line 25

```
 1   given there is October 18, 2004, correct?

 2   A    Correct.

 3   Q    And you signed that document, correct?

 4   A    I did.

 5        MR. CWIK:  Since that's already into evidence, no

 6   further questions, Your Honor.

 7             THE COURT:  Okay.  Any cross?

 8             MS. SUZUKI:  Yes, Your Honor.

 9                  CROSS-EXAMINATION

10   BY MS. SUZUKI:

11   Q    Good afternoon, Dr. Sawyers.

12   A    Good afternoon.

13   Q    Do you personally know the plaintiff in this case,

14   Dr. Chen?

15   A    Yes, I do.

16   Q    And you know him from your work with him at UCLA?

17   A    Yes.

18   Q    And what years did you work with him at UCLA?

19   A    From 1999 to 2005.

20   Q    Counsel took you to Exhibit 140.  Would you go to that,

21   please.

22   A    Can you remind me which book?

23   Q    It's on the screen.

24   A    Okay.

25   Q    Volume 5.  If you'll turn your attention to the middle
```

The timestamps in the left margin: 03:21PM (line 5), 03:22PM (line 10), 03:22PM (line 15), 03:22PM (line 20), 03:23PM (line 25).

94

1    e-mail that counsel had directed you to, the Dear Samedy part.

2    Do you see that?

3    A    Yes.

4    Q    It says in the fourth line, starting on the fourth line

03:23PM 5    it says:  It may be important to establish dates of conception

6    and synthesis from your lab notebook in case Charlie has tried

7    to patent this as well.

8              Do you see that?

9    A    Yes.

03:23PM 10    Q    Do you recall what you meant by writing that?

11    A    Yes.  Dr. Ouk had come to me and had written a document

12    that was the attachment on the bottom of this e-mail and in

13    which he related a series of events that was quite shocking to

14    me.  And that was that Dr. Chen had, after testing what we now

03:24PM 15    know to be A51 but what was called CC1, had reached out to him

16    to hide the data, to destroy the lab notebooks that had been

17    tested, and to join him in a startup company and remove

18    evidence that this testing had been done at UCLA.

19              So based on that representation, regardless of

03:24PM 20    exactly where the truth, on whose side of the story, it was

21    very important to me that, since this work could be valuable,

22    that we need to document it and notify the intellectual

23    property officer at UCLA.

24    Q    Did you notify that intellectual property officer at

03:24PM 25    UCLA?

**UNITED STATES DISTRICT COURT**

```
 1    Exhibit 18, do you recall receiving the attachment portion of

 2    the November 5 e-mail from Dr. Ouk?

 3    A    I do.

 4    Q    Is the November 5, 2005, e-mail from Dr. Ouk the first

 5    time you learned that the compound A51 had been synthesized?

 6    A    Yes.

 7    Q    What was your reaction when you received the e-mail from

 8    Dr. Ouk?

 9    A    As I mentioned earlier, I was shocked that this episode of

10    hiding data from the laboratory group had happened.  And the

11    allegations within the e-mail about trying to destroy evidence

12    that the testing had been done, I've never heard of such a

13    thing happening in an academic setting where there is a culture

14    of openness within a laboratory group.

15    Q    Do you recall what you did after you received the

16    November 5, 2005, e-mail from Dr. Ouk?

17    A    The first thing I did was meet face to face with Dr. Ouk,

18    and in that meeting he confirmed what he had put in the letter.

19    And in that face-to-face meeting it was clear that he was

20    distraught over the episode and ashamed and with extreme

21    remorse having to come to me to tell this story.

22         The second thing I did was notify Dr. Jung.  The

23    third thing was to rally the troops in my lab, together with

24    Dr. Ouk, who had expertise in testing these compounds,

25    specifically Dr. Chris Tran or Chris Tran and John Wongvipat,
```

**UNITED STATES DISTRICT COURT**

1  and we made a plan to synthesize A51 again and to test it in

2  vitro to find out the truth about whether it had activity or

3  not.

4           And then fourth, as I mentioned earlier, I notified

03:28PM 5  the intellectual property office about this episode with the

6  heads-up that we might want to file an invention report soon

7  because of the possibility, as alleged in the letter, that

8  Dr. Chen might try to patent it outside the university.

9  Q    Why did you feel there was a possibility that Dr. Chen

03:29PM 10  may try to patent the A51 compound outside the university?

11           MR. CWIK:  Objection.  Speculation.  Lack of

12  foundation.

13           THE COURT:  Overruled.

14           THE WITNESS:  When I got the letter and had the

03:29PM 15  face-to-face meeting with Dr. Ouk, it sort of clicked in my

16  head that a series of behaviors that Dr. Chen had started to

17  display over the past year or so started to make some sense.

18           And I'm specifically referring to about a year

19  earlier Dr. Jung and myself, together with Dr. Chen and

03:29PM 20  Dr. Ouk, had talked about the possibility of forming a startup

21  company in which some of the RD work might be able to be

22  commercialized.

23           I spent significant time meeting with investors and

24  trying to come up with a plan to do this, but for a number of

03:29PM 25  reasons, some scientific, some personal having to do with the

**DIRECT EXAMINATION**

BY MR. CWIK:

Q    Good afternoon, Dr. Ouk.  First I'd like to show you an exhibit that's been marked as trial Exhibit No. 13.  It's in a binder that's labeled Volume 1.  I think you're new to the courtroom here, so hopefully you can find it there.

A    Yes.  I am in Exhibit 13.

Q    Okay.  And you agree that this document represents a letter that you sent to UCLA on November 15, 2005?

A    Yes.  I wrote on November 2015 -- I mean, November 15, 2005.

Q    Okay.  So just so we're clear, 2005 is when you wrote the letter, correct?

A    November 15, 2005.

Q    Okay.  And looking at the last page of this exhibit, would you agree that you signed this document at the end?

A    Yes.

Q    Okay.  And turning to the second page of this exhibit, which is Bates number TX13.2, do you have the second page of that document in front of you?

A    Yes.

Q    And do you see there's a paragraph at the top where you summarized a meeting that happened in summer of 2004?

A    Yes.

Q    And in that paragraph you confirm that Dr. Chen did

1    attend that meeting, correct?

2    A    There was Dr. Chen, myself, Dr. Jung, and Dr. Sawyers.

3    Q    Okay.  And you present three ideas that were discussed at

4    that meeting; is that correct?

03:35PM 5    A    Yes.

6    Q    And as the third idea listed there, quote, three -- I

7    suggest replacing the first aryl ring with a heterocyclic ring?

8    A    Yes.

9    Q    And you wrote this memo in November 2005, correct?

03:35PM 10    A    I signed a memo in November of 2005.

11    Q    Okay.  Do you recall when you wrote it?

12    A    Right around the time I signed the memo.

13    Q    Okay.  So that memo, this memo was created more than one

14    year after the actual meeting in 2004, correct?

03:36PM 15    A    Yes.

16    Q    And regarding this August 2004, you recall that Dr. Chen

17    actively participated in this meeting in the summer of 2004,

18    correct?

19    A    I recall that we participate and we discuss that.  And

03:36PM 20    chemist, myself, and Dr. Jung proposed the idea of a new

21    chemical entity.  The background of this meeting is one year

22    after we work on the project, we file a patent cover of the

23    compound.  And right around the time we file the patent, we get

24    the feedback from IP office that our already compound might

03:37PM 25    overlap with a theory of a patent filed by --

UNITED STATES DISTRICT COURT

1    Q    Doctor, I didn't ask you what you talked about at the

2    meeting.  I just asked, you know, did Dr. Chen actively

3    participate in that meeting?

4    A    I explain you the background of information, and then I

03:37PM 5    will tell you how it's going to work.

6    Q    Well, I don't need the background information.  I just

7    need an answer to my question.

8                THE COURT:  Did he participate?

9                THE WITNESS:  Yes.  We all participate.

03:37PM 10                THE COURT:  Okay.  Next question.

11    Q    BY MR. CWIK:  And when you talked about replacing the

12    first aryl ring with the heterocyclic ring at the August 31st

13    meeting, you do not recall any specific compound that was

14    talked about being replaced, correct?

03:37PM 15    A    I know that I will make the compound that later on become

16    A51.

17    Q    Okay.  But you didn't talk about modifying RD37 at this

18    meeting, correct?

19    A    No.

03:38PM 20    Q    You didn't talk about modifying any other RD compound at

21    this meeting, correct?

22    A    I don't remember, but we know that we can put the

23    heterocyclic on the -- to replace the first aryl ring.  And we

24    do not probably go to the detail of which part of the molecule

03:38PM 25    we will have to adjust or add on to that specific molecule.

**UNITED STATES DISTRICT COURT**

**Appx0324**

```
 1   Q    All right.  I now want to take a look at trial Exhibit

 2   No. 1015, which is in volume 10, which I don't think we have.

 3   Volume 10, Exhibit 1015.

 4              THE COURTROOM DEPUTY:  Did you move 13 into

 5   evidence?

 6              MR. CWIK:  Your Honor, I move to enter into evidence

 7   trial Exhibit No. 13.

 8              THE COURT:  It will be received.

 9              (Exhibit No. 13 received)

10              THE WITNESS:  Volume 10?

11              MR. CWIK:  She's helping you find it.

12              THE WITNESS:  I have Volume 10 here.

13   Q    BY MR. CWIK:  Okay.  Can you take a look at trial

14   Exhibit No. 1015.

15   A    Yes.

16   Q    And do you see on Exhibit No. 1015 there is a cover page,

17   but then after the cover page there is a copy of your lab

18   notebook number 4?  Is that correct?

19   A    Yes.

20   Q    And what was the purpose of creating this lab notebook?

21   A    To document.

22   Q    Document what?

23   A    To document our work.

24   Q    While you were at UCLA?

25   A    Yes.
```

(timestamps in left margin: 03:38PM at line 5; 03:39PM at lines 10, 15, 20; 03:40PM at line 25)

**UNITED STATES DISTRICT COURT**

1    Q    Okay.

2              MR. CWIK:  Your Honor, I'd move to enter into

3    evidence trial Exhibit No. 1015.

4              THE COURT:  That will not be received.  10 -- I'm

03:40PM 5    sorry, 1015?  No.  It's voluminous.  I told you earlier, any

6    page that is referred to during the testimony can be received

7    into evidence but not -- you just don't introduce War and Peace

8    and say I want the whole book introduced.

9              MR. CWIK:  Certainly, Your Honor.

03:40PM 10             THE COURT:  Any page that you refer to you can

11   introduce individually as pages.

12             MR. CWIK:  All right.

13   Q    BY MR. CWIK:  Dr. Ouk, I'd like you to take a look at

14   this Exhibit 1015, and then there's pages 214 through 244.  Do

03:40PM 15   you see on the bottom right-hand corner there's page numbers?

16   214 to 244.

17   A    Yes.

18   Q    Okay.  And do you agree that the pages listed from 214 to

19   244 reflect your synthesizing of the compounds according to the

03:41PM 20   first suggestion in your November 15, 2015, letter?

21   A    Can you ask again the question?

22   Q    Yes.  Do you agree that these pages in your lab notebook

23   reflect your synthesizing of the compounds of the first

24   suggestion in your November 15th, 2015, letter?

03:41PM 25   A    What compound do you refer to ?

1   Q    Yeah.  Pages 214 to 244 have to deal with your

2   synthesizing of the thiohydantoin imines, correct?

3   A    So in the page 214, the starting material is thiohydantoin

4   imine.  It's not the final product.

03:42PM  5   Q    Okay.  And going up to pages 244, that reflects your

6   continued work on the thiohydantoin, correct?

7   A    No.

8   Q    Okay.  When does your work on the thiohydantoin stop in

9   your lab notebook?

03:43PM 10   A    Just to explain you, the thiohydantoin imine is an

11   intermediate of the synthesis.  So we have thiohydantoin imine

12   since January or February 2003.

13   Q    Okay.  So it's your testimony that the pages we just

14   looked at, pages 214 through 244, do not reflect your synthesis

03:43PM 15   of the thiohydantoin imine; is that correct?

16   A    In fact, we use thiohydantoin imine as a starting material

17   but not final product.

18   Q    Okay.  So your answer is, no, it does not reflect that?

19   A    It's starting material and not the final product.

03:44PM 20   Q    Thank you.

21          MR. CWIK:  Your Honor, I'd move to admit into

22   evidence these pages from TX1015.

23          THE COURT:  I'm sorry.  Which pages?

24          MR. CWIK:  Pages 214 through 244.

03:44PM 25          THE COURT:  Counsel, you're not listening to me.

1    You referred to page 214.  That can come in.  You just don't

2    introduce volumes of materials and say, did you read this?  I

3    want to introduce the whole thing.  Or, did you work on it?  I

4    want to introduce the whole thing.

03:44PM   5          Any page that is referred to by a witness in court

6    can come in as evidence.  So 214 will come in.

7          MR. CWIK:  All right.

8          **(Exhibit No. TX1015, page 214, received)**

9    Q    BY MR. CWIK:  Dr. Ouk, I'd like you to refer to page 257,

03:44PM  10   please.

11   A    Yes.

12   Q    And can you tell me what's on this page, what this page

13   reflects?

14          THE COURT:  Just so the Court is clear, I'm

03:45PM  15   thinking -- I'm assuming you're referring to TX1015.2 -- in

16   other words, there's a different page number at the top.

17          MR. CWIK:  Correct, Your Honor.  I'm referring to

18   the Bates number at the far bottom right, TX1015.0257.

19          THE COURT:  You got it.  Thank you.

03:45PM  20   Q    BY MR. CWIK:  Do you ever that page, Dr. Ouk?

21   A    Yes.

22   Q    Okay.  Can you tell me what this page reflects?

23   A    It's a synthesis of a pyridine oxide from

24   3-trifluoromethyl pyridine.

03:45PM  25   Q    Okay.  And is this the reagent that Dr. Chen bought for

**UNITED STATES DISTRICT COURT**

|    | |
|----|--|
| 1  | you? |
| 2  | A    This is the reagent that I asked Dr. Chen to buy for me. |
| 3  | It's one of the reagents that I ask him via e-mail to buy it |
| 4  | for me. |
| 03:46PM 5 | Q    And is this the first use of this reagent by you while |
| 6  | you were working at UCLA in your lab? |
| 7  | A    I don't know if whether early on I made that compound.  It |
| 8  | seems that on page, the trial page 246, I also attempt a |
| 9  | similar reaction to a pyridine and oxide. |
| 03:46PM 10 | Q    Was page 246 using the trimethylfluorene [sic] -- |
| 11 | A    No.  Tri -- no, 3-trifluoromethyl.  But it start with |
| 12 | bromo-3-pyridine, and those bromo could be replaced later on to |
| 13 | trifluoromethyl if my attempt was successful. |
| 14 | Q    And referring back to page TX1015.257, that entry is |
| 03:47PM 15 | dated October 21st, 2004, correct? |
| 16 | A    Yes. |
| 17 |         MR. CWIK:  Your Honor, I'd move to admit -- |
| 18 |         THE COURT:  259? |
| 19 |         MR. CWIK:  -- 257, which he was just speaking about. |
| 03:47PM 20 |         THE COURT:  Yes.  It's received. |
| 21 |         MR. CWIK:  And the 246 that he flipped back to and |
| 22 | spoke about the bromide. |
| 23 |         THE COURT:  You got it.  246. |
| 24 |         **(Exhibit No. TX1015, pages 246 and 257, received)** |
| 03:47PM 25 | Q    BY MR. CWIK:  Let's now look at trial Exhibit 1019, which |

UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| | 1 | is in Volume 11. |
| | 2 | A    I found it. |
| | 3 | Q    Okay.  In looking at trial Exhibit No. 1019, do you see |
| | 4 | that there's a cover page, and following the cover page there |
| 03:48PM | 5 | is a copy of your lab notebook number 5? |
| | 6 | A    Yes. |
| | 7 | Q    And what is lab notebook number 5? |
| | 8 | A    It's a new lab notebook from a number four, so we named |
| | 9 | one, two, three, four, five. |
| 03:48PM | 10 | Q    And it reflects your work while at UCLA, correct? |
| | 11 | A    Yes. |
| | 12 | Q    I'd like you to take a look at pages 1019, 112 to 113. |
| | 13 | A    Yes. |
| | 14 | Q    In looking at page number TX1019.112, what's the date of |
| 03:49PM | 15 | that document entry for you? |
| | 16 | A    I use European date, so this is January 19, 2005. |
| | 17 | Q    Okay.  I'd now like you to take a look at TX1019.138. |
| | 18 | A    1019.138? |
| | 19 | Q    Yes.  Do you have that? |
| 03:50PM | 20 | A    Yes. |
| | 21 | Q    And on page TX1019.138, what's the date of your entry on |
| | 22 | that page? |
| | 23 | A    February 18, 2005. |
| | 24 | Q    And does this page reflect the A51 compound? |
| 03:50PM | 25 | A    There is a structure of the A51 compound, but A51 was |

UNITED STATES DISTRICT COURT

1    synthesized on page 1019.0113.  There are also the structure of

2    A51 in page 1019.0113 just after the page 0112 that you

3    referred to earlier.

4    Q    Okay.  And now looking at TX1019.139, the page right

03:51PM  5    after 138, do you have that?

6    A    Yes.

7    Q    And what is depicted on that page?

8    A    So this page depict my idea of the heterocyclic compound

9    that might be also used in the first aryl ring.

03:52PM 10    Q    Okay.

11         MR. CWIK:  Your Honor, I'd move into evidence

12    TX1019, pages 138 and 139.

13         THE COURT:  138 and 139 will be received.  You're

14    not moving in 113 that he referred to?

03:52PM 15         MR. CWIK:  Your Honor, I would move that as well,

16    yes.

17         THE COURT:  Okay.  113 also.  So 112, 113, 138, and

18    139.

19         MR. CWIK:  Thank you, Your Honor.

03:52PM 20         **(Exhibit TX1019, pages 112, 113, 138, 139 received)**

21    Q    BY MR. CWIK:  I now want to refer to trial Exhibit 169.

22    A    Volume 12?

23    Q    169 is in Volume 7.

24         Doctor, do you have trial Exhibit 169 in front of

03:54PM 25    you?

3

```
 1                          I N D E X

 2                  WEDNESDAY, OCTOBER 16, 2019

 3   VOLUME 1

 4
         ------------------------------------------------------
 5

 6
                  CHRONOLOGICAL INDEX OF WITNESSES
 7

 8
     WITNESS                                        PAGE
 9
      SAMEDY OUK
10          DIRECT EXAMINATION (Resumed) BY MR. CWIK     6
            CROSS-EXAMINATION BY MR. RAMSEY             15
11          REDIRECT EXAMINATION BY MR. CWIK            21

12    RON H. BIHOVSKY
            DIRECT EXAMINATION BY MR. TANG              23
13          CROSS-EXAMINATION BY MR. RAMSEY             44
            REDIRECT EXAMINATION BY MR. TANG            54
14
      SAMEDY OUK
15          DIRECT EXAMINATION BY MR. RAMSEY            59
            CROSS-EXAMINATION BY MR. CWIK               81
16
      MICHAEL JUNG
17          DIRECT EXAMINATION BY MS. KUWAHARA          85
            CROSS-EXAMINATION BY MR. TANG               99
18          REDIRECT EXAMINATION BY MS. KUWAHARA       104

19    CHARLES SAWYERS
            DIRECT EXAMINATION BY MS. SUZUKI           106
20

21

22

23

24

25
```

**UNITED STATES DISTRICT COURT**

Appx0340

8

```
 1        A      Yes.

 2        Q      Okay.  And then the third sentence, do you see

 3   there's a sentence that says, "I would like to thank Charlie"?

 4   Do you see that sentence?

 5        A      Yes.

 6        Q      And reading the sentence in its full, it says, "I

 7   would like to thank Charlie whose contribution was enormous.

 8   He constantly put me in the thinking position to refine out

 9   drug candidate, and his contribution and assay development made

10   this research possible."

11               Do you see that?

12        A      Yes.

13        Q      Did you write those sentences?

14        A      Yes.

15        Q      And when you referred to Charlie in those

16   sentences, you are referring to Dr. Chen; is that correct?

17        A      Yes.

18               MR. CWIK:  Your Honor, I move to admit Trial

19   Exhibit 17.

20               THE COURT:  Page 3, yes, it will be admitted.

21               (Exhibit No. 17-3 received into evidence.)

22   BY MR. CWIK:

23        Q      Dr. Ouk, I'd now like you to take a look at Trial

24   Exhibit No. 7 in Volume 1.

25               Your Honor, this is not in your volume.  Would
```

```
 1  matter.  As I told you, I don't want to discuss because it's
 2  going to cost me more.  So whatever Charlie and Weisun do on
 3  the matter A, I would just say okay.
 4          THE COURT:  Let me ask you this.  Did you ever
 5  approve or say what he was saying was correct?
 6          THE WITNESS:  No, I do not approve.
 7          THE COURT:  Next question.
 8          MR. CWIK:  Your Honor, I move to enter into evidence
 9  TX8 as a recorded recollection exception to hearsay.
10          MR. RAMSEY:  Your Honor, it's hearsay.  That
11  exception does not apply.  No exception applies.
12          THE COURT:  Sustained.
13          MR. CWIK:  No further questions, Your Honor.
14          THE COURT:  Redirect?  Or excuse me.  Cross?
15                          CROSS-EXAMINATION
16  BY MR. RAMSEY:
17      Q      Good morning, Dr. Ouk.
18      A      Good morning.
19      Q      Dr. Ouk, you testified yesterday that Dr. Chen
20  participated in the August 2004 meeting.  Do you recall that?
21      A      Yes.
22      Q      Did Dr. Chen participate in any chemistry
23  discussion in that August 2004 meeting?
24      A      No.  No.
25      Q      Did you have in your mind the right-hand ring of
```

16

1   A51 at the August 2004 meeting?

2        A       Yes.  I have it before I go to the meeting.

3        Q       Can you please explain what you had in mind with

4   respect to the right-hand ring of A51.

5        A       So by the time of first half of 2004, we were

6   concerned that our first patent on the RD-series overlap with

7   the molecule described in Roussel Uclaf patents.  And those

8   patents, for the record, written in French.  And I reviewed

9   those patent because to address the concern that we might not

10  have an original scaffold.  So I review in order to propose new

11  idea.

12             I found out that Roussel Uclaf never put any

13  heterocyclic ring on the left-hand side, also known as aryl

14  ring No. 1.  So I propose the idea that we can put a

15  heterocyclic in that, and hopefully the compound would retain

16  the three-dimensional structure and would not have a liability

17  that normally attributed to heterocyclic such as pyridine.

18             THE COURT:  We're getting into an area --

19             MR. RAMSEY:  Okay.  Yeah.

20       Q       So just -- so briefly, are you saying that you

21  came up with the idea of a left-hand heterocyclic ring at that

22  time?

23       A       Yes.  Including the pyridine.

24       Q       And as with respect to the right-hand ring, did

25  you come up with that idea or Dr. Chen at that time?  Now I'm

```
 1   talking about the right-hand ring instead of the left-hand
 2   pyridine ring.
 3        A      I come up with the idea of the right-hand aryl
 4   ring and also the middle spiro-thiohydantoin ring.
 5        Q      Thank you, sir.  If you could please turn to
 6   Exhibit TX169 in Volume 7, Volume 7.
 7               Do you have it in front of you?
 8        A      Yes.
 9        Q      Okay.  Do you recall yesterday that Dr. Chen's
10   counsel was asking you about this document, TX169?
11        A      Yes.
12        Q      And this is an e-mail between you and Dr. Hung of
13   Medivation.  Is that --
14        A      Yes.
15        Q      If you could look through the document briefly.
16   There are a few chemical structures represented in this
17   document.  Do you agree with that?
18        A      Yes.
19        Q      Is the structure of A51 or A52 represented
20   anywhere in this document?
21        A      No.
22        Q      If you could please turn to paragraph 4 on the
23   page labeled on the lower right-hand side TX169.0007.
24        A      Yes.
25        Q      So in looking at this paragraph, what compound
```

1   are you referring to in this paragraph?

2        A      When I say I make new compounds and

3   pharmacokinetics, in this case PK of that compound will soon be

4   available, I refer to the compound in the RD-series.

5        Q      Are there any other compounds you are referring

6   to in addition in this paragraph?

7        A      So when I say that an original patentable

8   scaffold was test, the design of this molecules was inspired by

9   RD-series.  But we propose new chemical identity, thus widely

10  patentable.

11            Only one compound representing this scaffold was

12  made.  I think that I refer to a compound have a structure of

13  pyrazolone.  At that time we work on a few new chemicals entity

14  to potentially back up our RD-series.  We work on the

15  pyrazolone.  We work on the cyclic --

16            THE COURT:  Let me stop you.  Again, we are getting

17  into a narrative.  His only question was what compound were you

18  talking about on page 7 of TX169.

19            THE WITNESS:  So the compound is pyrazolone, and

20  then it's RD144, I think.

21  BY MR. CWIK:

22        Q      And as of June 22, 2005, the date of this

23  document, how many compounds from the pyrazolone series had you

24  synthesized?

25        A      Just one and it has some activity.

19

```
 1        Q       Did Dr. Chin inform you by the time of this
 2   document of the results of testing of that pyrazolone?
 3        A       Yes.
 4        Q       When did you first synthesize the pyrazolone?
 5        A       I think I complete the synthesize -- the
 6   synthesis of this compound in April, mid-April, early to
 7   mid-April.
 8        Q       And how long after you synthesized a compound
 9   generally would you get results from Dr. Chen?
10        A       Two to three weeks.
11        Q       And when do you believe that you received the
12   results of Dr. Chen's testing of the pyrazolone?
13                MR. CWIK:  Your Honor, this is outside the scope.
14   This is the development of the RD-series.
15                THE COURT:  Sustained.
16                THE WITNESS:  Two to three weeks after --
17                MR. RAMSEY:  No.
18                THE COURT:  Next question.
19   BY MR. RAMSEY:
20        Q       If you could please turn, Dr. Ouk, to TX131 in
21   Volume 5.  It should be right in front of you.  TX131.
22        A       Yes.
23        Q       So a moment ago Dr. Chen's counsel referred you
24   to paragraph 6 of TX131 and asked you about an October 18, 2004
25   date.  Do you recall that?
```

```
 1        A       No, I have not.

 2        Q       What technical field did you testify about in the

 3   cases you testified in?

 4        A       Usually medicinal chemistry, drug discovery, and

 5   sometimes organic chemical industry.

 6            THE COURT:  Counsel, just to help you out, there's

 7   no question he qualifies as an expert.  You can go ahead with

 8   the rest of this testimony if you feel it's worthwhile to help

 9   your case.  But I just want to remind you, you are down to

10   40 minutes.  You may not have any cross-examination.

11            MR. TANG:  I appreciate that, Your Honor.  Actually,

12   my next sentence --

13            THE COURT:  I'm just saying --

14            MR. TANG:  Next sentence will be plaintiff

15   offers Dr. Ron Bihovsky.

16            THE COURT:  The Court finds he's an expert.

17            MR. RAMSEY:  Defendants do not object to the

18   testimony about chemistry, not biology or biochemistry or

19   assays, biological assays.  I assume that's so stipulated?

20   There's been no report offered on those topics, and the witness

21   has admitted that he does not know about those topics.  Happy

22   to voir dire --

23            THE COURT:  You're offering him as an expert in

24   chemistry.

25            MR. TANG:   In chemistry and drug discovery process
```

```
 1   because he --
 2              THE COURT:  Okay.  He qualifies for that.
 3              MR. TANG:  Okay.
 4              THE COURT:  Okay.  Go ahead, Counsel.
 5   BY MR. TANG:
 6        Q      What process can researchers use to discover a
 7   receptor antagonist drug?
 8        A      Next slide, please.
 9              You have to start somewhere.  There are various
10   ways that you can start the drug discovery process.
11              THE COURT:  A witness is not just here to read
12   things.  A witness is here to testify from memory.  If you need
13   your memory refreshed, that's fine.  But we're not just here to
14   read what's on the screen.  So go ahead and you can testify,
15   but testify from your memory.  Go ahead.
16              THE WITNESS:  Certainly.  You have to start
17   somewhere.  In this case, the original lead was a drug
18   candidate, the Roussel Uclaf compound that has been mentioned
19   before.
20              And I'll just summarize the remaining bullets.
21   Basically what happens is you start with a compound that may
22   not be -- that isn't ideal, may be a weak binder, and through
23   an iterative process and structure-activity relationship,
24   consideration, you come up with a compound that is better and
25   better, more selective, hopefully becomes a drug candidate and
```

1   eventually might become an approved drug that's on the market.

2   BY MR. TANG:

3          Q       Okay.  On a drug discovery team, what would be

4   the role of a biochemist or biologic -- a biochemist?

5          A       They would be involved in -- to some extent in

6   design of the compound, evaluating the SAR, of course, doing

7   the testing that leads to the SAR.  Those would be the major

8   roles.

9          Q       For your opinions in this case, what did you

10  review to serve as a factual basis?

11         A       Can I have the next slide, please.  Next.

12                 Briefly I looked at the laboratory notebooks of

13  Chen and Ouk.  I looked at all the test results and data.  I

14  looked at the e-mails that we have seen, the so-called

15  confession letters and the drafts thereof from Dr. Ouk,

16  depositions, and I also looked at scientific literature and the

17  patents.

18         Q       Have you formed opinions regarding Dr. Chen's

19  contributions to the invention of the A-series compounds at

20  UCLA?

21         A       I have.

22         Q       What are your opinions?

23                 MR. RAMSEY:  I'm going to object.  This is not

24  expert testimony.  There's chemistry principles being

25  elucidated, but what was in Dr. Chen's mind is a fact issue

1          THE WITNESS:  Yes.

2          THE COURT:  Let me help you out.  An expert -- and I

3    understand it's tough coming into a courtroom because you don't

4    know exactly how everything works.  Technically an expert

5    witness testifies to hypotheticals.  They weren't there at the

6    time.  They are not fact witnesses.  They say if this and this

7    happened, this would be the result.  If this and this were

8    proved, it had to be -- this would be the result.  Then it's up

9    to defense counsel and the witnesses to testify this did

10   happen.

11          So expert testimony -- in a court of law expert

12   testimony should be based on hypotheticals.  If this happened,

13   he would be a contributing to the patent.  We weren't there.

14   We can't say it did happen.  It's up for them to prove that the

15   hypothesis was there.

16          Does that help at all?  I don't know if it helps or

17   not, but that's the way the court is going to be run.  That's

18   what legally you do with expert witnesses.  It's based on

19   hypotheticals.  So if Dr. Chen did this, he would be a

20   contributing person to the patent.  We don't know if he did it

21   or not.  We are basing it on records.  And they are going to

22   have prove up the underlying hypothesis.

23          MR. TANG:  All right.  That's fine.

24      Q    Dr. Bihovsky, what kind of predictions could one

25   of skill in the art make regarding the biological activities of

1    a new compound that had undergone a pyridine substitution?

2         A     So pyridine substitution is a common change that

3    one makes in molecules.  Sometimes it works.  Sometimes it

4    doesn't work.  There's no way to tell a priori.

5         Q     What could members of a drug discovery team do to

6    address the unpredictability of the outcome of pyridine

7    substitution?

8         A     You have to do the experiment.  The compound has

9    to be synthesized and tested, and the results speak for

10   themselves.

11            MR. TANG:  All right.  Can we have Volume 11,

12   please?

13            THE COURT:  Sure.

14   BY MR. TANG:

15        Q     Can you turn to Exhibit 1015, page 261.

16            Your Honor, at this point I would like to rely on

17   the expert's chemical -- chemistry knowledge to elucidate some

18   of the technical information in the records.

19            THE COURT:  Okay.

20            THE WITNESS:  Volume 11 seems to start with 1019.

21   BY MR. TANG:

22        Q     Exhibit 1015.  Do you see it?

23        A     No.

24        Q     Oh, Volume 10.  I'm sorry.  Volume 10.  You can

25   keep 11 in front of you too.

```
 1   Exhibit 1015?

 2        A       261, October 24th, 2004.

 3        Q       Can you look again, please.

 4        A       Page 260 --

 5        Q       -- 1.  261, sorry.  At the bottom of the page.

 6   We are referring to the trial exhibit.

 7        A       Oh, I'm sorry.  TX.  Okay.  I was looking at the

 8   notebook page before.  So --

 9        Q       That's fine.  On TX1015.0261, what's the date on

10   that page?

11        A       October 22, 2004.

12        Q       Thank you.

13                Plaintiff moves to enter this particular page

14   into evidence.

15           MR. RAMSEY:  No objection.

16           THE COURT:  It will be received.

17         (Exhibit No. 1015-0261 received into evidence.)

18   BY MR. TANG:

19        Q       So let's take a look at -- do you have

20   Exhibit 1019 in the same binder?  If not, the next volume,

21   Volume 11, Exhibit 1019, please.

22        A       Yes.

23        Q       Can you go to page 138 and 139.  Those two pages

24   are already in evidence.

25        A       Yes.
```

**UNITED STATES DISTRICT COURT**

Appx0372

36

```
 1          Q      Can you explain to us as a chemist what's the
 2   information on these two pages?
 3          A      Okay.  The date appears to be February 18, 2005.
 4   At the top of the Exhibit 1019-138 is drawn the structure of
 5   the compound that was subsequently called A51.  And at the
 6   bottom of the page are compounds that I would take to be
 7   precursors to make analogues of A51.  That's on page 138.
 8          Q      Okay.  And on page --
 9              THE COURT:  138?  What page?
10              THE WITNESS:  Yes, 138.
11              THE COURT:  Got it.
12   BY MR. TANG:
13          Q      And on page TX1019.0139, what's depicted on this
14   page?
15          A      On the top of the page again is drawn this
16   structure of A51.  It's worth pointing out that it wasn't named
17   at that point.  It had no name.
18          Q      Okay.
19          A      And that's labeled "parent compound."  And then
20   below that are compounds that would be analogues of that
21   including heterocyclic rings on the left-hand side other than
22   pyridine.
23          Q      As a chemist, what was the purpose of such a
24   drawing?
25          A      I think what this indicates is --
```

```
 1              THE COURT:  Counsel, I'm going to let it in.

 2              MR. TANG:  Oh, okay.  Sorry.  Thank you, Your Honor.

 3       Q       So what was the purpose of a chemist drawing such

 4  analogues?

 5       A       I think two things.  One is he was indicating

 6  future directions to go.  Another thing was that he was --

 7              THE COURT:  Let me stop you again.  There's no way

 8  you can read somebody else's mind.  You weren't there at the

 9  time.  You can testify to hypotheticals.  If he did this, this

10  is the result.

11              THE WITNESS:  Okay.

12              THE COURT:  You can't say you know he did this.

13              THE WITNESS:  Understood.

14              THE COURT:  Go ahead.

15              THE WITNESS:  If he drew these structures, it

16  indicated that he had an interest in making analogues of what's

17  the compound that became known as A51.

18              THE COURT:  Perfect.  Thank you.

19  BY MR. TANG:

20       Q       Maybe I can help out.  I think Your Honor is

21  saying don't point to a particular individual when you answer

22  these hypothetical questions.  The question is why would a

23  chemist draw such a thing, and then answer as a chemist would.

24              THE COURT:  Okay.  Go ahead.

25  BY MR. TANG:
```

1    Q      All right.  Would it be unusual for a chemist

2    after designing a compound not to give it a name?

3    A      Yes.  Particularly in drug discovery, in order to

4    keep track of compounds, it is certainly traditional and

5    important to give each compound an identifying number.

6    Q      Okay.  And you don't see a name for the structure

7    for A51 on this page and the preceding page of 138, 139 of

8    TX1019; right?

9    A      That's right.  I've examined.  I see no names.

10           MR. TANG:  Okay.  Can we pull up Slide 22, please.

11   Q      The next question I want to ask you -- it's about

12   chemistry -- is in this case, there's an issue of a compound

13   that's in a new scaffold as of June 22nd, 2005.  Do you have

14   opinion -- do you -- can you tell us what kind of chemical

15   scaffolds did you see in the project from all the notebooks

16   that you reviewed?

17   A      Sure.  Did you say that's Slide 22?

18   Q      Yeah, let's try that one.  But you can answer the

19   question.  How many scaffolds did you see as of June 20, 2005?

20   A      Very good.  I prepared the slide showing the

21   structures.  The core structure is indicated in the center

22   generally as the red highlighted structures.  And the precise

23   structures probably don't matter for right now.

24           But the point is that there are six classes of

25   compounds at least.  There were over a hundred of the one in

1   the top left corner.  Those are the imidazolidines.  I'll just

2   quickly go through and say there were multiple examples of all

3   these classes of compounds except for the two at the bottom.

4   That's the pyrazolone.  There was only one synthesized in the

5   program.

6           And at the time of June 2005, the other one,

7   which there was a singular example, was the compound that is

8   this pyridine analogue on the left-hand ring which was called

9   CC1 which is the same as subsequently called A51.

10          THE COURT:  Okay.

11  BY MR. TANG:

12      Q     Of all these different compounds, only the

13  pyridine compound was not named with a RD number; is that

14  correct?

15      A     That's right.  I think that's rather arbitrary.

16  It's all part of the RD-series, and all these compounds had RD

17  numbers except CC1 for some reason.

18      Q     As a chemist, is there any scientific reason in

19  terms of chemical structure or synthetic routes that you can

20  think of that will set A51 apart from the rest of the different

21  scaffolds of RD compounds?

22      A     No.  It's just another analogue.

23      Q     Okay.  In Volume 11, can you turn to

24  Exhibit 1040.

25      A     Yes.

```
 1        Q       Do you recognize this document?
 2        A       Yes, I do.
 3               THE COURT:  1040?
 4               MR. TANG:  Yes, 1040.  It's a one-page document,
 5   Your Honor.  It's a table.
 6        Q       Who prepared this document?
 7        A       I prepared this document.  I can say it's just
 8   another representation of the material in the previous slide
 9   that we looked at.
10        Q       Can you explain to us what is this document?
11        A       Can we get that up on the screen?
12        Q       No, no.  It's not into evidence yet.
13               MR. RAMSEY:  What volume is that in?
14               MR. TANG:  11.
15               THE WITNESS:  Without putting it up on the screen, I
16   can just say this is a list of compounds prepared in the
17   program as of June 22nd.  And what this shows is that there are
18   multiple compounds in these various classes.  It's pretty much
19   the same information except I have some testing dates on here.
20               And so, for example, there were numerous imines,
21   numerous -- quite a few succinimides.  There are only two
22   compounds for which there is a singular example, and that's the
23   pyrazolone and the compound that was subsequently called A51.
24        Q       So you looked at testing data from October 2004
25   all the way to July of 2005; is that right?
```

```
 1        A       That's right.

 2        Q       Okay.  You didn't need to analyze the testing

 3   data to know the dates; right?

 4        A       That's right.

 5        Q       Okay.  What does the exhibit on the right-hand

 6   side column -- what are they?

 7        A       Those are exhibit numbers from generally my

 8   supplemental report except for Exhibit N which is my opening

 9   report.

10        Q       But what are these exhibits?

11        A       Right.  These are from Dr. Chen's notebook, and

12   that's the CVJ numbers.

13        Q       Did you also look at Dr. Chen's testing data to

14   ascertain the dates?

15        A       Yes.

16             MR. TANG:  Your Honor, plaintiff moves Exhibit 1040

17   in under FRE 1006 as a summary of voluminous records.

18             MR. RAMSEY:  I'm going to object that this is just

19   restating facts.  There's no analysis here.  There's no

20   articulation or description of any of the bases of this

21   document at all.

22             THE COURT:  It will go to weight.  It will be

23   received.

24             MR. TANG:  Thank you, Your Honor.

25             (Exhibit No. 1040 received into evidence.)
```

UNITED STATES DISTRICT COURT

45

1    Q    You agree with me that you don't think we know

2    from any documentation at the time whether Dr. Chen helped

3    design particularly A51; correct?

4    A    From the documents, there is no documentation

5    of -- there's very little documentation that -- of what anybody

6    did in realtime.

7    Q    Well, my question is specifically about Dr. Chen.

8    You agree that you don't think that we know from any

9    documentation at the time whether Dr. Chen helped design

10   particularly A51; isn't that correct?

11   A    That would be correct.

12   Q    And it's your view that we just don't know from

13   contemporaneous documents what Dr. Chen's role was in proposing

14   compounds to be synthesized; isn't that correct?

15   A    I would say that the notes in his notebook

16   showing an analysis of the compounds, the structure-activity

17   relationship, et cetera, suggests that he had a role in it.

18   Q    My question was more specific.  It's your view

19   that we just don't know from the contemporaneous documents what

20   Dr. Chen's role was in proposing compounds to be synthesized;

21   correct?

22   A    I would give the same answer.

23   Q    All right.  I'm going to direct your attention to

24   your deposition.  You were deposed, gosh, I believe it was

25   December of last year.  You recall that; right?

```
 1        A      Yes.

 2        Q      And you were exercising your expert faculties

 3   that day to the best of your abilities; is that right?

 4        A      Yes.

 5        Q      And you swore to tell the truth that day; right?

 6        A      Yes.

 7        Q      At page 281, line 24, through page 282, line 22.

 8               "QUESTION:  My question is a little more

 9   specific.  Just the fact that Dr. Chen contributed to the

10   authorship of the *Nature Medicine* article and identified this

11   problem about overexpression of androgen receptors, that fact

12   in the article alone says nothing about what role Dr. Chen did

13   or did not have in conceiving any compound or any invention

14   thereafter?

15               "ANSWER:  I think that's true for a couple of

16   reasons.  One is that authorship on a publication is --

17               THE REPORTER:  Counsel --

18               THE COURT:  Slow down.

19               MR. RAMSEY:  Slow down.

20               MR. TANG:  I'll also object as improper impeachment.

21   This is a different question.

22               MR. RAMSEY:  We are getting to -- we are getting to

23   the answer.  I'll slow down.

24               THE COURT:  Subject to a motion to strike, go ahead.

25               MR. RAMSEY:
```

UNITED STATES DISTRICT COURT

```
 1              "ANSWER:  I think that's true for a couple of
 2     reasons.  One is that authorship on a publication is quite
 3     different than the legal requirements as I understand them as a
 4     layman for authorship on a patent.  Inventorship on a patent I
 5     should say.  And the other thing is that we just don't know
 6     from contemporaneous documents what Dr. Chen's role was in
 7     proposing compounds to be synthesized.
 8              "We could see that he followed the SAR.  He was
 9     concerned about it.  We don't know if the conversations were in
10     the lunch room, the Bombshelter.  There's just insufficient
11     documentation in this and many other aspects of this case."
12          Q    That's your testimony; correct?
13          A    Correct.
14          Q    I'd like to turn your attention to Demonstrative
15     22.
16              And just for the record, you agree your
17     deposition that I just read back was January 10, 2019; correct?
18          A    Sounds about right.
19          Q    All right.  Demonstrative 22.  You just testified
20     about slide 22 just a few moments ago; right?
21          A    Yes.
22          Q    And you were attempting to draw -- you stated a
23     general conclusion that there was some similarity in your view
24     between the various compounds represented on this page?
25          A    There's --
```

```
 1        Q       I believe that's what you said.

 2              MR. TANG:  No.  Misstating the statement.

 3              THE COURT:  Why don't you ask the question.

 4   BY MR. RAMSEY:

 5        Q       Let me ask this.  You just testified that the six

 6   compounds in your view were part of the RD-series or all

 7   subsumed within the RD-series in some way?

 8        A       There are certain similarities.  They were all

 9   part of the same research project.  There are lots of

10   differences as well.  I'm not sure quite what you are getting

11   at.  My point, I think, was that the compound in the lower

12   right which became CC1 could be considered part of the same

13   invention process.

14        Q       Okay.  And if you could look closely at slide 22,

15   you agree with me that the compound represented in the lower

16   right-hand side is different from all the other compounds on

17   this page in that it has a left-hand pyridine ring with a

18   nitrogen at the top; correct?

19        A       Yes.

20              THE COURT:  Counsel, we are going to break at this

21   time.  It's 9:30.  We'll come back in 15 minutes and take up at

22   that time.

23              (At 9:30 a.m. a brief recess was taken.)

24              THE COURT:  The record will reflect the witness is

25   on the witness stand.  And we are in cross-examination.
```

```
 1          Counsel?
 2   BY MR. RAMSEY:
 3          Q      Dr. Bihovsky, just a moment ago, you testified as
 4   to Exhibit TX1040, page 2, which I believe your counsel
 5   referred to as a summary.  Do you recall that?
 6          A      Yes.
 7          MR. RAMSEY:   If we could please show on the screen
 8   Exhibit TX1040, page 2.
 9          Q      Dr. Bihovsky, I believe it was your testimony you
10   based this summary on Dr. Chen's notebooks; is that right?
11          A      Yes.
12          Q      And it's true that one thing you found difficult
13   about Dr. Chen's notebooks was that it was in cell biology
14   which you are not an expert in; isn't that correct?
15          A      That's true.
16          Q      And you agree that Dr. Chen's lab notebook -- in
17   Dr. Chen's lab notebook there wasn't really frequently a
18   description of exactly what he was doing; correct?
19          A      I think it would be easier for Dr. Chen to
20   understand what was in his notebook than for me to.  But I have
21   a general idea of what is in his notebook.
22          Q      Well, it's your view that in Dr. Chen's lab
23   notebook, there wasn't really frequently a description of
24   exactly what he was doing; correct?
25          A      That may be true, but this slide --
```

```
 1        Q       I just want to know, first of all, is that your
 2   view?  There frequently wasn't really a description of exactly
 3   what he was doing?
 4        A       I think it was somewhat sketchy, but to someone
 5   skilled in the art as he is, I'm sure it makes sense to him.
 6        Q       And you agree that in Dr. Chen's lab notebooks,
 7   you have diagrams with a triangle and some scribbling on it,
 8   and you have no idea what that means; correct?
 9        A       I testified to that before.  After looking at it
10   subsequently, I do know what it means.
11        Q       Well, to you, a notebook should be the basis for
12   and almost equivalent to a journal article.  Isn't that your
13   view about notebooks?
14        A       The notebooks should have sufficient detail that
15   it could -- that the person that wrote the notebook could turn
16   that into a full description in a journal article.
17        Q       And someone --
18        A       But the notebook would not in itself be
19   equivalent to a journal article.
20        Q       And someone of ordinary skill should be able to
21   look at the notebook and construct an experimental section for
22   a journal article.  That's your view; correct?
23        A       To some extent.  Generally the person that wrote
24   the notebook who is familiar with their own handwriting and
25   knows their own abbreviations and shorthand would be more
```

```
 1   qualified to do that than someone who is only skilled in the
 2   art.
 3           Q       Right.  Someone like you would be less qualified
 4   than the person who wrote the notebook to reconstruct an
 5   experimental section for a journal article; correct?
 6           A       If a journal article had to be written based on
 7   Dr. Chen's notebook, I would suggest that Dr. Chen should be
 8   the person to interpret it.
 9           Q       Right.  And in your opinion, Dr. Chen's lab
10   notebook does not satisfy the requirement of being able to
11   construct an experimental section for a journal article?
12   That's your view?
13           A       Again, I would say that he would be more
14   qualified, but the particular documents that are cited on this
15   page are bar graphs.  They are easily interpretable by me or by
16   anyone with --
17           Q       My question is more specific.  In your opinion,
18   Dr. Chen's lab notebook does not satisfy the requirement that
19   you -- one could be able to construct an experimental section
20   for a journal article?
21           A       I think your question is more general than
22   specific.  I'm saying with respect to this particular slide,
23   it's easily interpretable.
24           Q       But I want to understand your view about
25   notebooks in general.  In general, it is your view that
```

```
 1   Dr. Chen's lab notebooks are not such sufficient detail that
 2   one could reconstruct an experimental section for a journal
 3   article; correct?
 4            MR. TANG:  Objection.  Relevance.  Journal articles
 5   and patents are different things.  Where did journal articles
 6   come into this case?
 7            THE COURT:  He can answer the question.
 8            Do you understand the question?
 9            THE WITNESS:  Yes.
10            THE COURT:  Okay.
11            THE WITNESS:  I think I've answered that already.
12   BY MR. RAMSEY:
13       Q     All right.  Well, let's move on then.
14            You don't have any personal knowledge that a
15   compound labeled CC1 is A51; correct?
16       A     I don't have personal knowledge.  I come to that
17   opinion by carefully examining all of the documents that I
18   outlined before.
19       Q     But you've never seen any other document in this
20   case record other than the assay results in February 2005 that
21   used the nomenclature CC1; correct?
22       A     That's correct.  However, we know --
23       Q     I just -- thank you.  Your counsel can follow up.
24            THE COURT:  It does go by question and answer.  If
25   counsel on the other side wishes to embellish on it, they can
```

```
 1    come back on cross-examination.
 2              THE WITNESS:  Thank you, Your Honor.
 3    BY MR. RAMSEY:
 4         Q      You are basing your opinion regarding CC1 as A51
 5    upon Dr. Chen's testimony that that is so; correct?
 6         A      Not completely.
 7         Q      That's a fundamental basis of your conclusion
 8    that CC1 is A51; correct?
 9         A      No.  I could explain if you like where I go --
10         Q      I just want to know yes or no.  Is it fundamental
11    to your conclusion -- is Dr. Chen's testimony fundamental to
12    your conclusion that CC1 is the compound A51?
13              MR. TANG:  Objection.  Vague.
14              THE COURT:  Overruled.
15              THE WITNESS:  Dr. Chen's testimony that they are the
16    same thing is part of it, but I wouldn't say it's fundamental.
17    BY MR. RAMSEY:
18         Q      Thank you.  Well, in that case, let me refer you
19    to your deposition, page 135, line 16, through page 136,
20    line 1.
21              "QUESTION:  Well, let's put aside Dr. Chen's
22    testimony.  Let's start there.  You are basing your conclusion
23    that CC1 referred to in Exhibit 200 actually refers to A51
24    based on Dr. Chen's testimony; correct?
25              "ANSWER:  Chen's testimony is fundamental to
```

54

```
 1   reaching that conclusion.  So if he misremembered it or
 2   falsified his testimony, then there could be a problem."
 3                 That's your testimony; correct?
 4        A     Yes, it is.  Since then --
 5              MR. RAMSEY:  Nothing further.
 6              THE WITNESS:  Okay.  Thank you.
 7              THE COURT:  Redirect?
 8                      REDIRECT EXAMINATION
 9   BY MR. TANG:
10        Q     Dr. Bihovsky, the last question is about your
11   deposition testimony, and you started to say "since then."
12   What did you want to say?
13        A     Since then I've spent quite a bit of time
14   reviewing documents in greater detail than I did back then.
15              MR. TANG:  All right.  Can we pull up Exhibit 1040
16   first, please?
17        Q     Actually, you have it in your binder in front of
18   you, Volume 11, last page, Exhibit 1040.  Counsel was asking
19   you what information went into this document, and you mentioned
20   Dr. Chen's lab notebook.  First of all, what is the title of
21   this table that you give?
22        A     This table's title is "Approximate Dates for
23   Testing of New Scaffold Compounds Related to the RD-Series
24   Compounds."
25        Q     When you look at the lab notebooks of Dr. Chen,
```

```
 1   what information were you looking for?

 2        A     I was looking for the dates that the compounds

 3   were tested and what the test results were.

 4        Q     And did you find dates in Dr. Chen's lab

 5   notebooks?

 6        A     Yes.  Dr. Chen's lab notebooks are arranged

 7   chronologically, and there are dates on those pages.

 8        Q     What else did you do to ascertain dates in

 9   constructing this table?

10        A     I looked at the dates that the compounds were

11   tested.  I looked at the dates that Dr. Ouk synthesized the

12   compounds.

13        Q     To get the dates Dr. Ouk synthesized the

14   compounds, where did you look?

15        A     I looked in his lab notebook, and I saw the

16   structures there and the date at the top of the page when they

17   were synthesized.

18        Q     Just to clarify, when you say his when you were

19   looking at --

20        A     Dr. Ouk's notebook.

21        Q     And you saw structures in Dr. Ouk's notebook, but

22   as we saw earlier today, some of them may not be labeled with

23   an RD number.  How did you know which structure is what RD

24   number?

25        A     I had to compare them to the -- among other
```

```
 1   things, to the table that Dr. Ouk prepared.  I think it's a
 2   five or six-page table that's in evidence.
 3        Q      Actually, in the same binder, Exhibit 1034, is
 4   that the table you are referring to?
 5        A      Yes.
 6        Q      Okay.  Did you also look at electronically stored
 7   testing data from Dr. Chen?
 8        A      Yes, that's what's referred to in the right-hand
 9   column.
10        Q      As the exhibit numbers?
11        A      Yes.  The exhibit numbers are from Dr. Chen's lab
12   notebook.
13        Q      Okay.  Thank you.
14               So counsel for defendants were questioning about
15   the sufficiency of documents that you reviewed.  But you did
16   review three notebooks from Dr. Chen; is that right?
17        A      Yes.
18        Q      And you have also reviewed all the electronically
19   stored testing data from Dr. Chen; is that right?
20        A      That's right.
21        Q      Okay.  And you also reviewed e-mails to, from,
22   among inventors regarding the invention process; right?
23        A      Yes.
24        Q      So after considering this body of documents,
25   where would you put the level of contribution of such a
```

```
 1   researcher to the inventor of A51, A52?

 2        A     I would say that he was absolutely involved as a

 3   significant, a very significant contributor, to the invention

 4   of A51 and A52.

 5        Q     Just to be clear, you are referring to Dr. Chen?

 6        A     Dr. Chen.

 7              MR. TANG:  No further questions.

 8              THE COURT:  Redirect?  Or recross, I'm sorry.

 9              MR. RAMSEY:  Nothing.  Nothing.

10              THE COURT:  You may step down.  Thank you very much.

11              Next witness.

12              MR. CWIK:  Your Honor, for the plaintiff's case in

13   chief, we have no more live witnesses.  We have designated

14   certain deposition testimony of the defendants, Dr. Jung and

15   Dr. Sawyers.  The pretrial conference you gave us the option of

16   reading that into the record or --

17              THE COURT:  No, no.  If they are live witnesses and

18   they are here, you can call them as witnesses.  You have got

19   about three minutes left of time.  I mean, you've cut yourself

20   out of any cross-examination.  I've told you time and time

21   again.  I've given you time limits on it.  I get the feeling

22   the plaintiff just doesn't care and doesn't want to listen to

23   the Court's instruction on it.

24              You've used -- originally I gave you three hours.

25   You've already used four hours.  You've got about three minutes
```

```
 1   left, and you can use it any way you want.  As far as

 2   deposition testimony goes, you can use it for impeachment or if

 3   the live witnesses are here, you have to call the witnesses.

 4   So whatever you want to do.

 5              MR. CWIK:  I understand, Your Honor.  We won't

 6   submit them on paper then per your instructions.  That's -- our

 7   case in chief is finished now.

 8              THE COURT:  Okay.

 9              MR. RAMSEY:  If we could get a time update,

10   Your Honor, on both sides if we have it.

11              THE COURT:  Oh, gosh.

12              MR. RAMSEY:  If it's a problem --

13              THE COURT:  No, I'll get it for you.  Just a second.

14              Counsel, I was wrong.  You have 10 minutes left.

15   The plaintiff has 10 minutes left.  And the defense has -- I'm

16   sorry -- 150 minutes left.

17              Okay.  Counsel, do you want to call your first

18   witness?

19              MR. RAMSEY:  Right, Your Honor.  The defendants call

20   Dr. Samedy Ouk.

21              THE CLERK:  You may be seated, and I'll remind you

22   you are still under oath.  Thank you.

23              THE COURT:  You may inquire.

24   ///

25   ///
```

**UNITED STATES DISTRICT COURT**

59

```
 1                          SAMEDY OUK,
 2    called as a witness by the defendants, was previously sworn and
 3    testified as follows:
 4                        DIRECT EXAMINATION
 5    BY MR. RAMSEY:
 6         Q       Good morning again, Dr. Ouk.
 7                 Dr. Ouk, when did you first start working in
 8    Dr. Jung's UCLA lab?
 9         A       January 2003.
10         Q       And what kind of work did you do with Dr. Jung?
11         A       I synthesize design molecule and evaluate --
12    synthesize design molecule and study biological activity.
13         Q       And what projects did you work on in Dr. Jung's
14    lab?
15         A       We design molecules, small molecule, to inhibit
16    androgen receptor for prostate cancer.
17         Q       And did your work on prostate cancer in
18    Dr. Jung's lab result in any patented inventions?
19         A       Yes.
20         Q       What were some of these inventions that were
21    patented generally?
22         A       A series of patent called RD-series and another
23    series called A-series.
24         Q       Let's talk about the A-series.  When was the
25    first time you started thinking about what came to be known as
```

 1  the A-series?

 2        A        Probably around summer 2004.

 3        Q        And what prompted you to start thinking about

 4  that?

 5        A        Because when we start to file RD-series patent,

 6  we got the feedback from intellectual and property office that

 7  our molecule might overlap with the Roussel Uclaf patent, and

 8  we think about new molecule as backup including now a compound

 9  known as A51.

10        Q        And did anything -- any particular event result

11  from the considerations you were just mentioning?

12        A        What do you mean?

13        Q        Well, did you meet with anybody or discuss this

14  topic with anybody?

15        A        I read the Roussel Uclaf patent, and then we talk

16  about this topic in a meeting right around August 2004, a team

17  meeting.

18        Q        Who attended that meeting?

19        A        Myself, Dr. Jung, Dr. Sawyers, and Dr. Chen.

20        Q        Was biology or chemistry the topic of that

21  meeting?

22        A        Both.

23        Q        What would you say is the primary conversation,

24  biology or chemistry, in that meeting?

25        A        Mostly chemistry.  We want to solve the problem

**UNITED STATES DISTRICT COURT**

```
 1   if we end up having RD-series overlap with Roussel Uclaf
 2   patent.
 3           Q       What, if anything, did you do in preparation for
 4   that meeting?
 5           A       I read Roussel Uclaf patent.
 6           Q       And did you do any thinking about that?
 7           A       I -- I propose three idea, and I even later on
 8   wrote it down in a memo.
 9           Q       Did you present your ideas at this August 2004
10   meeting?
11           A       Yes.
12                   THE COURT:  At that meeting there's four people?
13                   THE WITNESS:  Yes.
14                   THE COURT:  You, Jung, Chen, and Sawyers?
15                   THE WITNESS:  Sawyers, yes.
16   BY MR. RAMSEY:
17           Q       At that time in August 2004, did you have the
18   idea of combining the left-hand pyridine ring with anything
19   else?
20           A       Yes.
21           Q       And just generally, at this August 2004 meeting,
22   did you come up with the idea of a left-hand pyridine ring?
23           A       Yes.
24           Q       Does A51 have a left-hand pyridine ring, a
25   central spirocyclic thiohydantoin, and a right-hand aryl ring?
```

```
 1        A      Yes.

 2        Q      Does A52 have those features as well?

 3        A      Yes.

 4        Q      Do you remember Dr. Chen participating in any

 5   particular discussion at this meeting?

 6        A      No.

 7        Q      And did Dr. Chen make any suggestions for new

 8   chemical structures at this meeting?

 9        A      No, no.

10        Q      Do you recall Dr. Chen ever making suggestions

11   for new chemical structures at any meeting?

12        A      No.  We chemists talk about structure.

13        Q      Did Dr. Chen come up with the chemical structure

14   for the compound known as RD37?

15        A      No.

16        Q      Who did that?

17        A      Chemists.

18        Q      Who in particular?

19        A      Myself and Dr. Jung.  That's RD37; right?

20        Q      Correct.

21        A      Yes.

22        Q      Did Dr. Chen come up with the chemical structure

23   for the compound known as RD162?

24        A      No.

25        Q      Who came up with the structure of that compound?
```

**UNITED STATES DISTRICT COURT**

```
1       A       Myself and Dr. Jung.

2       Q       So let's turn -- switch gears a little bit.  What

3   expectation, if any, did you have about whether this compound

4   with the left-hand pyridine ring, a central spirocyclic

5   thiohydantoin, and a right-hand aryl ring, whether it would be

6   effective against prostate cancer?

7       A       What do you mean?

8       Q       Well, did you believe that a compound with a

9   left-hand pyridine ring, a central spirocyclic thiohydantoin,

10  and a right-hand aryl ring would be effective against prostate

11  cancer?

12      A       Of course.

13      Q       And what is the basis for that belief?

14      A       Can I explain a little bit?

15              THE COURT:  Well, it's up to --

16  BY MR. RAMSEY:

17      Q       Please.

18      A       So basically Roussel Uclaf never put a pyridine.

19  In medicinal chemistry community, they might think that a

20  pyridine in the ring could be a liability because it would

21  change the property of the molecule such as it become

22  hydrophilic.

23              But in our particular molecule, we have -- for

24  that ring we have a two-electron withdraw group, cyano group

25  and trifluoromethyl group.  So I believe that the presence of
```

UNITED STATES DISTRICT COURT

64

```
 1   two electron withdrawal group would pull out the lone pair
 2   electron in the pyridine, one pair of electrons that we call
 3   lone pair.
 4        Q     Are you saying lone pair?
 5        A     Lone pair, yeah.
 6        Q     L-o-n-e?
 7        A     So will pull the electron from the pyridine.
 8   Therefore, it's not a liability anymore.  It will preserve
 9   the -- it will look electronically and polarity-wise, it will
10   look similar to our RD compound.
11        Q     And did you write this rationale for your belief
12   about effectiveness as to prostate cancer anyplace?
13        A     Later on I did.  I sent an e-mail to Dr. Sawyers.
14        Q     If you could please find Volume 5 and turn to
15   Exhibit TX138 which is already in evidence.
16              THE COURT:  It's on the screen.
17              THE WITNESS:  So Exhibit --
18   BY MR. RAMSEY:
19        Q     TX138.
20        A     Okay.  Yes.
21        Q     So when you mentioned just now that you'd written
22   down your belief about the pyridine ring, is this the document
23   in which you wrote your rationale and --
24        A     Yes, it's this document.
25        Q     And what is this document just generally?
```

```
 1          A      So I sent an e-mail to Dr. Sawyers on October 27,
 2     2005.
 3          Q      Okay.  What, if anything, did Dr. Chen contribute
 4     to this rationale you've described?
 5          A      No.
 6          Q      Does no -- no meaning --
 7          A      No, he did not contribute.
 8          Q      In late 2004 would you ever eat lunch with
 9     Dr. Chen?
10          A      Yes.
11               MR. CWIK:  Just for this Trial Exhibit No. 138, we
12     don't have a record of us entering it.  I don't know if it was
13     entered.  We have no objection to it being entered --
14               THE COURT:  If it hasn't been entered, it will be
15     received.
16               MR. RAMSEY:  Well, I formally move it into evidence.
17     I thought you had.
18               THE COURT:  It will be received.
19               (Exhibit No. 138 received into evidence.)
20     BY MR. RAMSEY:
21          Q      Now, Dr. Ouk, in late 2004, would you eat lunch
22     with Dr. Chen?
23          A      Yes.
24          Q      About how often did that happen?
25          A      Three to five times per week.
```

```
 1   e-mail at the bottom of the first page going onto the second
 2   page.  Does that sound accurate?
 3        A      I saw it, yeah.
 4        Q      What's happening in that October 13, 2004,
 5   e-mail?
 6        A      So I e-mail Dr. Chen to order two compounds for
 7   me.
 8        Q      And what were those compounds?
 9        A      This compound is 2-amino-4-trifluoromethyl
10   pyridine and 3-trifluoromethyl pyridine.
11        Q      All right.  Let's focus in on 3-trifluoromethyl
12   pyridine for a moment.  Whose idea was it to use
13   3-trifluoromethyl pyridine?  Was that your idea or Dr. Chen's
14   idea?
15        A      My idea.
16        Q      Did Dr. Chen ever tell you that you were ordering
17   the wrong chemicals and that you should order something else in
18   order to make A51?
19        A      No.
20        Q      Did Dr. Chen ever suggest which chemicals you
21   should order?
22        A      No.
23        Q      All right.  What happened after you received this
24   3-trifluoromethyl pyridine building block chemical?  What
25   happened?
```

**UNITED STATES DISTRICT COURT**

```
 1        A       I start the first step of the synthesis of the
 2   compound.  At that time there was no name, but now it's known
 3   as A51.
 4        Q       And how long did it take to figure out a
 5   successful synthesis route for A51?
 6        A       According to record of my notebook, it take about
 7   three months.
 8        Q       And in terms of difficulty, how would you
 9   describe the process of determining a synthesis route for A51?
10        A       This is the most difficult compound that I made
11   in Jung's lab.
12        Q       And did any particular events occur along the way
13   when you were coming up with this synthesis route that you
14   recall?
15        A       Oh, of course.  We have to try money route, and I
16   remember I -- one of the route require trimethylammonium
17   nitrate, which is an explosive.  So I even blew up a microwave.
18   And when I did this reaction, I always use the shield blast to
19   protect the bench, and then I blew up one microwave.
20        Q       All right.  Did Dr. Chen help you come up with
21   this successful synthesis route that you just described?
22        A       Of course not.
23        Q       Okay.  If you could please turn in Volume 3 to
24   Exhibit 61, TX61.
25        A       Yes.
```

UNITED STATES DISTRICT COURT

1      Q      Are you at TX61?  Do you recognize this as one of

2  the A-series patents?

3      A      Yes.

4      Q      If you could please look at the top of Columns 11

5  and 12 of TX61 and let me know when you are there.  There's

6  column numbers up at the top, 11 and 12.  It's on your screen

7  too if that's easier.

8      A      Yes.

9      Q      Is this representation of chemical steps at

10  columns 11 and 12 of TX61, is that the synthesis route that you

11  used to make A51?

12      A      Yes, this is a successful synthetic route to

13  achieve A51.

14      Q      All right.  When you completed your synthesis of

15  A51, did you create any documentation to document the creation

16  of the compound?

17      A      I created since I start, and yes, I create the

18  document.

19          MR. RAMSEY:  If we could please turn in Volume 1 to

20  Exhibit TX14.  This is already in evidence.  So if we could

21  show it on the screen.

22      Q      You can look on the screen as well.  It's

23  probably faster.

24      A      Which one?

25      Q      TX14 or you can simply look at screen if you

```
1   prefer.

2        A      But I like to look at the paper.

3        Q      Very good.

4        A      Thank you.  Yes, I'm here.

5        Q      What is Exhibit TX14?

6        A      This is an NMR spectra of a compound that is now

7   known as A51.

8        Q      And what is NMR spectra, just briefly?

9        A      So NMR machine is an analytical tool to elucidate

10  the structure of organic molecules.

11       Q      And do you see on the front of TX14 there's a

12  hand drawing of a chemical structure?

13       A      Yes.

14       Q      What is that chemical structure?

15       A      A51.

16       Q      Who drew that structure?

17       A      Me.

18       Q      And what is the date of this document?

19       A      So yeah, every NMR have a date.  Here is

20  January 23rd, 2005.

21       Q      And what did you do with this NMR spectra

22  document after you created it?

23       A      I kept it in my file, in cabinet file.

24       Q      You are referring to a physical file or a --

25       A      Yeah, yeah, I always keep a physical file.
```

**UNITED STATES DISTRICT COURT**

73

```
 1          Q      All right.  After you synthesized the A51
 2    compound in January 2005, what did you do with it?  The
 3    compound I mean.
 4          A      I give to Charlie Chen.
 5          Q      And by that you mean Dr. Chen in this case?
 6          A      Yes.
 7          Q      Do you know for sure whether Dr. Chen did
 8    anything, yes or no, with A51?
 9          A      I don't know for sure.
10          Q      Did you ask Dr. Chen to do anything with A51 at
11    that time?
12          A      It's understood that the compound will be tested
13    by Dr. Chen.
14          Q      Do you know for sure whether Dr. Chen actually
15    did test A51?
16          A      No.
17          Q      Did you ever ask Dr. Chen about the results of
18    testing of the A51 compound?
19          A      Yes.
20          Q      When did you ask Dr. Chen about that?
21          A      So usually two, three week after I gave the
22    compound.
23          Q      So about some point in February of 2005?
24          A      Yes, because the compound was made in
25    January 23rd.  So it's about early February.
```

**UNITED STATES DISTRICT COURT**

Appx0410

74

1    Q      Did Dr. Chen tell you the test results regarding
2    A51 at that time?
3    A      No.  And instead he told me to destroy the
4    notebook and conceal the evidence that A51 ever made and
5    conceal at UCLA.
6    Q      Did Dr. Chen ever inform you about the results of
7    any biological testing of --
8    A      Later on he told me it was not active.
9    Q      Can you give me an approximate time frame of when
10   that happened?
11   A      So one week after the notebook incident, we try
12   to reconcile each other, and he told me it's not active.  And I
13   was kind of relieved that it's not active.  So who care.
14   Q      Okay.  Did Dr. Chen ever provide you with any
15   documents showing the test results of A51?
16   A      No.
17   Q      Please take a look at Exhibit TX16 in Volume 1.
18   A      Yes.
19   Q      This is already admitted.
20          Do you see that this document refers to something
21   called CC1 on the lower right-hand side?
22   A      Yes.
23   Q      If you could just look through all three pages.
24   You see CC1 on each of these pages?
25   A      Yes.

1      Q      Do you know what CC1 is?

2      A      No.

3      Q      Have you ever heard anyone refer to any compound

4   at CC1?

5      A      No.

6      Q      You testified that Dr. Chen asked you to destroy

7   lab notebooks and related issues just a moment ago.  What was

8   your reaction when Dr. Chen asked you to do that?

9      A      I was scared and unhappy, upset.

10     Q      How did you respond Dr. Chen?

11     A      Just immediately say that let me think about

12  that.

13     Q      And did you ultimately agree to destroy notebooks

14  or anything like that?

15     A      No.

16     Q      How did Dr. Chen react to that?

17     A      When I did not agree, he was angry.

18     Q      And what happened next?

19     A      So he told me that, okay, the project going to be

20  over.  I'm not going to test your molecule anymore.  And we

21  kind of, you know, don't talk for a while, a few days.

22     Q      And I think a moment ago you said --

23     A      And then we -- you know, we was best friend.  We

24  was very close.  And we kind of reconcile.  And then we talk,

25  and he told me that A51 -- we don't call it A51 at that time.

UNITED STATES DISTRICT COURT

1  Whatever compound, it doesn't work.  The pyridine-containing

2  compound doesn't work.  And then I say, okay, if it doesn't

3  work, no problem.

4           And I always believed that we will make a drug

5  from the RD-series because I'm not concerned about Roussel

6  Uclaf patent.  So it's good that we turn our attention to the

7  RD-series, no need to, you know, look for other series that

8  going to spend -- that was going to spend time unnecessary.

9      Q      Okay.  And did you immediately tell Dr. Jung and

10  Dr. Sawyers about Dr. Chen's request to you?

11     A      No.

12     Q      And why not?

13     A      I mean, I was very close to Charlie.  We was

14  friend.  And I thought that it just a lapse of judgment.  So I

15  even document that sentiment in a letter that I wrote to whom

16  it may concern.  So I don't want to create a lot of problem

17  for --

18     Q      Did you eventually tell Dr. Jung and Dr. Sawyers

19  about Dr. Chen's actions?

20     A      Yes, until later on.

21     Q      And what prompted you to eventually tell Dr. Jung

22  and Dr. Sawyers about this?

23     A      Because when I was about to leave UCLA, I tried

24  to put -- you know, write down all the chemicals that I made at

25  UCLA.  And since A51 was one of difficult compound, the most

```
 1   difficult compound, I'm kind of proud to want to put in my

 2   report, at least at the end, even those we don't have activity.

 3   And I looked into my folder, and I lost it.  And --

 4        Q      Where was the folder just physically located?

 5        A      In the file cabinet.  So I lost it, and then it

 6   just remind me back of the incident of a notebook.  So I

 7   promptly wrote an e-mail to Dr. Sawyers.

 8        Q      So you were looking for what particular document?

 9   I just want to be clear for the record.

10        A      The spectra of A51, because when you finish the

11   compound, you have those physical spectra, but you can also

12   look at the spectra and then write it down in a written format.

13   But you need the spectra to -- you need to consult the spectra

14   so that you can convert it to a written format.

15        Q      And you testified that that NMR spectra for A51

16   was missing; is that right?

17        A      Yes.

18        Q      And what was your reaction when you saw that the

19   NMR spectra for A51 was not in your files?

20        A      So my lab mates say that they saw Charlie come to

21   look in my folders.  I was -- I put A and B together.  I think

22   that the notebook incident come back, and I believed that the

23   compounds with the pyridine could be active.

24        Q      And once you had that reaction, just generally

25   did you tell anybody else?
```

78

```
 1          A       Yeah, I tell my professor.

 2          Q       Did you --

 3          A       I told them.

 4          Q       Okay.  And did you memorialize this set of events

 5   anywhere?

 6          A       In one e-mail that I wrote to Professor Sawyers.

 7          Q       Anyplace else?

 8          A       And later on I have a formal memo in UCLA's

 9   stationery.

10          Q       Right.

11                  If we could please turn to TX13.  That's in

12   Volume 1.  I believe that's in evidence.

13          A       Yes.

14          Q       Is this a copy of the one of the memos you wrote

15   memorializing the events you just described?

16          A       Yes.

17                  THE CLERK:  Counsel, I don't have that in evidence.

18   BY MR. RAMSEY:

19          Q       In that case, please take a look at TX13 and tell

20   me -- describe briefly what it is.  TX13.

21          A       This memo?

22          Q       Yes.

23          A       So it's a letter that I wrote to whom it may

24   concern telling the story of how we design the molecule, the

25   meeting in August -- I mean, this one I refer to summer 2004,
```

**UNITED STATES DISTRICT COURT**

Appx0415

```
 1   about my idea, there are three idea.  One of them is an idea to

 2   replace the first aryl ring with a heterocyclic ring.

 3        Q    All right.  And just this document also in

 4   addition to those things memorialized events regarding

 5   Dr. Chen's interactions with you and the NMR spectra?

 6        A    Yes, that too.

 7             MR. RAMSEY:  Okay.  Move to admit Exhibit TX13.

 8             THE COURT:  It will be received.

 9             (Exhibit No. 13 received into evidence.)

10   BY MR. RAMSEY:

11        Q    So after you provided A51 compound to Dr. Chen

12   for testing in January 2005, when was the next time you worked

13   on the A-series?

14        A    Later.  So 2005, October 2005.

15        Q    If you can please turn back to TX138.  It's in

16   Volume 5.  TX138 in Volume 5.

17        A    Yes.

18        Q    And just again, what is this document, and what

19   is its date?

20        A    Which exhibit?

21        Q    TX138, 138.

22        A    So this is another letter that I wrote to

23   Dr. Sawyers.

24        Q    What's the date of this document?

25        A    October 27, 2005.
```

UNITED STATES DISTRICT COURT

80

```
 1        Q       Do you see on the first page of this document a
 2   diagram of a chemical structure?
 3        A       Yes.
 4        Q       What is that diagram?  What does it depict?
 5        A       It depict the A51 structure.
 6        Q       If you would please turn to the next page of
 7   TX138.  Let me know when you are there.
 8        A       Yes.
 9        Q       Do you see a second diagram of another compound
10   there?
11        A       Yes.
12        Q       What is the name of that compound?
13        A       Now also known as A52.
14        Q       And who came up with the structure of A52?
15        A       I came up with it.
16        Q       Did Dr. Chen ever suggest to you combining a
17   left-hand pyridine ring with any of the substituents of the
18   compound RD162?
19        A       No.
20        Q       After you drew the A51 and A52 compounds in this
21   letter to Dr. Sawyers, what did you do next with respect to the
22   A-series?
23        A       So I start to resynthesize A51 but also
24   synthesize this second molecule that now known as A52.
25        Q       And after you synthesized A51 and A52 at this
```

```
 1   later point, what did you do with them?
 2        A      I give to Jong Wongvipat and Chris Tran for
 3   biological evaluations.
 4        Q      And was Dr. Chen still working in Dr. Sawyers'
 5   lab at the time these events were going on regarding A51 and
 6   A52?
 7        A      No.
 8        Q      Did Mr. Tran or Mr. Wongvipat ever tell you about
 9   the results of biological tests of -- for A51 and A52?
10        A      Yes.
11        Q      How would you describe the results of those
12   tests?
13        A      Actually, it's really, really good.  It's top
14   tier.  Basically it's as good as our base compound.
15               MR. RAMSEY:  Okay.  Nothing further at this time,
16   Your Honor.
17               THE COURT:  Okay.  Cross?
18                       CROSS-EXAMINATION
19   BY MR. CWIK:
20        Q      Just a few questions, Dr. Ouk.
21               Dr. Ouk, do you agree Dr. Chen's research and
22   employment at UCLA was very critical to the research and
23   development of therapeutic compounds to treat prostate cancer;
24   is that correct?
25        A      I agree that his contribution is very important
```

```
 1    for the RD-series.

 2           Q       And, Dr. Ouk, you've received patent royalties

 3    due to a prostate cancer drug known as XTANDI; is that correct?

 4           A       Yes.

 5           Q       And UCLA has paid you approximately $50 million

 6    due to the XTANDI drug; is that correct?

 7           A       More than 50.

 8                   MR. CWIK:  No further questions.

 9                   MR. RAMSEY:  I'll object to relevance.

10                   THE COURT:  Overruled.

11                   MR. CWIK:  Goes to the bias of the witness,

12    Your Honor.  Thank you.

13                   THE COURT:  Anything else?

14                   MR. CWIK:  No, Your Honor.

15                   THE COURT:  Redirect?

16                   MR. RAMSEY:  Nothing further.

17                   THE COURT:  I have just a couple questions.  One is

18    at that meeting in August of 2004, there's four people?

19                   THE WITNESS:  Yes.

20                   THE COURT:  Who called the meeting?

21                   THE WITNESS:  Actually, me and Dr. Jung because --

22                   THE COURT:  You and Dr. --

23                   THE WITNESS:  Dr. Jung.

24                   THE COURT:  Okay.

25                   THE WITNESS:  And Dr. Jung's lab, because the topic
```

**UNITED STATES DISTRICT COURT**

```
 1                      MICHAEL JUNG,
 2   called as a witness by the defendants, was sworn and testified
 3   as follows:
 4                   DIRECT EXAMINATION
 5   BY MS. KUWAHARA:
 6       Q      Dr. Jung, could you remind us again.  You said
 7   you are a professor at UCLA yesterday.  And what do you teach
 8   at UCLA?
 9       A      I teach organic chemistry, medicinal chemistry,
10   and pharmaceutical chemistry.
11       Q      I want to start by briefly talking about the
12   RD-series, not the A-series.  Yesterday you heard Dr. Chen
13   testify about how the RD-series project began.  Do you agree
14   with that recitation of events?
15       A      Not at all.
16       Q      And how did you get first -- how did you first
17   get involved in working with the RD-series, Dr. Sawyers?
18       A      In the summer of 2002, Charles and some members
19   of his group -- I remember Derek Welsbie.  I don't remember
20   every one -- came over to my office for a meeting.  He wanted
21   me to make a compound based on the structure of bicalutamide.
22   We said we would try to do that.  I hired a student to work in
23   my lab.  And she made the compound.  He tested it.  It was
24   pretty active, but it was also quite toxic.  That's how we got
25   started.
```

1    Q       When you say "Charles," you mean Dr. Sawyers?

2    A       Yes, I'm sorry, Charles Sawyers.

3    Q       And when did Dr. Ouk join the project?

4    A       He was -- I hired him to work as a post-doc in my

5    lab starting in January of 2003.

6    Q       And ultimately how many compounds are in the

7    RD-series?

8    A       I think it's 175 or so.

9    Q       And so how did you start that drug discovery

10   process for the RD-series?

11   A       We read the literature and tried to come up with

12   a good approach for how you would do that.  You know, drug

13   discovery is not easy.  And we decided to start off with a

14   compound that was known in the literature that was a very

15   strong binder to the AR, and that compound had been made by

16   Roussel Uclaf and was called RU59063.

17   Q       In this process, the chemists would make the

18   compounds?

19   A       Absolutely.  We would sit and think about the

20   structures.  We'd have to draw new structures, have some

21   rationale for making a new structure.  We would make it and

22   then have it tested by the biologists.

23   Q       What would happen after you get the test results

24   for the compounds for the RD-series?

25   A       Well, first of all, Samedy and I would look over

1  the test results ourselves and see which was good, which was

2  bad.  And then once every about month or two we would have a

3  meeting, joint meeting with the biologists and talk about the

4  results.

5      Q      And is there a name for this process of examining

6  the results?

7      A      Yes.  When you look at the new structure and it

8  has a new activity, you are building a relationship, and it's

9  called a structure-activity relationship, sometimes abbreviated

10  SAR.

11      Q      And what would you do next based on these SAR

12  discussions?

13      A      Well, if a compound or certain class of compounds

14  was completely inactive, you just drop it because you didn't

15  see any reason to continue.  But if a compound looked good, you

16  then have to come up with a chemical idea for what could I

17  change, what chemistry could we do differently, what different

18  groups could we put on the molecule that might help get better

19  activity.

20      Q      And was Dr. Chen involved in this

21  structure-activity relationships with respect to the RD-series

22  compounds?

23      A      He certainly was there, and he did all the

24  testing, and we used those test results, yes.

25      Q      And is he an inventor for the patents covering

```
 1   the RD-series patent --

 2         A       I believe he is, yes.

 3         Q       -- compounds?

 4                 Did Dr. Chen come up with the chemical structure

 5   of RD37?

 6         A       No, not at all.

 7         Q       Dr. Chen come up with the chemical structure of

 8   RD162?

 9         A       No, not at all.

10         Q       Did you ever see Dr. Chen design a chemical

11   compound?

12         A       No, I did not.

13         Q       Did you ever see Dr. Chen synthesize a chemical

14   compound?

15         A       No, I did not.

16         Q       Was Dr. Chen the driving force of the RD-series

17   project?

18         A       I heard that in the first testimony yesterday,

19   but no, he was not the driving force.  That was me and Samedy

20   Ouk.

21         Q       Is that for the chemistry?

22         A       For the chemistry part of that.

23         Q       Switch to the A-series.  How many compounds are

24   in the A-series?

25         A       There are only two compounds.
```

```
 1        Q      And what are they called?

 2        A      A51 and A52.

 3        Q      How many structure-activity relationship

 4   discussions did you have with respect to the A-series

 5   compounds?

 6        A      We had none, none at all.

 7        Q      Would you say the process for designing A51 and

 8   A52, how does it compare with the process for designing

 9   compounds in the RD-series?

10        A      It's completely different.  We made two

11   compounds.  We had an extremely active compound, and we took it

12   forward.

13        Q      Did Dr. Chen perform any structure-activity

14   relationship analysis regarding the A-series compounds?

15        A      None at all.

16        Q      So this case, as you know, is about the A51 and

17   A52.  How would you describe the general structure of those

18   compounds?

19        A      There are three components.  The left-hand ring

20   is a pyridine ring with some substituents.  The center is a

21   spirocyclic thiohydantoin.  And the right-hand ring is an

22   aromatic ring with substituents.

23        Q      If I put up a demonstrative -- I guess let me --

24               May I approach, Your Honor?

25               What does this drawing show?
```

```
 1        A       It's the structure of A51.

 2        Q       Do you remember the first time anyone suggested

 3   using a compound with a left-hand pyridine ring a central

 4   spirocyclic thiohydantoin, and a right-hand aryl ring to treat

 5   prostate cancer?

 6        A       We talked about that in the meeting of August 31,

 7   2004.

 8        Q       We've heard testimony from Dr. Ouk about this

 9   August 31, 2004 meeting.  Is that the same meeting?

10        A       That's the same meeting, yes.

11        Q       And we've heard testimony about the purpose of

12   that meeting.  Could you tell us what you believe the purpose

13   of the meeting was?

14        A       I believe I was the person who called the

15   meeting.  I'm sure of that.  And from -- what Samedy said is

16   correct.  We were worried about the possible coverage of the

17   RD-series by some patents we had found by Roussel Uclaf.  Turns

18   out we were incorrect in our assumptions, but that was what the

19   reason for the meeting was to talk about the possible coverage

20   of our own patents and to try to come up with new chemical

21   structures that would be outside the RD-series.

22        Q       Why were the biologists, Dr. Chen and

23   Dr. Sawyers, invited to this meeting?

24        A       We had been working together for a year and a

25   half.  And they had made -- they had tested all of the
```

1    compounds that we had made.  They were part of the team.  And

2    so essentially we were saying that look, everything we've done

3    up to now may be covered by other patents.  I wanted them to be

4    there to hear that.

5         Q     And who came up with the idea to create a

6    pyridine scaffold?

7         A     So Samedy was the first to suggest let's put a

8    heterocyclic ring on the left-hand side.  And then he and I

9    talked about pyridines.  And, in fact, there are three

10   different types of pyridines that one could have.  And we went

11   up to the white board and drew structures because there are

12   three different places where you can put the nitrogen.  And we

13   talked about which one might be the best and why and eventually

14   came up with a rationale for why we wanted the one with the

15   nitrogen where it is in this structure.

16        Q     Did Dr. Chen come up with the idea of creating a

17   scaffold with the left-hand pyridine ring?

18        A     No, he did not.

19        Q     Who came up with the idea of connecting the

20   left-hand pyridine ring to a central spirocyclic thiohydantoin?

21        A     Samedy Ouk and myself.

22        Q     Did Dr. Chen ever contribute to the idea of

23   attaching a left-hand pyridine ring to a central spirocyclic

24   thiohydantoin?

25        A     No, he did not.

```
 1        Q       Do you recall Dr. Chen ever providing input on
 2   the chemical structures in any meeting?
 3        A       No, not at all.
 4        Q       If you could please take a look at Exhibit 28.
 5   It's in Volume 1.
 6        A       Yes, I have it.
 7        Q       And what is this document?
 8        A       This is a memo that I gave to Samedy Ouk after
 9   the August 31st meeting.
10                THE COURT:  Let me just help out for the rest of the
11   trial.  If you'd refer to everybody by last name instead of
12   first name.
13                THE WITNESS:  I'm sorry.
14                THE COURT:  No problem.
15                Go ahead, Counsel.
16                MS. KUWAHARA:  Thank you, Your Honor.  I move to
17   admit Exhibit 28 into evidence, Your Honor.
18                THE COURT:  Yes.
19                (Exhibit No. 28 received into evidence.)
20   BY MS. KUWAHARA:
21        Q       Dr. Jung, if you could please look on the first
22   page.  There's a structure with the label A.
23        A       Yes.
24        Q       Can you describe for us what that structure is.
25        A       That's a general structure of the molecules of
```

UNITED STATES DISTRICT COURT

93

the A-series.  It has the pyridine ring on the left-hand side,

the spirocyclic thiohydantoin in the middle, and on the right

it just has the term AR which means an aryl ring.  It doesn't

designate what aryl ring would be there.

Q    Right under the six structures on that page, you

have a sentence.  Could you read that for us.

A    I'm sorry.  My handwriting is terrible.  Yes, I

will read it.  It says, "The first five should be much more

polar.  They have lower CLogP and could have additional binding

interactions.  Since there's a water molecule in the binding

site, additional hydrogen bonding."

Q    At a high level, could you please explain what

this sentence means?

A    So benzene is not a very polar molecule, and

analogues of benzene are generally not as polar.  By changing

the molecule to a pyridine, we were making it a much more polar

molecule.  And I thought polar molecules would bind better in

the central cavity that we were trying to inhibit.

Secondly, the other thing is that this molecule,

the A51 has a lone pair of electrons on the nitrogen, and that

can give hydrogen bonding interactions.  And that was the

rationale for thinking that this would be an active compound.

Q    Approximately when did you draft this document?

A    It had to be after the meeting because I say in

the first line that "at our recent discussion."  And it had to

```
 1   be, I think, before October 18th of 2014 -- of 2004 because
 2   that's when we started the synthesis.  And on that date, he's
 3   starting to use a synthesis that I actually talked about on the
 4   second page of this document.  There's a reference to a BMS
 5   patent.  And that was the first way we tried to make the
 6   compound.  We didn't use that method ultimately.  We came up
 7   with our own route.
 8        Q     Okay, Dr. Jung.  Going back, though, did you have
 9   any discussions similar to this memo that you sent to Dr. Ouk
10   to Dr. Chen?
11        A     Did I have any discussions -- I'm sorry.  I
12   didn't understand.
13        Q     Did you have any discussions about different
14   molecules to make or the rationale for the molecules you are
15   making with Dr. Chen?
16        A     No, not with Dr. Chen, not at all.
17        Q     So in this drawing on A, you drew an AR on the
18   right-hand side?
19        A     Yes.
20        Q     Did you have in mind what the AR might be when
21   you drafted this memo?
22        A     Certainly.  We knew what were the good aryl rings
23   from the RD-series.  So we knew that RD37, for example, was
24   good.  So the 4-methylphenyl ring would be a common
25   substituent.  But there were others that it could have been.
```

UNITED STATES DISTRICT COURT

1   There were other groups of aryl rings that had good activity.

2   So I wasn't sure exactly which ones we would make, but

3   certainly the one from 37 would be one of them.

4        Q    Okay.  And you mentioned that BMS -- I believe in

5   your testimony -- if you turn to page 2, the last paragraph on

6   the page, it says, "BMS patent Salvati."  Is that what you were

7   referring to?

8        A    Yes, exactly, BMS -- sorry.  Yes.

9        Q    If you could turn to Volume 2, Exhibit 55.

10       A    I have Volume 2.

11       Q    And so if you could also just have out Volume 4,

12   Exhibit 97.

13            THE CLERK:  55 and 97?

14            MS. KUWAHARA:  Yes, please.

15            THE WITNESS:  Okay.  I'm on 55.

16   BY MS. KUWAHARA:

17       Q    I believe it's already in evidence.  This is the

18   Salvati patent application.  Is this the patent application you

19   described in your memo?

20       A    I believe it is.  I will have to take a quick

21   look at later pages.  Yes, I think this is it, yes.

22       Q    If you could turn to Volume 4, Exhibit 97.

23       A    Yes.

24       Q    At the bottom there's an e-mail dated October of

25   2004?

1      A       October 13, 2004.

2      Q       And you see there there's a 3-trifluromethyl

3  pyridine?

4      A       Yes, I do.

5      Q       If you are using the route in the Salvati patent

6  in exhibit -- a patent application in Exhibit 55, would you use

7  that chemical?

8      A       No, you would not.  They did not start with

9  3-trifluoromethyl pyridine.  It's nowhere in this patent

10 application.

11     Q       And did you use that 3-trifluoromethyl pyridine

12 in your synthesis of the left-hand pyridine ring?

13     A       Yes.  We came up with a new synthesis, and it

14 started with 3-trifluoromethyl pyridine.

15     Q       To your knowledge, had that successful synthesis

16 ever been used before?

17     A       Not as far as I could find in the literature.  No

18 one had ever done the chemistry that we did to get to A51.

19     Q       Did you discuss the method of making A51 with

20 Dr. Chen?

21     A       No, I did not.

22     Q       What about the method of making A51 -- A52?

23     A       No, not at all.

24     Q       What is your understanding of what Dr. Ouk did

25 with A51 after the first time he synthesized it in

```
 1   January 2005?

 2        A      I'm sure he did what he said he did; namely, to

 3   give it to Dr. Chen for testing.

 4        Q      What, if anything, did you learn about the

 5   results of that biological testing?

 6        A      Samedy came to see me a week or two later, and he

 7   told me that Charlie had said it was bad.

 8             THE COURT:  Again, if we could use last names.

 9             THE WITNESS:  Sorry.  Samedy Ouk had come to me and

10   told me that Dr. Chen had told him that the compound was

11   inactive, it was bad.

12   BY MS. KUWAHARA:

13        Q      Did you hear anything from Dr. Chen?

14        A      Later that week, I went down to Samedy's

15   office -- Dr. Ouk's office, and I just happened to run into

16   Dr. Chen.  He was there.  And I asked him myself.  I said, hey,

17   the new compound we've been trying to make, we gave it to you,

18   you say it's inactive?  He says it's bad, it's no good.  So he

19   told me that to my face.

20        Q      And what was your reaction when you were told the

21   A51 was not an active compound?

22        A      I though -- well, first of all, I was surprised

23   because we had a good rationale for why it should be active.

24   So I was disappointed because I hoped it would be active

25   because it would get us around any of the patent problems.  So
```

**UNITED STATES DISTRICT COURT**

1    disappointment more than -- surprise and disappointment.

2         Q       After you were told that A51 had no activity or

3    the compound later becomes known as A51, what happened to the

4    A-series project?

5         A       Well, when you are testing an inactive series,

6    you don't want to make any more compounds.  That just wastes

7    time.  So we didn't do any further work on the A-series until

8    much later.

9         Q       And what happened much later?

10        A       Well, we've already seen the letter that

11   describes the events of what Dr. Chen did.  And so later, after

12   that letter, Samedy decided to remake A51 and have it tested by

13   someone other than Dr. Chen.

14        Q       And what was your reaction when you learned the

15   test results of A51 and A52?

16        A       I was very happy because they were extremely

17   active, very active compounds.  But I was also extremely upset

18   because a scientist I trusted had lied to us and had delayed

19   the progress of that research project for months.

20        Q       And in terms of your positive feelings about

21   this, focusing on those, on paper it looks like just adding a

22   letter N.  Can you explain why this change was so exciting to

23   you?

24        A       Well, it's much more than that.  It looks simple

25   when you draw it on a sheet of paper, but it's much more

1    serious.  Because when you go from a CH bond to an N,

2    everything in the ring changes.  It's not a simple change.

3    It's a very distinct change.  Bond angles change.  Bond lengths

4    change.  The polarity changes.  Benzene has zero dipole moment.

5    Pyridine has a very strong dipole moment.

6              So a lot of things change, and in particular, the

7    polarity changes.  And the fact that the pyridine ring has a

8    lone pair of nitrogens that can do hydrogen bonding whereas the

9    benzene ring didn't.  And I had seen in X-ray structures that

10   there were water molecules in that part of the space of the

11   androgen receptor.  And so by having the lone pair of electrons

12   there, I thought we could get additional binding and make a

13   better compound.

14             MS. KUWAHARA:  Thank you.  I pass the witness.

15             THE COURT:  Cross?

16                      CROSS-EXAMINATION

17   BY MR. TANG:

18        Q      Dr. Jung, first of all, TX28 that we were just

19   discussing, it had no date on it; right?

20        A      TX28?

21        Q      That's the handwritten notes that you drew out a

22   generic structure of pyridine with thiohydantoin.  That --

23        A      Can someone put it on the screen?

24        Q      That document has no date on it; right?

25             THE COURT:  What document is it?

```
 1              MR. TANG:  TX28.
 2              THE COURT:  Do you have that with you?
 3              THE WITNESS:  I'm sure he has it on the screen.
 4    Yeah.  Go to the next page, please.  No, it has no dates.
 5    BY MR. TANG:
 6         Q      And you discovered this document during
 7    litigation with Medivation, didn't you?
 8         A      I wrote this document, and I kept a copy of it in
 9    my files under Samedy.  But I didn't discover it there.  I knew
10    it from the time I wrote it.
11         Q      And the next time you saw it was from the
12    Medivation litigation in 2012?
13         A      The next time I would look at it was then, yes.
14         Q      And you were --
15         A      Actually, no, it was probably when -- it
16    was before then.  It was when we started doing further -- when
17    we decided to go ahead and patent the compounds, A51 and A52.
18         Q      Are you certain this document was created by you
19    before October 18, 2004?
20         A      It's the only thing that makes sense.  I would
21    not have written a document telling --
22         Q      Are you certain?
23         A      In my mind, I'm certain.
24         Q      Okay.  This document didn't have the right-hand
25    structure for A52; is that right?
```

**UNITED STATES DISTRICT COURT**

```
 1       A       It does not have the right-hand structure for A51

 2   or A52.

 3               THE COURT:  If you can bring the microphone a little

 4   closer to you.  There you go.

 5               THE WITNESS:  Sorry.

 6   BY MR. TANG:

 7       Q       So with all your chemical knowledge and all

 8   Dr. Ouk's chemical knowledge, you two could not have written

 9   down the structure of A52 in August of 2004; is that right?

10       A       We certainly did not write it in this document.

11   And since the structure of RD162 was unknown at that time, no,

12   we would not have written it.

13       Q       Exactly.  RD162 can -- will come about a year

14   later through Dr. Chen's testing; right?

15       A       Samedy Ouk and I decided to make compound RD162

16   because we wanted to test it, and it's certainly true that

17   Dr. Chen did the testing.

18       Q       The identification of the best right-hand side

19   piece to be combined with pyridine will have to wait until

20   Dr. Chen identified RD162; right?

21               MS. KUWAHARA:  Objection.  Argumentative.

22               THE COURT:  Overruled.

23               THE WITNESS:  We had to see what the test results

24   were of all the compounds between about compound 80, we were up

25   to about RD80 --
```

```
1   BY MR. TANG:

2        Q       Right.

3        A       -- and the final compounds we had up until the

4   170s.

5        Q       Right.  In general, no one can predict whether a

6   new compound is going to an AR antagonist or agonist.  Do you

7   agree?

8        A       We had learned -- so in general, no.  But we had

9   learned general principles.  Anything that had an aryl ring at

10  that spot had turned out to be an antagonist, not an agonist.

11  So we had good reason to believe, good rationale, for saying

12  that these would be agonists -- sorry, antagonists, not

13  agonists.

14       Q       Do you remember being deposed earlier this year?

15       A       Yes, I do.

16       Q       And would you degree that before A51 was tested,

17  you had no idea whether the A compounds would be active or not?

18       A       We have here I say a rationale for why we think

19  it would be active, but you are right.  You never know until

20  you make a compound and test it.  That's true.

21       Q       Because in general, biology is the hardest thing

22  to predict; right?

23       A       It's hard to predict biology.

24       Q       But once you have known that RD162 was quite

25  good, then it would be natural to take the left-hand pyridine
```

1    piece and put it with 162 to make A52; isn't that right?

2        A     That would be a natural thing to do.

3        Q     Another thing you just testified is you asked

4    Dr. Chen about the activity of A52 in early 2005?

5        A     In February of 2005, yes.

6            MR. TANG:  Can we have 140 on the screen, please?

7    That's already in evidence.  Can you blow up the middle part.

8        Q     TX140 says, "I will e-mail Professor Jung to let

9    him know about the existing of A51."

10            Now, this appears to be an e-mail from Dr. Ouk;

11    right?

12        A     I'm sorry.  I don't see where you are reading.

13    What is on my screen didn't say that.

14        Q     Yeah, it's the second paragraph on the bottom.

15    "I will e-mail Professor Jung to let him know about existing of

16    A51."

17        A     Yes, I see that.

18        Q     And the date of the e-mail --

19            MS. KUWAHARA:  Objection.  Hearsay, Your Honor.

20            MR. TANG:  It's impeachment.

21            THE COURT:  Go ahead, Counsel.

22    BY MR. TANG:

23        Q     The -- you recognize the e-mail just with

24    Dr. Sawyers; right?

25        A     Yes.

```
 1              THE CLERK:  Thank you.  You may be seated.  May I
 2     please ask that you restate your name for the record and spell
 3     your last name.
 4              THE WITNESS:  Charles Hal Sawyers, S-a-w-y-e-r-s.
 5              THE CLERK:  Thank you.
 6                          CHARLES SAWYERS,
 7     called as a witness by the defendants, was sworn and testified
 8     as follows:
 9                          DIRECT EXAMINATION
10     BY MS. SUZUKI:
11          Q      Good morning, Dr. Sawyers.
12          A      Good morning.
13          Q      Would you please begin by telling the Court a
14     little bit about yourself.  Where are you currently employed?
15          A      I'm currently employed at Memorial Sloan
16     Kettering Cancer Center.
17          Q      What is your current position?
18          A      I'm the chair of the human oncology and
19     pathogenesis program.  I'm an investigator of the Howard Hughes
20     Medical Institute, and I'm a professor at Weill Cornell Medical
21     Center.
22          Q      How long have you been employed at Memorial Sloan
23     Kettering?
24          A      13 and a half years.
25          Q      And before you began your work at Memorial Sloan
```

```
 1    Kettering, where were you employed?

 2         A      At UCLA.

 3         Q      What years were you employed at UCLA?

 4         A      I became an assistant professor in the department

 5    of medicine at -- in 1993.  And I was at UCLA until 2006 when I

 6    moved to Sloan Kettering.

 7         Q      What was your last position at UCLA?

 8         A      I was a professor of medicine, pharmacology,

 9    urology.  I was a member of the Johnson Comprehensive Cancer

10    Center, the Molecular Biology Institute, and I was an

11    investigator of the Howard Hughes Medical Institute.

12         Q      Do you have any professional relationship with

13    UCLA today?

14         A      No.

15         Q      Now, just before Dr. Chen left UCLA in 2005, was

16    he still working in your lab?

17         A      Yes.

18         Q      Dr. Chen testified yesterday that he had an

19    independent faculty position in 2003.  Do you remember that?

20         A      I don't.  My understanding is that he had an

21    adjunct assistant professor position which is not an

22    independent position.  An independent position at UCLA and at

23    other medical centers means independent laboratory space as

24    well.  Typically they are assigned through a competitive search

25    process.  And I was not aware that Dr. Chen had been through
```

1    such a process.

2              And as a member of the department of medicine, I

3    would have known because I was actually the vice chair of

4    research for the hematology/oncology division which was run by

5    Dr. Dennis Slamon.

6         Q      If Dr. Chen had received an appointment to an

7    independent faculty position, would you have kept him as a

8    member of your lab group?

9         A      No.  The typical right move at that point is for

10   a trainee to move into their independent laboratory space so

11   they can develop their own career independent of their mentor.

12        Q      Let's now turn to the August 2004 meeting.  Were

13   you present at the August 2004 meeting?

14        A      I was.

15        Q      Who else was present at that meeting?

16        A      Dr. Jung, Dr. Ouk, and Dr. Chen.

17        Q      Did Dr. Chen contribute to the discussion

18   regarding chemical structures at that August 2004 meeting?

19        A      No.

20        Q      Based on your working relationship with Dr. Chen

21   between 1999 and 2005, did you develop a personal understanding

22   of his abilities as a scientist?

23        A      I did.

24        Q      What's your personal understanding of Dr. Chen's

25   ability as a scientist?

1        A       Dr. Chen is a talented biologist.

2        Q       What's your personal understanding of Dr. Chen's

3    chemistry skills?

4        A       I have no knowledge of Dr. Chen having chemistry

5    skills prior to arriving in my lab from his prior training or

6    based on the interactions that I had with him during the six

7    years that he was in my laboratory.

8        Q       Between August 2004 and November 2005, do you

9    recall discussing A51 with Dr. Chen?

10       A       No.

11       Q       Let's please turn in Volume 6, binder 6, to

12   Exhibit 150.  This is already in evidence.

13               If Mr. Duvall could pull it up on the screen,

14   that would be fine.

15               Is this an e-mail from you to Emily Loughran of

16   the UCLA intellectual property office?

17       A       Yes, it is.

18       Q       Counsel directed you yesterday to the last full

19   paragraph on that first page where it says, "If so, he may be

20   legally entitled to inventorship."  Do you see that?

21       A       I do.

22       Q       When you sent this, was it your job to make

23   decisions on who to list as an inventor on UCLA patents?

24       A       No, it's not my job.

25       Q       Was it ever your job at UCLA to make inventorship

```
 1        A       Yes, it does.

 2              MR. SUZUKI:  Defendants move to admit Exhibit 228.

 3              THE COURT:  Again, Counsel, unless there's a

 4   specific page he's testifying to, it's not going to come in.

 5              MS. SUZUKI:  Understood.

 6        Q       Does page 1 include your education history?

 7        A       Yes.

 8              MS. SUZUKI:  We'll move to admit page 1 of 228.

 9              THE COURT:  It will be received.

10              (Exhibit No. 228-1 received into evidence.)

11   BY MS. SUZUKI:

12        Q       Based on your education, experience, and

13   qualifications, do you consider yourself to be an expert in the

14   field of cancer research tools and methodologies, cancer

15   treatments, oncology, and biology?

16        A       Yes, I do.

17        Q       Does that expertise include knowledge of in vitro

18   assays to test androgen receptor activity?

19        A       Yes.

20              MS. SUZUKI:  Defendants move to have Dr. Sawyers

21   qualified as an expert in the field of cancer research tools

22   and methodologies, cancer treatments, oncology and biology, and

23   that Dr. Sawyers be allowed to so testify.

24              THE COURT:  He will be so qualified.

25   BY MS. SUZUKI:
```

1    Q    Dr. Sawyers, will you please summarize your

2    opinions for the Court.

3    A    I was asked to review the CC1 data that we've

4    heard about during the last two days and specifically whether

5    or not those tests could be performed using reagents that are

6    widely available, and my conclusion is yes.

7    Q    And so your opinion is yes, that those testing

8    methods shown in CC1 and the CC1 data would have been publicly

9    available?

10   A    Yes, publicly available and practicable by a

11   biologist trained in cell culture and molecular biology.

12   Q    And that would be as of the date that those test

13   results have been given which is in February of 2005?

14   A    Yes, correct.

15   Q    Let's now turn in binder 1, please, to

16   Exhibit 16, 16, which is already in evidence.

17   A    Which tab?

18   Q    16.

19        THE COURT:  It's on the screen.

20        THE WITNESS:  Okay.  I got it, yeah.

21   BY MS. SUZUKI:

22   Q    Are these the CC1 data that you reviewed for your

23   opinion?

24   A    Yes.

25   Q    Backtracking just momentarily.  In addition to

1    the CC1 data, Exhibit 16, did you review anything else in

2    forming your opinions as an expert for this case?

3         A     Yes.  I reviewed prior literature from my own lab

4    and from other labs in which similar types of testing of

5    androgen receptor activity using these assays has been

6    reported.

7         Q     Focusing on Exhibit 16 which is in front of you,

8    based on your expertise, do you have an understanding of what

9    assays are reported on the three pages of Exhibit 16?

10        A     Yes, I do.  On this page, as it says on the

11   Y axis, this is a luciferase assay which we heard about

12   yesterday.

13        Q     What's a luciferase assay?

14        A     Luciferase is a gene based from firefly

15   originally and which allows, when introduced into cells, for

16   light to be emitted which can be detected from those cells.

17   And when hooked up through molecular biology cloning to the

18   right reporter signal, it's an extremely useful tool to rapidly

19   evaluate the activity of a signal of interest, in this case

20   androgen receptor activity, over a large dynamic range quickly

21   and with high throughput and with very little expense.

22        Q     Focusing on the second two pages of the

23   Exhibit 16, what is your understanding of what assays are being

24   reported there?

25        A     The Y axis says relative PSA levels.  And based

1    on what I know generally in the field and what was practiced in

2    my laboratory at the time, I believe this is the PSA ELISA

3    assay.  This is a test that measures the secretion of the PSA

4    protein by cells into the media, and it can be conveniently and

5    easily detected in a quantitative way with an antibody-based

6    kit that's commercially available that's called an ELISA.

7         Q      What does PSA stand for?

8         A      Prostate-specific antigen.

9         Q      In your opinion, were the luciferase and PSA

10   assays publicly known by February 2005?

11        A      Yes.

12        Q      If you'll turn in your -- in binder 14, please,

13   14.

14        A      Sorry.  This is the wrong binder.

15        Q      I'll wait until the binder is in front of you

16   before reading the exhibit number.

17               Doctor, in binder 14, we are looking at

18   Exhibit 2039, please.

19        A      I have it.

20        Q      Is Exhibit 2039 one of the documents you relied

21   on for your opinion?

22        A      It is.

23        Q      What is Exhibit 2039?

24        A      This exhibit is a publication in 2004 from Merck

25   Research Laboratories.  And the reason I selected this article

```
 1   is because it demonstrates the use of the PSA ELISA assay to

 2   measure androgen receptor activity in prostate cancer cells

 3   including the LNCaP cells that I believe are represented in the

 4   CC1 exhibit.  It shows that it can be used to test androgen

 5   receptor activity and the effect of inhibitors of androgen

 6   receptor function, and it shows in the methods that the

 7   reagents are publicly available.

 8               MR. TANG:  Objection.  This is actually not expert

 9   testimony.  He's talking about what Dr. Chen did now.

10               THE COURT:  I'm not too sure.  Are you talking about

11   what Dr. Chen did, or are you talking about this report?

12               THE WITNESS:  I'm talking that this report, which

13   was published in 2004, describes the assay.  It teaches how to

14   do a PSA ELISA assay.

15               THE COURT:  Okay.  So all you are saying is what the

16   report says?

17               THE WITNESS:  Yes.

18               MR. TANG:  Your Honor, that's fine.  But then he

19   said this is the same thing that Dr. Chen --

20               THE COURT:  That part will be stricken.  Go ahead.

21   BY MS. SUZUKI:

22        Q     Does the method section of Exhibit 2039 say

23   anything about the availability of the PSA ELISA kit?

24        A     It does.  It says that it can be purchased

25   through a company.
```

```
 1              MS. SUZUKI:  Defendants move to admit Exhibit 2039.
 2              THE COURT:  It will be received.
 3              (Exhibit No. 2039 received into evidence.)
 4   BY MS. SUZUKI:
 5         Q     We'll next turn in binder 2 to Exhibit 44 which
 6   is already in evidence.  So if you are comfortable, you can
 7   just look at it on the screen.
 8         A     Okay.
 9         Q     Is Exhibit 44 one of the documents you relied on
10   for your opinions?
11         A     It is.
12         Q     What is Exhibit 44?
13         A     This is a publication from my laboratory
14   coauthored by Dr. Chen and myself.  And it was published in
15   2002.
16         Q     How does Exhibit 44 support your opinion that the
17   CC1 assays in Exhibit 16 were publicly available by
18   February 2005?
19         A     This publication describes the PSA -- I'm sorry,
20   the luciferase assay that was used in the CC1 exhibit.  And --
21         Q     Was --
22         A     I refer you to Figure 2D on the bottom.  You see
23   this is a cartoon of a stretch of DNA that includes the PSA
24   enhancer and PSR promotor hooked up to luciferase.  So when I
25   was saying earlier why was luciferase useful, in this case
```

```
 1    those elements read out androgen receptor activity, and now

 2    through molecular cloning they are hooked up to luciferase.

 3             And you can use that to measure AR activity, and

 4    that's demonstrated in this figure where you can see the very

 5    high bar is the stimulation of luciferase by androgen or in

 6    this case a synthetic analogue called R1881 and then the

 7    inhibition of that signal in the one right next to it by an

 8    inhibitor called casodex.

 9       Q       Does Exhibit 44 say anything about the

10    availability of the luciferase kit?

11       A       The method section describes the fact that you

12    can purchase the luciferase reagents from a vendor.

13       Q       If you'll turn next in the same binder to

14    Exhibit 9.  This is also already in evidence.  And if you would

15    feel comfortable, you can may look at it on the screen.

16       A       Fine.

17       Q       Is this a document you relied on for your

18    opinion?

19       A       Yes, it is.

20       Q       What is Exhibit 9?

21       A       It's a paper published in *Nature Medicine* in

22    January of 2004 that we've heard about earlier in this

23    testimony.  The co-first-authors are Dr. Chen and Dr. Welsbie,

24    and I'm the last author.

25       Q       How does Exhibit 9 support your opinion that the
```

1   CC1 assays reported in Exhibit 16 were publicly available by

2   February 2005?

3       A    This article reports the derivation of a cell

4   line called LNCaP AR, and it demonstrates the concept that

5   prostate cancer cells that are sensitive to at the time current

6   antiandrogens can be made resistant by introducing higher

7   levels of the androgen receptor through a DNA construct.

8           It also shows in figure -- I think that's 5, I

9   can't see the number, in Figure 5 that you can use those

10  cells -- you can use the parental cells, which in this case are

11  labeled GFP.  That stands for green fluorescent protein.  It's

12  a control.  And the AR are the LNCaP AR cells.

13          You can show that you can use these cells to

14  study the effect of an antiandrogen, either inhibiting PSA or

15  actually stimulating PSA as shown in the Panel B and E using

16  the PSA ELISA.

17      Q    While we are discussing this *Nature Medicine*

18  paper, Exhibit 9, do you have an opinion as to whether

19  Dr. Chen's listing as a co-author of this article constitutes a

20  contribution to the A-series compounds later developed?

21      A    I have an opinion, and that is that this article

22  does not contribute -- authorship on this article does not

23  contribute to inventorship of A-series compounds.  This article

24  teaches what the problem is that needs to be solved, and that

25  is more potent pharmacological inhibitors of the androgen

```
 1    receptor.  They need to be found.  It just points the way
 2    towards what you need to look for.
 3          Q     Based on your review of the literature and the
 4    CC1 data in Exhibit 116, what is your ultimate opinion?
 5          A     Can you rephrase that?  Are you asking about this
 6    article or --
 7          Q     No, just your ultimate opinion based on your
 8    review of the literature, and we looked at --
 9          THE COURT:  Ultimate opinion as to what is what he's
10    asking.  What -- opinion as to what?
11    BY MS. SUZUKI:
12          Q     As to whether a biologist looking at the
13    literature, reviewing the literature, could perform the assays
14    reported in Exhibit 16 based on that publicly available
15    information as of February 2005?
16          MR. TANG:  Object.  Same objection.  If he's saying
17    the exact assay that Dr. Chen performed, that's fact testimony.
18          THE COURT:  He has -- she's asking can someone --
19    I'm assuming -- you can state the question again -- can anybody
20    do it, not as to whether or not Dr. Chen can do it.
21          MR. TANG:  Yes.  But the question is he's linking it
22    to the exact test that Dr. Chen did and do it.  If it's the
23    type of assay, I have no problem with that as expert testimony.
24    But if the question is can someone perform exactly what
25    Dr. Chen did using the reagents that he used, then I have a
```

```
 1   problem with it.

 2              THE COURT:  Overruled.

 3              THE WITNESS:  Answer?

 4              THE COURT:  Answer the question.

 5              THE WITNESS:  So my opinion is that a skilled

 6   biologist, a molecular biologist with training in tissue

 7   culture could read the prior literature and could design a

 8   system in which the androgen receptor is overexpressed and

 9   use readouts like luciferase and PSA ELISA to screen for

10   antiandrogens.

11   BY MS. SUZUKI:

12        Q      Dr. Chen testified yesterday that the luciferase

13   reporter in the 2002 NF-kB paper, which is Exhibit 44, is

14   different from the luciferase reporter used in the cell line

15   for the CC1 data, Exhibit 16.  Do you remember that?

16        A      I do.

17        Q      If that were true, would that change your

18   opinion?

19        A      No, it would not.

20        Q      And why would it not change your opinion?

21        A      Because the 2002 paper makes it clear that you

22   can use that piece of DNA, the PSA enhancer and promoter hooked

23   up to luciferase, and read out androgen receptor activity.  A

24   skilled molecular biologist could take that piece of DNA and

25   using standard cut and paste tools that molecular biologists
```

**UNITED STATES DISTRICT COURT**

1  know how to do move that into different vectors and introduce

2  it into cells of interest for whatever purpose they want in

3  order to measure androgen receptor activity.

4       Q       In your opinion, how much time would it take for

5  a skilled molecular biologist to use techniques to move the

6  vector to another?

7       A       It could take typically many weeks, if not

8  months.  I mean, these are standard techniques, but there's

9  troubleshooting, and it can take time.

10      Q       Dr. Chen testified yesterday that the LNCaP AR

11  cells that he used to generate the CC1 data in Exhibit 16 were

12  different from those reported in the *Nature Medicine* article,

13  Exhibit 9.  Do you remember that?

14      A       Yes.

15      Q       In your opinion, would a trained molecular

16  biologist, after reading the *Nature Medicine* article,

17  Exhibit 9, be able to make their own LNCaP AR cells?

18      A       Yes, I think they would be able to for more or

19  less the same reasons.  The cells are available -- the parental

20  cells are available from commercial sources, and the ability to

21  clone the androgen receptor into a DNA vector of choice and

22  introduce it into the cells is something that a molecular

23  biologist skilled in the arts of tissue culture could do.

24      Q       And that was as of February 2005?

25      A       Yes.

1    Q    In your opinion, once that trained skilled

2  molecular biologist made their own LNCaP AR cells, would that

3  skilled molecular biologist be able to test compounds for

4  androgen receptor activity based on the *Nature Medicine*

5  article, Exhibit 9?

6    A    Yes, that's my opinion.

7    Q    And what's the basis for that?

8    A    The *Nature Medicine* article has evidence in it in

9  which tests of an anti- -- an androgen receptor antagonist that

10  was available at that time was so tested.

11    MS. SUZUKI:  Defendants pass the witness.

12    THE COURT:  Okay.  Counsel, we can either start now

13  or we can just break now because we are going to be breaking in

14  two minutes anyway.  Would you rather wait and come back and

15  start?

16    MR. TANG:  I prefer a break now, Your Honor.

17    THE COURT:  Okay.  We'll break now.  We'll be back

18  in an hour and a half.  We'll see you at 1:00, and we'll take

19  it from there.

20    THE CLERK:  All rise.

21    (At 11:29 a.m. the lunch recess was taken.)

22

23

24

25