**2020-1255**
**VOLUME II OF III**
**Pages Appx0465 – 1474**

𝕴𝖓 𝕿𝖍𝖊
# United States Court of Appeals
### For The Federal Circuit

## DEGUI CHEN,

*Plaintiff – Appellant*,

## v.

## MICHAEL E. JUNG, CHARLES L. SAWYERS,

*Defendants – Appellees.*

**APPEAL FROM THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**IN NO. 2:18-cv-02015-RGK-KS, JUDGE R. GARY KLAUSNER.**

_____

## JOINT APPENDIX

_____

Yixin H. Tang
Shashank Upadhye
Brent Allen Batzer
UPADHYE CWIK LLP
135 South LaSalle Street, Suite 1930
Chicago, Illinois 60603
(312) 598-2610
yixin@amintalati.com
shashank@ipfdalaw.com
brent@amintalati.com

*Counsel for Appellant*

# TABLE OF CONTENTS
## VOLUME I OF III

**Appendix Page**

**Minute (In Chambers)**
**Order and Judgment of**
**The Honorable R. Gary Klausner**
**Re:  Entering Judgment in Favor of Defendants**
          **filed November 6, 2019** .................................................................Appx0001

**Judgment of**
**The Honorable R. Gary Klausner**
**Re:  Entering Judgment in Favor of Defendants**
          **filed November 8, 2019** ................................................................ Appx0009

**United States Patent No. 8,445,507 B2**
          **dated May 21, 2013** ...................................................................... Appx0011

**United States Patent No. 8,802,689 B2**
          **dated August 12, 2014** .................................................................. Appx0040

**United States Patent No. 9,388,159 B2**
          **dated July 12, 2016** ....................................................................... Appx0068

**Docket Entries** ........................................................................................ Appx0096

**Transcript of Trial Day 1, Volume 1 before**
**The Honorable R. Gary Klausner**
          **on October 15, 2019** ..................................................................... Appx0133

          **Testimony of Degui Chen:**

          **Direct Examination by Mr. Tang** ................................................. Appx0171

Transcript of Trial Day 1, Volume 2 before
The Honorable R. Gary Klausner
on October 15, 2019.................................................................... Appx0225

Testimony of Degui Chen:

Direct Examination by Mr. Tang ....................................... Appx0231
Cross Examination by Mr. Ramsey ......................................... Appx0245
Redirect Examination by Mr. Tang ......................................... Appx0288

Testimony of Michael Ernest Jung:

Direct Examination by Mr. Cwik ................................................ Appx0299

Testimony of Charles L. Sawyers:

Direct Examination by Mr. Cwik ................................................ Appx0309
Cross Examination by Ms. Suzuki ...........................................Appx0315

Testimony of Samedy Ouk:

Direct Examination by Mr. Cwik ................................................ Appx0322

Transcript of Trial Day 2, Volume 1 before
The Honorable R. Gary Klausner
on October 16, 2019.................................................................... Appx0340

Testimony of Samedy Ouk:

Direct Examination by Mr. Cwik ................................................ Appx0345
Cross Examination by Mr. Ramsey ......................................... Appx0352

Testimony of Ron H. Bihovsky:

Direct Examination by Mr. Tang ....................................... Appx0363
Cross Examination by Mr. Ramsey ......................................... Appx0382
Redirect Examination by Mr. Tang ...........................................Appx0391

Transcript of Trial Day 2, Volume 1 before
The Honorable R. Gary Klausner
     on October 16, 2019, continued:

<u>Testimony of Samedy Ouk</u>:

Direct Examination by Mr. Ramsey ............................................. Appx0396
Cross Examination by Mr. Cwik................................................... Appx0418

<u>Testimony of Michael Jung</u>:

Direct Examination by Ms. Kuwahara ........................................ Appx0422
Cross Examination by Mr. Tang ................................................. Appx0436

<u>Testimony of Charles Sawyers</u>:

Direct Examination by Ms. Suzuki ............................................. Appx0443

# **TABLE OF CONTENTS**
## **VOLUME II OF III**

**Appendix Page**

**Transcript of Trial Day 2, Volume 2 before**
**The Honorable R. Gary Klausner**
      on October 16, 2019......................................................................... Appx0465

**Testimony of Charles Sawyers:**

**Cross Examination by Mr. Tang** ................................................. Appx0467

**Testimony of Jeffrey Winkler:**

**Direct Examination by Mr. Ramsey**........................................... Appx0475
**Cross Examination by Mr. Cwik**................................................. Appx0493

**Testimony of John Wongvipat:**

**Cross Examination by Mr. Cwik**................................................. Appx0503

**Plaintiff's Exhibits:**

7.      **Letter to Rita Hao from Weisun Rao**
      **Re:  Inventorship for U.S. Pat. No. 8, 445,507**
            **dated November 11, 2013**............................................Appx0531

9.      **Nature Medicine Article:  "Molecular determinants of**
      **resistance to antiandrogen therapy."**
            **dated January 2004** ................................................... Appx0533

12.    **United States Patent No. 7,709,517 B2**
            **dated May 4, 2010** .......................................................Appx0541

13.    **Letter from Dr. Samedy Ouk**
      **Re:  A51 Invention**
            **dated November 15, 2005** ......................................... Appx0637

14.    **NMR Spectroscopy Results**
            **dated January 23, 2005**...............................................Appx0642

<u>**Plaintiff's Exhibits,**</u> continued:

17.    **Acknowledgements**
             undated ......................................................... **Appx0646**

18.    **Email Correspondence between**
       **Charles Sawyers and Samedy Ouk**
       **Re:  Please Read the Attached File**
             dated November 5, 2005 ........................... **Appx0647**

19.    **Email Correspondence between**
       **Samedy Ouk and Michael Jung**
       **Re:  Corrections to Letter**
             dated November 14, 2005 ..........................**Appx0651**

28.    **Letter to Samedy Ouk**
       **Re:  Summary of Compounds**
             undated ......................................................... **Appx0652**

38.    **Email Correspondence between**
       **Charles Sawyers and Michael Jung**
       **Re:  Let's Write a Grant**
             dated July 30, 2005 ....................................**Appx0661**

57.    **Test Results and Notes**
             various dates ............................................... **Appx1109**

67.    **Exhibit D to Dr. Bihovsky's Opening Expert Report**
       **On Patent Inventorship**
             undated ......................................................**Appx1365**

# TABLE OF CONTENTS
## VOLUME III OF III

**Appendix Page**

**Transcript of Trial Day 2, Volume 2 before
The Honorable R. Gary Klausner
        on October 16, 2019, continued:**

**Plaintiff's Exhibits, continued:**

127.    **Exhibit C to Dr. Bihovsky's Opening Expert Report
        On Patent Inventoryship**
                undated ....................................................................Appx1474

131.    **UCLA Invention Report**
                dated December 10, 2005...........................................Appx1868

138.    **Letter from Samedy Ouk
        Re:  A51 Invention**
                dated October 27, 2005 ..............................................Appx1872

169.    **Email Correspondence and Letter between
        Patrick Machado, David Hung, and Samedy Ouk
        Re:  Hello from Medivation!**
                dated June 23, 2005....................................................Appx1880

221.    **Test Results**
                undated ....................................................................Appx1890

222.    **Test Results**
                undated ....................................................................Appx1893

225.    **Exhibit GG to Dr. Bihovsky's Supplemental Expert Report
        On Patent Inventorship**
                undated ....................................................................Appx1895

226.    **Exhibit HH to Dr. Bihovsky's Supplemental Expert Report
        On Patent Inventorship**
                undated ....................................................................Appx1897

**Plaintiff's Exhibits,** continued:

1003.  **Results of Bioactivity Assay**
      **dated February 11, 2005** ...............................................Appx1952

1004.  **Results of Bioactivity Assay**
      **dated February 15, 2005** ...............................................Appx1954

1019.  **Pages from Laboratory Notebook with**
**Notes and Drawings of Compounds**
      **various dates** ...............................................Appx1962

1034.  **Exhibit CC to Dr. Bihovsky's Supplemental Expert**
**Report on Patent Inventorship**
      **undated** ...............................................Appx1964

1040.  **Exhibit II to Dr. Bihovsky's Supplemental Expert**
**Report on Patent Inventorship**
      **undated** ...............................................Appx1995

**List of Exhibits and Witnesses at Trial**
      **filed October 16, 2019** ................................................... Appx2029

**Exhibit to Proposed Pretrial Conference Order**
      **filed January 28, 2019:**

1.  **Admitted Facts**
      **filed January 28, 2019** ................................................Appx2171

**[Proposed] Finding of Facts and Conclusions of Law**
**Re: Bench Trial – Completed**
      **filed October 21, 2019** ................................................Appx2174

3

**I N D E X**

| WITNESSES | PAGE |
|---|---|

**CHARLES SAWYERS, CALLED BY THE DEFENSE**
    Cross-Examination by Mr. Tang                     5

**JEFFREY WINKLER, CALLED BY THE DEFENSE**
    Direct Examination by Mr. Ramsey                  9
    Cross-Examination by Mr. Cwik                    30

**JOHN WONGVIPAT, CALLED BY THE DEFENSE**
    Direct Examination by Mr. Burstein              33
    Cross-Examination by Mr. Cwik                   38


**CLOSING ARGUMENTS**
        Plaintiff                                   39
        Defendants                                  52

**UNITED STATES DISTRICT COURT**

Appx0465

```
 1              LOS ANGELES, CALIFORNIA; WEDNESDAY, OCTOBER 16, 2019

 2                              1:03 P.M.

 3                               - - -

 4              THE COURT:  The record will reflect the witness is

01:03PM 5   on the witness stand.  We're at cross-examination.

 6            CHARLES SAWYERS, WITNESS, WAS PREVIOUSLY SWORN

 7                          CROSS-EXAMINATION

 8   BY MR. TANG:

 9   Q    Dr. Sawyers, you agree that the RD-series work was useful

01:03PM 10  for the development of the A-series of compounds?

11              MS. SUZUKI:  Objection.  Scope of direct.

12              THE COURT:  Sorry?

13              MS. SUZUKI:  Outside the scope.

14              THE COURT:  Overruled.  It's cause but overruled.

01:03PM 15              THE WITNESS:  Can you repeat the question, please.

16   Q    BY MR. TANG:  You agree that the RD-series work was

17   useful to the development of the A-series of compounds?

18   A    Yes, in the sense that some of the SAR was useful in

19   picking a compound for doing the pyridine ring.

01:04PM 20  Q    Right.  In the August 2004 meeting, nobody knew what the

21   right side structure should be to make a useful drug candidate,

22   right?

23   A    In the August 2004 meeting?

24   Q    Right.

01:04PM 25  A    For the right side structure.  We had RD37 at that time.
```

6

1    Q      You already knew the PK was not good for RD37, right?

2    A      But we knew that the properties of antagonism were good.

3    Q      But the team went on to make more than 100 more RD

4    compounds until you found that RD162 was the best one, right?

01:04PM 5                 MS. SUZUKI:  Objection.  Outside the scope.

6                 THE COURT:  Overruled.

7                 THE WITNESS:  We were trying to take a potent

8    antagonist which we had with RD37 and now tried to extend the

9    half life.  It's a different set of chemistry to try to get the

01:05PM 10   proper half life.

11   Q      BY MR. TANG:  And Dr. Chen did all the testing and

12   identified RD162 as the best compound, right?

13   A      I think it's fair to say that Dr. Chen was doing most of

14   the testing, but the -- to do the half-life testing, that's an

01:05PM 15   in vivo experiment in animals.  And then we had involvement of

16   other people, Chris Tran and John Wongvipat in particular.

17   Q      In contrast, in November of 2005, Dr. Ouk came to you

18   with the A51 story, right?

19   A      Correct.

01:05PM 20   Q      And after that he resynthesizes A51, synthesized for the

21   first time A52, and both compounds were tested, right?

22   A      Correct.

23   Q      And by December 12, 2005, one month later, you already

24   signed an invention report reporting the synthesis and testing

01:05PM 25   of A51 and A52; is that correct?

1  A    Correct.

2  Q    Now, without years of work that came prior, most of it

3  you just said was done by Dr. Chen to identify RD162.  You,

4  Dr. Ouk, and Dr. Jung together would not be able to invent A52

01:06PM 5  in one month's time; isn't that right?

6          MS. SUZUKI:  Objection.  Mischaracterizes the

7  witness's testimony.

8          THE COURT:  Overruled.

9          THE WITNESS:  I would state it as the RD work

01:06PM 10 defined the properties on the right-hand side that gave us

11 antagonism and gave us proper pharmacokinetics.  And I think at

12 this time we might have even had the anti-tumor efficacy test.

13         The A-series is a different project.  It's trying to

14 substitute a different ring on the left-hand side.

01:06PM 15 Q    BY MR. TANG:  You agree that Dr. Chen had made important

16 intellectual contributions to the RD-series, right?

17 A    Yes.

18 Q    And that included his building and developing of testing

19 methods for the RD compounds?

01:06PM 20 A    I think his primary contribution was the use of those cell

21 lines and readouts to conduct the structure activity

22 relationship between the compounds that Dr. Ouk and Dr. Jung

23 designed and Dr. Chen tested.

24 Q    Okay.  So you considered --

01:07PM 25         THE COURT:  Counsel, any more questions?  You're on

8

```
 1   borrowed time.  You're way past your time.  I'll give you
 2   another two or three minutes.
 3   Q    BY MR. TANG:  You consider the running of the testing by
 4   Dr. Chen as important intellectual contribution?
 5   A    I just stated that I think the intellectual contribution
 6   was not so much the running of the test but the interpreting of
 7   the results from the test, which was the structure activity
 8   relationship.
 9   Q    Which was necessary for the identification of RD162,
10   right?
11   A    Yes.
12   Q    All right.
13             MR. TANG:  I'll stop here.
14             THE COURT:  Okay.  Any redirect?
15             MS. SUZUKI:  No, Your Honor.
16             THE COURT:  You may step down.  Thank you very much.
17             Next witness.
18             MR. RAMSEY:  Defendants call Dr. Jeffrey Winkler.
19      JEFFREY WINKLER, DEFENDANTS' WITNESS, WAS SWORN
20             THE COURTROOM DEPUTY:  May I please ask you to state
21   your full name for the record and spell your last name.
22             THE WITNESS:  Jeffrey David Winkler, W-i-n-k-l-e-r.
23             THE COURTROOM DEPUTY:  Thank you.
24             THE COURT:  You may inquire.
25   ///
```

Timestamps in left margin: 01:07PM (line 5), 01:07PM (line 10), 01:07PM (line 15), 01:08PM (line 20), 01:09PM (line 25).

1    I've done in collaboration with Professor Trevor Penning at the

2    University of Pennsylvania on the development of androgen

3    receptor antagonist.

4    Q    And do you publish in scientific journals?

01:14PM 5    A    I do.

6    Q    Approximately how many publications do you have?

7    A    I think about 130 or 140.

8    Q    As an academic have you edited any scientific journals?

9    A    Yes, I have.

01:14PM 10   Q    Can you describe that, please.

11   A    I was a founding associate editor of the journal Organic

12   Letters, which is the premier communication journal at the

13   American Chemical Society for Organic Chemistry.

14   Q    And finally, have you participated in any drug

01:14PM 15   development at any companies?

16   A    Yes, I have.  I spent a yearlong sabbatical at

17   Bristol-Myers Squibb where I was part of the drug development

18   efforts.  I've consulted in a variety of pharmaceutical

19   companies over the course of my career.

01:14PM 20           Most recently I co-founded a startup company to

21   develop some of the compounds, anti-cancer compounds developed

22   in my lab.

23   Q    All right.  Based on your education, experience, and

24   qualifications, do you consider yourself to be an expert in the

01:15PM 25   fields of organic and medicinal chemistry and in the field of

14

```
 1  drug research and development?

 2  A    Yes, I do.

 3            MR. RAMSEY:  Your Honor, defendants move to have

 4  Dr. Winkler qualified as an expert in the fields of organic and

 5  medicinal chemistry and in the field of drug research and

 6  development.

 7            THE COURT:  The Court will find him qualified.

 8  Q    BY MR. RAMSEY:  And, Dr. Winkler, can you please briefly

 9  summarize your opinions in this matter.

10  A    So my opinions in this matter are really twofold.  The

11  first opinion is that the content of the A-series patents is

12  really completely different from the content of the RD-series

13  patents.

14            The second opinion that I have is that if one did

15  not understand the basic chemical principles involving the

16  substance of pyridine, p-y-r-i-d-i-n-e, then one would not

17  think of introducing that kind of functionality into a possible

18  drug candidate and, therefore, would really not have invented

19  compounds like A51 or A52.

20  Q    And at a high level can you explain how you went about

21  forming your opinions.

22  A    So I formed both of these opinions based on my reading and

23  understanding of both the RD-series patents, the A-series

24  patents, and then also the other literature that I reviewed for

25  the case, in addition to the expert reports and deposition
```

01:15PM — lines 5, 10, 15
01:16PM — lines 20, 25

1    testimony of the other people in the case.

2    Q    All right.  And if you could please briefly take a look

3    at Exhibits TX61, 62, and 63.  Those are in binder 3.  All have

4    been admitted.  But take a look at the binders, please.

01:16PM 5    A    I'm sorry.  Which numbers?

6    Q    TX61, 62, and 63.

7    A    Yes.

8    Q    Do you recognize Exhibits TX61, 62, and 63 as,

9    respectively, the '507 patent, the '689 patent, and the '159

01:17PM 10    patent at issue in this matter?

11    A    Yes, I do.

12    Q    And also if you could turn in binder 1 to Exhibit TX12.

13    A    Yes.

14    Q    Can you please -- well, first of all, do you recognize

01:18PM 15    Exhibit TX12?

16    A    Yes, I do.

17    Q    Very briefly, what is Exhibit TX12?

18    A    TX12 is one of the RD-series patents.

19    Q    All right.  And if I refer today collectively to the '159

01:18PM 20    patent, the '689 patent, and the '507 patent as the A-series

21    patents, will you understand what I'm referring to?

22    A    Yes, I will.

23    Q    And for your opinions today did you rely on all four of

24    those patents in your considerations?

01:18PM 25    A    Yes, I did.

```
 1   Q    All right.  Do you have a summary of the patent claims of

 2   the A-series patents?

 3   A    Yes, I do.  I prepared a slide on that.

 4        MR. RAMSEY:  Could we please show the first slide.

 5   Q    BY MR. RAMSEY:  Dr. Winkler, just generally what types of

 6   claims are contained in these patents?

 7   A    So what I've done here is to excerpt from the '507, the

 8   '689, and the '159 patents, and what you can see here in the

 9   claims, the claims refer to compound claims, pharmaceutical

10   composition claims, and method of treatment claims, all three

11   of these in the '507.

12        In the '609 it's a method of treatment claim here in

13   claim one.  And in claim one in patent '159, there's a compound

14   claim and two pharmaceutical composition claims.

15   Q    And are there any common features between these types of

16   claims that you'd like to highlight?

17   A    Well, each of these claims refer to this formula two

18   that's present in the '689 and the '159, and also to these two

19   chemical structures which are A51 and A52.

20   Q    All right.  You just mentioned A51, A52, and formula two

21   of the A-series patents.  Did you prepare some slides

22   concerning these three chemical structures?

23   A    Yes, I did.  On the next slide what you can see is a

24   blowup of what I showed you on the previous slide.  This is the

25   generic formula 2.  What's important about this, which I've
```

01:18PM on line 5, 01:19PM on line 10, 01:19PM on line 15, 01:19PM on line 20, 01:20PM on line 25

```
 1   blown up over here, is that it contains three distinct parts.

 2            There's the heterocycle that I show in green, and

 3   the patent teaches that the heterocycle HET is a heterocyclic

 4   unit of five or six atoms.  There's the central core that I've

 5   color-coded in blue.  And then on the right side you see this

 6   R1 that I've made red.  And R1 can be selected from hydrogen or

 7   aryl.  And we'll come back to that.

 8   Q    All right.  If you could turn back to TX63 real briefly

 9   in binder 3, and turn to column 3 of TX63.  Let me know when

10   you're there.

11   A    Yes.

12   Q    If you could take a look at lines 25 through 45 of

13   column 3 --

14   A    Yes.

15   Q    -- and explain what the patent is describing in that

16   section.

17   A    So I actually have that on the next slide.  What you can

18   see, this is the area of the patent that you were referring to,

19   and I've blown up these two structures over here using the same

20   color coding that I showed on the previous slide.  So this is

21   A51, and this is A52.

22            What you can see, what both of them have in common

23   is that they both contain these heterocyclic rings, this

24   pyridine ring that I've color-coded in green on the left side.

25   They both contain the spirocyclic thiohydantoin that we've
```

01:20PM (lines 5, 10, 15)
01:21PM (lines 20, 25)

18

| | |
|---|---|
| 1 | heard about before in the middle.  That's the core of the |
| 2 | structure, if you will.  And on the right side they both |
| 3 | contain these red aryl rings. |
| 4 | Q    All right. |
| 01:21PM 5 | MR. RAMSEY:  Housekeeping matter, Your Honor. |
| 6 | Earlier Dr. Winkler testified about TX12.  We'd like to move |
| 7 | that into evidence.  I've been alerted that it's not in |
| 8 | evidence. |
| 9 | THE COURT:  It will be received. |
| 01:21PM 10 | MR. RAMSEY:  All right. |
| 11 | **(Exhibit No. TX12 received)** |
| 12 | Q    BY MR. RAMSEY:  So you just mentioned A51 and A52.  How |
| 13 | do those structures relate to the formula 2 that you mentioned |
| 14 | just a moment ago? |
| 01:22PM 15 | A    So I've actually put all three of them on the next slide. |
| 16 | And what you see here is the unifying features of these three |
| 17 | figures.  The first one is the generic figure that just shows |
| 18 | the blue core in the middle with heterocycle on the left and |
| 19 | R group -- red R group on the right. |
| 01:22PM 20 | What you see here is the real molecules.  A51 and |
| 21 | A52 is examples of that with a heterocyclic ring in green on |
| 22 | the left with the spirocyclic thiohydantoin in the middle and |
| 23 | with the aryl ring on the right. |
| 24 | And you see the exact same three structural |
| 01:22PM 25 | features, at least general features, the heterocyclic ring on |

1    the left, the spirocyclic thiohydantoin in the middle, and the

2    aryl ring on the right.  So those are the common features of

3    the A-series formula 2, A51 and A52.

4    Q    All right.  Let's break this down briefly.  What is the

01:22PM  5    heterocyclic or pyridine ring on the left-hand side?

6    A    So when we say "heterocyclic rings," as organic chemists

7    what we mean is that it's ring -- the chemistry of organic

8    chemistry is carbon chemistry.  So hetero means something other

9    than carbon.

01:23PM 10            So if we take a noncarbon atom into the ring, that

11    becomes a heterocycle.  Pyridine you can see.  Each of these

12    vertices is represented as a carbon atom, but nitrogen here is

13    clearly not carbon.  That makes this ring a heterocycle.

14            In the middle ring, when we talk about the

01:23PM 15    spirocyclic thiohydantoin, this ring, this five-member ring

16    with two nitrogens is called an imidazolidine ring.  But when

17    this A is sulfur and this bottom oxygen, B is oxygen, that

18    becomes a thiohydantoin ring.

19            Now, there's a further limitation here, and that is,

01:23PM 20    there are two groups on the ring, R2 and R3.  These can be a

21    variety of different groups, and the parent teaches a number of

22    different groups.  But one of the unique things about the

23    A-series patent is that it teaches the possibility of

24    connecting R2 and R3.

01:24PM 25            If you connect R2 and R3, you make yet another ring.

```
 1   In fact, you can see in A51 and A52 those are four-member

 2   rings.  When you form another ring out of R2 and R3, that

 3   becomes -- that defines the spirocyclic thiohydantoin.

 4           And finally, the last feature that you asked me

 5   about is the aryl.  The aryl is simply a descriptor of R1 for

 6   an aromatic non-heterocyclic ring on the right side.

 7   Q    Thank you, Dr. Winkler.

 8           Let's turn to your first opinion in this case about

 9   A51 and A52 on the one hand and the RD-series compounds on the

10   other.

11           Were you here when Dr. Bihovsky testified that in

12   his opinion the A-series compounds are a subset of the

13   RD-series compounds?

14   A    I wasn't.

15   Q    And do you agree with Dr. Bihovsky's opinion in that

16   regard?

17   A    No, I do not.

18   Q    Why do you disagree with Dr. Bihovsky's opinion?

19   A    Well, because a heterocyclic ring is a completely

20   different and distinct species.  I think I have on the next

21   slide -- there we go.

22           What I show here is the general descriptor of the

23   RD-series compounds.  What you can see right away is that

24   there's no green.  There are red rings, aryl rings, on both

25   sides of the thiohydantoin core.
```

1            Another feature that's important about the RD-series

2       compounds is that they also allow for the formation for the

3       tying up of R1 and R2 into the ring that will become the

4       spirocyclic thiohydantoin.  In contrast to the RD-series

01:25PM  5       structure that's red on the left and red on the right, you can

6       see that an A51 and A52 were green on the left and red on the

7       right.

8            So we have heterocyclic rings on the left side of

9       both A51 and A52, attached to the spirocyclic thiohydantoin,

01:26PM 10       and that's in striking contrast to the aryl substitution of the

11       RD-series.

12       Q    All right.  So you just described the structural

13       difference in the left-hand ring.  Do you have an opinion about

14       whether that structural change between the RD-series compounds

01:26PM 15       and the A-series compounds with the left-hand pyridine ring

16       would result in different properties between these compounds?

17       A    So I do.  And, in fact, my opinion is that it would lead

18       to strikingly different properties.  So, for example, if you

19       take this molecule and you calculate how we talked about

01:26PM 20       polarity, hydrophobicity earlier -- and we'll come back to

21       those -- but if you think about how likely a molecule like this

22       is to dissolve, for example, in water, compared to the molecule

23       that has a benzene, it's probably a difference of almost a

24       factor of ten at least by calculation.

01:27PM 25            And so the physical properties of a molecule that

22

```
 1   where you substitute the heterocycle for the aryl ring is, in
 2   fact, completely different.
 3   Q    Have you explained the slides to help you describe those
 4   differences?
 5   A    I do.  On the next slide -- so I've already gone over the
 6   structural differences between RD and A51 and A52 where RD is
 7   red on both sides and A51 and A52 contain heterocycles on the
 8   left instead.  Those physical properties differences turn out
 9   to be measurable using these kinds of parameters that we
10   typically use in medicinal chemistry.
11        The first difference has to do with polarity.  I
12   think it was already described earlier today that a benzene
13   ring -- imagine a benzene ring -- benzene ring is a completely
14   symmetrical substance.
15        So the distribution of electrons in this molecule --
16   and that's a really important feature, the properties of the
17   molecules -- the distribution of the electrons in the benzene
18   is completely symmetrical.  So there's not kind of a positive
19   and a negative and they're spread evenly throughout.
20        In fact, if you look at the polarity in a pyridine
21   system, it's completely different.  Now, hydrophobicity is
22   another very important measure that we use.  We talk about the
23   likelihood of a molecule loving water -- that's hydrophilic --
24   or being fearful of water, that's hydrophobic.
25        The hydrophobicity basically tells you how likely
```

01:27PM (line 5)
01:27PM (line 10)
01:28PM (line 15)
01:28PM (line 20)
01:28PM (line 25)

1  the molecule is to dissolve in gasoline instead of dissolving

2  in water.  We measure that property -- we can calculate that

3  property or measure it using something that's called LogP.

4           The final property that I show there is TPSA.

01:28PM 5  That's topological polar surface area.  That's a calculated

6  value that allows medicinal chemists, people who are trying to

7  develop drugs, to get an idea of how likely a molecule is to

8  get into cells.

9  Q    All right.  And just a moment ago we were referring to

01:29PM 10 this molecule with a left-hand pyridine ring.  Just to be

11 specific, which molecules were you referring to in that

12 discussion?

13 A    So when I talk about the left-handed pyridine, I'm talking

14 explicitly about A51 and A52.

01:29PM 15 Q    And I believe we referred to this molecule with a

16 left-hand aryl ring.  Which molecule would we be referring to

17 then?

18 A    There I was simply referring to the generic descriptor of

19 the RD-series, but certainly all of the compounds in the RD

01:29PM 20 patent contain the left-hand aryl ring.

21 Q    All right.  Do you have any further slides or discussion

22 about the differences between a molecule like A51 and A52 with

23 the left-hand pyridine ring and molecules like the RD-series

24 without a left-hand pyridine ring?

01:30PM 25 A    Well, what you see here is what I've done now is to sort

1      of take out those rings.  So I put the pyridine ring on one

2      side and I put the benzene ring on the other side.  The first

3      thing that you notice here is, remember, that the shorthand

4      that we use is that every one of these vertices is a carbon

01:30PM 5   atom, and that carbon has a hydrogen attached to it.

6             The difference between this molecule and this

7      molecule, then, is that I ripped out one of the carbon atoms

8      and I put in a nitrogen.  That nitrogen has a lone pair of

9      electrons on it.  That's a very important structural feature of

01:30PM 10  these molecules.

11            So electrons are the glue that hold atoms together.

12     If those electrons are held between two atoms, then we say that

13     we formed a bond between the two atoms.  Now, in fact,

14     electrons can be shared between two atoms or they can be

01:30PM 15  unshared.  They can exist only on a single atom.

16            That's exactly what you see here with the pyridine.

17     These two dots indicate two electrons that are sitting on the

18     nitrogen atom.  And, in fact, those two electrons govern almost

19     all of the chemistry of the pyridine ring.  These electrons are

01:31PM 20  reactive so that they have affinity for protons.  That makes

21     pyridine a base.  Okay.

22            But the point is that this unshared pair or lone

23     pair of electrons is very important in the chemistry and in the

24     physical properties of the pyridine ring.  What I've shown here

01:31PM 25  is a drawing of another representation of benzene.  You see

1  here is the carbon hydrogen that I pull out and I put in a

2  nitrogen.

3          That red load there shows where the electrons are,

4  where that lone pair goes.  And it turns out that this, in

01:31PM 5  fact, leads to a total imbalance in the electron density of the

6  molecule.  So where benzene is completely symmetrical, pyridine

7  is, if you will, completely unsymmetrical.  We can look at the

8  molecular orbitals which, in fact, tell you again where the

9  likelihood is of finding electrons in a molecule.

01:32PM 10          In that case you see that the pictures of benzene

11  and pyridine once again look quite different.  Now if we go

12  back to those physical properties that I mentioned before, if

13  we think about the difference in polarity between benzene and

14  pyridine, you see what's called the Debye scale, D-e-b-y-e,

01:32PM 15  that benzene is zero, has no polarity, whereas pyridine is 2.2.

16          When we look at hydrophobicity, which is that logP

17  scale that I mentioned before, the smaller this number, the

18  more likely it is to be dissolved in water.  But, in fact,

19  while the difference between these two numbers looks small,

01:32PM 20  these values are logarithmic, which means that they go to the

21  power -- to the tenth, and that means that this difference is

22  more than an order of magnitude, more than a factor of 10

23  different.

24          And, in fact, I know that pyridine is much more

01:33PM 25  soluble than benzene is in water.  If you look at other

01:33PM

01:33PM

01:34PM

01:34PM

01:34PM

```
 1  properties that are familiar to all of us, like boiling point,
 2  the temperature at which something goes from a liquid to a gas,
 3  or melting point, the temperature at which the liquid goes to
 4  solid, you once again see dramatic differences in the physical
 5  properties of pyridine versus benzene for boiling point and
 6  also in their melting point.
 7          And this TPSA, remember, is that measure of how
 8  easily things get into cells.  And once again you can see a
 9  dramatic difference between pyridine and benzene.
10  Q    Thank you, Dr. Winkler.
11          Just for a moment, if you could read into the
12  record, and be as clear as you can, the difference in numbers
13  for the pyridine ring versus the benzene ring for polarity,
14  hydrophobicity, boiling point, melting point -- just so we have
15  a clean record.
16  A    So benzene is zero Debye in polarity where pyridine is
17  2.2.  In hydrophobicity, which is the logP measurement,
18  pyridine is .73 where benzene is 2.13.  In boiling point
19  benzene is 80 degrees Celsius where pyridine is 115 degrees.
20          In melting point pyridine is minus 42 degrees
21  Celsius where benzene is 5.5 degrees Celsius.  And for the
22  TPSA, pyridine has a value of 12.36 where benzene is zero.
23  Q    All right.  And so with all of these different properties
24  of the pyridine ring present in A51 and A52, would that result
25  in overall differences between the A51 and A52 molecules on the
```

|   | |
|---|---|
| 1 | one hand and the overall RD-series of molecules on the other? |
| 2 | A    I think the expectation would be that the properties of |
| 3 | these molecules would be very different, yes. |
| 4 | Q    All right.  Let's shift gears just a little bit here. |
| 01:35PM 5 | Given the structure activity relationship data for |
| 6 | the RD-series, would that have been sufficient to develop the |
| 7 | A-series compounds in your expert opinion? |
| 8 | A    So the simple answer is no.  I think that there was an |
| 9 | inventive or eureka moment of replacing the benzene ring with a |
| 01:35PM 10 | pyridine that went way beyond the structure, the body of |
| 11 | structure activity relationship data that was available from |
| 12 | the RD-series. |
| 13 | Without that innovation, without that invention, one |
| 14 | could not have arrived at the A-series compounds. |
| 01:35PM 15 | Q    I'd like to now set up a very brief hypothetical for you, |
| 16 | so let me lay the foundation a little bit first. |
| 17 | Were you in the courtroom when Dr. Jung and Dr. Ouk |
| 18 | each testified as to the rationale, the rationales used for |
| 19 | using this left-hand pyridine ring in A51 and A52? |
| 01:36PM 20 | A    Yes, I was. |
| 21 | Q    And have you -- did you summarize those rationales on a |
| 22 | slide? |
| 23 | A    I did. |
| 24 | Q    Can you please just recap those as the basis for a |
| 01:36PM 25 | hypothetical that I'm going to ask. |

1   A     So, remember, we talked about polarity, how symmetrical or

2   unsymmetrical the electron distribution is in a molecule.  We

3   talked about the importance of that lone pair of electrons on

4   the nitrogen of the pyridine and how that lone pair of

01:36PM 5   electrons, although I didn't mention it explicitly before, can

6   be involved in what we call hydrogen bonding in forming a

7   noncovalent but important bond to a water molecule or to other

8   species in a binding site, for example.  The pyridine could

9   then interact with water molecules in a way that a benzene ring

01:36PM 10  would not.

11        And then the other important thing is the electron

12  withdrawing groups -- and I think you heard about this

13  before -- if you look at the left-hand ring both in the

14  RD-series and in the A-series, they both contain the same two

01:37PM 15  constituents.  They both contain a cyano group and a

16  trifluoromethyl group.

17        Both of those groups are electron withdrawing.  They

18  suck electron density out of the ring.  And so the role of

19  those is also quite important in understanding the

01:37PM 20  characteristics and properties of these molecules.

21  Q    All right.  Thank you.  Let me set just a little bit more

22  foundation for the hypothetical I'm about to ask.  Were you in

23  the courtroom and did you hear Dr. Chen testify about what he

24  did or did not know about principles relating to pyridine ring?

01:37PM 25  A     I was.

1    Q    And can you just please restate your understanding of

2    what you heard in the courtroom today -- or yesterday.

3    A    Well, from what I heard, Dr. Chen doesn't really

4    understand the basics of the chemistry of pyridine.  He didn't

01:38PM 5    understand the importance of polarity.  He didn't understand

6    the importance of the lone pair of pyridine.  He didn't

7    understand the hydrophobicity.  He didn't understand the issue

8    of the reactivity or basicity of the compound.

9    Q    All right.  So based on the foundational facts that we

01:38PM 10   just discussed, rationales on the one hand for the pyridine

11   ring and what Dr. Chen testified he did not understand, do you

12   have an opinion -- what is your opinion whether one in the art

13   who did not understand the chemistry ideas that Dr. Chen said

14   he did not understand, would such person have been able to come

01:38PM 15   up with A51 or A52?

16   A    No.

17           MR. RAMSEY:  Nothing further at this time.

18           THE COURT:  Okay.  That's all.  You're out of time.

19   I'm not going to cut you off.  I'll give you ten more minutes

01:38PM 20   on cross.

21           MR. TANG:  Thank you very much, Your Honor.  It

22   won't take me very much time.

23   ///

24   ///

01:38PM 25   ///

| | |
|---|---|
| 1 | together, yes. |
| 2 | Q    Are they bioisosteric of each other? |
| 3 | A    I'm afraid I don't know what you mean by bioisosteric. |
| 4 | Q    You don't know.  Okay.  You have consulted for |
| 01:40PM 5 | pharmaceutical biotechnology companies; have you not? |
| 6 | A    Yes. |
| 7 | Q    Of all the companies for which you served as a science |
| 8 | advisor, did any of these companies ask you to design chemical |
| 9 | compounds for them to test? |
| 01:40PM 10 | A    Yes. |
| 11 | MR. TANG:  Can you pull up deposition 13, 16 to 31. |
| 12 | Q    Did this just happen this year? |
| 13 | A    I don't remember. |
| 14 | Q    Do you remember being deposed earlier this year by me? |
| 01:40PM 15 | A    Yes, I do. |
| 16 | Q    And I asked you the same question:  For all the companies |
| 17 | for which you served as a science advisor, did any of these |
| 18 | companies ask you to design chemical compounds for them to |
| 19 | test?  And you answered:  I -- sitting here, I can't remember. |
| 01:41PM 20 | That's your answer, right? |
| 21 | A    Yes.  That's what I said at the time. |
| 22 | Q    Okay.  Just one point to clarify.  You said RD-series |
| 23 | compounds have a thiohydantoin in the middle? |
| 24 | A    The RD-series compounds have a thiohydantoin in the |
| 01:41PM 25 | middle, yes. |

**UNITED STATES DISTRICT COURT**

1   Q     Does pyrazolone have a thiohydantoin in the middle?

2   A     The pyrazolone does not contain a thiohydantoin, no.

3   Q     And you know RD144, the RD compound, is a pyrazolone,

4   right?

01:41PM 5            MR. RAMSEY:  Objection.  This is well beyond the

6   scope of direct, Your Honor.

7            THE COURT:  It may be.  I'm going to let him go on.

8            Go ahead.

9            THE WITNESS:  When I was referring to the RD

01:41PM 10  compound --

11  Q     BY MR. TANG:  No.  No.  That's not --

12  A     Excuse me -- I was referring to the compounds in the

13  patent --

14           THE COURT:  Let him answer and then go ahead.

01:41PM 15           What did you say?

16           THE WITNESS:  When I was referring to comparing the

17  RD compounds to the A compounds, I was referring to the RD

18  compounds in the RD patent and the patent that Mr. Ramsey

19  showed me.

01:42PM 20  Q     BY MR. TANG:  So RD144 is not in the RD patent.  That's

21  your testimony, right?

22  A     I think it is not.

23  Q     But it is part of the RD project, right?

24  A     That is correct.

01:42PM 25           MR. TANG:  No more questions.

biologist.  They all worked together to make the entire

invention.  He doesn't have to prove he did everything.  If

they want to point to 100 things he didn't do, we could point

to 100 things they didn't do.  The point is what did he do, and

01:53PM  was it significant.

So the evidence has shown that Dr. Chen contributed

the three foundational steps of drug discovery in this case.

First, he identified the lead chemical compounds believed to

have biological effects in humans.

01:54PM  Second, he designed the chemical changes to those

specific lead compounds.  And third, he meaningfully and

efficiently tested new compounds to see if they could work

biologically better.

Step one, let's look at that in more detail.

01:54PM  Identifying lead compounds matters.  It matters because there's

not enough time or money to modify and test every single

compound that might be possibly good.

Grant money is limited.  Time is limited.  You have

to funnel these compounds down into their lead compounds which

01:54PM  could be most promising.  The evidence is that Dr. Chen

performed pharmacokinetic dosing, mouse studies on RD37.  And

then he concluded that RD37 was a lead compound.  It was the

best compound at that time.

Later on Dr. Chen continues his testing.  He

01:55PM  identifies RD162 as a lead compound.  He does that by doing

1    bioactivity, pharmacokinetic testing.  Dr. Chen even tells

2    Dr. Sawyers that RD162 has great PK, pharmacokinetics, and may

3    ultimately be the best of the RD-series.  And we saw that

4    evidence in TX38.

01:55PM 5            Dr. Chen's identification of RD37 and RD162 as

6    suitable lead compounds is corroborated by his contemporaneous

7    lab notebooks.  And specifically we saw that in TX57, page 37,

8    as an example.  And we saw that in TX57, his lab notebook

9    pages 141 through 147.

01:56PM 10           Dr. Chen's other work leading to the identification

11    of lead compounds is corroborated.  We saw the slide earlier

12    where Dr. Chen explained all of the work he did in his in-vitro

13    testing, testing more than 160 RD-numbered compounds to figure

14    out which ones were the best.  He started in November of 2003

01:56PM 15    all the way through July of 2004.  All of his activities are

16    recorded in his lab notebook such as TX127 and TX57.

17            Dr. Chen also explained in detail the mouse studies

18    he did on selected RD compounds, again for the goal of figuring

19    out which RD compounds were the best.  That work started in May

01:56PM 20    of 2004 and went all the way through at least July 2004.  And

21    that work is all documented in detail in his lab notebooks

22    TX67.

23            The second significant contribution Dr. Chen made is

24    he helped design the chemical changes for his lead compounds,

01:57PM 25    RD37 and RD162.  We saw this graph multiple times during the





U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA

CASE NO.    18-cv-02015-R-KS

Degui Chen, Ph.D.,

Michael E. Jung, Ph.D., et al.

VS.

PLAINTIFF'S EXHIBIT    7

DATE_____IDEN.
DATE_____EVD.
BY_____
        Deputy Clerk

**Weisun Rao, Ph.D.**
Tel +1 312.456.1006
Fax +1 312.276.8548
**raow@gtlaw.com**

November 11, 2013

Ms. Rita Hao
Office of the General Counsel
The Regents of the University of California
1111 Franklin Street, 8th Floor
Oakland, CA 94607

        Re:    Inventorship for U.S. Pat. No. 8,445,507

Dear Rita:

At the requests of Dr. Samedy Ouk and Dr. Degui (Charlie) Chen, I have reviewed U.S. Pat. No. 8,445,507 (the '507 Patent), U.S. patent application publication Nos. US 2007/0004753, US 2008/0139634, US 2009/0111864, and US 2010/0172975, and transcripts of Dr. Ouk's deposition taking place in 2012, and court documents filed in *Medivation et al. v. the Regents of the University of California and Michael Jung et al.* (Case No. CGC-11-510715, filed with the Superior Court of California, County of San Francisco, Department No. 35), in order to correctly determine the inventorship of the '507 Patent.

The '507 Patent was issued on May 21, 2013, from US Application No. 12/294,881 which has the earliest priority date of Mar 27, 2006. The invention claimed in this patent includes the following two compounds (A51, A52), pharmaceutically acceptable salts of these two compounds, pharmaceutical compositions containing these two compounds, methods for treating prostate cancer with these compounds.



DEPOSITION EXHIBIT

This patent has been assigned to The Regents of the University of California. It currently names Michael E. Jung, Charles L. Sawyers, Samedy Ouk, Chris Tran, and John Wongvipat

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BOSTON
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON·
LOS ANGELES
MEXICO CITY·
MIAMI
MILAN~
NEW JERSEY
NEW YORK
ORANGE COUNTY
ORLANDO
PALM BEACH COUNTY
PHILADELPHIA
PHOENIX
ROME·
SACRAMENTO
SAN FRANCISCO
SEOUL"
SHANGHAI
SILICON VALLEY
TALLAHASSEE
TAMPA
TEL AVIV^
TYSONS CORNER
WARSAW~
WASHINGTON, D.C.
WHITE PLAINS

* OPERATES AS GREENBERG TRAURIG MAHER LLP
* OPERATES AS GREENBERG TRAURIG, S.C.
^ A BRANCH OF GREENBERG TRAURIG, P.A. FLORIDA, USA
  OPERATES AS GREENBERG TRAURIG LLP FOREIGN LEGAL CONSULTANT OFFICE
" OPERATES AS GREENBERG TRAURIG LLP FOREIGN LEGAL CONSULTANT OFFICE
~ STRATEGIC ALLIANCE

GREENBERG TRAURIG, LLP ■ ATTORNEYS AT LAW ■ WWW.GTLAW.COM
77 West Wacker Drive, Suite 3100 ■ Chicago, Illinois ■ Tel 312.456.8400 ■ Fax 312.456.8435
*CHI 64185536v4*

Ms. Rita Hao
November 11, 2013
Page 2

as the inventors.  However, based on my review of the documents identified above, along
with the consultation with Dr. Ouk and Dr. Chen, I am of the opinion that both of Dr. Ouk
and Dr. Chen are legitimate inventors for this patent and both of Dr. Ouk and Dr. Chen
should be named as inventors.

Dr. Ouk and Dr. Chen have both confirmed that they two together conceived the structure of
A51 in early October of 2004 on the lunch table at the bombshelter at UCLA and surmised
that, like the compounds of the RD series licensed to Medivation, the compound A51 may be
used to treat prostate cancer.  On October 13, 2004, Dr. Chen ordered the chemical 2-
amino-4-(trifluoromethyl)pyridine specifically for the synthesis of A51 and A52. On October
18, 2004, Dr. Ouk started the synthesis of A51 and finished the synthesis on January 23,
2005. Dr. Chen tested the compound and obtained the biological activity of the compound
on February 15, 2005.  As the compounds A51 and A52, their synthesis and pharmaceutical
activities, are the basis and the main claims for the '507 Patent, both of Dr. Ouk and Dr. Chen
should be the inventors of the patent.

Conversely, Dr. Ouk and Dr. Chen both have indicated that Dr. Michael Jung did not
contribute to the invention of the '507 Patent and should be removed from the list of
inventors.  The patentability of all the claims in the '507 Patent solely depends on A51 and
A52, for their structures and biological data.  Other claims in the patent are typical for new
compounds with biological activities and promising pharmaceutical applications, which are
common knowledge in the field, as they are listed in their previous patent applications
published as US 2007/0004753, US 2008/0139634, US 2009/0111864, and US
2010/0172975.  Dr. Michael Jung did not conceive A51 and A52, nor did Dr. Michael Jung
design or synthesize A51 and A52 or test their biological activities.  Therefore, he should not
have been named as an inventor.

I urge the Regents take prompt actions to correct the inventorship of the '507 Patent.

As always, please do not hesitate to let me know if you have any questions or would like to
discuss.

Very truly yours,

Weisun Rao, PH.D.

cc:    Emily Loughran (UCLA)
       Lindsay Keever (UCLA)

*CHI 64185536v4*

GREENBERG TRAURIG, LLP

**TX 7.0002**

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
18-cv-02015-R-KS
CASE NO.
Degui Chen, Ph.D.,
Michael E. Jung, Ph.D., et al.
VS.
PLAINTIFF'S EXHIBIT    9
DATE_____IDEN.
DATE_____EVID.
BY_____
DeputyClerk



nature
medicine

# ARTICLES

© 2004 Nature Publishing Group   http://www.nature.com/naturemedicine

npg

# Molecular determinants of resistance to antiandrogen therapy

Charlie D Chen[1,5,8], Derek S Welsbie[3,5,8], Chris Tran[1,4], Sung Hee Baek[4,6], Randy Chen[1], Robert Vessella[7], Michael G Rosenfeld[4,6] & Charles L Sawyers[1–5]

Using microarray-based profiling of isogenic prostate cancer xenograft models, we found that a modest increase in androgen receptor mRNA was the only change consistently associated with the development of resistance to antiandrogen therapy. This increase in androgen receptor mRNA and protein was both necessary and sufficient to convert prostate cancer growth from a hormone-sensitive to a hormone-refractory stage, and was dependent on a functional ligand-binding domain. Androgen receptor antagonists showed agonistic activity in cells with increased androgen receptor levels; this antagonist-agonist conversion was associated with alterations in the recruitment of coactivators and corepressors to the promoters of androgen receptor target genes. Increased levels of androgen receptor confer resistance to antiandrogens by amplifying signal output from low levels of residual ligand, and by altering the normal response to antagonists. These findings provide insight toward the design of new antiandrogens.

Hormone therapy for prostate cancer is typically initiated using drugs that lower serum testosterone, often in combination with competitive androgen receptor antagonists. Although initially effective at blocking tumor growth, these therapies eventually fail, leading to a uniformly lethal drug-resistant stage called androgen-independent, or hormone-refractory, disease.

The postulated mechanisms to explain resistance to hormone therapy can be separated into three general categories[1–3]. The first includes DNA-based alterations in the androgen receptor gene (AR), such as amplification or point mutations, which occur only in a minority of patients[4–7]. A subset of these AR mutations map to the ligand-binding domain (LBD) and are proposed to cause resistance by altering the response of the receptor such that noncanonical ligands such as estrogen or hydrocortisone, or even androgen receptor antagonists such as flutamide, behave as agonists[8,9]. Although their clinical association with resistance to antiandrogens is strong, the overall frequency of AR amplification or mutations cannot account for most cases of hormone-refractory disease.

The second category applies to the majority of patients who do not have AR mutations or amplification, and who retain active androgen receptor signaling. Increased mitogen-activated protein kinase signaling, mediated by oncogenes such as ERBB2 or HRAS, can cause ligand-independent activation of the androgen receptor[10,11]. The kinases and substrates responsible for androgen receptor activation in this setting are unknown, but it is presumed to occur through downstream phosphorylation of androgen receptor–associated proteins or through the androgen receptor itself, analogous to the estrogen receptor[12–14]. Similarly, alterations in the balance between coactivators and corepressors can affect androgen receptor activation[15,16], based on similar findings for the estrogen receptor[17]. The relative frequency of these events and their relationship to clinical drug resistance remain to be defined.

The third category of hormone resistance mechanisms is based on the concept that the growth- and survival-promoting functions of the androgen receptor can be bypassed by alternative gene signaling pathways, such that the androgen receptor is no longer relevant to disease progression. One such example is upregulation of the antiapoptotic gene BCL2 in late-stage clinical samples[18,19], although functional proof of its role in hormone resistance is lacking. The androgen receptor bypass hypothesis is also consistent with reports that androgen receptor gene methylation leads to decreased or absent androgen receptor expression in some hormone refractory cancers[20], and that androgen induces growth arrest or apoptosis in certain contexts[21,22].

These data implicate multiple mechanisms by which prostate cancers acquire resistance to hormone therapy, and highlight the continuing debate regarding the role of androgen receptor in late-stage disease progression.

## RESULTS

### Androgen receptor implicated by expression profiling

To examine the range of hormone-refractory mechanisms in a relatively unbiased manner, we analyzed the global gene expression profiles of seven isogenic hormone-sensitive and hormone-refractory human prostate cancer xenograft pairs (14 total xenografts). All hormone-refractory sublines were derived directly from their hormone-sensitive parental lines by passaging in castrated mice, and were compared with hormone-sensitive tumors of similar passage numbers

[1]Department of Medicine, [2]Departments of Molecular Pharmacology and Urology, [3]Molecular Biology Institute, [4]Howard Hughes Medical Institute and [5]David Geffen School of Medicine, Jonsson Comprehensive Cancer Center, University of California at Los Angeles, Los Angeles, California 90095, USA. [6]University of California at San Diego School of Medicine, San Diego, California 92093, USA. [7]Department of Urology, University of Washington, Seattle, Washington 98195, USA. [8]These authors contributed equally to this work. Correspondence should be addressed to C.L.S. (csawyers@mednet.ucla.edu).

Published online 21 December 2003; doi:10.1038/nm972

DEPOSITION EXHIBIT
PENGAD 800-631-6989

TX 9.0001

Appx0533

## ARTICLES

© 2004 Nature Publishing Group http://www.nature.com/naturemedicine



**Figure 1** Androgen receptor expression in hormone-sensitive (HS) and hormone-refractory (HR) xenografts. Top, normalized microarray values for androgen receptor (AR) probe sets 1 and 2 (Affymetrix ID nos. 1577 and 1578, respectively) are shown for pools of tumors from each of the 14 xenografts. Bottom, western blot analysis of androgen receptor expression in one tumor from each xenograft pool, lysed in 2% SDS. Androgen receptor protein expression in hormone-sensitive LUCaP35 cells was evident upon longer exposure (data not shown).

in intact mice[23–26]. The microarray data were analyzed using a number of bioinformatics strategies, including unsupervised and supervised learning (**Supplementary Fig. 1** online). We first assessed whether any subgroups of hormone-refractory prostate cancer could be identified using an unsupervised hierarchical clustering algorithm. Each hormone-refractory xenograft clustered with its hormone-sensitive counterpart, consistent with these pairs being isogenic. Because xenograft-specific expression signatures are likely to obscure the gene expression changes responsible for the transition from hormone-sensitive to hormone-refractory states[27], we condensed each hormone-sensitive/hormone-refractory pair into a single data set representing fold change in expression. Again, no closely related subgroups emerged, suggesting that either different mechanisms were responsible for the hormone sensitive–to–hormone refractory transition in each xenograft, or that any common mechanism involved too few genes to influence the clustering pattern. We explored the latter possibility using an algorithm to identify any elements that consistently changed during the hormone sensitive-to-hormone refractory transition. Notably, out of 12,559 probe sets, only one—directed against the *AR* cDNA—was differentially expressed in all seven hormone-sensitive/hormone-refractory pairs (**Fig. 1**). The second highest–ranked probe set, upregulated in five of seven pairs, was also directed against the androgen receptor. Consistent with the RNA data, immunoblots showed that hormone-refractory tumors had more androgen receptor protein than their parental hormone-sensitive counterparts. The fold change in androgen receptor protein (based on analysis of individual xenograft tumors) did not correlate perfectly with the fold change in androgen receptor mRNA (based on expression analysis of tumor pools for each xenograft), possibly because of sample-to-sample variation. Alternatively, post-transcriptional mechanisms may affect steady-state androgen receptor protein levels[28]. Nevertheless, these data raise the possibility of a common final mechanism of resistance to hormone therapy.

### Increased androgen receptor causes progression

To determine whether increased androgen receptor protein concentration has a causal role in the hormone sensitive–to–hormone refractory transition, we introduced epitope-tagged wild-type *AR* cDNA, by retrovirus infection, into hormone-sensitive LNCaP human prostate cancer cells. The threefold increase in androgen receptor levels in the resulting LNCaP-AR cells (**Fig. 2a**) mimics the expression difference observed in the LNCaP hormone-sensitive/hormone-refractory pairs studied in the microarray experiment.

To test whether increased androgen receptor expression causes the hormone sensitive-to-hormone refractory transition, we designed two *in vitro* assays to mimic the clinical circumstances of hormone-refractory



**Figure 2** Androgen receptor overexpression causes hormone refractory progression. (**a**) Western blot of vector-infected and androgen receptor–infected LNCaP cells. (**b,c**) Crystal violet staining of androgen receptor– or vector-infected LNCaP cells, 2 weeks after *in vitro* growth in charcoal-stripped serum supplemented with R1881 (**b**) or 10% full serum with bicalutamide (**c**). (**d**) Tumor incidence (in days) of vector-infected (gray) or androgen receptor–infected (red) LAPC4 cells in intact (circles; *n* = 8) or castrated (triangles; *n* = 12) SCID mice. Inset, western blot of vector-infected and androgen receptor–infected LAPC4 cells. (**e**) Similar experiment using LNCaP cells.

**ARTICLES**



**Figure 3** Androgen receptor expression is necessary for hormone sensitive–to–hormone refractory progression. (**a**) Schematic of shRNA-expressing lentivirus directed against androgen receptor (AR) in pCSCG vector. (**b**) Tumor volume (± s.e.m.) of hormone-refractory LAPC4 cells infected with shRNA-expressing (blue; $n = 8$) or control (gray; $n = 9$) virus. *, $P < 0.05$ by $t$-test. Left inset, flow cytometric analysis of GFP-positive cells in representative tumors (top, control virus; bottom, shRNA-expressing virus). Right inset, western blot analysis of shRNA-expressing and control (empty vector) cells. (**c**) Similar experiment using hormone-refractory LNCaP cells.

disease. The first measures the ability of cells to grow in low androgen concentrations; the second measures growth in the presence of the antiandrogen bicalutamide. As expected, LNCaP cells infected with the empty vector did not grow in steroid-depleted, charcoal-stripped serum unless supplemented with the synthetic androgen R1881, at a concentration of 100 pM. In contrast, LNCaP-AR cells grew in at least 80% lower concentrations of R1881 (**Fig. 2b**). LNCaP-AR cells were also resistant to bicalutamide (**Fig. 2c**). Next, we asked whether increased androgen receptor expression was sufficient, *in vivo*, to confer resistance to surgical castration using two xenografts, LNCaP and LAPC4. Hormone-sensitive LAPC4 cells were infected with androgen receptor–expressing lentivirus, so that they produced about threefold more androgen receptor protein than vector-infected controls (**Fig. 2d**), then implanted into the flanks of intact or castrated male severe combined immunodeficiency (SCID)

mice. Androgen receptor overexpression shortened the latency of tumor formation by >50% in castrated animals implanted with LAPC4 and LNCaP cells (**Fig. 2d,e**).

**Increased androgen receptor is required for progression**

We used stable RNA interference to address the reciprocal question of whether the increase in androgen receptor expression observed in hormone-refractory xenografts was necessary for developing resistance to hormone therapy. Knockdown of androgen receptor levels in hormone-refractory LAPC4 cells was achieved using a lentivirus vector expressing a short hairpin RNA (shRNA) against androgen receptor, *cis*-linked with a green fluorescent protein (GFP) expression cassette (**Fig. 3a**). After implantation into the flanks of castrated male mice, androgen receptor shRNA–infected tumors grew more slowly than



**Figure 4** Androgen receptor–mediated progression occurs by a ligand-dependent, genotropic mechanism. (**a**) Specific activity of radiolabeled R1881 bound to wild-type (WT) or LBD mutant androgen receptor in transfected COS7 cells. (**b,e**) Relative colony growth of LNCaP cells expressing LBD (**b**) or genotropic (**e**) androgen receptor (AR) mutants in 30 pM R1881 or 10 μM bicalutamide. Insets, western blot analysis of mutant androgen receptor expression. (**c**) Tumor volume (± s.e.m.) of LNCaP cells expressing androgen receptor mutants ($n = 10$) or vector ($n = 10$) in castrated male SCID mice. (**d**) Immunofluorescence of LNCaP cells expressing ΔNLS or wild-type androgen receptor in the presence of R1881.

© 2004 Nature Publishing Group  http://www.nature.com/naturemedicine

TX 9.0003

## ARTICLES

© 2004 Nature Publishing Group  http://www.nature.com/naturemedicine

vector-infected controls (Fig. 3b). The tumors that did grow did not express GFP compared with vector-infected controls (Fig. 3b), but still expressed androgen receptor protein (data not shown), indicating selection for cells that escaped androgen receptor knockdown. Parallel studies of androgen receptor knockdown in hormone-refractory LNCaP sublines gave similar results (Fig. 3c).

### Hormone-refractory progression remains ligand dependent

To determine the mechanism by which increased androgen receptor levels cause hormone refractory disease, we considered two possibilities: (i) high levels of receptor lead to constitutive activation in the absence of ligand, consistent with a recent study of androgen receptor[29] (ligand-independent model), or (ii) high levels of receptor sensitize the cell to the residual amounts of ligand remaining after testosterone-lowering therapy (ligand-dependent, mass-action model). To distinguish between these models, we introduced two androgen receptor mutations, N705S and R752Q, independently into the LBD to selectively impair ligand binding without interfering with ligand-independent functions. N705S is associated with complete androgen insensitivity syndrome, whereas R752Q is found in patients with partial androgen insensitivity syndrome[30]. As expected, both mutations impaired ligand binding in a radiolabeled R1881 binding assay (Fig. 4a). Consistent with the severity of disease it causes, R752Q retained low levels of ligand binding and transcriptional activity in a reporter assay (data not shown), and serves as an internal control to ensure proper folding of at least one LBD mutant. Overexpression of either LBD mutant construct in LNCaP cells, even at levels approximately tenfold higher than those of endogenous androgen receptor (Fig. 4b), did not promote hormone-refractory growth beyond that in vector controls. Similar results were achieved in low-androgen media, in the presence of bicalutamide (Fig. 4b) and in surgically castrated mice (Fig. 4c). These data establish that the androgen receptor must bind its ligand to confer hormone-refractory growth, and imply that a modest increase in receptor concentration permits the receptor to function despite the lower levels of androgens in castrated patients. Our data also suggest that the widely used term 'androgen independent' may be a misleading description of hormone-refractory prostate cancer.

### Androgen receptor–mediated progression is genotropic

We next used the in vitro assays for androgen receptor function to assess whether androgen receptor induces the hormone sensitive-to–hormone refractory transition through genotropic (nuclear) or

nongenotropic (cytoplasmic) functions. Deletion of the nuclear localization signal (NLS) blocked nuclear translocation of the receptor (Fig. 4d) and abolished hormone-refractory growth in low-androgen medium or in the presence of bicalutamide (Fig. 4e). Similar results were obtained using a second androgen receptor mutant, V581F, that lacks DNA binding activity[31]. Finally, deletion of the androgen receptor polyproline region, reported to bind the SH3 domain of Src[32], had no inhibitory effect on androgen receptor function in these assays (Fig. 4e). Thus, the previously reported nongenotropic effects of androgen receptor on bone growth and prostate cancer cell survival[32–34] are unlikely to have a role in resistance to antiandrogen therapy.

### Higher androgen receptor levels convert antagonists to agonists

The ligand-binding mutagenesis studies provide evidence for a mass-action model of resistance to androgen-lowering hormone therapy. If this mechanism is the sole cause of resistance, then suprapharmacologic concentrations of bicalutamide should overcome excess levels of androgen receptor and block transcriptional activity. Surprisingly, we observed the opposite phenomenon when we examined the effects of high-dose bicalutamide on prostate-specific antigen (PSA) expression in cells expressing excess androgen receptor. Bicalutamide showed typical antagonist activity in parental LAPC4 cells, as measured by inhibition of PSA mRNA and protein expression, but functioned as an agonist in LAPC4 cells with increased androgen receptor expression (Fig. 5a,b). The antagonist-to-agonist conversion was not unique to bicalutamide or the LAPC4 cell line, as similar results were observed using other androgen receptor antagonists such as cyproterone acetate (Fig. 5c) and flutamide (data not shown), and with LNCaP cells (Fig. 5d). In addition, increased androgen receptor levels conferred responsiveness to noncanonical ligands such as estrogen (Fig. 5e), reminiscent of the effects of the T877A androgen receptor LBD mutation in LNCaP cells[8].

We then used microarrays to determine whether this conversion was specific to KLK3, the gene encoding PSA, or also applied to other androgen-regulated genes. LNCaP cells infected with androgen receptor–expressing retrovirus or empty vector control were challenged with increasing doses of R1881 or 10 μM bicalutamide, then processed for hybridization to the Affymetrix U133A chip (Fig. 6a). Bicalutamide induced the expression of 48 probe sets (defined as twofold increase; $P < 0.05$; 500 minimum expression units) in LNCaP-AR cells, whereas no elements were significantly upregulated in control cells (Fig. 6b). The list comprised mostly androgen-regulated genes (Fig. 6c and Supplementary



**Figure 5** Increased androgen receptor expression converts antagonists to agonists. (a,c) Semiquantitative RT-PCR analysis of PSA and β-actin mRNA in androgen receptor (AR)- or GFP-infected LAPC4 cells, 96 h after challenge with bicalutamide (a) or cyproterone acetate (c). (b,e) Secreted PSA, as measured by ELISA 48 h after challenge with bicalutamide (b) or 17β-estradiol (e). (d) PSA and β-actin mRNA in androgen receptor– or neomycin (Neo)-infected LNCaP cells, 48 h after challenge with bicalutamide.

**TX 9.0004**

Appx0536

© 2004 Nature Publishing Group  http://www.nature.com/naturemedicine



**Figure 6** Increased androgen receptor expression converts antagonists to weak agonists. (a) Protocol for microarray experiments. (b) Expression of 48 probe sets in androgen receptor–infected (red) or control-infected (blue) cells in response to bicalutamide. (c) Change in expression of 48 probe sets in response to increasing doses of R1881. (d) Genes with twofold induction in response to bicalutamide or R1881 (see Venn diagram for color code). (e) Unsupervised clustering after filtering probe sets with low variability. (f) Chromatin immunoprecipitation from androgen receptor (AR)-infected or vector-infected LNCaP cells 1 h after challenge with vehicle (V), 10 μM bicalutamide (B), 100 pM R1881 (R) or 1 nM dihydrotestosterone (D).

Fig. 2 online), including the well-known PSA and kallikrein-2 (*KLK2*)[35]. Bicalutamide induced only a subset (<10%) of the total number of androgen-regulated genes, however (>600 probe sets; **Fig. 6d**). Upon closer examination, the bicalutamide-induced genes overlapped, for the most part, with the most highly induced, androgen-responsive genes (**Fig. 6d**). Consistent with this, unsupervised hierarchical clustering of the samples grouped the genes induced by 10 μM bicalutamide most closely with those induced by low doses (10–30 pM) of R1881 (**Fig. 6e**). Together, these data suggest that increased androgen receptor expression globally converts antagonists to weak agonists, and therefore leads to the induction of only the most androgen-sensitive genes.

**High androgen receptor levels alter coactivator assembly**

We next examined the mechanism by which bicalutamide gains agonist properties when androgen receptor levels are increased. We conducted chromatin immunoprecipitation experiments to define the components of the androgen receptor transcription complex on the promoters of two genes, *KLK3* (encoding PSA) and *KLK2*, that were activated by bicalutamide in the microarray experiment. After exposure to the classic agonists R1881 or dihydrotestosterone, androgen receptor and RNA polymerase II were recruited to both promoters regardless of androgen receptor level (**Fig. 6f**), as expected from prior work[21,36]. Androgen receptor was also recruited to both promoters after exposure to bicalutamide in vector control and androgen receptor–overexpressing cells, but polymerase II was present only in the setting of excess androgen receptor. In androgen receptor–overexpressing cells, the repertoire of coactivators recruited to these promoters by bicalutamide was more limited (SRC-1 but not AIB-1, for example) compared with R1881- or dihydrotestosterone-treated cells. We also examined the effect of increased androgen receptor levels on promoter occupancy by corepressors. As expected, nuclear receptor corepressor (NCoR) was recruited to both promoters in parental cells after bicalutamide treatment, without evidence of histone acetylation or polymerase II recruit-

ment. NCoR recruitment was reduced (*KLK3* promoter) or absent (*KLK2* promoter), however, after bicalutamide treatment in cells with increased androgen receptor expression. Thus, a modest change in the level of androgen receptor protein can shift the relative abundance of coactivators or corepressors assembled on the promoters of androgen receptor target genes, with subsequent effects on transcriptional activity.

**DISCUSSION**

Our expression profiling experiments unexpectedly indicated that androgen receptor mRNA was universally upregulated in all of our hormone-refractory xenograft models. This finding is likely to have clinical relevance, based on surveys of androgen receptor levels in patient material[7,37]. But can this simple model for hormone-refractory progression be reconciled with previous work implicating other mechanisms? *AR* gene amplification could result in increased androgen receptor levels, but this occurs in a minority of patients and cannot be invoked as the explanation for our xenograft findings, as there was no increase in androgen receptor copy number during the hormone sensitive–to–hormone refractory transition[38]. Studies of *AR* gene regulation have implicated androgen receptor itself as a self-regulating transcription factor that binds the androgen receptor gene and leads to increased androgen receptor mRNA levels[21,36]. Other mechanisms postulated to result in increased androgen receptor activity, such as increased kinase pathway signaling (ErbB2, Ras or MAPK) or altered coactivator/corepressor ratios, may therefore also lead to increased androgen receptor mRNA levels, albeit indirectly. Thus, any one of a number of primary molecular events that alter androgen receptor activity could cause an increase in androgen receptor mRNA, suggesting a common final pathway for escape from standard hormone therapy.

One caveat is that our conclusions about androgen receptor are based on studies of hormone-sensitive xenograft models, nearly all of which have been derived from men with hormone-refractory disease. The question of how hormone-sensitive growth is 'restored' when such tumors are

TX 9.0005

## ARTICLES

explanted into intact male mice is a long-debated paradox in the prostate cancer field, and the mechanism remains unknown. We previously provided evidence that such explants contain a mixture of hormone-sensitive and hormone-refractory clones, and that hormone-refractory sublines develop through clonal expansion under the selective pressure of androgen deprivation[40]. The hormone-sensitive clones that evolve from such explants may be hormone-sensitive only in relative terms, reflecting a transition state in the continuum between truly hormone-naive prostate cancer (no prior exposure to antiandrogen therapy) and full-blown hormone-refractory disease. It remains to be determined whether androgen receptor upregulation is sufficient to confer hormone-refractory growth to hormone-naive cells. Newer transgenic or knockout models of mouse prostate cancer may provide an opportunity to address this question in a 'cleaner' experimental system[41,42].

Mass action provides the simplest explanation of how increased expression of androgen receptor can confer resistance to antiandrogen therapy. According to this model, the three- to fivefold increase in receptor levels observed in our xenograft models can compensate for low ligand levels and restore androgen receptor signaling. However, the fact that increased receptor levels cause antagonists to function as agonists suggests another level of complexity. Our comparison of genes induced by bicalutamide to those induced by a range of doses of androgen indicates that antagonists function as weak agonists when androgen receptor levels are increased. Comparative analysis of the transcription complexes assembled on the promoters of androgen receptor target genes revealed a potential mechanism. Specifically, a more limited repertoire of coactivators is recruited to androgen receptor target genes after stimulation with bicalutamide, suggesting that suboptimal ligands cannot assemble the optimal array of cofactors required for maximal transcriptional activity (**Supplementary Fig. 3** online). Because steroid receptor–antagonist complexes adopt a variety of conformations[43,44], antagonist-bound androgen receptor may be unable to bind the full complement of coactivator machinery.

The molecular basis for the loss of antagonism is less apparent. Previous work has shown that the agonist-versus-antagonist response of nuclear receptors, such as the estrogen receptor, is altered by increased expression of coactivators (such as SRC-1) or by decreased expression of corepressors (such as NCoR)[45,46]. Our data establish that increased expression of the nuclear receptor itself causes a similar outcome, perhaps by upsetting the balance of corepression and coactivation in the cell. Additional experiments examining each of these components will be required to validate these or other explanations.

The clinical relevance of antagonist-agonist conversion should also be considered. About 30% of men whose disease progresses during treatment with androgen receptor antagonists experience a paradoxical fall in serum PSA levels when the antagonist is discontinued, called antiandrogen withdrawal syndrome[47]. One proposed mechanism for this syndrome is mutation of the *AR* gene, based on the fact that flutamide functions as an agonist in cells expressing the T877A androgen receptor mutation[8]. Although compelling, this mechanism cannot account for all cases, as recent estimates of the frequency of androgen receptor mutations in hormone-refractory patients are too low[5]. Our findings suggest that patients with antiandrogen withdrawal syndrome may be those with the highest level of androgen receptor upregulation.

Perhaps the most important implication of this work is in the development of new antiandrogens. The fact that an intact LBD is required for androgen receptor to cause resistance to hormone therapy provides a compelling rationale for the design of new antagonists that exploit existing knowledge of this well-defined binding pocket[48]. Because androgen receptor action seems to be mediated exclusively through genotropic mechanisms, one can also envision drugs that prevent androgen receptor

nuclear translocation or impair assembly of androgen receptor transcription complexes on target genes. Finally, it will be important to determine whether the mechanisms of antiandrogen resistance implicated here are relevant to other hormone-dependent diseases such as breast cancer.

## METHODS

**Materials.** Oligonucleotide U95A and U133A gene arrays were purchased from Affymetrix. Charcoal-stripped, dextran-treated FBS was obtained from Omega Scientific. Bicalutamide was obtained from the UCLA Investigational Drug Pharmacy and dissolved in acetone. Cold and [³H]R1881 were obtained from NEN Life Sciences. Androgen receptor–specific antibody N-20 (Santa Cruz) and FLAG-specific antibody M2 (Sigma) were used in the immunoblot assays. Secreted PSA was measured by ELISA (American Qualex). Protein extracts were prepared in high-detergent buffer (2% SDS) to ensure total cell lysis. Ligand-binding assays were conducted in COS7 cells starved of androgen for 48 h and incubated with increasing amounts of [³H]R1881, in the presence or absence of a 100-fold excess of cold R1881. Bound ligand was measured by scintillation counting.

**DNA constructs and PCR primers.** The pCSUACG plasmid (U6-shRNA-AR-CMV-GFP) was constructed by ligating the *BamH*I/*Eco*RI digests of pCSCG and the U6-shRNA-AR PCR product. The U6-shRNA-AR PCR was performed using a hU6-containing plasmid at an annealing temperature of 60 °C with the primers 5′-GCGGGATCCCAAGGTCGGGCAGGAAGAGGGCCTATTTCC-3′ and 5′-GGGGAATTCAAAAGCACTGCTACTCTTCAGCATCTCCTTGAATGCTGAA-GAGTAGCAGTGCGGTGTTTCGTCCTTTCCACAAGATATATAA-3′. The pCSCA plasmid (CMV-AR) was created by subcloning the *Xba*I fragment of pSRα-AR into the *Nhe*I site of pCSCG. Androgen receptor mutants were made by standard PCR-based site-directed mutagenesis using the QuikChange kit (Stratagene). The ΔNLS mutant contains three point mutations (K618M, K632M and K633M) previously shown to disrupt nuclear import[49]. The ΔPro mutant contains a deletion of amino acids 372–381, based on previous work[32]. *KLK3* RT-PCR analysis of PSA was performed with primers 5′-GGTGACCAAGTTCAT-GCTGTG-3′ and 5′-GTGTCCTTGATCCACTTCCG-3′.

**In vitro and in vivo growth experiments.** LNCaP (American Type Culture Collection) and LAPC4 cells were maintained in Iscove medium supplemented with 10% FBS. LNCaP-AR and LNCaP-vector cells were derived by infecting cells with the pSRα-AR or pSRα retroviruses, respectively, and selecting in 500 ng/ml of G418. LNCaP-AR, LNCaP-vector, LAPC4-AR and LAPC4-vector cells in other experiments were derived by infecting cells with the pCSCA or pCSC lentiviruses, respectively, without selection (>90% infection). For *in vivo* experiments, LNCaP or LAPC4 cells stably infected with different constructs were androgen-starved by growth in charcoal-stripped serum for 3–5 d. Cells (5 × 10⁴ cells/well) were plated in media containing 10% charcoal-stripped serum supplemented with various concentrations of R1881, or in media containing 10% full serum with various concentrations of bicalutamide. Colonies were visualized with crystal violet staining 2 weeks later. All experiments were done in duplicate. *In vivo* tumorigenicity was measured by injection of 5 × 10⁵ LAPC4 or 1 × 10⁶ LNCaP cells in 100 µl of Matrigel (Collaborative Biomedical) subcutaneously into the flanks of intact or castrated male SCID mice. Tumor size was measured weekly in three dimensions using calipers as described[26], and scored as positive when size reached 40 mm³. Androgen receptor knockdown was achieved by infecting hormone-refractory LAPC4 cells with lentivirus expressing androgen receptor–specific shRNA. Tumors that grew in castrated mice were explanted and analyzed by flow cytometry for GFP-positive cells. All mouse experiments were performed in compliance with the guidelines of the Animal Research Committee of the University of California at Los Angeles.

**Microarray experiments and data analysis.** Hormone-sensitive and hormone-refractory xenograft pairs for the microarray study were collected from three institutions: LUCaP23, LUCaP35 and LUCaP41 were developed at the University of Washington; CWR22 was developed by Case Western Reserve University and kindly provided by the University of North Carolina–Chapel Hill; LAPC4 and LAPC9 were developed at the University of California at Los Angeles; and LNCaP was purchased from the American Type Culture Collection. Hormone-sensitive xenografts were grown in intact nude mice or male SCID mice, and their

© 2004 Nature Publishing Group  http://www.nature.com/naturemedicine



TX 9.0006

Appx0538

© 2004 Nature Publishing Group  http://www.nature.com/naturemedicine

**ARTICLES**

hormone-refractory counterparts were developed by serial passage in castrated male mice. Microarray experiments were performed and data were analyzed according to the manufacturer's instructions (Affymetrix). For each xenograft, we extracted total RNA from a pool of two to eight tumors with comparable sizes and serum PSA levels, using TriReagent (Molecular Research Center) and RNeasy (Qiagen). For each sample, 15 μg of total RNA was used to generate double-stranded cDNA. The cRNA was transcribed with biotin-labeled nucleotides (ENZO Diagnostics), fragmented and hybridized to microarray U95A (Affymetrix). Scanned images were used for absolute and comparison analysis according to the Affymetrix manual. The microarray data in Figure 6 were generated using the Genespring program (Silicon Genetics). Genes were filtered for unsupervised clustering based on standard deviation ≤ 100 and/or coefficient of variation ≤ 50% (Fig. 6e). Only genes with a minimum expression of 500 units were included in Figure 6c. Microarray data are available at the NCBI's GEO (http://www.ncbi.nlm.nih.gov/geo/); accession numbers GSE846 and GSE847.

**Chromatin immunoprecipitation.** LNCaP-AR and LNCaP-vector cells were androgen-starved and challenged with either vehicle, 100 pM R1881, 1 nM DHT or 10 μM bicalutamide for 1 h. Soluble chromatin was prepared after formaldehyde cross-linking and sonication. Specific antibodies to androgen receptor, NCoR, polymerase II, Ac-H3/H4, SRC-1, TIF-2, AIB-1 and PCAF were used to immunoprecipitate protein-bound DNA fragments. After reversing the cross-linking, PCR reactions were done to amplify the promoter regions of *KLK3* or *KLK2* (ref. 21).

*Note: Supplementary information is available on the Nature Medicine website.*

**ACKNOWLEDGMENTS**
We thank C. Gregory from University of North Carolina–Chapel Hill for providing CWR22 RNA and protein; I. Mellinghoff for reagents; and K. Ellwood-Yen, M. Carey, T. Graber, J. Nicoll, J. Xu, A. Kwon and members of the Sawyers lab for helpful discussions. This work was supported by grants from the National Cancer Institute, Department of Defense and CapCURE. C.L.S. is an Investigator of the Howard Hughes Medical Institute and a Doris Duke Distinguished Clinical Scientist.

**COMPETING INTERESTS STATEMENT**
The authors declare that they have no competing financial interests.

Received 1 October; accepted 1 December 2003
Published online at http://www.nature.com/naturemedicine/

1. Feldman, B.J. & Feldman, D. The development of androgen-independent prostate cancer. *Nat. Rev. Cancer* **1**, 34–45 (2001).
2. Gelmann, E.P. Molecular biology of the androgen receptor. *J. Clin. Oncol.* **20**, 3001–3015 (2002).
3. Balk, S.P. Androgen receptor as a target in androgen-independent prostate cancer. *Urology* **60**, 132–138 (2002).
4. Taplin, M.E. *et al.* Selection for androgen receptor mutations in prostate cancers treated with androgen antagonist. *Cancer Res.* **59**, 2511–2515 (1999).
5. Taplin, M.E. *et al.* Androgen receptor mutations in androgen-independent prostate cancer: Cancer and Leukemia Group B Study 9663. *J. Clin. Oncol.* **21**, 2673–2678 (2003).
6. Visakorpi, T. *et al.* In vivo amplification of the androgen receptor gene and progression of human prostate cancer. *Nat. Genet.* **9**, 401–406 (1995).
7. Taplin, M.E. *et al.* Mutation of the androgen-receptor gene in metastatic androgen-independent prostate cancer. *N. Engl. J. Med.* **332**, 1393–1398 (1995).
8. Veldscholte, J. *et al.* A mutation in the ligand binding domain of the androgen receptor of human LNCaP cells affects steroid binding characteristics and response to anti-androgens. *Biochem. Biophys. Res. Commun.* **173**, 534–540 (1990).
9. Matias, P.M. *et al.* Structural basis for the glucocorticoid response in a mutant human androgen receptor (AR(ccr)) derived from an androgen-independent prostate cancer. *J. Med. Chem.* **45**, 1439–1446 (2002).
10. Craft, N., Shostak, Y., Carey, M. & Sawyers, C.L. A mechanism for hormone-independent prostate cancer through modulation of androgen receptor signaling in the HER-2/neu tyrosine kinase. *Nat. Med.* **5**, 280–285 (1999).
11. Gioeli, D. *et al.* Androgen receptor phosphorylation. Regulation and identification of the phosphorylation sites. *J. Biol. Chem.* **277**, 29304–29314 (2002).
12. Kato, S. *et al.* Activation of the estrogen receptor through phosphorylation by mitogen-activated protein kinase. *Science* **270**, 1491–1494 (1995).
13. Font de Mora, J. & Brown, M. AIB1 is a conduit for kinase-mediated growth factor signaling to the estrogen receptor. *Mol. Cell. Biol.* **20**, 5041–5047 (2000).
14. Tremblay, A., Tremblay, G.B., Labrie, F. & Giguere, V. Ligand-independent recruitment of SRC-1 to estrogen receptor β through phosphorylation of activation function AF-1. *Mol. Cell* **3**, 513–519 (1999).
15. Gregory, C.W. *et al.* A mechanism for androgen receptor-mediated prostate cancer recurrence after androgen deprivation therapy. *Cancer Res.* **61**, 4315–4319 (2001).
16. Li, P. *et al.* Heterogeneous expression and functions of androgen receptor co-factors in

17. Glass, C.K. & Rosenfeld, M.G. The coregulator exchange in transcriptional functions of nuclear receptors. *Genes Dev.* **14**, 121–141 (2000).
18. Raffo, A.J. *et al.* Overexpression of bcl-2 protects prostate cancer cells from apoptosis *in vitro* and confers resistance to androgen depletion *in vivo*. *Cancer Res.* **55**, 4438–4445 (1995).
19. McDonnell, T.J. *et al.* Expression of the protooncogene bcl-2 in the prostate and its association with emergence of androgen-independent prostate cancer. *Cancer Res.* **52**, 6940–6944 (1992).
20. Kinoshita, H. *et al.* Methylation of the androgen receptor minimal promoter silences transcription in human prostate cancer. *Cancer Res.* **60**, 3623–3630 (2000).
21. Shang, Y., Myers, M. & Brown, M. Formation of the androgen receptor transcription complex. *Mol. Cell* **9**, 601–610 (2002).
22. Zhau, H.Y. *et al.* Androgen-repressed phenotype in human prostate cancer. *Proc. Natl. Acad. Sci. USA* **93**, 15152–15157 (1996).
23. Wainstein, M.A. *et al.* CWR22: androgen-dependent xenograft model derived from a primary human prostatic carcinoma. *Cancer Res.* **54**, 6049–6052 (1994).
24. Ellis, W.J. *et al.* Characterization of a novel androgen-sensitive, prostate-specific antigen-producing prostatic carcinoma xenograft: LuCaP 23. *Clin. Cancer Res.* **2**, 1039–1048 (1996).
25. Horoszewicz, J.S. *et al.* LNCaP model of human prostatic carcinoma. *Cancer Res.* **43**, 1809–1818 (1983).
26. Klein, K.A. *et al.* Progression of metastatic human prostate cancer to androgen independence in immunodeficient SCID mice. *Nat. Med.* **3**, 402–408 (1997).
27. Perou, C.M. *et al.* Molecular portraits of human breast tumours. *Nature* **406**, 747–752 (2000).
28. Gregory, C.W., Johnson, R.T., Jr., Mohler, J.L., French, F.S. & Wilson, E.M. Androgen receptor stabilization in recurrent prostate cancer is associated with hypersensitivity to low androgen. *Cancer Res.* **61**, 2892–2898 (2001).
29. Huang, Z.Q., Li, J. & Wong, J. AR possesses an intrinsic hormone-independent transcriptional activity. *Mol. Endocrinol.* **16**, 924–937 (2002).
30. Matias, P.M. *et al.* Structural evidence for ligand specificity in the binding domain of the human androgen receptor. Implications for pathogenic gene mutations. *J. Biol. Chem.* **275**, 26164–26171 (2000).
31. Lobaccaro, J.M. *et al.* Molecular modeling and *in vitro* investigations of the human androgen receptor DNA-binding domain: application for the study of two mutations. *Mol. Cell. Endocrinol.* **116**, 137–147 (1996).
32. Migliaccio, A. *et al.* Steroid-induced androgen receptor-oestradiol receptor β-Src complex triggers prostate cancer cell proliferation. *EMBO J.* **19**, 5406–5417 (2000).
33. Kousteni, S. *et al.* Nongenotropic, sex-nonspecific signaling through the estrogen or androgen receptors: dissociation from transcriptional activity. *Cell* **104**, 719–730 (2001).
34. Manolagas, S.C., Kousteni, S. & Jilka, R.L. Sex steroids and bone. *Recent Prog. Horm. Res.* **57**, 385–409 (2002).
35. DePrimo, S.E. *et al.* Transcriptional programs activated by exposure of human prostate cancer cells to androgen. *Genome Biol.* **3**, RESEARCH0032 (2002).
36. Masiello, D., Cheng, S., Bubley, G.J., Lu, M.L. & Balk, S.P. Bicalutamide functions as an androgen receptor antagonist by assembly of a transcriptionally inactive receptor. *J. Biol. Chem.* **277**, 26321–26326 (2002).
37. Edwards, J., Krishna, N.S., Grigor, K.M. & Bartlett, J.M. Androgen receptor gene amplification and protein expression in hormone refractory prostate cancer. *Br. J. Cancer* **89**, 552–556 (2003).
38. Laitinen, S., Karhu, R., Sawyers, C.L., Vessella, R.L. & Visakorpi, T. Chromosomal aberrations in prostate cancer xenografts detected by comparative genomic hybridization. *Genes Chromosomes Cancer* **35**, 66–73 (2002).
39. Grad, J.M., Dai, J.L., Wu, S. & Burnstein, K.L. Multiple androgen response elements and a Myc consensus site in the androgen receptor (AR) coding region are involved in androgen-mediated up-regulation of AR messenger RNA. *Mol. Endocrinol.* **13**, 1896–1911 (1999).
40. Craft, N. *et al.* Evidence for clonal outgrowth of androgen-independent prostate cancer cells from androgen-dependent tumors through a two-step process. *Cancer Res.* **59**, 5030–5036 (1999).
41. Ellwood-Yen, K. *et al.* Myc-driven murine prostate cancers shares molecular features with human prostate tumors. *Cancer Cell* **4**, 223–238 (2003).
42. Wang, S. *et al.* Prostate-specific deletion of the murine Pten tumor suppressor gene leads to metastatic prostate cancer. *Cancer Cell* **4**, 209–221 (2003).
43. Shiau, A.K. *et al.* The structural basis of estrogen receptor/coactivator recognition and the antagonism of this interaction by tamoxifen. *Cell* **95**, 927–937 (1998).
44. Norris, J.D. *et al.* Peptide antagonists of the human estrogen receptor. *Science* **285**, 744–746 (1999).
45. Baek, S.H. *et al.* Exchange of N-CoR corepressor and Tip60 coactivator complexes links gene expression by NF-κB and β-amyloid precursor protein. *Cell* **110**, 55–67 (2002).
46. Shang, Y. & Brown, M. Molecular determinants for the tissue specificity of SERMs. *Science* **295**, 2465–2468 (2002).
47. Schellhammer, P.F. *et al.* Prostate specific antigen decreases after withdrawal of antiandrogen therapy with bicalutamide or flutamide in patients receiving combined androgen blockade. *J. Urol.* **157**, 1731–1735 (1997).
48. Sack, J.S. *et al.* Crystallographic structures of the ligand-binding domains of the androgen receptor and its T877A mutant complexed with the natural agonist dihydrotestosterone. *Proc. Natl. Acad. Sci. USA* **98**, 4904–4909 (2001).
49. Zhou, Z.X., Sar, M., Simental, J.A., Lane, M.V. & Wilson, E.M. A ligand-dependent bipartite nuclear targeting signal in the human androgen receptor. Requirement for the DNA-binding domain and modulation by NH2-terminal and carboxyl-terminal sequences. *J. Biol. Chem.* **269**, 13115–13123 (1994).

primary prostate cancer. *Am. J. Pathol.* **161**, 1467–1474 (2002).

TX 9.0007

Appx0539

TX 9.0008



US007709517B2

(12) **United States Patent**     (10) **Patent No.:**     **US 7,709,517 B2**
Sawyers et al.     (45) **Date of Patent:**     **\*May 4, 2010**

(54) **DIARYLHYDANTOIN COMPOUNDS**

(75) Inventors: **Charles L. Sawyers**, New York, NY (US); **Michael E. Jung**, Los Angeles, CA (US); **Charlie D. Chen**, Los Angeles, CA (US); **Samedy Ouk**, Costa Mesa, CA (US); **Derek Welsbie**, Northridge, CA (US); **Chris Tran**, New York, NY (US); **John Wongvipat**, Nanuet, NY (US); **Dongwon Yoo**, Los Angeles, CA (US)

(73) Assignee: **The Regents of the University of California**, Oakland, CA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 592 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **11/433,829**

(22) Filed: **May 15, 2006**

(65) **Prior Publication Data**

US 2007/0004753 A1     Jan. 4, 2007

**Related U.S. Application Data**

(60) Provisional application No. 60/680,835, filed on May 13, 2005, provisional application No. 60/750,351, filed on Dec. 15, 2005, provisional application No. 60/756,552, filed on Jan. 6, 2006, provisional application No. 60/786,837, filed on Mar. 29, 2006.

(51) **Int. Cl.**
*A61K 31/4166* (2006.01)
*C07D 233/02* (2006.01)

(52) **U.S. Cl.** ................. 514/392; 548/300.1; 548/316.4; 548/317.1; 548/321.1; 514/385; 514/386

(58) **Field of Classification Search** ............. 548/300.1, 548/316.4, 317.1, 321.1; 514/385, 386, 392; 544/358, 359, 370; 546/184, 192, 207, 210
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,823,240 | A | 7/1974 | Sauli |
| 3,984,430 | A | 10/1976 | Curran |
| 4,097,578 | A | 6/1978 | Perronnet et al. |
| 4,234,736 | A | 11/1980 | Bernauer et al. |
| 4,304,782 | A | 12/1981 | Dumont et al. |
| 4,312,881 | A | 1/1982 | Wootton |
| 4,399,216 | A | 8/1983 | Axel et al. |
| 4,407,814 | A | 10/1983 | Bernauer et al. |
| 4,427,438 | A | 1/1984 | Nagano et al. |
| 4,473,393 | A | 9/1984 | Nagpal |
| 4,482,739 | A | 11/1984 | Bernauer et al. |
| 4,559,157 | A | 12/1985 | Smith et al. |
| 4,608,392 | A | 8/1986 | Jacquet et al. |
| 4,749,403 | A | 6/1988 | Liebl et al. |
| 4,820,508 | A | 4/1989 | Wortzman |

| | | | |
|---|---|---|---|
| 4,859,228 | A | 8/1989 | Prisbylla |
| 4,873,256 | A | 10/1989 | Coussediere et al. |
| 4,938,949 | A | 7/1990 | Borch et al. |
| 4,944,791 | A | 7/1990 | Schröder et al. |
| 4,992,478 | A | 2/1991 | Geria |
| 5,010,182 | A | 4/1991 | Brake et al. |
| 5,069,711 | A | 12/1991 | Fischer et al. |
| 5,071,773 | A | 12/1991 | Evans et al. |
| 5,166,358 | A | 11/1992 | Seuron et al. |
| 5,411,981 | A | 5/1995 | Gaillard-Kelly et al. |
| 5,434,176 | A | 7/1995 | Claussner et al. |
| 5,556,983 | A | 9/1996 | Claussner et al. |
| 5,589,497 | A | 12/1996 | Claussner et al. |
| 5,614,620 | A | 3/1997 | Liao et al. |
| 5,627,201 | A | 5/1997 | Gaillard-Kelly et al. |
| 5,646,172 | A | 7/1997 | Claussner et al. |
| 5,656,651 | A | 8/1997 | Sovak et al. |
| 5,705,654 | A | 5/1998 | Claussner et al. |
| 5,750,553 | A | 5/1998 | Claussner et al. |
| RE35,956 | E | 11/1998 | Gaillard-Kelly et al. |
| 5,958,936 | A | 9/1999 | Claussner et al. |
| 5,985,868 | A | 11/1999 | Gray |
| 6,087,509 | A | 7/2000 | Claussner et al. |
| 6,107,488 | A | 8/2000 | Bouchet et al. |
| 6,235,910 | B1 | 5/2001 | Beller et al. |
| 6,242,611 | B1 | 6/2001 | Claussner et al. |
| 6,307,030 | B1 | 10/2001 | French et al. |
| 6,472,415 | B1 | 10/2002 | Sovak et al. |
| 6,479,063 | B2 | 11/2002 | Weisman et al. |
| 6,489,163 | B1 | 12/2002 | Roy et al. |
| 6,506,607 | B1 | 1/2003 | Shyjan |
| 6,828,471 | B2 | 12/2004 | Sawyers et al. |
| 7,271,188 | B2 | 9/2007 | Tachibana et al. |
| 2002/0133833 | A1 | 9/2002 | Sawyers et al. |
| 2004/0009969 | A1 | 1/2004 | Cleve et al. |
| 2004/0116417 | A1 | 6/2004 | Boubia et al. |
| 2005/0153968 | A1 | 7/2005 | Bi et al. |
| 2007/0249697 | A1 | 10/2007 | Tachibana et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| AU | 217893 | 6/1958 |
| DE | 2102605 | 7/1971 |
| EP | 0017976 A2 | 10/1980 |
| EP | 0017976 A3 | 10/1980 |
| EP | 0017976 B1 | 6/1983 |

(Continued)

OTHER PUBLICATIONS

International Search Report issued in PCT Application No. PCT/US06/11417 dated Jul. 3, 2006.

(Continued)

*Primary Examiner*—Golam M Shameem
(74) *Attorney, Agent, or Firm*—Venable LLP; Michael A. Gollin; Lars H. Genieser

(57) **ABSTRACT**

The present invention relates to diarylhydantoin compounds, including diarylthiohydantoins, and methods for synthesizing them and using them in the treatment of hormone refractory prostate cancer.

13 Claims, 29 Drawing Sheets

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
CASE NO.     18-cv-02015-R-KS
Dequi Chon, Ph.D.,
Michael E. Jung, Ph.D., et al.
VS.
PLAINTIFF'S EXHIBIT     **12**
DATE_____IDEN.
DATE_____EVD.
BY_____
DeputyClerk



DEPOSITION
EXHIBIT
12

PENGAD 800-631-6989

**TX 12.0001**

US 7,709,517 B2

Page 2

## FOREIGN PATENT DOCUMENTS

| EP | 0 002 259 B1 | 10/1984 |
|---|---|---|
| EP | 033123 A2 | 9/1989 |
| EP | 362179 | 4/1990 |
| EP | 0 494 819 A1 | 1/1992 |
| EP | 0 578 516 A1 | 5/1993 |
| EP | 0 580 459 A1 | 5/1993 |
| EP | 0572191 A1 | 12/1993 |
| EP | 0 580 459 B1 | 1/1994 |
| EP | 0 494 819 B1 | 7/1996 |
| EP | 0 721 944 B1 | 1/2001 |
| EP | 1 790 640 A | 5/2007 |
| FR | 2 693 461 A1 | 1/1994 |
| FR | 2 715 402 A1 | 1/1994 |
| FR | 2 845 348 A1 | 10/2002 |
| JP | 2019363 A | 1/1990 |
| WO | WO 90/13646 | 11/1990 |
| WO | WO 97/00071 | 1/1997 |
| WO | WO 97/19064 | 5/1997 |
| WO | WO 97/19931 | 6/1997 |
| WO | WO 00/17163 | 3/2000 |
| WO | WO 02/03155 A1 | 7/2002 |
| WO | WO 02/081453 A1 | 10/2002 |
| WO | WO 03/029245 A1 | 4/2003 |
| WO | WO 2003/057220 A1 | 7/2003 |
| WO | WO 03/093243 A1 | 11/2003 |
| WO | WO 03/096980 | 11/2003 |
| WO | WO 2004/031160 A2 | 4/2004 |
| WO | WO 2004/070050 A2 | 8/2004 |
| WO | WO 2005/059109 | 6/2005 |
| WO | WO 2005/060661 | 7/2005 |
| WO | WO 05/089752 | 9/2005 |
| WO | WO 2005/099693 | 10/2005 |
| WO | WO 06/010642 | 2/2006 |
| WO | WO 2006/028226 A1 | 3/2006 |
| WO | WO 2006/124118 A1 | 11/2006 |
| WO | WO 2007/126765 | 11/2007 |
| WO | WO 2007/127010 | 11/2007 |
| WO | WO 2008/119015 A2 | 10/2008 |

## OTHER PUBLICATIONS

Wallen et al., "Androgen Receptor Gene Mutations in Hormone-Refractory Prostate Cancer", J. Pathology 1999, vol. 189, pp. 559-563.

Lu et al. "Molecular Mechanisms of Androgen-Independent Growth of Human Prostate Cancer LNCaP-AI Cells", Endocrinology 1999, vol. 140, No. 11, pp. 5054-5059.

Karp et al., Cancer Res. 56: 5547-5556.

Ausubel et al., Current Protocols in Molecular Biology, Wiley Interscience Publishers, (1995).

Sambrook et al., Molecular Cloning: A Laboratory Manual 2nd edition (1989) Cold Spring Harbor Laboratory Press, Cold Spring Harbor, N.Y.

Chang et al., Science 240 (4850), 324-326 (1988).

NM_000044<http://www.ncbi.nlm.nih.gov:80/entrez/viewer. fcgi?cmd=Retrieve&db=nucleotide&list_uids=21322251 &dopt=GenBank

&term=sapiens+AR+androgen+receptor+prostate+cancer &qty=1>gi:21322251, printed Oct. 24, 2007.

Mammalian Cell Biotechnology: a Practical Approach, M. Butler, ed. (IRL Press, 1991).

Graham and van der Eb, Virology, 52:456-467.

Keown et al., Methods in Enzymology, 185:527-537 (1990).

Mansour et al., Nature, 336:348-352 (1988).

Muller et al., 1991, Mol. & Cell. Bio. 11:1785.

Urlaub et al., Proc. Natl. Acad. Sci. USA, 77:4216 (1980).

Stinchcomb et al., Nature, 282:39 (1979).

Kingsman et al., Gene, 7: 141 (1979).

Tschumper et al., Gene, 10: 157 (1980).

Jones, Genetics, 85:12 (1977).

Feldman, B.J. & Feldman, D. The development of androgen-independent prostate cancer. Nat Rev Cancer 1, 34-45 (2001).

Gelmann, E.P. Molecular biology of the androgen receptor. J Clin Oncol 20, 3001-15 (2002).

Balk, S. P. Androgen receptor as a target in androgen-independent prostate cancer. Urology 60, 132-8; discussion 138-9 (2002).

Taplin, M.E. et al. Selection for androgen receptor mutations in prostate cancers treated with androgen antagonist. Cancer Res 59, 2511-5 (1999).

Taplin, M.E. et al. Androgen receptor mutations in androgen-independent prostate cancer: Cancer and Leukemia Group B Study 9663. J Clin Oncol 21, 2673-8 (2003).

Visakorpi, T. et al. In vivo amplification of the androgen receptor gene and progression of human prostate cancer. Nat Genet 9, 401-6 (1995).

Taplin, M.E. et al. Mutation of the androgen-receptor gene in metastatic androgen-independent prostate cancer. N Engl J Med 332, 1393-8 (1995).

Veldscholte, J. et al. A mutation in the ligand binding domain of the androgen receptor of human LNCaP cells affects steroid binding characteristics and response to anti-androgens. Biochem Biophys Res Commun 173, 534-40 (1990).

Matias, P.M. et al. Structural basis for the glucocorticoid response in a mutant human androgen receptor (AR(ccr)) derived from an androgen-independent prostate cancer. J Med Chem 45, 1439-46 (2002).

Craft, N., Shostak, Y., Carey, M. & Sawyers, C.L. A mechanism for hormone-independent prostate cancer through modulation of androgen receptor signaling by the HER-2/neu tyrosine kinase. Nat Med 5, 280-5 (1999).

Gioeli, D. et al. Androgen receptor phosphorylation. Regulation and identification of the phosphorylation sites. J Biol Chem 277, 29304-14 (2002).

Kato, S. et al. Activation of the estrogen receptor through phosphorylation by mitogen-activated protein kinase. Science 270, 1491-4 (1995).

Font de Mora, J. & Brown, M. AIB1 is a conduit for kinase-mediated growth factor signaling to the estrogen receptor. Mol Cell Biol 20, 5041-7 (2000).

Tremblay, A., Tremblay, G.B., Labrie, F. & Giguere, V. Ligand-independent recruitment of SRC-1 to estrogen receptor beta through phosphorylation of activation function AF-1. Mol Cell 3, 513-9 (1999).

Gregory, C.W. et al. A mechanism for androgen receptor-mediated prostate cancer recurrence after androgen deprivation therapy. Cancer Res 61, 4315-9 (2001).

Li, P. et al. Heterogeneous expression and functions of androgen receptor co-factors in primary prostate cancer. Am J Pathol 161, 1467-74 (2002).

Glass, C.K. & Rosenfeld, M.G. The coregulator exchange in transcriptional functions of nuclear receptors. Genes Dev 14, 121-41 (2000).

Raffo, A.J. et al. Overexpression of bcl-2 protects prostate cancer cells from apoptosis in vitro and confers resistance to androgen depletion in vivo. Cancer Res 55, 4438-45 (1995).

McDonnell, T.J. et al. Expression of the protooncogene bcl-2 in the prostate and its association with emergence of androgen-independent prostate cancer. Cancer Res 52, 6940-4 (1992).

Kinoshita, H. et al. Methylation of the androgen receptor minimal promoter silences transcription in human prostate cancer. Cancer Res 60, 3623-30 (2000).

Shang, Y., Myers, M. & Brown, M. Formation of the androgen receptor transcription complex. Mol Cell 9, 601-10 (2002).

Zhau, H.Y. et al. Androgen-repressed phenotype in human prostate cancer. Proc Natl Acad Sci U S A 93,15152-7 (1996).

Wainstein, M.A. et al. CWR22: androgen-dependent xenograft model derived from a primary human prostatic carcinoma. Cancer Res 54, 6049-52 (1994).

Ellis, W.J. et al. Characterization of a novel androgen-sensitive, prostate-specific antigen-producing prostatic carcinoma xenograft: LuCaP 23. Clin Cancer Res 2, 1039-48 (1996).

Horoszewicz, J.S. et al. LNCaP model of human prostatic carcinoma. Cancer Res 43, 1809-18 (1983).

TX 12.0002

US 7,709,517 B2

Page 3

Klein, K.A. et al. Progression of metastatic human prostate cancer to androgen independence in immunodeficient SCID mice. Nat Med 3, 402-8 (1997).

Perou, C.M. et al. Molecular portraits of human breast tumors. Nature 406, 747-52 (2000).

Gregory, C.W., Johnson, R.T., Jr., Mohler, J.L., French, F.S. & Wilson, E.M. Androgen receptor stabilization in recurrent prostate cancer is associated with hypersensitivity to low androgen. Cancer Res 61, 2892-8. (2001).

Huang, Z.Q., Li, J. & Wong, J. AR possess an intrinsic hormone-independent transcriptional activity. Mol Endocrinol 16, 924-37 (2002).

Matias, P.M. et al. Structural evidence for ligand specificity in the binding domain of the human androgen receptor. Implications for pathogenic gene mutations. J Biol Chem 275, 26164-71 (2000).

Lobaccaro, J.M. et al. Molecular modeling and in vitro investigations of the human androgen receptor DNA-binding domain: application for the study of two mutations. Mol Cell Endocrinol 116, 137-47 (1996).

Migliaccio, A. et al. Steroid-induced androgen receptor-oestradiol receptor beta-Src complex triggers prostate cancer cell proliferation. Embo J 19, 5406-17 (2000).

Kousteni, S. et al. Nongenotropic, sex-nonspecific signaling through the estrogen or androgen receptors: dissociation from transcriptional activity. Cell 104, 719-30 (2001).

Manolagas, S.C., Kousteni, S. & Jilka, R.L. Sex steroids and bone. Recent Prog Horm Res 57, 385-409 (2002).

DePrimo, S.E. et al. Transcriptional programs activated by exposure of human prostate cancer cells to androgen. Genome Biol 3, RESEARCH0032 (2002).

Masiello, D., Cheng, S., Bubley, G.J., Lu, M.L. & Balk, S.P. Bicalutamide functions as an androgen receptor antagonist by assembly of a transcriptionally inactive complex. J Biol Chem 277, 26321-6 (2002).

Edwards, J., Krishna, N.S., Grigor, K.M. & Bartlett, J.M. Androgen receptor gene amplification and protein expression in hormone refractory prostate cancer. Br J Cancer 89, 552-6 (2003).

Laitinen, S., Karhu, R., Sawyers, C.L., Vessella, R.L. & Visakorpi, T. Chromosomal aberrations in prostate cancer xenografts detected by comparative genomic hybridization. Genes Chromosomes Cancer 35, 66-73 (2002).

Grad, J.M., Dai, J.L., Wu, S. & Burnstein, K.L. Multiple androgen response elements and a Myc consensus site in the androgen receptor (AR) coding region are involved in androgen-mediated up-regulation of AR messenger RNA. Mol Endocrinol 13, 1896-911 (1999).

Craft, N. et al. Evidence for clonal outgrowth of androgen-independent prostate cancer cells from androgen-dependent tumors through a two-step process. Cancer Res 59,5030-6 (1999).

Ellwood-Yen, K. et al. Myc-driven murine prostate cancer shares molecular features with human prostate tumors. Cancer Cell 4, 223-38 (2003).

Wang, S. et al. Prostate-specific deletion of the murine Pten tumor suppressor gene leads to metastatic prostate cancer. Cancer Cell 4, 209-21 (2003).

Shiau, A.K. et al. The structural basis of estrogen receptor/coactivator recognition and the antagonism of this interaction by tamoxifen. Cell 95, 927-37 (1998).

Norris, J.D. et al. Peptide antagonists of the human estrogen receptor. Science 285, 744-6 (1999).

Baek, S.H. et al. Exchange of N-CoR corepressor and Tip60 coactivator complexes links gene expression by NF-kappaB and beta-amyloid precursor protein. Cell 110, 55-67 (2002).

Shang, Y. & Brown, M. Molecular determinants for the tissue specificity of SERMs. Science 295, 2465-8 (2002).

Schellhammer, P.F. et al. Prostate specific antigen decreases after withdrawal of antiandrogen therapy with bicalutamide or flutamide in patients receiving combined androgen blockade. J Urol 157, 1731-5 (1997).

Sack, J.S. et al. Crystallographic structures of the ligand-binding domains of the androgen receptor and its T877A mutant complexed with the natural agonist dihydrotestosterone. Proc Natl Acad Sci U S A 98, 4904-9 (2001).

Zhou, Z.X., Sar, M., Simental, J.A., Lane, M.V. & Wilson, E.M. A ligand-dependent bipartite nuclear targeting signal in the human androgen receptor. Requirement for the DNA-binding domain and modulation by NH2-terminal and carboxyl-terminal sequences. J Biol Chem 269, 13115-23 (1994).

Chen, C.D., Welsbie, D.S., Tran, C., Baek, S.H., Chen, R., Vessella, R., Rosenfeld, M.G., and Sawyers, C.L., Molecular determinants of resistance to antiandrogen therapy, Nat. Med., 10: 33-39, 2004.

The Pharmacological Basis of Therapeutics, Goodman and Gilman, eds., Macmillan Publishing Co., New York.

The Practice of Medicinal Chemistry, Camille G. Wermuth et al., Ch 31, (Academic Press, 1996).

Design of Prodrugs, edited by H. Bundgaard, (Elsevier, 1985).

A Textbook of Drug Design and Development, P. Krogsgaard-Larson and H. Bundgaard, eds. Ch 5, pp. 113-191 (Harwood Academic Publishers, 1991).

Remington: The Science and Practice of Pharmacy, 19th Edition, Gennaro (ed.) 1995, Mack Publishing Company, Easton, PA.

Teutsch, G.; Goubet, F.; Battmann, T.; Bonfils, A.; Bouchoux, F.; Cerede, E.; Gofflo, D.; Gaillard-Kelly, M.; Philibert. D. J. Steroid Biochem. Molec. Biol. 1994, 48, 111-119.

Van Dort, M.E.; Robins, D.M.; Wayburn, B. J. Med. Chem. 2000, 43, 3344-3347.

Homma,S., et al., "Differential levels of human leukocyte antigen-class I, multidrug-resistance 1 and androgen receptor expressions in untreated prostate cancer cells: the robustness of prostate cancer", Oncol. Rep. 18 (2), 343-346 (2007).

Cai,C., et al., "c-Jun has multiple enhancing activities in the novel cross talk between the androgen receptor and Ets variant gene 1 in prostate cancer", Mol. Cancer Res. 5 (7), 725-735 (2007).

Su,Q.R., et al., "Polymorphisms of androgen receptor gene in childhood and adolescent males with first-onset major depressive disorder and associationwith related symptomatology", Int. J. Neurosci. 117 (7), 903-917 (2007).

Brockschmidt,F.F., et al., "The two most common alleles of the coding GGN repeat in the androgen receptor gene cause differences in protein function", J. Mol. Endocrinol. 39 (1), 1-8 (2007).

Hamilton-Reeves,J.M., et al, "Isoflavone-rich soy protein isolate suppresses androgen receptor expression without altering estrogen receptor-beta expression or serum hormonal profiles in men at high risk of prostate cancer", J. Nutr. 137 (7), 1769-1775 (2007).

Sweet,C.R., et al., "A unique point mutation in the androgen receptor gene in a family with complete androgen insensitivity syndrome", Fertil. Steril. 58 (4), 703-707 (1992).

Batch,J.A., et al., "Androgen receptor gene mutations identified by SSCP in fourteen subjects with androgen insensitivity syndrome", Hum. Mol. Genet. 1 (7), 497-503 (1992).

Wooster,R., et al., "A germline mutation in the androgen receptor gene in two brothers with breast cancer and Reifenstein syndrome", Nat. Genet. 2 (2), 132-134 (1992).

Saunders,P.T., et al., "Point mutations detected in the androgen receptor gene of three men with partial androgen insensitivity syndrome", Clin. Endocrinol. (Oxf) 37 (3), 214-220 (1992).

Zoppi,S., et al. "Amino acid substitutions in the DNA-binding domain of the human androgen receptor are a frequent cause of receptor-binding positive androgen resistance", Mol. Endocrinol. 6 (3), 409-415 (1992).

International Search Report issued in PCT Application PCT/US2005/005529, mailed on Nov. 10, 2005.

International Search Report issued in PCT Application PCT/US2004/042221, mailed on Jun. 20, 2005.

Wang, Long G., et al., "Overexpressed androgen receptor linked to p21WAF1 silencing may be responsible for androgen independence and resistance to apoptosis of a prostate cancer cell line", Cancer Research 61 (20), pp. 7544-7551 (Oct. 15, 2001).

Shi, Xiu-Bao, et al., "Functional analysis of 44 mutant androgen receptors from human prostate cancer", Cancer Research 62 (5), pp. 1496-1502 (Mar. 1, 2002).

Navone, N. M., et al., "Model Systems of Prostate Cancer: Uses and Limitations" Cancer Metastasis, Kluwer Academic Publishers, Dordrecht, NL, 17 (4), 1999, pp. 361-371.

Extended European Search Report issued in European Patent Application No. EP 06748863.5, mailed on Feb. 12, 2009.

TX 12.0003

**US 7,709,517 B2**

Page 4

International Search Report issued in International Application No. PCT/US2007/007854, mailed on Apr. 15, 2008.

Written Opinion issued in International Application No. PCT/US2007/007854, mailed on Apr. 15, 2008.

S.Ouk et al., "Development Of Androgen Receptor Inhibitors For Hormone-refractory Prostate Cancer", Prostate Cancer Foundation Meeting, Scottsdale, AZ, Sept. 29-Oct. 1, 2005.

Cousty-Berlin, et al., "Preliminary Pharmacokinetics and Metabolism of Novel Nonsteroidal Antiandrogens in the Rat: Relation of their Systemic Activity to the Formation of a Common Metabolite," *J. Steroid Biochem. Molec. Biol.*, vol. 51, No. 1/2, pp. 47-55 (1994).

Feher, et al., "BHB: A Simple Knowledge-Based Scoring Function to Improve the Efficiency of Database Screening," *J. Chem. Inf. Comput. Sci.*, vol. 43, pp. 1316-1327 (2003).

Foury, et al., "Control of the Proliferation of Prostate Cancer Cells by an Androgen and Two Antiandrogens. Cell Specific Sets of Responses," *J. Steroid Biochem. Molec. Biol.*, vol. 66, No. 4, pp. 235-240 (1998).

Goubet, et al., Conversion of a Thiohydantoin to he Corresponding Hydantoin via a Ring-Opening/Ring Closure Mechanism, *Tetrahedron Letters*, vol. 37, No. 43, pp. 7727-7730 (1996).

Karvonen, et al., "Interaction of Androgen Receptors with Androgen Response Element in Intact Cells," *The Journal of Biological Chemistry*, vol. 272, No. 25, pp. 15973-15979 (1997).

Kemppainen, et al., "Distinguishing Androgen Receptor Agonists and Antagonists: Distinct Mechanisms of Activation by Medroxyprogesterone Acetate and Dihydrotestosterone," *Mol. Endocrinol.*, vol. 13, pp. 440-454 (1999); mend.endojournals.org,.

Marhefka, et al., "Homology Modeling Using Multiple Molecular Dynamics Simulations and Docking Sudies of the Human Androgen Receptor Ligand Binding Domain Bound to Testosterone and Nonsteroidal Ligands," *J. Med. Chem.*, vol. 44, No. 11, pp. 1729-1740 (2001).

Matias, et al., "Local Inhibition of Sebaceous Gland Growth by Topically Applied RU 58841," *NY Acad. Sci.*, vol. 761, pp. 56-65 (1995).

Sderholm, et al., "Three-Dimensional Structure—Activity Relationships of Nonsteroidal Ligands in Complex with Androgen Receptor Ligand-Binding Domain," *J. Med. Chem.*, vol. 48, No. 4, pp. 917-925 (2005).

Sperry, et al., Androgen binding profiles of two distinct nuclear androgen receptors in Atlantic croaker (*Micropogonias undulates*), *Journal of Steroid Biochemistry & Molecular Biology*, vol. 73, pp. 93-103 (2000).

Zarghami, et al., "Steroid hormone regulation of prostate-specific antigen gene expression in breast cancer," *British Journal of Cancer*, vol. 75, No. 4, pp. 579-588 (1997).

International Search Report issued in PCT Application PCT/US2007/07485, mailed on Sep. 4, 2008.

Written Opinion issued in PCT Application PCT/US2007/07485, mailed on Sep. 4, 2008.

International Search Report issued in International Application No. PCT/US2008/012149 mailed on Apr. 29, 2009.

Written Opinion issued in International Application No. PCT/US2008/012149, mailed on Apr. 29, 2009.

Office Action issued in U.S. Appl. No. 10/590,445, mailed on Mar. 2, 2009.

International Search Report issued in International Application No. PCT/US2007/007854, mailed on Apr. 15, 2008.

International Search Report issued in PCT Application No. PCT/US2004/042221, mailed on Jun. 20, 2005.

Written Opinion issued in PCT Application No. PCT/US2004/042221, mailed on Jun. 20, 2005.

Written Opinion issued in PCT Application No. PCT/US2005/005529, mailed on Nov. 10, 2005.

Written Opinion issued in PCT Application No. PCT/US2006/011417, mailed on Jul. 3, 2006.

Data Sheet from U.S. Patent and Trademark Office (USPTO) File Wrapper for U.S. Appl. No. 08/807,760.

Notice of References Cited from U.S. Patent and Trademark Office (USPTO) File Wrapper for U.S. Appl. No. 08/807,760.

Office Action of Jan. 18, 1994 from U.S. Patent and Trademark Office for U.S. Appl. No. 08/064,257.

Office Action (paper No. 7) from U.S. Patent and Trademark Office for U.S. Appl. No. 08/064,257.

Office Action (paper No. 10) from U.S. Patent and Trademark Office for U.S. Appl. No. 08/064,257.

Office Action of Aug. 14, 1992 from U.S. Patent and Trademark Office for U.S. Appl. No. 07/819,110.

Notice of References Cited of Jul. 24, 1992 from U.S. Patent and Trademark Office for U.S. Appl. No. 07/819,110.

Office Action of Feb. 22, 1993 from U.S. Patent and Trademark Office for U.S. Appl. No. 07/819,110.

Office Action of Sep. 2, 1993 from U.S. Patent and Trademark Office for U.S. Appl. No. 07/819,110.

Office Action of Jun. 1, 1994 from U.S. Patent and Trademark Office for U.S. Appl. No. 07/819,110.

M.J. Linja et al., "Amplification and overexpression of androgen receptor gene in hormone-refractory prostate cancer", Cancer Research, vol. 61 (May 1, 2001) pp. 3550-3555.

J. Holzbeierlein et al., "Gene Expression Analysis of Human Prostate Carcinoma during Hormonal Therapy Identifies Androgen-Responsive Genes and Mechanisms of Therapy Resistance", Am. J. Pathology, vol. 164, No. 1 (Jan. 2004) pp. 217-227.

C.D. Chen et al., "Molecular determinants of resistance to antiandrogen therapy", Nature Medicine, vol. 10, No. 1 (Jan. 2004) pp. 33-39.

Office Action of Jul. 23, 2008 from U.S. Patent and Trademark Office for U.S. Appl. No. 10/590,445.

Karp et al., "Prostate Cancer Prevention: Investigational Approaches and Opportunities", Cancer Res., v. 56 (Dec. 15, 1996) pp. 5547-5556.

Graham and van der Eb, "A new technique for the assay of infectivity of human adenovirus 5 DNA", Virology, v. 52(2) (Apr. 1973) pp. 456-467.

P.J. Creaven et al., "Pharmacokinetics and Metabolism of Nilutamide", Supp. Urology, vol. 37, No. 2 (Feb. 1991) pp. 13-19.

Singh et al., *"Androgen Receptor Antagonists (Antiandrogens): Structure-Activity Relationships"*, Current Medicinal Chemistry, 2000, 7, pp. 211-247.

Bohl et al., *"Structural basis for antagonism and resistance of bicalutamide in prostate cancer"*, Proc. Nat. Acad. Sci., 2005, v. 102(17), pp. 6201-6206.

Nam et al., "Action of the Src Family Kinase Inhibitor, Dasatinib (BMS-354825), on Human Prostate Cancer Cells", Cancer Res., 2005, v. 65(20), pp. 9185-9189.

Burnstein et al. Androgen Glucocorticoid Regulation of Androgen Receptor cDNA Expression. *Molecular and Cellular Endocrinology.* 1995. v. 115, pp. 177-186.

Cinar et al. Androgen Receptor Mediates the Reduced Tumor Growth, Enhanced Androgen Responsiveness, and Selected Target Gene Transactivation in Human Prostate Cancer Cell Line. *Cancer Research.* 2001. v. 61. pp. 7310-7317.

Szelei et al. Androgen-Induced Inhibition of Proliferation in Human Breast Cancer MCF7 Cells Transfected with Androgen Receptor. Endocrinology. 1999. v. 138 (4). pp. 1406-1412.

Raffo et al. Overexpression of bcl-2 Protects Prostate Cancer Cells from Apoptosis in Vitro and Confers Resistance to Androgen Depletion in Vivo. Cancer Research. 1995. v. 55. 4438-4445.

Office Action of Aug. 11, 2009 from U.S. Patent and Trademark Office for U.S. Appl. No. 10/583,280.

Presentation of Charles Sawyers, Prostate Cancer Foundation Scientific Retreat, Scottsdale, Arizona, Sept. 29 - Oct. 1, 2005.

Abstract submitted by Samedy Ouk, Prostate Cancer Foundation Scientific Retreat, Scottsdale, Arizona, Sept. 29 - Oct. 1, 2005.

TX 12.0004



# FIG. 1

**TX 12.0005**



FIG. 2

**TX 12.0006**



FIG. 3

**TX 12.0007**

U.S. Patent          May 4, 2010          Sheet 4 of 29          US 7,709,517 B2



FIG. 4

TX 12.0008



FIG. 5

TX 12.0009



FIG. 6

TX 12.0010



FIG. 7A



FIG. 7B

**TX 12.0011**

**U.S. Patent**    May 4, 2010    Sheet 8 of 29    US 7,709,517 B2



FIG. 8

**TX 12.0012**



FIG. 9A



FIG. 9B

**TX 12.0013**



FIG. 10

TX 12.0014



FIG. 11

**TX 12.0015**



TX 12.0016

**U.S. Patent**    May 4, 2010    Sheet 13 of 29    US 7,709,517 B2



FIG. 13

TX 12.0017



FIG. 14

TX 12.0018

CHARACTERISTICS OF Bicalutimide, RD37, RD131 AND RD162

| NAME | STRUCTURE | IC$_{50}$ [nM] | LogP | C$_{SS}$,10mpk [μM] | C$_{SS}$,25mpk [μM] | C$_{SS}$,50mpk [μM] |
|------|-----------|------|------|------|------|------|
| Bic. | | 1000 | 2.91 | 10.0 | 11.4 | 11.9 |
| RD37 | | 124 | 4.20 | NA | NA | NA |
| RD131 | | 92 | 3.44 | 0.39 | 0.43 | 0.40 |
| RD162 | | 122 | 3.20 | 9.9 | 10.7 | 10.2 |

FIG. 15A



FIG. 15B

TX 12.0019



FIG. 16

TX 12.0020



FIG. 17

**TX 12.0021**

U.S. Patent    May 4, 2010    Sheet 18 of 29    US 7,709,517 B2



FIG. 18

TX 12.0022



FIG. 19A



FIG. 19B



FIG. 19C

TX 12.0023



FIG. 20A



FIG. 20B



FIG. 20C

TX 12.0024



FIG. 21A

FIG. 21B

TX 12.0025



FIG. 22

TX 12.0026



FIG. 23A



FIG. 23B

TX 12.0027



FIG. 24

TX 12.0028



FIG. 25

TX 12.0029



FIG. 26

TX 12.0030



FIG. 27

TX 12.0031



FIG. 28

TX 12.0032



FIG. 29

TX 12.0033

US 7,709,517 B2

<table>
<tr><td>1</td><td>2</td></tr>
</table>

## DIARYLHYDANTOIN COMPOUNDS

### FIELD OF THE INVENTION

The present invention relates to diarylhydantoin compounds including diarylthiohydantoins and methods for synthesizing them and using them in the treatment of hormone refractory prostate cancer. This application claims the benefit of U.S. Provisional Application No. 60/786,837, filed Mar. 29, 2006, U.S. Provisional Application No. 60/756,552, filed Jan. 6, 2006, U.S. Provisional Application No. 60/750,351, filed Dec. 15, 2005, and U.S. Provisional Application No. 60/680,835, filed May 13, 2005, which are hereby incorporated by reference in their entirety.

This invention was made with United States Government support under National Institutes of Health SPORE grant number 5 P50 CA092131 and Department of Defense (Army) grant number W81XWH-04-1-0129. The Government has certain rights in the invention.

### BACKGROUND OF THE INVENTION

Prostate cancer is the most common incidence of cancer and the second leading cause of cancer death in Western men. When the cancer is confined locally, the disease can be cured by surgery or radiation. However, 30% of such cancer relapses with distant metastatic disease and others have advanced disease at diagnoses. Advanced disease is treated by castration and/or administration of antiandrogens, the so-called androgen deprivation therapy. Castration lowers the circulating levels of androgens and reduces the activity of androgen receptor (AR). Administration of antiandrogens blocks AR function by competing away androgen binding, therefore, reducing the AR activity. Although initially effective, these treatments quickly fail and the cancer becomes hormone refractory.

Recently, overexpression of AR has been identified and validated as a cause of hormone refractory prostate cancer. See Chen, C. D., Welsbie, D. S., Tran, C., Baek, S. H., Chen, R., Vessella, R., Rosenfeld, M. G., and Sawyers, C. L., Molecular determinants of resistance to an antiandrogen therapy, Nat. Med., 10: 33-39, 2004, which is hereby incorporated by reference. Overexpression of AR is sufficient to cause progression from hormone sensitive to hormone refractory prostate cancer, suggesting that better AR inhibitors than the current drugs can slow the progression of prostate cancer. It was demonstrated that AR and its ligand binding are necessary for growth of hormone refractory prostate cancer, indicating that AR is still a target for this disease. It was also demonstrated that overexpression of AR converts anti-androgens from antagonists to agonists in hormone refractory prostate cancer (an AR antagonist inhibits AR activity and an AR agonist stimulates AR activity). Data from this work explains why castration and anti-androgens fail to prevent prostate cancer progression and reveals unrecognized properties of hormone refractory prostate cancer.

Bicalutamide (brand name: Casodex) is the most commonly used anti-androgen. While it has an inhibitory effect on AR in hormone sensitive prostate cancer, it fails to suppress AR when cancer becomes hormone refractory. Two weaknesses of current antiandrogens are blamed for the failure to prevent prostate cancer progression from the hormone sensitive stage to the hormone refractory disease and to effectively treat hormone refractory prostate cancer. One is their weak antagonistic activities and the other is their strong agonistic activities when AR is overexpressed in hormone refractory prostate cancer. Therefore, better AR inhibitors with more potent antagonistic activities and minimal agonistic activities are needed to delay disease progression and to treat the fatal hormone refractory prostate cancer.

Nonsteroidal anti-androgens, such as bicalutamide, have been preferred over steroidal compounds for prostate cancer because they are more selective and have fewer side effects. This class of compounds has been described in many patents such as U.S. Pat. No. 4,097,578, U.S. Pat. No. 5,411,981, U.S. Pat. No. 5,705,654, PCT International Applications WO 97/00071 and WO 00/17163, and U.S. Published Patent Application No. 2004/0009969, all of which are hereby incorporated by reference.

U.S. Pat. No. 5,434,176 includes broad claims which encompass a very large number of compounds, but synthetic routes are only presented for a small fraction of these compounds and pharmacological data are only presented for two of them, and one skilled in the art could not readily envision other specific compounds.

Because the mechanism of hormone refractory prostate cancer was not known, there was no biological system to test these compounds described in these patents for their effect on hormone refractory prostate cancer. Particularly, the ability of AR overexpression in hormone refractory prostate cancer to switch inhibitors from antagonists to agonists was not recognized. Some new properties of hormone refractory prostate cancer are reported in PCT applications US04/42221 and US05/05529, which are hereby incorporated by reference. PCT International Application US05/05529 presented a methodology for identifying androgen receptor antagonist and agonist characteristics of compounds. However, for each compound produced, the time consuming process of determining the antagonist and agonist characteristics of a compound must be determined. That is, there is no method to accurately predict characteristics relevant to treating prostate cancer from the chemical structure of a compound alone.

There is a need for new thiohydantoin compounds having desirable pharmacological properties, and synthetic pathways for preparing them. Because activities are sensitive to small structural changes, one compound may be effective in treating prostate cancer, whereas a second compound may be ineffective, even if it differs from the first compound only slightly, say by the replacement of a single substituent.

Identification of compounds which have high potency to antagonize the androgen activity, and which have minimal agonistic activity should overcome hormone refractory prostate cancer (HRPC) and avoid or slow down the progression of hormone sensitive prostate cancer (HSPC). Therefore, there is a need in the art for the identification of selective modulators of the androgen receptor, such as modulators which are non-steroidal, non-toxic, and tissue selective.

### SUMMARY OF THE INVENTION

The invention provides a series of compounds having strong antagonistic activities with minimal agonistic activities against AR. These compounds inhibit the growth of hormone refractory prostate cancer.

The invention includes a compound having the formula



wherein X is selected from the group consisting of trifluoromethyl and iodo, wherein W is selected from the group

TX 12.0034

US 7,709,517 B2

**3**

consisting of O and NR5, wherein R5 is selected from the group consisting of H, methyl, and



wherein D is S or O and E is N or O and G is alkyl, aryl, substituted alkyl or substituted aryl; or D is S or O and E-G together are C1-C4 lower alkyl,

wherein R1 and R2 together comprise eight or fewer carbon atoms and are selected from the group consisting of alkyl, substituted alkyl or substituted aryl, and, together with the carbon to which they are linked, a cycloalkyl or substituted cycloalkyl group,

wherein R3 is selected from the group consisting of hydrogen, halogen, methyl, C1 -C4 alkoxy, formyl, haloacetoxy, trifluoromethyl, cyano, nitro, hydroxyl, phenyl, amino, methylcarbamoyl, methoxycarbonyl, acetamido, methanesulfonamino, methanesulfonyl, 4-methanesulfonyl-1 -piperazinyl, piperazinyl, and C1-C6 alkyl or alkenyl optionally substituted with hydroxyl, methoxycarbonyl, cyano, amino, amido, nitro, carbamoyl, or substituted carbamoyl including methylcarbamoyl, dimethylcarbamoyl, and hydroxyethylcarbamoyl,

wherein R4 is selected from the group consisting of hydrogen, halogen, alkyl, and haloalkyl, and

wherein R3 is not methylaminomethyl or dimethylaminomethyl.

R5 may be



The compound may have the formula



**4**

wherein R3 is selected from the group consisting of hydroxy, methylcarbamoyl, methylcarbamoylpropyl, methylcarbamoylethyl, methylcarbamoylmethyl, methylsulfonecarbamoylpropyl, methylaminomethyl, dimethylaminomethyl, methylsulfonyloxymethyl, carbamoylmethyl, carbamoylethyl, carboxymethyl, methoxycarbonylmethyl, methanesulfonyl, 4-cyano-3-trifluoromethylphenylcarbamoylpropyl, carboxypropyl, 4-methanesulfonyl-1-piperazinyl, piperazinyl, methoxycarbonyl, 3-cyano-4-trifluoromethylphenylcarbamoyl, hydroxyethylcarbamoylethyl, and hydroxyethoxycarbonylethyl, and

wherein R10 and R11 are both H or, respectively, F and H, or H and F. In certain embodiments, R10 and R11 may both be H or, respectively, F and H, R3 may be methylcarbamoyl.

In some embodiments, R1 and R2 are independently methyl or, together with the carbon to which they are linked, a cycloalkyl group of 4 to 5 carbon atoms, and R3 is selected from the group consisting of carbamoyl, alkylcarbamoyl, carbamoylalkyl, and alkylcarbamoylalkyl, and R4 is H or F or R4 is 3-fluoro.

In other embodiments, R1 and R2 are independently methyl or, together with the carbon to which they are linked, a cycloalkyl group of 4 to 5 carbon atoms, R3 is selected from the group consisting of cyano, hydroxy, methylcarbamoyl, methylcarbamoyl-substituted alkyl, methylsulfonecarbamoyl-substituted alkyl, methylaminomethyl, dimethylaminomethyl, methylsulfonyloxymethyl, methoxycarbonyl, acetamido, methanesulfonamido, carbamoyl-substituted alkyl, carboxymethyl, methoxycarbonylmethyl, methanesulfonyl, 4-cyano-3-trifluoromethylphenylcarbamoyl-substituted alkyl, carboxy-substituted alkyl, 4-(1,1-dimethylethoxy)carbonyl)-1-piperazinyl, 4-methanesulfonyl-1-piperazinyl, piperazinyl, hydroxyethylcarbamoyl-substituted alkyl, hydroxyethoxycarbonyl-substituted alkyl, and 3 -cyano-4-trifluoromethylphenylcarbamoyl, and R4 is F.

Compounds of the invention may have the formula



wherein R3 is selected from the group consisting of methylcarbonyl, methoxycarbonyl, acetamido, and methanesulfonamido, and R4 is selected from the group consisting of F and H.

Compounds of the invention may have the formula



wherein R4 is selected from the group consisting of F and H.

In embodiments of the invention, wherein R1 and R2 together with the carbon to which they are linked are

TX 12.0035

US 7,709,517 B2

5



Compounds of the invention may be those listed in Tier 1, Tier 2, Tier 3, and/or Tier 4, below. Particular compounds of the invention include



[RD162]



[RD162']



[RD162'']



[RD169]



RD170]



The invention also provides a pharmaceutical composition comprising a therapeutically effective amount of a compound

6

according to any of the preceding compounds or a pharmaceutically acceptable salt thereof, and a pharmaceutically acceptable carrier or diluent.

The invention encompasses a method for treating a hyperproliferative disorder comprising administering such a pharmaceutical composition to a subject in need of such treatment, thereby treating the hyperproliferative disorder. The hyperproliferative disorder may be hormone refractory prostate cancer. The dosage may be in the range from about 0.001 mg per kg body weight per day to about 100 mg per kg body weight per day, about 0.01 mg per kg body weight per day to about 100 mg per kg body weight per day, about 0.1 mg per kg body weight per day to about 10 mg per kg body weight per day, or about 1 mg per kg body weight per day.

The compound may be administered by intravenous injection, by injection into tissue, intraperitoneally, orally, or nasally. The composition may have a form selected from the group consisting of a solution, dispersion, suspension, powder, capsule, tablet, pill, time release capsule, time release tablet, and time release pill.

The administered compound may be selected from the group consisting of RD162', RD162'', RD 169, or RD170, or a pharmaceutically acceptable salt thereof. The administered compound may be RD162 or a pharmaceutically acceptable salt thereof.

The invention provides a method of synthesizing a diaryl compound of formula:



comprising mixing Compound I



Compound I

with Compound II



Compound II

in a first polar solvent to form a mixture, heating the mixture, adding a second polar solvent, the same as or different from the first polar solvent, and an aqueous acid to the mixture, refluxing the mixture, cooling the mixture and combining with water, and separating the diaryl compound from the mixture, wherein R51 comprises an alkyl chain of from 1 to 4

US 7,709,517 B2

7

carbon atoms, R52 is selected from the group consisting of cyano, hydroxy, methylcarbamoyl, methylcarbamoyl-substituted alkyl, methylsulfonecarbamoyl-substituted alkyl, methylaminomethyl, dimethylaminomethyl, methylsulfonyloxymethyl, methoxycarbonyl, 3-cyano-4-trifluoromethylphenylcarbamoyl, carbamoyl-substituted alkyl, carboxymethyl, methoxycarbonylmethyl, methanesulfonyl, 4-cyano-3-trifluoromethylphenylcarbamoyl-substituted alkyl, carboxy-substituted alkyl, 4 -methanesulfonyl-1-piperazinyl, piperazinyl, hydroxyethylcarbamoyl-substituted alkyl, and hydroxyethoxycarbonyl -substituted alkyl, and R53 is selected from the group consisting of F and H.

R51 may comprise an alkyl chain of from 1 to 2 carbon atoms, R52 may be selected from the group consisting of carbamoyl and methylcarbamoyl, and R53 may be F.

The invention provides methods of synthesizing a compound of formula:

[RD162]

comprising mixing 4-isothiocyanato-2-trifluoromethylbenzonitrile and N-methyl-4-(1-cyanocyclobutylamino)-2-fluorobenzamide in dimethylformamide to form a first mixture, heating the first mixture to form a second mixture, adding alcohol and acid to the second mixture to form a third mixture, refluxing the third mixture to form a fourth mixture, cooling the fourth mixture, combining the fourth mixture with water and extracting an organic layer; isolating the compound from the organic layer.

Likewise, the invention provides a method of synthesizing RD162' comprising mixing N-Methyl-2-fluoro-4-(1,1-dimethyl-cyanomethyl)-aminobenzamide and 4-Isothiocyanato-2-trifluoromethylbenzonitrile in DMF and heating to form a first mixture, and processing as above.

The invention also provides a method of synthesizing RD162", comprising mixing N-Methyl-2-fluoro-4-(1-cyanocyclopentyl)aminobenzamide, 4-isothiocyanato-2 -trifluoromethyl benzonitrile, and DMF and heating under reflux to form a first mixture, and processing as above.

The invention further provides a method of synthesizing RD169, comprising mixing N,N-Dimethyl 4-[4-(1-cyanocyclobutylamino)phenyl]butanamide, 4 -isothiocyanato-2-trifluoromethyl benzonitrile, and DMF and heating under reflux to form a first mixture; and processing as above.

The invention provides a method of synthesizing RD170, comprising mixing DMSO, dichloromethane, and oxalyl chloride to form a first mixture, adding 4-(4-(7 -(4-Cyano-3-(trifluoromethyl)phenyl)-8-oxo-6-thioxo-5,7-diazaspiro [3.4]octan-5-yl)phenyl)butanamide to the first mixture to form a second mixture; adding triethylamine to the second mixture to form a third mixture; warming the third mixture and quenching with aqueous NH₄Cl to form a fourth mixture; extracting an organic layer from the fourth mixture; and isolating the compound from the organic layer.

Further compounds according to the invention have the formula

8



wherein R5 is CN or $NO_2$ or $SO_2R11$, wherein R6 is CF3, alkyl, substituted alkyl, alkenyl, substituted alkenyl, alkynyl, substituted alkynyl, halogenated alkyl, halogenated alkenyl, halogenated akynyl, halogen, wherein A is sulfur (S) or oxygen (O), wherein B is O or S or NR8, wherein R8 is selected from the group consisting of H, methyl, aryl, substituted aryl, alkyl, substituted alkyl, alkenyl, substituted alkenyl, alkynyl, substituted alkynyl, arylalkyl, arylalkenyl, arylalkynyl, heterocyclic aromatic or non-aromatic, substituted heterocyclic aromatic or non-aromatic, cycloalkyl, substituted cycloalkyl, $SO_2R11$, NR11R12, (CO)OR11, (CO)NR11R12, (CO)R11, (CS)R11, (CS)NR11R12, (CS)OR11,



wherein D is S or O and E is N or O and G is alkyl, aryl, substituted alkyl or substituted aryl; or D is S or O and E-G together are C1-C4 lower alkyl,

wherein R1 and R2 are independently alkyl, haloalkyl, hydrogen, aryl, substituted alkyl, alkenyl, substituted alkenyl, alkynyl, substituted alkynyl, halogenated alkenyl, halogenated akynyl, arylalkyl, arylalkenyl, arylalkynyl, heterocyclic aromatic or non-aromatic, substituted heterocyclic aromatic or non-aromatic, cycloalkyl, substituted cycloalkyl, or R1 and R2 are connected to form a cycle which can be heterocyclic, substituted heterocyclic, cycloalkyl, substituted cycloalkyl,



wherein X is carbon or nitrogen and can be at any position in the ring, and

TX 12.0037

US 7,709,517 B2

9

wherein R3, R4, and R7 are independently selected from the group consisting of hydrogen, halogen, methyl, methoxy, formyl, haloacetoxy, trifluoromethyl, cyano, nitro, hydroxyl, phenyl, amino, methylcarbamoyl, methylcarbamoyl-substituted alkyl, dimethylcarbamoyl-substituted alkyl, methoxycarbonyl, acetamido, methanesulfonamino, carbamoyl-substituted alkyl, methanesulfonyl, 4-methanesulfonyl-1-piperazinyl, piperazinyl, hydroxyethylcarbamoyl-substituted alkyl, hydroxyl-substituted alkyl, hydroxyl-substituted alkenyl, carbamoyl-substituted alkenyl, methoxycarbonyl-substituted alkyl, cyano-substituted alkyl,

OH
|
CH₂,

aryl, substituted aryl, alkyl, substituted alkyl, alkenyl, substituted alkenyl, alkynyl, substituted alkynyl, halogenated alkenyl, halogenated alkynyl, SO2R11, NR11R12, NR12(CO)OR11, NH(CO)NR11R12, NR12 (CO)R11, O(CO)R11, O(CO)OR11, O(CS)R11, NR12 (CS)R11, NH(CS)NR11R12, NR12 (CS)OR11, arylalkyl, arylalkenyl, arylalkynyl, heterocyclic aromatic or non-aromatic, substituted heterocyclic aromatic or non-aromatic, cycloalkyl, substituted cycloalkyl, haloalkyl, methylsulfonecarbamoyl-substituted alkyl, methylaminomethyl, dimethylaminomethyl, methylsulfonyloxymethyl, methoxycarbonyl, acetamido, methanesulfonamido, carbamoyl-substituted alkyl, carboxymethyl, methoxycarbonylmethyl, methanesulfonyl, 4-cyano-3-trifluoromethylphenylcarbamoyl-substituted alkyl, carboxy-substituted alkyl, 4-(1,1-dimethylethoxy)carbonyl)-1-piperazinyl, hydroxyethylcarbamoyl-substituted alkyl, hydroxyethoxycarbonyl-substituted alkyl, 3-cyano-4-trifluoromethylphenylcarbamoyl,

wherein R11 and R12 are independently hydrogen, aryl, aralkyl, substituted aralkyl, alkyl, substituted alkyl, alkenyl, substituted alkenyl, alkynyl, substituted alkynyl, halogenated alkyl, halogenated alkenyl, halogenated alkynyl, arylalkyl, arylalkenyl, arylalkynyl, heterocyclic aromatic or non-aromatic, substituted heterocyclic aromatic or non-aromatic, cycloalkyl, or substituted cycloalkyl, or R11 and R12 can be connected to form a cycle which can be heterocyclic aromatic or non-aromatic, substituted heterocyclic aromatic, cycloalkyl, or substituted cycloalkyl.

Such compounds have substantial androgen receptor antagonist activity and substantial agonist activity on hormone refractory prostate cancer cells.

The invention encompasses a method comprising providing at least one such compound, measuring inhibition of androgen receptor activity for the compound and determining if the inhibition is above a first predetermined level, measuring stimulation of androgen receptor activity in hormone refractory cancer cells for the compound and determining if the stimulation is below a second predetermined level, and selecting the compound if the inhibition is above the first predetermined level and the stimulation is below the second predetermined level. The predetermined levels may be those of bicalutamide. The step of measuring inhibition may comprise measuring inhibitory concentration (IC50) in an AR response reporter system or a prostate specific antigen secreting system. The step of measuring stimulation may comprise measuring fold induction by increasing concentrations in an AR response reporter system or a prostate specific antigen secreting system. The method of measuring inhibition and/or

10

stimulation may comprise measuring an effect of the compound on tumor growth in an animal.

BRIEF DESCRIPTION OF THE DRAWINGS

The following Figures present the results of pharmacological examination of certain compounds.

FIG. 1 is a graph depicting that bicalutamide displays an agonistic effect on LNCaP-AR. Agonistic activities of bicalutamide in AR-overexpressed hormone refractory prostate cancer. LNCaP cells with overexpressed AR were treated with increasing concentrations of DMSO as vehicle or bicalutamide in the absence of R1881. Activities of AR response reporter were measured.

FIG. 2 is a graph depicting an antagonistic assay of bicalutamide on LNCaP-AR. Agonistic activities of bicalutamide in hormone sensitive prostate cancer. LNCaP cells were treated with increasing concentrations of DMSO as vehicle or bicalutamide in the absence of R1881. Activities of AR response reporter were measured.

FIG. 3 is a graph depicting the effect of compounds on LNCaP-AR.

FIG. 4 is a graph depicting the effect of compounds on LNCaP-AR.

FIG. 5 is a graph depicting the inhibition effect on LNCaP-AR.

In FIGS. 6-10, example 5-3b is RD7 and example 7-3b is RD37.

FIG. 6. Inhibition on growth of AR-overexpressed LNCaP cells. Androgen starved LNCaP cells with overexpressed AR were treated with increasing concentrations of DMSO as vehicle or test substances in the presence of 100 pM of R1881. After 4 days of incubation, cell growth was measured by MTS assay.

FIG. 7. Inhibitory effect on growth of AR-overexpressed LNCaP xenograft model. Mice with established LN-AR xenograft tumors were randomized and treated with indicated compounds orally once daily. Tumor size was measured by caliber. (A), mice were treated with 1 mg per kg of bicalutamide, example 7-3b, or vehicle for 44 days. (B), mice were treated with vehicle, 0.1, 1, or 10 mg per kg of example 7-3b for 44 days.

FIG. 8. Inhibitory effect on PSA expression of AR-overexpressed LNCaP xenograft model. Mice were treated with vehicle, 0.1, 1, or 10 mg per kg of example 7-3b for 44 days orally once daily. The tumors were taken out from the mice after 44 days of treatment, tumor lysate was extracted, and PSA level in tissue lysate was determined by ELISA.

FIG. 9. Inhibitory effect on growth and PSA of hormone refractory LAPC4 xenograft model. Mice with established tumors were randomized and treated with 1 mg per kg of bicalutamide, example 7-3b, or vehicle for 17 days orally once daily. (A), tumor size was measured by caliber. (B), the tumors were taken out from the mice after 17 days of treatment, tumor lysate was extracted, and PSA level in tissue lysate was determined by ELISA.

FIG. 10. Inhibitory effect on growth of hormone sensitive prostate cancer cells. Androgen starved LNCaP cells were treated with increasing concentrations of DMSO as vehicle or test substances in the presence of 1 pM of R1881. After 4 days of incubation, cell growth was measured by MTS assay.

FIG. 11 is a graph of tumor size. AR overexpressing LNCaP cells were injected in the flanks of castrated SCID mice, subcutaneously. When tumor reached about 100 cubic mm, they were randomized into five groups. Each group had nine animals. After they reached this tumor volume, they were given orally with either vehicle, bicalutamide or RD162

TX 12.0038

US 7,709,517 B2

<table>
<tr><td>11</td><td>12</td></tr>
</table>

at 10 or 50 mg/kg everyday. The tumors were measured three-dimensionally, width, length and depth, using a caliper.

FIG. 12 depicts experimental results of tumor size. At day 18, the animals were imaged via an optical CCD camera, 3 hours after last dose of treatment. A ROI was drawn over the tumor for luciferase activity measurement in photon/second. The night panels is a representation of the ROIs measurements.

FIG. 13 is a graph depicting the pharmacokinetic curves of RD162 from intravenous (upper curve) and oral administration (lower curve).

FIG. 14 is a graph depicting PSA absorbance measured for LN-AR cells after treatment with various doses of several compounds.

FIG. 15 presents a table providing several characteristics of compounds. FIG. 15 also presents a graph providing the pharmacokinetic characteristics of several compounds in terms of compound serum concentration as a function of time.

FIG. 16 is a chart depicting prostate weight after treatment with various compounds. 10, 25, or 50 mg of compound per kilogram body weight were administered per day, as indicated by the label of a bar. The compounds were administered to healthy FVB mice. After treatment with compound for 14 days, the urogenital tract weight was determined by removing and weighing the semi-vesicles, prostate, and bladder. Three mice were administered a given compound to obtain the data presented by a bar in the chart. A set of mice was not treated with a compound: data are presented in the bar labeled "untreated". Another set of mice was treated only with vehicle solution: data are presented in the bar labeled "vehicle".

FIG. 17 is a graph presenting a PSA assay performed along with the experimental protocol presented in FIG. 6.

FIG. 18 is a graph presenting the effect of various dose regimens of RD162 on tumor volume.

FIG. 19 is a graph presenting the rate of photon emission associated with luciferase activity at day 17 relative to the rate at day 0 after treatment with RD162 at doses of 0.1, 1, and 10 mg per kilogram body weight per day and without treatment with RD162.

FIG. 20 presents the results of an experiment in which SCID mice were injected with the LN-AR (HR) cell line to induce tumor growth. One set of mice were treated with the compound RD162 at a dose of 10 mg per kilogram body weight per day; the other set of mice were treated only with vehicle solution. (A) The relative tumor volume as a function of time shown for each set of mice. (B) Images of each set of mice with photon emission associated with luciferase activity at day 31 shown as color contours. (C) Rate of photon emission associated with luciferase activity shown at several times for each set of mice.

FIG. 21 is a graph presenting PSA absorbance associated with LN-AR cells treated with various concentrations of RD162, RD162', RD162", and RD170 and vehicle solution.

FIG. 22 is a graph presenting PSA absorbance associated with LN-CaP cells treated with various concentrations of RD37, RD131, RD162, bicalutamide, and DMSO.

FIG. 23 presents results of an experiment conducted with wild type nontransgenic mice (WT), castrated luciferase transgenic mice (Cast), and non-castrated luciferase transgenic mice (Intact). Data are shown for castrated luciferase transgenic mice treated with an implanted testosterone pellet yielding 12.5 mg per kilogram body weight with a 90 day release period (T/Cast), and data are shown for non-castrated luciferase transgenic mice treated with an implanted testosterone pellet yielding 12.5 mg per kilogram body weight with a 90 day release period (Intact+T). Data are shown for

castrated luciferase transgenic mice treated with the implanted testosterone pellet and with bicalutamide (BIC+T/Cast) or with RD162 (RD162+T/Cast) at 10 mg per kilogram body weight per day. (A) Urogenital tract weight at 14 days. (B) Photon emission rate at 14 days. In all cases, a hormone refractory disease state was not induced.

FIG. 24 is a graph of luciferase activity of the LIAR cell line dosed with various compounds administered at concentrations ranging from 125 nmol to 1000 nmol.

FIG. 25 is a graph of luciferase activity for the LN/AR cell line for various compounds administered at concentrations ranging from 1.25 to 10 μmol.

FIG. 26 is a graph of luciferase activity for the 4AR cell line for various compounds administered at concentrations ranging from 1.25 to 10 μmol.

FIG. 27 is a graph of PSA levels for the 1AR cell line for various compounds administered at concentrations ranging from 1.25 to 10 μmol.

FIG. 28 is a graph of PSA levels for the LN/AR cell line for various compounds administered at concentrations ranging from 125 nmol to 1000 nmol.

FIG. 29 is a graph of luciferase activity for various compounds administered at concentrations ranging from 125 nmol to 1000 nmol.

## DETAILED DESCRIPTION

Embodiments of the invention are discussed in detail below. In describing embodiments, specific terminology is employed for the sake of clarity. However, the invention is not intended to be limited to the specific terminology so selected. A person skilled in the relevant art will recognize that other equivalent parts can be employed and other methods developed without parting from the spirit and scope of the invention. All references cited herein are incorporated by reference as if each had been individually incorporated.

### Synthesis of Diarylhydantoin Compounds

The invention provides for synthesis of diarylthiohydantoin compound having the formula



with R71 including an alkyl chain of from 1 to 4 carbon atoms. For example, R72 can be carbamoyl, e.g., —(CO)NH₂, or methylcarbamoyl, e.g., —(CO)NHCH₃. An amide group bonded at the carbon atom of the carbonyl to another structure is termed a carbamoyl substituent. For example, R73 can be a fluorine or a hydrogen atom. That is, a fluorine atom can be attached to any one of the carbons of the right-hand aryl ring which are not bonded to the R72 substituent or the nitrogen atom. Alternatively, no fluorine atom can be attached to the carbons of the right-hand aryl ring which are not bonded to the R72 substituent or the nitrogen atom. For example, a hydrogen atom can be attached to each of the carbons of the right-hand aryl ring which are not bonded to the R72 substituent or the nitrogen atom.

TX 12.0039

US 7,709,517 B2

13

For example, as further presented below (see, for example, FIGS. 3, 5, 11-13), the compound having the formula

[RD162]



14



and the like.

exhibited surprisingly potent antagonistic activities with minimal agonistic activities for overexpressed AR in hormone refractory prostate cancer.

A list of several compounds according to this invention is presented in Tables 5-11. The compounds are grouped into tiers, with Tier 1 to Tier 3 compounds being expected to be superior to bicalutamide for the treatment of prostate cancer, Tier 4 compounds being comparable to bicalutamide in effectiveness, and Tier 5 and Tier 6 compounds being worse than bicalutamide for the treatment of prostate cancer. A more detailed description of the protocol used to rank the compounds into tiers is presented below.

Definitions

As used herein, the term "alkyl" denotes branched or unbranched hydrocarbon chains, preferably having about 1 to about 8 carbons, such as, methyl, ethyl, n-propyl, iso-propyl, n-butyl, sec-butyl, iso-butyl, tert-butyl, 2-methylpentyl pentyl, hexyl, isohexyl, heptyl, 4,4-dimethyl pentyl, octyl, 2,2,4-trimethylpentyl and the like. "Substituted alkyl" includes an alkyl group optionally substituted with one or more functional groups which may be attached to such chains, such as, hydroxyl, bromo, fluoro, chloro, iodo, mercapto or thio, cyano, alkylthio, heterocyclyl, aryl, heteroaryl, carboxyl, carbalkoyl, alkyl, alkenyl, nitro, amino, alkoxyl, amido, and the like to form alkyl groups such as trifluoro methyl, 3-hydroxyhexyl, 2-carboxypropyl, 2-fluoroethyl, carboxymethyl, cyanobutyl and the like.

Unless otherwise indicated, the term "cycloalkyl" as employed herein alone or as part of another group includes saturated or partially unsaturated (containing 1 or more double bonds) cyclic hydrocarbon groups containing 1 to 3 rings, including monocyclicalkyl, bicyclicalkyl and tricyclicalkyl, containing a total of 3 to 20 carbons forming the rings, preferably 3 to 10 carbons, forming the ring and which may be fused to 1 or 2 aromatic rings as described for aryl, which include cyclopropyl, cyclobutyl, cyclopentyl, cyclohexyl, cycloheptyl, cyclooctyl, cyclodecyl and cyclododecyl, cyclohexenyl. "Substituted cycloalkyl" includes a cycloalkyl group optionally substituted with 1 or more substituents such as halogen, alkyl, alkoxy, hydroxy, aryl, aryloxy, arylalkyl, cycloalkyl, alkylamido, alkanoylamino, oxo, acyl, arylcarbonylamino, amino, nitro, cyano, thiol and/or alkylthio and/or any of the substituents included in the definition of "substituted alkyl." For example, and the like.

Unless otherwise indicated, the term "alkenyl" as used herein by itself or as part of another group refers to straight or branched chain radicals of 2 to 20 carbons, preferably 2 to 12 carbons, and more preferably 2 to 8 carbons in the normal chain, which include one or more double bonds in the normal chain, such as vinyl, 2-propenyl, 3-butenyl, 2-butenyl, 4-pentenyl, 3-pentenyl, 2-hexenyl, 3-hexenyl, 2-heptenyl, 3-heptenyl, 4-heptenyl, 3-octenyl, 3-nonenyl, 4-decenyl, 3-undecenyl, 4-dodecenyl, 4,8,12-tetradecatrienyl, and the like. "Substituted alkenyl" includes an alkenyl group optionally substituted with one or more substituents, such as the substituents included above in the definition of "substituted alkyl" and "substituted cycloalkyl."

Unless otherwise indicated, the term "alkynyl" as used herein by itself or as part of another group refers to straight or branched chain radicals of 2 to 20 carbons, preferably 2 to 12 carbons and more preferably 2 to 8 carbons in the normal chain, which include one or more triple bonds in the normal chain, such as 2-propynyl, 3-butynyl, 2-butynyl, 4-pentynyl, 3-pentynyl, 2-hexynyl, 3-hexynyl, 2-heptynyl, 3-heptynyl, 4-heptynyl, 3-octynyl, 3-nonynyl, 4-decynyl, 3-undecynyl, 4-dodecynyl and the like. "Substituted alkynyl" includes an alkynyl group optionally substituted with one or more substituents, such as the substituents included above in the definition of "substituted alkyl" and "substituted cycloalkyl."

The terms "arylalkyl", "arylalkenyl" and "arylalkynyl" as used alone or as part of another group refer to alkyl, alkenyl and alkynyl groups as described above having an aryl substituent. Representative examples of arylalkyl include, but are not limited to, benzyl, 2-phenylethyl, 3-phenylpropyl, phenethyl, benzhydryl and naphthylmethyl and the like. "Substituted arylalkyl" includes arylalkyl groups wherein the aryl portion is optionally substituted with one or more substituents, such as the substituents included above in the definition of "substituted alkyl" and "substituted cycloalkyl."

The terms "arylalkyl", "arylalkenyl" and "arylalkynyl" as used alone or as part of another group refer to alkyl, alkenyl and alkynyl groups as described above having an aryl substituent. Representative examples of arylalkyl include, but are not limited to, benzyl, 2-phenylethyl, 3-phenylpropyl, phenethyl, benzhydryl and naphthylmethyl and the like. "Substituted arylalkyl" includes arylalkyl groups wherein the aryl portion is optionally substituted with one or more substituents, such as the substituents included above in the definition of "substituted alkyl" and "substituted cycloalkyl."

The term "halogen" or "halo" as used herein alone or as part of another group refers to chlorine, bromine, fluorine, and iodine.

The terms "halogenated alkyl", "halogenated alkenyl" and "alkynyl" as used herein alone or as part of another group

TX 12.0040

US 7,709,517 B2

15

refers to "alkyl", "alkenyl" and "alkynyl" which are substituted by one or more atoms selected from fluorine, chlorine, bromine, fluorine, and iodine.

Unless otherwise indicated, the term "aryl" or "Ar" as employed herein alone or as part of another group refers to monocyclic and polycyclic aromatic groups containing 6 to 10 carbons in the ring portion (such as phenyl or naphthyl including 1-naphthyl and 2-naphthyl) and may optionally include one to three additional rings fused to a carbocyclic ring or a heterocyclic ring (such as aryl, cycloalkyl, heteroaryl or cycloheteroalkyl rings).

"Substituted aryl" includes an aryl group optionally substituted with one or more functional groups, such as halo, haloalkyl, alkyl, haloalkyl, alkoxy, haloalkoxy, alkenyl, trifluoromethyl, trifluoromethoxy, alkynyl, cycloalkyl-alkyl, cycloheteroalkyl, cycloheteroalkylalkyl, aryl, heteroaryl, arylalkyl, aryloxy, aryloxyalkyl, arylalkoxy, alkoxycarbonyl, arylcarbonyl, arylalkenyl, aminocarbonylaryl, arylthio, arylsulfinyl, arylazo, heteroarylalkyl, heteroarylalkenyl, heteroarylheteroaryl, heteroaryloxy, hydroxy, nitro, cyano, amino, substituted amino wherein the amino includes 1 or 2 substituents (which are alkyl, aryl or any of the other aryl compounds mentioned in the definitions), thiol, alkylthio, arylthio, heteroarylthio, arylthioalkyl, alkoxyarylthio, alkylcarbonyl, arylcarbonyl, alkylaminocarbonyl, arylaminocarbonyl, alkoxycarbonyl, aminocarbonyl, alkylcarbonyloxy, arylcarbonyloxy, alkylcarbonylamino, arylcarbonylamino, arylsulfinyl, arylsulfinylalkyl, arylsulfonylamino or arylsulfonaminocarbonyl and/or any of the alkyl substituents set out herein.

Unless otherwise indicated, the term "heterocyclic" or "heterocycle", as used herein, represents an unsubstituted or substituted stable 5- to 10-membered monocyclic ring system which may be saturated or unsaturated, and which consists of carbon atoms and from one to four heteroatoms selected from N, O or S, and wherein the nitrogen and sulfur heteroatoms may optionally be oxidized, and the nitrogen heteroatom may optionally be quaternized. The heterocyclic ring may be attached at any heteroatom or carbon atom which results in the creation of a stable structure. Examples of such heterocyclic groups include, but is not limited to, piperidinyl, piperazinyl, oxopiperazinyl, oxopiperidinyl, oxopyrrolidinyl, oxoazepinyl, azepinyl, pyrrolyl, pyrrolidinyl, furanyl, thienyl, pyrazolyl, pyrazolidinyl, imidazolyl, imidazolinyl, imidazolidinyl, pyridyl, pyrazinyl, pyrimidinyl, pyridazinyl, oxazolyl, oxazolidinyl, isooxazolyl, isoxazolidinyl, morpholinyl, thiazolyl, thiazolidinyl, isothiazolyl, thiadiazolyl, tetrahydropyranyl, thiamorpholinyl, thiamorpholinyl sulfoxide, thiamorpholinyl sulfone, and oxadiazolyl. The term "heterocyclic aromatic" as used here in alone or as part of another group refers to a 5- or 7-membered aromatic ring which includes 1, 2, 3 or 4 hetero atoms such as nitrogen, oxygen or sulfur and such rings fused to an aryl, cycloalkyl, heteroaryl or heterocycloalkyl ring (e.g. benzothiophenyl, indolyl), and includes possible N-oxides. "Substituted heteroaryl" includes a heteroaryl group optionally substituted with 1 to 4 substituents, such as the substituents included above in the definition of "substituted alkyl" and "substituted cycloalkyl". Examples of heteroaryl groups include the following:



16

-continued



and the like.

## EXAMPLE 1

### 4-isothiocyanato-2-trifluoromethylbenzonitrile, (1a)

4-Amino-2-trifluoromethylbenzonitrile, (2.23 g, 12 mmol) was added portionwise over 15 minutes into the well-stirred heterogeneous mixture of thiophosgene (1 ml, 13 mmol) in water (22 ml) at room temperature. Stirring was continued for an additional 1 h. The reaction medium was extracted with chloroform (3×15 ml). The combined organic phase was dried over MgSO₄ and evaporated to dryness under reduced pressure to yield desired product, 4-isothiocyanato-2-trifluoromethylbenzonitrile, (1a), as brownish solid and was used as such for the next step (2.72 g, 11.9 mmol, 99%).

## EXAMPLE 2

### 2-1). (4-aminophenyl)carbamic acid tert-butyl ester, (2a)

An aqueous solution of potassium carbonate (1.52 g, 11 mmol in 5 ml of water) was added to a solution of 1,4-diaminobenzene (3.24 g, 30 mmol) in THF (30 ml) and DMF (10 ml). To this mixture was added di-tert-butyl pyrocarbonate, Boc₂O (2.18 g, 10 mmol), dropwise over 0.5 h. The reaction mixture was stirred for an additional 4 h at room temperature. The mixture was then poured into cold water (40 ml) and extracted with chloroform (3×50 ml). The combined organic phase was dried over MgSO₄ and concentrated to yield a brown residue which was subjected to flash chromatography (dichloromethane/acetone, 4:1) to afford (4-aminophenyl)carbamic acid tert-butyl ester, (2a) as a yellow solid (1.98 g, 9.5 mmol, 95%) (yield based on Boc₂O).

### 2-2). {4-[(1-cyano-1-methylethyl)amino] phenyl}carbamic acid tert-butyl ester, 2b

The mixture of 2a (0.83 g, 4 mmol), acetone cyanohydrin (4 ml) and MgSO₄ (2 g) was heated to 80° C. and stirred over

TX 12.0041

US 7,709,517 B2

17

2.5 h. After cooling down to room temperature, compound 2b was crystallized into water (30 ml). The solid was filtered and dried to yield 4-[(1-cyano-1-methylethyl)amino] phenyl}carbamic acid tert-butyl ester, 2b (1.08 g, 3.9 mmol, 98%).

2-3). {4-[3-(4-cyano-3-trifluoromethylphenyl)-4-imino-5,5-dimethyl-2-thioxo-imidazolidin-1-yl] phenyl}carbamic acid tert-butyl ester, (2c)

Triethylamine (0.202 g, 2 mmol) was added to a solution of 1a (0.456 g, 2 mmol) and 2b (0.57 g, 2 mmol) in dry THF (5 ml). The reaction mixture was stirred at room temperature for 15 h and then concentrated to yield a dark residue which was subjected to flash chromatography (ethyl ether/acetone, 97:3) to afford {4-[3-(4-cyano-3-trifluoromethylphenyl)-4-imino-5,5-dimethyl-2-thioxo-imidazolidin-1-yl]phenyl}carbamic acid tert-butyl ester, (2c) (0.15 g, 0.3 mmol, 15%).

2-4). 4-[3-(4-aminophenyl)-4,4-dimethyl-5-oxo-2-thioxoimidazolidin-1-yl]-2-trifluoromethylbenzonitrile, 2d, [RD9]

The mixture of 2c (0.15 g, 0.3 mmol) in HCl aq, 3N. (1 ml) and methanol (4 ml) was heated to reflux for 2 h. After being cooled to room temperature, the reaction mixture was poured into cold water (5 ml) and extracted with dichloromethane (8 ml). The organic layer was dried over MgSO$_4$, concentrated and chromatographed (dichloromethane/acetone, 9:1) to yield 4-[3-(4-aminophenyl)-4,4-dimethyl-5-oxo-2-thioxoimidazolidin-1-yl]-2-trifluoromethylbenzonitrile, 2d, [RD9] (0.118 g, 0.29 mmol, 97%) as a yellow solid.



$^1$H NMR (400 MHz, CDCl$_3$) δ 1.54 (s, 6H), 6.73-6.75 (m, 2H), 7.00-7.03 (m, 2H), 8.02 (dd, J$_1$=8.2 Hz, J$_2$=1.8 Hz, 1H), 8.16 (d, J=1.8 Hz, 1H), 8.20 (d, J=8.2 Hz, 1H); $^{13}$C NMR (100 MHz, CDCl$_3$) δ 22.7, 66.2, 109.1, 114.3, 114.9, 120.4, 122.0 (q, J=272.5 Hz), 127.0 (q, J=4.9 Hz), 130.4, 132.5 (q, J=33.0 Hz), 133.4, 135.6, 138.5, 149.2, 175.3, 180.4.

2-5). 4-[3-(4-azidophenyl)-4,4-dimethyl-5-oxo-2-thioxoimidazolidin-1-yl]-2-trifluoromethylbenzonitrile, 2e, [RD10]

An aqueous solution of sulfuric acid (25% wt, 1 ml) was added to a solution of 2d (0.10 g, 0.15 mmol) in acetone (1 ml) at −5° C. An aqueous solution of NaNO$_2$ (0.024 g, 0.35 mmol, in 0.5 ml of water) was added slowly the above mixture over 0.1 h. The reaction mixture was allowed to stir at −5° C. for an additional 1 h and then an aqueous solution of NaN$_3$ (0.02 g, 0.3 mmol in 0.3 ml of water) was added dropwise. Upon completion of the addition, the reaction medium was warmed to room temperature and stirred for an additional 3 h. The product was extracted with dichloromethane (3×5 ml). The combined organic layer was dried over MgSO$_4$, concentrated and chromatographed (dichloromethane) to yield 4-[3-(4-azidophenyl)-4,4-dimethyl-5-oxo-2-thioxoimidazolidin-1-yl]-2-trifluoromethylbenzonitrile, 2e, [RD10] (0.08 g, 0.18 mmol, 72%) as a yellowish solid.

18



$^1$H NMR (400 MHz, CDCl$_3$) δ 1.54 (s, 6H), 7.17-7.20 (m, 2H), 7.27-7.30 (m, 2H), 7.84 (dd, J$_1$=8.3 Hz, J$_2$=1.8 Hz, 1H), 7.96 (d, J=1.8 Hz, 1H), 7.97 (d, J=8.3 Hz, 1H); $^{13}$C NMR (100 MHz, CDCl$_3$) δ 23.7, 66.4, 110.1, 114.8, 120.4, 122.1 (q, J=272.5 Hz), 127.0 (q, J=4.7 Hz), 131.1, 131.5, 132.3, 133.3 (q, J=33.0 Hz), 135.3, 137.1, 141.7, 174.8, 180.1. MS for C$_{19}$H$_{13}$F$_3$N$_6$OS, calculated 430.4, found 430.1.

EXAMPLE 3

3-1). 2-(4-hydroxyphenylamino)-2-methylpropanenitrile, 3a

A mixture of 4-aminophenol (1.09 g, 10 mmol), acetone cyanohydrin (10 ml) and MgSO4 (2 g) was heated to 80° C. and stirred for 4 h. After concentration of the medium under vacuum, compound 3a was crystallized from water (20 ml). The solid was filtered and dried to yield 2-(4-hydroxyphenylamino)-2-methylpropanenitrile, 3a (1.69 g, 9.6 mmol, 96%).

3-2). 4-[3-(4-hydroxyphenyl)-5-imino-4,4-dimethyl-2-thioxoimidazolidin-1-yl]-2-trifluoromethylbenzonitrile, 3b

Triethylamine (0.101 g, 1 mmol) was added to a solution of 1a (0.456 g, 2 mmol) and 3a (0.352 g, 2 mmol) in dry THF (5 ml). The reaction mixture was stirred at 0° C. for 48 h and then concentrated to yield a dark residue which was subjected to flash chromatography (dichloromethane/acetone, 85:15) to afford 4-[3-(4-hydroxyphenyl)-5-imino-4,4-dimethyl-2-thioxoimidazolidin-1-yl]-2-trifluoromethylbenzonitrile, 3b (0.274 g, 0.68 mmol, 34%).

3-3). 4-[3-(4-hydroxyphenyl)-4,4-dimethyl-5-oxo-2-thioxoimidazolidin-1-yl]-2-trifluoromethylbenzonitrile, 3c, [RD8]

A mixture of 3b (0.202 g, 0.5 mmol) in HCl aq., 2N (2 ml) and methanol (5 ml) was heated to reflux for 2 h. After being cooled to room temperature, the reaction mixture was poured into cold water (10 ml) and extracted with ethyl acetate (10 ml). The organic layer was dried over MgSO$_4$, concentrated and chromatographed (dichloromethane/acetone, 9:1) to yield 4-[3-(4-hydroxyphenyl)-4,4-dimethyl-5-oxo-2-thioxoimidazolidin-1-yl]-2-trifluoromethylbenzonitrile, 3c, [RD8] (0.198 g, 0.49 mmol, 98%) as a white powder.



$^1$H NMR (CDCl$_3$, 400 MHz) δ 1.57 (s, 6H), 6.26 (s, OH), 6.90-6.93 (m, 2H), 7.11-7.14 (m, 2H), 7.84 (dd, J$_1$=8.3 Hz, J$_2$=1.8 Hz, 1H), 7.95-7.98 (m, 2H); $^{13}$C NMR (CDCl$_3$, 100

US 7,709,517 B2

19

MHz) δ 23.6, 66.5, 109.9, 114.9, 115.7, 116.8, 121.9 (q, J=272.7 Hz), 127.2 (q, J=4.7 Hz), 130.6, 132.3, 133.5 (q, J=33.2 Hz), 135.3, 137.2, 157.0, 175.3, 180.2.

EXAMPLE 4

Chloroacetic acid 4-[3-(4-cyano-3-trifluoromethylphenyl)-5,5-dimethyl-4-oxo-2-thioxoimidazolidin-1-yl]phenyl ester, 4a, [RD13]

Chloroacetyl chloride (0.045 g, 0.4 mmol) was added to a mixture of 3c (0.101 g, 0.25 mmol) and triethylamine (0.041 g, 0.41 mmol) in dry THF (1.5 ml). The mixture was stirred at room temperature for 4 h. Triethylamine hydrochloride was filtered off. The filtrate was concentrated and chromatographed (dichloromethane/acetone, 95:5) to yield 84% of Chloroacetic acid 4-[3 -(4-cyano-3-trifluoromethylphenyl)-5,5-dimethyl-4-oxo-2-thioxoimidazolidin-1-yl]phenyl ester, 4a, [RD13] (0.101 g, 0.21 mmol) as white powder.



$^1$H NMR (CDCl$_3$, 400 MHz) δ 1.58 (s, 6H), 4.32 (s, 2H), 7.33 (s, 4H), 7.83 (dd, J$_1$=8.3 Hz, J$_2$=1.9 Hz, 1H), 7.95-7.97 (m, 2H); $^{13}$C NMR (CDCl$_3$, 100 MHz) δ 23.7, 40.8, 66.5, 110.1, 114.8, 121.9 (q, J=272.5 Hz), 122.7, 127.1 (q, J=4.7 Hz), 130.9, 132.3, 132.9, 133.5 (q, J=33.2 Hz), 135.3, 137.1, 150.9, 165.5, 174.8, 180.0.

EXAMPLE 5

5-1a). 2-methyl-2-(4-methylphenyl)-aminopropanenitrile, 5a

A mixture of p-toluidine (1.07 g, 10 mmol) and acetone cyanohydrin (10 ml) was heated to 80° C. and stirred for 4 h. The medium was concentrated and dried under vacuum to yield 2 -methyl-2-(4-methylphenyl)aminopropanenitrile, 5a (1.72 g, 9.9 mmol, 99%) as brown solid.

5-1b). 2-methyl-2-(4-methylphenyl)-aminopropanenitrile, 5a

Sodium cyanide (0.735 g, 15 mmol) was added to a mixture of p-toluidine (1.07 g, 10 mmol) and acetone (1.16 g, 20 mmol) in 90% acetic acid (10 ml). The reaction mixture was stirred at room temperature for 12 h and then ethyl acetate (50 ml) was added. The organic layer was washed with water (4×30 ml), dried over magnesium sulfate and concentrated under vacuum to dryness to yield 2-methyl-2-(4-methylphenyl)aminopropanenitrile, 5a (1.65 g, 9.5 mmol, 95%) as a brown solid.

5-2). 4-[3-(4-methylphenyl)-5-imino-4,4-dimethyl-2-thioxoimidazolidin-1-yl]-2-trifluoromethylbenzonitrile, 5b

Triethylamine (0.101 g, 1 mmol) was added to a solution of 1a (0.456 g, 2 mmol) and 5a (0.348 g, 2 mmol) in dry THF (3 ml). The reaction mixture was stirred at 0° C. for 2 days and then concentrated to yield a dark residue which was subjected to flash chromatography (dichloromethane/acetone, 95:5) to

20

afford    4-[3-(4-methylphenyl)-5-imino-4,4-dimethyl-2-thioxoimidazolidin-1-yl]-2-trifluoromethylbenzonitrile,  5b (0.136 g, 0.34 mmol, 17%).

5-3a). 4-[3-(4-methylphenyl)-4,4-dimethyl-5-oxo-2-thioxoimidazolidin-1-yl]-2-trifluoromethylbenzonitrile, 5c

A mixture of 5b (0.121 g, 0.3 mmol) in HCl aq., 2N (2 ml) and methanol (5 ml) was heated to reflux for 2 h. After being cooled to room temperature, the reaction mixture was poured into cold water (10 ml) and extracted with ethyl acetate (10 ml). The organic layer was dried over MgSO$_4$, concentrated and chromatographed (dichloromethane) to yield 4-[3-(4-methylphenyl)-4,4-dimethyl-5-oxo-2-thioxoimidazolidin-1-yl]-2-trifluoromethylbenzonitrile, 5c (0.118 g, 0.294 mmol, 98%) as a white powder.

5-3b). 4-[3-(4-methylphenyl)-4,4-dimethyl-5-oxo-2-thioxoimidazolidin-1-yl]-2-trifluoromethyl-benzonitrile, 5c, [RD7]

A mixture of 1a (0.547 g, 2.4 mmol) and 5a (0.348 g, 2 mmol) in dry DMF (0.6 ml) was stirred for 36 h. To this mixture were added methanol (20 ml) and 2N HCl (5 ml). The second mixture was refluxed for 6 h. After being cooled to room temperature, the reaction mixture was poured into cold water (30 ml) and extracted with ethyl acetate (40 ml). The organic layer was dried over MgSO$_4$, concentrated and chromatographed (dichloromethane) to yield 4-[3-(4-methylphenyl)-4,4 -dimethyl-5-oxo-2-thioxoimidazolidin-1-yl]-2-trifluoromethyl-benzonitrile, 5c, [RD7] (0.596 g, 1.48 mmol, 74%) as a white powder.



$^1$H NMR (CDCl$_3$, 400 MHz) δ 1.61 (s, 6H), 2.44 (s, 3H), 7.17-7.20 (m, 2H), 7.33-7.36 (m, 2H), 7.86 (dd, J$_1$=8.3 Hz, J$_2$=1.8 Hz, 1H), 7.96-7.98 (m, 2H); $^{13}$C NMR (CDCl$_3$, 100 MHz) δ 21.3, 23.6, 66.4, 110.0, 114.9, 121.9 (q, J=272.6 Hz), 127.1 (q, J=4.7 Hz), 129.2, 130.6, 132.2, 132.3, 133.4 (q, J=33.2 Hz), 135.2, 137.2, 140.1, 175.1, 179.9.

EXAMPLE 6

6-1). 2-methyl-2-phenylaminopropanenitrile, 6a

A mixture of aminobenzene (0.931 g, 10 mmol) and acetone cyanohydrin (2 ml) was heated to reflux and stirred for 20 h. After being cold to room temperature, the reaction mixture was poured into ethyl acetate (40 ml) and washed with cold water (2×30 ml). The organic layer was dried over MgSO$_4$, concentrated under vacuum to dryness to yield 2-methyl-2-phenylaminopropanenitrile, 6a (1.51 g, 9.4 mmol, 94%) as slurry brown liquid.

6-2). 4-[3-phenyl-4,4-dimethyl-5-oxo-2-thioxoimidazolidin-1-yl]-2-trifluoromethylbenzonitrile, 6b, [RD10]

A mixture of 1a (0.274 g, 1.2 mmol) and 6a (0.160 g, 1 mmol) in dry DMF (0.2 ml) was stirred for 48 h. To this

US 7,709,517 B2

21

mixture were added methanol (10 ml) and 2N HCl (3 ml). The second mixture was refluxed for 6 h. After being cooled to room temperature, the reaction mixture was poured into cold water (20 ml) and extracted with ethyl acetate (20 ml). The organic layer was dried over MgSO$_4$, concentrated and chromatographed (dichloromethane) to yield 4-[3-phenyl-4,4-dimethyl-5-oxo-2-thioxoimidazolidin-1-yl]-2-trifluoromethylbenzonitrile, 6b, [RD10] (0.276 g, 0.71 mmol, 71%) as a white powder.



$^1$H NMR (CDCl$_3$, 400 MHz) δ 1.60 (s, 6H), 7.28-7.31 (m, 2H), 7:50-7.58 (m, 3H), 7.85 (dd, J$_1$=8.3 Hz, J$_2$=1.8 Hz, 1H), 7.96-7.99 (m, 2H); $^{13}$C NMR (CDCl$_3$, 100 MHz) δ 23.7, 66.4, 110.2, 114.8, 121.9 (q, J=272.6 Hz), 127.1 (q, J=4.7 Hz), 129.5, 129.8, 129.9, 132.2, 133.4 (q, J=33.2 Hz), 135.1, 135.2, 137.2, 175.0, 179.9.

### EXAMPLE 7

#### 7-1a). 1-(4-methylphenyl)aminocyclo-butanenitrile, 7a

Sodium cyanide (0.147 g, 3 mmol) was added to a mixture of p-toluidine (0.214 g, 2 mmol) and cyclobutanone (0.21 g, 3 mmol) in 90% acetic acid (3 ml). The reaction mixture was stirred at room temperature for 12 h and then 20 ml of ethyl acetate was added. The organic layer was washed with water (3×10 ml), dried over magnesium sulfate and concentrated under vacuum to dryness to yield 1-(4-methylphenyl)aminocyclobutanenitrile, 7a (0.343 g, 1.84 mmol, 92%) as a brown solid.

#### 7-1b). 1-(4-methylphenyl)aminocyclo-butanenitrile, 7a

Trimethylsilyl cyanide (0.93 ml, 7 mmol) was added dropwise to a mixture of p-toluidine (0.535 g, 5 mmol) and cyclobutanone (0.42 g, 6 mmol). The reaction mixture was stirred at room temperature for 6 h and then concentrated under vacuum to obtain a brown liquid which was subjected to chromatography (dichloromethane) to yield 1-(4-methylphenyl)aminocyclobutanenitrile, 7a (0.912 g, 4.9 mmol, 98%) as a yellowish solid.

#### 7-2). 4-(8-imino-6-thioxo-5-(4-methylphenyl)-5,7-diazaspiro[3.4]oct-7-yl)-2-trifluoromethylbenzonitrile, 7b

To a solution of 1a (2.28 g, 10 mmol) in dry DMF (3 ml) was added progressively, over 20 hours, a solution of 7a (1.764 g, 9 mmol) in dry DMF (3 ml) at room temperature. The medium was stirred for an additional 4 h. After DMF being evaporated, the residue was chromatographed (dichloromethane/acetone, 95:5) to afford 4-(8-imino-6-thioxo-5-(4-methylphenyl)-5,7-diazaspiro[3.4]oct-7-yl)-2-trifluoromethylbenzonitrile, 7b (1.937 g, 4.68 mmol, 52%).

#### 7-3a). 4-(8-oxo-6-thioxo-5-(4-methylphenyl)-5,7-diazaspiro[3.4]oct-7-yl)-2-trifluoromethylbenzonitrile, 7c [RD37]

A mixture of 7b (0.041 g, 0.1 mmol) in HCl aq., 2N (3 ml) and methanol (1 ml) was heated to reflux for 2 h. After being

22

cooled to room temperature, the reaction mixture was poured into cold water (5 ml) and extracted with ethyl acetate (6 ml). The organic layer was dried over MgSO$_4$, concentrated and chromatographed (dichloromethane) to yield 4-(8-oxo-6-thioxo-5-(4-methylphenyl)-5,7-diazaspiro[3.4]oct-7-yl)-2-trifluoromethylbenzonitrile, 4-(8-oxo-6-thioxo-5-(4-methylphenyl)-5,7-diazaspiro[3.4]oct-7-yl)-2-trifluoromethylbenzonitrile, 7c (0.04 g, 0.096 mmol, 96%) as a white powder.

#### 7-3b). 4-(8-oxo-6-thioxo-5-(4-methylphenyl)-5,7-diazaspiro[3.4]oct-7-yl)-2-trifluoromethylbenzonitrile, 7c, [RD37]

A mixture of 1a (0.912 g, 4 mmol) and 7a (0.558 g, 3 mmol) in dry DMF (0.5 ml) was stirred at room temperature for 24 h. To this mixture were added methanol (30 ml) and HCl aq. 2N (6 ml). The second mixture was refluxed for 6 h. After being cooled to room temperature, the reaction mixture was poured into cold water (50 ml) and extracted with ethyl acetate (60 ml). The organic layer was dried over MgSO$_4$, concentrated and chromatographed (dichloromethane) to yield 4-(8-oxo-6-thioxo-5-(4-methylphenyl)-5,7-diazaspiro[3.4]oct-7-yl)-2-trifluoromethylbenzonitrile, 7c (0.959 g, 2.31 mmol, 77%) as a white powder.



$^1$H NMR (CDCl$_3$, 400 MHz) δ 1.62-1.69 (m, 1H), 2.16-2.22 (m, 1H), 2.46 (s, 3H), 2.55-2.66 (m, 4H), 7.19-7.26 (m, 2H), 7.36-7.42 (m, 2H), 7.86 (dd, J$_1$=8.3 Hz, J$_2$=1.8 Hz, 1H), 7.96 (d, J=8.3 Hz, 1H), 7.99 (d, J=1.8 Hz, 1H); $^{13}$C NMR (CDCl$_3$, 100 MHz) δ 13.7, 21.3, 31.4, 67.4, 109.9, 114.9, 121.9 (q, J=272.6 Hz), 127.1 (q, J=4.7 Hz), 129.5, 130.8, 132.2, 132.4, 133.3 (q, J=33.2 Hz), 135.2, 137.3, 140.1, 175.0, 180.0.

### EXAMPLE 8

#### 8-1). 1-(4-methylphenyl)aminocyclo-pentanenitrile, 8a

Trimethylsilyl cyanide (0.865 ml, 7 mmol) was added dropwise to a mixture of p-toluidine (0.535 g, 5 mmol) and cyclopentanone (0.589 g, 7 mmol). The reaction mixture was stirred at room temperature for 6 h and then concentrated under vacuum to obtain a brown liquid which was subjected to chromatography (dichloromethane) to yield 1-(4-methylphenyl)aminocyclopentanenitrile, 8a (0.981 g, 4.9 mmol, 98%) as a yellowish solid.

#### 8-2). 4-(4-Oxo-2-thioxo-1-(4-methylphenyl)-1,3-diazaspiro[4.4]non-3-yl-2-trifluoromethylbenzonitrile, 8b, [RD35]

A mixture of 1a (0.296 g, 1.3 mmol) and 8a (0.2 g, 1 mmol) in dry DMF (0.2 ml) was stirred for 48 h. To this mixture were added methanol (10 ml) and HCl aq. 2N (3 ml). The second mixture was refluxed for 6 h. After being cooled to room temperature, the reaction mixture was poured into cold water

TX 12.0044

US 7,709,517 B2

23

(20 ml) and extracted with ethyl acetate (30 ml). The organic layer was dried over MgSO₄, concentrated and chromatographed (dichloromethane) to yield 4-(4-Oxo-2-thioxo-1-(4-methylphenyl)-1,3-diazaspiro[4.4]non-3-yl)-2-trifluoromethylbenzonitrile, 8b, [RD35] (0.3 g, 0.7 mmol, 70%) as a white powder.



¹H NMR (CDCl₃, 400 MHz) δ 1.47-1.57 (m, 2H), 1.81-1.92 (m, 2H), 2.20-2.24 (m, 2H), 2.27-2.34 (m, 2H), 2.43 (s, 3H), 7.18-7.22 (m, 2H), 7.33-7.36 (m, 2H), 7.86 (dd, J₁=8.2 Hz, J₂=1.8 Hz, 1H), 7.96 (d, J=8.2 Hz, 1H), 7.98 (d, J=1.8 Hz, 1H); ¹³C NMR (CDCl₃, 100 MHz) δ 21.3, 25.2, 36.3, 75.1, 110.0, 114.9, 121.9 (q, J=272.5 Hz), 127.1 (q, J=4.7 Hz), 129.5, 130.7, 123.2, 133.0, 133.4 (q, J=33.2 Hz), 135.1, 137.4, 140.0, 176.3, 180.2.

EXAMPLE 9

9-1). 1-(4-methylphenyl)aminocyclohexanenitrile, 9a

Sodium cyanide (0.147 g, 3 mmol) was added to a mixture of p-toluidine (0.214 g, 2 mmol) and cyclohexanone (0.294 g, 3 mmol) in acetic acid 90% (3 ml). The reaction mixture was stirred at room temperature for 12 h and then 20 ml of ethyl acetate was added. The organic layer was washed with water (3×10 ml), dried over magnesium sulfate and concentrated under vacuum to dryness to yield 14-methylphenyl)aminocyclohexanenitrile, 9a (0.398 g, 1.86 mmol, 93%) as a brown solid.

9-2). 4-(4-imino-2-thioxo-1-(4-methylphenyl)-1,3-diazaspiro[4.5]dec-3-yl)-2-trifluoromethylbenzonitrile, 9b

Triethylamine (0.05 g, 0.5 mmol) was added to a solution of 1a (0.228 g, 1 mmol) and 9a (0.214 g, 1 mmol) in dry THF (2 ml). The reaction mixture was stirred at room temperature for 2 days and then concentrated to yield a dark residue which was subjected to flash chromatography (dichloromethane/acetone, 95:5) to afford 4-(4-imino-2-thioxo-1-(4-methylphenyl)-1,3-diazaspiro[4.5]dec-3-yl)-2-trifluoromethylbenzonitrile, 9b (0.035 g, 0.08 mmol, 8%).

9-3). 4-(4-Oxo-2-thioxo-1-(4-methylphenyl)-1,3-diazaspiro[4.5]dec-3-yl)-2-trifluoromethylbenzonitrile, 9c, [RD48]

A mixture of 9b (0.035 g, 0.08 mmol) in HCl aq., 2N (1 ml) and methanol (3 ml) was heated to reflux for 2 h. After being cooled to room temperature, the reaction mixture was poured into cold water (5 ml) and extracted with ethyl acetate (6 ml). The organic layer was dried over MgSO₄, concentrated and chromatographed (dichloromethane) to yield 4-(4-Oxo-2-thioxo-1-(4 -methylphenyl)-1,3-diazaspiro[4.5]dec-3-yl)-2-trifluoromethylbenzonitrile, 9c, [RD48](0.034 g, 0.076 mmol, 95%) as a white powder.

24



¹H NMR (CDCl₃, 400 MHz) δ 1.02-1.05 (m, 1H), 1.64-1.76 (m, 4H), 2.03-2.12 (m, 5H), 2.44 (s, 3H), 7.12-7.15 (m, 2H), 7.33-7.36 (m, 2H), 7.85 (dd, J₁=8.2 Hz, J₂=1.8 Hz, 1H), 7.96 (d, J=8.3 Hz, 1H), 7.97 (d, J=1.8 Hz, 1H); ¹³C NMR (CDCl₁₀₀ MHz) 20.7, 21.3, 24.0, 32.6, 67.4, 109.9, 114.9, 122.0 (q, J=272.5 Hz), 127.3 (q, J=4.6 Hz), 130.0, 130.5, 132.0, 132.5, 133.3 (q, J=33.2 Hz), 135.2, 137.3, 140.1, 174.1, 180.1.

EXAMPLE 10

10-1). 1-(4-methylphenyl)aminocyclohexanenitrile, 10a

Sodium cyanide (0.147 g, 3 mmol) was added to a mixture of p-toluidine (0.214 g, 2 mmol) and cycloheptanone (0.337 g, 3 mmol) in acetic acid 90% (3 ml). The reaction mixture was stirred at room temperature for 12 h and then 20 ml of ethyl acetate was added. The organic layer was washed with water (3×10 ml), dried over magnesium sulfate and concentrated under vacuum to dryness to yield 1-(4-methylphenyl)aminocyclohexanenitrile, 10a (0.438 g, 1.92 mmol, 96%) as a brown solid.

10-2). 4-(4-imino-2-thioxo-1-(4-methylphenyl)-1,3-diazaspiro[4.5]undec-3-yl)-2-trifluoromethylbenzonitrile, 10b

Triethylamine (0.05 g, 0.5 mmol) was added to a solution of 1a (0.228 g, 1 mmol) and 9a (0.228 g, 1 mmol) in dry THF (2 ml). The reaction mixture was stirred at room temperature for 2 days and then concentrated to yield a dark residue which was subjected to flash chromatography (dichloromethane/acetone, 95:5) to afford 4-(4-imino-2-thioxo-1-(4-methylphenyl)-1,3-diazaspiro[4.5]undec-3-yl)-2-trifluoromethylbenzonitrile, 10b (0.036 g, 0.08 mmol, 8%).

10-3). 4-(4-oxo-2-thioxo-1-(4-methylphenyl)-1,3-diazaspiro[4.5]undec-3-yl)-2-trifluoromethylbenzonitrile, 10c, [RD49]

A mixture of 9b (0.036 g, 0.08 mmol) in HCl aq., 2N (1 ml) and methanol (3 ml) was heated to reflux for 2 h. After being cooled to room temperature, the reaction mixture was poured into cold water (5 ml) and extracted with ethyl acetate (6 ml). The organic layer was dried over MgSO₄, concentrated and chromatographed (dichloromethane) to yield 10c (0.034 g, 0.075 mmol, 94%) as a white powder.

TX 12.0045

US 7,709,517 B2

25



$^1$H NMR (CDCl$_3$, 400 MHz) δ 1.24-134 (m, 2H), 1.37-1.43 (m, 2H), 1.53-1.60 (m, 2H), 1.74-1.82 (m, 2H), 2.19-2.25 (m, 4H), 2.44 (s, 3H), 7.16-7.19 (m, 2H), 7.32-7.35 (m, 2H), 7.83 (dd, J$_1$=8.2 Hz, J$_2$=1.8 Hz, 1H), 7.95-7.97 (m, 2H); $^{13}$C NMR (CDCl$_3$, 100 MHz) δ 21.4, 22.2, 30.9, 36.3, 71.1, 110.0, 114.9, 121.9 (q, J=272.5 Hz), 127.2 (q, J=4.6 Hz), 129.6, 130.5, 132.3, 133.0, 133.2 (q, J=33.2 Hz), 135.1, 137.4, 140.0, 175.9, 179.7.

### EXAMPLE 11

11-1). 1-(4-hydroxyphenyl)aminocyclobutanenitrile, 11a

Trimethylsilyl cyanide (0.93 ml, 7 mmol) was added dropwise to a mixture of 4-hydroxyaniline (0.545 g, 5 mmol) and cyclobutanone (0.42 g, 6 mmol). The reaction mixture was stirred at room temperature for 6 h and then concentrated under vacuum to obtain a brown liquid which was subjected to chromatography (dichloromethane:acetone, 98:2) to yield 11a (0.903 g, 4.8 mmol, 96%) as a yellowish solid.

11-2). 4-(8-oxo-6-thioxo-5-(4-hydroxyphenyl)-5,7-diazaspiro[3.4]oct-7-yl)-2-trifluoromethylbenzonitrile, 11b, [RD58]

A mixture of 1a (0.57 g, 2.5 mmol) and 7a (0.376 g, 2 mmol) in dry DMF (0.5 ml) was stirred at room temperature for 40 h. To this mixture were added methanol (30 ml) and HCl aq. (5 ml). The second mixture was refluxed for 6 h. After being cooled to room temperature, the reaction mixture was poured into cold water (40 ml) and extracted with ethyl acetate (50 ml). The organic layer was dried over MgSO$_4$, concentrated and chromatographed (dichloromethane:acetone, 98:2) to yield 11b (0.659 g, 1.58 mmol, 79%) as a white powder.



$^1$H NMR (CDCl$_3$, 400 MHz) δ 1.55-1.63 (m, 1H), 2.01-2.09 (m, 1H), 2.50-2.65 (m, 4H), 6.97-7.01 (m, 2H), 7.20-7.24 (m, 2H), 8.02 (dd, J$_1$=8.3 Hz, J$_2$=1.8 Hz, 1H), 8.14 (d, J=1.8 Hz, 1H), 8.21 (d, J=8.3 Hz, 1H); $^{13}$C NMR (Acetone-d$_6$, 100 MHz) δ 13.4, 31.3, 67.5, 108.9, 114.8, 116.1, 123.5

26

(q, J=271.5 Hz), 127.4 (q, J=4.9 Hz), 131.3, 131.8 (q, J=32.7 Hz), 133.3, 135.5, 136.2, 138.5, 158.1, 175.1, 180.7.

### EXAMPLE 12

12-1). 1-(4-biphenylamino)cyclobutanecarbonitrile, 12a

Trimethylsilyl cyanide (0.2 ml, 1.5 mmol) was added dropwise to a mixture of 4-biphenylamine (0.169 g, 1 mmol) and cyclobutanone (0.098 g, 1.4 mmol). The reaction mixture was stirred at room temperature for 6 h and then concentrated under vacuum to obtain a brown liquid which was subjected to chromatography (dichloromethane) to yield 12a (0.24 g, 0.97 mmol, 97%) as a white solid.

12-2). 4-(8-oxo-6 thioxo-5-(4-biphenyl)-5,7-diazaspiro[3.4]oct-7-yl)-2-trifluoromethylbenzonitrile, 12b [RD57]

A mixture of 1a (0.137 g, 0.6 mmol) and 12a (0.124 g, 0.5 mmol) in dry DMF (0.2 ml) was stirred at room temperature for 3 days. To this mixture were added methanol (5 ml) and HCl aq. 2N (1 ml). The second mixture was refluxed for 6 h. After being cooled to room temperature, the reaction mixture was poured into cold water (10 ml) and extracted with ethyl acetate (15 ml). The organic layer was dried over MgSO$_4$, concentrated and chromatographed (dichloromethane) to yield 12b (0.162 g, 0.34 mmol, 68%) as a white powder.



$^1$H NMR (CDCl$_3$, 400 MHz) δ 1.67-1.76 (m, 1H), 2.19-2.31 (m, 1H), 2.59-2.74 (m, 4H), 7.40-7.44 (m, 3H), 7.47-7.53 (m, 2H), 7.64-7.67 (m, 2H), 7.79-7.82 (m, 2H), 7.88 (dd, J$_1$=8.3 Hz, J$_2$=1.8 Hz, 1H), 7.97 (d, J=8.2 Hz, 1H), 8.02 (d, J=1.8 Hz, 1H); $^{13}$C NMR (CDCl$_3$, 100 MHz) δ 13.7, 31.5, 67.5, 110.0, 114.9, 122.0 (q, J=272.6 Hz), 127.1 (q, J=4.7 Hz), 127.3, 128.1, 128.7, 129.0, 130.2, 132.3, 133.5 (q, J=33.2 Hz), 134.2, 135.2, 137.2, 139.6, 142.8, 174.9, 179.9.

### EXAMPLE 13

13-1). 1-(2-naphthylamino)cyclobutanecarbonitrile, 13a

Trimethylsilyl cyanide (0.27 ml, 2 mmol) was added dropwise to a mixture of 2-aminonaphthalene (0.143 g, 1 mmol) and cyclobutanone (0.098 g, 1.4 mmol). The reaction mixture was stirred at room temperature for 12 h and then concentrated under vacuum to obtain a brown liquid which was subjected to chromatography (dichloromethane) to yield 13a (0.209 g, 0.94 mmol, 94%) as a yellow solid.

TX 12.0046

US 7,709,517 B2

27 | 28

13-2). 4-(8-oxo-6 thioxo-5-(4-biphenyl)-5,7-diaza-spiro[3.4]oct-7-yl)-2-trifluoromethylbenzonitrile, 12b, [RD85]

A mixture of 1a (0.137 g, 0.6 mmol) and 13a (0.111 g, 0.5 mmol) in dry DMF (0.2 ml) was stirred at room temperature for 3 days. To this mixture were added methanol (5 ml) and HCl aq. (1 ml). The second mixture was refluxed for 6 h. After being cooled to room temperature, the reaction mixture was poured into cold water (10 ml) and extracted with ethyl acetate (15 ml). The organic layer was dried over MgSO$_4$, concentrated and chromatographed (dichloromethane) to yield 12b (0.146 g, 0.325 mmol, 65%) as a white powder.



$^1$H NMR (CDCl$_3$, 400 MHz) δ 158-1.68 (m, 1H), 2.17-2.29 (m, 1H), 2.61-2.75 (m, 4H), 7.40 (dd, J$_1$=8.6 Hz, J$_2$=2.0 Hz), 1H), 7.58-7.65 (m, 2H), 7.86-8.00 (m, 5H), 8.04 (J=1.8 Hz, 1H), 8.06 (d, J=8.6 Hz, 1H); $^{13}$C NMR(CDCl$_3$, 100 MHz)δ 13.7, 31.6, 67.7, 110.0, 114.9, 122.0 (q, J=272.6 Hz), 126.8, 127.1 (q, J=4.8 Hz), 127.2, 127.7, 128.0, 128.3, 129.1, 130.2, 132.2, 132.5, 133.4, 133.5 (q, J=33.1 Hz), 133.6, 135.2, 137.2, 175.0, 180.1.

EXAMPLE 14

14-1). 2-(4-methyl-2-pyridinamino)-2-methylpropanenitrile, 14a

Trimethylsilyl cyanide (0.27 ml, 2 mmol) was added dropwise to a mixture of 2-amino-4-methylpyridine (0.108 g, 1 mmol) and acetone (0.58 g, 10 mmol). The reaction mixture was stirred at room temperature for 6 days and then concentrated under vacuum to obtain a brown liquid which was subjected to chromatography (dichloromethane:acetone, 60:40) to yield 14a (0.133 g, 0.76 mmol, 76%) as a white solid.

14-2). 4-[4,4-dimethyl-3-(4-methylpyridin-2-yl)-5-oxo-2-thioxoimidazolidin-1-yl]-2-trifluoromethyl-benzonitrile, 14b, [RD83]

A mixture of 1a (0.91 g, 0.4 mmol) and 14a (0.053 g, 0.3 mmol) in dry DMF (0.2 ml) was stirred at room temperature for 6 days. To this mixture were added methanol (5 ml) and HCl aq. (1 ml). The second mixture was refluxed for 5 h. After being cooled to room temperature, the reaction mixture was poured into cold water (10 ml) and extracted with ethyl acetate (15 ml). The organic layer was dried over MgSO$_4$, concentrated and chromatographed (dichloromethane) to yield 14b (0.07 g, 0.174 mmol, 58%) as a white powder.



$^1$H NMR (CDCl$_3$, 400 MHz) δ 1.70 (s, 6H), 2.44 (s, 3H), 7.19 (d, J=4.4 Hz, 1H), 7.45 (t, J=0.6 Hz, 1H), 7.82 (dd, J$_1$=8.2 Hz, J$_2$=1.8 Hz, 1H), 7.95 (d, J=1.8 Hz, 1H), 7.97 (d, J=8.2 Hz, 1H), 8.47 (d, J=5.0 Hz, 1H); $^{13}$C NMR (CDCl$_3$, 100 MHz) δ 21.1, 24.1, 67.1, 110.2, 114.8, 121.9 (q, J=272.6 Hz), 124.4, 125.1, 127.3 (q, J=4.8 Hz), 132.4, 133.5 (q, J=33.2 Hz), 135.3, 137.1, 149.2, 149.5, 150.0, 175.2, 179.0.

EXAMPLE 15

15-1). 2-(2-pyridinamino)-2-methylpropanenitrile, 15a

Trimethylsilyl cyanide (0.27 ml, 2 mmol) was added dropwise to a mixture of 2-aminopyridine (0.094 g, 1 mmol) and acetone (0.58 g, 10 mmol). The reaction mixture was stirred at room temperature for 6 days and then concentrated under vacuum to obtain a brown liquid which was subjected to chromatography (dichloromethane:acetone, 60:40) to yield 15a (0.131 g, 0.81 mmol, 81%) as a white solid.

15-2). 4-[4,4-dimethyl-3-(4-pyridin-2-yl)-5-oxo-2-thioxoimidazolidin-1-yl]-2-trifluoromethylbenzonitrile, 15b, [RD82]

A mixture of 1a (0.91 g, 0.4 mmol) and 15a (0.048 g, 0.3 mmol) in dry DMF (0.3 ml) was stirred at room temperature for 10 days. To this mixture were added methanol (5 ml) and of HCl aq. (1 ml). The second mixture was refluxed for 5 h. After being cooled to room temperature, the reaction mixture was poured into cold water (10 ml) and extracted with ethyl acetate (15 ml). The organic layer was dried over MgSO$_4$, concentrated and chromatographed (dichloromethane) to yield 15b (0.059 g, 0.153 mmol, as a white powder.



$^1$H NMR (CDCl$_3$, 400 MHz) δ 1.73 (s, 6H), 7.38 (dd, J$_1$=7.3 Hz, J$_2$=5.4 Hz, 1H), 7.71 (d, J=8.0 Hz, 1H), 7.87 (dd, J$_1$=8.2 Hz, J$_2$=1.8 Hz, 1H), 7.95 (td, J$_1$=7.8 Hz, J$_2$=1.8 Hz, 1H), 7.95 (d, J=1.3 Hz, 1H), 7.98 (d, J=8.2 Hz, 1H), 8.62 (dd, J$_1$=4.7 Hz, J$_2$=1.3 Hz, 1H); $^{13}$C NMR (CDCl$_3$, 100 MHz) δ 24.2, 67.1, 110.3, 114.8, 121.9 (q, J=272.6 Hz), 123.7, 123.8,

TX 12.0047

US 7,709,517 B2

29

127.3 (q, J=4.8 Hz), 132.4, 133.6 (q, J=33.2 Hz), 135.3, 137.1, 138.2, 149.5, 149.6, 175.1, 179.0.

### EXAMPLE 16

16-1). 1-(5-methyl-2H-pyrazol-3-ylamino)-cyclobutanecarbonitrile, 16a

Trimethylsilyl cyanide (0.532 ml, 4.0 mmol) was added dropwise to the mixture of 3-amino-5-methylpyrazole (0.194 g, 2.0 mmol) and cyclobutanone (0.154 g, 2.2 mmol). The reaction mixture was stirred at room temperature for 40 h and then concentrated under vacuum to obtain a dark liquid which was subjected to chromatography (dichloromethane) to yield 16a (0.267 g, 1.52 mmol, 76%) as an off-white powder.

16-2). 4-[5-(5-methyl-2H-pyrazol-3-yl)-8-oxo-6-thioxo-5,7-diaza-spiro[3.4]oct-7-yl]-2-trifluoromethyl-benzonitrile, 16b, [RD84]

A mixture of 1a (0.0684 g, 0.3 mmol) and 16a (0.053 g, 0.3 mmol) in dry DMF (0.2 ml) was stirred at room temperature for 4 days. To this mixture were added methanol (10 ml) and HCl aq. 2N (2 ml). The second mixture was refluxed for 5 h. After being cooled to room temperature, the reaction mixture was poured into cold water (30 ml) and extracted with ethyl acetate (30 ml). The organic layer was dried over MgSO4, concentrated and chromatographed (dichloromethane:acetone, 97:3) to yield 16b (0.0826 g, 0.2 mmol, 67%) as a white powder.



$^1$H NMR (acetone d$_6$, 400 MHz) δ 1.66-1.76 (m, 1H), 2.00-2.07 (m, 1H), 3.35 (s, 3H), 2.56-2.63 (m, 2H), 2.85-2.93 (m, 2H), 8.04 (dd, J$_1$=8.2 Hz, J$_2$=1.6 Hz, 1H), 8.18 (d, J=1.6 Hz, 1H), 8.22 (d, J=8.2 Hz, 1H), 11.99 (s, 1H); $^{13}$C NMR (acetone d$_6$, 100 MHz) δ 10.2, 13.1, 31.1, 67.4, 102.5, 109.1, 114.8, 122.5 (q, J=271.4 Hz), 127.8 (q, J=4.8 Hz), 131.9 (q, J=33.6 Hz), 133.6, 135.6, 138.4, 139.9, 145.0, 175.0, 179.6.

### EXAMPLE 17

4-[3-(4-hydroxyphenyl)-4,4-dimethyl-2,5-dithioxo-imidazolidin-1-yl]-2-trifluoromethylbenzonitrile, 17a, [RD59]

A mixture of 3c (0.081 g, 0.2 mmol) and Lawesson reagent (0.097 g, 0.24 mmol) in toluene (3 ml) was heated to reflux for 15 h. After being cooled to room temperature, the reaction mixture was poured into cold water (10 ml) and extracted with ethyl acetate (10 ml). The organic layer was dried over MgSO4, concentrated and chromatographed (dichloromethane:pentane, 9:1) to yield 17a (0.0185 g, 0.044 mmol, 22%) as a white powder.

30



$^1$H NMR (CDCl$_3$, 400 MHz) δ 1.65 (s, 6H), 6.95-6.97 (m, 2H), 7.15-7.18 (m, 2H), 7.75 (d, J=8.2 Hz, 1H), 7.86 (d, J=1.8 Hz, 1H), 7.98 (dd, J$_1$=8.2 Hz, J$_2$=1.8 Hz, 1H); $^{13}$C NMR (CDCl$_3$, 100 MHz) δ 27.9, 77.8, 110.9, 114.7, 116.7, 121.9 (q, J=272.6 Hz), 128.1 (q, J=4.8 Hz), 129.1, 130.7, 133.3, 133.5 (q, J=33.2 Hz), 135.5, 140.3, 156.8, 179.9, 207.9.

### EXAMPLE 18

4-[3-(4-hydroxyphenyl)-4,4-dimethyl-2,5-dioxoimidazolidin-1-yl]-2-trifluoromethylbenzonitrile, 18a, [RD60]

Hydrogen peroxide, 30% (3 ml, 26 mmol) was added dropwise to a solution of of 3c (0.121 g, 0.4 mmol) in glacial acetic acid (3 ml). The mixture was stirred at room temperature for 12 h and then 20 ml of ethyl acetate was added. The organic layer was washed with water (3×15 ml), dried over magnesium sulfate, concentrated and chromatographed (dichloromethane) to give 18a (0.102 g, 0.261 mmol, 87%) as a white powder.



$^1$H NMR (CDCl 400 MHz) δ 1.52 (s, 6H), 6.70-6.73 (m, 2H), 7.01-7.04 (m, 2H), 7.92 (d, J=8.4 Hz, 1H), 8.00 (dd, J$_1$=8.4 Hz, J$_2$=1.8 Hz, 1H), 8.15 (d, J=1.8 Hz, 1H); $^{13}$C NMR (CDCl$_3$, 100 MHz) δ 23.7, 63.7, 108.4, 115.0, 116.7, 121.9 (q, J=272.6 Hz), 123.5 (q, J=4.8 Hz), 124.0, 128.5, 130.5, 133.6 (q, J=33.2 Hz), 135.5, 136.2, 153.4, 157.2, 174.5.

### EXAMPLE 19

19-1). 3-fluoro-2-methyl-2-(4-methylphenyl)amino-propionitrile, 19a

Trimethylsilyl cyanide (0.146 ml, 1.1 mmol) was added dropwise to the mixture of p-toluidine (0.107 g, 1 mmol) and fluoroacetone (0.082 g, 1.1 mmol). The reaction mixture was stirred at room temperature for 12 h and then concentrated under vacuum to obtain a brown liquid which was subjected to chromatography (dichloromethane) to yield 19a (0.179 g, 0.93 mmol, 93%) as a yellowish solid.

19-2). 4-(4 fluoromethyl-4-methyl-5-oxo-2-thioxo-3-(4-methylphenyl)imidazolidin-1-yl)-2-trifluoromethylbenzonitrile, 19b, [RD68]

A mixture of 1a (0.16 g, 0.7 mmol) and 19a (0.096 g, 0.5 mmol) in dry DMF (0.3 ml) was stirred at room temperature

TX 12.0048

US 7,709,517 B2

**31**

for 48 h. To this mixture were added methanol (10 ml) and HCl aq. 2N (2 ml). The second mixture was refluxed for 6 h. After being cooled to room temperature, the reaction mixture was poured into cold water (30 ml) and extracted with ethyl acetate (30 ml). The organic layer was dried over MgSO$_4$, concentrated and chromatographed (dichloromethane) to yield 19b (0.168 g, 0.4 mmol, 80%) as a white powder.



$^1$H NMR (CDCl$_3$, 400 MHz) δ 1.49 (s, 3H), 2.44 (s, 3H), 4.35 (dd, J$_1$=47.2 Hz, J$_2$=10.0 Hz, 1H), 4.71 (dd, J$_1$=45.2 Hz, J$_2$=10 Hz, 1H), 7.22-7.26 (m, 2H), 7.35-7.39 (m, 2H), 7.82 (dd, J$_1$=8.2 Hz, J$_2$=1.8 Hz, 1H), 7.93 (d, J=1.8 Hz, 1H), 7.98 (d, J=8.2 Hz, 1H); $^{13}$C NMR (CDCl$_3$, 100 MHz) δ 17.0 (d, J=4.6 Hz), 21.3, 69.3 (d, J=18.3 Hz), 81.9 (d, J=179.5 Hz), 109.9, 114.8, 121.8 (q, J=272.6 Hz), 127.2 (q, J=4.7 Hz), 129.3, 130.9, 131.6, 132.3, 133.3 (q, J=33.2 Hz), 135.3, 137.0, 140.5, 174.1, 181.4; $^{19}$F NMR (CDCl$_3$, 376 MHz) δ −62.5, 110.9.

### EXAMPLE 20

#### 20-1). 2-methyl-2-(4-trifluoromethylphenyl)amino-propanenitrile, 20a

A mixture of 4-trifluoromethylaniline (1.61 g, 10 mmol), acetone cyanohydrin (5 ml) and magnesium sulfate (2 g) was heated to 80° C. and stirred for 12 h. To the medium was added ethyl acetate (50 ml) and then washed with water (3×30 ml). The organic layer was dried over MgSO$_4$ and concentrated under vacuum to dryness to yield 20a (2.166 g, 9.5 mmol, 95%) as brown solid.

#### 20-2). 4-(4,4-dimethyl-5-oxo-2-thioxo-3-(4-trifluoromethylphenyl)imidazolidin-1-yl)-2-trifluoromethylbenzonitrile, 20b, [RD66]

A mixture of 1a (0.114 g, 0.5 mmol) and 20a (0.092 g, 0.4 mmol) in dry DMF (0.3 ml) was stirred at room temperature for 48 h. To this mixture were added methanol (10 ml) and HCl aq. (3 ml). The second mixture was refluxed for 6 h. After being cooled to room temperature, the reaction mixture was poured into cold water (20 ml) and extracted with ethyl acetate (20 ml). The organic layer was dried over MgSO$_4$, concentrated and chromatographed (dichloromethane) to yield 20b (0.117 g, 0.256 mmol, 64%) as a white powder.



**32**

$^1$H NMR (CDCl$_3$, 400 MHz) δ 1.61 (s, 6H), 7.45-7.49 (m, 2H), 7.80-7.83 (m, 2H), 7.85 (dd, J$_1$=8.3 Hz, J$_2$=1.8 Hz, 1H), 7.97 (d, J=1.8 Hz, 1H), 7.99 (d, J=8.2 Hz, 1H); $^{13}$C NMR (CDCl$_3$, 100 MHz) δ 23.8, 66.6, 110.3, 114.8, 121.8 (q, J=272.6 Hz), 123.5 (q, J=271.1 Hz), 127.2 (q, J=4.6 Hz), 127.1 (q, J=4.7 Hz), 130.3, 131.9 (q, J=32.9 Hz), 132.2, 133.5 (q, J=33.3 Hz), 135.3, 136.9, 138.4, 174.6, 179.9.

### EXAMPLE 21

#### 21-1). 3-chloro-2-chloromethyl-2-(4-methylphenyl)aminopropanenitrile, 21a

Trimethylsilyl cyanide (0.27 ml, 2 mmol) was added dropwise to a mixture of p-toluidine (0.107 g, 1 mmol) and 1,3-dichloroacetone (0.254 g, 2 mmol). The reaction mixture was heat to 80° C. and stirred for 6 h. To the mixture was added 20 ml of ethyl acetate and then wash with water (2×20 ml). The organic layer was dried over MgSO$_4$, concentrated and chromatographed (dichloromethane) to yield 21a (0.192 g, 0.79 mmol, 79%) as a brown powder.

#### 21-2). 4-(4,4-bischloromethyl-5-oxo-2-thioxo-3-(4-methylphenyl)imidazolidin-1)-yl)-2-trifluoromethylbenzonitrile, 21b, [RD67]

A mixture of 1a (0.16 g, 0.7 mmol) and 21a (0.122 g, 0.5 mmol) in dry DMF (0.5 ml) was stirred at room temperature for 10 days. To this mixture were added methanol (10 ml) and of HCl aq. 2N (2 ml). The second mixture was refluxed for 6 h. After being cooled to room temperature, the reaction mixture was poured into cold water (20 ml) and extracted with ethyl acetate (30 ml). The organic layer was dried over MgSO$_4$, concentrated and chromatographed (dichloromethane) to yield 21b (0.09 g, 0.19 mmol, 38%) as a white powder.



$^1$H NMR (CDCl$_3$, 400 MHz) δ 2.44 (s, 3H), 3.54 (d, J=11.8 Hz, 2H), 3.93 (d, J=11.8 Hz, 2H), 7.37-7.40 (m, 2H), 7.48-7.51 (m, 2H), 7.79 (dd, J$_1$=8.2 Hz, J$_2$=1.8 Hz, 1H), 7.88 (d, J=1.8 Hz, 1H), 7.98 (d, J=8.2 Hz, 1H); $^{13}$C NMR (CDCl$_3$, 100 MHz) δ 21.4, 42.8, 74.3, 110.7, 114.7, 121.7 (q, J=272.6 Hz), 127.2 (q, J=4.7 Hz), 128.8, 131.0, 131.1, 132.4, 133.8 (q, J=33.2 Hz), 135.5, 136.9, 140.9, 169.5, 182.5.

### EXAMPLE 22

#### 22-1). 1-(4-methylphenyl)aminocyclo-hexanenitrile, 22a

Sodium cyanide (0.245 g, 5 mmol) was added to a mixture of anthranilic acid (0.411 g, 3 mmol) and acetone (1 ml, 13.6 mmol) in acetic acid 90% (3 ml). The reaction mixture was stirred at room temperature for 12 h and then 50 ml of ethyl acetate was added. The organic layer was washed with brine (3×30 ml). The organic layer was dried over magnesium

**TX 12.0049**

US 7,709,517 B2

33

34

sulfate, concentrated and chromatographed (dichlorometha-ne:acetone, 90:10) to yield 22a (0.551 g, 2.7 mmol, 90%) as a brown solid.

22-2). 2-[3-(4-cyano-3-trifluoromethylphenyl)-5,5-dimethyl-4-oxo-2-thioxoimidazolidin-1-yl]benzoic acid, 22b, [RD65]

A mixture of 1a (0.114 g, 0.0 mmol) and 22a (0.103 g, 0.5 mmol) in dry DMF (0.5 ml) was stirred at room temperature for 3 days. To this mixture were added methanol (10 ml) and HCl aq. 2N, (3 ml). The second mixture was refluxed for 6 h. After being cooled to room temperature, the reaction mixture was poured into cold water (20 ml) and extracted with ethyl acetate (30 ml). The organic layer was dried over MgSO$_4$, concentrated and chromatographed (ethyl acetate:pentane, 2:1) to yield 22b (0.143 g, 0.33 mmol, 66%) as a white powder.



$^1$H NMR (CDCl$_3$, 400 MHz) δ 1.47 (s, 3H), 1.78 (s, 3H), 7.39 (d, J=7.7 Hz, 1H), 7.63 (t, J=7.7 Hz, 1H) 7.76-7.82 (m, 2H), 7.90-7.98 (m, 2H), 8.22 (d, J=6.8 Hz, 1H), 8.96 (bs, 1H); $^{13}$C NMR (CDCl$_3$, 100 MHz) δ 20.6, 26.2, 67.6, 110.1, 114.8, 121.9 (q, J=272.6 Hz), 127.2 (q, J=4.7 Hz), 128.9, 131.0, 130.2, 132.5, 133.2 (q, J=33.3 Hz), 133.7, 134.7, 135.4, 135.8, 137.3, 169.8, 175.3, 180.7.

EXAMPLE 23

23-1). 1-(2-methylphenyl)aminocyclo-butanenitrile, 23a

Trimethylsilyl cyanide (0.66 ml, 5 mmol) was added drop-wise to the mixture of p-toluidine (0.321 g, 3 mmol) and cyclobutanone (0.28 g, 4 mmol). The reaction mixture was stirred at room temperature for 6 h and then concentrated under vacuum to obtain a brown liquid which was subjected to chromatography (dichloromethane) to yield 23a (0.541 g, 2.91 mmol, 97%) as a yellowish solid.

23-2). 4-(8-oxo-6-thioxo-5-(2-methylphenyl)-5,7-diazaspiro[3.4]oct-7-yl)-2-trifluoromethylbenzoni-trile, 23b, [RD71]

A mixture of 1a (0.114 g, 0.5 mmol) and 23a (0.093 g, 0.5 mmol) in dry DMF (0.3 ml) was stirred at room temperature for 3 days. To this mixture were added methanol (10 ml) and HCl aq. 2N, (3 ml). The second mixture was refluxed for 6 h. After being cooled to room temperature, the reaction mixture was poured into cold water (20 ml) and extracted with ethyl acetate (30 ml). The organic layer was dried over MgSO$_4$, concentrated and chromatographed (dichloromethane) to yield 23b (0.116 g, 0.28 mmol, 56%) as a white powder.



$^1$H NMR (CDCl$_3$, 400 MHz) δ 1.63-1.69 (m, 1H), 2.26 (s, 3H), 2.28-2.41 (m, 2H), 2.58-2.76 (m, 3H), 7:21 (d, J=7.6 Hz, 1H), 7.39-7.49 (m, 3H), 7.89 (dd, J$_1$=8.2 Hz, J$_2$=1.8 Hz, 1H), 7.97 (d, J=8.2 Hz, 1H), 8.00 (d, J=1.8 Hz, 1H); $^{13}$C NMR (CDCl$_3$, 100 MHz) δ 14.2, 18.0, 30.7, 32.2, 67.6, 109.9, 114.9, 121.9 (q, J=272.6 Hz), 127.0 (q, J=4.7 Hz), 127.5, 129.8, 130.2, 131.9, 132.3, 133.4, 133.5 (q, J=34.3 Hz), 135.2, 135.8, 137.1, 138.0, 175.3, 178.7.

EXAMPLE 24

24-1). 1-aminocyclopentanecarbonitrile, 24a

Ammonia anhydrous was bubble into a mixture of cyclo-pentanone (0.452 g) and trimethylsilyl cyanide (0.66 ml, 5 mmol). The excess of ammonia was refluxed by a dry ice-acetone condenser. After 1 h of reflux, the ammonia was allowed to degas form the medium and then the remaining mixture was concentrated under vacuum to yield 24a (0.522 g, 4.75 mmol, 95%) as a colorless liquid.

24-2). 4-(4-imino-2-thioxo-1,3-diazaspiro[4.4]non-3-yl)-2-trifluoromethylbenzonitrile, 24b

Triethylamine (0.101 g, 0.1 mmol) was added to a solution of 1a (0.684 g, 3 mmol) and 24a (0.33 g, 3 mmol) in dry THF (5 ml). The reaction mixture was stirred at room temperature for 5 h and then concentrated to yield a brown residue which was subjected to flash chromatography (dichloromethane/acetone, 93:7) to afford 24b (0.741 g, 2.19 mmol, 73%).

24-3). 4-(4-oxo-2-thioxo-1,3-diazaspiro[4.4]non-3-yl)-2-trifluoromethylbenzonitrile, 24c, [RD77]

A mixture of 24b (0.741 g, 2.19 mmol) in HCl aq., 2N (4 ml) and methanol (20 ml) was heated to reflux for 1 h. After being cooled to room temperature, the reaction mixture was poured into cold water (20 ml) and extracted with ethyl acetate (40 ml). The organic layer was dried over MgSO$_4$, concentrated and chromatographed (dichloromethane) to yield 24c (0.72 g, 2.12 mmol, 97%) as a white powder.



$^1$H NMR (CDCl$_3$, 400 MHz) δ 1.86-190 (m, 2H), 1.96-2.05 (m, 4H), 2.26-2.30 (m, 2H), 7.80 (dd, J$_1$=8.2 Hz, J$_2$=1.8 Hz, 1H), 7.92 (d, J=1.8 Hz, 1H), 7.97 (d, J=8.2 Hz, 1H) 8.20 (bs, NH); $^{13}$C NMR(CDCl$_3$, 100 MHz) δ 25.3, 38.1, 71.0,

TX 12.0050

US 7,709,517 B2

**35**

110.1, 114.8, 121.8 (q, J=272.7 Hz), 126.8 (q, J=4.7 Hz), 131.9, 133.6 (q, J=34.3 Hz), 135.3, 136.7, 176.1, 179.8.

EXAMPLE 25

25). 4-[1-(4-nitrophenyl)-4-oxo-2-thioxo-1,3-diaza-spiro[4.4]non-3-yl]-2-trifluoromethylbenzonitrile, 25a, [RD55]

A mixture of 25c (0.0678 g, 0.2 mmol), 1,8-Diazabicyclo [5.4.0]undec-7-ene (0.05 g, 0.33 mmol) and 4-fluoroni-trobenzene (0.056 g, 0.4 mmol) in dimethylformamide (0.5 ml) was placed under argon in a sealed-tube and heated to 130° C. for 40 h. The reaction mixture was poured into ethyl acetate (5 ml) and washed with water (2×10 ml). The organic layer was dried over MgSO₄, concentrated and chromato-graphed (dichloromethane) to yield 25a (0.038 g, 0.084 mmol, 42%) as a white powder.



¹H NMR (CDCl₃, 400 MHz) δ 1.53-1.56 (m, 2H), 1.90-1.93 (m, 2H), 2.14-2.18 (m, 2H), 2.37-2.40 (m, 2H), 7.54-7.57 (m, 2H), 7.85 (dd, J₁=8.2 Hz, J₂=1.8 Hz, 1H), 7.97 (d, J=1.8 Hz, 1H), 7.98 (d, J=8.2 Hz, 1H), 8.39-8.43 (m, 2H); ¹³C NMR (CDCl₃, 100 MHz) 25.2, 36.5, 75.3, 110.3, 114.8, 121.8 (q, J=272.6 Hz), 125.2, 127.0 (q, J=4.7 Hz), 131.4, 132.1, 133.6 (q, J=34.3 Hz), 135.3, 136.9, 141.7, 148.1, 175.6, 180.2.

EXAMPLE 26

26). 4-[1-(4-cyanophenyl)-4-oxo-2-thioxo-1,3-diaza-spiro[4.4]non-3-yl]-2-trifluoromethylbenzonitrile, 26a, [RD54]

A mixture of 24c (0.0678 g, 0.2 mmol), 1,8-diazabicyclo [5.4.0]undec-7-ene (0.061 g, 0.4 mmol) and 4-fluorocy-anobenzene (0.048 g, 0.4 mmol) in dimethylformamide (0.5 ml) was placed under argon in a sealed-tube and heated to 140° C. for 5 days. The reaction mixture was poured into ethyl acetate (5 ml) and washed with water (2×10 ml). The organic layer was dried over MgSO₄, concentrated and chromato-graphed (dichloromethane) to yield 26a (0.023 g, 0.052 mmol) as a white powder.



¹H NMR (CDCl₃, 400 MHz) δ 1.51-1.55 (m, 2H), 1.90-1.93 (m, 2H), 2.12-2.16 (m, 2H), 2.33-2.38 (m, 2H), 7.47-

**36**

7.50 (m, 2H), 7.81-7.87 (m, 3H), 7.95-7.99 (m, 2H); ¹³C NMR (CDCl₃, 100 MHz) δ 25.2, 36.5, 75.3, 110.3, 113.9, 114.7, 117.5, 121.8 (q, J=272.6 Hz), 127.0 (q, J=4.8 Hz), 131.2, 132.1, 133.6 (q, J=34.3 Hz), 133.8, 135.3, 136.9, 140.0, 175.6, 180.1.

EXAMPLE 27

27-1). 1-methyl-4-(4-methylphenylamino)piperidine-4-carbonitrile, 27a

Sodium cyanide (0.318 g, 6.5 mmol) was added to a mix-ture of p-toluidine (0.535 g, 5 mmol) and 1-methyl-4-piperi-dinone (0.678 g, 6 mmol) in acetic acid 90% (5 ml). The reaction mixture was stirred at room temperature for 6 h and then 100 ml of dichloromethane was added. The organic layer was washed with a solution NaOH, 2N (2×50 ml), dried over magnesium sulfate, concentrated and chromatographed (DCM and then acetone) to obtained 27a (0.722 g, 3.15 mmol, 63%).

27-2). 4-(4-imino-8-methyl-2-thioxo-1-(4-meth-ylphenyl)-1,3,8-triazaspiro[4.5]dec-3-yl)-2-trifluo-romethylbenzonitrile, 27b

Triethylamine (0.02, 0.2 mmol) was added to a solution of 1a (0.228 g, 1 mmol) and 27a (0.114 g, 0.5 mmol) in dry THF (2 ml). The reaction mixture was stirred at room temperature for 20 h and then concentrated to yield a dark residue which was subjected to flash chromatography (dichloromethane/acetone, 90:10, and then acetone) to afford 27b (0.059 g, 0.13 mmol, 26%).

27-3). 4-(8-methyl-4-oxo-2-thioxo-1-(4-methyphe-nyl)-1,3,8-triazaspiro[4.5]dec-3-yl)-2-trifluoromethyl-ylbenzonitrile, 27c, [RD53]

A mixture of 27b (0.059 g, 0.13 mmol) in HCl aq., 2N (1 ml) and methanol (3 ml) was heated to reflux for 2 h. After being cooled to room temperature, the reaction mixture was poured into cold water (5 ml) and extracted with ethyl acetate (10 ml). The organic layer was dried over MgSO₄, concen-trated and chromatographed (dichloromethane:acetone, 60:40) to yield 27c (0.055 g, 0.012 mmol, 92%) as a white powder.



¹H NMR (Acetone-d₆, 400 MHz) δ 1.93-1.99 (m, 1H), 2.00-2.04 (m, 1H), 2.18 (s, 3H), 2.24-2.28 (m, 2H), 2.38 (s, 3H), 2.61-2.72 (m, 4H), 7.18-7.20 (m, 2H), 7.32-7.35 (m, 2H), 8.03 (dd, J₁=8.2 Hz, J₂=1.8 Hz, 1H), 8.16 (d, J=1.8 Hz, 1H), 8.22 (d, J=8.2 Hz, 1H); ¹³C NMR (Acetone-d₆, 100 MHz) δ 20.3, 31.4, 45.1, 49.8, 65.1, 109.1, 114.8, 122.4 (q, J=275.1 Hz), 127.7 (q, J=4.8 Hz), 130.0, 130.5, 131.9 (q, J=32.6 Hz), 132.6, 133.5, 135.6, 138.3, 139.4, 174.0, 180.6.

TX 12.0051

US 7,709,517 B2

**37**

**38**

### EXAMPLE 28

4-(8-methyl-4-oxo-2-thioxo-1,3,8-triazaspiro[4.5]
dec-3-yl)-2-trifluoromethylbenzonitrile, 28a, [RD52]

Compound 28a was synthesized according to the procedure described in patent U.S. Pat. No. 5,958,936.



$^1$H NMR (Acetone-d$_6$, 400 MHz) δ 1.93-2.00 (m, 2H), 2.09-2.16 (m, 2H), 2.25 (s, 3H), 2.42-2.49 (m, 2H), 2.75-2.80 (m, 2H), 7.97 (dd, J$_1$=8.2 Hz, J$_2$=1.8 Hz, 1H), 8.11 (d, J=1.8 Hz, 1H), 8.20 (d, J=8.2 Hz, 1H), 9.80 (bs, NH); $^{13}$C NMR (Acetone-d$_6$, 100 MHz) δ 32.9, 45.4, 50.1, 62.3, 109.1, 114.8, 122.4 (q, J=271.6 Hz), 127.5 (q, J=4.8 Hz), 131.8 (q, J=32.7 Hz), 133.2, 135.6, 135.6, 138.0, 175.2, 180.4.

### EXAMPLE 29

4-[3-(4-hydroxybutyl)-4,4-dimethyl-5-oxo-2-thiox-
oimidazolidin-1-yl]-2-trifluoromethylbenzonitrile,
RU 59063

Compound RU 59063 was synthesized according to the procedure described by Teutsch et al [*J. Steroid. Biochem. Molec. Biol.* 1994, 48(1), 111-119].



$^1$H NMR (CDCl$_3$, 400 MHz) δ 1.55 (s, 6H), 1.58-1.62 (m, 2H), 1.86-1.89 (m, 2H), 2.25 (bs, OH), 3.65-3.71 (m, 4H), 7.74 (dd, J$_1$=8.0 Hz, J$_2$=1.8 Hz, 1H), 7.92 (d, J=1.8 Hz, 1H), 7.98 (d, J=8.0 Hz, 1H); $^{13}$C NMR (CDCl$_3$, 100 MHz) δ 23.1, 24.7, 29.6, 43.9, 61.7, 65.2, 109.7, 114.9, 121.9 (q, J=272.6 Hz), 127.1 (q, J=4.8 Hz), 132.2, 133.7 (q, J=34.3 Hz), 135.2, 137.2, 175.3, 178.2.

### EXAMPLE 30

30-1). 1-methylaminocyclobutanecarbonitrile, 30a

Methylamine was bubbled into a refrigerated mixture of cyclobutanone (0.21 g, 3 mmol) and trimethylsilyl cyanide (0.396 g, 4 mmol) until the volume doubled. The mixture was stirred 3 h and then concentrated to dryness to obtain 30a (0.33 g, quantitative).

30-2). 4-(5-methyl-8-oxo-6-thioxo-5,7-diazaspiro
[3.4]oct-7-yl)-2-trifluoromethylbenzonitrile,
30b, [RD73]

A mixture of 1a (0.114 g, 0.5 mmol) and 30a (0.055 g, 0.5 mmol) in dry DMF (0.2 ml) was stirred at room temperature

for 0.5 h. To this mixture were added 10 ml of methanol and 2 ml of 2N HCl. The second mixture was refluxed for 2 h. After being cooled to room temperature, the reaction mixture was poured into cold water (20 ml) and extracted with ethyl acetate (30 ml). The organic layer was dried over MgSO$_4$, concentrated and chromatographed (dichloromethane) to yield 30b (0.148 g, 0.435 mmol, 87%) as a white powder.



$^1$H NMR (CDCl$_3$, 400 MHz) δ 1.95-2.06 (m, 1H), 2.21-2.32 (m, 1H), 2.58-2.71 (m, 4H), 3.44 (s, 3H), 7.77 (dd, J$_1$=8.2 Hz, J$_2$=2.0 Hz, 1H), 7.89 (d, J=2.0 Hz, 1H), 7.93 (d, J=8.2 Hz, 1H); $^{13}$C NMR (CDCl$_3$, 100 MHz) & 13.7, 30.3, 30.4, 66.1, 109.7, 114.9, 121.9 (q, J=272.6 Hz), 126.9 (q, J=4.8 Hz), 132.1, 133.2 (q, J=34.3 Hz), 135.2, 137.3, 175.1, 178.7.

30-3). 4-(5-methyl-6,8-dioxo-5,7-diazaspiro[3.4]oct-
7-yl)-2-trifluoromethylbenzonitrile, 30c, [RD74]

Hydrogen peroxide (2 ml, 30%) was added to the mixture of 30b (0.068 g, 0.2 mmol) in glacial acetic acid (3 ml). After being stirred at room temperature for 10 h, the reaction mixture was poured into ethyl acetate (20 ml) and then washed with water (2×20 ml). The organic layer was dried over MgSO$_4$, concentrated and chromatographed (dichloromethane:acetone) to yield 30c (0.057 g, 0.176 mmol, 88%) as a white powder.



$^1$H NMR (CDCl$_3$, 400 MHz) δ 1.91-2.35 (m, 1H), 2.21-2.31 (m, 1H), 2.50-2.61 (m, 4H), 3.12 (s, 3H), 7.89 (d, J=8.2 Hz, 1H), 7.97 (dd, J$_1$=8.2 Hz, J$_2$=2.0 Hz, 1H), 8.12 (d, J=2.0 Hz, 1H); $^{13}$C NMR (CDCl$_3$, 100 MHz) δ 13.9, 25.4, 29.3, 63.4, 108.1, 115.1, 121.6 (q, J=272.6 Hz), 122.9 (q, J=4.8 Hz), 127.9, 133.5 (q, J=34.3 Hz), 135.3, 136.5, 152.7, 174.4.

### EXAMPLE 31

31-1). 1-methylaminocyclopentanecarbonitrile, 31a

Methylamine was bubbled into a refrigerated mixture of cyclopentanone (0.252 g, 3 mmol) and trimethylsilyl cyanide (0.396 g, 4 mmol) until the volume doubled. The mixture was stirred 3 h and then concentrated to dryness to obtain 31a (0.372 g, quantitative).

TX 12.0052

US 7,709,517 B2

39

40

31-2). 4-(1-methyl-4-oxo-2-thioxo-1,3-diazaspiro [4.4]non-3-yl)-2-trifluoromethylbenzonitrile, 31b, [RD75]

A mixture of 1a (0.114 g, 0.5 mmol) and 31a (0.062 g, 0.5 mmol) in dry DMF (0.2 ml) was stirred at room temperature for 0.5 h. To this mixture were added 10 ml of methanol and 2 ml of 2N HCl. The second mixture was refluxed for 2 h. After being cooled to room temperature, the reaction mixture was poured into cold water (20 ml) and extracted with ethyl acetate (30 ml). The organic layer was dried over MgSO₄, concentrated and chromatographed (dichloromethane) to yield 31b (0.159 g, 0.45 mmol, 90%) as a white powder.



$^{1}$H NMR (CDCl₃, 400 MHz) δ 1.91-2.05 (m, 6H), 2.16-2.21 (m, 2H), 3.27 (s, 3H), 7.77 (dd, J₁=8.2 Hz, J₂=1.8 Hz, 1H), 7.89 (d, J=1.8 Hz, 1H), 7.91 (d, J=8.2 Hz, 1H); $^{13}$C NMR(CDCl₃, 100 MHz) δ 26.4, 30.3, 35.4, 73.2, 109.5, 114.9, 121.9 (q, J=272.6 Hz), 126.9 (q, J=4.8 Hz), 132.2, 133.2 (q, J=34.3 Hz), 135.2, 137.5, 176.8, 178.5.

31-3). 4-(1-methyl-2,4-dioxo-1,3-diaza-spiro[4.4] non-3-yl)-2-trifluoromethylbenzonitrile, 31c, [RD76]

Hydrogen peroxide (2 ml, 30%) was added to the mixture of 31b (0.07 g, 0.2 mmol) in glacial acetic acid (3 ml). After being stirred at room temperature for 10 h, the reaction mixture was poured into ethyl acetate (20 ml) and then washed with water (2×20 ml). The organic layer was dried over MgSO₄, concentrated and chromatographed (dichlorometha-ne:acetone) to yield 31c (0.057 g, 0.168 mmol, 84%) as a white powder.



$^{1}$H NMR (CDCl₃, 400 MHz) δ 1.88-1.99 (m, 6H), 2.12-2.17 (m, 2H), 2.98 (s, 3H), 7.88 (d, J=8.2 Hz, 1H), 7.97 (dd, J₁=8.2 Hz, J₂=1.8 Hz, 1H), 8.12 (d, J=1.8 Hz, 1H); $^{13}$C NMR (CDCl₃, 100 MHz) δ 25.2, 26.5, 34.8, 70.1, 108.0, 115.1, 122.0 (q, J=272.5 Hz), 122.9 (q, J=4.9 Hz), 127.9, 133.5 (q, J=32.9 Hz), 135.3, 136.6, 152.7, 176.1.

### EXAMPLE 32

4-(8-methylimino-6-thioxo-5-p-tolyl-5,7-diaza-spiro [3.4]oct-7-yl)-2-trifluoromethyl-benzonitrile, 32a, [RD90]

A mixture of 7b (0.042 g, 0.1 mmol), DBU (0.023 g, 0.15 mmol) and iodomethane (0.073 g, 0.5 mmol) in DMF (0.3 ml)

was stirred for 15 h at room temperature. After DMF being evaporated, the medium was chromatographed (dichloromethane) to yield 32a (0.011 g, 0.026 mmol, 26%) as white powder.



$^{1}$H NMR (CDCl₃, 400 MHz) δ 1.58-1.65 (m, 1H), 2.04-2.13 (m, 1H), 2.45 (s, 3H), 2.70-2.77 (m, 2H), 3.06-3.10 (m, 2H), 3.58 (s, CH₃—N, major isomer) [2.70 (s, CH₃—N, minor isomer)], 7.20-7.34 (m, 4H), 7.75-7.91 (m, 3H); (CDCl₃, 100 MHz) δ 12.6, 21.4, 30.2, 33.7 (35.3 for the other isomer), 66.9, 109.1, 115.2, 122.1 (q, J=272.5 Hz), 128.5 (q, J=4.9 Hz), 129.8, 130.4, 130.6, 132.8, 133.2 (q, J=32.9 Hz), 133.5, 134.9, 139.8, 157.0, 180.2.

### EXAMPLE 33

1-[3-(4-cyano-3-trifluoromethyl-phenyl)-5,5-dim-ethyl-2-thioxo-1-p-tolyl-imidazolidin-4-ylidene]-3-ethyl-thiourea, 33a, [RD91]

A mixture of 5b (0.06 g, 0.149 mmol), ethylthioisocyanate (0.087 g, 1 mmol) and CuI (0.01 g, 0.05 mmol) in DMF (0.1 ml) was heated under microwave for 45 minutes. Then the medium was washed with brine and extracted with ethyl acetate. The organic layer was dried over MgSO₄, concentrated and chromatographed (HPLC, alumina column) to yield 33a (0.054 g, 0.108 mmol, 72%) as white powder.



$^{1}$H NMR (CDCl₃, 400 MHz) δ 1.15 (t, J=7.23 Hz, 3H), 1.70 [1.75 minor isomer] (s, 6H), 2.42 (s, 3H), 3.28-3.39 (m, 2H) [3.15-3.22 (m, 2H), minor isomer], 6.50 (bs, 1H) [6.93 (bs, 1H), minor isomer], 7.14-7.18 (m, 2H), 7.32-7.35 (m, 2H), 7.77-7.94 (m, 3H); $^{13}$C NMR (CDCl₃, 100 MHz) δ 13.31 (13.83 minor), 21.3, 25.22 (24.89 minor), 40.31 (40.67 minor), 68.1, 109.9, 114.9, 122.3 (q, J=272.5 Hz), 127.6 (q, J=4.9 Hz), 129.1, 129.59 (129.55 minor), 130.52 (130.57 minor), 132.27 (132.15 minor), 132.9 (q, J=32.9 Hz), 134.27 (134.15 minor), 134.9, 135.2, 156.33 (156.06 minor), 180.28 (180.06 minor), 187.24 (186.63 minor).

TX 12.0053

US 7,709,517 B2

**41**

## EXAMPLE 34

1-[7-(4-cyano-3-trifluoromethyl-phenyl)-6-thioxo-5-p-tolyl-5,7-diaza-spiro[3.4]oct-8-ylidene]-3-phenyl-thiourea, 34a, [RD92]

A mixture of 7b (0.021 g, 0.05 mmol) and phenylthioisocyante (0.027 g, 0.2 mmol) in DMF (0.3 ml) was stirred for 2 days at 60° C. After DMF being evaporated, the medium was chromatographed (dichloromethane) to yield 34a (0.015 g, 0.028 mmol, 57%) as white powder.

$^{1}$H NMR (CDCl$_3$, 400 MHz) δ 1.59-1.67 (m, 1H), 2.12-2.22 (m, 1H), 2.45 (s, 3H), 2.61-2.71 (m, 2H), 2.81-2.87 (m, 2H), 7.18-7.27 (m, 6H), 7.33-7.41 (m, 5H), 7.60-7.62 (m, 1H), 8.40 (bs, 1H); $^{13}$C NMR (CDCl$_3$, 100 MHz) δ 13.6, 21.4, 32.3, 69.6, 110.7, 114.8, 121.6, 122.0 (q, J=272.5 Hz), 126.3, 128.0 (q, J=4.9 Hz), 128.9, 129.4, 130.7, 132.5, 133.2 (q, J=32.9 Hz), 134.1, 134.9, 137.7, 139.2, 140.2, 154.8, 180.3, 185.5.

## EXAMPLE 35

1-(4-Cyano-3-trifluoromethyl-phenyl)-3-[7-(4-cyano-3-trifluoromethyl-phenyl)-6-thioxo-5-p-tolyl-5,7-diaza-spiro[3.4]oct-8-ylidene]-thiourea, 35a, [RD93]

A mixture of 1a (0.502 g, 2.2 mmol) and 7a (0.186 g, 1 mmol) in DMF (1 ml) was stirred at room temperature. After 20 hours of stirring, the mixture was concentrated under reduced pressure to yield an orange viscous liquid, which was chromatographed (dichloromethane:acetone, 99:1) to yield 35a (0.269 g, 0.42 mmol, 42%) as a yellow powder.

**42**

-continued



X-ray structure of 35a

## EXAMPLE 36

36-1). 1-(4-hydroxymethylphenylamino)-cyclobutan-ecarbonitrile, 36a

Trimethylsilyl cyanide (0.66 ml, 5 mmol) was added drop-wise to a mixture of 4-aminobenzoic acid (0.492 g, 4 mmol) and cyclobutanone (0.35 g, 5 mmol) in dichloromethane (10 ml). The reaction mixture was stirred at room temperature for 6 h and then concentrated under vacuum to obtain a brown liquid which was subjected to chromatography (dichloromethane) to yield 36a (0.677 g, 3.36 mmol, 84%) as a brown solid.

36-2). 4-[8-(4-hydroxymethylphenyl)-5-oxo-7-thioxo-6-azaspiro[3.4]oct-6-yl]-2-trifluoromethyl-benzonitrile, 36b, [RD110]

A mixture of 1a (0.342 g, 1.5 mmol) and 36a (0.21 g, 1 mmol) in dry DMF (0.5 ml) was stirred at room temperature for 24 h. To this mixture were added methanol (20 ml) and HCl aq. 2N (0.5 ml). The second mixture was refluxed for 6 h. After being cooled to room temperature, the reaction mixture was poured into cold water (40 ml) and extracted with ethyl acetate (60 ml). The organic layer was dried over MgSO$_4$, concentrated and chromatographed (dichloromethane:acetone, 90:10) to yield 36b (0.296 g, 0.69 mmol, 69%) as a white powder.

$^{1}$H NMR (CDCl$_3$, 400 MHz) δ 1.63-1.68 (m, 1H), 2.17-2.26 (m, 1H), 2.52-2.68 (m, 4H), 4.75 (s, 2H), 7.30 (d, J=8.1 Hz, 2H), 7.58 (d, J=8.1 Hz, 2H), 7.88 (dd, J$_1$=8.3 Hz, J$_2$=1.8 Hz, 1H), 7.95-7.98 (m, 2H); $^{13}$C NMR (CDCl$_3$, 100 MHz) δ 13.7, 31.5, 64.4, 67.5, 109.9, 114.9, 121.9 (q, J=272.6 Hz), 127.1 (q, J=4.7 Hz), 128.3, 130.0, 132.2, 133.3, 133.4 (q, J=33.2 Hz), 134.2, 137.2, 142.9, 174.9, 179.9.

## EXAMPLE 37

4-[5-(4-formylphenyl)-8-oxo-6-thioxo-5,7-diaza-spiro[3.4]oct-7-yl]-2-trifluoromethyl-benzonitrile, 37a, [RD114]

To a mixture of 36b (0.303 g, 0.7 mmol) and Dess-Martin periodinane (0.417 g, 1 mmol) in dichloromethane (5 ml) was

TX 12.0054

US 7,709,517 B2

43

added pyridine (1.01 g, 1 mmol). The mixture was stirred for 2 hours at room temperature and then ethyl ether (10 ml) was added to precipitate the by-product of the reaction. After filtration and concentration under reduced pressure, the mixture was chromatographed (dichloromethane:acetone, 95:5) to yield 37a (0.24 g, 0.56 mmol, 80%) as white powder.



$^{1}$H NMR (CDCl$_3$, 400 MHz) δ 1.62-1.73 (m, 1H), 2.24-2.30 (m, 1H), 2.50-2.58 (m, 2H), 2.69-2.75 (m, 2H), 7.53 (d, J=8.1 Hz, 1H), 7.85 (dd, J$_1$=8.3 Hz, J$_2$=1.8 Hz, 1H), 7.97-7.99 (m, 2H), 8.11 (d, J=8.1 Hz, 2H), 10.12 (s, 1H); $^{13}$C NMR (CDCl$_3$, 100 MHz) δ 13.7, 31.7, 67.5, 110.2, 114.8, 121.9 (q, J=272.6 Hz), 127.0 (q, J=4.7 Hz), 129.1, 131.0, 131.2, 132.2, 133.3 (q, J=33.2 Hz), 135.3, 136.9, 140.5, 174.5, 179.8, 190.8.

EXAMPLE 38

4-{5-[4-(1-hydroxyethyl)-phenyl]-8-oxo-6-thioxo-5, 7-diazaspiro[3.4]oct-7-yl]-2-trifluoromethyl-ben-zonitrile, 38a [RD116]

The mixture of 37a (0.043 g, 0.1 mmol) and dry THF (1 ml) in a flamed-dried flash was placed under argon and cooled to −78° C. Then, methylmagnesium iodide (1.1 ml, 0.1 M) was added. The mixture was stirred at −78° C. for 30 minutes and warmed slowly to room temperature. The medium was washed with water (3 ml) and extracted with ethyl acetate (10 ml). The organic layer was dried over MgSO$_4$, concentrated and chromatographed (dichloromethane:acetone, 95:5) to yield 38a (0.037 g, 0.032 mmol, 82%) as a white powder.



$^{1}$H NMR (CDCl$_3$, 400 MHz) δ 1.57 (d, J=6.5 Hz, 3H), 1.61-1.71 (m, 1H), 2.09 (d, J=3.2 Hz, OH), 2.16-2.28 (m, 1H), 2.52-2.60 (m, 2H), 2.63-2.69 (m, 2H), 5.00 (dd, J$_1$=6.5 Hz, q, J$_2$=3.1 Hz, 1H), 7.29 (d, J=8.3 Hz, 2H), 7.60 (d, J=8.2 Hz, 2H), 7.85 (dd, J$_1$=8.3 Hz, J$_2$=1.8 Hz, 1H), 7.95-7.98 (m, 2H); $^{13}$C NMR (CDCl$_3$, 100 MHz) δ 13.7, 25.3, 31.5, 67.4, 69.8, 110.0, 114.9, 121.9 (q, J=272.6 Hz), 127.0 (q, J=4.7 Hz), 127.1, 129.9, 132.2, 133.4 (q, J=33.2 Hz), 134.1, 135.2, 137.1, 147.6, 174.9, 179.9.

44

EXAMPLE 39

3-{4-[7-(4-cyano-3-trifluoromethylphenyl)-8-oxo-6-thioxo-5,7-diazaspiro[3.4]oct-5-yl]-phenyl}-acrylic acid ethyl ester, 39a [RD117]

A mixture of 37a (0.043 g, 0.1 mmol) and (carbethoxyeth-ylidene)triphenylphosphorane (0.039 g, 0.12 mmol) in dichloromethane (2 ml) was stirred at room temperature for 10 hours. The medium was concentrated and chromatographed (dichloromethane) to yield 39a (0.048 g, 0.096 mmol, 96%) as white powder.



$^{1}$H NMR (CDCl$_3$, 400 MHz) δ 1.35 (t, J=7.1 Hz, 3H), 1.66-1.70 (m, 1H), 2.19-2.65 (m, 1H), 2.51-2.69 (m, 2H), 2.66-2.72 (m, 2H), 4.28 (q, J=7.1 Hz, 2H), 6.51 (d, J=16.1 Hz 1H) 7.35 (d, J=8.3 Hz, 2H), 7.72 (d, J=8.3 Hz, 2H), 7.73 (d, J=16.1 Hz, 1H), 7.85 (dd, J$_1$=8.3 Hz, J$_2$=1.8 Hz, 1H), 7.96-7.98 (m, 2H); $^{13}$C NMR (CDCl$_3$, 100 MHz) δ 13.7, 14.3, 31.6, 60.8, 67.5, 110.0, 114.9, 120.5, 121.8 (q, J=272.6 Hz), 127.0 (q, J=4.7 Hz), 129.5, 130.5, 132.2, 133.4 (q, J=33.2 Hz), 135.2, 136.0, 136.5, 137.0, 142.7, 166.5, 174.7, 179.8.

EXAMPLE 40

4-{5-[4-(3-hydroxypropenyl)-phenyl]-8-oxo-thioxo-5,7-diazaspiro[3.4]oct-7-yl}-2-trifluoromethylben-zonitrile, 40a [RD120]

To a mixture of 39a (0.05 g, 0.1 mmol) in dichloromethane (2 ml) at −78° C. WAS added a solution of diisobutylalumi-num hydride in THF (0.11 ml, 1M, 0.11 mmol). The mixture was stirred at −78° C. for 3 hours. After being warmed to room temperature, the mixture was washed with an aqueous solution of sodium thiosulfate and extracted with ethyl acetate. The organic layer was dried over MgSO$_4$, concentrated and chromatographed (dichloromethane:acetone, 95:5) to yield 40a (0.040 g, 0.089 mmol, 89%) as a white powder.



$^{1}$H NMR (CDCl$_3$, 400 MHz) δ 1.57-1.68 (m, 1H), 2.17-2.39 (m, 1H), 2.55-2.61 (m, 2H), 2.61-2.67 (m, 2H), 4.39 (d, J=4.7 Hz, 2H), 6.47 (dt, J$_1$=16.0 Hz, J$_2$=5.3 Hz, 1H), 6.70 (d, J=16.0 Hz, 1H), 7.29 (d, J=8.3 Hz, 2H), 7.59 (d, J=8.3 Hz, 2H), 7.85 (dd, J$_1$=8.3 Hz, J$_2$=1.8 Hz, 1H), 7.96-7.98 (m, 2H); $^{13}$C NMR (CDCl$_3$, 100 MHz) δ 13.7, 31.5, 63.4, 67.4, 110.0, 114.8, 120.5, 121.8 (q, J=272.6 Hz), 127.0 (q, J=4.7 Hz),

TX 12.0055

US 7,709,517 B2

45

127.9, 129.2, 130.1, 131.1, 132.1, 133.4 (q, J=33.2 Hz), 135.2, 137.1, 138.4, 174.8, 179.9.

EXAMPLE 41

41-1) 3-[4-(1-cyanocyclobutylamino)-phenyl]-propionic acid, 41a (41-1)

Trimethylsilyl cyanide (0.4 g, 4 mmol) was added dropwise to a mixture of 3-(4-aminophenyl)-propionic acid (0.33 g, 2 mmol), cyclobutanone (0.35 g, 5 mmol) and sodium sulfate (1 g) in 1,4-dioxane (5 ml). The mixture was stirred for 15 hours. After filtration to eliminate sodium sulfate, the medium was concentrated under vacuum to obtain a brown liquid which was subjected to chromatography (dichloromethane:acetone, 50:50) to yield 41a (0.472 g, 1.93 mmol, 97%) as a yellowish solid.

41-2) 3-{4-[7-(4-cyano-3-trifluoromethylphenyl)-8-oxo-6-thioxo-5,7-diazaspiro[3.4]oct-5-yl]-phenyl}-propionic acid methyl ester, 41b (41-2) [RD128]

A mixture of 1a (0.661 g, 2.9 mmol) and 41a (0.472 g, 1.93 mmol) in dry DMF (2 ml) was stirred at room temperature for 15 hours. To this mixture were added methanol (10 ml) and HCl aq. (5 ml, 2M). The second mixture was refluxed for 3 h. After being cooled to room temperature, the reaction mixture was poured into cold water (10 ml) and extracted with ethyl acetate (3×30 ml). The organic layer was dried over MgSO₄, concentrated and chromatographed (dichloromethane) to yield 41b (0.582 g, 1.19 mmol, 62%) as a white powder.



¹H NMR (CDCl₃, 400 MHz) δ 1.60-1.70 (m, 1H), 2.14-2.26 (m, 1H), 2.51-2.56 (m, 2H), 2.58-2.67 (m, 2H), 2.71 (t, J=7.8 Hz, 2H), 3.05 (t, J=7.8 Hz, 2H), 3.69 (s, 3H), 7.23 (d, J=8.2 Hz, 2H), 7.41 (d, J=8.2 Hz, 2H), 7.85 (dd, J₁=8.3 Hz, J₂=1.8 Hz, 1H), 7.95 (d, J=8.3 Hz, 1H), 7.98 (d, J=1.8 Hz, 1H); ¹³C NMR (CDCl₃, 100 MHz) δ 13.7, 30.5, 31.4, 35.1, −51.8, 67.5, 109.9, 114.9, 121.9 (q, J=272.7 Hz), 127.1 (q, J=4.7 Hz), 129.9, 130.0, 133.2, 132.3, 133.3 (q, J=33.2 Hz), 135.7, 137.2, 142.5, 173.1, 174.9, 179.9.

41-3) 3-{4-[7-(4-cyano-3-trifluoromethylphenyl)-8-oxo-6-thioxo-5,7-diaza-spiro[3.4]oct-5-yl]-phenyl}-propionic acid, 41c (41-3) [RD132]

A mixture of 41b (0.487 g, 1 mmol) in methanol (10 ml) and solution of sodium hydroxide (10 ml, 2M) was stirred at room temperature for 5 hours. Methanol was evaporated. The residue was adjusted to pH=5 by HCl aq. (2M) and then extracted with ethyl acetate (3×50 ml). The organic layer was dried over MgSO₄ and concentrated to dryness to obtain 41c (0.472 g, 0.99 mmol, 99%).

41-4) 3-{4-[7-(4-cyano-3-trifluoromethylphenyl)-8-oxo-6-thioxo-5,7-diaza-spiro[3.4]oct-5-yl]-phenyl}-propionamide, 41d (41-4) [RD133]

To a suspension of 41c (0.094 g, 0.2 mmol) in THF (10 ml) at −5° C. was added thionyl chloride (0.019 ml, 0.26 mmol).

46

The medium was stirred at −5° C. for one hour. Then ammonia was bubbled into the mixture. The excess of ammonia was condensed by reflux condenser at −78° C. for 30 minutes and then was allowed to evaporate. The medium was filtered. The filtrate was concentrated and chromatographed (dichloromethane:acetone, 70:30) to yield 41d (0.09 g, 0.19 mmol, 95%) as an off-white powder.



¹H NMR (acetone-d₆, 400 MHz) δ 1.52-160 (m, 1H), 2.01-2.09 (m, 1H), 2.49-2.58 (m, 4H), 2.61-2.67 (m, 2H), 2.98 (t, J=7.5 Hz, 2H), 6.20 (bs, 1H), 6.78 (bs, 1H), 7.31 (d, J=8.2 Hz, 2H), 7.44 (d, J=8.2 Hz, 2H), 8.03 (dd, J₁=8.3 Hz, J₂=1.8 Hz, 1H), 8.15 (d, J=1.8 Hz, 1H), 8.22 (d, J=8.3 Hz, 1H); ¹³C NMR (acetone-d₆, 100 MHz) δ 13.4, 30.7, 31.2, 36.4, 67.5, 109.0, 114.8, 122.5 (q, J=271.5 Hz), 127.5 (q, J=4.7 Hz), 129.5, 130.0, 131.8 (q, J=32.5 Hz), 133.3, 133.8, 135.6, 138.4, 143.2, 171.6, 174.9, 178.0.

41-5) 3-{4-[7-(4-cyano-3-trifluoromethylphenyl)-8-oxo-6-thioxo-5,7-diaza-spiro[3.4]oct-5-yl]-phenyl}-N-methyl-propionamide, 41e (41-5) [RD134]

To a suspension of 41c (0.094 g, 0.2 mmol) in THF (10 ml) at −5° C. was added thionyl chloride (0.019 ml, 0.26 mmol). The medium was stirred at −5° C. for one hour. Then methylamine was bubbled into the mixture at −5° C. for 30 minutes. The medium was filtered. The filtrate was concentrated and chromatographed (dichloromethane:acetone, 75:25) to yield 41e (0.092 g, 0.19 mmol, 95%) as an off-white powder.



¹H NMR (acetone-d₆, 400 MHz) δ 1.51-1.60 (m, 1H), 2.01-2.11 (m, 1H), 2.48-2.58 (m, 4H), 2.61-2.67 (m, 2H), 2.77 (d, J=4.6 Hz, 3H), 2.98 (t, J=7.5 Hz, 2H), 7.03 (bs, NH), 7.33 (d, J=8.2 Hz, 2H), 7.42 (d, J=8.2 Hz, 2H), 8.01 (dd, J₁=8.3 Hz, J₂=1.8 Hz, 1H), 8.13 (d, J=1.8 Hz, 1H), 8.20 (d, J=8.3 Hz, 1H); ¹³C NMR (acetone-d₆, 100 MHz) δ 13.4, 25.3, 30.0, 31.2, 37.0, 67.6, 109.0, 114.8, 122.5 (q, J=271.5 Hz), 127.4 (q, J=4.7 Hz), 129.5, 130.0, 131.9 (q, J=32.5 Hz), 133.3, 133.8, 135.6, 138.4, 143.1, 171.7, 175.0, 178.0.

41-6) 3-{4-[7-(4-cyano-3-trifluoromethylphenyl)-8-oxo-6-thioxo-5,7-diaza-spiro[3.4]oct-5-yl]-phenyl}-N-(2-hydroxyethyl)-propionamide, 41f (41-6) [RD135]

To a suspension of 41c (0.094 g, 0.2 mmol) in THF (10 ml) at −5° C. was added thionyl chloride (0.019 ml, 0.26 mmol).

US 7,709,517 B2

47

The medium was stirred at −5° C. for one hour. Then 2-aminoethanol (0.0183 g, 0.03 mmol) was added into the mixture at −5° C. After stirring of an additional 30 minutes, the medium was filtered. The filtrate was concentrated and chromatographed (dichloromethane:acetone, 50:50) to yield 41f (0.093 g, 0.18 mmol, 90%) as an off-white powder.



¹H NMR (acetone-d₆, 400 MHz) δ 1.51-161 (m, 1H), 2.01-2.11 (m, 1H), 2.49-2.66 (m, 6H), 2.99 (t, J=7.5 Hz, 2H), 3.27 (dd, J₁=11.2 Hz, J₂=5.6 Hz, 3H), 3.51 (dd, J₁=11.2 Hz, J₂=5.6 Hz, 2H), 3.87 (bs, OH), 7.20 (bs, NH), 7.33 (d, J=8.2 Hz, 2H), 7.43 (d, J=8.2 Hz, 2H), 8.02 (dd, J₁=8.3 Hz, J₂=1.8 Hz, 1H), 8.14 (d, J=1.8 Hz, 1H), 8.22 (d, J=8.3 Hz, 1H); ¹³C NMR (acetone-d₆, 100 MHz) δ 13.4, 31.0, 31.2, 37.1, 42.0, 61.2, 67.6, 109.0, 114.8, 122.5 (q, J=271.5 Hz), 127.4 (q, J=4.7 Hz), 129.6, 130.0, 131.9 (q, J=32.5 Hz), 133.3, 133.8, 135.6, 138.4, 143.0, 171.9, 175.0, 178.1.

### 42-1) 4-[4-(1-Cyanocyclobutylamino)-phenyl]-butyric acid, 42a

Trimethylsilyl cyanide (0.50 g, 5 mmol) was added dropwise to a mixture of 4-(4-aminophenyl)-butyric acid (0.537 g, 3 mmol), cyclobutanone (0.35 g, 5 mmol) and sodium sulfate (1 g) in 1,4-dioxane (10 ml). The mixture was stirred for 15 hours. After filtration to eliminate sodium sulfate, the medium was concentrated under vacuum to obtain a brown liquid which was subjected to chromatography (dichloromethane:acetone, 50:50) to yield 42a (0.665 g, 2.58 mmol, 86%) as a yellowish solid.

### 42-2) 4-{4-[7-(4-cyano-3-trifluoromethylphenyl)phenyl]-oxo-6-thioxo-5,7-diazaspiro[3.4]oct-5-yl]-phenyl}-butyric acid methyl ester, 42b [RD129]

A mixture of 1a (0.547 g, 2.4 mmol) and 42a (0.342 g, 1.5 mmol) in dry DMF (2 ml) was stirred at room temperature for 15 hours. In this mixture were added methanol (10 ml) and HCl aq. (5 ml, 2M). The second mixture was refluxed for 3 h. After being cooled to room temperature, the reaction mixture was poured into cold water (10 ml) and extracted with ethyl acetate (3×30 ml). The organic layer was dried over MgSO₄, concentrated and chromatographed (dichloromethane) to yield 42b (0.594 g, 1.18 mmol, 79%) as a white powder.



¹H NMR (CDCl₃, 400 MHz) δ 1.60-1.70 (m, 1H), 1.98-2.07 (m, 2H), 2.14-2.26 (m, 1H), 2.40 (t, J=7.4 Hz, 2H), 2.52-2.60 (m, 2H), 2.62-2.68 (m, 2H), 2.74 (t, J=7.4 Hz, 2H), 3.68 (s, 3H), 7.22 (d, J=8.2 Hz, 2H), 7.38 (d, J=8.2 Hz, 2H), 7.86 (d, J₁=8.3 Hz, J₂=1.8 Hz, 1H), 7.95 (d, J=8.3 Hz, 1H),

48

7.98 (d, J=1.8 Hz, 1H); ¹³C NMR(CDCl₃, 100 MHz)δ 13.7, 26.1, 31.4, 33.5, 34.8, 51.7, 67.5, 109.9, 114.9, 121.9 (q, J=272.7 Hz), 127.1 (q, J=4.7 Hz), 129.7, 130.1, 132.3, 133.0, 133.3 (q, J=33.2 Hz), 135.2, 137.2, 143.5, 173.8, 175.0, 179.9.

### 42-3) 4-{4-[7-(4-cyano-3-trifluoromethylphenyl)-8-oxo-6-thioxo-5,7-diaza-spiro[3.4]oct-5-yl]-phenyl}-butyric acid, 42c [RD141]

A mixture of 42b (0.501 g, 1 mmol) in methanol (10 ml) and solution of sodium hydroxide (10 ml, 2M) was stirred at room temperature for 5 hours. The methanol was evaporated. The residue was adjusted to pH=5 by HCl aq. (2M) and then, the medium was extracted with ethyl acetate (3×50 ml). The organic layer was dried over MgSO₄ and concentrated to dryness to obtain 42c (0.482 g, 0.99 mmol, 99%), the structure of which is illustrated in Formula 5.

Formula 5



¹H NMR (CDCl₃, 400 MHz) δ 1.60-1.70 (m, 1H), 1.98-2.07 (m, 2H), 2.14-2.26 (m, 1H), 2.45 (t, J=7.3 Hz, 2H), 2.51-2.59 (m, 2H), 2.62-2.68 (m, 2H), 2.77 (t, J=7.3 Hz, 2H), 7.23 (d, J=8.1 Hz, 2H), 7.40 (dd, J=8.1 Hz, 2H), 7.85 (dd, J=8.3, 1.8 Hz, 1H), 7.95 (d, J=8.3 Hz, 1H), 7.97 (d, J=1.8 Hz, 1H); ¹³C NMR (CDCl₃, 100 MHz) δ 13.7, 25.9, 31.4, 33.4, 34.7, 67.5, 109.9, 114.9, 121.9 (q, J=272.6 Hz), 127.1 (q, J=4.7 Hz), 129.8, 130.1, 132.3, 133.0, 133.4 (q, J=33.1 Hz), 135.2, 137.2, 143.3, 174.9, 178.9, 179.9.

### 42-4) 4-{4-[7-(4-Cyano-3-trifluoromethylphenyl)-8-oxo-6-thioxo-5,7-diaza-spiro[3.4]oct-5-yl]-phenyl}-butyramide, 42d [RD130]

To a suspension of 42c (0.097 g, 0.2 mmol) in THF (10 ml) at −5° C. was added thionyl chloride (0.019 ml, 0.26 mmol). The medium was stirred at −5° C. for one hour. Then ammonia was bubbled into the mixture. The excess of ammonia was condensed by reflux condenser at −78° C. for 30 minutes and then was allowed to evaporate. The medium was filtered. The filtrate was concentrated and chromatographed (dichloromethane:acetone, 70:30) to yield 42d (0.093 g, 0.19 mmol, 95%) as an off-white powder.



¹H NMR (CDCl₃, 400 MHz) δ 1.57-1.70 (m, 1H), 2.00-2.08 (m, 2H), 2.16-2.25 (m, 1H), 2.31 (t, J=7.3 Hz, 2H), 2.51-2.59 (m, 2H), 2.62-2.68 (m, 2H), 2.77 (t, J=7.3 Hz, 2H), 5.56 (bs, 1H), 5.65 (bs, 1H), 7.22 (d, J=8.2 Hz, 2H), 7.39 (d, J=8.2 Hz, 2H), 7.85 (dd, J=8.3 Hz, J₂=1.8 Hz, 1H), 7.95 (d, J=8.3 Hz, 1H), 7.97 (d, J=1.8 Hz, 1H); ¹³C NMR (CDCl₃, 100

TX 12.0057

US 7,709,517 B2

49

MHz) δ 13.7, 26.5, 31.4, 34.8, 35.0, 67.5, 109.9, 114.9, 121.9 (q, J=272.7 Hz), 127.1 (q, J=4.7 Hz), 129.8, 130.1, 132.2, 133.0, 133.3 (q, J=33.2 Hz), 135.2, 137.2, 143.5, 173.8, 174.9, 179.9.

### 42-5) 4-{4-[7-(4-Cyano-3-trifluoromethylphenyl)-8-oxo-6-thioxo-5,7-diaza-spiro[3.4]oct-5-yl]-phenyl}-N-methyl-butyramide, 42e [RD131]

To a suspension of 42c (0.097 g, 0.2 mmol) in THF (10 ml) at −5° C. was added thionyl chloride (0.019 ml, 0.26 mmol). The medium was stirred at −5° C. for one hour. Then methyl-amine was bubbled into the mixture at −5° C. for 30 minutes. The medium was filtered. The filtrate was concentrated and chromatographed (dichloromethane:acetone, 75:25) to yield 42e (0.095 g, 0.19 mmol, 95%) as an off-white powder.



$^1$H NMR (CDCl$_3$, 400 MHz) δ 1.52-1.64 (m, 1H), 1.94-2.01 (m, 2H), 2.10-2.17 (m, 1H), 2.20 (t, J=7.3 Hz, 2H), 2.46-2.62 (m, 4H), 2.69 (t, J=7.3 Hz, 2H), 2.73 (d, J=4.7 Hz, 3H), 6.09 (bs, 1H), 7.16 (d, J=8.2 Hz, 2H), 7.33 (d, J=8.2 Hz, 2H), 7.82 (dd, J$_1$=8.3 Hz, J$_2$=1.8 Hz, 1H), 7.91 (d, J=8.3 Hz, 1H), 7.94 (d, J=1.8 Hz, 1H); $^{13}$C NMR (CDCl$_3$, 100 MHz) δ 13.7, 26.2, 26.8, 31.4, 35.0, 35.7, 67.5, 109.7, 114.9, 121.9 (q, J=272.7 Hz), 127.1 (q, J=4.7 Hz), 129.7, 130.0, 132.3, 133.8, 133.3 (q, J=33.2 Hz), 135.2, 137.3, 143.7, 173.3, 174.9, 179.8.

### 42-6) N-(4-{4-[7-(4-cyano-3-trifluoromethylphenyl)-8-oxo-6-thioxo-5,7-diaza-spiro[3.4]oct-5-yl]phe-nyl}-butanoyl)-methanesulfonamide, 42f [RD157]

A mixture of 4-{4-[7-(4-cyano-3-trifluoromethylphenyl)-8-oxo-6-thioxo-5,7-diaza-spiro[3.4]oct-5-yl]phenyl}bu-tanoic acid (42c) (0.049 g, 0.1 mmol), 2,4,6-trichlorobenzoyl chloride (0.244 g, 1 mmol), 4-dimethylaminopyridine (0.122 g, 1 mmol) and methanesulfonamide (0.019 g, 0.2 mmol) in dichloromethane was stirred at room temperature for 20 hours. The mixture was concentrated and chromatographed (dichloromethane:acetone, 80:20) to yield N{4-{4-[7-(4-cy-ano-3-trifluoromethylphenyl)-8-oxo-6-thioxo-5,7-diaza-spiro[3.4]oct-5-yl]phenyl}-butanoyl}-methanesulfonamide (42f) [RD157] (0.053 g, 0.094 mmol, 94%), the structure of which is illustrated in Formula 8, as a white powder.

Formula 8



$^1$H NMR (acetone-d$_6$, 400 MHz) δ 1.51-160 (m, 1H), 1.96-2.11 (m, 3H), 2.49 (t, J=7.3 Hz, 2H), 2.51-2.57 (m, 2H),

50

2.61-2.67 (m, 2H), 2.75 (t, J=7.5 Hz, 2H), 2.94 (bs, 1H), 3.24 (s, 3H), 7.33 (d, J=8.3 Hz, 2H), 7.43 (d, J=8.2 Hz, 2H), 8.02 (dd, J=8.3, 1.6 Hz, 1H), 8.02 (d, J=1.6 Hz, 1H), 8.21 (d, J=8.3 Hz, 1H); $^{13}$C NMR (acetone-d$_6$, 100 MHz) δ 13.4, 25.8, 31.2, 34.3, 35.2, 40.6, 67.6, 109.0, 114.8, 122.5 (q, J=271.5 Hz), 127.5 (q, J=4.9 Hz), 129.6, 130.1, 131.9 (q, J=33.6 Hz), 133.3, 133.9, 135.6, 138.4, 143.1, 171.9, 175.0, 180.5.

### 42-7) N-methyl-4-{4-[7-(4-cyano-3-trifluoromethyl-ylphenyl)-6,8-dioxo-5,7-diazaspiro[3.4]oct-5-yl]-phenyl}butyramide, 42 g [RD158]

Hydrogen peroxide (30%, 0.4) was added dropwise to a solution of N-methyl-4 -{4-[7-(4-Cyano-3-trifluoromethyl-ylphenyl)-8-oxo-6-thioxo-5,7-diaza-spiro[3.4]oct-5-yl] phenyl}butanamide (42e) (0.032 g, 0.064 mmol) in glacial acetic acid (0.5 ml). The mixture was stirred at room tempera-ture for 5 hours and then washed with water and extracted with ethyl acetate. The organic layer was dried over magne-sium sulfate, concentrated and chromatographed (dichlo-romethane:acetone, 80:20) to yield N-methyl-4-{4-[7-(4-cy-ano-3-trifluoromethylphenyl)-6,8-dioxo-5,7-diazaspiro[3.4]oct-5-yl]-phenyl}butyramide, 42 g [RD158] (0.029 g, 0.06 mmol, 94%), the structure of which is illustrated in Formula 9, as a white powder.

Formula 9



$^1$H NMR (CDCl$_3$, 400 MHz) δ 1.63-1.71 (m, 1H), 1.93-2.04 (m, 2H), 2.18-2.27 (m, 3H), 2.44-2.53 (m, H), 2.57-2.65 (m, 2H), 2.70 (t, J=7.3 Hz, 2H), 2.79 (d, J=4.8 Hz, 3H), 5.79 (bs, 1H), 7.21 (d, J=8.2 z, 2H), 7.34 (d, J=8.2 Hz, 2H), 7.92 (d, J=8.4 Hz, 1H), 8.03 (dd, J=8.3, 1.8 Hz, 1H), 8.18 (d, J=1.8 z, 1H).

### EXAMPLE 43

### 43-1) 4-(4-aminophenyl)-piperazine-1-carboxylic acid tert-butyl ester, 43a

A mixture of 4-iodoaniline (0.654 g, 3 mmol), piperazine-1-carboxylic acid tert-butyl ester (0.67 g, 3.6 mmol), potas-sium phosphate (1.272 g, 6 mmol), ethylene glycol (0.33 ml) and copper iodide (0.03 g, 0.15 mmol) in 2-propanol (3 ml) was placed under argon in a sealed-tube and heated to 80° C. for 30 hours. After being cooled to room temperature, the medium was washed with water (50 ml) and extracted with ethyl acetate (100 ml). The organic layer was dried over MgSO$_4$, concentrated and chromatographed (dichlorometha-ne:acetone, 70:30) to yield 43a (0.36 g, 1.3 mmol, 43%) as a yellow powder.

### 43-2) 4-[4-(1-cyanocyclobutylamino)phenyl]-pipera-zine-1-carboxylic acid tert-butyl ester, 43b

Trimethylsilyl cyanide (0.3 g, 3 mmol) was added drop-wise to a mixture of 43a (0.415 g, 1.5 mmol), cyclobutanone

TX 12.0058

US 7,709,517 B2

51

(0.21 g, 3 mmol) and sodium sulfate (1 g) in dichloromethane (5 ml). The mixture was stirred for 15 hours. After filtration to eliminate sodium sulfate, the medium was concentrated under vacuum to obtain a brown liquid which was subjected to chromatography (dichloromethane:acetone, 75:25) to yield 43b (0.448 g, 1.26 mmol, 84%) as a yellow solid.

43-3) 4-{4-[7-(4-cyano-3-trifluoromethylphenyl)-8-imino-6-thioxo-5,7-diazaspiro[3.4]oct-5-yl]-phenyl}-piperazine-1-carboxylic acid tert-butyl ester, 43c [RD139] and 4-{4-[7-(4-cyano-3-trifluoromethyl-phenyl)-8-(4-cyano-3-trifluoromethyl-phenylthio-carbamoylimino)-6-thioxo-5,7-diazaspiro[3,4]oct-5-yl]-phenyl}-piperazine-1-carboxylic acid tert-butyl ester, 43d [RD140]

A mixture of 1a (0.228 g, 1 mmol) and 43b (0.472 g, 0.63 mmol) in dry DMF (1 ml) was stirred at room temperature for 20 hours. The mixture was concentrated and chromatographed (dichloromethane:acetone, 90:10) to yield 43c (0.173 g, 0.296 mmol, 47%), the structure of which is illustrated in Formula 10, as a off-white powder and 43d (0.169 g, 0.21 mmol, 33%), the structure of which is illustrated in Formula 11, as a yellow powder.

Formula 10



$^1$H NMR (CDCl$_3$, 400 MHz) δ 1.48, (s, 9H), 1.57-1.67 (m, 1H), 2.01-2.09 (m, 1H), 2.59-2.70 (m, 4H), 3.25 (t, J=5.1 Hz, 4H), 3.59 (t, J=4.9 Hz, 4H), 7.02 (d, J=8.9 Hz, 2H), 7.20 (d, J=8.9 Hz, 2H), 7.81 (d, J=7.4 Hz, 1H), 7.93 (s, 1H), 7.97 (d, J=8.1 Hz, 1H).

Formula 11



52

$^1$H NMR (CDCl$_3$, 400 MHz) δ 1.48, (s, 9H), 1.57-1.64 (m, 1H), 2.01-2.10 (m, 1H), 2.60-2.89 (m, 4H), 3.24 (t, J=5.1 Hz, 4H), 3.57 (t, J=4.9 Hz, 4H), 7.02 (d, J=8.9 Hz, 2H), 7.20 (d, J=8.9 Hz, 2H), 7.54-7.98 (m, 4H), 7.97 (d, J=8.1 Hz, 1H).

43-4) 4-[8-Oxo-5-(4-piperazin-1-yl-phenyl)-6-thioxo-5,7-diazaspiro[3.4]oct-7-yl]-2-trifluoromethyl-ylbenzonitrile, 43e [RD137]

A mixture of 43c (0.117 g, 0.2 mmol), methanol (5 ml) and HCl aq. (2 ml, 2M) was refluxed for 2 hours. After being cooled to room temperature, the reaction mixture was poured into cold water (10 ml) and extracted with ethyl acetate (3×30 ml). The organic layer was dried over MgSO$_4$, concentrated and chromatographed (dichloromethane:acetone, 50:50 and then methanol:acetone, 50:50) to yield 43e (0.089 g, 0.184 mmol, 92%) as a white powder.



$^1$H NMR (CD$_3$OD, 400 MHz) δ 1.51-1.61 (m, 1H), 2.01-2.11 (m, 1H), 2.48-2.59 (m, 4H), 2.90-2.97 (m, 4H), 3.25-3.30 (m, 4H), 7.03 (d, J=8.9 Hz, 2H), 7.16 (d, J=8.9, Hz, 2H), 7.86 (dd, J$_1$=8.3 Hz, J$_2$=1.8 Hz, 1H), 8.02 (d, J=8.3 Hz, 1H), 8.07 (d, J=1.8 Hz, 1H); $^{13}$C NMR (CD$_3$OD, 100 MHz) δ 13.2, 30.9, 45.1, 48.9, 67.5, 108.9, 114.8, 115.9, 122.3 (q, J=271.7 Hz), 126.4, 127.3 (q, J=4.7 Hz), 130.4, 132.2 (q, J=33.2 Hz), 133.0, 135.4, 138.1, 152.1, 175.4, 180.4.

43-5) 4-{5-[4-(4-methanesulfonylpiperazin-1-yl)-phenyl]-8-oxo-6-thioxo-5,7-diazaspiro[3.4]oct-7-yl}-2-trifluoromethylbenzonitrile, 43f [RD138]

A mixture of 43e (0.049 g, 0.1 mmol), methanesulfonyl chloride (0.012 ml, 0.15 mmol) and triethylamine (0.15 ml) in dichloromethane was stirred at room temperature for 5 hours. The medium was filtered. The filtrate was concentrated and chromatographed (dichloromethane:acetone, 95:5) to yield 43f (0.042 g, 0.074 mmol, 74%) as a white powder.



$^1$H NMR (CDCl$_3$, 400 MHz) δ 1.62-1.70 (m, 1H), 2.14-2.23 (m, 1H), 2.51-2.58 (m, 2H), 2.61-2.67 (m, 2H), 2.84 (s, 3H), 3.39 (s, 8H), 7.05 (d, J=8.9 Hz, 2H), 7.20 (d, J=8.9 Hz,

US 7,709,517 B2

53

2H), 7.84 (dd, J₁=8.3 Hz, J₂=1.8 Hz, 1H), 7.95 (d, J=8.3 Hz, 1H), 7.97 (d, J=1.8 Hz, 1H); $^{13}$C NMR (CDCl₃, 100 MHz) δ 13.7, 31.4, 34.6, 45.7, 48.4, 67.5, 109.8, 114.9, 117.0, 121.9 (q, J=272.7 Hz), 126.8, 127.1 (q, J=4.7 Hz), 130.7, 132.3, 133.4 (q, J=33.2 Hz), 135.2, 137.3, 151.1, 175.0, 180.2.

EXAMPLE 44

44-1) 3-{4-[7-(4-Cyano-3-trifluoromethyl-phenyl)-8-oxo-6-thioxo-5,7-diaza-spiro[3.4]oct-5-yl]-phenyl}-acrylic acid, 44a

A mixture of 39a (0.025 g, 0.05 mmol) in methanol (2 ml) and solution of sodium hydroxide (2 ml, 2M) was stirred at room temperature for 5 hours. Methanol was evaporated. The residue was adjusted to pH=5 by HCl aq. (2M) and then extracted with ethyl acetate (3×50 ml). The organic layer was dried over MgSO₄ and concentrated to dryness to obtain 44a (0.02 g, 0.042 mmol, 85%).

44-2) 3-{4-[7-(4-Cyano-3-trifluoromethyl-phenyl)-8-oxo-6-thioxo-5,7-diaza-spiro[3.4]oct-5-yl]-phenyl}-acrylamide, 44b [RD119]

To a suspension of 44b (0.02 g, 0.042 mmol) in THF (1 ml) at −5° C. was added thionyl chloride (0.007 ml, 0.1 mmol). The mixture was stirred at −5° C. for one hour. Then ammonia was bubbled into the mixture. The excess of ammonia was condensed at −78° C. for 30 minutes and then was allowed to evaporate. The medium was filtered. The filtrate was concentrated and chromatographed (dichloromethane:acetone, 70:30) to yield 44b (0.014 g, 0.03 mmol, 71%) as an off-white powder.



$^1$H NMR (DMSO-d₆, 400 MHz) δ 1.49-1.52 (m, 1H), 1.88-1.93 (m, 1H), 2.37-2.46 (m, 2H), 2.57-2.62 (m, 2H), 6.66 (d, J=15.9 Hz, 1H), 7.16 (bs, 1H), 7.43 (d, J=8.3 Hz, 2H), 7.47 (d, J=15.9 Hz, 1H), 7.58 (bs, 1H), 8.03 (dd, J₁=8.3 Hz, J₂=1.8 Hz, 1H), 8.23 (d, J=1.8 Hz, 1H), 8.34 (d, J=8.3 Hz, 1H).

EXAMPLE 45

RD145

Trimethylsilyl cyanide (0.4 g, 4 mmol) was added dropwise to a mixture of 4-methanesulfonylphenylamine hydrochloride (0.415 g, 2 mmol), cyclobutanone (0.28 g, 4-mmol) and sodium sulfate (1 g) in DMF (3 ml). The mixture was stirred for 15 hours at 120° C. After filtration to remove the sodium sulfate, the filtrate was washed with brine and extracted with ethyl acetate. The organic layer was concentrated and chromatographed (dichloromethane:acetone, 90:10) to yield 1-(4-methanesulfonylphenylamino)cyclobutanecarbonitrile (45a) (0.116 g, 0.44 mmol, 22%) as a yel-

54

lowish solid. 4-methanesulfonylphenylamine (0.201 g, 1.17 mmol, 59%) was also recovered.

A mixture of 4-isothiocyanato-2-trifluoromethylbenzonitrile (1a) (0.0141 g, 0.62 mmol) and 1-(4-methanesulfonylphenylamino)cyclobutanecarbonitrile (45a) (0.11 g, 0.42 mmol) in dry DMF (2 ml) was stirred at room temperature for 3 days. To this mixture were added methanol (10 ml) and aq. 2N HCl (5 ml). The second mixture was refluxed for 3 h. After being cooled to room temperature, the reaction mixture was poured into cold water (10 ml) and extracted with ethyl acetate (3×30 ml). The organic layer was dried over MgSO₄, concentrated and chromatographed (dichloromethane:acetone, 97:3) to yield 4-[5-(4-methanesulfonylphenyl)-8-oxo-6-thioxo-5,7-diazaspiro[3.4]oct-7-yl]-2-trifluoromethyl-benzonitrile (45b) [RD145] (0.031 g, 0.065 mmol, 15%), the structure of which is illustrated in Formula 14, as a white powder.

Formula 14



$^1$H NMR (CDCl₃, 400 MHz) δ 1.63-1.72 (m, 1H), 2.21-2.28 (m, 1H), 2.46-2.54 (m, 2H), 2.68-2.74 (m, 2H), 3.16 (s, 3H), 7.57 (d, J=8.3 Hz, 2H), 7.85 (dd, J=8.3, 1.8 Hz, 1H), 7.97 (d, J=1.8 Hz, 1H), 7.98 (d, J=8.3 Hz, 1H), 8.17 (d, J=8.3 Hz, 2H); $^{13}$C NMR (CDCl₃, 100 MHz) δ 13.6, 31.8, 44.4, 67.5, 110.2, 114.8, 122.4 (q, J=271.5 Hz), 127.0 (q, J=4.9 Hz), 129.4, 131.4, 132.1, 133.6 (q, J=33.3 Hz), 135.3, 136.8, 140.3, 141.8, 174.4, 179.9.

EXAMPLE 46

Trimethylsilyl cyanide (0.69 g, 7 mmol) was added dropwise to a mixture of 4-aminophenylacetic acid (0.755 g, 5 mmol) and cyclobutanone (0.49 g, 7 mmol) in dioxane (20 ml). The mixture was stirred for 8 hours at 100° C. The mixture was concentrated and chromatographed (dichloromethane: acetone, 60:40) to yield [4-(1-cyanocyclobutylamino)phenyl]acetic acid (46a) (1.138 g, 4.95 mmol, 99%) as a white solid.

46-1) RD146

A mixture of 4-isothiocyanato-2-trifluoromethylbenzonitrile (1a) (0.638 g, 2.8 mmol) and [4-(1-cyanocyclobutylamino)phenyl]acetic acid (46a) (0.46 g, 2.0 mmol) in DMF (5 ml) was stirred at room temperature for 15 hours. To this mixture were added methanol (20 ml) and aq. 2N HCl (10 ml). The second mixture was refluxed for 1 h. After being cooled to room temperature, the reaction mixture was poured into cold water (10 ml) and extracted with ethyl acetate (3×50 ml). The organic layer was dried over MgSO₄, concentrated and chromatographed (dichloromethane pure and then dichloromethane:acetone, 95:5) to yield (4-[7-(4-cyano-3-trifluoromethylphenyl)-8-oxo-6-thioxo-5,7-diaza-spiro[3.4]oct-5-yl]phenyl)acetic acid methyl ester (46b) [RD146] (0.532 g, 1.124 mmol, 56%), the structure of which is illustrated in Formula 15, as a white powder.

TX 12.0060

US 7,709,517 B2

55

56

Formula 15



$^1$H NMR (CDCl$_3$, 400 MHz) δ 1.60-1.69 (m, 1H), 2.15-2.25 (m, 1H), 2.50-2.58 (m, 2H), 2.61-2.66 (m, 2H), 3.72 (bs, 5H), 7.27 (d, J=8.3 Hz, 2H), 7.50 (d, J=8.3 Hz, 2H), 7.84 (dd, J=8.3, 1.8 Hz, 1H). 7.94 (d, J=8.2 Hz, 1H), 7.97 (d, J=1.6 Hz, 1H); $^{13}$C NMR (CDCl$_3$, 100 MHz) δ 13.7, 31.4, 44.7, 52.3, 67.4, 109.9, 114.9, 122.0 (q, J=272.5 Hz), 127.0 (q, J=4.9 Hz), 130.0, 131.1, 132.3, 133.0 (q, J=33.3 Hz), 134.1, 135.2, 135.9, 137.2, 171.4, 174.9, 179.9.

46-2) RD147

A mixture of (4-[7-(4-cyano-3-trifluoromethylphenyl)-8-oxo-6-thioxo-5,7-diaza-spiro[3.4]phenyl]acetic acid methyl ester (46b) (0.095 g, 0.2 mmol) and a solution of sodium hydroxide (1 ml, 2M) in methanol (2 ml) was stirred at room temperature for 2 hours. The methanol was evaporated. The residue was adjusted to pH 5 by aq. 2M HCl and then the mixture was extracted with ethyl acetate (3×10 ml). The organic layer was dried over MgSO$_4$ and concentrated to dryness to obtain (4-[7-(4-cyano-3-trifluoromethylphenyl)-8-oxo-6-thioxo-5,7-diaza-spiro[3.4]phenyl]acetic acid (46c) [RD147](0.087 g, 0.19 mmol, 95%), the structure of which is illustrated in Formula 16.

Formula 16



$^1$H NMR (CDCl$_3$, 400 MHz) δ 1.60-1.69 (m, 1H), 2.15-2.25 (m, 1H), 2.50-2.64 (m, 4H), 3.73 (s, 2H), 7.26 (d, J=8.3 Hz, 2H), 7.51 (d, J=8.3 Hz, 2H), 7.84 (dd, J=8.3, 1.8 Hz, 1H), 7.95 (d, J=8.2 Hz, 1H), 7.96 (d, J=1.6 Hz, 1H); $^{13}$C NMR (CDCl$_3$, 100 MHz) δ 13.7, 31.4, 40.2, 40.8, 67.4, 109.9, 114.9, 122.0 (q, J=272.5 Hz), 127.0 (q, J=4.9 Hz), 129.9, 131.2, 132.3, 133.3 (q, J=33.3 Hz), 133.9, 135.2, 136.1, 137.2, 14.1, 174.9, 179.9.

46-3) RD148

Thionyl chloride (0.238 g, 2 mmol) was added dropwise to a mixture of {4-[7-(4-cyano-3-trifluoromethylphenyl)-8-oxo-6-thioxo-5,7-diaza-spiro[3.4]oct-5-yl]phenyl}acetic acid (46c) (0.357 g, 0.777 mmol) in THF (5 ml) cooled to 0° C. The mixture was stirred for 1 hour at room temperature and then ammonia was bubbled into the mixture. The excess ammonia was condensed by a reflux condenser at −78° C. for 30 minutes and then was allowed to evaporate. The medium was filtered and the filtrate was concentrated and chromatographed (dichloromethane:acetone, 70:30) to yield 2-{4-[7-(4-cyano-3-trifluoromethylphenyl)-8-oxo-6-thioxo-5,7-

diaza-spiro[3.4]oct-5-yl]phenyl]acetamide (46d) [RD148] (0.345 g, 0.75 mmol, 97%), the structure of which is illustrated in Formula 17, as an off-white powder.

Formula 17



$^1$H NMR (CDCl$_3$, 400 MHz) δ 1.62-1.66 (m, 1H), 2.18-2.23 (m, 1H), 2.49-2.55 (m, 2H), 2.61-2.66 (m, 2H), 3.63 (s, 2H), 5.91 (bs, 1H), 6.10 (bs, 1H), 7.27 (d, J=8.1 Hz, 2H), 7.50 (d, J=8.1 Hz, 2H), 7.83 (dd, J=8.3, 1.8 Hz, 1H), 7.95 (d, J=8.2 Hz, 1H), 7.96 (d, J=1.6 Hz, 1H); $^{13}$C NMR (CDCl$_3$, 100 MHz) δ 13.7, 31.5, 42.5, 67.4, 109.9, 114.9, 121.9 (q, J=272.4 Hz), 127.1 (q, J=4.9 Hz), 130.2, 131.1, 132.3, 133.3 (q, J=33.3 Hz), 134.1, 135.2, 136.8, 137.2, 172.8, 174.8, 180.0.

46-4) RD149

Thionyl chloride (0.238 g, 2 mmol) was added dropwise to a mixture of {4 -[7-(4-cyano-3-trifluoromethylphenyl)-8-oxo-6-thioxo-5,7-diaza-spiro[3.4]oct-5-yl]phenyl}acetic acid (46c) (0.357 g, 0.777 mmol) in THF (5 ml) cooled to 0° C. The mixture was stirred for 1 hour at room temperature and then methylamine (0.5 ml) was added into the mixture. The mixture was stirred for an additional 2 hours. The medium was filtered and the filtrate was concentrated and chromatographed (dichloromethane:acetone, 80:20) to yield N-methyl-2-{4-[7-(4 -cyano-3-trifluoromethylphenyl)-8-oxo-6-thioxo-5,7-diaza-spiro[3.4]oct-5-yl]phenyl}acetamide (46e) [RD149] (0.348 g, 0.738 mmol, 95%), the structure of which is illustrated in Formula 18, as an off-white powder.

Formula 18



$^1$H NMR (CDCl$_3$, 400 MHz) δ 1.61-1.70 (m, 1H), 2.17-2.31 (m, 1H), 2.50-2.56 (m, 2H), 2.61-2.68 (m, 2H), 2.82 (d, J=4.8 Hz, 3H), 3.62 (s, 2H), 7.27 (d, J=8.3 Hz, 2H), 7.50 (d, J=8.3 Hz, 2H), 7.84 (dd, J=8.3, 1.8 Hz, 1H), 7.95 (d, J=8.2 Hz, 1H), 7.96 (d, J=1.6 Hz, 1H); $^{13}$C NMR (CDCl$_3$, 100 MHz) δ 13.7, 26.6, 31.5, 43.1, 67.4, 110.0, 114.9, 122.0 (q, J=272.5 Hz), 127.1 (q, J=4.9 Hz), 130.2, 131.0, 132.2, 133.3 (q, J=33.3 Hz), 134.1, 135.2, 137.0, 137.1, 170.1, 174.8, 179.9.

EXAMPLE 47

N-{4-[3-(4-cyano-3-trifluoromethylphenyl)-5,5-dimethyl oxo-2-thioxo-imidazolidin-1-yl]phenyl]methanesulfonamide (47a) [RD150]

A mixture of 4-[3-(4-aminophenyl)-4,4-dimethyl-5-oxo-2-thioxoimidazolidin-1-yl]-2-trifluoromethylbenzonitrile (2d) (0.02 g, 0.05 mmol), methanesulfonyl chloride (0.009 g, 0.075 mmol) and pyridine (0.006 g, 0.075 mmol) in dichlo-

TX 12.0061

US 7,709,517 B2

57

58

romethane (1 ml) was stirred at room temperature for 15 hours. The medium was washed with water (2 ml) and extracted with ethyl acetate (5 ml). The organic layer was dried over MgSO$_4$, concentrated and chromatographed (HPLC, alumina column) to yield N-{4-[3-(4-cyano-3-fluoromethylphenyl)-5,5-dimethyl-4-oxo-2-h-oxo-imidazolidin-1-yl]phenyl}methanesulfonamide (47a) [RD150] (0.009 g, 0.018 mmol, 36%), the structure of which is illustrated in Formula 2, as a white powder.

Formula 2



$^1$H NMR (DMSO-d$_6$, 400 MHz) δ 1.46 (s, 6H), 3.07 (s, 3H), 7.32 (s, 4H), 8.05 (dd, J=8.2, 1.2 Hz, 1H), 8.26 (d, J=1.2 Hz, 1H), 8.35 (d, J=8.2 Hz, 1H), 10.08 (bs, 1H); $^{13}$C NMR (DMSO-d$_6$, 100 MHz) δ 23.3, 40.4, 66.7, 109.0, 115.5, 119.9, 122.6 (q, J=272.2 Hz), 128.5 (q, J=4.7 Hz), 130.8, 131.2, 131.5 (q, J=32.3 Hz), 134.5, 136.6, 138.6, 139.5, 175.4, 180.4.

EXAMPLE 48

N-{4-[3-(4-cyano-3-trifluoromethylphenyl)-5,5-dimethyl-4-oxo-2-thioxo-imidazolidin-1-yl]phenyl}acetamide, 48a, [RD151]

A mixture of 4-[3-(4-aminophenyl)-4,4-dimethyl-4-oxo-2-thioxo-imidazolidin-1-yl]-2-trifluoromethylbenzonitrile (2d) [RD9] (0.008 g, 0.02 mmol), acetyl chloride (0.004 g, 0.03 mmol) and triethylamine (0.003 g, 0.03 mmol) in dichloromethane (1 ml) was stirred at 0° C. for 2 hours. The mixture was concentrated and chromatographed (dichloromethane: acetone, 90:10) to yield N-{4-[3-(4-cyano-3-trifluoromethylphenyl)-5,5-dimethyl-4-oxo-2-thioxo-imidazolidin-1-yl]phenyl}acetamide, 48a, [RD151] (0.007 g, 0.016 mmol, 80%), the structure of which is illustrated in Formula 3, as a white powder.

Formula 3



$^1$H NMR (CDCl$_3$, 400 MHz 6) 1.58 (s, 6H), 2.21 (s, 3H), 7.24 (d, J=8.6 Hz, 2H), 7.48 (bs, 1H), 7.69 (d, J=8.6 Hz, 2H), 7.83 (dd, J=8.2, 1.9 Hz, 1H), 7.96 (d, J=1.2 Hz, 1H), 7.97 (d, J=8.2 Hz, 1H); $^{13}$C NMR (CDCl$_3$, 100 MHz) δ 23.6, 53.4, 66.4, 110.0, 114.8, 120.7, 122.6 (q, J=272.2 Hz), 127.1 (q, J=4.7 Hz), 129.1, 130.2, 132.2, 133.5 (q, J=32.3 Hz), 135.2, 137.1, 139.2, 168.1, 175.0, 180.0.

EXAMPLE 49

Concentrated sulfuric acid was slowly added to a mixture of 4-aminobenzoic acid (4 g, 29.2 mmol) in methanol cooled to 0° C. After the addition, the mixture was stirred at room temperature for 5 hours. The mixture was washed with a saturated solution of sodium bicarbonate and extracted with ethyl acetate. The organic layer was dried over MgSO$_4$ and concentrated under vacuum to obtain 4-aminobenzoic acid methyl ester (49a) (4.22 g, 27.9 mmol, 96%) as an off-white solid.

A mixture of 4-aminobenzoic acid methyl ester (0.32 g, 2.12 mmol), acetonecyanohydrin (3 ml) and sodium sulfate (1 g) was refluxed for 15 hours. After filtration to remove the sodium sulfate, the filtrate was washed with brine and extracted with ethyl acetate. The organic layer was concentrated and chromatographed (dichloromethane:acetone, 60:40) to yield 4-[(cyanodimethylmethyl)-amino]-benzoic acid methyl ester (49b) (0.398 g, 1.95 mmol, 92%) as a white solid.

49-1) RD152

A mixture of 4-isothiocyanato-2-trifluoromethylbenzonitrile (1a) (0.228 g, 1 mmol) and 4-[(cyanodimethylmethyl)-amino]-benzoic acid methyl ester (49b) (0.14 g, 0.64 mmol) in DMF (2 ml) was heated under microwave irradiation at 60° C. for 12 hours. To this mixture were added methanol (6 ml) and an 2N HCl (2 ml). The second mixture was refluxed for 4 h. After being cooled to room temperature, the reaction mixture was poured into cold water (10 ml) and extracted with ethyl acetate (3×30 ml). The organic layer was dried over MgSO$_4$, concentrated and chromatographed (dichloromethane:acetone, 75:25) to yield 4-[3-(4-cyano-3-trifluoromethylphenyl)-5,5-dimethyl-4-oxo-2-thioxo-imidazolidin-1-yl]benzoic acid methyl ester (49c) [RD152](0.18 g, 0.4 mmol, 63%), the structure of which is illustrated in Formula 19, as a white powder.

Formula 19



$^1$H NMR (CDCl$_3$, 400 MHz) δ 1.60 (s, 6H), 3.95 (s, 3H), 7.40 (d, J=8.6 Hz, 2H), 7.84 (dd, J=8.2, 1.9 Hz, 1H), 7.96 (d, J=1.2 Hz, 1H), 7.97 (d, J=8.2 Hz, 1H), 8.21 (d, J=8.6 Hz, 2H); $^{13}$C NMR (CDCl$_3$, 100 MHz) δ 23.8, 52.6, 66.6, 110.3, 114.8, 121.9 (q, J=272.7 Hz), 127.1 (q, J=4.7 Hz), 129.8, 131.2, 131.4, 132.2, 133.5 (q, J=32.3 Hz), 135.3, 137.0, 139.2, 165.9, 174.7, 179.7.

49-2) RD153

A mixture of 4-[3-(4-cyano-3-trifluoromethylphenyl)-5,5-dimethyl-4-oxo-2-thioxo-imidazolidin-1-yl]benzoic acid methyl ester (49c) (0.02 g, 0.0435 mmol) and methylamine (2 ml distilled from its 40% aqueous solution) was kept at −20° C. for 15 hours. After evaporation of the methylamine, the

TX 12.0062

US 7,709,517 B2

59

mixture was chromatographed (dichloromethane:acetone, 80:20) to yield 4-[3-(4-cyano-3-trifluoromethylphenyl)-5,5-dimethyl-4-oxo-2-thioxo-imidazolidin-1-yl]-N-methylbenzamide (49d) [RD153](0.01 g, 0.0224, 51%), the structure of which is illustrated in Formula 20. The ester 4-[3-(4-cyano-3-trifluoromethylphenyl)-5,5-dimethyl-4-oxo-2-thioxo-imidazolidin-1-yl]benzoic acid methyl ester (49c) (0.08 g, 0.0179 mmol, 41%) was also recovered.

Formula 20



$^1$H NMR (Acetone-d$_6$, 400 MHz) δ 1.60 (s, 6H), 2.90 (d, J=4.6 Hz, 3H), 7.48 (d, J=8.6 Hz, 2H), 7.80 (bs, 1H), 7.99 (d, J=8.6 Hz, 2H), 8.06 (dd, J=8.2, 1.8 Hz, 1H), 8.18 (d, J=1.8 Hz, 1H), 8.25 (d, J=8.2 Hz, 1H); $^{13}$C NMR (Acetone-d$_6$, 100 MHz) δ 23.8, 54.0, 66.5, 110.3, 114.8, 121.9 (q, J=272.7 Hz), 127.1 (q, J=4.7 Hz), 128.2, 129.9, 135.5 (q, J=32.3 Hz), 135.7, 135.8, 138.2, 138.3, 139.2, 166.0, 174.9, 179.7.

EXAMPLE 50

50-1) RD154

A mixture of 4-[8-(4-hydroxymethylphenyl)-5-oxo-7-thioxo-6-azaspiro[3.4]oct-6-yl]-2-trifluoromethyl-benzonitrile (36b) (0.086 g, 0.2 mmol) and methanesulfonyl anhydride (0.07 g, 0.4 mmol) in dichloromethane (1 ml) was stirred at room temperature for 15 hours. The mixture was concentrated and chromatographed (dichloromethane:acetone, 98:2) to yield Methanesulfonic acid 4-[7-(4-cyano-3-trifluoromethylphenyl)-8-oxo-6-thioxo-5,7-diazaspiro[3.4]oct-5-yl]phenylmethyl ester (50a) [RD154] (0.089 g, 0.175 mmol, 88%), the structure of which is illustrated in Formula 22, as a white powder.

Formula 22



$^1$H NMR (CDCl$_3$, 400 MHz) δ 1.63-1.70 (m, 1H), 2.17-2.31 (m, 1H), 2.48-2.57 (m, 2H), 2.64-2.70 (m, 2H), 3.04 (s, 3H), 5.30 (s, 2H), 7.37 (d, J=8.3 Hz, 2H), 7.62 (d, J=8.3 Hz, 2H), 7.84 (dd, J=8.3, 1.8 Hz, 1H), 7.97 (d, J=8.2 Hz, 1H), 7.98 (d, J=1.6 Hz, 1H).

50-2) RD155

Methylamine (0.5 ml) was bubbled into a mixture of Methanesulfonic acid 4-[7-(4-cyano-3-trifluoromethylphenyl)-8-oxo-6-thioxo-5,7-diazaspiro[3.4]oct-5-yl]phenylmethyl ester (50a) (0.059 g, 0.115 mmol) in THF (3 ml) cooled to

60

−78° C. After 1 hour of reaction at −78° C., the mixture was concentrated and chromatographed (dichloromethane:acetone, 95:5; methanol) to yield 4-[5-(4-methylaminomethylphenyl)-8-oxo-6-thioxo-5,7-diazaspiro[3.4]oct-7-yl]-2-trifluoromethylbenzonitrile (50b) [RD155](0.042 g, 0.095 mmol, 82%), the structure of which is illustrated in Formula 23, as a white powder.

Formula 23



$^1$H NMR (CDCl$_3$, 400 MHz) δ 1.57-1.70 (m, 1H), 2.16-2.24 (m, 1H), 2.52 (s, 3H), 2.53-2.57 (m, 2H), 2.60-2.68 (m, 2H), 3.85 (s, 2H), 7.27 (d, J=8.3 Hz, 2H), 7.55 (d, J=8.3 Hz, 2H), 7.84 (dd, J=8.3, 1.8 Hz, 1H), 7.95 (d, J=8.2 Hz, 1H), 7.97 (d, J=1.6 Hz, 1H); $^{13}$C NMR (CDCl$_3$, 100 MHz) δ 13.7, 31.5, 36.4, 55.6, 67.4, 110.0, 114.9, 122.0 (q, J=272.5 Hz), 127.0 (q, J=4.9 Hz), 129.1, 129.6, 129.8, 132.2, 133.3 (q, J=33.3 Hz), 133.7, 135.2, 142.4, 174.8, 179.9.

50-3) RD156

A mixture of Methanesulfonic acid 4-[7-(4-cyano-3-trifluoromethylphenyl)-8-oxo-6-thioxo-5,7-diazaspiro[3.4]oct-5-yl]phenylmethyl ester (50a) (0.02 g, 0.039 mmol) and dimethylamine (0.5 ml; distilled from its 40% aqueous solution) in THF (1 ml) was stirred for 2 hours at −78° C. The mixture was concentrated and chromatographed (dichloromethane:acetone, 95:5; acetone) to yield 4-[5-(4-dimethylaminomethylphenyl)-8-oxo-6-thioxo-5,7-diazaspiro[3.4]oct-7-yl]-2-trifluoromethylbenzonitrile (50c) [RD156] (0.017 g, 0.037 mmol, 95%), the structure of which is illustrated in Formula 24, as a white powder.

Formula 24



$^1$H NMR (CDCl$_3$, 400 MHz) δ 1.57-1.70 (m, 1H), 2.16-2.24 (m, 1H), 2.32 (s, 6H), 2.55-2.60 (m, 2H), 2.63-2.69 (m, 2H), 3.53 (s, 2H), 7.27 (d, J=8.3 Hz, 2H), 7.55 (d, J=8.3 Hz, 2H), 7.84 (dd, J=8.3, 1.8 Hz, 1H), 7.95 (d, J=8.2 Hz, 1H), 7.97 (d, J=1.6 Hz, 1H); $^{13}$C NMR (CDCl$_3$, 100 MHz) δ 13.7, 31.5, 45.5, 63.7, 67.4, 110.0, 114.9, 122.0 (q, J=272.5 Hz), 127.0 (q, J=4.9 Hz), 129.1, 129.6, 129.8, 132.2, 133.3 (q, J=33.3 Hz), 133.7, 135.2, 142.4, 174.8, 179.9.

EXAMPLE 51

Sodium cyanide (0.245 g, 5 mmol) was added to a mixture of 4-aminobenzoic acid (0.274 g, 2 mmol) and cyclobutanone (0.21 g, 3 mmol) in 90% acetic acid (4.5 ml). The reaction mixture was stirred at room temperature for 15 hours. The mixture was washed with aqueous HCl (pH 2) and extracted

TX 12.0063

US 7,709,517 B2

61

with ethyl acetate. The organic layer was dried over magnesium sulfate and concentrated to dryness under vacuum to yield 4-(1-cyanocyclobutylamino)benzoic acid (51a) (0.426 g, 1.97 mmol, 99%) as a white solid.

### 51-1) RD159 and RD160

A mixture of 4-isothiocyanato-2-trifluoromethylbenzonitrile (1a) (0.51 g, 2.22 mmol) and 4-(1-cyanocyclobutylamino)benzoic acid (51a) (0.343 g, 1.59 mmol) in DMF (2 ml) was heated under microwave irradiation at 60° C. and stirred for 16 hours. To this mixture were added methanol (10 ml) and aq. 2M HCl (5 ml). The second mixture was refluxed for 12 hours. After being cooled to room temperature, the reaction mixture was poured into cold water (20 ml) and extracted with ethyl acetate (3×30 ml). The organic layer was dried over MgSO₄, concentrated and chromatographed (dichloromethane:acetone, 95:5) to yield 4-[7-(4-cyano-3-trifluoromethylphenyl)-8-oxo-6-thioxo-5,7-diazaspiro[3.4]oct-5-yl]-benzoic acid methyl ester (51b) [RD159] (0.09 g, 0.196 mmol, 12%), the structure of which is illustrated in Formula 25, as a white powder and N-(3-cyano-4-trifluoromethylphenyl)₄-[7-(4-cyano-3-trifluoromethylphenyl)-8-oxo-6-thioxo-5,7-diazaspiro[3.4]oct-5-yl]benzamide   (51b′) [RD160] (0.28 g, 0.45 mmol, 29%), the structure of which is illustrated in Formula 26, as a white powder.

Formula 25



¹H NMR (CDCl₃, 400 MHz) δ 1.67-1.71 (m, 1H), 2.18-2.26 (m, 1H); 2.49-2.57 (m, 2H); 2.66-2.73 (m, 2H), 3.96 (s, 3H), 7.42 (d, J=8.4 Hz, 2H), 7.85 (dd, J=8.3, 1.7 Hz, 1H), 7.97 (d, J=8.3 Hz, 1H), 7.98 (d, J=1.7 Hz, 1H), 8.26 (d, J=8.3 Hz, 2H); ¹³C NMR (CDCl₃, 100 MHz) δ 13.7, 31.6, 52.6, 67.5, 110.1, 114.8, 121.8 (q, J=272.7 Hz), 127.0 (q, J=4.7 Hz), 130.2, 131.4, 131.5, 132.2, 133.4 (q, J=33.2 Hz), 135.2, 137.0, 139.2, 165.9, 174.6, 179.7.

Formula 26



¹H NMR (CDCl₃, 400 MHz) δ 1.67-1.71 (m, 1H), 2.18-2.26 (m, 1H), 2.50-2.58 (m, 2H), 2.68-2.74 (m, 2H), 7.47 (d, J=8.5 Hz, 2H), 7.83 (d, J=8.7 Hz, 1H), 7.84 (dd, J=8.3, 1.9 Hz, 1H), 7.96 (d, J=8.01 Hz, 1H), 9.97 (d, J=1.9 Hz, 1H), 8.10-8.14 (m, 3H). 8.21 (d, J=1.9 Hz, 1H), 8.88, (s, 1H).

### 51-2) RD161

A mixture of 4-[7-(4-cyano-3-trifluoromethylphenyl)-8-oxo-6-thioxo-5,7-diazaspiro[3.4]oct-5-yl]-benzoic acid

62

methyl ester (51b) (0.046 g, 0.1 mmol) and methylamine (1 ml distilled from its 40% aqueous solution) was kept at −20° C. for 15 hours. After evaporation of the methylamine, the mixture was chromatographed (dichloromethane:acetone, 80:20) to yield N-methyl-4-[7-(4-cyano-3-trifluoromethylphenyl)-8-oxo-6-thioxo-5,7 -diazaspiro[3.4]oct-5-yl]benzamide (51c) [RD161] (0.041 g, 0.085, 84%), the structure of which is illustrated in Formula 27.

Formula 27



¹H NMR (CDCl₃, 400 MHz) δ 1.63-1.70 (m, 1H), 2.18-2.26 (m, 1H), 2.48-2.56 (m, 2H), 2.65-2.71 (m, 2H), 3.05 (d, J=4.8 Hz, 3H), 6.32 (bs, 1H), 7.39 (d, J=8.3 Hz, 2H), 7.84 (dd, J=8.3, 1.7 Hz, 1H), 7.95-7.98 (m, 4H); ¹³C NMR (CDCl₃, 100 MHz) δ 13.6, 27.0, 31.6, 67.4, 110.3, 114.8, 121.8 (q, J=272.7 Hz), 127.0 (q, J=4.7 Hz), 128.7, 130.3; 132.1, 133.3 (q, J=33.2 Hz), 135.2, 136.3, 137.0, 137.8, 167.2, 174.6, 179.8.

### EXAMPLE 52

### RD162

Thionyl chloride (2.38 g, 20 mmol) was added slowly to a solution of 2-fluoro-4-nitrobenzoic acid (2.97 g, 16 mmol) in DMF (50 ml) cooled at −5° C. The mixture was stirred for an additional 1 hour at −5° C. Methylamine (0.62 g, 20 mmol; freshly distilled from its 40% aqueous solution) was added to the reaction medium. The second mixture was stirred for an additional 1 hour. Ethyl acetate (300 ml) was added to the mixture, which was washed with brine (3×150 ml). The organic layer was dried over MgSO₄, and concentrated to yield N-methyl-2-fluoro-4 -nitrobenzamide (52a) (2.89 g, 14.6 mmol, 91%) as a yellow solid. ¹H NMR (Acetone d6, 400 MHz) δ 3.05 (d, J=4.3 Hz, 3H), 6.31 (dd, J=13.5, 2.1 Hz, 1H), 6.40 (dd, J=8.5, 2.1 Hz, 1H), 7.64 (dd, J=8.6, 8.6 Hz, 1H).

A mixture of N-methyl-2-fluoro-4-nitrobenzamide (52a) (2.89 g, 14.6 mmol) and iron (5.04 g, 90 mmol) in ethyl acetate (40 ml) and acetic acid (40 ml) was refluxed for 1 hour. The solid particles were filtered off. The filtrate was washed with water and extracted with ethyl acetate. The organic layer was dried over MgSO₄, concentrated and chromatographed (dichloromethane:acetone, 95:5) to yield N-methyl-2-fluoro-4-aminobenzamide (52b) (2.3 g, 13.7 mmol, 94%) as an off-white solid.

¹H NMR (acetone-d₆,400 MHz) δ 2.86 (d, J=4.3 Hz, 3H), 5.50 (bs, 2H), 6.37 (dd, J₁=14.7 Hz, J₂=2.1 Hz, 1H), 6.50 (dd, J=8.5, 2.1 Hz, 1H), 7.06 (bs, 1H), 7.68 (dd, J=8.8 8.8 Hz, 1H); ¹³C NMR (acetone-d₆, 100 MHz) δ 25.8, 99.6 (d, J=13.8 Hz), 109.2 (d, J=12.8 Hz), 110.0 (d, J=1.6 Hz), 132.5 (d, J=4.8 Hz), 153.5 (d, J=12.6 Hz), 162.2 (d, J=242.5 Hz), 164.0 (d, J=3.1 Hz).

Sodium cyanide (1.47 g, 30 mmol) was added to a mixture of N-methyl-2 -fluoro-4-aminobenzamide (52b) (1.68 g, 10 mmol) and cyclobutanone (1.4 g, 20 mmol) in 90% acetic

TX 12.0064

US 7,709,517 B2

63

acid (20 ml). The reaction mixture was stirred at 80° C. for 24 hours. The mixture was washed with water and extracted with ethyl acetate. The organic layer was dried over magnesium sulfate and concentrated to dryness under vacuum. The solid was washed with a 50:50 mixture of ethyl ether and hexane (10 ml) to remove cyclobutanone cyanohydrin to afford after filtration N-methyl-4-(1 -cyanocyclobutylamino)-2-fluorobenzamide (52d) (2.19 g, 8.87 mmol, 89%). ¹H NMR (CDCl₃, 400 MHz) δ 1.87-1.95 (m, 1H), 2.16-2.27 (m, 1H), 2.35-2.41 (m, 2H), 2.76-2.83 (m, 2H), 2.97 (d, J=4.4 Hz, 3H), 4.68 (bs, 1H), 6.29 (dd, J=14.3, 1.8 Hz, 1H), 6.48 (dd, J=8.3, 1.8 Hz, 1H), 6.75 (q, J=4.4 Hz, 1H), 7.90 (dd, J=8.3, 8.3 Hz, 1H); ¹³C NMR (CDCl₃, 100 MHz) δ 15.7, 26.7, 33.9, 49.4, 100.2 (d, J=29.5 Hz), 110.6, 111.0 (d, J=11.8 Hz), 133.1 (d, J=4.2 Hz), 148.4 (d, J=12.0 Hz), 162.0 (d, J=244.1 Hz), 164.4 (d, J=3.6 Hz).

A mixture of 4-isothiocyanato-2-trifluoromethylbenzonitrile (1a) (2.16 g, 9.47 mmol) and N-methyl-4-(1-cyanocyclobutylamino)-2-fluorobenzamide (52c) (1.303 g, 5.27 mmol) in DMF (20 ml) was heated under microwave irradiation at 80° C. for 16 hours. To this mixture was added methanol (50 ml) and aq. 2N HCl (20 ml). The second mixture was refluxed for 3 hours. After being cooled to room temperature, the reaction mixture was poured into cold water (100 ml) and extracted with ethyl acetate (150 ml). The organic layer was dried over MgSO₄, concentrated and chromatographed (dichloromethane:acetone, 95:5) to yield N-methyl-4-[7-(4-cyano-3-trifluoromethylphenyl)-8-oxo-6-thioxo-5,7-diazaspiro[3.4]oct-5-yl]-2-fluorobenzamide (52d) [RD162](1.43 g, 3.0 mmol, 57%), the structure of which is illustrated in Formula 28, as a yellow powder.

Formula 28



¹H NMR (CDCl₃, 400 MHz), 1.65-1.75 (m, 1H), 2.18-2.30 (m, 1H), 2.49-2.57 (m, 2H), 2.67-2.73 (m, 2H), 3.07 (d, J=4.4 Hz, 3H), 6.75 (q, J=4.6 Hz, 1H), 7.17 (dd, J=11.5, 1.9 Hz, 1H), 7.26 (dd, J=8.3, 1.9 Hz, 1H), 7.83 (dd, J=8.2, 2.0 Hz, 1H), 7.95 (d, J=1.8 Hz, 1H), 7.97 (d, J=8.3 Hz, 1H) 8.30 (dd, J=8.3, 8.3 Hz, 1H); ¹³C NMR (CDCl₃, 100 MHz) δ 13.6, 27.0, 31.7, 67.4, 110.3, 114.8, 118.2, 118.5, 121.9 (q, J=272.7 Hz), 126.6, 127.0 (q, J=4.8 Hz), 132.1, 133.3 (q, J=33.2 Hz), 133.8, 135.3, 136.8, 139.1 (d, J=10.9 Hz), 160.5 (d, J=249.1 Hz), 162.7 (d, J=3.3 Hz), 174.3, 179.8; ¹⁹F NMR (CDCl₃, 100 MHz) a −111.13, −62.58.

EXAMPLE 53

RD163

A mixture of 4-nitro-3-fluorophenol (0.314 g, 2 mmol) and iron (0.56 g, 10 mmol) in ethyl acetate (4 ml) and acetic acid (2 ml) was refluxed for 3 hour. The solid particles were filtered off. The filtrate was washed with water and extracted with ethyl acetate. The organic layer was dried over MgSO₄,

64

concentrated to yield 4-amino-3-fluorophenol (53a) (0.25 g, 19.6 mmol, 98%) as a brown solid.

¹H NMR (CDCl₃, 400 MHz) δ 6.48-6.58 (m, 2H), 6.61-6.70 (m, 1H), 7.87 (bs, 3H).

Sodium cyanide (0.194 g, 4 mmol) was added to a mixture of 4-amino-3 -fluorophenol (0.29 g, 2.28 mmol) and cyclobutanone (0.175 g, 2.5 mmol) in 90% acetic acid (3 ml). The reaction mixture was stirred at room temperature for 15 hours. The medium was washed with water and extracted with ethyl acetate. The organic layer was dried over magnesium sulfate, concentrated and chromatographed (dichloromethane:acetone, 90:10) to yield 1-(2-fluoro-4 -hydroxyphenylamino)-cyclobutanecarbonitrile (53b) (0.271 g, 1.31 mmol, 58%) as an off-white solid. ¹H NMR (CDCl₃, 400 MHz) b 2.13-2.20 (m, 2H), 2.36-2.41 (m, 2H), 2.70-2.75 (m, 2H), 4.00 (bs, 1H), 6.46 (bs, 1H), 6.52 (ddd, J₁=2.2 Hz, J₂=0.65 Hz, J₃=0.22 Hz, 1H), 6.57 (d, J=2.3 Hz), 6.62 (dd, J₁=3.0 Hz, J₂=0.67 Hz, 1H); ¹³C NMR (CDCl₃, 100 MHz) δ 15.7, 34.1, 50.9, 104.0 (d, J=21.9 Hz), 111.0 (d, J=3.4 Hz), 115.8 (d, J=3.7 Hz), 121.8, 125.3 (d, J=12.3 Hz), 150.1 (d, J-21.9 Hz), 111.0 (d, J=37.3 Hz).

A mixture of 4-isothiocyanato-2-trifluoromethylbenzonitrile (1a) (0.228 g, 1.0 mmol) and 1-(2-fluoro-4-hydroxyphenylamino)-cyclobutanecarbonitrile (53b) (0.145 g, 0.7 mmol) in dry DMF (2 ml) was stirred at room temperature for 24 hours. To this mixture were added methanol (10 ml) and aq. 2M HCl (2 ml). The second mixture was refluxed for 1 hour. After being cooled to room temperature, the reaction mixture was poured into cold water (10 ml) and extracted with ethyl acetate (50 ml). The organic layer was dried over MgSO₄, concentrated and chromatographed (dichloromethane pure and then dichloromethane:acetone, 90:10) to yield 4-[5-(2-fluoro-4-hydroxyphenyl)-8-oxo-6-thioxo-5,7-diazaspiro[3.4]oct-7-yl]-2-trifluoromethylbenzonitrile (53c) [RD163] (0.17 g, 0.39 mmol, 56%), the structure of which is illustrated in Formula 29, as an off-white powder.

Formula 29



¹H NMR (CDCl₃, 400 MHz) δ 1.66-1.75 (m, 1H), 2.18-2.28 (m, 1H), 2.42-2.50 (m, 1H), 2.54-2.67 (m, 3H), 6.76 (d, J=2.2 Hz, 1H), 7.15 (t, J=2.1 Hz, 1H), 7.35 (bs, 1H), 7.87 (dd, J₁=8.2 Hz, J₂=1.8 Hz, 1H), 7.97 (d, J=8.2 Hz, 1H), 7.98 (d, J=1.8 Hz, 1H); ¹³C NMR (CDCl₃, 100 MHz) δ 13.8, 31.0, 67.6, 104.8 (d, J=22.3 Hz), 109.8, 112.6, 114.4 (d, J=13.1 Hz), 114.9, 121.9 (q, J=272.8 Hz), 127.1 (q, J=4.8 Hz), 132.0, 132.3, 133.5 (q, J=33.3 Hz), 135.3, 137.2, 159.3 (d, J=11.2 Hz), 159.6 (d, J=249.7 Hz), 175.2, 180.5; ¹⁹F NMR (CDCl₃, 100 MHz) δ −117.5, −62.49.

EXAMPLE 54

RD168

A mixture of 4-nitro-2-fluorobenzonitrile (1.83 g, 5 mmol) and iron (1.68 g, 6 mmol) in a mixture of acetic acid (40 ml) and ethyl acetate (40 ml) was refluxed for 2 hours. The solid was filtered off and the filtrate was washed with water and

**TX 12.0065**

US 7,709,517 B2

65

extracted with ethyl acetate. The organic layer was dried over magnesium sulfate, concentrated and chromatographed (dichloromethane:acetone, 95:5) to yield 4-amino-2-fluorobenzonitrile (54a) (0.653 g, 4.8 mmol, 96%).

Sodium cyanide (0.74 g, 15 mmol) was added to a mixture of 4-amino-2-fluorobenzonitrile (1.36 g, 10 mmol) and cyclopentanone (1.26 g, 15 mmol) in 90% acetic acid (10 ml). The reaction mixture was stirred at room temperature for 3 hours and then the medium was heated to 80° C. and stirred for an additional 5 hours. The medium was washed with water and extracted with ethyl acetate. The organic layer was dried over magnesium sulfate, concentrated and chromatographed (dichloromethane:acetone, 97:3) to yield 4-(1-cyanocyclopentylamino)-2-fluorobenzonitrile (54b) (2.07 g, 9.03 mmol, 90%) as a yellow solid. $^1$H NMR (CDCl$_3$, 400 MHz) δ 1.69-1.91 (m, 4H), 2.13-2.18 (m, 2H), 2.37-2.42 (m, 2H), 5.08 (bs, 1H), 6.54-6.62 (m, 2H), 7.39 (t, J=7.3 Hz, 1H); $^{13}$C NMR (CDCl$_3$, 100 MHz) δ 23.7, 39.8, 56.8, 89.6 (d, J=15.8 Hz), 101.2 (d, J=23.8 Hz), 110.9, 115.2, 120.8, 134.1 (d, J=2.4 Hz), 150.3 (d, J=11.2 Hz), 164.5 (d, J=254.1 Hz).

A mixture of 4-isothiocyanato-2-trifluoromethylbenzonitrile (1a) (0.171 g, 0.75 mmol) and 441-cyanocyclopentylamino)-2-fluorobenzonitrile (54b) (0.115 g, 0.5 mmol) in dry DMF (1 ml) was heated under microwave irradiation at 60° C. for 48 hours. To this mixture were added methanol (3 ml) and aq 2M HCl (2 ml). The second mixture was refluxed for 1 hour. After being cooled to room temperature, the reaction mixture was poured into cold water (10 ml) and extracted with ethyl acetate (15 ml). The organic layer was dried over MgSO$_4$, concentrated and chromatographed (dichloromethane:acetone, 98:2) to yield 4-[1-(4-cyano-3 -fluorophenyl)-4-oxo-2-thioxo-1,3-diazaspiro[4.4]non-3-yl]-2-trifluoromethylbenzonitrile (54c) [RD168] (0.017 g, 0.037 mmol, 7%) of which the structure is illustrated in Formula 30, as an off-white powder.

Formula 30



$^1$H NMR (CDCl$_3$, 400 MHz) δ 1.53-1.63 (m, 2H), 1.89-2.00 (m, 2H), 2.09-2.16 (m, 2H), 2.35-2.42 (m, 2H), 7.27-7.37 (m, 2H), 7.78-7.90 (m, 3H), 7.95 (d, J=1.8 Hz, 1H), 7.97 (d, J=8.3 Hz, 1H); $^{13}$C NMR (CDCl$_3$, 100 MHz) δ 25.2, 36.5, 75.3, 103.2 (d, J=15.3 Hz), 110.4, 112.8, 114.7, 119.2 (d, J=20.7 Hz), 121.9 (q, J=272.8 Hz), 127.0 (q, J=4.8 Hz), 132.1, 133.7 (q, J=33.2 Hz), 134.6, 135.3, 135.8, 136.8, 141.8 (d, J=9.5 Hz), 163.4 (d, J=261.5 Hz), 175.3, 180.1.

EXAMPLE 55

RD136 and RD142

Additional diarylhydantoin compounds can be synthesized, including the following compounds illustrated in Formulas 35 and 36.

66

Formula 35



[RD136]

Formula 36



[RD142]

EXAMPLE 56

RD162

In the following, air or moisture sensitive reactions were conducted under argon atmosphere using oven-dried glassware and standard syringe/septa techniques. The reactions were monitored with a SiO$_2$ TLC plate under UV light (254 nm) followed by visualization with a p-anisaldehyde or ninhydrin staining solution. Column chromatography was performed on silica gel 60. $^1$H NMR spectra were measured at 400 MHz in CDCl$_3$ unless stated otherwise and data were reported as follows in ppm (δ) from the internal standard (TMS, 0.0 ppm): chemical shift (multiplicity, integration, coupling constant in Hz.).

Formula 37



Periodic acid (1.69 g, 7.41 mmol) was dissolved in acetonitrile (25 mL) by vigorous stirring, and then chromium trioxide (0.16 g, 1.60 mmol) was dissolved into the solution. 2-Fluoro-4-nitrotoluene (0.33 g, 2.13 mmol) was added to the above solution with stirring. A white precipitate formed immediately with exothermic reaction. After 1 h of stirring, the supernatant liquid of the reaction mixture was decanted to a flask, and the solvent was removed by evaporation. The residues were extracted with methylene chloride (2×30 mL) and water (2×30 mL). The organic layer was dried over MgSO$_4$, and concentrated to give 2-Fluoro-4-nitrobenzoic acid (Formula 37) (0.32 mg, 81%) as a white solid. $^1$H NMR

TX 12.0066

US 7,709,517 B2

**67**

δ 8.06 (ddd, 1H, J=9.9, 2.2 and 0.3), 8.13 (ddd, 1H, J=8.6, 2.2 and 0.9), 8.25 (ddd, 1H, J=8.6, 7.0 and 0.3).

Formula 38



Thionyl chloride (0.15 g, 1.30 mmol) was added slowly to a solution of 2-fluoro-4-nitrobenzoic acid (Formula 37) (0.20 g, 1.10 mmol) in DMF (5 mL) cooled at –5° C. The mixture was stirred for an additional 1 hour at –5° C. Excess methylamine (freshly distilled from its 40% aqueous solution) was added to the reaction medium. The second mixture was stirred for an additional 1 hour. Ethyl acetate (50 mL) was added to the mixture, which was washed with brine (2×50 ml). The organic layer was dried over MgSO₄, and concentrated to yield N-Methyl-2-fluoro-4-nitrobenzamide (Formula 38) (0.18 g, 85%) as a yellowish solid. ¹H NMR (acetone-d₆) δ 3.05 (d, 3H, J=4.3), 6.31 (dd, 1H, J=13.5 and 2.1), 6.40 (dd, 1H, J=8.6 and 2.1), 7.64 (dd, 1H, J=8.6 and 8.6).

Formula 39



A mixture of N-Methyl-2-fluoro-4-nitrobenzamide (Formula 38) (0.18 g, 0.91 mmol) and iron (0.31 g, 5.60 mmol) in ethyl acetate (5 mL) and acetic acid (5 mL) was refluxed for 1 h. The solid particles were filtered off. The filtrate was washed with water and extracted with ethyl acetate. The organic layer was dried over MgSO₄, concentrated and the residue was purified with SiO₂ column chromatography (dichloromethane:acetone, 95:5) to give N-Methyl-2-fluoro-4-aminobenzamide (Formula 39) (0.14 g, 92%) as an off-white solid. ¹H NMR (acetone-d₆) δ 2.86 (d, 3H, J=4.3), 5.50 (br s, 2H), 6.37 (dd, 1H, J=14.7 and 2.1), 6.50 (dd, 1H, J=8.6 and 2.1), 7.06 (br s, 1H), 7.68 (dd, 1H, J=8.8 and 8.8).

Formula 40



A mixture of N-Methyl-2-fluoro-4-aminobenzamide (Formula 39) (96 mg, 0.57 mmol), acetone cyanohydrin (0.3 mL, 3.14 mmol) and magnesium sulfate (50 mg) was heated to 80° C. and stirred for 12 h. To the medium was added ethyl acetate (25 mL) and then washed with water (2×25 mL). The organic layer was dried over MgSO₄ and concentrated and the residue was purified with SiO₂ column chromatography (dichloromethane:acetone, 95:5) to give N-Methyl-2-fluoro-4-(1,1-dimethyl-cyanomethyl)-aminobenzamide (Formula 40) (101 mg, 75%) as a white solid. ¹H NMR δ 1.74 (s, 6H), 2.98 (dd,

**68**

3H, J=4.8 and 1.1), 6.58 (dd, 1H, J=14.6 and 2.3), 6.63 (dd, 1H, J=8.7 and 2.3), 6.66 (br s, 1 H), 7.94 (dd, 1H, J=8.7 and 8.7).

(Formula 41)



4-Amino-2-trifluoromethylbenzonitrile (2.23 g, 12 mmol) was added portionwise over 15 min into a well-stirred heterogeneous mixture of thiophosgene (1 mL, 13 mmol) in water (22 mL) at room temperature. Stirring was continued for an additional 1 h. The reaction medium was extracted with chloroform (3×15 ml). The combined organic phase was dried over MgSO₄ and evaporated to dryness under reduced pressure to yield desired product 4-Isothiocyanato-2-trifluoromethylbenzonitrile (Formula 41) as brownish solid and was used as such for the next step (2.72 g, 11.9 mmol, 99%) ¹H NMR δ 7.49 (dd, 1H, J=8.3 and 2.1), 7.59 (d, 1H, J=2.1), 7.84 (d, 1H, J=8.3).

(Formula 42)



RD162'

**56-1) RD162'**

A mixture of N-Methyl-2-fluoro-4-(1,1-dimethyl-cyanomethyl)-aminobenzamide (Formula 40) (30 mg, 0.13 mmol) and 4-Isothiocyanato-2-trifluoromethylbenzonitrile (Formula 41) (58 mg, 0.26 mmol) in DMF (1 mL) was heated under microwave irradiation at 100° C. for 11 hours. To this mixture was added methanol (20 mL) and aq. 1 N HCl (5 mL). The second mixture was refluxed for 1.5 h. After being cooled to room temperature, the reaction mixture was poured into cold water (50 mL) and extracted with ethyl acetate (50 mL). The organic layer was dried over MgSO₄, concentrated and the residue was purified with SiO₂ column chromatography (dichloromethane:acetone, 95:5) to give RD162' (Formula 42) (15 mg, 25%) as a colorless crystal. ¹H NMR δ 1.61 (s, 6H), 3.07 (d, 3H, J=4.1), 6.71 (m, 1H), 7.15 (dd, 1H, J=11.7 and 2.0), 7.24 (dd, 1H, J=8.4 and 2.0), 7.83 (dd, 1H, J=8.2 and 2.1), 7.95 (d, 1H, J=2.1), 7.99 (d, 1H, J=8.2), 8.28 (dd, 1H, J=8.4 and 8.4).

**EXAMPLE 57**

Formula 43



A mixture of N-Methyl-2-fluoro-4-aminobenzamide (Formula 39) (62 mg, 0.37 mmol), cyclopentanone (0.07 mL, 0.74

TX 12.0067

US 7,709,517 B2

69
70

mmol) and TMSCN (0.1 mL, 0.74 mmol) was heated to 80° C. and stirred for 13 h. To the medium was added ethyl acetate (2×20 mL) and then washed with water (2×20 mL). The organic layer was dried over MgSO$_4$ and concentrated and the residue was purified with silica gel column chromatography (dichloromethane:acetone, 95:5) to give N-Methyl 2-fluoro-4-(1-cyanocyclopentyl)aminobenzamide (Formula 43) (61 mg, 63%) as a white solid. $^1$H NMR δ 7.95 (dd, 1H, J=8.8, 8.8 Hz), 6.65 (br s, 1H), 6.59 (dd, 1H, J=8.8, 2.3 Hz), 6.50 (dd, 1H, J=14.6, 2.3 Hz), 4.60 (br s, 1H), 2.99 (dd, 3H, J=4.8, 1.1 Hz), 2.36-2.45 (m, 2H), 2.10-2.18 (m, 2H), 1.82-1.95 (m, 4H).

(Formula 44)

RD162″

57-1) RD162″

A mixture of N-Methyl 2-fluoro-4-(1-cyanocyclopentyl) aminobenzamide (Formula 43) (57 mg, 0.22 mmol) and 4-isothiocyanato-2-trifluoromethyl benzonitrile (0.15 g, 0.65 mmol) in DMF (3 mL) was heated under microwave irradiation (open vessel) at 130° C. for 12 hours. To this mixture was added methanol (20 mL) and aq. 1 N HCl (5 mL). The second mixture was refluxed for 1.5 h. After being cooled to room temperature, the reaction mixture was poured into cold water (50 mL) and extracted with ethyl acetate (50 mL). The organic layer was dried over MgSO$_4$, concentrated and the residue was purified with silica gel column chromatography (dichloromethane:acetone, 95:5) to give 4-(3-(4-Cyano-3-(trifluoromethyl)phenyl)-4-oxo-2-thioxo-1,3-diazaspiro [4.4]nonan-1-yl)-2-fluoro-N-methylbenzamide, RD162″ (Formula 44) (8 mg, 7%) as a pale yellowish solid. $^1$H NMR δ 8.28 (dd, 1H, J=8.4, 8.4 Hz), 7.98 (d, 1H, J=8.3 Hz), 7.96 (d, 1H, J=1.8 Hz), 7.84 (dd, 1H, J=8.3, 1.8 Hz), 7.27 (dd, 1H, J=8.4, 1.8 Hz), 7.17 (dd, 1H, J=11.7, 1.8 Hz), 6.67-6.77 (m, 1H), 3.07 (d, 3H, J=4.3 Hz), 2.32-2.41 (m, 2H), 2.13-2.21 (m, 2H), 1.85-1.96 (m, 2H), 1.49-1.59 (m, 2H).

EXAMPLE 58

Formula 45

Trifluoroacetic anhydride (0.85 mL, 6.14 mmol) was added to a solution of 4 -(4-aminophenyl)butyric acid (0.5 g, 2.79 mmol) in chloroform (10 mL) at 0° C. The mixture was warmed to room temperature and stirred for 3 hours. The mixture was partitioned with chloroform (20 mL) and water (20 mL). The organic layer was dried over MgSO$_4$, concentrated and the residue was purified with silica gel column

chromatography (dichloromethane:acetone, 9:1) to give 4-[4-(2,2,2-Trifluoroacetylamino)phenyl]butanoic acid (Formula 45) (0.53 g, 69%). $^1$H NMR δ 7.81 (br s, 1H), 7.48 (d, 2H, J=8.5 Hz), 7.22 (d, 2H, J=8.5 Hz), 2.68 (t, 2H, J=7.5 Hz), 2.38 (t, 2H, J=7.5 Hz), 1.96 (p, 2H, J=7.5 Hz).

Formula 46

Thionyl chloride (71 mg, 0.60 mmol) was added slowly to a solution of 4-[4-(2,2,2-Trifluoroacetylamino)phenyl]butanoic acid (Formula 45) (0.15 g, 0.55 mmol) in DMF (5 mL) cooled at −5° C. The mixture was stirred for an additional 1 hour at −5° C. Excess dimethylamine (freshly distilled from its 40% aqueous solution) was added to the reaction medium. The second mixture was stirred for an additional 1 hour. Ethyl acetate (50 mL) was added to the mixture, which was washed with brine (2×50 ml). The organic layer was dried over MgSO$_4$, and concentrated to yield N,N-Dimethyl 4-[4-2,2,2-Trifluoroacetylamino)phenyl]butanamide (Formula 46) (0.17 g, quant.) as a yellowish solid. $^1$H NMR δ 9.70 (br s, 1H), 7.55 (d, 2H, J=8.6 Hz), 7.11 (d, 2H, J=8.6 Hz), 2.91 (s, 3H), 2.89 (s, 3H), 2.60 (t, 2H, J=7.7 Hz), 2.27 (t, 2H, J=7.7 Hz), 1.89 (p, 2H, J=7.7 Hz).

Formula 47

1 N NaOH solution (3 mL) was added to a solution of N,N-Dimethyl 4-[4-(2,2,2-Trifluoroacetylamino)phenyl]butanamide (Formula 46) (0.17 g, 0.55 mmol) in methanol (2 mL) at room temperature. The mixture was stirred for 14 hour. The mixture was partitioned with chloroform (25 mL) and water (25 mL). The organic layer was dried over MgSO$_4$, and concentrated and the residue was purified with silica gel column chromatography (dichloromethane:acetone, 9:1) to give N, N-Dimethyl 4-(4-aminophenyl)butanamide (Formula 47) (74 mg, 66%) as a white solid. $^1$H NMR δ 6.97 (d, 2H, J=8.3 Hz), 6.61 (d, 2H, J=8.3 Hz), 3.56 (br s, 2H), 2.92 (s, 6H), 2.56 (t, 2H, J=7.7 Hz), 2.28 (t, 2H, J=7.7 Hz), 1.91 (p, 2H, J=7.7 Hz).

Formula 48

A mixture of N,N-Dimethyl 4-(4-aminophenyl)butanamide (Formula 47) (74 mg, 0.36 mmol), cyclobutanone (54 mg, 0.78 mmol) and TMSCN (77 mg, 0.78 mmol) was heated to 80° C. and stirred for 15 h. To the medium was added ethyl acetate (2×20 mL) and then washed with water (2×20 mL).

TX 12.0068

US 7,709,517 B2

71

72

The organic layer was dried over MgSO₄ and concentrated and the residue was purified with silica gel column chromatography (dichloromethane:acetone, 9:1) to give N,N-Dimethyl 4-[4-(1-cyanocyclobutylamino)phenyl]butanamide (Formula 48) (58 mg, 57%) as a white solid. ¹H NMR δ 7.07 (d, 2H, J=8.5 Hz), 6.59 (d, 2H, J=8.5 Hz), 3.94 (br s, 1H), 2.94 (s, 3H), 2.93 (s, 3H), 2.75-2.83 (m, 2H), 2.60 (t, 2H, J=7.6 Hz), 2.33-2.42 (m, 2H), 2.30 (t, 2H, J=7.6 Hz), 2.11-2.28 (m, 2H), 1.93 (p, 2H, J=7.6 Hz).

Formula 49



RD169

A mixture of N,N-Dimethyl 4-[4-(1-cyanocyclobutylamino)phenyl]butanamide (Formula 48) (58 mg, 0.20 mmol) and 4-isothiocyanato-2-trifluoromethyl benzonitrile (74 mg, 0.32 mmol) in DMF (3 mL) was heated under reflux for 2 hours. To this mixture was added methanol (20 mL) and aq. 1 N HCl (5 mL). The second mixture was refluxed for 1.5 h. After being cooled to room temperature, the reaction mixture was poured into cold water (50 mL) and extracted with ethyl acetate (50 mL). The organic layer was dried over MgSO₄, concentrated and the residue was purified with silica gel column chromatography (dichloromethane:acetone, 95:5) to give 4-(4-(7-(4-Cyano-3-trifluoromethyl)phenyl)-8-oxo-6-thioxo-5,7-diazaspiro[3.4]octan-5-yl)phenyl)-N,N-dimethylbutanamide, RD169 (Formula 49) (44 mg, 42%) as a pale yellowish solid. ¹H NMR δ 7.98 (s, 1H), 7.97 (d, 1H, J=8.2 Hz), 7.86 (d, 1H, J=8.2 Hz), 7.42 (d, 2H, J=8.3 Hz), 7.22 (d, 2H, J=8.3 Hz), 2.99 (s, 3H), 2.96 (s, 3H), 2.78 (t, 2H, J=7.5 Hz), 2.62-2.70 (m, 2H), 2.52-2.63 (m, 2H), 2.40 (t, 2H, J=7.5 Hz), 2.15-2.30 (m, 1H), 2.04 (p, 2H, J=7.5 Hz), 1.62-1.73 (m, 1H);

EXAMPLE 59

Formula 50



A mixture of 4-(4-aminophenyl)butyric acid (0.20 g, 1.12 mmol), cyclobutanone (0.17 mL, 2.23 mmol) and TMSCN (0.30 mL, 2.23 mmol) was heated to 80° C. and stirred for 13 h. To the medium was added ethyl acetate (2×30 mL) and then washed with water (2×30 mL). The organic layer was dried over MgSO₄ and concentrated and the residue was purified with silica gel column chromatography (dichloromethane:acetone, 9:1) to give 4-[4-(1-Cyanocyclobutylamino)phenyl]butanoic acid (Formula 50) (0.21 g, 74%) as a yellowish solid. ¹H NMR δ 7.06 (d, 2H, J=8.6 Hz), 6.59 (d, 2H, J=8.6 Hz),

2.75-2.83 (m, 2H), 2.59 (t, 2H, J=7.5 Hz), 2.37 (t, 2H, J=7.5 Hz), 2.33-2.42 (m, 2H), 2.11-2.28 (m, 2H), 1.92 (p, 2H, J=7.5 Hz).

Formula 51



A mixture of 4-[4-(1-Cyanocyclobutylamino)phenyl]butanoic acid (Formula 50) (0.21 g, 0.83 mmol) and 4-isothiocyanato-2-trifluoro benzonitrile (0.25 g, 1.08 mmol) in toluene (10 mL) was heated under reflux for 1 hours. To this mixture was added aq. 1 N HCl (5 mL). The second mixture was refluxed for 1.5 h. After being cooled to room temperature, the reaction mixture was poured into cold water (50 mL) and extracted with ethyl acetate (50 mL). The organic layer was dried over MgSO₄, concentrated and the residue was purified with silica gel column chromatography (dichloromethane:acetone, 95:5) to give 4-(4-(7-(4-Cyano-3-(trifluoromethyl)phenyl)-8-oxo-6-thioxo-5,7-diazaspiro[3.4]octan-5-yl)phenyl)butanoic acid, RD141 (Formula 51) (60 mg, 15%). ¹H NMR δ 7.98 (d, 1H, J=1.8 Hz), 7.97 (d, 1H, J=8.3 Hz), 7.86 (dd, 1H, J=8.3, 1.8 Hz), 7.42 (d, 2H, J=8.5 Hz), 7.24 (d, 2H, J=8.5 Hz), 2.79 (t, 2H, J=7.5 Hz), 2.62-2.68 (m, 2H), 2.51-2.59 (m, 2H), 2.47 (t, 2H, J=7.5 Hz), 2.14-2.26 (m, 1H), 2.06 (p, 2H, J=7.5 Hz), 1.60-1.70 (m, 1H).

EXAMPLE 60

Formula 52



RD130

To a solution of 4-(4-(7-(4-Cyano-3-(trifluoromethyl)phenyl)-8-oxo-6-thioxo-5,7-diazaspiro[3.4]octan-5-yl)phenyl) butanoic acid, RD141 (Formula 51) (60 mg, 0.12 mmol) in DMF (3 mL) was added thionyl chloride (0.01 mL, 0.15 mmol) at 0° C. for 1 hour. The mixture was stirred at 0° C. Then ammonia was bubbled into the mixture. The mixture was partitioned with ethyl acetate (25 mL) and water (25 mL). The organic layer was dried over MgSO₄, concentrated and chromatographed (dichloromethane:acetone, 70:30) to yield 4-(4-(7-(4-Cyano-3-(fluoromethyl)phenyl)-8-oxo-6-thioxo-5,7-diazaspiro[3.4]octan-5-yl)phenyl)butanamide, RD130 (Formula 52) (37 mg, 61%) as a white powder. ¹H NMR δ 7.97 (d, 1H, J=1.8 Hz), 7.95 (d, 1H, J=8.3 Hz), 7.85 (dd, 1H, J=8.3 Hz), 7.39 (d, 2H, J=8.3 Hz), 7.22 (d, 2H, J=8.3 Hz), 5.59 (br s, 2H), 2.77 (t, 2H, J=7.5 Hz), 2.62-2.68 (m, 2H),

TX 12.0069

US 7,709,517 B2

73 74

2.51-2.59 (m, 2H), 2.31 (t, 2H, J=7.5 Hz), 2.16-2.25 (m, 1H), 2.05 (p, 2H, J=7.5 Hz), 1.57-1.70 (m, 1H).

EXAMPLE 61

Formula 53



RD170

A solution of DMSO (0.01 mL, 0.12 mmol) in dry dichloromethane (1 mL) was added to a stirred solution of oxalyl chloride (0.01 mL, 0.09 mmol) in dry dichloromethane (2 mL) at −78° C. After 15 min, a dichloromethane solution of 4-(4-(7-(4-Cyano-3-(trifluoromethyl)phenyl)-8-oxo-6-thioxo-5,7-diazaspiro[3.4]octan-5-yl)phenyl)butanamide, RD130 (Formula 52) (35 mg, 0.07 mmol) was added to the reaction mixture. Stirring was continued for 20 min at −78° C., and then triethylamine (0.03 mL, 0.22 mmol) was added. After 30 min at −78° C., the reaction mixture was warmed to room temperature and then reaction was quenched with saturated aq. $NH_4Cl$ solution. The reaction mixture was diluted with dichloromethane, and extracted with dichloromethane. The organic layer was dried over $MgSO_4$, concentrated and chromatographed (dichloromethane:acetone, 95:5) to yield 4-(5 -(4-(3-Cyanopropyl)phenyl)-8-oxo-6-thioxo-5,7-diazaspiro[3.4]octan-7-yl)-2-trifluoromethyl)benzonitrile, RD170 (Formula 53) (29 mg, 87%) as a viscous oil. $^1H$ NMR δ 7.98 (d, 1H, J=1.8 Hz), 7.98 (d, 1H, J=8.3 Hz), 7.86 (dd, 1H, J=8.3, 1.8 Hz), 7.43 (d, 2H, J=8.4 Hz), 7.27 (d, 2H, J=8.4 Hz), 2.90 (t, 2H, J=7.3 Hz), 2.63-2.73 (m, 2H), 2.52-2.62 (m, 2H), 2.42 (t, 2H, J=7.3 Hz), 2.18-2.30 (m, 1H), 2.07 (p, 2H, J=7.3 Hz), 1.63-1.73 (m, 1H).

One skilled in the art could modify and/or combine the syntheses described herein to make other diarylhydantoin compounds.

Inventive compounds also include those with the following formulas.



Where R is selected from hydrogen, aryl, substituted aryl, alkyl, substituted alkyl, alkenyl, substituted alkenyl, alkynyl, substituted alkynyl, halogenated alkyl, halogenated alkenyl, halogenated akynyl, arylalkyl, arylalkenyl, arylalkynyl, heterocyclic aromatic or non-aromatic, substituted heterocyclic aromatic or non-aromatic, cycloalkyl, substituted cycloalkyl, halogen, $SO_2R_{11}$, $NR_{11}R_{12}$, $NR_{12}(CO)OR_{11}$, $NH(CO)$ $NR_{11}R_{12}$, $NR_{12}(CO)R_{11}$, $O(CO)R_{11}$, $O(CO)OR_{11}$, $O(CS)$ $R_{11}$, $NR_{12}(CS)R_{11}$, $NH(CS)NR_{11}R_{12}$, $NR_{12}(CS)OR_{11}$.

$R_1$ and $R_2$ are independently selected from hydrogen, aryl, alkyl, substituted alkyl, alkenyl, substituted alkenyl, alkynyl, substituted alkynyl, halogenated alkyl, halogenated alkenyl, halogenated akynyl, arylalkyl, arylalkenyl, arylalkynyl, heterocylic aromatic or non-aromatic, substituted heterocyclic aromatic or non-aromatic, cycloalkyl, substituted cycloalkyl.

$R_1$ and $R_2$ can be connected to form a cycle which can be heterocyclic, substituted heterocyclic, cycloakyl, substituted cycloalkyl.

$R_3$ is selected from aryl, substituted aryl, alkyl, substituted alkyl, alkenyl, substituted alkenyl, alkynyl, substituted alkynyl, arylalkyl, arylalkenyl, arylalkynyl, heterocyclic aromatic or non-aromatic, substituted heterocyclic aromatic or non-aromatic, cycloalkyl, substituted-cycloalkyl, $SO_2R_{11}$, $R_{12}$, $(CO)OR_{11}$, $(CO)NR_{11}R_{12}$, $(CO)R_{11}$, $(CS)R_{11}$, $(CS)$ $NR_{11}R_{12}$, $(CS)OR_{11}$.

$R_5$ is CN or $NO_2$ or $SO_2R_{11}$

$R_6$ is $CF_3$, alkyl, substituted alkyl, alkenyl, substituted alkenyl, alkynyl, substituted alkynyl, halogenated alkyl, halogenated alkenyl, halogenated akynyl, halogen.

A is sulfur atom (S) or oxygen atom (O).

B is O or S or $NR_3$

X is carbon or nitrogen and can be at any position in the ring.

$R_{11}$, and $R_{12}$ are independently selected from hydrogen, aryl, aralkyl, substituted aralkyl, alkyl, substituted alkyl, alkenyl, substituted alkenyl, alkynyl, substituted alkynyl, halogenated alkyl, halogenated alkenyl, halogenated akynyl, arylalkyl, arylalkenyl, arylalkynyl, heterocyclic aromatic or non-aromatic, substituted heterocyclic aromatic or non-aromatic, cycloalkyl, substituted cycloalkyl.

$R_{11}$, and $R_{12}$ can be connected to form a cycle which can be heterocyclic aromatic or non-aromatic, substituted heterocyclic aromatic, cycloakyl, substituted cycloalkyl.

Pharmacological Examination of the Compounds

Compounds for which synthetic routes are described above were identified through screening on hormone refractory prostate cancer cells for antagonistic and agonistic activities against AR utilizing screening procedures similar to those in PCT applications US04/42221 and US05/05529, which are hereby incorporated by reference. A number of compounds exhibited potent antagonistic activities with minimal agonistic activities for over expressed AR in hormone refractory prostate cancer.

In Vitro Biological Assay

Effect of Compounds on AR by a Reporter Assay

The compounds were subjected to tests using an artificial AR response reporter system in a hormone refractory prostate cancer cell line. In this system, the prostate cancer LNCaP cells were engineered to stably express about 5-fold higher level of AR than endogenous level. The exogenous AR has similar properties to endogenous AR in that both are stabilized by a synthetic androgen R1881. The AR-over expressed cells were also engineered to stably incorporate an AR response reporter and the reporter activity of these cells shows features of hormone refractory prostate cancer. It responds to low concentration of a synthetic androgen R1881, is inhibited only by high concentrations of bicalutamide (see Table 1), and displays agonistic activity with bicalutamide (FIG. 1 and Table 2). Consistent with published data,

TX 12.0070

US 7,709,517 B2

75

bicalutamide inhibited AR response reporter and did not have agonistic activity in hormone sensitive prostate cancer cells (FIG. 2).

We examined the antagonistic activity of the compounds for which the synthesis is described above in the presence of 100 pM of R1881. Engineered LNCaP cells (LNCaP-AR, also abbreviated LN-AR) were maintained in Iscove's medium containing 10% fetal bovine serum (FBS). Two days prior to drug treatment, the cells were grown in Iscove's medium containing 10% charcoal-stripped FBS (CS-FBS) to deprive of androgen. The cells were split and grown in Iscove's medium containing 10% CS-FBS with 100 pM of

76

R1881 and increasing concentrations of test compounds. After two days of incubation, reporter activities were assayed.

Table 1 lists the IC50 of these compounds to inhibit AR in hormone refractory prostate cancer. The control substance bicalutamide has an IC50 of 889 nM. Most of the compounds identified (diarylthiohydantoins) have IC50s between 100 to 200 nM in inhibiting AR in hormone refractory prostate cancer. In contrast, antiandrogenic compounds listed as examples in U.S. Pat. No. 5,705,654, such as examples 30-2, 30-3, 31-2, 31-3, and 24-3 (RD73-RD77) have no inhibitory activities on AR in this system.

TABLE 1

Antagonistic activities against AR in hormone refractory prostate cancer, measured by an AR response reporter and by endogenous PSA expression.

| Example | Name | IC50 (nM) Reporter | IC50 (nM) PSA |
|---|---|---|---|
| Bicalutamide Comparative | N-[4-cyano-3-(trifluoromethyl)phenyl]-3-[(4-fluorophenyl)sulfonyl]-2-hydroxy-2-methylpropanamide | 889 | >1000 |
| 29 Comparative | 4-[3-(4-hydroxybutyl)-4,4-dimethyl-5-oxo-2-thioxoimidazolidin-1-yl]-2-trifluoromethylbenzonitrile | No(*) | No |
| 6-2 (6b) [RD10] | 4-[3-phenyl-4,4-dimethyl-5-oxo-2-thioxoimidazolidin-1-yl]-2-trifluoromethylbenzonitrile | 149 | n/a(**) |
| 5-3b (5c) [RD7] | 4-[3-(4-methylphenyl)-4,4-dimethyl-5-oxo-2-thioxoimidazolidin-1-yl]-2-trifluoromethyl-benzonitrile | 125 | 132 |
| 3-3 (3c) [RD8] | 4-[3-(4-hydroxyphenyl)-4,4-dimethyl-5-oxo-2-thioxoimidazolidin-1-yl]-2-trifluoromethylbenzonitrile | 137 | 122 |
| 2-4 (2d) [RD9] | 4-[3-(4-aminophenyl)-4,4-dimethyl-5-oxo-2-thioxoimidazolidin-1-yl]-2-trifluoromethylbenzonitrile | 273 | n/a |
| 4 (4a) [RD13] | Chloroacetic acid 4-[3-(4-cyano-3-trifluoromethylphenyl)-5,5-dimethyl-4-oxo-2-thioxoimidazolidin-1-yl]phenyl ester | 131 | n/a |
| 8-2 (8b) [RD35] | 4-(4-Oxo-2-thioxo-1-(4-methylphenyl)-1,3-diazaspiro[4.4]non-3-yl)-2-trifluoromethylbenzonitrile | 147 | n/a |
| 7-3b (7c) [RD37] | 4-(8-oxo-6-thioxo-5-(4-methylphenyl)-5,7-diazaspiro[3.4]oct-7-yl)-2-trifluoromethylbenzonitrile | 124 | 128 |
| 9-3 (9c) [RD48] | 4-(4-Oxo-2-thioxo-1-(4-methylphenyl)-1,3-diazaspiro[4.5]dec-3-yl)-2-trifluoromethylbenzonitrile | 194 | n/a |
| 10-3 (10c) [RD49] | 4-(4-oxo-2-thioxo-1-(4-methylphenyl)-1,3-diazaspiro[4.5]undec-3-yl)-2-trifluoromethylbenzonitrile | 232 | n/a |
| 28 Comparative (28a) [RD52] | 4-(8-methyl-4-oxo-2-thioxo-1,3,8-triazaspiro[4.5]dec-3-yl)-2-trifluoromethylbenzonitrile | No | n/a |
| 27-3 (27c) [RD53] | 4-(8-oxo-4-oxo-2-thioxo-1-(4-methylphenyl)-1,3,8-triazaspiro[4.5]deo-3-yl)-2-trifluoromethylbenzonitrile | 638 | n/a |
| 26 (26a) [RD54] | 4-[1-(4-cyanophenyl)-4-oxo-2-thioxo-1,3-diazaspiro[4.4]non-3-yl]-2-trifluoromethylbenzonitrile | 469 | n/a |
| 25 (25a) [RD55] | 4-[1-(4-nitrophenyl)-4-oxo-2-thioxo-1,3-diazaspiro[4.4]non-3-yl]-2-trifluoromethylbenzonitrile | 498 | n/a |
| 12-2 (12b) [RD57] | 4-(8-oxo-6-thioxo-5-(4-biphenyl)-5,7-diazaspiro[3.4]oct-7-yl)-2-trifluoromethylbenzonitrile | 283 | n/a |
| 11-2 (11b) [RD58] | 4-(8-oxo-6-thioxo-5-(4-hydroxyphenyl)-5,7-diazaspiro[3.4]oct-7-yl)-2-trifluoromethylbenzonitrile | 162 | n/a |
| 17 (17a) [RD59] | 4-[3-(4-phenyl)-4,4-dimethyl-2,5-dithioxoimidazolidin-1-yl]-2-trifluoromethylbenzonitrile | 278 | 287 |
| 18 (18a) [RD60] | 4-[3-(4-hydroxyphenyl)-4,4-dimethyl-2,5-dioxoimidazolidin-1-yl]-2-trifluoromethylbenzonitrile | 369 | 511 |
| 22-2 (22b) [RD65] | 2-[3-(4-cyano-3-trifluoromethylphenyl)-5,5-dimethyl-4-oxo-2-thioxoimidazolidin-1-yl]benzoic acid | 523 | >500 |
| 20-2 (20b) [RD66] | 4-(4,4-dimethyl-5-oxo-2-thioxo-3-(4-trifluoromethylphenyl)imidazolidin-1-yl)-2-trifluoromethylbenzonitrile | 143 | 144 |
| 21-2 (21b) [RD67] | 4-(4,4-bischloromethyl-5-oxo-2-thioxo-3-(4-methylphenyl)imidazolidin-1-yl)-2-trifluoromethylbenzonitrile | 521 | >500 |
| 19-2 (19b) [RD68] | 4-(4-fluoromethyl-4-methyl-5-oxo-2-thioxo-3-(4-methylphenyl)imidazolidin-1-yl)-2-trifluoromethylbenzonitrile | 126 | 129 |

TX 12.0071

US 7,709,517 B2

77

78

TABLE 1-continued

Antagonistic activities against AR in hormone refractory prostate cancer,
measured by an AR response reporter and by endogenous PSA expression.

| Example | Name | IC50 (nM) Reporter | IC50 (nM) PSA |
|---|---|---|---|
| 23-2 (23b) [RD71] | 4-(8-oxo-6-thioxo-5-(2-methylphenyl)-5,7-diazaspiro[3.4]oct-7-yl)-2-trifluoromethylbenzonitrile | 258 | 232 |
| 30-2 Comparative (30b) [RD73] | 4-(5-methyl-8-oxo-6-thioxo-5,7-diazaspiro[3.4]oct-7-yl)-2-trifluoromethylbenzonitrile | No | No |
| 30-3 Comparative (30c) [RD74] | 4-(5-methyl-6,8-dioxo-5,7-diazaspiro[3.4]oct-7-yl)-2-trifluoromethylbenzonitrile | No | No |
| 31-2 Comparative (31b) [RD75] | 4-(1-methyl-4-oxo-2-thioxo-1,3-diazaspiro[4.4]non-3-yl)-2-trifluoromethylbenzonitrile | No | No |
| 31-3 Comparative (31c) [RD76] | 4-(1-methyl-2,4-dioxo-1,3-diaza-spiro[4.4]non-3-yl)-2-trifluoromethylbenzonitrile | No | No |
| 24-3 Comparative (24c) [RD77] | 4-(4-oxo-2-thioxo-1,3-diazaspiro[4.4]non-3-yl)-2-trifluoromethylbenzonitrile | No | No |
| 15-2 (15b) [RD82] | 4-[4,4-dimethyl-3-(4-pyridin-2-yl)-5-oxo-2-thioxoimidazolidin-1-yl]-2-trifluoromethylbenzonitrile | 723 | n/a |
| 14-2 (14b) [RD83] | 4-[4,4-dimethyl-3-(4-methylpyridin-2-yl)-5-oxo-2-thioxoimidazolidin-1-yl]-2-trifluoromethylbenzonitrile | 457 | n/a |
| 16-2 Comparative (16b) [RD84] | 4-[5-(5-methyl-2H-pyrazol-3-yl)-8-oxo-6-thioxo-5,7-diaza-spiro[3.4]oct-7-yl]-2-trifluoromethyl-benzonitrile | >1000 | n/a |
| 13-2 (12b) [RD85] | 4-(8-oxo-6-thioxo-5-(4-biphenyl)-5,7-diazaspiro[3.4]oct-7-yl)-2-trifluoromethylbenzonitrile | >1000 | n/a |
| 32 (32a) [RD90] | 4-[8-methylimino-6-thioxo-5-p-tolyl-5,7-diaza-spiro[3.4]oct-7-yl]-2-trifluoromethyl-benzonitrile | 222 | 421 |
| 33 (33a) [RD91] | 1-[3-(4-cyano-3-trifluoromethyl-phenyl)-5,5-dimethyl-2-thioxo-1-p-tolyl-imidazolidin-4-ylidene]-3-ethyl-thiourea | 157 | 239 |
| 34 (34a) [RD92] | 1-[7-(4-cyano-3-trifluoromethyl-phenyl)-6-thioxo-5-p-tolyl-5,7-diaza-spiro[3.4]oct-8-ylidene]-3-phenyl-thiourea | 176 | 276 |
| 35 (35a) [RD93] | 1-(4-Cyano-3-trifluoromethyl-phenyl)-3-[7-(4-cyano-3-trifluoromethyl-phenyl)-6-thioxo-5-p-tolyl-5,7-diaza-spiro[3.4]oct-8-ylidene]-thiourea | 144 | 158 |
| 36-2 (36b) [RD110] | 4-[8-(4-hydroxymethyl-phenyl)-5-oxo-7-thioxo-6-aza-spiro[3.4]oct-6-yl]-2-trifluoromethyl-benzonitrile | 311 | 337 |
| 37 (37a) [RD114] | 4-[5-(4-formylphenyl)-8-oxo-6-thioxo-5,7-diazaspiro[3.4]oct-7-yl]-2-trifluoromethyl-benzonitrile | n/a | 263 |
| 38 (38a) [RD116] | 4-[5-[4-(1-hydroxyethyl)-phenyl]-8-oxo-6-thioxo-5,7-diazaspiro[3.4]oct-7-yl]-2-trifluoromethyl-benzonitrile | n/a | 187 |
| 39 (39a) [RD117] | 3-[4-[7-(4-cyano-3-trifluoromethyl)phenyl)-8-oxo-6-thioxo-5,7-diazaspiro[3.4]oct-5-yl]-phenyl]-acrylic acid ethyl ester | n/a | 197 |
| 40 (40a) [RD120] | 4-[5-[4-(3-hydroxypropenyl)-phenyl]-8-oxo-6-thioxo-5,7-diazaspiro[3.4]oct-7-yl]-2-trifluoromethylbenzonitrile | n/a | 114 |
| 41-2 (41b) [RD128] | 3-[4-[7-(4-cyano-3-trifluoromethyl)phenyl)-8-oxo-6-thioxo-5,7-diazaspiro[3.4]oct-5-yl]-phenyl]-propionic acid methyl ester | No | n/s |
| 41-4 (41d) [RD133] | 3-[4-[7-(4-cyano-3-trifluoromethyl)phenyl)-8-oxo-6-thioxo-5,7-diaza-spiro[3.4]oct-5-yl]-phenyl]-propionamide | 224 | n/a |
| 41-5 (41e) [RD134] | 3-[4-[7-(4-cyano-3-trifluoromethyl)phenyl)-8-oxo-6-thioxo-5,7-diaza-spiro[3.4]oct-5-yl]-phenyl]-N-methyl-propionamide | 234 | n/a |
| 41-6 (41f) [RD135] | 3-[4-[7-(4-cyano-3-trifluoromethyl)phenyl)-8-oxo-6-thioxo-5,7-diaza spiro[3.4]oct-5-yl]-phenyl]-N-(2-hydroxyethyl)-propionamide | 732 | n/a |
| 42-2 (42b) [RD129] | 4-[4-[7-(4-cyano-3-trifluoromethyl)phenyl)-8-oxo-6-thioxo-5,7-diazaspiro[3.4]oct-5-yl]-phenyl]-butyric acid methyl ester | 432 | n/a |
| 42-4 (42d) [RD130] | 4-[4-[7-(4-Cyano-3-trifluoromethylphenyl)-8-oxo-6-thioxo-5,7-diaza-spiro[3.4]oct-5-yl]-phenyl]-butyramide | 112 | n/a |
| 42-5 (42e) [RD131] | 4-[4-[7-(4-Cyano-3-trifluoromethylphenyl)-8-oxo-6-thioxo-5,7-diaza-spiro[3.4]oct-5-yl]-phenyl]-N-methyl-butyramide | 92 | n/a |

TX 12.0072

US 7,709,517 B2

79                                                                                                                80

### TABLE 1-continued

Antagonistic activities against AR in hormone refractory prostate cancer,
measured by an AR response reporter and by endogenous PSA expression.

| Example | Name | IC50 (nM) Reporter | IC50 (nM) PSA |
|---|---|---|---|
| 43-4 (43e) [RD137] | 4-[8-Oxo-5-(4-piperazin-1-yl-phenyl)-6-thioxo-5,7-diazaspiro[3.4]oct-7-yl]-2-trifluoromethylbenzonitrile | 718 | n/a |
| 43-5 (43f) [RD138] | 4-{5-[4-(4-methanesulfonylpiperazin-1-yl)-phenyl]-8-oxo-6-thioxo-5,7-diazaspiro[3.4]oct-7-yl}-2-trifluoromethylbenzonitrile | 138 | n/a |
| 44-2 (44b) [RD119] | 44-2) 3-[4-[7-(4-Cyano-3-trifluoromethyl-phenyl)-8-oxo-6-thioxo-5,7-diaza-spiro[3.4]oct-5-yl]-phenyl]-acrylamide, | | 113 |

(*)No: the compound did not inhibit AR response reporter;
(**)n/a: the compound was not examined in this assay.

One previously unrecognized property of AR overexpression in hormone refractory prostate cancer is its ability to switch antagonists to agonists. Therefore, only those compounds with minimal or no agonistic activities are qualified to be anti-androgens for this disease. To determine agonistic activities of different compounds, we examined their stimulating activities on AR using the AR response reporter as the measure in the LN-AR system in the absence of R1881. Table 2 lists the agonistic activities of different compounds. Consistent with previous results, bicalutamide activated AR in hormone refractory prostate cancer. The diarylthiohydantoin derivatives such as examples 7-3b (RD37), 33 (RD91), 34 (RD92), and 35 (RD93) have no agonistic activity. In contrast, RD59063, and other anti-androgenic compounds listed as examples in U.S. Pat. No. 5,705,654, such as examples 30-2, 30-3, 31-2, 31-3, and 24-3 (RD73-RD77) strongly activated AR in hormone refractory prostate cancer.

### TABLE 2

Agonistic activities of selective test substances on AR response reporter in
hormone refractory prostate cancer

| Example | Name | Fold induction by increasing concentrations of compounds | | |
|---|---|---|---|---|
| | | 0.1 μM | 1 μM | 10 μM |
| DMSO | Dimethyl sulfoxide | 1.00(*) | 1.00 | 1.00 |
| R1881 | methyltrienolone | 44.33 | n/a(**) | n/a |
| Bicalutamide | N-[4-cyano-3-(trifluoromethyl)phenyl]-3-[(4-fluorophenyl)sulfonyl]-2-hydroxy-2-methylpropanamide | 1.08 | 3.04 | 10.40 |
| 29 Comp. | 4-[3-(4-hydroxybutyl)-4,4-dimethyl-5-oxo-2-thioxoimidazolidin-1-yl]-2-trifluoromethylbenzonitrile | 10.99 | 20.84 | 34.62 |
| 7-3b (7c) [RD37] | 4-(8-oxo-6-thioxo-5-(4-methylphenyl)-5,7-diazaspiro[3.4]oct-7-yl)-2-trifluoromethylbenzonitrile | 0.87 | 1.19 | 0.89 |
| 33 (33a) [RD91] | 1-[3-(4-cyano-3-trifluoromethyl-phenyl)-5,5-dimethyl-2-thioxo-1-p-tolyl-imidazolidin-4-ylidene]-3-ethyl-thiourea | 1.30 | 1.18 | 1.28 |
| 34 (34a) [RD92] | 1-[7-(4-cyano-3-trifluoromethyl-phenyl)-6-thioxo-5-p-tolyl-5,7-diaza-spiro[3.4]oct-8-ylidene]-3-phenyl-thiourea | 1.19 | 1.41 | 1.17 |
| 35 (35a) [RD93] | 1-(4-Cyano-3-trifluoromethyl-phenyl)-3-[7-(4-cyano-3-trifluoromethyl-phenyl)-6-thioxo-5-p-tolyl-5,7-diaza-spiro[3.4]oct-8-ylidene]-thiourea | 1.26 | 1.10 | 1.30 |
| 30-2 Comp. (30b) [RD73] | 4-(5-methyl-8-oxo-6-thioxo-5,7-diazaspiro[3.4]oct-7-yl)-2-trifluoromethylbenzonitrile | 14.88 | 19.41 | 35.22 |
| 30-3 Comp. (30c) [RD74] | 4-(5-methyl-6,8-dioxo-5,7-diazaspiro[3.4]oct-7-yl)-2-trifluoromethylbenzonitrile | 11.39 | 14.26 | 30.63 |
| 31-2 Comp. (31b) [RD76] | 4-(1-methyl-4-oxo-2-thioxo-1,3-diazaspiro[4.4]non-3-yl)-2-trifluoromethylbenzonitrile | 17.03 | 16.63 | 33.77 |

TX 12.0073

US 7,709,517 B2

81

82

TABLE 2-continued

Agonistic activities of selective test substances on AR response reporter in hormone refractory prostate cancer

| Example | Name | Fold induction by increasing concentrations of compounds | | |
|---|---|---|---|---|
| | | 0.1 μM | 1 μM | 10 μM |
| 31-3 Comp. (31c) [RD76] | 4-(1-methyl-2,4-dioxo-1,3-diaza-spiro[4.4]non-3-yl)-2-trifluoromethylbenzonitrile | 11.99 | 19.77 | 38.95 |
| 24-3 Comp. (24c) [RD77] | 4-(4-oxo-2-thioxo-1,3-diazaspiro[4.4]non-3-yl)-2-trifluoromethylbenzonitrile | 14.88 | 22.48 | 37.09 |

(*)Fold induction: activities induced by a specific test substance over activities in DMSO vehicle;
(**)n/a: the compound was not examined in this assay.

To examine the specificity of AR inhibitors, selective compounds were tested in LNCaP cells with an over expression of glucocorticoid receptor (GR), the closest member of AR in the nuclear receptor family. These cells also carry a GR response reporter and the reporter activity was induced by dexamethasone, a GR agonist and the induction was blocked by RU486, a GR inhibitor. Example 7-3b (RD37) (4-(8-oxo-6-thioxo-5-(4-methylphenyl)-5,7-diazaspiro[3.4]oct-7-yl)-2-trifluoromethyl benzonitrile) had no effect on GR in this system.

Effect of Compounds on AR by Measuring Secreted Levels of Prostate Specific Antigen (PSA)

It is well established that PSA levels are indicators of AR activities in prostate cancer. To examine if the compounds affect AR function in a physiological environment, we determined secreted levels of endogenous PSA induced by R1881 in the AR-overexpressed LNCaP cells (LNCaP-AR, also abbreviated LN-AR). The LNCaP-AR cells are a line of lymph node carcinoma of prostate cells transduced with a plasmid that makes express androgen receptors. LNCaP-AR cells were maintained in Iscove's medium containing 10% FBS. Two days prior to drug treatment, the cells were grown in Iscove's medium containing 10% CS-FBS to deprive of androgens. The cells were split and grown in Iscove's medium containing 10% CS-FBS with appropriate concentrations of R1881 and the test compounds. After four days incubation, secreted PSA levels were assayed using PSA ELISA kits (American Qualex, San Clemente, Calif.)

The secreted PSA level of LNCaP-AR cells was strongly induced by 25 pM of R1881. In contrast, PSA was not induced in the parental LNCaP cells until concentration of R1881 reached 100 pM. This is consistent with our previous report that the AR in hormone refractory prostate cancer is hyper-sensitive to androgens. A dose-dependent inhibition on AR activity was carried out to determine the IC50s of different compounds in inhibiting PSA expression, and the results were listed in Table 1. IC50s of the selective compounds on PSA expression closely resemble those measured in the reporter assay, confirming that the diarylhydantoin derivatives are strong inhibitors of AR in hormone refractory prostate cancer.

We also examined agonistic activities of selective compounds on AR in hormone refractory prostate cancer using secreted PSA as the surrogate marker. To do this, androgen-starved AR over expressed LNCaP cells were incubated with increasing concentrations of the compounds for which a synthesis is described above in the absence of R1881 and secreted PSA in the culture media was measured 4 days later.

Table 3 lists the agonistic activities of the selective compounds. Consistent with the results obtained from the reporter assay, the diarylthiohydantoin derivatives such as examples 7-3b (RD37), 33 (RD91), 34 (RD92), and 35 (RD93) have no agonistic activities. In contrast, RU59063, and other antiandrogenic compounds listed as examples in U.S. Pat. No. 5,705,654, such as examples 30-2 (RD73), 30-3 (RD74), and 31-2 (RD75) stimulated PSA expression in hormone refractory prostate cancer.

TABLE 3

Agonistic activities of selective test substances on endogenous PSA in hormone refractory prostate cancer
Fold induction by increasing concentrations of compounds

| Example | Name | 0.1 μM | 1 μM | 10 μM |
|---|---|---|---|---|
| DMSO | Dimethyl sulfoxide | 1.00(*) | 1.00 | 1.00 |
| R1881 | methyltrienolone | 20.69 | n/a(**) | n/a |
| Bicalutamide | N-[4-cyano-3-(trifluoromethyl)phenyl]-3-[4-fluorophenyl)sulfonyl]-2-hydroxy-2-methylpropanamide | 2.00 | 2.55 | 5.55 |
| 29 Comp. | 4-[3-(4-hydroxybutyl)-4,4-dimethyl-5-oxo-2-thioximidazolidin-1-yl]-2-trifluoromethylbenzonitrile | 6.88 | 11.50 | 21.50 |

TX 12.0074

US 7,709,517 B2

83

84

TABLE 3-continued

Agonistic activities of selective test substances on endogenous PSA in hormone refractory prostate cancer

| | | Fold induction by increasing concentrations of compounds | | |
|---|---|---|---|---|
| Example | Name | 0.1 μM | 1 μM | 10 μM |
| 7-3b (7c) [RD37] | 4-(8-oxo-6-thioxo-5-(4-methylphenyl)-5,7-diazaspiro[3.4]oct-7-yl)-2-trifluoromethylbenzonitrile | 1.25 | 1.20 | 1.15 |
| 33 (33a) [RD91] | 1-[3-(4-cyano-3-trifluoromethyl-phenyl)-5,5-dimethyl-2-thioxo-1-p-tolyl-imidazolidin-4-ylidene]-3-ethyl-thiourea | 1.06 | 1.30 | 0.85 |
| 34 (34a) [RD92] | 1-[7-(4-cyano-3-trifluoromethyl-phenyl)-6-thioxo-5-p-toiyl-5,7-diaza-spiro[3.4]oct-8-ylidene]-3-phenyl-thiourea | 1.31 | 1.05 | 0.90 |
| 35 (35a) [RD93] | 1-(4-Cyano-3-trifluoromethyl-phenyl)-3-[7-(4-cyano-3-trifluoromethyl-phenyl)-6-thioxo-5-p-tolyl-5,7-diaza-spiro[3.4]oct-8-ylidene]-thiourea | 1.44 | 1.30 | 1.05 |
| 30-2 Comp. (30b) [RD73] | 4-(5-methyl-8-oxo-6-thioxo-5,7-diazaspiro[3.4]oct-7-yl)-2-trifluoromethylbenzonitrile | 6.25 | 17.95 | 25.65 |
| 30-3 Comp. (30c) [RD74] | 4-(5-methyl-6,8-dioxo-5,7-diazaspiro[3.4]oct-7-yl)-2-trifluoromethylbenzonitrile | 7.50 | 15.20 | 23.75 |
| 31-2 Comp. (31b) [RD75] | 4-(1-methyl-4-oxo-2-thioxo-1,3-diazaspiro[4.4]non-3-yl)-2-trifluoromethylbenzonitrile | 8.13 | 18.20 | 17.50 |

(*)Fold induction: activities induced by a specific test substance over activities in DMSO vehicle;
(**)n/a: the compound was not examined in this assay.

### Effect of Compounds on AR Mitochondrial Activity by MTS Assay

LNCaP-AR cells were maintained in Iscove's medium containing 10% FBS. The compounds were examined for their effect on growth of hormone refractory prostate cancer cells. Overexpressed LNCaP cells were used because these cells behave as hormone refractory prostate cancer cells in vitro and in vivo (1). We measured mitochondria activity by MTS assay, a surrogate for growth. LNCaP cells with over-expressed AR (LN-AR) were maintained in Iscove's medium containing 10% FBS. Two days prior to drug treatment, the cells were grown in Iscove's medium containing 10% CS-FBS to deprive of androgens. The cells were then split and grown in Iscove's medium containing 10% CS-FBS with appropriate concentrations of R1881 and increasing concentrations of the test compounds. After four days incubation, cell growth was monitored by MTS (Promega, Madison, Wis.).

Consistent with the reporter assay and PSA assay, growth of the AR-overexpressed LNCaP was stimulated by 25-microM of R1881, but the parental cells were not stimulated until R1881 concentration reached 100 microM. FIG. 2 shows the inhibitory effect of selected compounds on growth of hormone refractory prostate cancer in the presence of 100 pM of R1881. The current clinical drug bicalutamide did not inhibit hormone refractory prostate cancer. In contrast, example 5-3b (RD7) (4-[3-(4-methylphenyl)-4,4-dimethyl-5-oxo-2-thioxoimidazolidin-1-yl]-2-trifluoromethyl-benzonitrile) and example 7-3b (RD37) (4-(8-oxo-6-thioxo-5-(4-methylphenyl)-5,7-diazaspiro[3.4]oct-7-yl)-2-trifluoromethylbenzonitrile) inhibited hormone refractory prostate cancer with high potency.

We examined if growth inhibition in the MTS assay occurs by targeting AR, example 5-3b (RD7) (4-[3-(4-methylphenyl)-4,4-dimethyl-5-oxo-2-thioxoimidazolidin-1-yl]-2-trif-luoromethyl-benzonitrile) and example 7-3b (RD37) (4-(8-oxo-6-thioxo-5-(4-methylphenyl)-5,7-diazaspiro[3.4]oct-7-yl)-2-trifluoromethylbenzonitrile) were tested in DU-145 cells, a prostate cancer cell line that lacks AR expression. These compounds had no growth inhibitory effect on DU-145 cells. The compounds did not inhibit cells other than AR-expressed prostate cancer cells, as they had no growth effect on MCF7 and SkBr3, two commonly used breast cancer cells, or 3T3, a normal mouse fibroblast cell line.

Examples of in vitro biological activity of diarylthiohydantoin derivatives are shown in the FIGS. 3, 4 and 5. For example, based on relative luciferase activity, FIG. 3 indicates that at a concentration of 500 nM the compounds ranked, in order of most active to least active as follows: RD152>RD153>RD145>RD163>RD161=RD162>

bicalutamide. For example, based on relative PSA level, FIG. 4 indicates that at a concentration of 500 nM the compounds ranked, in order of most active to least active as follows: RD138>RD131>RD37>RD133>RD134>RD137>RD138>RD135>bicalutamide. For example, based on relative MTS units, FIG. 5 indicates that at a concentration of 500 nM the compounds ranked, in order of most active to least active as follows: RD168>RD37>RD141>RD162>bicalutamide.

### Inhibitory Effect on Hormone Refractory Prostate Cancer Xenograft Tumors

Example 7-3b (RD37) (4-(8-oxo-6-thioxo-5-(4-meth-ylphenyl)-5,7-diazaspiro[3.4]oct-7-yl)-2-trifluoromethyl-benzonitrile) was used to examine if the diarylhydantoin derivatives have in vivo effects on hormone refractory prostate cancer. First we examined this compound on xenograft tumors established from AR-overexpressed LNCaP cells. The engineered cells in Matrigel (Collaborative Biomedical) were injected subcutaneously into the flanks of the castrated male SCID mice. Tumor size was measured weekly in three

TX 12.0075

US 7,709,517 B2

85

dimensions using calipers. After xenograft tumors established (tumor size reached at least 40 mm$^3$), mice with tumors were randomized and treated with different doses of compounds orally once daily. Consistent with clinical observation, current clinical drug bicalutamide did not inhibit growth of hormone refractory prostate cancer (same as vehicle) (FIG. 7a). In contrast, example 7-3b (RD37) (4-(8-oxo-6-thioxo-5-(4-methylphenyl)-5,7-diazaspiro[3.4]oct-7-yl)-2-trifluoromethylbenzonitrile) strongly inhibited growth of these tumors (FIG. 7a) and the inhibition is dose-dependent (FIG. 7b). Furthermore, example 7-3b (RD37) inhibited PSA expression (FIG. 8), the clinical marker for hormone refractory prostate cancer.

Example 7-3b (RD37) (4-(8-oxo-6-thioxo-5-(4-methylphenyl)-5,7-diazaspiro[3.4]oct-7-yl)-2-trifluoromethylbenzonitrile) was also tested in another xenograft model of hormone refractory prostate cancer, hormone refractory LAPC4. This model was established from passaging of hormone sensitive prostate cancer in castrated mice, which mimics the clinical progression of prostate cancer (2). Similar to the finding using AR-overexpressed LNCaP xenograft model, current clinical drug bicalutamide did not inhibit growth and PSA-expression in hormone refractory LAPC4 xenograft model (same as vehicle) (FIGS. 9a and 9b). In contrast, example 7-3b (RD37) strongly inhibited growth and PSA expression of these tumors (FIGS. 9a and 9b).

Inhibitory Effect on Growth of Hormone Sensitive Prostate Cancer Cells

To determine if the diaryllthiahydantoin derivatives also inhibit hormone sensitive prostate cancer cells, we tested some selective compounds on growth of LNCaP cells by measuring MTS of mitochondria activities. In contrast to have no effect on growth of hormone refractory prostate cancer, the current clinical drug bicalutamide mildly inhibited hormone sensitive LNCaP cells in a dose-dependent manner. Example 5-3b (RD7) (4-[3-(4-methylphenyl)-4,4-dimethyl-5-oxo-2-thioxoimidazolidin-1-yl]-2-trifluoromethyl-benzonitrile) and example 7-3b (RD37) (4-(8-oxo-6-thioxo-5-(4-methylphenyl)-5,7-diazaspiro[3.4]oct-7-yl)-2-trifluoromethylbenzonitrile) inhibited hormone sensitive prostate-cancer with a 10-fold higher potency than bicalutamide (FIG. 10).

In Vivo Biological Assay

All animal experiments were performed in compliance with the guidelines of the Animal Research Committee of the University of California at Los Angeles. Animals were bought from Taconic and maintained in a laminar flow tower in a defined flora colony. LNCaP-AR and LNCaP-vector cells were maintained in RPMI medium supplemented with 10% FBS. $10^6$ cells in 100 µl of 1:1 Matrigel to RPMI medium were injected subcutaneously into the flanks of intact or castrated male SCID mice. Tumor size was measured weekly in three dimensions (length×width×depth) using calipers. Mice were randomized to treatment groups when tumor size reached approximately 100 mm$^3$. Drugs were given orally every day at 10 mg/kg and 50 mg/kg. To obtain pharmacodynamic readout, the animals were imaged via an optical CCD camera, 3 hours after last dose of the treatment. A ROI is drawn over the tumor for luciferase activity measurement in photon/second. The right panels were a representation of the ROIs measurements. Data are shown in FIGS. 11 and 12. Over 18 days RD162 was effective to prevent tumor growth and even to cause tumor shrinkage, and was distinctly more effective than bicalutamide.

86

The pharmacokinetics of bicalutamide, 4-[7-(4-cyano-3-trifluoromethylphenyl)-8-oxo-6-thioxo-5,7-diaza-spiro [3.4]oct-5-yl]-toluene [RD37], N-methyl-4-[4-[7-(4-cyano-3-trifluoromethylphenyl)-8-oxo-6-thioxo-5,7-diaza-spiro [3.4]oct-5-yl]phenyl]butanamide [RD131], and N-methyl-4-[7-(4-cyano-3-trifluoromethylphenyl)-8-oxo-6-thioxo-5,7-diaza-spiro[3.4]oct-5-yl]-2-fluorobenzamide (52d) [RD162] were evaluated in vivo using 8 week-old FVB mice which were purchased from Charles River Laboratories. Mice were divided into groups of three for each time points. Two mice were not treated with drug and two other mice were treated with vehicle solution. Each group was treated with 10 mg per kilogram of body weight.

The drug was dissolved in a mixture 1:5:14 of DMSO: PEG400:H$_2$0. (Vehicle solution) and was administered into mice through the tail vein. The animals were warmed under a heat lamp for approximately 20 minutes prior to treatment to dilate their tail vein. Each mouse was placed into a mouse restrainer (Fisher Sci. Cat# 01-288-32A) and was injected with 200 µl of drug in vehicle solution into the dilated tail vein. After drug administration, the animals were euthanized via CO$_2$ inhalation at different timepoints: 5 nm, 30 nm, 2 h, 6 h, 16 h. Animals were immediately bleed after exposure to CO$_2$ via cardiac puncture (1 ml BD syringe+27G ⅝ needle). For oral dosage, the drug was dissolved in a mixture 50:10: 1:989 of DMSO:Carboxymethylcellulose:Tween80:H$_2$0 before oral administration via a feeding syringe.

The serum samples were analyzed to determine the drug's concentration by the HPLC which (Waters 600 pump, Waters 600 controller and Waters 2487 detector) was equipped with an Alltima C18 column (3, 150 mm×4.6 mm). The RD37, RD131, and RD162 compounds were detected at 254 nm wave length and bicalutamide was detected at 270 nm wave length.

The samples for HPLC analysis were prepared according to the following procedure:

Blood cells were separated from serum by centrifugation.

To 400 µl of serum were added 80 µl of a 10 µsolution of an internal standard and 520 µl of acetonitrile. Precipitation occurred.

The mixture was vortexed for 3 minutes and then placed under ultrasound for 30 minutes.

The solid particles were filtered off or were separated by centrifugation.

The filtrate was dried under an argon flow to dryness. The sample was reconstituted to 80 µl with acetonitrile before analyzing by HPLC to determine the drug concentration.

Standard curve of drug was used to improve accuracy.

The concentration of RD162 in plasma as a function of time resulting from intravenous and from oral administration is shown in FIG. 13. The steady state concentration (Css) of bicalutamide, RD131, and RD162 is shown in Table 4. The concentration at steady state of RD162 is essentially as good as that of bicalutamide, and substantially better than RD131.

TABLE 4

| Steady-state concentration of bicalutamide, RD131, and RD162 in mice plasma. | | | | | |
|---|---|---|---|---|---|
| Name | IC50 [nM] | LogP | Css, 10 mg/kg [µM] | Css, 25 mg/kg [µM] | Css, 50 mg/kg [µM] |
| Bic. | 1000 | 2.91 | 10.0 | 11.4 | 11.9 |
| RD131 | 92 | 3.44 | 0.39 | 0.43 | 0.40 |
| RD162 | 122 | 3.20 | 9.9 | 10.7 | 10.2 |

TX 12.0076

US 7,709,517 B2

87

### Ranking of Compounds in Tiers

Tables 5-10 present diarylhydantoin compounds grouped into Tiers 1-6. Table 11 presents diarylhydantoin compounds which have not been placed into a tier. The placement of compounds into tiers was based on available data coupled with analytical judgment. Data considered included in vitro assays (AR response reporter system in LNCaP cell line, PSA level measurement, MTS mitochondrial assay) and in vivo experiments (tumor size measured directly or by emission induced by luciferase reporter gene, pharmacokinetic assays based on blood plasma levels). Not every compound was subjected to each assay. Not all data that was generated is shown. Judgment was applied in ranking compounds relative to each other for their utility in treating prostate cancer, in particular when ranking two compounds for which the same experiments were not performed. Characteristics considered in establishing the ranking include AR antagonism activity, lack of AR agonism in hormone refractory cells, prevention of tumor growth, tumor shrinkage, and pharmacokinetic behavior, with a longer residence time in blood being advantageous.

### Tier 1

Generally, Tier 1 compounds are diarylthiohydantoins with a disubstituted left hand aryl ring that are disubstituted on the right hydantoin carbon, and have either an oxygen or N substituent on the left hydantoin carbon. It is expected that the amido substituent hydrolyzes to an oxygen in aqueous solutions such as encountered in biological systems, in vitro and in vivo. RD100 has good activity with an iodine instead of a $CF_3$ substituent on the left hand aryl ring.

Tier 1 compounds (see Table 5) were judged to be much better than bicalutamide for treating prostate cancer. However, RD37 and RD131 were found to metabolize fast, that is, have a short residence time in blood. RD162 had desirable pharmacokinetics.

FIG. 17 shows that under treatment with bicalutamide, PSA levels for LNCaP cells stayed the same or increased relative to treatment with vehicle solution, whereas under treatment with RD162, PSA levels decreased. FIG. 18 illustrates that under treatment with vehicle solution, tumors continued to increase in size. By contrast, under treatment with RD162 at a dose of 1 mg per kg body weight per day, the rate of tumor increase decreased, and the size of the tumor appeared to be stabilizing after about 17 days. Under treatment with RD162 at a dose of 10 mg per kg body weight per day, tumor size decreased with time. FIG. 19 illustrates that under treatment with RD162 at a dose of 10 mg per kg body weight per day, photon emission associated with luciferase activity decreased. FIG. 20 shows that treatment with RD162 at this dose resulted in a decrease or stabilization of tumor size and a decrease in photon emission associated with luciferase activity.

FIG. 21 shows that under treatment with RD162, RD162', RD162'', RD169, and RD170 at doses of 100, 200, 500, and 1000 nM, PSA levels of LN-AR cells decreased. Moreover, the higher the dose, the lower the PSA level. FIG. 23 presents urogenital tract weight and rate of photon emission associated with luciferase activity initially and after 14 days of treatment with bicalutamide or with RD162 for intact and castrated mice. The weight and rate of photon emission increased for both intact and castrated mice. Treatment of castrated mice with RD162 resulted in a decrease in weight and photon emission with respect to the untreated castrated mice, as did treatment with bicalutamide.

Thus, Tier 1 compounds are particularly advantageous for use as AR antagonists, and as therapeutic agents for hormone

88

refractory prostate cancer. They may be useful to treat other AR related diseases or conditions such as benign prostate hyperplasia, hair loss, and acne. These and related compounds may also be useful as modulators of other nuclear receptors, such as glucocorticoid receptor, estrogen receptor, and peroxisome proliferator-activated receptor, and as therapeutic agents for diseases in which nuclear receptors play a role, such as breast cancer, ovarian cancer, diabetes, cardiac diseases, and metabolism related diseases. They may be useful in assays e.g. as standards, or as intermediates or prodrugs.

TABLE 5

| TIER 1 COMPOUNDS |
| --- |



RD7



RD8



RD10



RD35



RD36



RD37

TX 12.0077

US 7,709,517 B2

89

90

TABLE 5-continued

TABLE 5-continued

TIER 1 COMPOUNDS

TIER 1 COMPOUNDS

RD57



RD58



RD90



RD91



RD92



RD93



RD94



RD95

TX 12.0078

US 7,709,517 B2

91 92

TABLE 5-continued

TIER 1 COMPOUNDS

TABLE 5-continued

TIER 1 COMPOUNDS



RD96

RD97

RD100

RD102

RD119

RD120

RD130

RD131

RD145

RD152

RD153

RD163

RD162

TX 12.0079

US 7,709,517 B2

93

TABLE 5-continued

TIER 1 COMPOUNDS



RD162



RD162"



RD168



RD169



RD170

Tier 2

Tier 2 compounds (see Table 6) were significantly better than bicalutamide for treating prostate cancer, although there were indications that RD54 could act as an agonist. FIG. 3 illustrates that compounds RD145, RD152, RD153, RD162, and RD163 in Tier 1 and Tier 2 dosed at concentrations ranging from 125 nM to 1000 nM acted to reduce luciferase activity in LNCaP-AR cells whereas control solutions of DMSO and of bicalutamide had little or no effect. FIG. 4 illustrates, for example, that at concentrations of 1000 nM, compounds RD37 and RD131, in Tier 1, caused a greater decrease in PSA level of LNCaP-AR cells than RD133, RD134, and RD138 in Tier 2. FIG. 11 presents tumor volume over time, and illustrates that under treatment with bicalutamide or vehicle solution, tumors continued to grow, whereas under treatment with RD162, in Tier 1, tumors decreased in

94

size. FIG. 12 illustrates that photon emission associated with luciferase activity remained about the same or increased under treatment with bicalutamide relative to treatment with vehicle solution, whereas photon emission decreased under treatment with RD162. FIG. 14 illustrates that under treatment with bicalutamide, there was little or no decrease in PSA levels, whereas under treatment with RD131 and RD162, PSA levels decreased. FIG. 15 illustrates that the $IC_{50}$ for RD37, RD131, and RD162, in Tier 1, was much lower than the $IC_{50}$ for bicalutamide.

Generally, Tier 2 compounds are structurally similar to Tier 1 compounds, but with different substituents on the right hand aryl ring. Tier 2 compounds are advantageous for use as AR antagonists, and as therapeutic agents for hormone refractory prostate cancer. They may be useful to treat other AR related diseases or conditions such as benign prostate hyperplasia, hair loss, and acne. These and related compounds may also be useful as modulators of other nuclear receptors, such as estrogen receptor and peroxisome proliferator-activated receptor, and as therapeutic agents for diseases in which nuclear receptors play a role, such as breast cancer, ovarian cancer, diabetes, cardiac diseases, and metabolism related diseases. They may be useful in assays e.g. as standards, or as intermediates or prodrugs.

TABLE 6

TIER 2 COMPOUNDS



RD6



RD13

(comparative)



RD48



RD49

TX 12.0080

US 7,709,517 B2

| 95 | 96 |
|---|---|
| TABLE 6-continued | TABLE 6-continued |
| TIER 2 COMPOUNDS | TIER 2 COMPOUNDS |

RD51

RD53

RD54

RD55

RD63

RD66

RD68

RD71

RD87

RD103

RD110

RD111

RD114

TX 12.0081

US 7,709,517 B2

97

98

TABLE 6-continued

TIER 2 COMPOUNDS

RD116



RD133



RD134



RD138



RD161



**Tier 3**

Tier 3 compounds (see Table 7) were judged to be slightly better than bicalutamide for treating prostate cancer. RD133, RD134, and RD138 (in Tier 2) caused a greater decrease in PSA level of LNCaP-AR cells than RD135 and RD137, in Tier 3. All of these compounds caused a greater decrease in PSA level than bicalutamide.

Other Tier 3 compounds (not shown) were not diarylthiohydantoins, and were comparable in activity to prior art monoarylhydantoin compounds RD2, RD4, and RD5.

Thus, Tier 3 compounds are useful as AR antagonists, and as therapeutic agents for hormone refractory prostate cancer. They may be useful to treat other AR related diseases or conditions such as benign prostate hyperplasia, hair loss, and

acne. These and related compounds may also be useful as modulators of other nuclear receptors, such as estrogen receptor and peroxisome proliferator-activated receptor, and as therapeutic agents for diseases in which nuclear receptors play a role, such as breast cancer, ovarian cancer, diabetes, cardiac diseases, and metabolism related diseases. They may be useful in assays e.g. as standards, or as intermediates or prodrugs.

TABLE 7

TIER 3 COMPOUNDS

RD3



(comparative)

RD4



(comparative)

RD5



(comparative)

RD69



RD127



RD128



TX 12.0082

US 7,709,517 B2

99                                                         100

TABLE 7-continued                          TABLE 8

TIER 3 COMPOUNDS                        TIER 4 COMPOUNDS



Tier 4 compounds (see Table 8) were judged to be no better than bicalutamide for treating prostate cancer. Tier 4 RD 39 and RD40 and Tier 1 RD37, for example, differ only in the substituent on the lower right carbon of the hydantoin ring. The substituents on the right hand aryl ring may also affect activity.

Some Tier 4 compounds (including those shown and others that are not shown) were not diaryl compounds (lacking the right hand aryl ring), were not thiohydantoins, were not disubstituted on the carbon on the lower right hand of the hydantoin ring, and/or had substituents other than oxygen or amido on the lower left hand carbon of the hydantoin ring. This provides evidence of the surprising advantages of diarylthiohydantoins that are disubstituted on the lower right hand carbon of the hydantoin ring and have oxygen or amido on the lower left hand carbon of the hydantoin ring.

Thus, Tier 4 compounds may be useful as AR antagonists, and as therapeutic agents for hormone refractory prostate cancer, at least to the extent that they are comparable to bicalutamide. They may be useful to treat other AR related diseases or conditions such as benign prostate hyperplasia, hair loss, and acne. These and related compounds may also be useful as modulators of other nuclear receptors, such as estrogen receptor and peroxisome proliferator-activated receptor, and as therapeutic agents for diseases in which nuclear receptors play a role, such as breast cancer, ovarian cancer, diabetes, cardiac diseases, and metabolism related diseases. They may be useful in assays e.g. as standards, or as intermediates or prodrugs.

TX 12.0083

US 7,709,517 B2

101 102

TABLE 8-continued

TIER 4 COMPOUNDS



RD26

RD27

RD30

RD31

RD39

RD40

RD44

TABLE 8-continued

TIER 4 COMPOUNDS



RD59

RD60

RD67

RD82

RD83

RD117

RD118

TX 12.0084

US 7,709,517 B2

| 103 | 104 |
|---|---|
| TABLE 8-continued | TABLE 9 |
| TIER 4 COMPOUNDS | TIER 5 COMPOUNDS |

RD148

RD149

RD150

RD151

RD32

RD33

RD65

RD84

RD85

RD155

RD156

**Tier 5**

Tier 5 compounds (see Table 9) were inactive or nearly inactive, and thus, were worse than bicalutamide for treating prostate cancer. The substituents on the right hand aryl ring are important to determining activity.

Some Tier 5 compounds (some of which are shown and some that are not shown) were not diaryl compounds (lacking the right hand aryl ring), were not thiohydantoins, were not disubstituted on the carbon on the lower right hand of the hydantoin ring, and/or had substituents other than oxygen or amido on the lower left hand carbon of the hydantoin ring. This provides evidence of the surprising advantages of diarylthiohydantoins that are disubstituted on the lower right hand carbon of the hydantoin ring and have oxygen or amido on the lower left hand carbon of the hydantoin ring. In particular, the terminal substituent in RD155, RD156, and 158 ($CH_2NR_xR_y$, where $R_{x,y}$=H or methyl) is not seen as contributing to activity in these compounds.

Tier 5 compounds would not be desirable for treatment of prostate cancer or as AR antagonists, although these and related compounds may be useful as modulators of other nuclear receptors, such as estrogen receptor and peroxisome proliferator-activated receptor, and as therapeutic agents for diseases in which nuclear receptors play a role, such as breast cancer, ovarian cancer, diabetes, cardiac diseases, and metabolism related diseases. They may be useful in assays e.g. as standards, or as intermediates or prodrugs.

TX 12.0085

US 7,709,517 B2

105

106

TABLE 9-continued

TABLE 10-continued

TIER 5 COMPOUNDS

TIER 6 COMPOUNDS

RD157

RD158



RD74

(comparative)

RD75

RD76

(comparative)

RD77

Tier 6

Tier 6 compounds (see Table 10) were inactive or nearly inactive, and furthermore were strong agonists, and thus were much worse than bicalutamide for treating prostate cancer. The comparative compounds ranked very poor relative to the inventive compounds. Notably, RD72 had very poor activity, with a chlorine substituent on the left hand aryl ring, whereas RD7, with a trifluoromethane, and RD100, with iodine, ranked in Tier 1. The results for the Tier 6 compounds provide evidence of the surprising advantages of diarylthiohydantoins that are disubstituted on the lower right hand carbon of the hydantoin ring and have oxygen or amido on the lower left hand carbon of the hydantoin ring, and have certain substituents on the left hand aryl ring.

Tier 6 compounds would not be desirable for treatment of prostate cancer or as AR antagonists.

TABLE 10

TIER 6 COMPOUNDS

RD72

RD73

(comparative)

Untiered compounds

For several compounds, there was insufficient experimental data to rank them. These untiered compounds are presented in Table 11.

Based on the data and methods of the invention, and applying judgment based on review of many compounds, including some not shown here, one can make some observations about the untiered compounds. Comparative example RD1 is expected to be in Tier 3 with comparative examples RD3-RD5. RD89 is expected to hydrolyze to RD37 (Tier 1), and should therefore have comparable activity. RD104 is expected to hydrolyze to RD58 (Tier 1), and should therefore have comparable activity. RD105 is expected to hydrolyze to RD8 (Tier 1), and RD139 and RD140 are expected to hydrolyze to RD138 (Tier 2), and they should therefore have comparable activity.

TX 12.0086

US 7,709,517 B2

107

## TABLE 11

### UNTIERED COMPOUNDS

RD1



(comparative)

RD19



RD52



RD79



RD80



RD81



RD89



108

## TABLE 11-continued

### UNTIERED COMPOUNDS

RD104



RD105



RD106



RD115



RD132



RD136

TX 12.0087

US 7,709,517 B2

109

TABLE 11-continued

UNTIERED COMPOUNDS

RD139

RD140

RD141

RD142

RD146

RD147

110

TABLE 11-continued

UNTIERED COMPOUNDS

RD154

In short, novel compounds which show evidence of being far superior to bicalutamide in treating prostate cancer were identified and produced.

Sensitivity of Anti-Cancer Activity of Compounds to Structural Differences

The inventors have determined that what might appear to be a small change in the structure of hydantoin compounds may result in a large change in that compound's performance in treating prostate cancer. For example, RD161 and RD162 differ only by a single fluorine substituent on an aryl ring, and RD162 is in Tier 1, while RD161 is in Tier 2, both being better than bicalutamide for the treatment of prostate cancer, but RD162 being superior. However, RD149, which differs from RD161 only in having an additional carbon atom between the methylcarbamoyl group and the aryl ring, is no better than bicalutamide for the treatment of prostate cancer and is ranked in Tier 4. The effect of RD161, RD162, and RD149 on luciferase activity can be seen in FIG. 24. At a given concentration of compound, the luciferase activity upon exposure to RD161 and RD162 is less than the luciferase activity upon exposure to RD149.

RD9 differs from RD8 only in that an amino group is substituted for a hydroxyl group. However, whereas RD8 is in Tier 1, much better than bicalutamide for the treatment of prostate cancer, RD9 is in Tier 4, no better than bicalutamide. The effect of RD8 and RD9 on luciferase activity in the 1AR cell line can be seen in FIG. 27. For a given dose, the luciferase activity upon exposure to RD8 is less than the luciferase activity upon exposure to RD9. The effect of RD8 and RD9 on luciferase activity in the 4AR cell line can be seen in FIG. 26. For a given dose, the luciferase activity upon exposure to RD8 is less than the luciferase activity upon exposure to RD9. The effect of RD8 and RD9 on PSA levels in the LN/AR cell line can be seen in FIG. 25. For a given dose, the PSA level upon exposure to RD8 is less than the PSA level upon exposure to RD9.

RD130 and RD131 differ from each other only by a methyl substituent on the end of a carbamoyl group and both compounds are ranked in Tier 1, although RD131 has been found to be particularly advantageous. RD129 is the same as RD130, with the exception of a methoxy group being substituted for an amino group. However, RD129 is ranked in Tier 3. RD128 is similar to RD129, but has one less carbon in the chain linking the ester group to the aryl ring; RD128 is ranked in Tier 3. The effect of RD130, RD131, RD128, and RD129 on PSA levels in the LN/AR cell line can be seen in FIG. 28. For a given concentration, the PSA level upon exposure to RD130 and RD131 is less than the PSA level upon exposure to RD128 and RD129.

RD153 and RD155 differ from each other in that the former has a methylcarbamoyl group attached to an aryl ring and a dimethyl substituent attached to the thiohydantoin group,

**TX 12.0088**

US 7,709,517 B2

111

whereas the latter has a methylamino group attached to the right hand aryl ring and a cyclobutyl substituent attached to the thiohydantoin group. Whereas RD153 is in Tier 1, much better than bicalutamide for the treatment of prostate cancer, RD155 is in Tier 5, inactive or nearly inactive in the treatment of prostate cancer. The effect of RD153 and RD155 on luciferase activity in the LN/AR cell-line can be seen in FIG. **29.** For a given concentration, the luciferase activity upon exposure to RD153 is less than the luciferase activity upon exposure to RD155.

RD58 and RD60 differ from each other in the substitution of a thio for an oxo group and a dimethyl substituent for a cyclobutyl substituent. Whereas RD58 is in Tier 1, RD60 is in Tier 4.

Pharmaceutical Compositions and Administration

The compounds of the invention are useful as pharmaceutical compositions prepared with a therapeutically effective amount of a compound of the invention, as defined herein, and a pharmaceutically acceptable carrier or diluent.

The diarylhydantoin compounds of the invention can be formulated as pharmaceutical compositions and administered to a subject in need of treatment, for example a mammal, such as a human patient, in a variety of forms adapted to the chosen route of administration, for example, orally, nasally, intraperitoneally, or parenterally, by intravenous, intramuscular, topical or subcutaneous routes, or by injection into tissue.

Thus, diarylhydantoin compounds of the invention may be systemically administered, e.g., orally, in combination with a pharmaceutically acceptable vehicle such as an inert diluent or an assimilable edible carrier; or by inhalation or insufflation. They may be enclosed in hard or soft shell gelatin capsules, may be compressed into tablets, or may be incorporated directly with the food of the patient's diet. For oral therapeutic administration, the diarylhydantoin compounds may be combined with one or more excipients and used in the form of ingestible tablets, buccal tablets, troches, capsules, elixirs, suspensions, syrups, wafers, and the like. The diarylhydantoin compounds may be combined with a fine inert powdered carrier and inhaled by the subject or insufflated. Such compositions and preparations should contain at least 0.1% diarylhydantoin compounds. The percentage of the compositions and preparations may, of course, be varied and may conveniently be between about 2% to about 60% of the weight of a given unit dosage form. The amount of diarylhydantoin compounds in such therapeutically useful compositions is such that an effective dosage level will be obtained.

The tablets, troches, pills, capsules, and the like may also contain the following: binders such as gum tragacanth, acacia, corn starch or gelatin; excipients such as dicalcium phosphate; a disintegrating agent such as corn starch, potato starch, alginic acid and the like; a lubricant such as magnesium stearate; and a sweetening agent such as sucrose, fructose, lactose or aspartame or a flavoring agent such as peppermint, oil of wintergreen, or cherry flavoring may be added. When the unit dosage form is a capsule, it may contain, in addition to materials of the above type, a liquid carrier, such as a vegetable oil or a polyethylene glycol. Various other materials may be present as coatings or to otherwise modify the physical form of the solid unit dosage form. For instance, tablets, pills, or capsules may be coated with gelatin, wax, shellac or sugar and the like. A syrup or elixir may contain the active compound, sucrose or fructose as a sweetening agent, methyl and propylparabens as preservatives, a dye and flavoring such as cherry or orange flavor. Of course, any material

112

used in preparing any unit dosage form should be pharmaceutically acceptable and substantially non-toxic in the amounts employed. In addition, the diarylhydantoin compounds may be incorporated into sustained-release preparations and devices. For example, the diarylhydantoin compounds may be incorporated into time release capsules, time release tablets, and time release pills.

The diarylhydantoin compounds may also be administered intravenously or intraperitoneally by infusion or injection. Solutions of the diarylhydantoin compounds can be prepared in water, optionally mixed with a nontoxic surfactant. Dispersions can also be prepared in glycerol, liquid polyethylene glycols, triacetin, and mixtures thereof and in oils. Under ordinary conditions of storage and use, these preparations can contain a preservative to prevent the growth of microorganisms.

The pharmaceutical dosage forms suitable for injection or infusion can include sterile aqueous solutions or dispersions or sterile powders comprising the diarylhydantoin compounds which are adapted for the extemporaneous preparation of sterile injectable or infusible solutions or dispersions, optionally encapsulated in liposomes. In all cases, the ultimate dosage form should be sterile, fluid and stable under the conditions of manufacture and storage. The liquid carrier or vehicle can be a solvent or liquid dispersion medium comprising, for example, water, ethanol, a polyol (for example, glycerol, propylene glycol, liquid polyethylene glycols, and the like), vegetable oils, nontoxic glyceryl esters, and suitable mixtures thereof. The proper fluidity can be maintained, for example, by the formation of liposomes, by the maintenance of the required particle size in the case of dispersions or by the use of surfactants. The prevention of the action of microorganisms can be brought about by various antibacterial and antifungal agents, for example, parabens, chlorobutanol, phenol, sorbic acid, thimerosal, and the like. In many cases, it will be preferable to include isotonic agents, for example, sugars, buffers or sodium chloride. Prolonged absorption of the injectable compositions can be brought about by the use in the compositions of agents delaying absorption, for example, aluminum monostearate and gelatin.

Sterile injectable solutions are prepared by incorporating the diarylhydantoin compounds in the required amount in the appropriate solvent with various of the other ingredients enumerated above, as required, followed by filter sterilization. In the case of sterile powders for the preparation of sterile injectable solutions, the preferred methods of preparation are vacuum drying and freeze drying techniques, which yield a powder of the active ingredient plus any additional desired ingredient present in the previously sterile-filtered solutions.

For topical administration, the diarylhydantoin compounds may be applied in pure form. However, it will generally be desirable to administer them to the skin as compositions or formulations, in combination with a dermatologically acceptable carrier, which may be a solid or a liquid.

Useful solid carriers include finely divided solids such as talc, clay, microcrystalline cellulose, silica, alumina and the like. Other solid carriers include nontoxic polymeric nanoparticles or microparticles. Useful liquid carriers include water, alcohols or glycols or water/alcohol/glycol blends, in which the diarylhydantoin compounds can be dissolved or dispersed at effective levels, optionally with the aid of nontoxic surfactants. Adjuvants such as fragrances and additional antimicrobial agents can be added to optimize the properties for a given use. The resultant liquid compositions can be applied from absorbent pads, used to impregnate bandages and other dressings, or sprayed onto the affected area using pump-type or aerosol sprayers.

TX 12.0089

US 7,709,517 B2

113

Thickeners such as synthetic polymers, fatty acids, fatty acid salts and esters, fatty alcohols, modified celluloses or modified mineral materials can also be employed with liquid carriers to form spreadable pastes, gels, ointments, soaps, and the like, for application directly to the skin of the user.

Examples of useful dermatological compositions which can be used to deliver the diarylhydantoin compounds to the skin are known to the art; for example, see Jacquet et al. (U.S. Pat. No. 4,608,392), Geria (U.S. Pat. No. 4,992,478), Smith et al. (U.S. Pat. No. 4,559,157) and Wortzman (U.S. Pat. No. 4,820,508), all of which are hereby incorporated by reference.

Useful dosages of the compounds of formula I can be determined by comparing their in vitro activity, and in vivo activity in animal models. Methods for the extrapolation of effective dosages in mice, and other animals, to humans are known to the art; for example, see U.S. Pat. No. 4,938,949, which is hereby incorporated by reference.

For example, the concentration of the diarylhydantoin compounds in a liquid composition, such as a lotion, can be from about 0.1-25% by weight, or from about 0.5-10% by weight. The concentration in a semi-solid or solid composition such as a gel or a powder can be about 0.1-5% by weight, or about 0.5-2.5% by weight.

The amount of the diarylhydantoin compounds required for use in treatment will vary not only with the particular salt selected but also with the route of administration, the nature of the condition being treated and the age and condition of the patient and will be ultimately at the discretion of the attendant physician or clinician.

Effective dosages and routes of administration of agents of the invention are conventional. The exact amount (effective dose) of the agent will vary from subject to subject, depending on, for example, the species, age, weight and general or clinical condition of the subject, the severity or mechanism of any disorder being treated, the particular agent or vehicle used, the method and scheduling of administration, and the like. A therapeutically effective dose can be determined empirically, by conventional procedures known to those of skill in the art. See, e.g., *The Pharmacological Basis of Therapeutics*, Goodman and Gilman, eds., Macmillan Publishing Co., New York. For example, an effective dose can be estimated initially either in cell culture assays or in suitable animal models. The animal model may also be used to determine the appropriate concentration ranges and routes of administration. Such information can then be used to determine useful doses and routes for administration in humans. A therapeutic dose can also be selected by analogy to dosages for comparable therapeutic agents.

The particular mode of administration and the dosage regimen will be selected by the attending clinician, taking into account the particulars of the case (e.g., the subject, the disease, the disease state involved, and whether the treatment is prophylactic). Treatment may involve daily or multi-daily doses of compound(s) over a period of a few days to months, or even years.

In general, however, a suitable dose will be in the range of from about 0.001 to about 100 mg/kg, e.g., from about 0.01 to about 100 mg/kg of body weight per day, such as above about 0.1 mg per kilogram, or in a range of from about 1 to about 10 mg per kilogram body weight of the recipient per day. For example, a suitable dose may be about 1 mg/kg, 10 mg/kg, or 50 mg/kg of body weight per day.

The diarylhydantoin compounds are conveniently administered in unit dosage form; for example, containing 0.05 to 10000 mg, 0.5 to 10000 mg, 5 to 1000 mg, or about 100 mg of active ingredient per unit dosage form.

114

The diarylhydantoin compounds can be administered to achieve peak plasma concentrations of, for example, from about 0.5 to about 75 μM, about 1 to 50 μM, about 2 to about 30 μM, or about 5 to about 25 μM. Exemplary desirable plasma concentrations include at least or no more than 0.25, 0.5, 1, 5, 10, 25, 50, 75, 100 or 200 μM. For example, plasma levels may be from about 1 to 100 micromolar or from about 10 to about 25 micromolar. This may be achieved, for example, by the intravenous injection of a 0.05 to 5% solution of the diarylhydantoin compounds, optionally in saline, or orally administered as a bolus containing about 1-100 mg of the diarylhydantoin compounds. Desirable blood levels may be maintained by continuous infusion to provide about 0.00005-5 mg per kg body weight per hour, for example at least or no more than 0.00005, 0.0005, 0.005, 0.05, 0.5, or 5 mg/kg/hr. Alternatively, such levels can be obtained by intermittent infusions containing about 0.0002-20 mg per kg body weight, for example, at least or no more than 0.0002, 0.002, 0.02, 0.2, 2, 20, or 50 mg of the diarylhydantoin compounds per kg of body weight.

The diarylhydantoin compounds may conveniently be presented in a single dose or as divided doses administered at appropriate intervals, for example, as two, three, four or more sub-doses per day. The sub-dose itself may be further divided, e.g., into a number of discrete loosely spaced administrations; such as multiple inhalations from an insufflator.

A number of the above-identified compounds exhibit little or no agonistic activities with respect to hormone refractory prostate cancer cells. Because these compounds are strong AR inhibitors, they can be used not only in treating prostate cancer, but also in treating other AR related diseases or conditions such as benign prostate hyperplasia, hair loss, and acne. Because AR belongs to the family of nuclear receptors, these compounds may serve as scaffolds for drug synthesis targeting other nuclear receptors, such as estrogen receptor and peroxisome proliferator-activated receptor. Therefore, they may be further developed for other diseases such as breast cancer, ovarian cancer, diabetes, cardiac diseases, and metabolism related diseases, in which nuclear receptors play a role.

The embodiments illustrated and discussed in this specification are intended only to teach those skilled in the art the best way known to the inventors to make and use the invention. Nothing in this specification should be considered as limiting the scope of the present invention. All examples presented are representative and non-limiting. The above-described embodiments of the invention may be modified or varied, without departing from the invention, as appreciated by those skilled in the art in light of the above teachings. It is therefore to be understood that, within the scope of the claims and their equivalents, the invention may be practiced otherwise than as specifically described.

The invention claimed is:

1. A compound selected from the group consisting of

US 7,709,517 B2

115

116

-continued



, and



**2.** The compound of claim **1** having the formula

[RD162]



**3.** The compound of claim **1**, having the formula

[RD162']



**4.** The compound of claim **1**, having the formula

[RD162"]



**5.** A pharmaceutical composition comprising a therapeutically effective amount of a compound according to claim **2**, or a pharmaceutically acceptable salt thereof, and a pharmaceutically acceptable carrier or diluent.

**6.** A pharmaceutical composition comprising a therapeutically effective amount of a compound according to claim **3**, or a pharmaceutically acceptable salt thereof, and a pharmaceutically acceptable carrier or diluent.

**7.** A pharmaceutical composition comprising a therapeutically effective amount of a compound according to claim **4**, or a pharmaceutically acceptable salt thereof, and a pharmaceutically acceptable carrier or diluent.

**8.** A pharmaceutical acceptable salt of a compound according to claim **1**.

**9.** A pharmaceutical composition comprising a therapeutically effective amount of a compound according to claim **1**, or a pharmaceutically acceptable salt of a compound of claim **1**, and a pharmaceutically acceptable carrier or diluent.

**10.** A pharmaceutical composition according to claim **9**, wherein the compound is dissolved.

**11.** A pharmaceutical composition according to claim **9**, comprising a solvent.

**12.** A pharmaceutical composition according to claim **9** comprising one or more of dimethylsulfoxide (DSMO), polyethylene glycol (PEG), and water.

**13.** A pharmaceutical composition according to claim **9**, dimethylsulfoxide (DSMO), polyethylene glycol (PEG), and water.

* * * * *

TX 12.0091

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.          : 7,709,517 B2                                    Page 1 of 2
APPLICATION NO. : 11/433829
DATED                  : May 4, 2010
INVENTOR(S)       : Sawyers et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Title Page item 75

In the Inventors:

Delete "Derek Welsbie, Northridge, CA (US)"

Delete "Dongwon Yoo, Los Angeles, CA (US)"

Item 56

In the References Cited: FOREIGN PATENT DOCUMENTS:

On page 2, left column, 2nd citation from top of column, replace "EP 033123 A2"
with --EP 0331232 A2--

On page 2, left column, 14th citation from top of column,
replace "FR 2 845 348 A1 10/2002" with --FR 2 845 384 A1 4/2004--

In the References Cited: OTHER PUBLICATIONS:

On page 2, left column, 17th citation from top of section (leading with "Jones, *Genetics*..."),
replace "85:12" with --85:23--

On page 4, right column, 22nd citation from top of column (leading with
"Szelei, Androgen-Induced ..."), replace "1999" with --1997--

In the Claims:

Claim 12 should be corrected to the following:

12. A pharmaceutical composition according to claim 9, comprising one or more of
dimethylsulfoxide (DSMO) DMSO, polyethylene glycol (PEG), and water.

Signed and Sealed this

Sixteenth Day of November, 2010

David J. Kappos
*Director of the United States Patent and Trademark Office*

**CERTIFICATE OF CORRECTION (continued)**                    Page 2 of 2
**U.S. Pat. No. 7,709,517 B2**

Claim 13 should be corrected to the following:

13. A pharmaceutical composition according to claim 9, <u>comprising</u> dimethylsulfoxide (~~DSMO~~) <u>(DMSO)</u>, polyethylene glycol (PEG), and water.

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.      : 7,709,517 B2                                    Page 1 of 2
APPLICATION NO. : 11/433829
DATED           : May 4, 2010
INVENTOR(S)     : Sawyers et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Title Page item 75

In the Inventors:

Delete "Derek Welsbie, Northridge, CA (US)"

Delete "Dongwon Yoo, Los Angeles, CA (US)"

Item 56

In the References Cited: FOREIGN PATENT DOCUMENTS:

On page 2, left column, 2nd citation from top of column, replace "EP 033123 A2"
with --EP 0331232 A2--

On page 2, left column, 14th citation from top of column,
replace "FR 2 845 348 A1 10/2002" with --FR 2 845 384 A1 4/2004--

In the References Cited: OTHER PUBLICATIONS:

On page 2, left column, 17th citation from top of section (leading with "Jones, *Genetics*..."),
replace "85:12" with --85:23--

On page 4, right column, 22nd citation from top of column (leading with
"Szelei, Androgen-Induced ..."), replace "1999" with --1997--

In the Claims:

Column 116, lines 41-43,

Claim 12 should be corrected to the following:

12. A pharmaceutical composition according to claim 9, comprising one or more of
dimethylsulfoxide (DSMO) DMSO, polyethylene glycol (PEG), and water.

This certificate supersedes the Certificate of Correction issued November 16, 2010.

Signed and Sealed this

Twenty-first Day of December, 2010

David J. Kappos
*Director of the United States Patent and Trademark Office*

**TX 12.0094**

**CERTIFICATE OF CORRECTION (continued)**                     Page 2 of 2
**U.S. Pat. No. 7,709,517 B2**

Column 116, lines 44-46,

Claim 13 should be corrected to the following:

13. A pharmaceutical composition according to claim 9, <u>comprising</u>
dimethylsulfoxide (DSMO) (DMSO), polyethylene glycol (PEG), and water.

UNITED STATES PATENT AND TRADEMARK OFFICE

## CERTIFICATE OF CORRECTION

PATENT NO.         : 7,709,517 B2                                      Page 1 of 1
APPLICATION NO.   : 11/433829
DATED               : May 4, 2010
INVENTOR(S)        : Charles L. Sawyers et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

On the Title Page:

The first or sole Notice should read --

Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b)
by 455 days.

Signed and Sealed this
Nineteenth Day of April, 2011

David J. Kappos
*Director of the United States Patent and Trademark Office*

**TX 12.0096**

**UNIVERSITY OF CALIFORNIA, LOS ANGELES**                                    **UCLA**

BERKELEY • DAVIS • IRVINE • LOS ANGELES • MERCED • RIVERSIDE • SAN DIEGO • SAN FRANCISCO          SANTA BARBARA • SANTA CRUZ

DEPARTMENT OF CHEMISTRY AND BIOCHEMISTRY
607 CHARLES E. YOUNG DRIVE, EAST
P.O. BOX 951569
LOS ANGELES, CALIFORNIA 90095-1569

November 15, 2005

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
18-cv-02015-R-KS
CASE NO.
Dequu Chen, Ph.D.,
Michael E. Jung, Ph.D., et al.
VS.
PLAINTIFF'S EXHIBIT    **13**
DATE_____IDN.
DATE_____EVID.
BY_____
DeputyClerk

To Whom it May Concern

Re: **A51** invention

I, the undersigned, Samedy Ouk, am currently a postdoctoral associate with Professor Michael E. Jung at the University of California at Los Angeles since January 2003.

This letter concerns a small molecule, named **A51**, which I designed and synthesized in Jung's lab to be evaluated for its biological activity as an androgen receptor modulator in the lab of Professor Charles L. Sawyers.

My work at UCLA is under the joint mentorship of Professors Jung and Sawyers. I collaborated intimately with Dr. Charlie Chen and Mr. Derek Welsbie who worked in the Sawyers lab. The objective of our work was to develop a new drug for the treatment of advanced prostate cancer. In my position as a medicinal chemist, I designed various small molecules under the direction of Professor Jung and in discussion with Dr. Chen and Mr. Welsbie. I synthesized these compounds in the Jung lab while Dr. Chen and Mr. Welsbie tested their biological activities in the Sawyers lab.

Our work yielded two patent applications: US patent application serial No. 60/547,101 and US patent application UC case No. 2005-438. In 2004, we hoped to start a company based on the results obtained in our labs.

Here is the general structure of the compounds in these two patents:



RD series

Mr. Welsbie graduated in summer 2004 and left the Sawyers group. Therefore, Dr. Chen became my sole collaborator in the Sawyers lab. Our work on prostate cancer has been continuing.

EXHIBIT
74  5·14·12
Ouk

DEPOSITION
EXHIBIT
13

UC00003531

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ATTORNEY'S EYES ONLY

**Jung Ex.0074-001**
UC-CVJ00000139

**TX 13.0001**

Around late summer 2004, in a meeting in Dr Jung's office among myself, Dr. Chen and Professors Jung and Sawyers where the topic was the design of other original molecules, I suggested three ideas:

1. Synthesize thiohydantoin imines of the RD series.
2. Synthesize biarylthiohydantoin with a cyclopentene unit in place of $R_1$ and $R_2$. I had suggested using a Grubbs ring closing metathesis to synthesis this molecule and I drew the following scheme on the white board.



3. I suggested replacing the first aryl ring with a heterocyclic ring.

I started the thiohydantoin imine synthesis on September 27, 2004 (notebook 4, page 207). The result was incorporated into the second patent.
I did not try the second idea fearing a facile metabolic oxidation of the double bond of the cyclopentene ring.

I started to focus on the synthesis of the heterocyclic ring on October 18, 2004 (Notebook 4, page 239). Two heterocyclic units were investigated: pyridine and pyrrole. I tried to build up the two building blocks: 5-amino-3-trifluoromethylpyridine-2-carbonitrile and 5-amino-2-trifluoromethyl-1$H$-pyrrole-3-carbonitrile. I succeeded in the synthesis of the 5-amino-3-trifluoromethylpyridine-2-carbonitrile but failed to obtain the 5-amino-2-trifluoromethyl-1$H$-pyrrole-3-carbonitrile.

I finished the synthesis of my final target containing a pyridine ring, designated **A51**, on January 23, 2005 (notebook 5, page 103-104). I gave this compound to Dr. Chen for biological testing at this time.



**A51**

One day in February 2005, I met Dr. Chen to obtain the biological results for **A51**. However, he did not reveal its activity to me as he usually did. Instead, he asked me to take the following actions:
- to keep our discussion that day confidential.
- to leave UCLA and to work for his company. He would pay me ether by salary or with shares of his company at my choice.

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ATTORNEY'S EYES ONLY

UC00003532

Jung Ex.0074-002
UC-CVJ00000140

TX 13.0002

- to destroy my notebook and to do whatever to prove that **A51** was not conceived and made at UCLA.

I promptly called my former PhD advisor, Professor Elisabeth Borredon, head of the chemistry department at ENSIACET and director of the Laboratoire de Chimie Agro-industrielle in Toulouse, France. She advised me to be very careful with my career.

A week later, I told Dr. Chen firmly that I did not want to do what he asked. He was very angry as one could imagine. He told me that the project was over, that I did not need to make any more compounds, and that he would not test any other compounds. A few days later he had calmed down and asked me "not to kill him" and our relationship became normal again.

A week later, I told this story about the notebook to Mr. John Nicoll while we were on a ski trip to Big Bear. John is a colleague of Dr. Chen and was introduced to me by him. He has become a friend of mind. I knew him enough to feel comfortable revealing such a confidential matter.

However, I did not reveal this issue promptly to Professors Jung and Sawyers. Here are the reasons for not doing so:
1) I believed that Dr. Chen was disappointed by the fact that we had decided not to create our own company to further develop this molecule so he just made a foolish suggestion. I believed that he would have changed his mind later on and then we would reveal the synthesis and the activity of **A51**.
2) He suggested testing our RD molecules again. In exchange, he requested me to forget about the notebook story and not to tell it to anyone. At that time, we had poor preliminary pharmacokinetic (PK) data for **RD37** and I believed that the PK problem could only be solved with new compounds. Therefore, I urgently needed our new compounds be tested. So I agreed with him that if he continued to test our RD compounds, I would not mention his request to have my notebook destroyed.
3- If I told Professors Jung and Sawyers promptly that Dr. Chen wanted me to destroy my notebook, would they have believed me? What would happen if Dr. Chen denied the story and returned the accusation against me? Dr. Chen was an adjunct assistant professor and was well-established in the Sawyers lab for six years while I had just finished my second year as a postdoctoral research associate in the Jung lab. My relationship with Professor Jung was still "cold" and my relationship with Professor Sawyers was still "superficial" while Dr. Chen seemed to enjoy the full support of Professor Sawyers. To that date, he was a successful and respectable scientist. I did not have any other evidence beside his words. Thus, if they did not believe me but rather Dr. Chen, I was worried that my career as a scientist was finished.

From this point of view, I kept silent, waited and focused on solving scientific problems. On the one hand, I was working to try to bring Dr. Chen back to reason so that we could reveal the synthesis and the activity of **A51** if it was active. On the other hand, I started my collaboration with two technicians in the Sawyers lab, Mr. Chris Tran and Mr. John Wongvipat, in addition to Dr. Chen. Thus, I could work more independently from Dr. Chen.

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ATTORNEY'S EYES ONLY

UC00003533

Jung Ex.0074-003
UC-CVJ00000141

**TX 13.0003**

From February to October 2005, our **A51** project was on hold for the following reasons.

1) I did not have the data on its biological activity.

2) I avoided any confrontation with Dr. Chen who was then still my collaborator.

3) I was very busy trying to understand the pharmacokinetic properties and metabolism of the RD compounds. This understanding and the strong technical and intellectual support from Mr. Chris Tran and Mr. John Wongvipat led to the design of **RD162** which became the best compound in the RD series.

4) The synthesis route to **A51** is dangerous and low-yielding. I used tetraalkylammonium nitrate and trifluoroacetic anhydride to nitrate the pyridine intermediate. When I tried to optimize this reaction, our microwave reactor exploded.

Why did I reveal this issue to Professors Jung and Sawyers, on Saturday November 5, 2005? Dr. Chen resigned from the Sawyers lab in September 2005. Later on, we discovered that he had ordered some organic chemicals presumably to make analogues in the RD series. These chemicals were not ordered for me and were not delivered to me. After that revelation, Mr. John Nicoll and I decided to tell Professor Sawyers as soon as possible. Although I agreed with John, I wanted to wait for a meeting where Professors Jung and Sawyers and I could meet together. While waiting for such occasion, I met face-to-face with Professor Sawyers for the first time since Dr. Chen left at the 12th Prostate Cancer Foundation retreat in Scottsdale, Arizona (September 30, 2005). He questioned me about the accuracy of the data concerning **RD54**. I answered his question and, in addition, I told him about Dr. Chen's intention to have my notebook destroyed. Unfortunately, we did not have enough time to discuss this issue in detail because Professor Sawyers had to catch his plane. When I came back from Scottsdale, I informed Professor Jung about the **RD54** data but I did not go into the notebook story. I still wanted to wait for a joint meeting.

On October 17, 2005, I searched for the NMR spectra of **A51** to write down in my final report but I did not find them. I suspected that Dr. Chen took them. It should be noted that Dr. Chen used to come to my lab often bringing some compounds or dropping serum samples for analysis, so my colleagues knew him very well. They always opened the door for him. Sometimes they saw him looking through my notebook while I was absent.

At this point, I had more evidence to prove the bad intention of Dr. Chen; namely the unusual chemical order, the **RD54** data and the loss of the A51 spectra. So, I could not wait any longer for a meeting to reveal this issue.

I started drafting a letter to Professors Jung and Sawyers on October 17, 2005. I went to Boston for a private trip on October 19. When I came back from Boston on October 25, Professor Sawyers was in France until November 5. I sent my e-mail to Professor Sawyers and Jung on November 5 and 6 respectively. I began again the synthesis of **A51** on October 28, 2005 (notebook 6, page 165) in order to produce more material to test its biological activity.

I met with Professor Jung on November 7. In our discussion, I strongly defended my ethic. I met Professor Jung again and Professor Sawyers on November 8 to explain the situation and I offered them my resignation (I would not only resign from the Jung lab but also from being a scientist), if they thought that my ethic was a problem.

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ATTORNEY'S EYES ONLY

UC00003534

**Jung Ex.0074-004**
UC-CVJ00000142

**TX 13.0004**

This notebook issue occurred when I was inexperienced in such matters. This problem came up at the time when we almost abandoned the project because our early drug candidates did not have an appropriate stability in plasma. Instead of revealing Dr. Chen's ethic problem promptly, I chose to work on the science first and to accumulate evidence. If I had denounced Dr. Chen in February, what would have happened to this project? If Dr. Chen had denied my charges, would I have been fired instead of Dr. Chen? If I had been fired because Dr. Chen had turned the same accusation against me, I would have been fired as an unethical person. Did I have the right to be careful when I had to make a statement that put my career or the careers of other people in danger? In such a situation one might have different idea of how to handle it.

Sincerely,

Dr. Samedy Ouk

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ATTORNEY'S EYES ONLY

UC00003535

**Jung Ex.0074-005**
UC-CVJ00000143

**TX 13.0005**



U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA

CASE NO. 18-cv-02015-R-KS

Degui Chen, Ph.D.,

VS.

Michael E. Jung, Ph.D., et al.

PLAINTIFF'S EXHIBIT 14

DATE ____ IDEN.

DATE ____ EVID.

BY ____ DeputyClerk

PENGAD 800-631-6989

DEPOSITION EXHIBIT 14

TX 14.0001

## ACKNOWLEDGEMENTS

This research was funded by the NIH through the UCLA-SPORE program and the Prostate Cancer Foundation. It was carried out jointly in the Jung lab and the Sawyers lab at UCLA.

I would like to thank Professor Michael Jung for the opportunity to work in his lab. I would like to thank both Professors Michael Jung and Charles Sawyers for their great mentorship, their guidance and for their patience. Beside chemistry and drug development processes that I learned from Professor Jung, I have developed a sense of humor, enthusiasm and la joie-de-vie form him. Throughout our meetings, I got the lessons of drug development, communication, leadership and mechanism of thinking from Professor Charles Sawyers. I express my gratitude to both of them.

I would like to thank Derek who first taught me the biology of the androgen receptor. His lessons led to the results that are described in this report. I would like to thank Charlie whose contribution was enormous. He constantly put me in the thinking position to refine out drug candidate and his contribution in assay development made this research possible.

I thank John and Chris with whom I collaborated closely to yield that last part of this report. Their effectiveness was the route leading to **RD162**.

I express my gratitude to Dr. Claire Wake with whom I have a chance to work in the intellectual property area.

At the same time, playing in Jung lab and walking around Sawyers lab provided me the chance to meet good friends, great allies and inspirational figures. I express my gratitude to all my colleagues whom I met. I want to remember Doris, Raphael, Hiufung, John N., Jeff, Andreas, Sun-Joon, Ramin, Collin, Lukaz, Jeremy, and Damian with whom I shared jokes, lunch, dinner and beers. I almost forget my brother who paid my rent when the money became rare.

**CONFIDENTIAL INFORMATION of The Regents of the University of California**

3

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

UC00036168

ATTORNEYS' EYES ONLY

UC-CVJ00014742

**TX 17.0003**

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA

18-cv-02015-R-KS

CASE NO.

Degui Chen, Ph.D.,

Michael E. Jung, Ph.D., et al.

VS.

PLAINTIFF'S EXHIBIT    **18**

DATE_____IDEN.

DATE_____EVID.

BY_____
DeputyClerk

**To:**    CSawyers@mednet.ucla.edu[CSawyers@mednet.ucla.edu]
**From:**  Samedy Ouk
**Sent:**  Sat 11/5/2005 11:42:10 PM
**Subject:**  Please read the attached file
A51 story.doc

Dear Professor,
I am writing to inform you an unsusal matter that happened in February in
our reseach. Please read the attached file.
Samedy

--

Samedy Ouk, Ph.D.
University of California, Los Angeles
Department of Chemistry and Biochemistry
607 Charles E. Young Drive East
Los Angeles, CA 90095-1569
---------------------------------
IMPORTANT WARNING: This email (and any attachments) is only intended for
the use of the person or entity to which it is addressed, and may contain
information that is privileged and confidential. You, the recipient, are
obligated to maintain it in a safe, secure and confidential manner.
Unauthorized redisclosure or failure to maintain confidentiality may subject
you to federal and state penalties. If you are not the intended recipient,
please immediately notify us by return email, and delete this message from
your computer.





HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER    SAWYERS00022385

**Medivation's Exhibit 157-0001**

ATTORNEY'S EYES ONLY    UC-CVJ00000194

**TX 18.0001**

I am writing to inform you that we had made one compound which was now named **A51**. This compound was designed to be original yet simple (I will detail how it was designed below). I mentioned briefly about this compound in our discussion in Scottsdale.

The biological data of **A51** had been tested but Charlie did not reveal its activity to me as usual. Instead he asked me to do the following action:

-to leave UCLA and to work for his company.

-to destroy the notebook and do whatever to prove that **A51** was not conceived at UCLA.

-Later on, he claimed that **A51** had no activity.

I did not reveal this issue promptly for the following reason:

-I believed that he was disappointed by the fact that we decided not to create our own company so he just make a shelly suggestion. He could change his mind later on.

-He told me that he would stop testing my compounds. At that time, we had a preliminary RD37's PK data which is bad. And at the same time, I believed that the PK problem will be solved and I was working toward **RD162**. So, I agreed with him that if he continued to test our RD compounds and if he declared to me that **A51** was not active I would never mention about **A51** again.

-I doubted that I might not be credible when I made such comment about Charlie at that time.

Why do I tell you now?

As you can see **RD162** have a tremendous effect on tumor in vivo. So **RD162** or the likes are one step closer to be a drug.

I believe that Charlie came to my lab when I was absent and took my NMR spectra concerning **A51** preparation (I did not found them any more in my file classifier). If I kept silence, I might be blamed in the future in any IP dispute.

It would be very dangerous not to tell you about **A51** because if **A51** turned to be as active as **RD37**. So there is a big chance that by combining the idea of **A51** and **RD162**, one could easily make a compound that would be as good as **RD162** but completely out of Roussel Uclaf patents and our patents.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

SAWYERS00022386

**Medivation's Exhibit 157-0002**

ATTORNEY'S EYES ONLY

UC-CVJ00000195

**TX 18.0002**

Let me described the structure and how **A51** was designed.



**A51**

I noticed that RU patents did only cover benzene ring on the position 3 of thiohydantoins
(right hand side in this figure). They covered every thing generically but that part. So a
changing for a benzene ring to a heterocyclic ring makes a big difference, thus
patentable. At that time, we had referred to **RD37** as our standard. Therefore, I designed
**A51**. There are no doubt that **A51** have the same size and shape of **RD37**. The reason that
**A51** might be bad is because electron pair on nitrogen could modify the electronic
landscape of this ring and jeopardizes its binding ability. But I believed that with the two
strong electron withdrawal groups (CF3 and CN) adjacent to it and in such conjugated
system, the effect of the electron pair would not be strong so that nitrogen would behave
just like CH. The polarity comparison proves that I was right because **A51** is not strongly
polar than **RD37**.

If **A51** is good, one could imagine making a compound such as



or the like (see another attached file, I also detail the synthesis of **A51**)

This class of molecule would be out of the coverage of any patents (ours and RU
patents). And they could be a drug too.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                    SAWYERS00022387

**Medivation's Exhibit 157-0003**

ATTORNEY'S EYES ONLY                                                UC-CVJ00000196

**TX 18.0003**

Since I am not sure what Charlie will do with **A51**, I prefer to have your decision on what
we want to do.

You can discuss with Pr Jung. He didn't know about **A51** yet. This **A51** is not the same
as the class of the original compound that we just patent.

I am looking to your decision on this matter. Thanks.


Samedy

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

SAWYERS00022388

**Medivation's Exhibit 157-0004**

ATTORNEY'S EYES ONLY

UC-CVJ00000197

**TX 18.0004**

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA

18-cv-02015-R-KS

CASE NO.

Degui Chen, Ph.D.,

Michael E. Jung, Ph.D., et al.

VS.

PLAINTIFF'S EXHIBIT    **19**

DATE_____IDEN.

DATE_____EVID.

BY_____

DeputyClerk

**Subject:**  Re: Letter
**From:**  "Michael Jung" <jung@chem.ucla.edu>
**Received(Date):**  Mon, 14 Nov 2005 18:35:57 -0800
**To:**  "Samedy Ouk" <souk@chem.ucla.edu>

Dear Samedy,

    I have made several minor corrections to your letter and want
to show them to you. I also want very much to learn about the
activity of A51 and A52. So please come by my office tomorrow morning
(perhaps at about 9:50 am since I teach at 10 am).

                  Mike


>Dear Professor,
>Please help correct my letter.
>Also, I got A51 and its flurine analog, name A52. They will be tested on
>Monday.
>Thanks,
>Samedy
>
>--
>Samedy Ouk, Ph.D.
>University of California, Los Angeles
>Department of Chemistry and Biochemistry
>607 Charles E. Young Drive East
>Los Angeles, CA 90095-1569
>--------------------------------
>
>Attachment converted: Macintosh HD:Re A51 invention.doc (WDBN/MSWD) (000BDC1A)



DEPOSITION
EXHIBIT

ATTORNEY'S EYES ONLY

UC-CVJ00001597

**TX 19.0001**

DEPOSITION
EXHIBIT
28

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
18-cv-02015-R-KS
CASE NO.
Degui Chen, Ph.D.,
Michael E. Jung, Ph.D., et al.
VS.
PLAINTIFF'S EXHIBIT    28
DATE_____IDEN.
DATE_____EVID.
BY_____
DeputyClerk

Samedy,

Here is a summary of the new compounds that we want to make that come from our recent discussion:



(A)        (B)        (C)

(D)    + maybe  (E)  and  (F)

The 1st four should be much more polar (they have lower clog p) + could have additional binding interactions since there is a H₂O molecule in the binding site (additional H-bonding). (F) is less polar than the others.

Also All of these are new chemical entities and are completely outside any known

patents + so these series would have better IP than the RB series. As far as I can tell, no one has published any data on compd s like this with heteroaryl groups on the LHS of the molecule. Let's make this new series!

The amine for (A) is known in a BMS patent (Solvate, an ex-UCLA'er) while the amines for (B-F) are not known. I like (E) + (F) less well + so let's start on (A - D).

Mike

ATTORNEY'S EYES ONLY

UC-CVJ00001357

TX 28.0002

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
18-cv-02015-R-KS
CASE NO.
Degui Chen, Ph.D.,
Michael E. Jung, Ph.D., et al.
VS.
PLAINTIFF'S EXHIBIT    38
DATE _____ IDEN.
DATE _____ EVID.
BY _____
DeputyClerk

**To:**      Sawyers, Charles, M.D.[CSawyers@mednet.ucla.edu]
**From:**    Michael Jung
**Sent:**    Sat 7/30/2005 7:11:19 PM
**Subject:** RE: Let's write a grant!

Dear Charles.

Yes, I agree that we should sit and talk about all this soon.
RD-162 looks very promising and David will obviously do the necessary
testing to see if it really is as good as we hope. Charlie is too
negative about the new series since we have made one compound and
have not tried to do any modification to increase solubility, etc. He
was completely unenthusiastic about the new series and it took us
forever to get him to test it. I'm not sure why since this is the
first compound that we would completely own with no hesitancy about
IP issues, etc. If we had gotten this first, we would probably have
never gone forward with the RD series but rather spent the last 12
months improving the properties of this group. he may ultimately
prove to be right and we know nothing on the toxicity and metabolic
properties but - for a medicinal chemist, at least - this is
extremely encouraging news, namely the first compound of a new series
designed to mimic another active series actually turns out to be just
about as active as some of the best we've ever made! Well, Samedy and
I are jazzed at least!

See you Tuesday chez toi!

Mike

>Dear Mike,
>Let's try to talk about all this on Tuesday after the meeting with David.
>Yesterday Charlie told me the same thing about RD-162. I asked him to pull
>together a group meeting soon to review all the data.  He seemed a bit less
>enthusiastic about the new series due to concerns about solubility but I
>didn't have time to get into the details.  He also let me know that he is
>seriously considering taking a job in China that would start this Sept.  I
>think this is a great opportunity for him and the timing works for
>completing the RD series project and getting a paper out this fall.  Bottom
>line: lots to talk about!
>Charles
>
>-----Original Message-----
>From: Michael Jung [mailto:jung@chem.ucla.edu]
>Sent: Friday, July 29, 2005 6:39 PM
>To: Sawyers, Charles, M.D.
>Subject: Let's write a grant!
>
>
>Dear Charles,
>
>     David called today and asked me whether Samedy could make
>some additional material for him. I don't mind doing a little of this
>but he needs 3 g of several compounds and at some point I'm going to



PLAINTIFF'S
EXHIBIT
38
12-11-18

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

SAWYERS00022932

**Medivation's Exhibit 111-0001**

ATTORNEY'S EYES ONLY

UC-CVJ00009180

**TX 38.0001**

>need to have some additional funding to do this additional research.
>But so far, we'll keep doing it since it will help move the compounds
>forward faster. Samedy's fluoro substituted compound (RD-162) has
>great PK and may ultimately be the best of this series.
>
>       I am writing also to see if we can get together and talk
>about writing a grant to the NIH for additional funding. Samedy is
>going to leave soon and his SPORE grant ends at the end of the year
>in any event. I don't really have any additional grant support to
>continue this work and I think we should continue looking at further
>antagonists (totally different series, the random screen hits, etc.).
>Can we talk seriously about planning for an assault on the NIH for
>money?
>
>       See you in your office Tuesday at 10 am.
>
>                                        Mike
>
>------------------------------------------------
>IMPORTANT WARNING:  This email (and any attachments) is only
>intended for the use of the person or entity to which it is
>addressed, and may contain information that is privileged and
>confidential.  You, the recipient, are obligated to maintain it in a
>safe, secure and confidential manner.  Unauthorized redisclosure or
>failure to maintain confidentiality may subject you to federal and
>state penalties. If you are not the intended recipient, please
>immediately notify us by return email, and delete this message from
>your computer.
>------------------------------------------------

HIGHLY CONFIDENTIAL -- SUBJECT TO PROTECTIVE ORDER                    SAWYERS00022933

**Medivation's Exhibit 111-0002**

ATTORNEY'S EYES ONLY                                              UC-CVJ00009181

**TX 38.0002**

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA

CASE NO.    18-cv-02015-R-KS

Degui Chen, Ph.D.,

VS.    Michael E. Jung, Ph.D., et al.

PLAINTIFF'S EXHIBIT    **57**

DATE_____IDEN.

DATE_____EVID.

BY_____

DeputyClerk





ATTORNEY'S EYES ONLY

UC-CVJ00006366

**TX 57.0001**

7/7/04   AR stability survey.

| 1 | R1∅ | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | |

1AR · R1∅1 = 100 pm          600pm  12ml   50

DMSO

RU                4∠N    R1∅1 = [illegible] .1 nm     12   ·5/12
                                                (4nm   48∅)   100
Candex                                                         200

RD 7
   37              drug = 10 mM except Goldamny = 1mM

Goldanin  MW 560   1mg . → 178 µl DMSO = 10 mM

5C 2
   4
   6
   8
   11
   14
   16
   18
   19
   20

cals → 10% CS-FBS  2days  conditions  on → [illegible] term.
         2ml/well                                  2× SDS [illegible] l/each
                                                   4CN  200 µl/each
4∠N  1, 3                                           1AR  300µl/each
1AR  2,4
m  1,3—9  m ∅ 10—18, 3    4 gels.

1AR load  80 15µl
4∠N   3µl

ATTORNEY'S EYES ONLY

UC-CVJ00006367

**TX 57.0002**

Appx1110



UC-CVJ00006368

ATTORNEY'S EYES ONLY

**TX 57.0003**



UC-CVJ00006369

ATTORNEY'S EYES ONLY

**TX 57.0004**



UC-CVJ00006370

ATTORNEY'S EYES ONLY

TX 57.0005

# Geldanamycin

An inhibitor of the heat-shock protein Hsp 90

Catalog # ant-gl

7/7/04

For research use only

Version # 03J13-SV

## PRODUCT INFORMATION

### Content:

Geldanamycin is supplied as a yellow powder.
- **ant-gl-1:** 1 mg
- **ant-gl-5:** 5 mg

### Storage and stability:

Geldanamycin is shipped at room temperature. Store at -20°C in the dark.
Geldanamycin is stable for 6 months when stored properly.
Store solubilized geldanamycin in the dark at 4°C for 2 weeks or at -20°C for long term storage.

### Quality control

Purity controled by CCM: 99%

## BACKGROUND

Geldanamycin is a benzoquinone ansamycin antibiotic produced by *Streptomyces hygroscopicus*. This antibiotic exhibits a potent antitumor activity. It binds specifically to the heat shock protein Hsp 90 causing the destabilization and degradation of its client proteins[1]. Hsp 90 is a molecular chaperone critical for the folding, assembly and activity of multiple mutated and over-expressed signaling proteins that promote the growth and/or survival of tumor cells. Hsp 90 client proteins include mutated p53, Raf-1, Akt, ErbB2 and hypoxia-inducible factor 1α (HIF-1α)[2].

## CHEMICAL PROPERTIES

**CAS n°:** 30562-34-6

**Formula:** $C_{29}H_{40}N_2O_9$

**Molecular weight:** 560 g/mol

**Solubility:** Soluble in DMSO

**Working concentration:** 1 nM - 10 μM

## References

1. Whitesell L. *et al.*, 1994. Inhibition of heat shock protein HSP90-pp60v-src heteroprotein complex formation by benzoquinone ansamycins: essential role for stress proteins in oncogenic transformation. Proc Natl Acad Sci U S A 91(18):8324-8
2. Neckers L., 2002. Hsp90 inhibitors as novel cancer chemotherapeutic agents. Trends Mol Med 8(4 Suppl):S55-61
• Whitesell L. *et al.*, 1998. The physical association of multiple molecular chaperone proteins with mutant p53 is altered by geldanamycin, an hsp90-binding agent. Mol Cell Biol 18(3):1517-24
• Nimmanapalli R. *et al.*, 2001. Geldanamycin and its analogue 17-allylamino-17-demethoxygeldanamycin lowers Bcr-Abl levels and induces apoptosis and differentiation of Bcr-Abl-positive human leukemic blasts. Cancer Res 61(5):1799-804
• Smith V. *et al.*, 2001. ErbB2 overexpression in an ovarian cancer cell line confers sensitivity to the HSP90 inhibitor geldanamycin. Anticancer Res 23(4):1993-9
• Yang J. *et al.*, 2001. Disruption of the EF-2 kinase/Hsp90 protein complex: a possible mechanism to inhibit glioblastomas by geldanamycin. Cancer Res 60(10):4010-6
• Blagosklonny MV. *et al.*, 2001. The Hsp90 inhibitor geldanamycin selectively sensitizes Bcr-Abl-expressing leukemia cells to cytotoxic chemotherapy. Leukemia 15(10):1537-43

TECHNICAL SUPPORT
Toll free (US): 888-457-5873
Outside US: (+1) 858-457-5873
E-mail: info@invivogen.com
Website: www.invivogen.com

**InvivoGen**

3950 Sorrento Valley Blvd. Suite A
San Diego, CA 92121 - USA

ATTORNEY'S EYES ONLY

UC-CVJ00006371

**TX 57.0006**

7/12/04   dose dependent degradation

| | 1  $\mathbb{R}\langle \delta\delta$ | 2 | 3  $/Ak \rightarrow CN$ | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| 1 | — | DMSO | $10\mu M$ | | $R188 = 100 pm$ | | | |
| 2 | + | DMSO | | | | | | |
| 3 | | Caredex | 5 | | | | 30X 2.5 | |
| 4 | | | 2.5 | — | | | 75 ml × 0.1 | |
| 5 | | | 1.4 | | | | $nm = 7.5$ | |
| 6 | | | 0.615 | — | | | | |
| 7 | | | 0.3 | | | | 75 ml × 0.1 nm = $1\mu M \times 75$ | |
| 8 | | | 0.15 | | | | $10^{-3}$   $10^{-9}$   -6 | |
| 9 | | 107 | 5 | | | | | |
| 10 | | | 2.5 | — | | | | |
| 11 | | | 1.45 | | | | | |
| 12 | | | 0.615 | — | | | | |
| 13 | | | 0.3 | | | | | |
| 14 | | | 0.15 | | | | | |
| 15 | | RD)7 | 5 | | | | | |
| 16 | | | 45 | — | | | | |
| 17 | | | 1.45 | | | | | |
| 18 | | | 0.615 | — | | $1\%CS-FBS$ $\xrightarrow{3 days}$ $R188$ +/- + drug | | |
| 19 | | | 0.3 | | | $100pm$  $9pm$ | | |
| 20 | | | 0.15 | — | | | | |
| 21 | + | Geldanin | | | | 10.30 harvest | | |
| 22 | — | DMSO | | | | ↓ 400μl 2x515 | | |
| 23 | + | Geldanm | | | | load 15 μl | | |
| 24 | + | DMSO | | | | | | |
| 25 | | | gel 1. | | 1,2,21 3— | | 7 -1-2 | |
| 26 | | | 2 | | 1,2, 9- | | 13 1,2 | |
| 27 | | | 3 | | 1,2, 15- | | 19 1,2 | |
| 28 | | | 4 | 1,2,4,6,10,12,16,18 | | | | |
| 29 | | | | 21 | | | | |
| 30 | | | | | | | | |
| 31 | | | | | | | | |

ATTORNEY'S EYES ONLY

UC-CVJ00006372

Appx1115

TX 57.0007



UC-CV/J00006373

ATTORNEY'S EYES ONLY

TX 57.0008



ATTORNEY'S EYES ONLY

UC-CVJ00006374

**TX 57.0009**

Appx1117

ATTORNEY'S EYES ONLY

UC-CVJ00006375

TX 57.0010



ATTORNEY'S EYES ONLY

UC-CVJ00006376

TX 57.0011



ATTORNEY'S EYES ONLY

UC-CVJ00006377

**TX 57.0012**



ATTORNEY'S EYES ONLY

UC-CVJ00006378

**TX 57.0013**



ATTORNEY'S EYES ONLY

UC-CVJ00006379

**TX 57.0014**



ATTORNEY'S EYES ONLY

UC-CVJ00006380

**TX 57.0015**

Appx1123



ATTORNEY'S EYES ONLY

UC-CVJ00006381

**TX 57.0016**



UC-CVJ00006382

ATTORNEY'S EYES ONLY

TX 57.0017



ATTORNEY'S EYES ONLY

UC-CVJ00006383

**TX 57.0018**



UC-CVJ00006384

ATTORNEY'S EYES ONLY

**TX 57.0019**



UC-CVJ00006385

ATTORNEY'S EYES ONLY

**TX 57.0020**



ATTORNEY'S EYES ONLY

UC-CVJ00006386

TX 57.0021

Appx1129



ATTORNEY'S EYES ONLY

UC-CVJ00006387



MULTISKAN EX
PRIMARY EIA
V. 2.1-0
ABSORBANCE MODE
CONTINUOUS MOVEMENT
FILTER 450
SINGLE WELL BLANK 0.057

BLANK WELL H6

ABSORBANCES
05. AUG 2004 18:25:14

| | 1 | 2 | 3 |
|---|---|---|---|
| A | 0.078 | 0.097 | 0.132 |
| B | 0.133 | 0.096 | 0.115 |
| C | 0.106 | 0.067 | 0.110 |
| D | 0.126 | 0.113 | 0.140 |
| E | 0.009 | 0.010 | 0.011 |
| F | 0.021 | 0.003 | 0.011 |
| G | 0.007 | 0.007 | 0.005 |
| H | 0.008 | 0.012 | 0.015 |

| | 4 | 5 | 6 |
|---|---|---|---|
| A | 0.129 | 0.11[illegible] | 0.132 |
| B | 0.105 | 0.063 | 0.104 |
| C | 0.115 | 0.095 | [illegible] |
| D | 0.144 | 0.143 | 0.28[illegible] |
| E | 0.012 | [illegible] | [illegible] |
| F | 0.009 | 0.004 | [illegible] |
| G | 0.006 | [illegible] | 0.005 |
| H | 0.002 | [illegible] | [illegible] |

| | 7 | 8 | 9 |
|---|---|---|---|
| A | -0.057 | -0.056 | -0.057 |
| B | -0.057 | -0.057 | -0.057 |
| C | -0.057 | -0.057 | -0.057 |
| D | -0.057 | -0.057 | -0.057 |
| E | -0.057 | -0.057 | -0.057 |
| F | -0.057 | -0.057 | -0.057 |
| G | 0.082 | -0.057 | -0.057 |
| H | 0.033 | -0.057 | -0.057 |

| | 10 | 11 | 12 |
|---|---|---|---|
| A | -0.056 | -0.056 | -0.056 |
| B | -0.057 | -0.057 | -0.057 |
| C | -0.057 | -0.057 | -0.057 |

*** ABORT **

***************************

LU
THURSDAY AUG. 5,2004
NUMBER: 201697
SOFTWARE REVISION:
RAW DATA
COUNT TIME:
GHC

| TUBE | SAMPLE | FLU |
|---|---|---|
| 1 | 1 | [illegible] |
| 2 | 2 | [illegible] |
| 3 | 3 | [illegible] |
| 4 | 4 | [illegible] |
| 5 | 5 | [illegible] |
| 6 | 6 | [illegible] |
| 7 | 7 | [illegible] |
| 8 | 8 | [illegible] |
| 9 | 9 | [illegible] |
| 10 | 10 | [illegible] |
| 11 | 11 | [illegible] |
| 12 | 12 | [illegible] |
| 13 | 13 | [illegible] |
| 14 | 14 | [illegible] |
| 15 | 15 | [illegible] |
| 16 | 16 | [illegible] |
| 17 | 17 | [illegible] |
| 18 | 18 | [illegible] |
| 19 | 19 | [illegible] |
| 20 | 20 | [illegible] |
| 21 | 21 | [illegible] |
| 22 | 22 | [illegible] |
| 23 | 23 | [illegible] |
| 24 | 24 | [illegible] |
| 25 | 25 | [illegible] |

ABSORBANCE MODE
CONTINUOUS MOVEMENT
FILTER 450
SINGLE WELL BLANK 0.067

BLANK WELL D6

ABSORBANCES
10. AUG 2004 15:26:42

| | 1 | 2 | 3 |
|---|---|---|---|
| A | [illegible] | 0.593 | 0.563 |
| B | [illegible] | 0.645 | 0.579 |
| C | [illegible] | 0.204 | 0.677 |
| D | [illegible] | [illegible] | 0.639 |
| E | [illegible] | 0.155 | 0.291 |
| F | [illegible] | 0.019 | 0.190 |
| G | [illegible] | 0.005 | 0.220 |
| H | [illegible] | [illegible] | 0.247 |

| | 4 | 5 | 6 |
|---|---|---|---|
| A | [illegible] | 0.528 | 0.655 |
| B | [illegible] | [illegible] | 0.616 |
| C | [illegible] | 0.323 | 0.739 |
| D | [illegible] | 0.650 | 0.000 |
| E | [illegible] | [illegible] | 0.364 |
| F | [illegible] | [illegible] | 0.256 |
| G | [illegible] | [illegible] | 0.247 |
| H | [illegible] | [illegible] | 0.021 |

| | 7 | 8 | 9 |
|---|---|---|---|
| A | [illegible] | -0.066 | -0.066 |
| B | [illegible] | -0.066 | -0.066 |
| C | [illegible] | -0.066 | -0.066 |
| D | 0.008 | -0.066 | -0.066 |
| E | -0.065 | -0.066 | -0.066 |
| F | -0.066 | -0.066 | -0.066 |
| G | -0.066 | -0.066 | -0.066 |
| H | -0.066 | -0.066 | -0.066 |

ATTORNEY'S EYES ONLY



LAPC4-PSA 8-9-04

UC-CVJ00006389

ATTORNEY'S EYES ONLY

TX 57.0024



ATTORNEY'S EYES ONLY UC-CVJ00006390

TX 57.0025



LAPC4-AR-PSA 8-9-04

ATTORNEY'S EYES ONLY

UC-CVJ00006391

Appx1134

TX 57.0026

8/5/14  Repeat dose dep. degradation

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | dry |
|---|---|---|---|---|---|---|---|---|---|
| Doses μm | | DMSO | | Candex | | RDS7 | 6C4 | | Stock |
| 0.1 | | 1 | | 2 | | 3 | 4 | | ① 1μM |
| 1 | | 5 | | 6 | | 7 | 8 | | 10μM |
| 10 | | 9 | | 10 | | 11 | 12 | | 103μM |

R188

4LN  ①1-12  +13-24
1AR  —  +
    1-12  13-24

4LN
1AR

R188
4LN 4um → Final
1AR 0.4um → 1hm
↓           → 100pm
12hrs

9 weekend
3day
1% CS-FB
12 week
1ml/week
.15 μl dry
10x dil

Weaten

1  1AR-R 1-12 13, 14 1
2  1AR+R       1,9, 13 — 24
3  4LN-R 1-12, 13, 24
4  4LN+R 1,9 13 - 24  → AR
                        p-afin.

ATTORNEY'S EYES ONLY                    UC-CVJ00006392

TX 57.0027



ATTORNEY'S EYES ONLY

UC-CVJ00006393

TX 57.0028



ATTORNEY'S EYES ONLY

UC-CVJ00006394

**TX 57.0029**



ATTORNEY'S EYES ONLY

UC-CVJ00006395

**TX 57.0030**



ATTORNEY'S EYES ONLY

UC-CVJ00006396

**TX 57.0031**



ATTORNEY'S EYES ONLY

UC-CVJ00006397

TX 57.0032



ATTORNEY'S EYES ONLY

UC-CVJ00006398

**TX 57.0033**

Appx1141



ATTORNEY'S EYES ONLY

UC-CVJ00006399

TX 57.0034



ATTORNEY'S EYES ONLY

UC-CVJ00006400

TX 57.0035

Appx1143

MTS weird results

```
ABS
CONTINUOUS MOVEMENT          CONTINUOUS MOVEMENT
FILTER  492       FILTER  492        FILTER  492         FILTER  492
SINGLE WELL BLANK  0.  SINGLE WELL BLANK  0.  SINGLE WELL BLANK  0.4  SINGLE WELL BLANK  0.482

BLANK WELL  B11    BLANK WELL  B7     BLANK WELL  B11      BLANK WELL  B7

ABSORBANCES        ABSORBANCES        ABSORBANCES         ABSORBANCES
13. AUG 2004 19:49:35   13. AUG 2004 19:51:0   13. AUG 2004 19:48:21   13. AUG 2004 19:52:06
```

AR 4-18            AR 3-18              4LN 1-12            4LN 15-18

```
       1     2     3          1     2     3          1     2     3          1     2     3
A  -0.484-0.483-0.483   A -0.484-0.453-0.452   A -0.420-0.425-0.427   A -0.441-0.439-0.431
B  -0.480-0.481 0.450   B -0.448-0.452 0.210   B -0.430-0.425 0.214   B -0.437-0.436 0.190
C  -0.484-0.483 0.521   C -0.450-0.446 0.268   C -0.429-0.429 0.089   C -0.438-0.432 0.204
D  -0.485-0.483 0.572   D -0.448-0.449 0.272   D -0.430-0.426 0.047   D -0.440-0.438 0.238
E  -0.481-0.479 0.450   E -0.452-0.433 0.467   E -0.427-0.424 0.047   E -0.438-0.437 0.209
F  -0.482-0.481 0.546   F -0.448-0.449 0.460   F -0.429-0.429 0.046   F -0.441-0.439 0.141
G  -0.479-0.482 0.342   G -0.450-0.448 0.244   G  0.431-0.424 0.068   G -0.439-0.439 0.175
H  -0.485-0.483-0.480   H -0.451-0.445-0.449   H -0.425-0.429-0.426   H -0.439-0.437-0.433

       4     5     6          4     5     6          4     5     6          4     5     6
A  -0.483-0.484-0.484   A -0.452-0.451-0.453   A -0.412-0.430-0.423   A -0.439-0.438-0.440
B   0.461 0.459 0.475   B  0.191 0.226 0.274   B  0.197 0.166 0.171   B  0.183 0.197 0.159
C   0.473 0.456 0.532   C  0.292 0.325 0.245   C  0.107-0.060 0.062   C  0.238 0.195 0.116
D   0.491 0.462 0.375   D  0.282 0.402 0.807   D  0.069 0.077 0.054   D -0.136 0.187 0.144
E   0.498 0.485 0.453   E  0.245 0.180 0.405   E  0.089 0.372 0.063   E  0.225 0.169 0.144
F   0.451 0.471 0.487   F  0.250 0.550 0.465   F  0.053 0.060 0.077   F  0.137 0.194 0.190
G   0.389 0.465 0.447   G  0.299 0.500 0.484   G  0.090 0.098 0.091   G  0.139 0.194 0.209
H  -0.480-0.481-0.480   H -0.318-0.447-0.449   H -0.426-0.423-0.425   H -0.435-0.437-0.437

       7     8     9          7     8     9          7     8     9          7     8     9
A  -0.488-0.484-0.483   A -0.451-0.455-0.455   A -0.430-0.426-0.431   A -0.441-0.444-0.442
G  0.490 0.515 0.540    B  0.800-0.452-0.453   B  0.182 0.178 0.223   B  0.600-0.439-0.440
C  0.453 0.507 0.480    C -0.852-0.452-0.452   C  0.198 0.214 0.286   C -0.023-0.438-0.438
D  0.486 0.463 0.482    D -0.651-0.452-0.450   D  0.118 0.123 0.125   D -0.431-0.436-0.438
E  0.476 0.498 0.423    E -0.452-0.452-0.449   E  0.120 0.176 0.268   E -0.436-0.437-0.438
F  0.468 0.462 0.565    F -0.462-0.454-0.454   F  0.144 0.158 0.230   F -0.438-0.438-0.438
G  0.367 0.481 0.404    G -0.451-0.453-0.455   G  0.243 0.245 0.200   G -0.437-0.437-0.438
H  -0.479-0.481-0.479   H -0.453-0.457-0.456   H -0.426-0.429-0.426   H -0.439-0.439-0.437

      10    11    12         10    11    12         10    11    12         10    11    12
A  -0.482-0.483-0.480   A -0.451-0.455-0.469   A -0.428-0.430-0.428   A -0.442-0.441-0.441
B   0.558 0.800-0.461   B -0.451-0.450-0.460   B  0.257 0.800-0.428   B -0.441-0.438-0.438
C   0.483 0.813-0.482   C -0.453-0.451-0.461   C  0.329-0.020-0.429   C -0.446-0.440-0.440
D   0.464-0.481-0.481   D -0.449-0.455-0.459   D  0.868-0.427-0.424   D -0.435-0.440-0.440
E   0.516-0.473-0.400   E -0.453-0.453-0.458   E  0.265-0.427-0.425
F   0.510-0.482-0.482   F -0.452-0.453-0.458   F  0.232-0.427-0.422
G   0.440-0.479-0.479   G -0.453-0.451-0.455   G  0.172-0.424-0.426
H  -0.481-0.481-0.481   H -0.455-0.447-0.458   H -0.427-0.428-0.431
```

ATTORNEY'S EYES ONLY

UC-CVJ00006401

**TX 57.0036**

Appx1144



ATTORNEY'S EYES ONLY

UC-CVJ00006402

**TX 57.0037**

Appx1145

8/14/14    RD 73-75

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Caredex | | | 9 doses | | | 20 | DMSO | |
| RD 7 | | | | | | 10 | | |
| 37 | 20, 10, 5, 2.5, 1.25, 0.6, 0.3, 0.15, 0.075 | | | | | 5 | | |
| 73 | | | | | | 2.5 | | |
| 74 | | | | | | | — R188 | |
| 75 | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| PSA/MTS | | | R188 ⊥ | — | | luniferase | R188 + | — |
| | IAR | | 0.1nm | | | IAR | 0.1 | |
| | 4cN | | mal 0.5nm | mistake | | | | |
| | CAPC4 | | 1nm | | | | | |
| | CAPC4-AR-Ab | | 0.4nm | | | CAPC4-At-Ab 0.1 | | |
| | | | | | | | | |
| | | | | | | | | |
| | | 12 plate/drug | | | 6 + R188 | | | |
| | | | | | 6 - R188 | | | |

ATTORNEY'S EYES ONLY

UC-CVJ00006403



FILTER  450
SINGLE WELL BLANK  0.0

BLANK WELL  F6

ABSORBANCES
20. AUG 2004 12:54:19

|   | 1 | 2 | 3 |
|---|---|---|---|
| A | 0.615 | 0.331 | 0.494 |
| B | 0.617 | 0.307 | 0.507 |
| C | 0.558 | 0.409 | 0.428 |
| D | 0.214 | 0.052 | 0.792 |
| E | 0.115 | 0.031 | 0.707 |
| F | 0.133 | 0.035 | 0.603 |
| G | 0.091 | 0.034 | 0.513 |
| H | 0.110 | 0.026 | 0.357 |

|   | 4 | 5 | 6 |
|---|---|---|---|
| A | 0.218 | 0.222 | 0.015 |
| B | 0.144 | 0.153 | 0.225 |
| C | 0.078 | 0.077 | 0.285 |
| D | 0.306 | 0.524 | 0.255 |
| E | 0.385 | 0.528 | 0.216 |
| F | 0.357 | 0.424 | 0.000 |
| G | 0.376 | 0.315 | 0.010 |
| H | 0.432 | 0.217 | 0.058 |

|   | 7 | 8 | 9 |
|---|---|---|---|
| A | 0.604 | 0.229 | 0.020 |
| B | 0.578 | 0.218 | 0.017 |
| C | 0.602 | 0.281 | 0.023 |
| D | 0.042 | 0.024 | 0.559 |
| E | 0.051 | 0.031 | 0.544 |
| F | 0.047 | 0.028 | 0.553 |
| G | 0.090 | 0.033 | 0.513 |
| H | 0.118 | 0.028 | 0.325 |

|   | 10 | 11 | 12 |
|---|---|---|---|
| A | 0.022 | 0.013 | 0.020 |
| B | 0.015 | 0.012 | 0.017 |
| C | 0.018 | 0.013 | 0.019 |
| D | 0.304 | 0.564 | 0.029 |
| E | 0.337 | 0.462 | 0.018 |
| F | 0.382 | 0.428 | 0.152 |
| G | 0.475 | 0.350 | 0.313 |
| H | 0.563 | 0.248 | 0.570 |

MULTISKAN EX

---

SINGLE WELL BLANK

BLANK WELL  F6

ABSORBANCES
20. AUG 2004 12:55:22

|   | 1 | 2 | 3 |
|---|---|---|---|
| A | 0.380 | 0.199 | 0.528 |
| B | 0.459 | 0.209 | 0.486 |
| C | 0.420 | 0.307 | 0.454 |
| D | 0.195 | 0.050 | 0.531 |
| E | 0.095 | 0.026 | 0.566 |
| F | 0.074 | 0.020 | 0.523 |
| G | 0.039 | 0.011 | 0.467 |
| H | 0.036 | 0.014 | 0.506 |

|   | 4 | 5 | 6 |
|---|---|---|---|
| A | 0.174 | 0.273 | 0.385 |
| B | 0.127 | 0.177 | 0.458 |
| C | 0.068 | 0.120 | 0.368 |
| D | 0.170 | 0.509 | 0.395 |
| E | 0.166 | 0.486 | 0.008 |
| F | 0.272 | 0.465 | 0.000 |
| G | 0.266 | 0.502 | 0.013 |
| H | 0.272 | 0.336 | 0.060 |

|   | 7 | 8 | 9 |
|---|---|---|---|
| A | 0.443 | 0.142 | 0.004 |
| B | 0.515 | 0.157 | 0.010 |
| C | 0.472 | 0.296 | 0.000 |
| D | 0.008 | 0.016 | 0.487 |
| E | 0.008 | 0.014 | 0.547 |
| F | 0.009 | 0.018 | 0.550 |
| G | 0.013 | 0.010 | 0.466 |
| H | 0.024 | 0.011 | 0.465 |

|   | 10 | 11 | 12 |
|---|---|---|---|
| A | 0.012 | 0.007 | 0.002 |
| B | 0.012 | 0.008 | 0.003 |
| C | 0.003 | 0.005 | 0.013 |
| D | 0.197 | 0.587 | -0.003 |
| E | 0.216 | 0.557 | -0.003 |
| F | 0.250 | 0.554 | 0.119 |
| G | 0.278 | 0.481 | 0.278 |
| H | 0.277 | 0.416 | 0.602 |

MULTISKAN EX

---

SINGLE WELL BLANK  0.074

BLANK WELL  F6

ABSORBANCES
20. AUG 2004 12:58:41

|   | 1 | 2 | 3 |
|---|---|---|---|
| A | 0.110 | 0.114 | 0.179 |
| B | 0.146 | 0.144 | 0.079 |
| C | 0.137 | 0.125 | 0.119 |
| D | 0.148 | 0.105 | 0.107 |
| E | 0.119 | 0.082 | 0.113 |
| F | 0.114 | 0.055 | 0.074 |
| G | 0.104 | 0.028 | 0.034 |
| H | 0.086 | 0.020 | 0.022 |

|   | 4 | 5 | 6 |
|---|---|---|---|
| A | 0.091 | 0.099 | 0.016 |
| B | 0.106 | 0.086 | 0.128 |
| C | 0.117 | 0.098 | 0.103 |
| D | 0.130 | 0.089 | 0.080 |
| E | 0.119 | 0.113 | 0.065 |
| F | 0.105 | 0.093 | 0.000 |
| G | 0.083 | 0.094 | 0.035 |
| H | 0.061 | 0.076 | 0.101 |

|   | 7 | 8 | 9 |
|---|---|---|---|
| A | 0.105 | 0.025 | 0.110 |
| B | 0.147 | 0.034 | 0.136 |
| C | 0.167 | 0.039 | 0.160 |
| D | 0.077 | 0.013 | 0.010 |
| E | 0.072 | 0.018 | 0.013 |
| F | 0.067 | 0.016 | 0.014 |
| G | 0.083 | 0.015 | 0.012 |
| H | 0.084 | 0.017 | 0.009 |

|   | 10 | 11 | 12 |
|---|---|---|---|
| A | 0.023 | 0.016 | 0.009 |
| B | 0.040 | 0.014 | 0.016 |
| C | 0.062 | 0.011 | 0.010 |
| D | 0.141 | 0.058 | 0.020 |
| E | 0.132 | 0.090 | 0.019 |
| F | 0.130 | 0.084 | 0.262 |
| G | 0.095 | 0.101 | 0.539 |
| H | 0.069 | 0.082 | 0.969 |

ATTORNEY'S EYES ONLY

UC-CVJ00006404

TX 57.0039



ATTORNEY'S EYES ONLY

UC-CVJ00006405

**TX 57.0040**



ATTORNEY'S EYES ONLY

UC-CVJ00006406

**TX 57.0041**

Appx1149



ATTORNEY'S EYES ONLY

UC-CVJ00006407

**TX 57.0042**

9/9/04  cells lunferme.

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ∠N-pL | | | | | | | | | |
| 2 | W-OR pL | 0., 05, | 50,100, | 200~4ph. | 800, | 1600. pm. | | | | |
| 3 | cope d AR pL | | | | | | | | | |
| 4 | | | | | | | | | | |
| 5 | | | | | | | | | | |
| 6 | | | 100µl + 500µl | | | | | | | |
| 7 | | | | | | | | | | |
| 8 | | | 6 x dilution . | | | | | | | |
| 9 | | | | | | | | | | |
| 10 | µM → | 10nm → | | | | | | | | |
| 11 | 10°X | ↓ | | | | | | | | |
| 12 | | 1600pm → dilute × 2 | | | | | | | | |
| 13 | (½ CS-Fa) 4days → | Thesday 8⁰⁰pm — Thursdey | | | | | | | | |
| 14 | | | | | | | | | | |
| 15 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 17 | ∠Apc4 DR pL . growth responds to R188/ by eyeball | | | | | | | | | |
| 18 | | | | | | | | | | |
| 19 | | BLANK 0.058 | | | | | | | | |
| 20 | BLANK WELL A4 | | | | | | | | | |
| 21 | ρSΔ | | | | | | | | | |
| | ABSORBANCES | | | | | | | | | |
| 22 | 09. SEP 2004 18:44:01 | | | | | | | | | |
| | AR: 1 AR PR4 DR. | | | | | | | | | |

```
A  1.022 0.943 0.885
B  1.011 1.105 0.149
C  0.952 1.126 0.135
D  0.921 1.004 0.182
E  1.064 1.252 0.329
F  1.134 1.224 0.481
G  1.048 1.236 0.554
H  1.203 1.137 0.579

       4      5      6
A  0.000-0.057-0.057
B  0.025-0.056-0.056
C  0.076-0.057-0.057
D  0.175-0.056-0.056
E  0.390-0.056
F  0.694-0.057
G  0.089-0.057
H  0.079-0.057
```

ATTORNEY'S EYES ONLY

UC-CVJ00006408



ATTORNEY'S EYES ONLY

UC-CVJ00006409

**TX 57.0044**

Antagonist activity (R1881 added)





ATTORNEY'S EYES ONLY

UC-CVJ00006410

**TX 57.0045**

Appx1153



ATTORNEY'S EYES ONLY

UC-CVJ00006411

**TX 57.0046**

# Agonist activity (no R1881)





ATTORNEY'S EYES ONLY

UC-CVJ00006412

**TX 57.0047**



ATTORNEY'S EYES ONLY

UC-CVJ00006413

**TX 57.0048**



ATTORNEY'S EYES ONLY

UC-CVJ00006414

**TX 57.0049**



ATTORNEY'S EYES ONLY

UC-CVJ00006415

**TX 57.0050**



ATTORNEY'S EYES ONLY

UC-CVJ00006416

**TX 57.0051**



10/28/04

| | 4 | 5 | 9 |
|---|---|---|---|

MULTISKAN EX
PRIMARY EIA
V. 2.1-0
ABSORBANCE MODE
CONTINUOUS MOVEMENT
FILTER 492
SINGLE WELL BLANK 0

BLANK WELL 610

ABSORBANCES LN-1M
28. OCT 2004 14:35:3
1-12

| | 1 | 2 | 3 |
|---|---|---|---|
| A | -0.927 | -0.925 | -0.924 |
| B | -0.923 | 0.845 | 0.937 |
| C | -0.924 | 0.885 | 0.756 |
| D | -0.922 | 0.931 | 0.613 |
| E | -0.924 | 0.890 | 0.486 |
| F | -0.924 | 0.935 | 0.665 |
| G | -0.924 | 0.546 | 0.934 |
| H | -0.929 | -0.925 | -0.926 |

| | 4 | 5 | 6 |
|---|---|---|---|
| A | -0.926 | -0.925 | -0.925 |
| B | 0.769 | 0.979 | 1.194 |
| C | 0.182 | 0.502 | 0.977 |
| D | 0.706 | 0.683 | 1.103 |
| E | 0.454 | 0.569 | 0.868 |
| F | 0.665 | 0.742 | 0.799 |
| G | 0.463 | 0.891 | 1.051 |
| H | -0.927 | -0.926 | -0.919 |

| | 7 | 8 | 9 |
|---|---|---|---|
| A | -0.925 | -0.924 | -0.926 |
| B | 0.907 | 1.080 | 0.520 |
| C | 0.790 | 0.833 | 0.325 |
| D | 0.770 | 1.029 | 0.095 |
| E | 1.081 | 1.160 | 0.375 |
| F | 0.935 | 0.753 | 0.636 |
| G | 1.010 | 1.010 | 0.372 |
| H | -0.923 | -0.930 | -0.927 |

| | 10 | 11 | 12 |
|---|---|---|---|
| A | -0.897 | -0.921 | -0.926 |
| B | 1.009 | -0.921 | -0.925 |
| C | 0.867 | -0.915 | -0.922 |
| D | 0.637 | -0.918 | -0.921 |
| E | 0.256 | -0.912 | -0.924 |
| F | -0.137 | -0.917 | -0.922 |
| G | 0.009 | -0.917 | -0.924 |
| H | -0.896 | -0.924 | -0.931 |

FILTER 492
SINGLE WELL BLANK 0.96

BLANK WELL 610
RETAINED BLANK

ABSORBANCES
28. OCT 2004 14:36:50 LN. 13-

| | 1 | 2 | 3 |
|---|---|---|---|
| A | -0.929 | -0.928 | -0.926 |
| B | -0.925 | 0.734 | 0.542 |
| C | -0.925 | 0.570 | 0.038 |
| D | -0.927 | 0.384 | 0.552 |
| E | -0.924 | 0.471 | 0.744 |
| F | -0.927 | 0.840 | 0.729 |
| G | -0.927 | 0.787 | 0.692 |
| H | -0.930 | -0.929 | -0.931 |

| | 4 | 5 | 6 |
|---|---|---|---|
| A | -0.920 | -0.923 | -0.925 |
| B | 0.449 | 0.097 | 0.751 |
| C | 0.158 | 0.361 | 0.579 |
| D | 0.584 | -0.127 | 0.936 |
| E | 0.626 | 0.001 | 0.915 |
| F | 0.385 | 0.347 | 0.776 |
| G | 0.541 | 0.232 | 0.523 |
| H | -0.931 | -0.929 | -0.929 |

| | 7 | 8 | 9 |
|---|---|---|---|
| A | -0.925 | -0.926 | -0.926 |
| B | 0.707 | 0.654 | 0.771 |
| C | 0.739 | 0.673 | 0.576 |
| D | 0.896 | 0.855 | 0.562 |
| E | 0.869 | 0.084 | 0.975 |
| F | 0.940 | 0.810 | 0.938 |
| G | 0.491 | 0.392 | 0.324 |
| H | -0.930 | -0.929 | -0.933 |

| | 10 | 11 | 12 |
|---|---|---|---|
| A | -0.900 | -0.922 | -0.926 |
| B | 0.491 | -0.919 | -0.927 |
| C | 0.914 | -0.919 | -0.925 |
| D | 0.825 | -0.917 | -0.924 |
| E | 0.662 | -0.921 | -0.925 |
| F | -0.068 | -0.923 | -0.926 |
| G | -0.082 | -0.919 | -0.927 |
| H | -0.899 | -0.926 | -0.934 |

MULTISKAN EX
PRIMARY EIA
V. 2.1-0
ABSORBANCE MODE
CONTINUOUS MOVEMENT
FILTER 492
SINGLE WELL BLANK 0.9

BLANK WELL 610

Repeat LN-AM
ABSORBANCES
28. OCT 2004 14:44:27

| | 1 | 2 | 3 |
|---|---|---|---|
| A | -0.881 | -0.886 | -0.878 |
| B | -0.878 | 0.564 | 0.411 |
| C | -0.880 | 0.478 | 0.459 |
| D | -0.879 | 0.384 | 0.185 |
| E | -0.879 | 0.495 | 0.271 |
| F | -0.880 | 0.343 | 0.318 |
| G | -0.878 | 0.514 | 0.252 |
| H | -0.884 | -0.882 | -0.884 |

| | 4 | 5 | 6 |
|---|---|---|---|
| A | -0.881 | -0.879 | -0.882 |
| B | 0.375 | 0.547 | 0.767 |
| C | 0.363 | 0.287 | 0.612 |
| D | 0.108 | 0.208 | 0.573 |
| E | 0.285 | 0.546 | 0.299 |
| F | 0.420 | 0.505 | 0.283 |
| G | 0.333 | 0.256 | 0.059 |
| H | -0.884 | -0.883 | -0.874 |

| | 7 | 8 | 9 |
|---|---|---|---|
| A | -0.881 | -0.879 | -0.882 |
| B | 0.625 | 0.956 | 0.456 |
| C | 0.393 | 0.671 | 0.293 |
| D | 0.308 | 0.509 | 0.519 |
| E | 0.304 | 0.471 | 0.231 |
| F | 0.349 | 0.312 | 0.349 |
| G | 0.241 | 0.350 | 0.068 |
| H | -0.877 | -0.886 | -0.884 |

| | 10 | 11 | 12 |
|---|---|---|---|
| A | -0.058 | -0.871 | -0.882 |
| B | 0.577 | -0.873 | -0.880 |
| C | 0.668 | -0.868 | -0.878 |
| D | 0.734 | -0.874 | -0.877 |
| E | 0.775 | -0.869 | -0.879 |
| F | -0.092 | -0.870 | -0.878 |
| G | 0.600 | -0.869 | -0.881 |
| H | -0.851 | -0.878 | -0.887 |

MULTISKAN EX
PR
V.

BLANK WELL 610

Repeat
ABSORBANCES
28. OCT 2004 14:45:38 LN-AM 13-24

| | 1 | 2 | 3 |
|---|---|---|---|
| A | -0.796 | -0.796 | -0.793 |
| B | -0.792 | 0.914 | 1.187 |
| C | -0.792 | 1.031 | 1.315 |
| D | -0.793 | 0.907 | 1.208 |
| E | -0.792 | 0.795 | 1.271 |
| F | -0.794 | 0.977 | 1.200 |
| G | -0.793 | 0.680 | 0.772 |
| H | -0.796 | -0.796 | -0.797 |

| | 4 | 5 | 6 |
|---|---|---|---|
| A | -0.797 | -0.793 | -0.794 |
| B | 1.109 | 0.633 | 1.103 |
| C | 1.380 | 1.092 | 1.026 |
| D | 1.394 | 0.698 | 1.356 |
| E | 1.220 | 0.866 | 1.224 |
| F | 0.791 | 0.799 | 1.061 |
| G | 0.678 | 0.532 | 0.750 |
| H | -0.797 | -0.797 | -0.797 |

| | 7 | 8 | 9 |
|---|---|---|---|
| A | -0.795 | -0.793 | -0.793 |
| B | 1.112 | 1.071 | 0.743 |
| C | 1.295 | 1.229 | 1.081 |
| D | 1.216 | 1.274 | 1.229 |
| E | 1.368 | 1.253 | 1.087 |
| F | 1.131 | 1.837 | 1.125 |
| G | 0.700 | 0.652 | 0.529 |
| H | -0.798 | -0.797 | -0.800 |

| | 10 | 11 | 12 |
|---|---|---|---|
| A | -0.764 | -0.798 | -0.795 |
| B | 1.125 | -0.786 | -0.793 |
| C | 1.047 | -0.788 | -0.792 |
| D | 1.055 | -0.783 | -0.791 |
| E | 0.878 | -0.786 | -0.792 |
| F | 0.123 | -0.786 | -0.792 |
| G | 0.000 | -0.786 | -0.793 |
| H | -0.765 | -0.791 | -0.801 |



ATTORNEY'S EYES ONLY

UC-CVJ00006418

**TX 57.0053**

Appx1161



ATTORNEY'S EYES ONLY

UC-CVJ00006419

**TX 57.0054**



ATTORNEY'S EYES ONLY

UC-CVJ00006420

TX 57.0055



ATTORNEY'S EYES ONLY

UC-CVJ00006421

Appx1164

**TX 57.0056**



```
MULTISKAN EX
PRIMARY EIA
V. 2.1-0
ABSORBANCE MODE
CONTINUOUS MOVEMENT
FILTER   450
SINGLE WELL BLANK  0.098

BLANK WELL  A11

ABSORBANCES
05. NOV 2004 17:16:32

         1     2     3
A   0.672 0.163 0.149
B   0.764 0.064 0.059
C   0.758 0.045 0.014
D   0.945 0.051 0.012
E   0.521 0.302 0.159
F   0.319 0.276 0.045
G   0.143 0.176 0.015
H   0.135 0.103 0.021

         4     5     6
A   0.142 0.104 0.105
B   0.362 0.068 0.065
C   0.331 0.037 0.029
D   0.144 0.043 0.028
E   0.254 0.219 0.104
F   0.195 0.202 0.067
G   0.143 0.159 0.039
H   0.148 0.138 0.039

         7     8     9
A   0.118 0.156 0.179
B   0.158 0.175 0.162
C   0.097 2.097 0.075
D   0.114 0.058 0.077
E   0.145 0.120 0.182
F   0.157 0.213 0.169
G   0.181 0.116 0.184
H   0.173 0.151 0.064

        10    11    12
A   0.009 2.000-0.098
B   0.086 0.016-0.097
C   0.041 0.066-0.097
D   0.040 0.215-0.097
E   0.011 2.438-0.097
F   0.008 2.745-0.097
G   0.032 0.302-0.097
H   0.288 0.119-0.097
```

ATTORNEY'S EYES ONLY

UC-CVJ00006422

TX 57.0057

11/5/04   cell counts                                                    Excel

| 1 | 2  CN  3 | 4   CN/AR   6 | 7μ AR  8 | 9 |
|---|---|---|---|---|
| 1 |  c.78 | 25   0.54 | 0.23 | |
| 2  DMSO | 0.69 | 0.59 | 0.17 | |
| 3 | c.76 | 0.55 | 0.18 | |
| 4 | 0.69 | 0.57 | 0.17 | |
| 5 | — | 0.75 | 0.17 | |
| 6  AC | 0.87 | 0.77 | 0.19 | |
| 7 | 0.76 | 0.63 | 0.26 | |
| 8 | 0.69 | 0.58 | 0.24 | |
| 9 | 0.86 | 0.59 | 0.15 | |
| 10  27 | 0.71 | 0.51 | 0.21 | |
| 11 | 0.58 | 0.46 | 0.24 | |
| 12 | 0.68 | 0.38 | 0.21 | |
| 13 | 0.8 | 0.63 | 0.18 | |
| 14  91 | 0.81 | 0.55 | 0.19 | |
| 15 | 0.67 | 37   0.58 | 0.2 | |
| 16 | 0.38 | 0.4 | 0.18 | |
| 17 | 0.87 | 0.56 | 0.22 | |
| 18  93 | 0.69 | 0.45 | 0.25 | |
| 19 | 0.54 | 0.44 | 0.23 | |
| 20 | 0.42 | 0.57 | 0.16 | |
| 21 | 0.45 | 0.65 | 0.27 | |
| 22  94 | 0.68 | 0.53 | 0.25 | |
| 23 | 0.53 | 0.42 | 0.27 | |
| 24 | 0.38 | 0.40 | | |
| 25  R.85 | 0.6  est | 0.6 | 0.23 | |
| 26 | | | | |
| 27 | | | | |
| 28 | | | | R.85 |
| 29 | | | | (10, 150μl in 500μl |
| 30 | 30μl Trypsin to 12 wells → 700μl to 300μl medium → count | | | 0.32 c/c |
| 31 | 6 well/notch | | | |

ATTORNEY'S EYES ONLY

UC-CVJ00006423



ATTORNEY'S EYES ONLY

UC-CVJ00006424

**TX 57.0059**



ATTORNEY'S EYES ONLY

UC-CVJ00006425

**TX 57.0060**



ATTORNEY'S EYES ONLY

UC-CVJ00006426

TX 57.0061



ATTORNEY'S EYES ONLY

UC-CVJ00006427

TX 57.0062



ATTORNEY'S EYES ONLY

UC-CVJ00006428

**TX 57.0063**

Appx1171

U. 2.1-8
ABSORBANCE MODE
CONTINUOUS MOVEMENT
FILTER   450
SINGLE WELL BLANK  0.066

BLANK WELL  A11

ABSORBANCES
15. NOV 2004 18:20:24

```
       1     2     3
  A  1.632 0.408 0.402
  B  1.811 0.143 0.188
  C  1.411 0.055 0.045
  D  1.855 0.016 0.012
  E  0.394 0.544 0.451
  F  0.129 0.332 0.132
  G  0.024 0.201 0.044
  H  0.004 0.034 0.008
```

```
       4     5     6
  A  0.573 0.236 0.193
  B  0.527 0.067 0.051
  C  0.515 0.038 0.017
  D  0.538 0.037 0.019
  E  0.069 0.247 0.047
  G  0.035 0.126 0.023
  H  0.029 0.045 0.018
```

```
       7     8     9
  A  0.355 0.348 0.640
  B  0.300 0.557 0.483
  C  0.323 0.472 0.261
  D  0.278 0.239 0.083
  E  0.605 0.330 0.603
  F  0.435 0.515 0.489
  G  0.253 0.384 0.267
  H  0.096 0.339 0.087
```

```
      10    11    12
  A  0.016 0.004-0.066
  B  0.010 0.042-0.066
  C  0.043 0.132-0.066
  D  0.040 0.395-0.066
  E  0.097 0.773-0.066
  F  0.067 1.223-0.066
  G -0.011-0.065-0.065
  H  0.114-0.065-0.065
```

U. 2.1-8
ABSORBANCE MODE
CONTINUOUS MOVEMENT
FILTER   450
SINGLE WELL BLANK  0.066

BLANK WELL  A11

ABSORBANCES
15. NOV 2004 18:14:13

```
       1     2     3
  A  1.643 0.402 0.406
  B  1.624 0.144 0.189
  C  1.422 0.055 0.044
  D  1.687 0.016 0.011
  E  0.382 0.533 0.428
  F  0.127 0.330 0.129
  G  0.024 0.199 0.044
  H  0.008 0.031 0.006
```

```
       4     5     6
  A  0.568 0.231 0.19
  B  0.532 0.064 0.049
  C  0.516 0.033 0.017
  D  0.541 0.037 0.01
  E  0.128 0.284 0.112
  F  0.061 0.245 0.046
  G  0.034 0.118 0.023
  H  0.033 0.045 0.018
```

```
       7     8     9
  A  0.347 0.33  0.4
  B  0.733 0.546 0.474
  C  0.321 0.468 0.252
  D  0.279 0.244 0.082
  E  0.597 0.328 0.585
  F  0.431 0.523 0.481
  G  0.254 0.384 0.260
  H  0.093 0.336 0.086
```

```
      10    11    12
  A  0.015 0.000-0.064
  B  0.012 0.344-0.064
  C  0.043 0.133-0.064
  D  0.040 0.385-0.065
  E  0.097 0.778-0.064
  F  0.063 1.233-0.064
  G -0.012-0.064-0.064
  H  0.115-0.064-0.065
```

ATTORNEY'S EYES ONLY

UC-CVJ00006429

TX 57.0064

17. MAI. 2001  9:31     TRACE ZUERICH 01 8744285          NR. 495   S. 3/3

# TOXIC SUBSTANCE CONTROL ACT (TSCA)

## CERTIFICATION

DATE: _____

(CHECK ONE SECTION ONLY)

POSITIVE CERTIFICATION:

____✗____  **"I CERTIFY THAT ALL CHEMICAL SUBSTANCES IN
THIS SHIPMENT COMPLY WITH ALL APPLICABLE
RULES OR ORDERS UNDER TSCA AND THAT I AM NOT
OFFERING A CHEMICAL SUBSTANCE FOR ENTRY IN
VIOLATION OF TSCA OR ANY APPLICABLE RULE OR
ORDER THEREUNDER."**

· OR ·

NEGATIVE CERTIFICATION:

_____  **"I CERTIFY THAT ALL CHEMICALS IN THIS SHIPMENT
ARE NOT SUBJECT TO TSCA."**

COMPANY NAME: ___DEPARTMENT OF UROLOGY, UNIVERSITY OF INNSBRUCK

COMPANY ADDRESS: ANICHSTRASSE 35, 6020 INNSBRUCK

AUTHORIZED NAME: ZORAN CULIG, M.D.

AUTHORIZED SIGNATURE: Zoran Culig

TITLE: _____

FEDERAL EXPRESS AWB#: ___-_____

RETURN TO: _____

IF THE CERTIFIER IS UNSURE IF THEIR CHEMICAL SUBSTANCE IS
SUBJECT TO TSCA COMPLIANCE, CONTACT THE ENVIRONMENTAL
PROTECTION AGENCY, TSCA ASSISTANCE OFFICE, WASHINGTON, D.C.
(202) 554-1404 BETWEEN 8:30 AM AND 5:00 PM EST.

REVISED May 7, 1990

toxic-392

ATTORNEY'S EYES ONLY

UC-CVJ00006430

**TX 57.0065**

BIOLOGICAL STATEMENT

Sender: Zoran Culig, M.D.
　　　　Department of Urology, Univ.of Innsbruck
　　　　Anichstr. 35, A-6020 Innsbruck
　　　　Austria

　　　　　　　　　　CONSIGNEE: Dr. Charlie Chen
　　　　　　　　　　　　　　　9-240 Factor Building
　　　　　　　　　　　　　　　650 Charles E.Young Drive South
　　　　　　　　　　　　　　　Los Angeles, CA 90095
　　　　　　　　　　　　　　　USA

| DATE: 15.11.2004 |
|---|

HUMAN CELL EXTRACTS FOR
SCIENTIFIC INVESTIGATION- SOLEY
FOR LABORATORY RESEARCH;
NOT HAZARDOUS; TOXIC OR NARCOTIC;
NOT FOR USE IN HUMANS ANIMAL
MATERIAL. NOT CONFAINED. AFTER USE
IT WILL BE DESTROYED.
THE CELLS ARE PACKED IN DRY ICE;
CLASS 9; UN 8145; PACKING GROUPP III;
NET QUANTITY DRY ICE 8 KGS; NOT
RESTRICTED UNTER IATA-DGR;
NOT INFECTIOUS

Date: _16. 11. 2004._　　　　Sign: _Zoran Culy_.

ATTORNEY'S EYES ONLY　　　　　　　　　　　　　　　UC-CVJ00006431

**TX 57.0066**

# INVOICE

| FROM | |
|---|---|
| Tax ID: | Waybill #: |
| Contact name: UNIV. PROF. DR. Z. CULIC | Invoice #: |
| Address  ANICHSTR. 35 Q  A-6020 INNSBRUCK  AUSTRIA | Date: 16. 11. 04 |
| | PO #: |
| | Terms of sale (Incoterm): |
| | Reason for export: |
| Phone: 0512 504  24874 | |

| SHIP TO | SOLD TO INFORMATION |
|---|---|
| Tax ID: | Tax ID: |
| Contact name: CHARLIE CHEN DR. | Contact name: |
| Address  9 -240  FACTOR BUILDING  650 CHARLESE. YOUNG  DRIVE SOUTH  LOS ANGELES, CA 90095  USA | Address |
| Phone: 001 310 206 51 11 | Phone: |

| Units | U/M | Description of Goods | Harm. code | C/O | Unit value | Total value |
|---|---|---|---|---|---|---|
| | | HUMANN CELL EXTRACTS FOR SCIENTIFIC INVESTIGATION - SOLEY FOR LABORATORY research, NOT HAZARDOUS, TOXIC OR NARCOTIC, NOT FOR USE IN HUMANS ANIMAL MATERIAL, NOT CONTA- INED, AFTER USE IT WILL BE DESTROYED. THE CELLS ARE PACKED IN DRY ICE, CLASS 9, UN 1845 PACKING GROUPIII NET GANTITY, DRY ICE 10kg NOT RESTRICTED UNDER IATA/ICR | | | US $  10,00 | $ 10,00 |

Additional comments:

| Declaration statement: | Invoice line total: |
|---|---|
| | Discount/Rebate: |
| | Invoice sub-total: |
| | Freight: |
| | Insurance: |
| | Other: |
| | Total invoice amount: US $ 10. 00 |
| | Total No. of packages: 1   Currency code: |
| _Zoran Culej_  16. 11. 04 | Total weight (KGs): 10 |
| Shipper:              Date: | |

ATTORNEY'S EYES ONLY                                    UC-CVJ00006432

**TX 57.0067**

## INVOICE

| FROM | |
|---|---|
| Tax ID: | Waybill #: |
| Contact name: UNIV. PROF. DR. Z. CULL | Invoice #: |
| Address ANICHSTR. 35 Q | Date: 16. 11. 04 |
| A-6020 INNSBRUCK | PO #: |
| AUSTRIA | Terms of sale (Incoterm): |
| | Reason for export: |
| Phone: 0512 504 24874 | |

| SHIP TO | SOLD TO INFORMATION |
|---|---|
| Tax ID: | Tax ID: |
| Contact name: CHARLIE CHEN DR. | Contact name: |
| Address 9 -240 FACTOR BUILDING | Address |
| 650 CHARLESE. YOUNG | |
| DRIVE SOUTH | |
| LOS ANGELES, CA 90095 | |
| USA | |
| Phone: 001 310 206 51 11 | Phone: |

| Units | U/M | Description of Goods | Harm. code | C/O | Unit value | Total value |
|---|---|---|---|---|---|---|
| | | HUMANN CELL EXTRACTS FOR SCIENTIFIC INVESTIGATION - SOLEY FOR LABORATORY Research, NOT HAZARDOUS TOXIC, OR NARCOTIC, NOT FOR USE IN HUMANS ANIMAL MATERIAL NOT CONTAINED. AFTER USE IT WILL BE DESTROYED. THE CELLS ARE PACKED IN DRY ICE, CLASS 9, UN 1845 PACKING GROUPIII NET GANTITY, DRY ICE 10kg NOT RESTRICTED UNDER IATABLR | | | US $ 10,00 | $ 10,00 |

Additional comments:

| Declaration statement: | Invoice line total: |
|---|---|
| | Discount/Rebate: |
| | Invoice sub-total: |
| | Freight: |
| | Insurance: |
| | Other: |
| | Total invoice amount: US $ 10. 00 |
| | Total No. of packages: 1    Currency code: |
| *Zoran Cilej* 16. 11. 04 | Total weight (KGs): 10 |
| Shipper:              Date: | |

ATTORNEY'S EYES ONLY

UC-CVJ00006433

**TX 57.0068**

Appx1176

## INVOICE

| FROM | |
|---|---|
| Tax ID: | Waybill #: |
| Contact name: UNIV. PROF. DR. Z. CULL | Invoice #: |
| Address ANICHSTR. 35Q | Date: 16. 11. 04 |
| A-6020 INNSBRUCK | PO #: |
| AUSTRIA | Terms of sale (Incoterm): |
| | Reason for export: |
| Phone: 0512 504 24874 | |

| SHIP TO | SOLD TO INFORMATION |
|---|---|
| Tax ID: | Tax ID: |
| Contact name: CHARLIE CHEN DR. | Contact name: |
| Address 9 -240 FACTOR BUILDING | Address |
| 650 CHARLESE. YOUNG | |
| DRIVE SOUTH | |
| LOS ANGELES, CA 90095 | |
| USA | |
| Phone: 001 310 2106 51 11 | Phone: |

| Units | U/M | Description of Goods | Harm. code | C/O | Unit value | Total value |
|---|---|---|---|---|---|---|
| | | HUMANN CELL EXTRACTS FOR SCIENTIFIC INVESTIGATION - SOLEY FOR LABORATORY RESEARCH, NOT HAZARDOUS TOXIC OR NARCOTIC, NOT FOR USE IN HUMANS ANIMAL MATERIAL, NOT CONTAINED, AFTER USE IT WILL BE DESTROYED. THE CELLS ARE PACKED IN DRY ICE, CLASS 9, UN 1845 PACKING GROUP III WET GANTITY, DRY ICE 10KG NOT RESTRICTED UNDER IATA ELR | | | US $ 10,00 | $ 10,00 |

Additional comments:

| Declaration statement: | Invoice line total: | |
|---|---|---|
| | Discount/Rebate: | |
| | Invoice sub-total: | |
| | Freight: | |
| | Insurance: | |
| | Other: | |
| | Total invoice amount: | US $ 10. 00 |
| | Total No. of packages: 1 | Currency code: |
| | Total weight (KGs): 10 | |

*Zoran Celej* 16. 11. 04
Shipper:                    Date:

ATTORNEY'S EYES ONLY                                    UC-CVJ00006434

**TX 57.0069**



Ref: 3011746894 SDG Innsbruck
TO: Dr Charlie Chen
Dr Charlie Chen
FedEx Intl Priority

SHIP DATE: 17-nov-2004
FedEx

660251877034

ORIG ID: MIGA
ACCT: 142956969 phone# +49-89-61390981
Mr.van der Pijl
GO: General Overnight
Gruenwalder Weg 15
UNTER[illegible]ING
8[illegible] DE

To: Dr Charlie Chen
Phone# 0
Dr Charlie Chen
9-240 Factor building
650 Charles E. Young Drive South
Los Angeles
CA 90095 US
REF: 3011746894 SDG Innsbruck

BILL TRANS: S 142956969
BILL D&TAX: C
SHIP DATE: 17-nov-2004
WEIGHT: 10 KGS

DESCRIPTION
free sample diagnostics

DE 0

DRY ICE, 9, UN1845 ,1x9.5 Kg
CARRIAGE VALUE: NVD
SIGNATURE: Mr.van der Pijl

CUST VALUE: 10 USD

FSM Software 6.06.00#389069017NOV04 14:07

FedEx Intl Priority

TRK# 6602 5187 7034 FORM 0430

A2

LAX

90095 -CA-US XH SMOA
ICE

The Warsaw Convention may apply and will govern and in most cases limit the liability of Federal Express for loss or delay of or damage to your shipment. Subject to the conditions of the contract on the reverse.
CONSIGNEE COPY - PLEASE PLACE IN POUCH

**CONDITIONS OF CONTRACT FOR INTERNATIONAL FEDEX SHIPMENTS ONLY**

DEFINITIONS. On this Air Waybill, "we", "our", and "us" refer to Federal Express Corporation, its subsidiaries and branches and their respective employees, principals and agents. If your shipment originates outside the United States, your contract of carriage is with the Federal Express subsidiary, branch or independent contractor who originally accepts the shipment from you. "Package" means any container or envelope that is accepted by us for delivery, including any such items tendered by you utilizing our automated systems, meters, manifests or waybills. "Shipment" means all packages which are tendered to and accepted by us on a single Air Waybill. AGREEMENT TO TERMS. By giving us your shipment, you agree, regardless whether you sign the front of this Air Waybill, for yourself and as agent for and on behalf of any other person having an interest in this shipment, to all terms on this NON-NEGOTIABLE Air Waybill, in any applicable tariff, and in our current Service Guide or Standard Conditions of Carriage, copies of which are available upon request. If there is a conflict between this Air Waybill and either the tariff, Service Guide, or Standard Conditions then in effect, the tariff and terms of any customer automation agreement between the shipper and Federal Express will control (the Service Guide or Standard Conditions have secondary priority). No one is authorized to alter or modify the terms of our agreement. This Air Waybill shall be binding on us when the shipment is accepted. YOUR OBLIGATIONS. You warrant that each ... in the shipment is properly described on this Air Waybill and is acceptable for transport ... id that the shipment is properly marked, addressed (including postal codes) and packed ... re safe transportation with ordinary care in handling. NOTICE CONCERNING LIMITATIONS OF LIABILITY. Air Carriage Notice. If the carriage of your shipment by air involves an ultimate destination or stop in a country other than the country of departure, the Warsaw Convention, an international treaty relating to international carriage by air, may be applicable, which treaty would then govern and in most cases limit our liability for loss or delay of a damage to your shipment. In the U.S., the Warsaw Convention limits our liability to U.S. $9.07 per pound (U.S. $20.38 per kilogram), unless you declare a higher value for carriage as described below. The interpretation of the Warsaw Convention's liability limits may vary in other countries. There are no stopping places which are agreed at the time of tender of the shipment, and we reserve the right to route shipments in any way we deem appropriate. Road Transport Notice. Shipments transported solely by road – be it by explicit agreement to do so or not-in, to, or from a country which is party to the Convention on the Contract for the International Carriage of Goods by Road (the "CMR") are subject to the terms and conditions of the CMR, notwithstanding any other provisions of this Agreement to the contrary. For these shipments transported solely by road, if a conflict arises between the provisions of the CMR and this Air Waybill, the terms of the CMR shall prevail. Limitation of Liability. If not governed by the Warsaw Convention or the CMR as described above, our maximum liability for loss, damage or delay is limited by this Air Waybill to U.S. $100 per shipment or U.S. $9.07 per pound (U.S. $20.38 per kilo)(or equivalent local currency), whichever is greater, unless you declare a higher value for carriage as described below. FedEx does not provide cargo liability or all-risk insurance, but you may pay an additional charge to each additional U.S. $100 (or equivalent local currency) of declared value for carriage. If a higher value for carriage is declared, and the additional charge is paid, FedEx's maximum liability will be the lesser of the declared value for carriage or your actual damages. LIABILITIES NOT ASSUMED. IN ANY EVENT, WE WON'T BE LIABLE FOR ANY DAMAGES, WHETHER DIRECT, INCIDENTAL, SPECIAL OR CONSEQUENTIAL, IN EXCESS OF THE DECLARED VALUE FOR CARRIAGE (INCLUDING BUT NOT LIMITED TO LOSS OF INCOME OR PROFITS) WHETHER OR NOT WE HAD ANY KNOWLEDGE THAT SUCH DAMAGES MIGHT BE INCURRED, UNLESS SUCH DAMAGES WERE CAUSED BY OUR OWN WILLFUL MISCONDUCT OR GROSS NEGLIGENCE. We won't be liable for your acts or omissions, including but not limited to incorrect declaration of cargo, improper or insufficient packing, securing, marking or addressing of the shipment, or for the acts or omissions of the recipient or anyone else with an interest in the shipment. Also, we won't be liable if you or the recipient violate any of the terms of our agreement. We won't be liable for the loss, damage or delay caused by events we cannot control, including but not limited to acts of God, perils of the air, weather conditions, mechanical delays, acts of public enemies, war, strikes, civil commotions, or acts or omissions of public authorities (including customs and health officials) with actual or apparent authority. NO WARRANTIES. We make no warranties, express or implied. CLAIM FOR LOSS, DAMAGE OR DELAY. ALL CLAIMS MUST BE NOTIFIED TO US WITHIN 15 DAYS AFTER DELIVERY OF THE SHIPMENT, FAILING WHICH NO ACTION FOR DAMAGES MAY BE BROUGHT. All claims for loss, non-delivery or mis-delivery must be received by us within 90 days after the shipment is accepted by us. The right to damages against us shall be extinguished unless an action is brought within two years from the date of delivery of the shipment or from the date on which the shipment should have been delivered. Within 30 days after notification to us of the claim, it must be documented by sending us all relevant information about it. We are not obligated to act on any claim until all transportation charges have been paid; the claim amount may not be deducted from those charges. If the recipient accepts the shipment without noting any damage on the delivery record, we will assume the shipment was delivered in good condition. In order for us to consider a claim for damage, the contents, original shipping carton and packing must be made available to us for inspection. RIGHT TO INSPECT. Your shipment may, at our option or at the request of governmental authorities, be opened and inspected by us or such authorities at any time. CUSTOMS CLEARANCE. It is your responsibility to provide proper customs documentation and confirmation, where required. EXPORT CONTROL. You authorize Federal Express to act as forwarding agent for you for export and customs purposes. You hereby certify that all statements and information contained in this Air Waybill ... relating to exportation are true and correct. Furthermore, you understand that civil and criminal ... alties, including forfeiture and sale, may be imposed for making false or fraudulent state ... for the violation of any United States Laws on exportation, including but not limited to, 13 U.S. ... tion. 305; 22 USC Sec. 401; 18 USC Sec. 1001; 50 USC App. 2410. MANDATORY LAW. Insofar as any provision contained or referred to in this Air Waybill may be contrary to any applicable international treaty, law, government regulations, orders or requirements such provision shall remain in effect as a part of our agreement to the extent that it is not overridden. The invalidity or unenforceability of any provision shall not affect any other part of this Air Waybill. Unless otherwise indicated, the Sender's address indicated on the face of this Waybill is the place of execution and the place of departure, and Recipient's address listed on the face of this Waybill is the place of destination. Unless otherwise indicated, FEDERAL EXPRESS CORPORATION, P.O. Box 727, Memphis, TN 38194 USA is the first carrier of this shipment. Rev.5/98

Part # 171068

UC-CVJ00006436

**TX 57.0071**

Appx1179



**DRY ICE    UN 1845**

Net    cont. _10_    kg

Dangerous Goods - Shippers Declaration Not Required
Dry Ice Class 9, UN 1845, Packing Group III
Net-Quantity.....kg of dry ice in package
DIAGNOSTIC SPECIMENS - NOT RESTRICTED
PACKED IN COMPLIANCE WITH IATA
PACKING INSTRUCTION 650

ATTORNEY'S EYES ONLY

UC-CVJ00006437

**TX 57.0072**

## *DRY ICE CHECKLIST*



| | YES | NO |
|---|---|---|
| **Air Waybill #** 6602 5187 7034 | | |
| Has the Air Waybill option been checked and completed, or The commodity section showing the Dry Ice Statement ? | ✓ | ☐ |
| **Packaging** | | |
| Is the package undamaged and does it conform to packing Instruction 904 ? | ✓ | ☐ |
| **Marking** | | |
| Is the package marked "UN 1845" ?... | ✓ | ☐ |
| ...."Dry Ice/Carbon Dioxide, Solid" (*) ?... | ✓ | ☐ |
| Shipper and Consignee name and address ? | ✓ | ☐ |
| Net weight of Dry Ice in Kilo's ? | ✓ | ☐ |
| **Labelling** | | |
| Does the package have a class 9 Hazard Label ? | ✓ | ☐ |
| **General** | | |
| All Marks legible and Labels correctly applied? | ✓ | ☐ |

Check all entries, if any question are answered "NO" – complete the comments section and return copy to shipper with package and documentation.
(*) Either " DRY ICE" or "CARBON DIOXIDE, SOLID" are permitted options.

**COMMENTS:** *PASSED!*

**Checked by:** SUZER E,    **PIN#** 357993

**Date:** 11/17/04    **Time:** 15:00    **Signed:**

**For further informations, please call: +49-89/32671 5-0**

Erstellt von Oliver Koerppen                                                    26.07.04

ATTORNEY'S EYES ONLY                                    UC-CVJ00006438

**TX 57.0073**

*British Journal of Cancer* (1999) 81(2), 242–251
© 1999 Cancer Research Campaign
Article no. bjoc.1999.0684

# Switch from antagonist to agonist of the androgen receptor blocker bicalutamide is associated with prostate tumour progression in a new model system

Z Culig[1,*], J Hoffmann[4,*], M Erdel[2], IE Eder[1], A Hobisch[1], A Hittmair[3], G Bartsch[1], G Utermann[2], MR Schneider[4], K Parczyk[4] and H Klocker[1]

Departments of [1]Urology, [2]Medical Biology and Human Genetics and [3]Pathology, University of Innsbruck, Anichstraße 35, A-6020 Innsbruck, Austria; [4]Research Laboratories of Schering AG, D-13342 Berlin, Germany

**Summary** Advanced prostate cancer is treated by androgen ablation and/or androgen receptor (AR) antagonists. In order to investigate the mechanisms relevant to the development of therapy-resistant tumours, we established a new tumour model which closely resembles the situation in patients who receive androgen ablation therapy. Androgen-sensitive LNCaP cells were kept in androgen-depleted medium for 87 passages. The new LNCaP cell subline established in this manner, LNCaP-abl, displayed a hypersensitive biphasic proliferative response to androgen until passage 75. Maximal proliferation of LNCaP-abl cells was achieved at 0.001 nM of the synthetic androgen methyltrienolone (R1881), whereas 0.01 nM of this compound induced the same effect in parental cells. At later passages (> 75), androgen exerted an inhibitory effect on growth of LNCaP-abl cells. The non-steroidal anti-androgen bicalutamide stimulated proliferation of LNCaP-abl cells. AR protein expression in LNCaP-abl cells increased approximately fourfold. The basal AR transcriptional activity was 30-fold higher in LNCaP-abl than in LNCaP cells. R1881 stimulated reporter gene activity in LNCaP-abl cells even at 0.01 nM, whereas 0.1 nM of R1881 was needed for induction of the same level of reporter gene activity in LNCaP cells. Bicalutamide that acts as a pure antagonist in parental LNCaP cells showed agonistic effects on AR transactivation activity in LNCaP-abl cells and was not able to block the effects of androgen in these cells. The non-steroidal AR blocker hydroxyflutamide exerted stimulatory effects on AR activity in both LNCaP[3] and LNCaP-abl cells; however, the induction of reporter gene activity by hydroxyflutamide was 2.4- to 4-fold higher in the LNCaP-abl subline. The changes in AR activity were associated neither with a new alteration in AR cDNA sequence nor with amplification of the AR gene. Growth of LNCaP-abl xenografts in nude mice was stimulated by bicalutamide and repressed by testosterone. In conclusion, our results show for the first time that the non-steroidal anti-androgen bicalutamide acquires agonistic properties during long-term androgen ablation. These findings may have repercussions on the natural course of prostate cancer with androgen deprivation and on strategies of therapeutic intervention.

© 1999 Cancer Research Campaign

**Keywords:** prostate cancer; androgen ablation; LNCaP cells; androgen receptor; bicalutamide; tumour progression

Although prostate cancer remains the most common male malignant tumour in the Western world, there is still a lack of a sufficient number of models for studying its development and progression (Dijkman and Debruyne, 1996). The three human cell lines, LNCaP, PC-3 and DU-145, all derived from metastatic lesions from prostate cancer, are widely used (Stone et al, 1978; Kaighn et al, 1979; Horoszewicz et al, 1983). Two of these three cell lines are not representative of androgen receptor (AR) expression in prostate cancer in vivo (Hobisch et al, 1995). PC-3 and DU-145 cells express very little or no AR, respectively, whereas advanced prostate tumours and metastatic lesions from patients who failed androgen ablation therapy were found to be altogether AR-positive (Tilley et al, 1990; van der Kwast et al, 1991; Hobisch et al, 1995; Taplin et al, 1995). On the other hand, LNCaP cells, obtained from a lymph node metastasis of a patient who did not respond to endocrine therapy, contain high levels of AR mRNA and protein and are androgen-sensitive. The LNCaP AR, which has a point mutation in the hormone-binding domain, binds

various steroids (oestradiol, progesterone) and non-steroidal anti-androgens (hydroxyflutamide, nilutamide) with higher affinity than the wild-type AR (Veldscholte et al, 1990). These substances, in addition to androgens, induce transcriptional activity of the LNCaP AR. LNCaP cells grow in response to androgenic, oestrogenic and progestagenic steroids, hydroxyflutamide and nilutamide (Schuurmans et al, 1988; Wilding et al, 1989). Conversely, agonistic effects on LNCaP proliferation and AR activity were not observed in the presence of another non-steroidal anti-androgen, bicalutamide (Casodex) (Veldscholte et al, 1992). The proliferation of LNCaP cells is regulated by androgens in a biphasic manner. It is enhanced by low concentrations of dihydrotestosterone (DHT), whereas higher androgen doses induce a progressive decline in cellular proliferation. They induce expression of prostate-specific genes, such as the prostate-specific antigen (PSA) gene (Lee et al, 1995).

Androgen ablation therapy for advanced prostatic carcinoma intends to block AR activation and function. Serum levels of testicular androgens are thus lowered either by orchiectomy or by analogues of luteinizing hormone-releasing hormone. These compounds are applied together with an AR antagonist in order to achieve a complete androgen blockade. The response to this

Received 1 December 1998
Revised 13 April 1999
Accepted 22 April 1999

Correspondence to: H Klocker

*Joint first authors of the manuscript.

242

ATTORNEY'S EYES ONLY

UC-CVJ00006439

**TX 57.0074**

therapy is time-limited. Almost all tumours become refractory after some time. Surprisingly, clinical benefit has been observed following the withdrawal of anti-androgens in a subset of prostate cancer patients with therapy-resistant disease (Scher and Kolvenbag, 1997). This anti-androgen withdrawal phenomenon may be in part attributed to mutant ARs detected in prostatic carcinomas but alternative mechanisms may also be considered. These facts indicate that there may be clinically relevant changes in AR expression and function during long-term androgen ablation. We report here on characterization of a new LNCaP cell subline, LNCaP-abl, which was established after 10 months propagation in steroid-depleted medium. This characterization encompasses the evaluation of in vitro and in vivo tumour growth, the expression and activity of the AR and cytogenetic changes. Our study demonstrates a hyperresponsiveness of the androgen-signalling pathway in long-term androgen-deprived LNCaP cells.

## MATERIALS AND METHODS

### Materials

RPMI-1640 medium was purchased from HyClone (Logan, UT, USA). Fetal calf serum (FCS) and penicillin–streptomycin were from Biological Industries (Kibutz Beth Haemek, Israel). Cell culture plasticware was from Falcon (Lincoln, NE, USA), Costar (Cambridge, MA, USA) and Sarstedt (Nürmbrecht, Germany). Non-radioactive and $^3$H-labelled synthetic androgen methyltrienolone (R1881, specific activity 86 Ci mmol$^{-1}$) and acetyl-coenzyme A (specific activity 57 mCi mmol$^{-1}$) were purchased from New England Nuclear (Dreieichenhain, Germany). Hydroxyflutamide was from Essex Pharma (Munich, Germany) and bicalutamide from Schering AG (Berlin, Germany). Chloramphenicol and unlabelled acetyl-coenzyme A were supplied by Sigma (Deisenhofen, Germany). The scintillation liquids Optiphase and Optiscint 'Hisafe' were from Pharmacia (Uppsala, Sweden). A commercial methylthiotetrazole (MTT) assay was purchased from Biomedica (Vienna, Austria). A luciferase assay kit was purchased from Bio Orbit (Turku, Finland). Electroporation apparatus and cuvettes were from Eurogentec (Brussels, Belgium). The softwares for karyo-typing and comparative genomic hybridization (CGH) were from Perceptive Scientific International (Chester, UK). Biotin- and digoxigenin-labelled dUTPs were from Boehringer (Mannheim, Germany). The Leitz Aristoplan epifluorescence microscope (Leica, Vienna, Austria) was equipped with a cooled integrating black and white charge-coupled device (CCD) Image Point camera (Photometrics, Tucson, AZ, USA). A triple band-pass filter set was from Chroma Technology (Brattleboro, VA, USA). The Polyvar 2 microscope from Reichert (Vienna, Austria) was equipped with a video camera (Hamamatsu Photonics, Hamamatsu, Japan).

### Cell culture

The LNCaP cell line was obtained at passage 21 from the American Type Culture Collection (Bethesda, MD, USA). The cells were routinely cultured in RPMI medium supplemented with 10% FCS and antibiotics at 37°C in an atmosphere of 5% carbon dioxide in air. Medium was changed every 3–4 days and the cells were passaged by trypsinization once a week with ratio 1:3. Steroid removal was performed in two steps; initially, FCS was incubated with dextran-coated charcoal at 4°C for 5 h. The charcoal mixture was centrifuged at 3600 rpm for 20 min. Then the

supernatant was incubated with a fresh portion of dextran-coated charcoal overnight, centrifuged, filtered through a 0.2 μm sterile filter and stored at –20°C until use. Beginning with passage 25, we have cultured LNCaP cells in 10% charcoal-stripped (CS) FCS and antibiotics with medium change every 3–4 days and passage once a week. The levels of testosterone, oestradiol and progesterone in CS FCS were determined by commercial radioimmunoassays (RIAs). The testosterone RIA (sensitivity 0.14 nм) was purchased from Diagnostic Products Corporation (Los Angeles, CA, USA), RIA for determination of oestradiol (sensitivity 0.05 nм) was from Serono (Roma, Italy) and the progesterone RIA (sensitivity 0.3 nм) was from Orion Diagnostica (Espoo, Finland). Testosterone, oestradiol and progesterone were not detected in CS FCS by these RIAs. The cells derived after 41 passages in steroid-free medium were named LNCaP-abl. Several passages of these cells were characterized. Low passages of LNCaP cells (25–36), which were not exposed to steroid deprivation, served as controls.

### Assessment of in vitro proliferation of LNCaP cells

Cell proliferation in the absence of any supplement was evaluated by counting trypsinized cells with a haemocytometer. The cells were counted after (a) culture of LNCaP cells in FCS and LNCaP-abl cells in CS FCS, (b) culture of both cell lines in FCS and (c) culture of both cell lines in CS FCC. Responsiveness of cell proliferation to increasing concentrations of androgen and anti-androgens was evaluated by means of the MTT (3-(4,5-dimethylthiazol-2-yl)-2,5-diphenyltetrazolium bromide) assay. It was previously found that MTT converting activity adequately reflects cell number in androgen-treated LNCaP cells (Romijn et al, 1988). LNCaP cells were seeded into 24-well plates at a density of $2 \times 10^4$ per well. They were grown in medium containing 10% CS FCS for 24 h. After this period, the concentration of CS FCS was reduced to 5% and either androgen or one of the non-steroidal anti-androgens (hydroxy-flutamide, bicalutamide) was added. Proliferative response was assessed after 72 h. The MTT assay was performed as recently described by Cronauer et al (1996).

### Ligand binding assay

About $3 \times 10^6$ cells were seeded into 75-cm$^2$ flasks and incubated for 48 h. Then they were taken to determine specific binding of radioactively labelled methyltrienolone. The assay procedure was essentially the same as that described previously (Culig et al, 1993a). In addition to determination of androgen binding, competition studies with bicalutamide were carried out and relative binding affinity was calculated.

### AR transcriptional activity

Activity of the AR was assessed in transactivation assays. The reporter chloramphenicol acetyltransferase (CAT) gene, driven by a promoter consisting of two androgen-response elements in front of a TATA box (Culig et al, 1994), was introduced together with the plasmid pGL$_2$-control, which contains a luciferase gene driven by the SV-40 promoter (Promega, Mannheim, Germany) into LNCaP and LNCaP-abl cells by means of electroporation. Prior to electroporation, the cells were grown in 75-cm$^2$ flasks for 24 h. They were washed in phosphate-buffered saline (PBS) and trypsinized. Then $3.6 \times 10^6$ cells were resuspended in 400 μl of

© 1999 Cancer Research Campaign

*British Journal of Cancer* (1999) **81**(2), 242–251

ATTORNEY'S EYES ONLY

UC-CVJ00006440

**TX 57.0075**

**244** *Z Culig et al*

 

**Figure 1** Proliferative response of LNCaP and LNCaP-abl cells following androgen or bicalutamide treatment. Two × 10⁴ cells were seeded into 24-well plates and grown in the presence of indicated concentrations of R1881 or bicalutamide for 72 h. Proliferation was assessed by means of the MTT assay. Results are expressed in relation to LNCaP cells stimulated by 0.01 nM of R1881 (=100%). (A) The effects of R1881 on LNCaP and LNCaP-abl cells (passages 56 and 75). Points, mean values of three experiments; bars, s.d. (B) The effects of bicalutamide (Bic) on LNCaP (white bar) and LNCaP-abl cells (passage 68) (black bar)

PBS containing 10% CS FCS and mixed with 60 µg of the reporter plasmid and 40 µg of the control plasmid. This suspension was transferred into 4-mm cuvettes and electroporated. The parameters were 650 V, 25 µF and 99 Ohm for pulse 1 and 220 V, 1050 µF and 201 Ohm for pulse 2. Immediately afterwards, the cells were resuspended in medium with 10% CS FCS and seeded on 24-well plates. Hormones and/or AR antagonists were supplemented 24 h after electroporation in the presence or absence of serum and the cells were harvested after incubation for another 24 h. CAT assay was performed in cell extracts as described previously (Culig et al, 1994). The results of reporter gene assays were normalized according to protein levels and transfection efficacy which was determined by the Bio Orbit luciferase assay. The luciferase assay was performed according to the manufacturer's instructions. To test whether serum has any effect on the expression of the luciferase control plasmid, both LNCaP sublines were transfected with the pGL₃-control plasmid and treated with 10% CS FCS for 24 h. Afterwards, luciferase activity was determined. To confirm that reporter gene activity measured in CAT assays accurately reflects functional activity of the AR, LNCaP and LNCaP-abl cells were transfected with a control reporter gene plasmid lacking the androgen-response elements (TATA-CAT) and incubated in the absence or presence of androgen before CAT assay was performed.

### Determination of prostate-specific antigen mRNA levels by semiquantitative RT-PCR

LNCaP and LNCaP-abl cells were cultured in medium supplemented with 5% CS FCS in the absence or presence of androgen for 24 h. RNA was extracted according to the protocol described previously (Culig et al, 1993b). A PSA cDNA fragment and a cDNA fragment of the housekeeping gene β2-microglobulin were amplified in a duplex PCR. Amplification was started with PSA primers alone for 3 cycles. Thereafter, β2-microglobulin primers were added and the amplification was continued for another 20 cycles. The following PCR programme was used: a precycle of 15

min at 95°C followed by 23 cycles of 50 s at 94°C, 1 min at 56°C, 30 s at 72°C and a postcycle of 2 min at 73°C. The primers used for PSA detection were PSA 418/21 sense, 5′-GGC AGG TGC TTG TAG CCT CTC-3′ (fluorescence-labelled); and 939/21 anti-sense, CAC CCG AGC AGG TGC TTT TGC-3′. The primers used for the amplification of β2-microglobulin were sense, 5′-ATG CCT GCC GTG TGA ACC ATG T-3′; and antisense, 5′-AGA GCT ACC TGT GGA GCA ACC T-3′ (fluorescence-labelled). The fragments were separated by capillary gel electrophoresis on an ABI 310 Genetic Analyser (ABI, Foster City, CA, USA) and the fluorescence intensities of the fragments were measured using the ABI Prism Genescan Software. A PSA/β2-microglobulin ratio was calculated.

### Sequence analysis of AR cDNA fragments

Isolation of RNA from LNCaP and LNCaP-abl cells, cDNA synthesis, amplification of AR cDNA fragments and sequencing were performed as described previously (Culig et al, 1993b).

### Cytogenetic analysis

Metaphase spreads were prepared from subconfluent cell monolayers after 1 or 2 days in culture. The cells in log phase were microscopically checked for good mitotic index and harvested by colcemid and trypsin treatment using standard methods. Metaphase chromosomes were routinely analysed by trypsin-Giemsa (GTG) and quinacrine (QFQ) banding. GTG- and QFQ-banded chromosomes were recorded, karyotyped and processed by MacKtype 5.1 software on a Polyvar 2 microscope.

### CGH analysis

For CGH, metaphase chromosome preparation, DNA isolation and labelling, hybridization and signal detection were performed essentially as described previously (Kallioniemi et al, 1994). Briefly, test DNA was isolated from cultured LNCaP and LNCaP-abl cells and

*British Journal of Cancer (1999)* **81**(2), 242–251

© 1999 Cancer Research Campaign

ATTORNEY'S EYES ONLY

UC-CVJ00006441

**TX 57.0076**



**Figure 2**  Specific androgen binding in LNCaP and LNCaP-abl cells (passage 66). LNCaP cells were incubated in 75-cm² flasks for 48 h. Then the cells were harvested and incubated with increasing concentrations of ³H-R1881 at room temperature for 90 min. Non-specific binding was measured in the presence of a 200-fold molar excess of unlabelled R1881. After incubation the cells were washed twice with ice-cold medium and specifically bound radioactivity was determined



**Figure 3**  Assessment of AR transcriptional activity in LNCaP (white bar) and LNCaP-abl (black bar) cells in the absence of androgen. The cells were cotransfected with the androgen-responsive reporter plasmid ARE₃TATA-CAT and the plasmid pGL₂-control containing a luciferase gene driven by the SV-40 promoter. The basal CAT activity in LNCaP and LNCaP-abl cells was measured in the presence or absence of serum. All CAT activities are expressed in relation to the CAT activity induced by 1 nM of R1881 in LNCaP cells (=100%, not shown). bars, s.d.

control DNA was prepared from blood of a healthy male. DNAs were labelled with biotin-16-dUTP and digoxigenin-11-dUTP, respectively, following standard nick translation protocols (Langer et al, 1981). A 1:1 probe mixture (400–600 ng) was hybridized in combination with unlabelled human Cot-1 DNA to normal male metaphase spreads. Biotin- and digoxigenin-labelled probes were visualized via fluorescein isothiocyanate (FITC) and tetrarhodamine isothiocyanate (TRITC) respectively. Chromosomes were identified on the basis of inverted grey level diamino-2-phenolidol (DAPI) banding. CGH results were evaluated using a digital image analysis system. Three single-colour images were recorded and processed by the MacProbe 3.3 software on the Leitz Aristoplan epifluorescence microscope. The microscope was equipped with a cooled integrating black and white CCD camera and a triple bandpass filter set in combination with single band-pass excitation filters to sequentially excite DAPI, FITC and TRITC without any registration shift between images. Green to red (tumour cell line to normal) fluorescence intensity ratios along the length of all chromosomes in the metaphase spreads were calculated, allowing an objective assignment of DNA sequence copy number changes of the tumour cell lines to chromosomal regions. After normalization of absolute fluorescence intensities within each metaphase to an average of 1.0, the results were plotted as green to red ratio profiles for each human chromosome from pter to qter. Typically, 3–5 high quality metaphases were analysed from each slide.

### Assessment of growth of LNCaP cells in vivo

Six-week-old male athymic nude mice (NMRI-strain, Bommice, Bomholtgard, Denmark) were used in the in vivo experiments. The animals were housed in a pathogen-free facility. Animal treatment

was according to *Guidelines for the Welfare of Animals in Experimental Neoplasia*. Mice that should be transplanted with LNCaP cells were supplemented with slow-release testosterone pellets (12.5 mg, 90-day release; Innovative Research of America, Sarasota, FL, USA). Prior to transplantation, LNCaP and LNCaP-abl cells were expanded in vitro. Exponentially growing cells were harvested and the cell pellet was resuspended in an appropriate volume of RPMI-1640 medium. The cell suspension was mixed 1:1 with matrigel to inject $1.5 \times 10^6$ cells in 0.1 ml subcutaneously (s.c.) into the left flank of each nude mouse. After the tumours had reached a size of 25–35 mm², either surgical castration under anaesthesia and testosterone pellet removal were performed or treatment with the anti-androgen bicalutamide (50 mg kg⁻¹ s.c. in benzyl benzoate/castor oil, $3 \times$ weekly, synthesized at Schering AG) was started. Tumour size was measured weekly using a caliper (length × width of a tumour area in mm²). All tumours were of a very similar shape. At the end of each experiment, tumours, prostate and seminal vesicles were dissected and weighed.

### RESULTS

#### Establishment of an androgen-hypersensitive LNCaP subline

LNCaP cells obtained from the American Type Culture Collection were grown for 10 months in medium supplemented with 10% CS FCS. After 41 passages, the LNCaP-abl subline was established. Morphology of these cells was different to that of parental cells. Clusters of cells were observed in the subline generated after androgen ablation rather than uniform monolayers.

#### Effects of long-term androgen ablation on proliferation of LNCaP cells

The basal proliferation rate of both LNCaP sublines was evaluated by determination of cell number after 3 days of growth. In the first series of experiments, LNCaP cells were grown in medium supplemented with FCS and LNCaP-abl cells in medium containing CS FCS. Until LNCaP-abl cells reached passage 61, their number was

© 1999 Cancer Research Campaign

British Journal of Cancer (1999) **81**(2), 242–251

ATTORNEY'S EYES ONLY

UC-CVJ00006442

TX 57.0077

246  Z Culig et al





**Figure 4**  Cytogenetic changes of the LNCaP prostate cancer cell line during in vitro propagation under steroid-free conditions. (A) Representative QFQ-banded partial karyotype of the parental LNCaP cell line illustrating the basic marker chromosomes M1 to M9. (B) Representative GTG-banded partial karyotype of the LNCaP-abl subline (passage 75). Chromosomal differences between karyotypes from LNCaP and LNCaP-abl were duplication of the marker M1, formation of a new der(4) marker derived from M8 and loss of the two Y-chromosomes (arrows)



**Figure 5**  CGH analysis in the parental LNCaP cell line (top) and in the LNCaP-abl subline (passage 70) demonstrating genetic changes affecting chromosomes 1, 2, X and Y (bottom). Average green to red fluorescence intensity ratio profiles from 4 to 10 analysed chromosomes are shown from pter to qter. Vertical lines represent green to red ratio values of 0, 0.5, 1, 1.5 and 2 (cut-off limits of losses and gains were taken at 0.75 and 1.25). The mean ratio values in LNCaP cells indicate a loss of the 2p13-p21 region as the only change whereas passage 70 of LNCaP-abl cells shows loss of 1p34-p36, 2p13-p21, Y and a gain of 1p22-qter. Idiograms are provided for approximate visual reference of the breakpoints. Heterochromatic chromosomal regions were excluded from the analysis

15–20% lower than that of LNCaP cells. Beginning with passage 61, the basal proliferation rate of LNCaP-abl cells was quite similar to that of LNCaP cells. When LNCaP-abl cells were grown in FCS, their number was more than 2 times lower than the number of LNCaP cells. Finally, experiments in which both sublines were cultured in CS FCS revealed that LNCaP grow up to 2 times slower than LNCaP-abl cells in this medium. The effects of increasing concentrations of androgen and the non-steroidal anti-androgens hydroxyflutamide and bicalutamide on cellular proliferation were assessed by the MTT assay. The synthetic androgen R1881 was added at concentrations ranging from 0.001 to 1 nM. R1881 was used instead of DHT to minimize metabolic degradation of physiological androgen during incubation. Both the parental cell line and LNCaP-abl cells showed a biphasic response after incubation with androgen (Figure 1A). Maximal stimulation of the parental cell line was observed at 0.01 nM of R1881, whereas a tenfold lower concentration evoked maximal proliferative response in androgen-ablated cells. LNCaP-abl cells at passage 75 and later were inhibited by R1881 (Figure 1A). Hydroxyflutamide stimulated proliferation of both LNCaP and LNCaP-abl cells in a similar manner (data not shown). Surprisingly, bicalutamide, at concentrations between 100 nM and 10 μM, stimulated proliferation of

LNCaP-abl cells (Figure 1B). Positive effects of bicalutamide on growth of steroid-deprived LNCaP cells were observed in passages in which very low concentrations of R1881 stimulated proliferation as well as in those in which androgen inhibited cell growth.

## AR expression during propagation in steroid-depleted medium

AR protein level was estimated by ligand-binding assay with radioactively labelled R1881. Maximum binding was determined by means of Scatchard analysis. The number of binding sites in LNCaP cells was comparable with that previously reported by Kirschenbaum et al (1993) (1.2 vs 1.4 fmol μg$^{-1}$ protein). Our experiments revealed a gradual increase of AR during androgen ablation. The maximal fourfold increase in androgen binding was measured beginning with passage 66 (Figure 2) and remained essentially unchanged until passage 87. There was no change in AR binding affinity after long-term androgen deprivation. Interestingly, relative binding affinity of AR for bicalutamide was the same in LNCaP and LNCaP-abl cells (0.6). To investigate whether AR up-regulation also occurs after short-term androgen ablation, we cultured parental cells in medium with CS FCS for 4 days. Increased androgen binding was not measured in LNCaP cells after short-term androgen withdrawal.

## AR transcriptional activity

AR transcriptional activity was analysed by means of reporter gene transactivation assays. Reporter gene activity was assayed in

*British Journal of Cancer (1999) 81(2), 242–251*

© 1999 Cancer Research Campaign

ATTORNEY'S EYES ONLY

UC-CVJ00006443

**TX 57.0078**

*Bicalutamide and prostate cancer progression* 247



**Figure 6** Growth characteristics of the LNCaP tumour in male nude mice. LNCaP cells were transplanted s.c. into testosterone (T)-supplemented mice. Two weeks later, nude mice bearing tumours were randomized and divided into three groups (7–9 mice per group). The first group received no additional treatment (control) and in the second group mice were castrated and testosterone pellets were removed. Mice in the third group were treated with bicalutamide (50 mg kg⁻¹, 3 × weekly). The experiment was performed twice and similar results were obtained



**Figure 7** Growth characteristics of the LNCaP-abl tumour in male nude mice. LNCaP-abl cells were transplanted s.c. into male nude mice. Two weeks later, nude mice bearing tumours were randomized and divided into five groups (7–10 mice per group). Treatment included castration, bicalutamide (50 mg kg⁻¹, 3 × weekly), castration plus bicalutamide (50 mg kg⁻¹, 3 × weekly) or testosterone supplementation. The experiment was performed twice and similar results were obtained

extracts of LNCaP and LNCaP-abl cells which were transfected with the $ARE_2$ TATA-CAT construct and incubated with or without R1881 for 24 h. Two types of experiments were performed. In the first series of experiments, 5% CS FCS was present during incubation. In these experiments, parental LNCaP cells showed a very low reporter gene activity in the absence of androgen. In contrast, the basal CAT activity in androgen-ablated cells was approximately 30-fold higher in LNCaP-abl passages 63–66 than in control cells (Figure 3). This increased basal CAT activity was also measured up to passage 87 of LNCaP-abl cells. There was no elevation of basal reporter gene activity in LNCaP cells which were depleted of steroids for 4 days. Differences between control cells and the LNCaP-abl subline were also notable after androgenic stimulation. Reporter gene activity was induced by tenfold lower concentrations of androgen in LNCaP-abl than in LNCaP cells (Table 1). In the second series of experiments, reporter gene activity was measured in extracts of cells which were incubated in the absence of androgen and serum (Figure 3). The basal CAT activity was tenfold higher in LNCaP-abl than in LNCaP cells even under these experimental conditions. CAT reporter gene activities were normalized to luciferase activity of the pGL-3 control plasmid. In separate control experiments it was ensured that the expression of the control luciferase gene is equal in medium supplemented with FCS or CS FCS as well as in serum-free medium. In experiments in which the reporter plasmid TATA-CAT lacking the two androgen response elements was electroporated, CAT activity was similar in LNCaP and in LNCaP-abl cells. As expected, R1881 did not cause any stimulation of reporter gene activity in cells that expressed this vector.

**Table 1** Induction of CAT activity in LNCaP and LNCaP-abl cells transfected with the androgen-inducible reporter plasmid $ARE_2$TATA-CAT

| Compound | Cell line (fold induction of CAT activity over basal level ± s.d.) | |
|---|---|---|
| | **LNCaP** | **LNCaP-abl** |
| R1881 (0.01 nM) | 1.2 ± 0.1 | 3.8 ± 0.2 |
| R1881 (0.1 nM) | 3.5 ± 0.5 | 14.4 ± 1.1 |
| R1881 (1 nM) | 33.2 ± 2.2 | 42 ± 1.5 |
| OHF (100 nM) | 2.5 ± 0.1 | 6.3 ± 0.9 |
| OHF (1 μM) | 3.8 ± 0.5 | 9.1 ± 1.2 |
| OHF (10 μM) | 4.5 ± 0.3 | 18.3 ± 2.2 |
| R1881 (1 nM) + OHF (1 μM) | 31.6 ± 2.2 | 35 ± 2.8 |
| Bic (100 nM) | 0.9 ± 0.1 | 1.8 ± 0.2 |
| Bic (1 μM) | 0.9 ± 0.2 | 2.2 ± 0.2 |
| Bic (10 μM) | 1.1 ± 0.1 | 2.8 ± 0.4 |
| R1881 (1 nM) + Bic (1 μM) | 3.2 ± 0.6 | 39.2 ± 5.2 |

OHF = hydroxyflutamide; Bic = bicalutamide.

Next, we investigated the effects of the non-steroidal antiandrogens hydroxyflutamide and bicalutamide on AR-mediated reporter gene activity in androgen-ablated LNCaP cells. Agonistic effects of hydroxyflutamide in parental LNCaP cells were observed previously (Veldscholte et al, 1990, 1992). Stimulation of AR activity by hydroxyflutamide was 2.4- to 4-fold higher in LNCaP-abl cells than in LNCaP cells, thus confirming that these cells adapted to an androgen-depleted environment by generating a hyper-reactive AR (Table 1). Most interestingly, bicalutamide, a

© 1999 Cancer Research Campaign

*British Journal of Cancer* (1999) **81**(2), 242–251

ATTORNEY'S EYES ONLY

UC-CVJ00006444

**TX 57.0079**

248  Z Culig et al

Table 2  Loss of the Y-chromosome evaluated by epifluorescence microscopy of QFQ-stained metaphases

| Cell line (passage) | Cells with XXYY (%) | Cells with XXY,-Y (%) | Cells with XX,-Y,-Y (%) | Total cells |
|---|---|---|---|---|
| LNCaP | 27 (90) | 3 (10) | 0 (0) | 30 |
| LNCaP-abl (75) | 0 (0) | 21 (70) | 9 (30) | 30 |
| LNCaP-abl (76) | 1 (7.1) | 8 (57.1) | 5 (35.7) | 14 |

pure AR antagonist in parental cells, displayed positive effects on reporter gene activity in LNCaP-abl cells. This compound inhibited CAT activity induced by R1881 in LNCaP cells. In contrast, the ability of bicalutamide to antagonize the effects of androgen on reporter gene activity was greatly impaired in LNCaP-abl cells generated after long-term androgen ablation (Table 1). This pattern of AR activation was also observed in later passages of LNCaP-abl cells (passages 67–87).

**PSA mRNA expression**

In order to investigate how long-term androgen ablation affects the androgen-regulated PSA gene, LNCaP and LNCaP-abl cells were treated with R1881 for 24 h and PSA mRNA was determined by semiquantitative RT-PCR. Neither basal nor androgen-induced PSA mRNA levels differed significantly between androgen-ablated cells and controls. The mean PSA/$\beta$2-microglobulin ratio was 0.2 in untreated LNCaP and 0.3 in LNCaP-abl cells. In LNCaP cells treated with 1 nM of R1881 the mean PSA/$\beta$2-microglobulin ratio was 1.7 compared with LNCaP-abl cells that had a mean ratio of 1.3.

**AR sequence and cytogenetic analysis**

Sequence analysis of AR cDNA fragments revealed that the AR in LNCaP-abl cells has the same sequence as the AR in LNCaP cells (threonine at codon 877 is replaced with alanine) (Veldscholte et al, 1990). The original cell line LNCaP and the LNCaP-abl subline were analysed by both conventional karyotyping and CGH. Figure 4 summarizes chromosome findings of the two cell lines. Both the parental cells and the LNCaP-abl subline had the same basic karyotype. This was essentially a near tetraploid karyotype with the consistent diploid markers M1 to M9 as reported by Gibas et al (1984) and Konig et al (1989). Three additional chromosomal changes compared to this basic karyotype were found in the LNCaP-abl subline: (i) an additional copy of marker M1 was present in LNCaP-abl cells; (ii) a new marker chromosome was formed from one copy of M8 (4q+); and (iii) a partial or complete loss of the Y-chromosome was observed (see also Table 2). Other microscopical chromosome changes did not occur during in vitro propagation.

Additionally, we have used CGH to identify clonal genetic changes arising from in vitro selection of the LNCaP-abl subline. CGH results from the two cell lines are shown in Figure 5. The parental LNCaP cell line showed loss of the region 2p13–p21. This change was also seen in the LNCaP-abl subline, whereas the gain of 1p22.3–qter and the loss of the Y chromosome were found only in the LNCaP-abl subline confirming in part conventional cytogenetic findings. Moreover, loss of 1p34–p36 in LNCaP-abl cells was found exclusively by CGH. None of passages of the LNCaP-abl subline tested showed amplification sites, in particular

Table 3  Prostate and seminal vesicle weight in tumour-bearing male nude mice after androgen ablation, testosterone and anti-androgen treatment respectively

| | Seminal vesicle | s.d. | Prostate | s.d. |
|---|---|---|---|---|
| | (relative weight in mg/100 g body weight) | | | |
| **LNCaP** | | | | |
| Control (+testosterone) | 821 | 203 | 190 | 32 |
| Castration | 101 | 11 | 48 | 14 |
| Bicalutamide (+testosterone) | 217 | 49 | 45 | 8 |
| **LNCaP-abl** | | | | |
| Control | 584 | 129 | 149 | 21 |
| Castration | 161 | 39 | 36 | 7 |
| Bicalutamide | 247 | 33 | 90 | 20 |
| Castration + bicalutamide | 100 | 24 | 30 | 3 |
| Testosterone | 964 | 151 | 227 | 66 |

no amplification of the chromosomal region for the AR gene at Xq11–13.

**Growth of LNCaP sublines in nude mice**

LNCaP cells were found to be tumorigenic in nude mice. Tumour growth rate was improved when LNCaP cells were injected in matrigel suspension and mice were supplemented with testosterone. A tumour take rate between 70 and 90% was achieved. In contrast, we found no tumour growth of LNCaP-abl cells (passages 73–87) in mice bearing testosterone pellets. However, LNCaP-abl cells exerted tumour growth in nude mice without androgen supplementation. Both cell lines showed similar growth rates and 2 weeks after transplantation palpable tumours were observed. After 3–4 weeks, a tumour size between 25 and 35 mm$^2$ was reached.

**Effects of anti-androgen therapy on in vivo growth of LNCaP and LNCaP-abl tumours**

Treatment with bicalutamide (50 mg kg$^{-1}$, s.c.) resulted in an initial inhibition of LNCaP tumour growth which was followed by a relapse phase in which the tumours grew fast and reached the same size as controls. Androgen ablation by castration was effective in growth inhibition of the LNCaP xenotransplants and led to stabilization of tumour growth (Figure 6) for the indicated time period. This experiment was finished on day 65 when prostate and seminal vesicle weights were determined. These parameters served for assessment of the effect of treatment on non-malignant androgen-sensitive tissues (Table 3). In a similar experiment, we found a tumour relapse in castrated mice 70 days after tumour transplantation (data not shown). The LNCaP-abl xenografts grew well in intact male mice without androgen supplementation (Figure 7).

© 1999 Cancer Research Campaign

ATTORNEY'S EYES ONLY

UC-CVJ00006445

**TX 57.0080**

Bicalutamide (50 mg kg$^{-1}$, s.c.) additionally stimulated tumour growth. In castrated mice, tumours grew equally well as in intact mice. However, tumours growing in castrated mice were even more sensitive to the stimulatory effects of bicalutamide. In contrast to original LNCaP cells, the implantation of testosterone pellets in the LNCaP-abl tumour-bearing mice resulted in stabilization of tumour size. As shown in Table 3, in both experiments bicalutamide reduced prostate and seminal vesicle weight, demonstrating the anti-androgenic effects of this drug on the proliferation of non-malignant hormone-dependent tissues.

## DISCUSSION

The major findings of this study are that after long-term androgen ablation the AR becomes active in the absence of hormones and serum and the pure AR blocker bicalutamide acquires agonistic properties. This agonistic activity of bicalutamide was demonstrated in cotransfection-transactivation assays and in experiments in which tumour cell growth in vitro and in vivo was assessed. High AR activity in the absence of measurable androgen in LNCaP-abl cells suggested the development of a hypersensitive AR during propagation in steroid-depleted medium. One possible interpretation of our data is that very low levels of steroid hormones which may be still present in CS FCS stimulate AR activity in LNCaP-abl cells. We did not detect any testosterone, oestradiol and progesterone in CS FCS with RIAs. However, we cannot completely rule out the possibility that concentrations of these hormones below assay detection limits are present in CS FCS. We hypothesized that non-steroidal substances present in serum are, at least in part, responsible for an increased basal activity of the AR. Recent studies have shown that growth factors, peptide hormones and substances which directly activate protein kinases participate in AR signalling. Ligand-independent activation of the AR by growth factors and protein kinase A activators and synergistic effects of these activators and androgen were reported (Culig et al, 1994, 1997*a*; Nazareth and Weigel, 1996). Furthermore, androgen-like effects of epidermal growth factor and keratinocyte growth factor during sexual development and AR-dependent stimulation of PSA secretion in explants of prostate tissue by a cyclic adenosine monophosphate analogue were described (Gupta et al, 1996; Nakhla et al, 1997; Thomson et al, 1997). We aimed to obtain more information on AR activation in LNCaP-abl cells and reduced the influence of serum in subsequent experiments as much as possible. Constitutive activity of the AR, although diminished, was noted even under stringent experimental conditions. The fact that in LNCaP-abl cells tenfold lower concentrations of R1881 than in original cells induced AR function supports the concept of the development of receptor hypersensitivity during androgen ablation in vitro. Experiments in which reporter gene activity was measured after treatment with anti-androgens provided additional evidence for AR hyperreactivity as an adaptation to androgen depletion. Agonistic effects of hydroxyflutamide in LNCaP cells were well-documented in the past (Veldscholte et al, 1990, 1992). Long-term androgen ablation apparently potentiates agonism of hydroxyflutamide. In contrast to hydroxyflutamide, the non-steroidal anti-androgen bicalutamide is an AR antagonist in parental LNCaP cells but acts as an agonist in LNCaP-abl cells. The induction of reporter gene activity was lower by bicalutamide than by hydroxyflutamide; however, the induction by bicalutamide was constantly observed at concentrations ranging between 100 nM and 10 μM. Although AR transcriptional activity in LNCaP-abl cells was dramatically increased, there was a paradoxical finding that the

expression of the androgen-regulated PSA gene is unchanged. At present, there is no explanation for this unexpected observation. However, similar findings were reported for hypersensitive MCF-7 cells by Jeng et al (1998). Those cells also show an increased oestrogen receptor activity but no elevation of the oestrogen-regulated progesterone receptor and transforming growth factor-α genes. Taken together, our results and those of Jeng et al suggest that not all steroid-regulated genes are up-regulated after long-term steroid depletion in tumour cells.

We speculated that either an alteration in the AR sequence or AR gene amplification may be an underlying mechanism responsible for the dramatic changes in the transcriptional activity of the LNCaP-abl AR. However, the sequence of the AR in the LNCaP-abl subline does not differ from the sequence of the AR in original cells. Amplification of the AR gene was demonstrated in about 30% of advanced prostate tumours (Visakorpi et al, 1995; Cher et al, 1996; Koivisto et al, 1997). Our experiments revealed that this mechanism is not operative in LNCaP-abl cells. Further studies on elucidation of molecular mechanisms responsible for alterations in AR function will focus on possible changes in interaction of the AR with receptor-associated coactivator and co-repressor proteins and on alterations in AR phosphorylation. Several nuclear receptor coactivators were found to enhance AR-mediated transactivation (Voegel et al, 1996; Yeh and Chang, 1996; Ikonen et al, 1997; Froesch et al, 1998). Miyamoto and colleagues reported that anti-androgens can promote the interaction between the AR and its coactivator ARA70, thus enhancing AR transcriptional activity (Miyamoto et al, 1997). The hypothesis that changes in the expression and function of these co-regulatory proteins occur during propagation in androgen-depleted environment warrants further investigation.

The AR is expressed in early stage prostate cancer, in relapsed tumours and in metastatic lesions from patients who failed androgen ablation therapy (van der Kwast et al, 1991; Hobisch et al, 1995, 1996; Taplin et al, 1995). Mutant ARs were discovered in some primary tumours and, in higher percentage, in metastases (reviewed by Culig et al, 1997b). These receptors are frequently promiscuous responding to non-androgenic steroids and AR antagonists and, most probably, play a role in prostate tumour progression. Changes in AR activity described in the present report, if not restricted to LNCaP cells, offer another possibility for prostate tumour cells to escape ablation therapy. This fact may additionally complicate the design of an appropriate endocrine treatment for metastatic cancer of the prostate.

The cells generated in our laboratories and those characterized by Kokontis et al (1994) share some common features. The biphasic proliferative response shifted to lower androgen concentrations in LNCaP-abl, LNCaP-I (developed by Kokontis and associates after 20–30 passages in androgen-depleted medium) and in LNCaP-R cells (characterized after another 20–30 passages). AR mRNA and protein increased during progression in cell culture in LNCaP-I and LNCaP-R cells (Kokontis et al, 1994). Kokontis and associates also reported on changes in AR activity in steroid-depleted cells. Their observation that the induction of CAT activity by R1881 is about sevenfold more efficient in androgen-ablated than in original cells complies with our data. Finally, growth of LNCaP-R cells in nude mice was inhibited by DHT, whereas finasteride, an inhibitor of the enzyme 5α-reductase, showed stimulation of tumour growth (Umekita et al, 1996). While this manuscript was in preparation, Kokontis et al (1998) reported that repression of long-term androgen-ablated cells in vitro is associated with the accumulation of the cyclin-dependent kinase inhibitor p27$^{Kip1}$

© 1999 Cancer Research Campaign

*British Journal of Cancer* (1999) **81**(2), 242–251

ATTORNEY'S EYES ONLY

UC-CVJ00006446

**TX 57.0081**

**250** Z Culig et al

(1998). Although the LNCaP subline developed in our laboratories and those described by Kokontis and associates (LNCaP-R1 and -R2) are both repressed by androgen, they differ in their responsiveness to bicalutamide. This compound did not show a stimulatory effect on LNCaP-R proliferation (Kokontis et al, 1998). Hence, phenotypical diversities after long-term androgen ablation may occur. The anti-androgen bicalutamide was not tested in LNCaP in vivo models so far. In our study, LNCaP tumours regressed after castration, whereas bicalutamide treatment led to a transient retardation of growth of LNCaP tumours in mice followed by relapse. The size of prostate glands and seminal vesicles in bicalutamide-treated animals was reduced comparably to that in castrated mice demonstrating a strong anti-androgenic effects of this compound. Since bicalutamide stimulated proliferation of the LNCaP-abl subline in cell culture, we questioned whether this anti-androgen can also promote its growth in nude mice. We demonstrated that bicalutamide strongly enhances growth of the LNCaP-abl tumour in mice, whereas testosterone inhibits its proliferation. Our findings clearly point out that long-term androgen ablation favours selection of tumour cells in which anti-androgens have agonistic activity thus underscoring the need to develop new anti-androgens without partial agonistic activity.

Cytogenetic analysis of the parental human prostate cancer cell line LNCaP used in this study revealed essentially the karyotype of the cell line originally developed by Horoszewicz et al (1983) and chromosomally characterized by Gibas et al (1984) and Konig et al (1989). Thus, the basic karyotype of the original cell line was well preserved. Duplication of the marker M1, interpreted as a der(1) t(1;15) (p22.3; q24), was found also in other LNCaP sublines that were established during in vitro propagation (Konig et al, 1989). Data from those cell lines suggest that duplication of this marker is rather a result of cytogenetic evolution during long-term in vitro culture than a specific response of LNCaP cells to androgen-free conditions. CGH analyses of the LNCaP cell line and androgen-independent sublines derived after in vivo passages through athymic mice were recently performed by Hyytinen et al (1997). In contrast to the loss of the 2p13–p21 region which was the only change in copy number in our study, these authors detected different changes such as losses of chromosomal regions 1p34–p36, 2, 6cen–q23, 13q and gains at 3q13–qter and 19p in the parental LNCaP cell line. This might be the consequence of the use of different cell material since the parental LNCaP cell line used by these authors was not obtained from ATCC. It is remarkable that the loss of 1p34–p36 was also found in our study, however, not in the parental LNCaP cell line but in the androgen hypersensitive LNCaP-abl subline. Notably, none of the consistent genetic changes which Hyytinen and associates found in the in vivo selected sublines were detected in our in vitro selected LNCaP-abl subline.

In summary, our results show for the first time that the anti-androgen bicalutamide acquires agonistic properties during long-term androgen ablation and that this phenomenon may be relevant to prostate cancer progression. The findings reported in the present study may have repercussions on the natural course of prostate cancer with androgen deprivation and on strategies of therapeutic intervention.

## ACKNOWLEDGEMENTS

This work was supported by grant SFB 002 F203 of the Austrian Science Foundation (FWF). The authors thank Prof. G Daxenbichler and Drs MV Cronauer and C Nessler for helpful discussions,

G Sierek, G Hölzl, U Plawenn, M Pöschl, E Tafatsch, P Dertschnig, A Goede and M Sommer for excellent technical assistance, and M Trebo, M Neuhauser and R Schober for editorial assistance. We thank Essex Pharma (Munich, Germany) for providing hydroxy-flutamide for this study.

## REFERENCES

Cher ML, Bova GS, Moore DH, Small EJ, Carroll PR, Pin SS, Epstein JI, Isaacs WB and Jensen RH (1996) Genetic alternations in untreated metastases and androgen-independent prostate cancer detected by comparative genomic hybridization and allelotyping. *Cancer Res* **56**: 3091–3102

Culig Z, Hobisch A, Cronauer MV, Cato ACB, Hittmair A, Radmayr C, Eberle J, Bartsch G and Klocker H (1993a) Mutant androgen receptor detected in an advanced-stage prostatic carcinoma is activated by adrenal androgens and progesterone. *Mol Endocrinol* **7**: 1541–1550

Culig Z, Klocker H, Eberle J, Kaspar F, Hobisch A, Cronauer MV and Bartsch G (1993b) DNA sequence of the androgen receptor in prostatic tumor cell lines and tissue specimens assessed by means of the polymerase chain reaction. *Prostate* **22**: 11–22

Culig Z, Hobisch A, Cronauer MV, Radmayr C, Trapman J, Hittmair A, Bartsch G and Klocker H (1994) Androgen receptor activation in prostatic tumor cell lines by insulin-like growth factor-I, keratinocyte growth factor, and epidermal growth factor. *Cancer Res* **54**: 5474–5478

Cronauer MV, Klocker H, Talasz H, Geisen FH, Hobisch A, Radmayr C, Böck G, Culig Z, Schirmer M, Reissigl A, Bartsch G and Konwalinka G (1996) Inhibitory effects of the nucleoside analogue gemcitabine on prostatic carcinoma cells. *Prostate* **28**: 172–181

Culig Z, Hobisch A, Hittmair A, Cronauer MV, Radmayr C, Zhang J, Bartsch G and Klocker H (1997a) Synergistic activation of androgen receptor by androgen and luteinizing hormone-releasing hormone in prostatic carcinoma cells. *Prostate* **32**: 106–114

Culig Z, Hobisch A, Hittmair A, Cronauer MV, Radmayr C, Bartsch G and Klocker H (1997b) Androgen receptor gene mutations in prostate cancer. Implications for disease progression and therapy. *Drugs Aging* **10**: 50–58

Dijkman JA and Debruyne FM (1996) Epidemiology of prostate cancer. *Eur Urol* **30**: 281–295

Froesch BA, Takayama S and Reed JC (1998) BAG-1L protein enhances androgen receptor function. *J Biol Chem* **273**: 11660–11666

Gibas Z, Becher R, Kawinski E, Horoszewicz J and Sandberg AA (1984) A high-resolution study of chromosome changes in a human prostate carcinoma cell line. *Cancer Genet Cytogenet* **11**: 399–404

Gupta C, Chandorkar A and Nguyen AP (1996) Activation of androgen receptor in epidermal growth factor modulation of fetal mouse sexual differentiation. *Mol Cell Endocrinol* **123**: 89–95

Hobisch A, Culig Z, Radmayr C, Bartsch G, Klocker H and Hittmair A (1995) Distant metastases from prostatic carcinoma express androgen receptor protein. *Cancer Res* **55**: 3068–3072

Hobisch A, Culig Z, Radmayr C, Bartsch G, Klocker H and Hittmair A (1996) Androgen receptor status of lymph node metastases from prostate cancer. *Prostate* **28**: 129–135

Horoszewicz JS, Leong SS, Kawinski E, Karr JP, Rosenthal H, Chu TM, Mirand EA and Murphy GP (1983) LNCaP model of human prostatic carcinoma. *Cancer Res* **43**: 1809–1818

Hyytinen ER, Thalmann GN, Zhau HE, Karbu R, Kallioniemi OP, Chung LWK and Visakorpi T (1997) Genetic changes associated with the acquisition of androgen-independent growth, tumorigenicity and metastatic potential in a prostate cancer model. *Br J Cancer* **75**: 190–195

Ikonen T, Palvimo JJ and Jänne OA (1997) Interaction between the amino- and carboxyl-terminal regions of the rat androgen receptor modulates transcriptional activity and is influenced by nuclear receptor coactivators. *J Biol Chem* **272**: 29821–29828

Jeng M-H, Shupnik MA, Bender TP, Westin EH, Bandyopadhyay D, Kumar R, Masamura RJ and Santen RJ (1998) Estrogen receptor expression and function in longterm estrogen-deprived human breast cancer cells. *Endocrinology* **139**: 4164–4174

Kaighn ME, Shankar Narayan K, Ohnuki Y, Lechner JF and Jones LW (1979) Establishment and characterization of a human prostatic carcinoma cell line (PC-3). *Invest Urol* **17**: 16–23

Kallioniemi OP, Kallioniemi A, Piper J, Isola J, Waldman FM, Gray JW and Pinkel D (1994) Optimizing comparative genomic hybridization for analysis of DNA

*British Journal of Cancer (1999) 81(2), 242–251*

© 1999 Cancer Research Campaign

ATTORNEY'S EYES ONLY

UC-CVJ00006447

**TX 57.0082**

sequence copy number changes in solid tumors. *Genes Chromosomes Cancer* **10**: 231–243

Kirschenbaum A, Ren M and Levine AC (1993) Enhanced androgen sensitivity in serum-free medium of a subline of the LNCaP human prostate cancer cell line. *Steroids* **58**: 439–444

Koivisto P, Kononen J, Palmberg C, Tammela T, Hyytinen E, Isola J, Trapman J, Cleutjens K, Noordzij A, Visakorpi T and Kallioniemi OP (1997) Androgen receptor gene amplification: a possible molecular mechanism for androgen deprivation therapy failure in prostate cancer. *Cancer Res* **57**: 314–319

Kokontis J, Takakura K, Hay N and Liao S (1994) Increased androgen receptor activity and altered c-myc expression in prostate cancer cells after long-term androgen deprivation. *Cancer Res* **54**: 1566–1573

Kokontis JM, Hay N and Liao S (1998) Progression of LNCaP prostate tumor cells during androgen deprivation: hormone-independent growth, repression of proliferation by androgen, and role for p27Kip 1 in androgen-induced cell cycle arrest. *Mol Endocrinol* **12**: 941–953

Konig JJ, Kamst E, Hagemeijer A, Romijn JC, Horoszewicz J and Schröder FH (1989) Cytogenetic characterization of several androgen responsive and unresponsive sublines of the human prostatic carcinoma cell line LNCaP. *Urol Res* **17**: 79–86

Langer PR, Waldrop AA, Ward DC (1981) Enzymatic synthesis of biotin-labeled polynucleotides: novel nucleic acid affinity probes. *Proc Natl Acad Sci USA* **78**: 6633–6637

Lee C, Sutkowski DM, Sensibar JA, Zelner D, Kim I, Amsel I, Shaw N, Prins GS and Kozlowski JM (1995) Regulation of proliferation and production of prostate-specific antigen in androgen-sensitive prostatic cancer cells, LNCaP, by dihydrotestosterone. *Endocrinology* **136**: 796–805

Miyamoto H, Yeh S, Wilding G and Chang C (1997) Promotion of agonist activity of antiandrogens by the androgen receptor coactivator, ARA70, in human prostate cancer DU145 cells. *Proc Natl Acad Sci USA* **95**: 7379–7384

Nakhla AM, Romas NA and Rosner W (1997) Estradiol activates the prostate androgen receptor and prostate-specific antigen secretion through the intermediacy of sex hormone-binding globulin. *J Biol Chem* **272**: 6838–6841

Nazareth LV and Weigel NL (1996) Activation of the human androgen receptor through a protein kinase A signaling pathway. *J Biol Chem* **271**: 19900–19907

Romijn JC, Verkoelen CF and Schroeder FH (1988) Application of the MTT assay to human prostate cancer cell lines in vitro: establishment of test conditions and assessment of hormone-stimulated growth and drug-induced cytostatic and cytotoxic effects. *Prostate* **12**: 99–110

Scher HI and Kolvenbag GJ (1997) The antiandrogen withdrawal syndrome in relapsed prostate cancer. *Eur Urol* **31**: 3–7

Schuurmans ALG, Bolt J, Voorhorst M, Blankenstein RA and Mulder E (1988) Regulation of growth and epidermal growth factor receptor levels of LNCaP prostatic tumor cells by different steroids. *Int J Cancer* **42**: 917–922

Stone KR, Mickey DD, Wunderli H, Mickey GH and Paulson DF (1978) Isolation of a human prostate carcinoma cell line (DU 145). *Int J Cancer* **21**: 274–281

Taplin ME, Bubley GJ, Shuster TD, Frantz ME, Spooner AE, Ogata GK, Keer HN and Balk SP (1995) Mutation of the androgen receptor gene in metastatic androgen-independent prostate cancer. *New Engl J Med* **332**: 1393–1398

Thomson AA, Foster BA and Cunha GR (1997) Analysis of growth factor and receptor mRNA levels during development of the rat seminal vesicle and prostate. *Development* **124**: 2431–2439

Tilley WD, Wilson CM, Marcelli M and McPhaul MJ (1990) Androgen receptor gene expression in human prostate carcinoma cell lines. *Cancer Res* **50**: 5382–5386

Umekita Y, Hiipakka RA, Kokontis JM and Liao S (1996) Human prostate tumor growth in athymic mice: inhibition by androgens and stimulation by finasteride. *Proc Natl Acad Sci USA* **93**: 15152–15157

Van der Kwast TH, Schalken J, Ruizeveld de Winter JA, van Vroonhoven CCJ, Mulder E, Boersma W and Trapman J (1991) Androgen receptors in endocrine-therapy-resistant human prostate cancer. *Int J Cancer* **48**: 189–193

Veldscholte J, Ris-Stalpers C, Kuiper GGJM, Jenster G, Berrevoets C, Claassen E, van Rooij HCJ, Trapman J and Brinkmann AO (1990) A mutation in the ligand binding domain of the androgen receptor of human LNCaP cells affects steroid binding characteristics and response to anti-androgens. *Biochem Biophys Res Commun* **17**: 534–540

Veldscholte J, Berrevoets CA, Zegers ND, van der Kwast TH, Grootgoed JA and Mulder E (1992) Hormone-induced dissociation of the androgen receptor-heat-shock protein complex: use of a new monoclonal antibody to distinguish transformed from nontransformed receptors. *Biochemistry* **31**: 7422–7430

Visakorpi T, Hyytinen E, Koivisto P, Tanner M, Keinänen R, Palmberg C, Palotie A, Tammela T, Isola J and Kallioniemi OP (1995) In vivo amplification of the androgen receptor gene and progression of human prostate cancer. *Nature Gen* **9**: 401–406

Voegel JJ, Heine MJ, Zechel C, Chambon P and Gronemeyer H (1996) TIF2, a 160 kDa transcriptional mediator for the ligand-dependent activation function AF-2 of nuclear receptors. *EMBO J* **15**: 3667–3675

Wilding G, Chen M and Gelmann EP (1989) Aberrant responses in vitro of hormone-responsive prostate cancer cells to antiandrogens. *Prostate* **14**: 103–115

Yeh S and Chang C (1996) Cloning and characterization of a specific coactivator, ARA70, for the androgen receptor in human prostate. *Proc Natl Acad Sci USA* **93**: 5517–5521

© 1999 Cancer Research Campaign

ATTORNEY'S EYES ONLY

UC-CVJ00006448

**TX 57.0083**

Appx1191

11/17/04    LNcap/AH from Culig Zoran

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | |
| 2 | LNCap ABL/98 | | One vial | ⊘-6-03 | | | | | |
| 3 | | | | | | | | | | |
| 4 | LNap ATCC/98 | | one vial | ⊘-6-03 | | | | | |
| 5 | | | | | | | | | | |
| 6 | LNCap ATCC/42 | Two vial | 2-10-03 | | One vial in 8I box. | | | | |
| 7 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 10 | | ⸌10% FBS. | | | | | | | | |
| 11 | LNCap AH98 | 10%CS-FBS  1Score's | | | | | | | |
| 12 | | | | | | | | | | |
| 13 | LNCap 98 | 15% FBS  1Score's | | | | | | | |
| 14 | LNCap42 | | | | | | | | | |
| 15 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 20 | | | | | | | | | | |
| 21 | | | | | | | | | | |
| 22 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 24 | | | | | | | | | | |
| 25 | | | | | | | | | | |
| 26 | | | | | | | | | | |
| 27 | | | | | | | | | | |
| 28 | | | | | | | | | | |
| 29 | | | | | | | | | | |
| 30 | | | | | | | | | | |
| 31 | | | | | | | | | | |

ATTORNEY'S EYES ONLY

UC-CVJ00006449

11/11/04   date:   11/5                    11/6            11/8

| | 1 | PU(4) | 3 SKurs 4 | 3 7 5 | cy/AR | A1 | 8 44R | 9 |
|---|---|---|---|---|---|---|---|---|
| 1 | | 1.0/ | 0.63 | 0.3 | 0.62 | 0.73 | 0.31 | |
| 2 | D | 1.0 | 0.63 | 0.44 | 0.60 | 0.69 | 0.30 | |
| 3 | | 0.95 | 0.62 | 0.23 | 0.57 | 0.79 | 0.06 | |
| 4 | | 0.95 | 0.68 | 0.36 | 0.56 | 0.66 | 0.27 | |
| 5 | | 0.9 | 0.71 | 0.35 | 0.60 | 1.22 | 0.49 | |
| 6 | 37 | 0.85 | 0.69 | 0.26 | 0.52 | 0.81 | 0.53 | |
| 7 | | 0.8 | 0.54 | 0.23 | 0.39 | 0.50 | 0.42 | |
| 8 | | 0.6 | 0.45 | 0.16 | 0.33 | 0.40 | 0.23 | |
| 9 | | 0.91 | 0.67 | 0.32 | 0.78 | 1.2 | 0.04 | |
| 10 | 90 | 0.72 | 0.67 | 0.25 | 0.63 | 1.08 | 0.6 | |
| 11 | | 0.75 | 0.65 | 0.23 | 0.52 | 0.72 | 0.59 | |
| 12 | | 0.77 | 0.55 | 0.16 | 0.36 | 0.51 | 0.36 | |
| 13 | | 1.02 | 0.63 | 0.39 | 0.65 | 1.08 | 0.34 | |
| 14 | | 0.83 | 0.62 | 0.32 | 0.50 | 0.97 | 0.35 | |
| 15 | 91 | 0.85 | 0.55 | 0.29 | 0.31 | 0.55 | 0.32 | |
| 16 | | 0.67 | 0.37 | 0.19 | 0.12 | 0.24 | 0.24 | |
| 17 | | 0.93 | 0.65 | 0.56 | 0.64 | 1.15 | 0.43 | |
| 18 | 93 | 0.79 | 0.66 | 0.34 | 0.47 | 0.78 | 0.55 | |
| 19 | | 0.85 | 0.67 | 0.6 | 0.33 | 0.54 | 0.34 | |
| 20 | | 0.67 | 0.45 | 0.18 | 0.24 | 0.33 | 0.17 | |
| 21 | | 0.56 | 0.64 | 0.31 | 0.63 | 1.5 | 0.48 | |
| 22 | 98 | 0.82 | 0.59 | 0.27 | 0.47 | 0.75 | 0.49 | |
| 23 | | 0.85 | 0.56 | 0.4 | 0.33 | 0.42 | 0.33 | |
| 24 | | 0.68 | 0.39 | 0.12 | 0.2 | 0.26 | 0.16 | |
| 25 | | | | R18( | 0.65 | 0.72 | 1.19 | |
| 26 | | | | | 0.63 | 0.69 | 1.07 | |
| 27 | | | | | | | | |
| 28 | | | | | | | | |
| 29 | | | | | | | | |
| 30 | | | | | | | | |
| 31 | | | | | | | | |

ATTORNEY'S EYES ONLY

UC-CVJ00006450

**TX 57.0085**

Appx1193



ATTORNEY'S EYES ONLY

UC-CVJ00006451

**TX 57.0086**

Appx1194

MULTISKAN EX
PRIMARY EIA
V. 2.1-0
ABSORBANCE MODE
CONTINUOUS MOVEMENT
FILTER 450
SINGLE WELL BLANK 0.073

BLANK WELL A4

ABSORBANCES
22. NOV 2004 21:32:47

1 LN/RR 3

| | | | |
|---|---|---|---|
| A | 0.017 | 0.072 | 0.424 |
| B | 0.035 | 0.107 | 0.382 |
| C | 0.050 | 0.162 | 0.392 |
| D | 0.105 | 0.251 | 0.435 |
| E | 0.247 | 0.394 | 0.439 |
| F | | | |
| G | 0.694 | 0.271 | 0.198 |
| H | 0.873 | 0.264 | 0.171 |

*mistake*

*forgot to add substrat solution*

BSA

| | | | |
|---|---|---|---|
| A | 0.000 | 0.053 | 0.072 |
| B | 0.019 | 0.003 | 0.072 |
| C | 0.093 | 1.798 | 0.072 |
| D | 0.337 | 1.712 | 0.071 |
| E | 0.602 | 0.151 | 0.072 |
| F | | | |
| G | -0.009 | 0.037 | |
| H | 0.286 | 0.056 | 0.072 |

*mistake*

7 8 9

ATTORNEY'S EYES ONLY

UC-CVJ00006452

TX 57.0087

ATTORNEY'S EYES ONLY

UC-CVJ00006453

**TX 57.0088**

Appx1196



ATTORNEY'S EYES ONLY

UC-CVJ00006454

**TX 57.0089**

Appx1197



```
MULTISKAN EX
PRIMARY EIA
V. 2.1-0
ABSORBANCE MODE
CONTINUOUS MOVEMENT
FILTER   450
SINGLE WELL BLANK  0.069

BLANK WELL  A9

ABSORBANCES
14. JAN 2005 19:33:24

        1     2   *  3
A    0.344 0.329 0.283
B    0.278 0.199 0.186
C    0.304 0.257 0.301
D    0.352 0.294 0.279
E    0.291 0.200 0.226
F    0.301 0.258 0.182
G    0.318 0.202 0.233
H    0.347 0.313 0.226

        4     5     6
A    0.326 0.274 0.287
B    0.113 0.081 0.042
C    0.303 0.330 0.254
D    0.314 0.307 0.267
E    0.153 0.114 0.055
F    0.157 0.104 0.058
G    0.182 0.103 0.074
H    0.311 0.536 0.304

        7     8     9
A    0.312 0.347 0.000
B    0.214 0.243 0.020
C    0.184 0.310 0.091
D    0.089 0.084 0.236
E    0.047 0.059 0.546
F    0.043 0.051 0.917
G    0.153 0.020 0.107
H    1.922 2.000 1.950

       10    11    12
A   -0.069-0.068-0.068
B   -0.068-0.068-0.068
C   -0.068-0.068-0.068
D   -0.068-0.068-0.068
E   -0.068-0.068-0.068
F   -0.068-0.068-0.068
G   -0.069-0.068-0.069
H   -0.069-0.068-0.068
```

```
ABSORBANCE MODE
CONTINUOUS MOVEMENT
FILTER   492
SINGLE WELL BLANK  0.518

BLANK WELL  G11

ABSORBANCES
14. JAN 2005 20:33:26

        1     2     3
A   -0.479-0.478-0.479
B   -0.475 0.154 0.137
C   -0.475 0.166 0.094
D   -0.476 0.116 0.085
E   -0.476 0.102 0.057
F   -0.476 0.148 0.027
G   -0.476 0.122-0.014
H   -0.479-0.478-0.479

        4     5     6
A   -0.477-0.478-0.477
B    0.151 0.108 0.145
C    0.137 0.104 0.109
D    0.153 0.107 0.070
E    0.143 0.124 0.078
F    0.163 0.118 0.049
G    0.163 0.138 0.007
H   -0.480-0.479-0.481

        7     8     9
A   -0.475-0.478-0.479
B    0.122 0.108 0.112
C    0.101 0.115 0.120
D    0.085 0.101 0.106
E    0.080 0.055 0.108
F    0.040 0.041 0.116
G    0.006-0.031 0.153
H   -0.470-0.482-0.481

       10    11    12
A   -0.479-0.478-0.479
B    0.142 0.190-0.455
C    0.089 0.098-0.455
D    0.085 0.037-0.453
E    0.031 0.027-0.454
F   -0.007-0.032-0.455
G   -0.049 0.000-0.455
H   -0.481-0.480-0.481
```

ATTORNEY'S EYES ONLY

UC-CVJ00006455

TX 57.0090



ATTORNEY'S EYES ONLY

UC-CVJ00006456

**TX 57.0091**

Appx1199

2/6/05

RD 114



429

RD 116



445

RD 117



499

RD 118



471

RD 119



470

RD 120



457

RD 121



498 — Schering 117

RD 122



540 — analog to Schering 248

ATTORNEY'S EYES ONLY

UC-CVJ00008457

**TX 57.0092**

Appx1200



ATTORNEY'S EYES ONLY

UC-CVJ00006458

**TX 57.0093**

Appx1201



**AIB 1 antibody**
Rabbit polyclonal to AIB1 - ChIP Grade

Catalog Number **ab2831**   Price $330.00

**Specificity:**
Detects amplified in breast cancer 1 (AIB1).

**Immunogen:**
Synthetic peptide: GLGENLDPLASDSC, corresponding to amino acids 3-15 of Human AIB 1.

**Cellular Localization:**
Mainly cytoplasmic and weakly nuclear. Upon TNF activation and subsequent phosphorylation, it translocates from the cytoplasm to the nucleus.

**Host:**
Rabbit

**Isotype:**
IgG

**Species Reactivity:**
Cross-reacts with Human.Expected to cross-react with Xenopus laevis (92% identity with immunogen) due to sequence homology.Not yet tested in other species.

**Uses and Dilutions:**
WB: Use at an assay dependent dilution. Predicted molecular weight: 155 kDa. Can be blocked with AIB 1 peptideNot tested in other applications.Optimal dilutions/concentrations should be determined by the end user.

**Positive Control:**
T47D cell lysate

**Form:**
100 micrograms Liquid

**Concentration:**
1 mg/ml

**Storage Buffer:**
PBS, 1 mg/ml BSA, 0.05% sodium azide

**Storage:**
Use at -20°C. Avoid Freeze/Thaw cycles.

**Limitations:**
This product is for research use only and is not approved for use in humans or in clinical diagnosis.

**General References:**
**General / background references:**Anzick SL *et al.* AIB1, a steroid receptor coactivator amplified in breast and ovarian cancer. *Science* **277**:965-8 (1997). Li H *et al.* RAC3, a steroid/nuclear receptor-associated coactivator that is related to SRC-1 and TIF2. *Proc Natl Acad Sci U S A* **94**:8479-84 (1997). Takeshita A *et al.*

ATTORNEY'S EYES ONLY

UC-CVJ00006459

**TX 57.0094**

Santa Cruz Biotechnology, Inc.                                                    Page 1 of 2



SANTA CRUZ BIOTECHNOLOGY, INC.                    HOME    WHAT'S NEW    SUPPC

Login: [         ]    Password: [         ]    ➡
Register              Remind Me

SEARCH OUR CATALOG              ➡    BROWSE OUR CATALOG    Quick Jump

Home → Search
  ↳ Steroid Receptors                                  ⊿ Product Info | ⊿ Data | ⊿ Datasheet | :
  ↳ Steroid Receptor Cofactors
  ↳ N-CoR (C-20): sc-1609

# N-CoR (C-20): sc-1609

Western blot analysis of
K-562 whole cell lysate.

*Click on an image to enlarge*

- goat polyclonal IgG, 200 µg/ml
- epitope mapping at the C-terminus of N-CoR of mouse origin
- recommended for detection of N-CoR of m, r and h origin by WB,
  IP and IF                                         Download the data she
- blocking peptide, sc-1609 P
- Available as TransCruz reagent for ChIP application, sc-1609 X,
  200 µg/0.1 ml
- Suitable for use as control antibody for N-CoR siRNA (h): sc-36001
  and N-CoR siRNA (m): sc-36002.

## siRNAs for Steroid Receptor Cofactors

Enter your desired quantity, select the full catalog number from the
menu below, and click the "Buy" button to add the product.

🛒 Add to rack: Quantity: [1]    Form: [Select Cat#... ▼]  [Buy]

⊿ Check Price

**Product citations:** See how others have used sc-1609.

- Klein, E.S., *et al.* 2000. Recruitment of Nuclear Receptor Corepressor and Coactivator to the
  Receptor by Retinoid Ligands J. Biol. Chem 275: 19401-19408. View PubMed Entry.
- Soutoglou, E., *et al.* 2001. Transcription factor-dependent regulation of CBP and P/CAF histor
  acetyltransferase activity EMBO J 20: 1984-1992. View PubMed Entry.
- Espinosa, L., *et al.* 2003 . IkappaBalpha and p65 Regulate the Cytoplasmic Shuttling of Nucle
  Corepressors: Cross-talk between Notch and NFkappaB Pathways Mol. Cell. Biol 14: 491-502
  PubMed Entry.
- Petrie, K., *et al.* 2003. The histone deacetylase 9 gene encodes multiple protein isoforms J. B
  278: 16059-16072. View PubMed Entry.
- He, J., *et al.* 2003. The transforming activity of Ski and SnoN is dependent on their ability to
  activity of Smad proteins. J. Biol. Chem. 278: 30540-30547. View PubMed Entry.

http://www.scbt.com/catalog/detail.lasso?-Search=Action&-Table=web_detail&-Database=...    3/2/2005

ATTORNEY'S EYES ONLY                                                    UC-CVJ00006460

**TX 57.0095**

Santa Cruz Biotechnology, Inc.                                                      Page 2 of 2

- Khan, M.M., *et al.* 2004. The fusion oncoprotein PML-RARalpha induces endoplasmic reticulur associated degradation of N-CoR and ER stress J. Biol. Chem 279: 11814-11824. View PubMe
- Metivier, R., *et al.* 2003. Estrogen receptor-alpha directs ordered, cyclical, and combinatorial of cofactors on a natural target promoter Cell 115: 751-763. View PubMed Entry.
- Li, X., *et al.* 2002. The transcription factor B-Myb is maintained in an inhibited state in target its interaction with the nuclear corepressors N-CoR and SMRT Mol. Cell. Biol 22: 3663-3673. Entry.

**Search our catalog:**  [            ] [Go]

*Broad search requests may take longer. Try our advanced search.*

Copyrigl

ATTORNEY'S EYES ONLY                                                    UC-CVJ00006461

Appx1204

**TX 57.0096**



**SRC-1 Antibody**
Mouse monoclonal sntibody to SRC-1

Catalog Number **NB 200-310**   Price $285.00

**Background:**
SRC-1 is a member of a gene family that functions in the full transcriptional
activation of the steroid hormone receptor superfamily and contains intrinsic histone
acetyltransferase activity. SRC-1 has a molecular weight of 160-kDa and has a
basic helix-loop-helix (bHLH)-PAS domain.

**Specificity:**
This antibody is specific for SRC-1.

**Immunogen:**
Fusion protein containing amino acids 477-947 of human SRC-1.

**Host:**
Mouse

**Clone Name:**
1135/H4

**Isotype:**
IgG1/k

**Species Reactivity:**
NB 200-310 reacts with human, monkey, mouse and rat SRC-1.

**Uses and Dilutions:**
Immunoblotting and immunoprecipitation. Clone 1135/H4 recognizes SRC-1, a
steroid-receptor coactivator-1.
Suggested working dilutions: *
ChIP: Use 5µl for 10(6) cells.
Western Blot 0.5-2 ug/ml
Immunoprecipitation 0.5-2 ug/ml
*The investigator should determine the optimal working dilution for a specific
application.

**Positive Control:**
Cos cells

**Form:**
0.1 ml (1 mg/ml) of antibody purified from ascites fluid by Protein G
chromatography to at least 95% homogeneity as determined by SDS-PAGE.
Prepared in 10mM PBS (pH 7.4).

**Concentration:**
1 mg/ml

**Storage:**
Store at -20 degrees C. Avoid repeated freeze/thaw cycles.

**Limitations:**
This product is for research use only and is not approved for use in humans or in

ATTORNEY'S EYES ONLY

UC-CVJ00006462

Abcam - Antibodies & Reagents, find any antibody                    Page 1 of 4



## abcam®

Home · About ▾ Products · Resources · Your account · Shopping

Products: Cell Biology >> Transcription >> Nuclear Receptors >> Co-activators

### AIB1 antibody - ChIP Grade (ab2831) datasheet

▾ Datasheet  · Reviews  · Enquiries  · Protocols  · Related prod

**Product Browser**
Cardiovascular
Cell Biology
Chromatin
Immunology
Loading Controls
Lysates
Microbiology
Neuroscience
Secondary antibodies
Slides
Tags & Markers

**How to order**
Choose country

**Your account**
👤 Guest
Log in · Create account

▸ Create an account and
get 5 Abcam Points
▸ About Abcam Points

▸ Log in to your account to:
- earn/exchange Abcam
Points
- get antibody updates
- view your order history
- track your orders
- see your enquiries

Your basket is empty
How to order ...

🖨 printer friendly datasheet · Sodium Azide MSDS

| | |
|---|---|
| **Availability** | ✓ In stock - select a country for delivery information<br>Select country ▾ |
| **Price**<br>(how to order) | **Code**   **Size**   **Price**<br>ab2831   100 µg   Select country above |
| **Freight/Packing** | Select country above |
| **Abcam Points** | Get discounts / gifts by earning points<br>Earn 50 points by reviewing this product<br>Read about Abcam Points |
| **Product Name** | AIB1 antibody - ChIP Grade |
| **Product type** | Primary antibodies |
| **Description** | Rabbit polyclonal to AIB1 - ChIP Grade |
| **Immunogen** | Synthetic peptide: GLGENLDPLASDSC, correspondin<br>Human AIB 1. |
| **Cross Reactivity** | Cross-reacts with Human.<br>Expected to cross-react with Xenopus laevis (92% ide<br>due to sequence homology.<br>Not yet tested in other species.<br>BLAST 'GLGENLDPLASDSC' with **ExPASy** or **NCBI** |
| **Specificity** | Detects amplified in breast cancer 1 (AIB1). |
| **Tested applications** | Western blot |
| **Application notes**<br>(see key) | **Recommended dilutions**<br>WB: Use at an assay dependent dilution. Predicted mo<br>Can be blocked with AIB 1 peptide<br><br>Not tested in other applications.<br>Optimal dilutions/concentrations should be determined<br><br>Quality is important to Abcam. If AIB1 antibody - ChI<br>(ab2831) does not perform as described on this data<br>us within 60 days of delivery using this form, so that<br>you or offer you a replacement or a refund |
| **Positive control** | T47D cell lysate |
| **Research areas** | Cell Biology >> Transcription >> Nuclear Receptors >> |

http://www.abcam.com/index.html?datasheet=2831                    3/2/2005

ATTORNEY'S EYES ONLY                    UC-CVJ00006463

**TX 57.0098**

|  | Cell Biology >> Signal Transduction >> Nuclear Signalli<br>Receptors >> Co-activators<br>Chromatin >> ChIP'ing antibodies<br>Chromatin >> Modifying Enzymes >> Acetylation |
|---|---|
| **Relevance** | The AIB1 gene has been mapped to region 20q12 and<br>amplified in breast tumors and pancreatic cancer cell li<br>ligand-dependent fashion with the estrogen receptor to<br>dependent transcriptional gene activation. The protein<br>a nuclear receptor coactivator that interacts with nucle<br>enhance their transcriptional activator functions. The e<br>histone acetyltransferase activity and recruits p300/CB<br>CREB binding protein as part of a multisubunit coactiv<br>protein is initially found in the cytoplasm but is transloc<br>upon phosphorylation. Two transcript variants encodin<br>been found for this gene. In addition, a polymorphic re<br>the C-terminus of the encoded protein. |

Alternative names for AIB1 antibody - ChIP Grade (ab;

| **Database links** | The links below go to external sites and will open in a |  |  |
|---|---|---|---|
|  | **Entrez<br>Gene** | 8202 (Human) | **SwissProt** |
|  | **GeneCard** | GC20P045859 (Human) | **Unigene** |
|  | **Omim** | 601937 (Human) |  |

| **Raised in** | Rabbit |
|---|---|
| **Clonality** | Polyclonal |
| **Isotype** | IgG |
| **Purity** | Immunogen affinity purified |
| **Storage buffer** | PBS, 1 mg/ml BSA, 0.05% sodium azide |
|  | Material safety datasheet (MSDS) for this product:<br>Sodium Azide MSDS |
| **Form** | Liquid |
| **Concentration** | 1.00 mg/ml |
| **Storage<br>instructions** | Aliquot and store at -20°C or -80°C. Avoid repeated fre |

At Abcam, we have one centralized database to hold
product information, so that everything we know abou
antibody - ChIP Grade is on this datasheet. But pleas
us if you would like any reassurance!

See below for AIB1 antibody - ChIP Grade images, references, products rela

---

**AIB1 antibody - ChIP Grade images:**

☐ **Rabbit polyclonal to AIB1 used in ChIP**

ATTORNEY'S EYES ONLY

UC-CVJ00006464

**TX 57.0099**

Appx1207



pS2 gene
NucE Primers

Sequences: 1)NucE forward: 5' CCggCCATCTCTCACTATgAA 3'
2) NucE reverse: 5' CCTTCCCgCCAgggTAAATAC 3'



ab2831 to AIB1

% of inputs

Time after oestrogen induction (min)

AIB1 antibody - ChIP Grade image 2607.

ab2831 can be used in ChIP. You can expect recruitment of AI
the pS2 promoter at some point during transcriptional activatior
amount of DNA precipiated is significant.

Sonicated Chromatin prepared from untreated or 17beta-estra
$(E_2)$ treated MCF7 cells was subjected to the ChIP procedure
ab2831 to AIB1 and the immunoprecipitated chromatin was ana
in the proximal region of the estrogen-responsive pS2 promote
shown above) and quantified by real-time PCR (values are 9
inputs). The primers are designed to follow the nucleosome
(including the Estrogen Responsive Element ERE). 3 µl of ab2
and $2 \times 10^6$ cells were used in each ChIP experiment.

*Sylvain Daujat*

### References for AIB1 antibody - ChIP Grade (ab2831)
**General / background references:**

Anzick SL *et al.* AIB1, a steroid receptor coactivator amplified in breast and c
PubMed: 9252329

Li H *et al.* RAC3, a steroid/nuclear receptor-associated coactivator that is rel:
*U S A* **94**:8479-84 (1997). PubMed: 9238002

Takeshita A *et al.* TRAM-1, A novel 160-kDa thyroid hormone receptor activa
from steroid receptor coactivator-1. *J Biol Chem* **272**:27629-34 (1997). PubM

If you publish research using ab2831 please let us know so that we can cite t

ATTORNEY'S EYES ONLY                                UC-CVJ00006465

**TX 57.0100**

Search PubMed (MEDLINE) for references to AIB1 (search medline)

### AIB1 antibody - ChIP Grade - related products:

**Products for Western blot**
Loading controls
Lysates

**Blocking Peptide for AIB1 antibody - ChIP Grade**
ab4915  AIB 1 peptide

**Compatible Secondaries for AIB1 antibody - ChIP Grade**
ab2892  Goat polyclonal to mouse (AP) + rabbit (HRP) IgG double stain - pro
ab6564  Goat polyclonal to Rabbit IgG H&L (Cy5)
ab6717  Goat polyclonal to Rabbit IgG H&L (FITC)
ab6720  Goat polyclonal to Rabbit IgG H&L (biotin)
ab6721  Goat polyclonal to Rabbit IgG H&L (HRP)
ab6722  Goat polyclonal to Rabbit IgG (alkaline phosphatase)
ab6793  Sheep polyclonal to Rabbit IgG H&L (Texas Red)
ab7007  Donkey polyclonal to Rabbit IgG (PE)
ab7019  Goat polyclonal to Rabbit IgG H&L (agarose)

### AIB1 antibody - ChIP Grade - other tools:

Contact Abcam with a Technical Enquiry about AIB1 antibody - ChIP Grade
Search PubMed (MEDLINE) for references to AIB1

**Email this "AIB1 antibody - ChIP Grade datasheet" to:** email address...
◉ Send now or
○ Add a message

All products are "FOR RESEARCH USE ONLY AND ARE NOT INTENDED F

©1998-2005 Abcam Ltd. All rights reserved. Terms and Conditions · Legal · Privacy Policy · Contact Us

ATTORNEY'S EYES ONLY                    UC-CVJ00006466

TX 57.0101

Appx1209



Abcam - Antibodies & Reagents, find any antibody

Page 1 of 4

# ab**cam**®

Home · About · ▾Products · Resources · Your account · Shopping

Products: Cell Biology >> Transcription >> Nuclear Receptors >> Co-activators

## SRC1 antibody [1135/H4] - ChIP Grade (ab84) datash

▾ Datasheet | ▾ Reviews | ▾ Enquiries (2) | ▾ Protocols | ▾ Related p

**Product Browser**
- Cardiovascular ▸
- Cell Biology ▸
- Chromatin ▸
- Immunology ▸
- Loading Controls ▸
- Lysates ▸
- Microbiology ▸
- Neuroscience ▸
- Secondary antibodies ▸
- Slides ▸
- Tags & Markers ▸

**How to order**

Choose country ▾

**Your account**

👤 Guest
Log in · Create account

▸ Create an account and get 5 Abcam Points
▸ About Abcam Points

▸ Log in to your account to:
- earn/exchange Abcam Points
- get antibody updates
- view your order history
- track your orders
- see your enquiries

Your basket is empty
How to order ...

🖨 printer friendly datasheet

| **Supplier** | Genetex (GTX70250) |
| **Availability** | ✓ In stock - select a country for delivery information |

Select country ▾

| **Price** (how to order) | **Code** **Size** **Price** |
| | ab84  100 µg  Select country above  [Add to bask] |
| **Freight/Packing** | Select country above |
| **Abcam Points** | Get discounts / gifts by earning points |
| | Earn 50 points by reviewing this product |
| | Read about Abcam Points |

| **Product Name** | SRC1 antibody [1135/H4] - ChIP Grade |
| **Product type** | Primary antibodies |
| **Description** | Mouse monoclonal [1135/H4] to SRC1 - ChIP Grade |
| **Immunogen** | Fusion protein: ADSHSLACWGKGASDRTLWPT, corr to amino acids 477-947 of Human SRC 1. |
| **Cross Reactivity** | Cross-reacts with Human, Rat, Mouse and Monkey. Not yet tested in other species. BLAST 'ADSHSLACWGKGASDRTLWPT' with [ExPAS] NCBI |
| **Tested applications** | Western blot, Immunoprecipitation, ChIP |
| **Application notes** (see key) | **Recommended dilutions** |
| | ChIP: Use 5µl for $10^6$ cells. |
| | IP: 1/0.5 - 1/2. |
| | WB: 1/0.5 - 1/2. Predicted molecular weight: 59.7 kDa. |
| | |
| | Not tested in other applications. |
| | Optimal dilutions/concentrations should be determined end user. |

Quality is important to Abcam. If SRC1 antibody [1135/H4] - ChIP Grade (ab84) does not perform as described on this datasheet, notify us within 60 days of delivery using this form, so that we can help you or offer you a replacement or a refund

ATTORNEY'S EYES ONLY

UC-CVJ00006467

**TX 57.0102**

| | |
|---|---|
| **Cellular localisation** | Nuclear |
| **Research areas** | Cell Biology >> Transcription >> Nuclear Receptors >> ( activators<br>Cell Biology >> Signal Transduction >> Nuclear Signalli<br>Nuclear Hormone Receptors >> Co-activators<br>Cell Biology >> Transcription >> Domain Families >> HL<br>Leucine Zipper >> HLH<br>Chromatin >> ChIP'ing antibodies<br>Chromatin >> Modifying Enzymes >> Acetylation |
| **Relevance** | The protein encoded by this gene acts as a transcriptic coactivator for steroid and nuclear hormone receptors. member of the p160/steroid receptor coactivator (SRC and like other family members has histone acetyltransf activity and contains a nuclear localization signal, and PAS domains. Three alternatively spliced transcript va been found for this gene that encode 3 different isoforr Additional transcript variants have been found but their nature has not been determined.<br><br>The protein encoded by this gene acts as a transcriptic coactivator for steroid and nuclear hormone receptors. member of the p160/steroid receptor coactivator (SRC and like other family members has histone acetyltransf activity and contains a nuclear localization signal, and PAS domains. Three alternatively spliced transcript va been found for this gene that encode 3 different isoforr Additional transcript variants have been found but their nature has not been determined.<br><br>Alternative names for SRC1 antibody [1135/H4] - ChIF (ab84) |
| **Database links** | The links below go to external sites and will open in a l browser window |

| **Entrez Gene** | 8648 (Human) | **SwissProt** | P12931 |
|---|---|---|---|
| | 17977 (Mouse) | **Unigene** | 386092 |
| **Omim** | 602691 (Human) | | |

| | |
|---|---|
| **Raised in** | Mouse |
| **Clonality** | Monoclonal |
| **Clone number** | 1135/H4 |
| **Isotype** | IgG1 |
| **Light chain type** | kappa |
| **Purity** | Immunogen affinity purified |
| **Storage buffer** | Phosphate buffered saline |
| **Purification notes** | 1 mg/ml of antibody purified from ascites by Protein G chromatography to at least 95% homogeneity as deter SDS-PAGE. Prepared in 10mM PBS (pH 7.4). |
| **Concentration** | 1.00 mg/ml |
| **Storage instructions** | Aliquot and store at -20°C or -80°C. Avoid repeated fre cycles. |

ATTORNEY'S EYES ONLY

UC-CVJ00006468

**TX 57.0103**

Abcam - Antibodies & Reagents, find any antibody                    Page 3 of 4

> At Abcam, we have one centralized database to hold
> all of our product information, so that everything we
> know about this SRC1 antibody [1135/H4] - ChIP
> Grade is on this datasheet. But please do contact us
> if you would like any reassurance!

See below for SRC1 antibody [1135/H4] - ChIP Grade images, references, p
other tools.

### SRC1 antibody [1135/H4] - ChIP Grade images:

ⓘ ChIP - SRC1 antibody [1135/H4] - ChIP Grade

ab84 used in ChIP





SRC1 antibody [1135/H4] - ChIP Grade image 4379.

Sonicated Chromatin prepared from untreated (UI) or 17bet
estradiol ($E_2$) treated MCF7 cells was subjected to the ChI
procedure with ab84 to SRC1 and the immunoprecipitated chro
was analysed in the proximal region of the estrogen-responsive
promoter (as shown above) and quantified by real-time PCR (v
are nomalized over inputs). The primers are designed to follow
nucleosome E (including the Estrogen Responsive Element EF
µl of ab84 and $2x10^6$ cells were used in each ChIP experime

*Sylvain Daujat*

### References for SRC1 antibody [1135/H4] - ChIP Grade (ab84
**General / background references:**

ATTORNEY'S EYES ONLY                                          UC-CVJ00006469

**TX 57.0104**

Appx1212

Abcam - Antibodies & Reagents, find any antibody                    Page 4 of 4

Xu J *et al.* Partial hormone resistance in mice with disruption of the steroid re
gene. *Science* **279**:1922-5 (1998). PubMed: 9506940

Spencer TE *et al.* Steroid receptor coactivator-1 is a histone acetyltransferas
PubMed: 9296499

Onate SA *et al.* Sequence and characterization of a coactivator for the steroi
superfamily. *Science* **270**:1354-7 (1995). PubMed: 7481822

If you publish research using ab84 please let us know so that we can cite the

Search PubMed (MEDLINE) for references to SRC1 (search medline)

## SRC1 antibody [1135/H4] - ChIP Grade - related products:
**Products for Western blot**
Loading controls
Lysates

**Compatible Secondaries for SRC1 antibody [1135/H4] - ChIP Grade**
ab2891  Goat polyclonal to Rabbit IgG + Mouse IgG & IgM - prediluted (HRF
ab6563  Goat polyclonal to Mouse IgG H&L (Cy5)
ab6726  Rabbit polyclonal to Mouse IgG H&L (Texas Red)
ab6728  Rabbit polyclonal to Mouse IgG H&L (HRP)
ab6729  Rabbit polyclonal to Mouse IgG H&L (alkaline phosphatase)
ab6785  Goat polyclonal to Mouse IgG H&L (FITC)
ab6788  Goat polyclonal to Mouse IgG H&L (biotin)
ab7002  Goat polyclonal to Mouse IgG (PE)
ab7018  Goat polyclonal to Mouse IgG H&L (agarose)

## SRC1 antibody [1135/H4] - ChIP Grade - other tools:
Contact Genetex with a Technical Enquiry about SRC1 antibody [1135/H4] -
Search PubMed (MEDLINE) for references to SRC1

**Email this "SRC1 antibody [1135/H4] - ChIP Grade datasheet" to:** email
⦿ Send now or
○ Add a message

All products are "FOR RESEARCH USE ONLY AND ARE NOT INTENDED F
THERAPEUTIC USE"

©1998-2005 Abcam Ltd. All rights reserved. Terms and Conditions · Legal · Privacy Policy · Contact Us

http://www.abcam.com/index.html?datasheet=84                    3/2/2005

ATTORNEY'S EYES ONLY                    UC-CVJ00006470

**TX 57.0105**

Santa Cruz Biotechnology, Inc.

# SANTA CRUZ BIOTECHNOLOGY, INC.

HOME    WHAT'S NEW    SUPPORT    COMPANY    SHOPPING

Login / Register    Password: Retrieve Me

SEARCH OUR CATALOG    BROWSE OUR CATALOG    Quick Jump

## Steroid Receptors: Steroid Receptor Cofactors

Nuclear receptors are ligand-dependent transcription factors that bind to specific DNA elements in their target genes and require the association of various cofactors, which function as either corepressors or coactivators. In the absence of ligand binding, steroid receptors may recruit corepressors, such as N-CoR (nuclear receptor corepressor, also designated RIP13) and SMRT/SMRTe (silencing mediator for retinoid and thyroid hormone receptors, also designated TRAC-2) to suppress gene transcription. GRIP-1 (glucocorticoid receptor interacting protein-1, also designated NCoA-2 or TIF-2), SRC-1 (steroid receptor coactivator-1, also designated NCoA-1) and RIP140 function either as coactivators or corepressors and modulate the activities of steroid receptors. NCoA-3 (also designated AIB-1, RAC-3, p/CIP and ACTR), TBL1 (transducin β-like protein-1) and PGC-1 (PPARγ coactivator-1) are additional coactivators that mediate transcriptional activation and repression of a wide variety of genes.

*Closest Matches: (Results 1 - 6 of 6)*

*Click on the Product Name to find out more information or to shop for a product.*

| Product | Cat.# | Isotype | Epitope | Applications | Species |
|---------|-------|---------|---------|--------------|---------|
| SRC-1 (M-20) | sc-6098 | goat IgG | C-terminus (m) | WB, IP, IF | m, r, h |
| SRC-1 (C-20) | sc-6096 | goat IgG | C-terminus (h) | WB, IP, IF | m, r, h |
| SRC-1 (M-341) | sc-8995 | rabbit IgG | 350-690 (m) | WB, IP, IF | m, r, h |
| SRC-1 (N-19) | sc-6097 | goat IgG | N-terminus (h) | WB, IF | m, r, h |

| Product | Cat.# | Description | |
|---------|-------|-------------|--|
| SRC-1 siRNA (h) | sc-36555 | siRNA gene silencer | 50-100 transfections |
| SRC-1 siRNA (m) | sc-36556 | siRNA gene silencer | 50-100 transfections |

http://www.scbt.com/catalog/action.lasso?-response=product_search_list.html&-Error=no_results.html&-t...    3/1/2005

ATTORNEY'S EYES ONLY

UC-CVJ00008471

**TX 57.0106**

Santa Cruz Biotechnology, Inc.

*Additional Steroid Receptor Cofactors and related products: (Results 1 - 35 of 35)*

| Product | Cat.# | Isotype | Epitope | Applications | Species |
|---|---|---|---|---|---|
| SMRT (N-20) | sc-1610 | goat IgG | N-terminus (h) | WB, IP, IF | h |
| SMRTe (1542/H7) | sc-13554 | mouse IgG₁ | 994-1005 (h) | WB, IP, IF, IHC(P) | h |
| N-CoR (N-19) | sc-1611 | goat IgG | N-terminus (m) | WB, IP, IF | m, r, h |
| SMRTe (C-19) | sc-1612 | goat IgG | C-terminus (h) | WB, IP, IF | m, r, h |
| N-CoR (H-303) | sc-8994 | rabbit IgG | 1881-2183 (h) | WB, IP, IF | m, r, h |
| GRIP-1 (M-343) | sc-8996 | rabbit IgG | internal (m) | WB, IP, IF | m, r, h |
| N-CoR (C-20) | sc-1609 | goat IgG | C-terminus (m) | WB, IP, IF | m, r, h |
| SMRTe (H-300) | sc-20778 | rabbit IgG | 1981-2280 (h) | WB, IP, IF | m, r, h |
| GRIP-1 (F-20) | sc-6264 | goat IgG | C-terminus (m) | WB, IF | m, r, h |
| NCoA-3 (F-2) | sc-5305 | mouse IgG₁ | 455-851 (m) | WB, IP, IF | m, r, h |
| NCoA-3 (S-17) | sc-14609 | goat IgG | N-terminus (m) | WB, IF | m, r |
| NCoA-3 (K-15) | sc-14607 | goat IgG | C-terminus (h) | WB, IF | m, r, h |
| GRIP-1 (M-20) | sc-6094 | goat IgG | C-terminus (m) | WB, IF | m, r, h |
| PGC-1 (H-300) | sc-13067 | rabbit IgG | N-terminus (h) | WB, IP, IF | m, r, h |
| NCoA-3 (N-17) | sc-7217 | goat IgG | N-terminus (h) | WB, IF | h |
| RIP140 (K-18) | sc-9458 | goat IgG | C-terminus (h) | WB, IF | m, r, h |
| GRIP-1 (C-20) | sc-6976 | goat IgG | C-terminus (h) | WB, IF | m, r, h |
| TBL1 (H-367) | sc-11391 | rabbit IgG | 211-577 (h) | WB, IP, IF, IHC(P) | m, r, h |
| NCoA-3 (H-270) | sc-13066 | rabbit IgG | N-terminus (h) | WB, IP, IF | m, r, h |

http://www.scbt.com/catalog/action.lasso?-response=product_search_list.html&-Error=no_results.html&-t...    3/1/2005

ATTORNEY'S EYES ONLY

UC-CVJ00006472

Appx1215

**TX 57.0107**

Santa Cruz Biotechnology, Inc.

| Product | Cat.# | | Description | | Applications | Species |
|---|---|---|---|---|---|---|
| RIP140 (H-300) | sc-8997 | rabbit IgG | 1-300 (h) | | WB, IP, IF | m, r, h |
| NCoA-3 (N-16) | sc-14605 | goat IgG | N-terminus (h) | | WB, IF | h |
| NCoA-3 (M-397) | sc-9119 | rabbit IgG | 455-851 (m) | | WB, IP, IF | m, r, h |
| NCoA-3 (C-20) | sc-7216 | goat IgG | C-terminus (h) | | WB, IP, IF, IHC(P) | m, r, h |
| PGC-1 (K-15) | sc-5816 | goat IgG | C-terminus (h) | | WB, IF | m, r, h |
| PGC-1 (P-19) | sc-5815 | goat IgG | N-terminus (h) | | WB, IF | m, r, h |

| Product | Cat.# | | Description | | Applications | Species |
|---|---|---|---|---|---|---|
| NCoA-3 (N-20) | sc-6974 | goat IgG | N-terminus (m) | | WB, IF | m,r |
| RIP140 (1-300) | sc-4279 WB | Protein | | | Positive Control | |
| RIP140 (C-20) | sc-9459 | goat IgG | C-terminus (h) | | WB, IF | m, r, h |

| Product | Cat.# | Isotype | Epitope | | Applications | Species |
|---|---|---|---|---|---|---|
| SMRT (1212) | sc-32298 | mouse IgG₁ | synthetic peptide 994-1005 (h) | | WB, IF | h |
| ACTR (H-80) | sc-25742 | rabbit IgG | 1321-1400 (h) | | WB, IP, IF | m,r,h |
| NCoA-3 (H-80) | sc-25742 | rabbit IgG | 1321-1400 (h) | | WB, IP, IF | m,r,h |

**Search our catalog:** [        ] [Go]

*Broad search requests may take longer. Try our advanced search.*

Copyright | Privacy | Contact

ATTORNEY'S EYES ONLY

UC-CVJ00006473

Appx1216

TX 57.0108



ORD **6237891**
CUSTOMER # **51111**
P.O. # **016S000064**

# Oligonucleotide Data Sheet

| Seq # | Seq Name | Seq 5' to 3' | OD | pmol | Len | MW | µg | E260 | Tm | Scale | Purif. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6998 | PSAMiddle(E) | CTGTGCTTGGAGTTTACCTGA | 33.79 | 174830.96 | 21 | 6443.29 | 1126.49 | 193272.4 | 60.61 | 0.2 umole | Salt-Free |
| 6999 | PSAMiddle(F) | GCAGAGGTTGCAGTGAGCC | 32.07 | 170042.51 | 19 | 5863.87 | 1002.21 | 188599.9 | 64.48 | 0.2 umole | Salt-Free |
| 7000 | PSAPromoter(A) | TCTGCCTTTGTCCCCTAGAT | 30.25 | 180388.3 | 20 | 6909.99 | 1084.13 | 167693.8 | 60.4 | 0.2 umole | Salt-Free |
| 7001 | PSAPromoter(B) | AACCTTCATTCCCCAGGACT | 29.33 | 161631.55 | 20 | 5966.96 | 969.3 | 181462.1 | 60.4 | 0.2 umole | Salt-Free |
| 7002 | PSAEnhancer(G) | ACAGACCTACTCTGGAGGAAC | 33.2 | 156901.66 | 21 | 6424.23 | 1007.97 | 211597.5 | 62.57 | 0.2 umole | Salt-Free |
| 7003 | PSAEnhancer(H) | AAGACAGCAACACCTTTTT | 31.27 | 163084.02 | 19 | 5755.84 | 950.2 | 189418.7 | 53.69 | 0.2 umole | Salt-Free |

Operon

₁ 016T 00067/-0/

ATTORNEY'S EYES ONLY

UC-CVJ00006474

**TX 57.0109**

Appx1217

louie PNAS 2002
(RoLEvals)

ATTORNEY'S EYES ONLY

UC-CVJ00006475

TX 57.0110

**From:** Gang Wang [gangw@microbio.ucla.edu]
**Sent:** Sunday, January 04, 1970 4:21 PM
**To:** chenc@ucla.edu
**Subject:** chIP protocol
Hi Charlie,

Here is the protocol we are using in the lab. Let me know if you have any question

Gang

-------------------------------------------------------------------------------------------------

**ChIP assay**
After various treatments of the cells (serum addition, salt addition or heat shock as indicated), formaldehyde was added directly to cell culture media to a final concentration of 1% at room temperature. After 30 minutes incubation, glycine was added to a final concentration of 0.125 M to stop the crosslinking reaction. Cells were then washed with cold PBS and scraped to collect in 1ml cold PBS. In order to break DNA into less than 1 kb fragments, a micrococcal nuclease partial digestion was performed before the sonication. First, the cells were spun down and resuspended into 1 ml cold *NI* (MgCl2) buffer (15 mM Tris-HCl pH 7.5, 5 mM MgCl2, 60 mM KCl, 0.5 mM DTT, 15 mM NaCl, 300 mM sucrose), then pelleted and resuspended into 1 ml cold *NI NP-40* (MgCl2) buffer (15 mM Tris-HCl pH 7.5, 5 mM MgCl2, 60 mM KCl, 0.5 mM DTT, 15 mM NaCl, 300 mM sucrose, 1% NP-40). Cell membranes were dissolved by incubating cells on ice for 10 min. Nuclei were then pelleted and resuspended in 0.5 ml cold *NI* (CaCl2) buffer (15 mM Tris-HCl pH 7.5, 1 mM CaCl2, 60 mM KCl, 0.5 mM DTT, 15 mM NaCl, 300 mM sucrose). 180 units of S7 nuclease (Roche) were added, mixed and incubated on ice for 1 hour. Reactions were stopped by addition of EDTA to a final concentration of 50 mM. Nuclei were quickly spun down (1 min at 13,000 rpm) and resuspended in 400 µl lysis buffer 1% SDS, 50 mM Tris-HCl pH 8, 20 mM EDTA, and freshly added protease inhibitors (Roche, one mini-complete tablet for 10 ml). Sonication was performed on ice with a program of 4-5 cycles of 15 sec on, 45 sec off at setting 5 (Sonic Dismembrator 550 Fisher Scientific, Microtip Model 419 from Misonix). The sonicated lysates were then centrifuged at 4C for 5 min at 13,000 rpm. 100 or 200 µl of supernatants was then diluted 10 fold in the 10X dilution buffer (16.7 mM Tris-HCl pH 8, 0.01% SDS, 1.1% Triton X-100, 1.2 mM EDTA, 167 mM NaCl). 1-2 µg of antibody was added to each sample and incubated overnight at 4C. The reaction was then incubated for 2 hours after addition of 50 µl of 50% slurry of protein A or G agarose beads containing 200 µg/ml of sonicated salmon sperm DNA and 0.5 mg/ml of bovine serum albumin (Upstate technology). The beads were pelleted and washed sequentially in the following buffers: (1) buffer A (twice): 50 mM HEPES pH 7.9, 0.1% SDS, 1% Triton X-100, 0.1% Dioxycholate, 1 mM EDTA, 140 mM NaCl; (2) buffer B (twice): 50 mM HEPES pH 7.9, 0.1% SDS, 1% Triton X-100, 0.1% Dioxycholate, 1 mM EDTA, 500 mM NaCl; (3) buffer C (twice): 20 mM Tris-HCl pH 8, 0.5% NP-40, 0.5% Dioxycholate, 1 mM EDTA, 250 mM LiCl; (4) TE buffer (twice): 10 mM Tris-HCl pH 8, 1 mM EDTA. The washed immunoprecipitated complexes were eluted with elution buffer (50 mM Tris-HCl pH 8, 1 mM EDTA, and 1% SDS) at 65C overnight to reverse the crosslinking. The eluates were then digested with proteinase K at 56C for 2 hours, followed by phenol-chloroform extraction and ethanol precipitation, or QIAquick PCR extraction kit (QIAGEN). 5 µl of each sonicated lysate was added to 150 µl of TE with 1%SDS and went through the reverse-crosslinking, proteinase K digestion, and extraction. It served as input control for the ChIP DNA in PCR reactions. For H5 and H14 ChIP, IgM-conjugated agarose beads were used instead of protein A/G beads. For H5, a milder but more extensive washing procedure was applied. The pelletted beads were washed 4 times with buffer A, then 2 time with a diluted buffer C (5 mM Tris-HCl pH 8, 0.125% NP-40, 0.125% Dioxycholate, 0.25 mM EDTA, 62.5 mM LiCl), 2 times with TE. The rest of ChIP procedure is the same.

file://C:\Documents%20and%20Settings\cdchen\My%20Documents\Drug%20manuscript...    2/28/2005

ATTORNEY'S EYES ONLY    UC-CVJ00006476

**TX 57.0111**

Re-ChIP experiments were performed as described (Soutoglou and Talianidis, 2002). Briefly, after washing the immunoprecipitated complexes from the first IP, complexes were incubated in 30-40 µl of 10 mM DTT at 37C for 30 minutes. After centrifugation, the eluates were diluted 40 time with buffer A (50 mM HEPES pH 7.9, 0.1% SDS, 1% Triton X-100, 0.1% Dioxycholate, 1 mM EDTA, 140 mM NaCl) and second antibody was added for re-immunoprecipitation and the rest of ChIP procedure. Antibodies to SRF, Elk1, Elk-P, TRAP220, CRSP77, Pol II, TBP, TAF250, TFIIA, TFIIE, TFIIB, TFIIH, and CDK9 are from Santa Cruz Biotechnology. Antibodies to acH3 and acH4 are from Upstate technology. Antibodies to H3K4-dimethylation and H3K4-trimethylation are from Abcam. H5 and H14 are from Covance. Antibody to Brg1 is a gift from Weidong Wang at NIH. Antibodies to NELF-E and DSIFp160 are gifts from Yuki Yamaguchi at Handa's lab at Tokoyo Institute of Technology. Antibodies to H2BacK11, H3acK18, H4acK16, and H4acK8 are gifts from Micheal Grunstein at UCLA. During this study, a 96-well format ChIP assay was developed. Briefly, the diluted lysates and antibodies were incubated in a 96-well microtube rack (QIAGEN, each well holds 1.2 or 2.2 ml of solution). 200 µl of above four washing buffers (A, B, C, and TE) were sequentially applied (twice for each buffer) and took away with a 12-channel P200 pipetteman. The elution, reverse crosslinking, and proteinase K digestion were also performed in the same 96 well microtube rack. Then the solutions were subjected to QIAquick 96-well PCR purification procedure using the QIAvac 96 Vacuum Manifold apparatus (QIAGEN).

ATTORNEY'S EYES ONLY

UC-CVJ00006477

**TX 57.0112**

SANTA CRUZ BIOTECHNOLOGY, INC.

# Pol II (N-20): sc-899





The Power to Question

## BACKGROUND

RNA polymerase II (Pol II) is a multi-subunit enzyme responsible for the transcription of protein-coding genes. Transcription initiation requires recruitment of the complete transcription machinery to a promoter via solicitation by activators and chromatin remodeling factors. Pol II can coordinate 10 to 14 subunits ranging in size from 10–220 kDa. This complex interacts with the promoter regions of genes and a variety of elements and transcription factors. The DNA binding domain of the polymerase is a groove where TFIIB orients the DNA for unwinding and transcription.

## REFERENCES

1. Bushnell, D.A., et al. 2004. Structural basis of transcription: an RNA polymerase II-TFIIB cocrystal at 4.5 Angstroms. Science 303: 983-988. PMID: 14963322

2. Palangat, M., et al. 2004. Downstream DNA selectively affects a paused conformation of human RNA polymerase II. J. Mol. Biol. 341: 429-442. PMID: 15276834

3. Hirsch, H.A., et al. 2004. Distinct mechanisms for repression of RNA polymerase III transcription by the retinoblastoma tumor suppressor protein. Mol. Cell. Biol. 24: 5989-5999. PMID: 15199152

4. Zhong, S., et al. 2004. Epidermal growth factor enhances cellular TATA binding protein levels and induces RNA polymerase I- and III-dependent gene activity. Mol. Cell. Biol. 24: 5119-5129. PMID: 15169879

5. Cabart, P., et al. 2004. BRCA1 cooperates with NUFIP and P-TEFb to activate transcription by RNA polymerase II. Oncogene 23: 5316-5329. PMID: 15107825

6. White, R.J. 2004. RNA polymerase III transcription and cancer. Oncogene 23: 3208-3216. PMID: 15094770

7. Svejstrup, J.Q. 2004. The RNA polymerase II transcription cycle: cycling through chromatin. Biochim. Biophys. Acta 1677: 64-73. PMID: 15020047

8. Comai, L. 2004. Mechanism of RNA polymerase I transcription. Adv. Protein Chem. 67: 123-155. PMID: 14969726

9. Cramer, P. 2004. Structure and function of RNA polymerase II. Adv Protein Chem 67: 1-42. PMID 14969722

## SOURCE

Pol II (N-20) is an affinity purified rabbit polyclonal antibody raised against a peptide mapping at the N-terminus of RPB1 of mouse origin.

## PRODUCT

Each vial contains 200 µg IgG in 1.0 ml of PBS with < 0.1% sodium azide and 0.1% gelatin.

Blocking peptide available for competition studies, sc-899 P, (100 µg peptide in 0.5 ml PBS containing < 0.1% sodium azide and 0.2% BSA).

Available as TransCruz reagent for ChIP application, sc-899 X, 200 µg/0.1 ml.

## RESEARCH USE

For research use only, not for use in diagnostic procedures.

ATTORNEY'S EYES ONLY

## APPLICATIONS

Pol II (N-20) is recommended for detection of RNA Polymerase II of mouse, rat and human origin by Western Blotting (starting dilution 1:200, dilution range 1:100-1:1000), immunoprecipitation [1–2 µg per 100–500 µg of total protein (1 ml of cell lysate)] and immunofluorescence (starting dilution 1:50, dilution range 1:50-1:500).

Suitable for use as control antibody for Pol II siRNA (h): sc-36290 and Pol II siRNA (m): sc-36291.

Pol II (N-20) X TransCruz antibody is recommended for ChIP assays.

Molecular Weight of Pol II: 210-220 kDa.

Positive Controls: A-431 nuclear extract: sc-2122, A-673 nuclear extract: sc-2128 or AT-3 nuclear extract.

## DATA



Western blot analysis of Pol II expression in A-431 (**A,D**), AT-3 (**B,E**) and A-673 (**C,F**) nuclear extracts. Antibodies tested include Pol II (C-21): sc-900 (**A–C**) and Pol II (N-20): sc-899 (**D–F**).

## SELECT PRODUCT CITATIONS

1. Johnson, K.D., et al. 2001. Distinct mechanisms control RNA polymerase II recruitment to a tissue-specific locus control region and a downstream promoter. Mol. Cell 8: 465-471.

2. Christova, R., et al. 2002. Association of human TFIID-promoter complexes with silenced mitotic chromatin in vivo. Nat. Cell Biol. 4: 79-82.

3. Kirmizis, A., et al. 2003 . Identification of the polycomb group protein Su(z)12 as a potential molecular target for human cancer therapy. Mol. Cancer Ther. 2: 113-121.

4. Araya, N., et al. 2003. Cooperative interaction of EWS with CREB-binding protein selectively activates hepatocyte nuclear factor 4-mediated transcription. J. Biol. Chem. 278: 5427-5432.

5. Rossow, K.L., et al. 2003. Synergism between p68 RNA helicase and the transcriptional coactivators CBP and p300. Oncogene 22: 151-156.

6. Kirmizis A, et al. 2004. Silencing of human polycomb target genes is associated with methylation of histone H3 Lys 27. Genes Dev. 18: 1592-1605.

## STORAGE

Store at 4° C, **DO NOT FREEZE**. Stable for one year from the date of shipment. Non-hazardous. No MSDS required.

UC-CVJ00006478

TX 57.0113

## Conventional and Cruz Marker™ Compatible Secondary Antibodies for Western Blotting

| PRODUCT | HRP CONJUGATE | HRP CONJUGATE PRE-ADSORBED | CRUZ MARKER™ HRP CONJUGATE | CRUZ MARKER™ HRP CONJUGATE PRE-ADSORBED |
|---|---|---|---|---|
| bovine anti-goat IgG | sc-2350 | sc-2952 | sc-2378 | sc-2384 |
| donkey anti-goat IgG | sc-2020 | sc-2056 | sc-2033 | sc-2304 |
| bovine anti-rabbit IgG | sc-2370 | sc-2374 | sc-2379 | sc-2385 |
| donkey anti-rabbit IgG | sc-2313 | sc-2077 | sc-2317 | sc-2305 |
| goat anti-rabbit IgG | sc-2004 | sc-2054 | sc-2030 | sc-2301 |
| bovine anti-mouse IgG | sc-2371 | sc-2375 | sc-2380 | sc-2386 |
| donkey anti-mouse IgG | sc-2314 | sc-2099 | sc-2318 | sc-2306 |
| goat anti-mouse IgG | sc-2005 | sc-2055 | sc-2031 | sc-2302 |
| goat anti-rat IgG | sc-2006 | sc-2065 | sc-2032 | sc-2303 |

The above secondary reagents are supplied at 200 µg in 0.5 ml volume, to be used in Western blotting at a dilution of 1:500–1:5000. (Starting dilution for anti-goat and anti-rabbit secondary antibodies, 1:5000; anti-mouse secondary antibodies 1:2000) Cruz Marker compatible secondary antibodies recognize an epitope common to each of the Cruz Marker molecular weight standards. Pre-adsorbed secondary antibodies are recommended for Western blotting of immunoglobulin-rich tissues and cells. Pre-adsorbed secondary antibodies are pre-adsorbed with human IgG and mouse IgG; the anti-mouse IgG antibodies are pre-adsorbed with human IgG.

## Western Blotting Chemiluminescence Luminol Reagent

| PRODUCT | CAT. # |
|---|---|
| Western Blotting Luminol Reagent | sc-2048 |

"Luminol" Reagent recommended for Western blotting enhanced chemi-luminescence applications using Horseradish Peroxidase (HRP) conjugated secondary antibodies. Sufficient for 2,000 cm² membrane area.

## Cruz Marker™ Molecular Weight Standards

| PRODUCT | CAT. # |
|---|---|
| Cruz Marker MW Standards | sc-2035 |
| 132 kDa, 90 kDa, 55 kDa, 43 kDa, 34 kDa, 23 kDa | |

Cruz Markers provided for use as internal molecular weight standards for chemiluminescence Western blotting applications and must be used in combination with Cruz Marker compatible Western blotting secondary antibodies available only from Santa Cruz Biotechnology, Inc. Sufficient for 50 gels.

## Secondary Antibodies for Immunohistochemistry

| PRODUCT | BIOTIN | FITC | TEXAS RED | TRITC | PE |
|---|---|---|---|---|---|
| bovine anti-goat IgG | sc-2347 | sc-2348 | sc-2786 | sc-2349 | sc-3747 |
| donkey anti-goat IgG | sc-2042 | sc-2024 | sc-2783 | sc-2094 | sc-3743 |
| rabbit anti-goat IgG | sc-2774 | sc-2777 | sc-3919 | sc-3945 | sc-3755 |
| bovine anti-mouse IgG | sc-2364 | sc-2366 | sc-2788 | sc-2368 | sc-3749 |
| goat anti-mouse IgG | sc-2098 | sc-2099 | sc-2785 | sc-2300 | sc-3744 |
| goat anti-mouse IgG | sc-2039 | sc-2010 | sc-2781 | sc-2092 | sc-3738 |
| bovine anti-rabbit IgG | sc-2363 | sc-2365 | sc-2787 | sc-2367 | sc-3750 |
| donkey anti-rabbit IgG | sc-2089 | sc-2090 | sc-2784 | sc-2095 | sc-3745 |
| goat anti-rabbit IgG | sc-2040 | sc-2012 | sc-2780 | sc-2091 | sc-3739 |

Secondary antibodies for Immunohistochemistry are supplied at 200 µg in 0.5 ml. The biotin, fluorescein (FITC), Texas Red and rhodamine conjugated antibodies are for use in immunohistochemical staining at a dilution of 1:100–1:400. Donkey anti-mouse IgG is isotype-balanced and is developed by immunizing with equal parts mouse IgG₁, IgG₂ₐ, IgG₂ᵦ and IgG₃.

## Whole Cell Lysates for Western Blotting

| PRODUCT | CAT# | SPECIES | DESCRIPTION |
|---|---|---|---|
| A-10 | sc-3806 | rat | Thoracic aorta myoblast |
| A-431 | sc-2201 | human | epidermoid carcinoma |
| A-431 + EGF | sc-2202 | human | epidermoid carcinoma |
| HeLa | sc-2200 | human | epithelioid carcinoma |
| HeLa + PMA | sc-2258 | human | epithelioid carcinoma |
| HeLa + UV | sc-2221 | human | epithelioid carcinoma |
| HL-60 | sc-2209 | human | acute promyelocytic leukemia |
| Jurkat | sc-2204 | human | acute T cell leukemia |
| K-562 | sc-2203 | human | chronic myelogenous leukemia |
| KNRK | sc-2214 | rat | K-ras transformed kidney |
| NIH/3T3 | sc-2210 | mouse | normal embryo fibroblast |
| RAW 264.7 | sc-2211 | mouse | Abelson transformed macrophages |
| RAW 264.7 + LPS/PMA | sc-2212 | mouse | Abelson transformed macrophages |

Whole cell lysates are provided as Western blotting positive controls. Each vial contains 500 µg protein in 200 µl SDS-PAGE Western blotting buffer. Recommended use is 50 µg (20 µl) per lane. Lysates should be stored at -20°C, repeated freezing and thawing should be minimized. Sample vial should be boiled once prior to use.

**Headquarters**
Santa Cruz Biotechnology, Inc.
2145 Delaware Avenue
Santa Cruz, California 95060
Toll Free: 800 457 3801 or
Phone: 831 457 3800
Fax: 831 457 3801
e-mail: scbt@scbt.com

**European Support Office**
Toll Free: +00800 4573 8000 or
Phone: +49 6221 4503 0
Fax: +49 6221 4503 45
e-mail: europe@scbt.com

www.scbt.com

## SANTA CRUZ BIOTECHNOLOGY, INC.

**PRODUCT WARRANTY:** Santa Cruz Biotechnology, Inc. is committed to providing the highest level of quality and service. Any product that does not meet the performance standards indicated in our product literature will be replaced at no charge.

## Immunoprecipitation Reagents

| PRODUCT | SPECIFICITY | CAT# | AMOUNT |
|---|---|---|---|
| Protein A-Agarose | mouse IgG₂ₐ, IgG₂ᵦ and IgA rabbit polyclonal Abs human IgG₁, IgG₂ and IgG₄ | sc-2001 | 2.0 ml |
| Protein G PLUS-Agarose | mouse IgG₁, IgG₂ₐ, IgG₂ᵦ, mouse IgG₃, rat IgG₁, IgG₂ᵦ, rat IgG₂ₐ and IgG₂ᵦ, rabbit and goat polyclonal ABs, human IgG₁, human IgG₂, IgG₃ and IgG₄ | sc-2002 | 2.0 ml |
| Protein A/G PLUS-Agarose | all of the above Abs | sc-2003 | 2.0 ml |
| Protein L-Agarose | mouse, rat, human IgG, scFv and Fab fragments | sc-2336 | 2.0 ml |

Immunoprecipitation agarose conjugates are pre-blocked with BSA to reduce non-specific immunoglobulin binding and are provided at a concentration (0.5 ml agarose/2.0 ml) suitable for use at 20 µl per immunoprecipitation reaction. Number of reactions: 100.

## Western Blotting Membranes and Buffers

| PRODUCT | CAT. # | DESCRIPTION |
|---|---|---|
| nitrocellulose | sc-3718 | 0.22 µm, 3m roll |
| nitrocellulose | sc-3724 | 0.45 µm; 3m roll |
| PVDF | sc-3723 | 0.45 µm; 3m roll |
| Electrophoresis Sample | sc-24945 | SDS-TRIS Sample Solubilization/Loading Buffer, Reducing; 25 ml |
| PBS, 10X, liquid | sc-24946 | Phosphate Buffered Saline, pH 7.2; 1 L |
| PBS, powder | sc-24947 | Phosphate Buffered Saline, pH 7.2, makes 5 L of 10X PBS; 1 packet |
| RIPA Lysis Buffer | sc-24948 | Cell lysis buffer with protease inhibitors; 50 ml |
| Running Buffer, 10X | sc-24949 | TRIS-Glycine WB Running Buffer, pH 8.3; 1 L |
| TBS, 10X, liquid | sc-24951 | TRIS Buffered Saline, pH 7.4; 1 L |
| TBST, 10X, liquid | sc-24953 | TRIS Buffered Saline with Tween-20, pH 7.4; 1 L |
| Towbin, with SDS, 10X | sc-24954 | WB transfer buffer for use with nitrocellulose transfer membranes, pH 8.3; 1 L |

## Blocking Reagents for Western Blotting

| PRODUCT | CAT. # | SIZE |
|---|---|---|
| BSA | sc-2323 | 100 g |
| Blotto, non-fat dry milk | sc-2325 | 500 g |
| TBS Blotto A | sc-2333 | 500 ml |
| TBS Blotto B | sc-2335 | 500 ml |

Blocking buffers are supplied as lyophilized powders in single-use bottles and contain Santa Cruz Biotechnology Immunoanalytical Grade BSA and Blotto. Each buffer makes a 1x solution when reconstituted to the final volume in H₂O. Blotto A solution contains 5% milk, 0.05% Tween-20. Blotto B solution contains 1% milk, 1% BSA, 0.05% Tween-20.

## Mounting Media for Immunohistochemistry

| PRODUCT | CAT. # | AMOUNT |
|---|---|---|
| UltraCruz™ Mounting Medium | sc-24941 | 10 ml |
| Clarion Mounting Medium | sc-24942 | 100 ml |
| Crystal Mounting Medium | sc-24943 | 30 ml |
| Sisu/Mount Mounting Medium | sc-24944 | 30 ml |

## Staining Systems

| PRODUCT | CAT. # | NUMBER OF SLIDES |
|---|---|---|
| ImmunoCruz™ goat Staining System | sc-2053 | 150 |
| ImmunoCruz™ mouse Staining System | sc-2050 | 150 |
| ImmunoCruz™ rabbit Staining System | sc-2051 | 150 |
| ABC goat Staining System | sc-2023 | 200 |
| ABC mouse Staining System | sc-2017 | 200 |
| ABC rabbit Staining System | sc-2018 | 200 |
| ABC rat Staining System | sc-2019 | 200 |

©2004 Santa Cruz Biotechnology, Inc. All rights reserved. Specifications subject to change without notice. Santa Cruz Biotechnology, Inc. and the Santa Cruz Biotechnology, Inc. logo are registered trademarks of Santa Cruz Biotechnology Inc.

ATTORNEY'S EYES ONLY

UC-CVJ00006479

**TX 57.0114**



SANTA CRUZ BIOTECHNOLOGY, INC.

# GRIP-1 (M-343): sc-8996



SANTA CRUZ
BIOTECHNOLOGY
*The Power to Question*

## BACKGROUND

Nuclear receptors for steroids, thyroid hormones and retinoic acids are ligand-dependent transcription factors that activate transcription through specific DNA binding sites in their target genes. Several related transcriptional coactivators and corepressors have been described that work in concert with the steroid receptor family to either induce or repress transcription from hormone-responsive elements. This family includes GRIP-1 (for GR interacting protein-1, also designated NCoA-2 or Tif2); SRC-1 (for steroid receptor coactivator-1, also designated NCoA-1); RAC3 (also designated AIB1, for amplified in breast cancer, or ACTR), which displays elevated expression in estrogen receptor positive ovarian and breast cancers; and p/CIP (for p300/CBP/co-integrator protein), which is required for the transcriptional activation of p300/CBP-dependent transcription factors.

## REFERENCES

1. Ribeiro, R.C., et al. 1995. The nuclear hormone receptor gene superfamily. Ann. Rev. Med. 46: 443-453.

2. Onate, S.A., et al. 1995. Sequence and characterization of a coactivator for the steroid hormone receptor superfamily. Science 270: 1354-1357.

3. Hong, H., et al. 1996. GRIP-1, a novel mouse protein that serves as a transcriptional coactivator in yeast for the hormone binding domains of steroid receptors. Proc. Natl. Acad. Sci. USA 93: 4948-4952.

4. Li, H., et al. 1997. RAC3, a steroid/nuclear receptor-associated coactivator that is related to SRC-1 and TIF2. Proc. Natl. Acad. Sci. USA 94: 8479-8484.

5. Anzick, S.L., et al. 1997. AIB1, a steroid receptor coactivator amplified in breast and ovarian cancer. Science 277: 965-968.

6. Torchia, J., et al. 1997. The transcriptional co-activator p/CIP binds CBP and mediates nuclear-receptor function. Nature 387: 677-684.

## SOURCE

GRIP-1 (M-343) is a rabbit polyclonal antibody raised against amino acids 787-1129 mapping within an internal region of GRIP-1 of mouse origin.

## PRODUCT

Each vial contains 200 µg IgG in 1.0 ml of PBS with < 0.1% sodium azide and 0.1% gelatin.

Available as TransCruz reagent for Gel Supershift and ChIP applications, sc-8996 X, 200 µg/0.1 ml.

## STORAGE

Store at 4° C, **DO NOT FREEZE**. Stable for one year from the date of shipment. Non-hazardous. No MSDS required.

## RESEARCH USE

For research use only, not for use in diagnostic procedures.

ATTORNEY'S EYES ONLY

## APPLICATIONS

GRIP-1 (M-343) is recommended for detection of GRIP-1 of mouse, rat and human origin by Western Blotting (starting dilution 1:200, dilution range 1:100-1:1000), immunoprecipitation [1–2 µg per 100–500 µg of total protein (1 ml of cell lysate)] and immunofluorescence (starting dilution 1:50, dilution range 1:50-1:500).

GRIP-1 (M-343) X TransCruz antibody is recommended for Gel Supershift and ChIP applications.

Molecular Weight of GRIP-1: 158 kDa.

Positive Controls: Jurkat nuclear extract: sc-2132 or NIH/3T3 nuclear extract: sc-2138.

## RECOMMENDED SECONDARY REAGENTS

To ensure optimal results, the following support (secondary) reagents are recommended: 1) Western Blotting: use goat anti-rabbit IgG-HRP: sc-2004 (dilution range: 1:2000-1:100,000) or Cruz Marker™ compatible goat anti-rabbit IgG-HRP: sc-2030 (dilution range: 1:2000-1:5000), Cruz Marker™ Molecular Weight Standards: sc-2035, TBS Blotto A Blocking Reagent: sc-2333 and Western Blotting Luminol Reagent: sc-2048. 2) Immunoprecipitation: use Protein A/G PLUS-Agarose: sc-2003 (0.5 ml agarose/ 2.0 ml). 3) Immunofluorescence: use goat anti-rabbit IgG-FITC: sc-2012 (dilution range: 1:100-1:400) or goat anti-rabbit IgG-TR: sc-2780 (dilution range: 1:100-1:400) with UltraCruz™ Mounting Medium: sc-24941.

## DATA



92 K —

53 K —

35 K — ← GRIP-1-His

GRIP-1 (M-343; sc-8996. Western blot analysis of His-tagged mouse recombinant GRIP-1.

## SELECT PRODUCT CITATIONS

1. Watanabe, M., et al. 2001. A subfamily of RNA-binding DEAD-box proteins acts as an estrogen receptor alpha coactivator through the N-terminal activation domain (AF-1) with an RNA coactivator, SRA. EMBO J. 20: 1341-1352.

2. Baek, S., et al. 2002. Exchange of N-CoR Corepressor and Tip60 Coactivator Complexes Links Gene Expression by NF-kB and beta-Amyloid Precursor Protein. Cell 110: 55-67.

3. Atanaskova, N., et al. 2002. MAP kinase/estrogen receptor cross-talk enhances estrogen-mediated signaling and tumor growth but does not confer tamoxifen resistance. Oncogene 21: 4000-4008.

4. Krieg, A.J., et al. 2004. Interplay between Estrogen Response Element Sequence and Ligands Controls *in Vivo* Binding of Estrogen Receptor to Regulated Genes. J. Biol. Chem. 279: 5025-5034.

UC-CVJ00006480

**TX 57.0115**

## Conventional and Cruz Marker™ Compatible Secondary Antibodies for Western Blotting

| PRODUCT | HRP CONJUGATE | HRP CONJUGATE PRE-ADSORBED | CRUZ MARKER™ HRP CONJUGATE | CRUZ MARKER™ HRP CONJUGATE PRE-ADSORBED |
|---|---|---|---|---|
| bovine anti-goat IgG | sc-2350 | sc-2352 | sc-2378 | sc-2384 |
| donkey anti-goat IgG | sc-2020 | sc-2056 | sc-2033 | sc-2304 |
| bovine anti-rabbit IgG | sc-2370 | sc-2374 | sc-2379 | sc-2385 |
| donkey anti-rabbit IgG | sc-2313 | sc-2077 | sc-2317 | sc-2305 |
| goat anti-rabbit IgG | sc-2004 | sc-2054 | sc-2030 | sc-2301 |
| bovine anti-mouse IgG | sc-2371 | sc-2375 | sc-2380 | sc-2386 |
| donkey anti-mouse IgG | sc-2314 | sc-2096 | sc-2318 | sc-2306 |
| goat anti-mouse IgG | sc-2005 | sc-2055 | sc-2031 | sc-2302 |
| goat anti-rat IgG | sc-2006 | sc-2065 | sc-2032 | sc-2303 |

The above secondary reagents are supplied at 200 µg in 0.5 ml volume, to be used in Western blotting at a dilution of 1:500–1:5000. (Starting dilution for anti-goat and anti-rabbit secondary antibodies 1:5000; anti-mouse secondary antibodies 1:2000). Cruz Marker compatible secondary antibodies recognize an epitope common to each of the Cruz Marker molecular weight standards. Pre-adsorbed secondary antibodies are recommended for Western blotting of immunoglobulin-rich tissues and cells. Pre-adsorbed secondary antibodies are pre-adsorbed with human IgG and mouse IgG; the anti-mouse IgG antibodies are pre-adsorbed with human IgG.

### Western Blotting Chemiluminescence Luminol Reagent

| PRODUCT | CAT. # |
|---|---|
| Western Blotting Luminol Reagent | sc-2048 |

"Luminol" Reagent recommended for Western blotting enhanced chemiluminescence applications using Horseradish Peroxidase (HRP) conjugated secondary antibodies. Sufficient for 2,000 cm² membrane area.

### Cruz Marker™ Molecular Weight Standards

| PRODUCT | CAT. # |
|---|---|
| Cruz Marker MW Standards 132 kDa, 90 kDa, 55 kDa, 43 kDa, 34 kDa, 23 kDa | sc-2035 |

Cruz Markers provided for use as internal molecular weight standards for chemiluminescence Western blotting applications and must be used in combination with Cruz Marker compatible Western blotting secondary antibodies available only from Santa Cruz Biotechnology, Inc. Sufficient for 50 gels.

### Secondary Antibodies for Immunohistochemistry

| PRODUCT | BIOTIN | FITC | TEXAS RED | TRITC | PE |
|---|---|---|---|---|---|
| bovine anti-goat IgG | sc-2347 | sc-2348 | sc-2786 | sc-2349 | sc-3747 |
| donkey anti-goat IgG | sc-2042 | sc-2024 | sc-2783 | sc-2094 | sc-3743 |
| rabbit anti-goat IgG | sc-2774 | sc-2777 | sc-3919 | sc-3945 | sc-3756 |
| bovine anti-mouse IgG | sc-2384 | sc-2366 | sc-2788 | sc-2368 | sc-3749 |
| donkey anti-mouse IgG | sc-2056 | sc-2099 | sc-2785 | sc-2300 | sc-3744 |
| goat anti-mouse IgG | sc-2039 | sc-2010 | sc-2781 | sc-2092 | sc-3738 |
| bovine anti-rabbit IgG | sc-2363 | sc-2365 | sc-2787 | sc-2367 | sc-3750 |
| donkey anti-rabbit IgG | sc-2089 | sc-2090 | sc-2784 | sc-2095 | sc-3745 |
| goat anti-rabbit IgG | sc-2040 | sc-2012 | sc-2780 | sc-2091 | sc-3739 |

Secondary antibodies for immunohistochemistry are supplied at 200 µg in 0.5 ml. The biotin, fluorescein (FITC), Texas Red and rhodamine conjugated antibodies are for use in immunohistochemical staining at a dilution of 1:100–1:400. Donkey anti-mouse IgG is isotope-balanced and is developed by immunizing with equal parts mouse IgG₁, IgG₂ₐ, IgG₂ᵦ and IgG₃.

### Whole Cell Lysates for Western Blotting

| PRODUCT | CAT# | SPECIES | DESCRIPTION |
|---|---|---|---|
| A-10 | sc-3806 | rat | Thoracic aorta myoblast |
| A-431 | sc-2201 | human | epidermoid carcinoma |
| A-431 + EGF | sc-2202 | human | epidermoid carcinoma |
| HeLa | sc-2200 | human | epithelioid carcinoma |
| HeLa + PMA | sc-2258 | human | epithelioid carcinoma |
| HeLa + UV | sc-2221 | human | epithelioid carcinoma |
| HL-60 | sc-2209 | human | acute promyelocytic leukemia |
| Jurkat | sc-2204 | human | acute T cell leukemia |
| K-562 | sc-2203 | human | chronic myelogenous leukemia |
| KNRK | sc-2214 | rat | K-ras transformed kidney |
| NIH/3T3 | sc-2210 | mouse | normal embryo fibroblast |
| RAW 264.7 | sc-2211 | mouse | Abelson transformed macrophages |
| RAW 264.7 + LPS/PMA | sc-2212 | mouse | Abelson transformed macrophages |

Whole cell lysates are provided as Western blotting positive controls. Each vial contains 500 µg protein in 200 µl SDS-PAGE Western blotting buffer. Recommended use is 50 µg (20 µl) per lane. Lysates should be stored at -20°C; repeated freezing and thawing should be minimized. Sample vial should be boiled once prior to use.

---

### SANTA CRUZ BIOTECHNOLOGY, INC.

**PRODUCT WARRANTY:** Santa Cruz Biotechnology, Inc. is committed to providing the highest level of quality and service. Any product that does not meet the performance standards indicated in our product literature will be replaced at no charge.

### Immunoprecipitation Reagents

| PRODUCT | SPECIFICITY | CAT# | AMOUNT |
|---|---|---|---|
| Protein A-Agarose | mouse IgG₂ₐ, IgG₂ᵦ and IgA rabbit polyclonal Abs human IgG₁, IgG₂ and IgG₄ | sc-2001 | 2.0 ml |
| Protein G PLUS-Agarose | mouse IgG₁, IgG₂ₐ, IgG₂ᵦ mouse IgG₃ rat IgG₁, IgG₂ₐ, IgG₂ᵦ rat IgG₂ᵦ and IgG₂ᵦ, rabbit and goat polyclonal Abs, human IgG₁, human IgG₂, human IgG₃ and IgG₄ | sc-2002 | 2.0 ml |
| Protein A/G PLUS-Agarose | all of the above Abs | sc-2003 | 2.0 ml |
| Protein L-Agarose | mouse, rat, human IgG, scFv and Fab fragments | sc-2336 | 2.0 ml |

Immunoprecipitation agarose conjugates are pre-blocked with BSA to reduce non-specific immunoglobulin binding and are provided at a concentration (0.5 ml agarose/2.0 ml) suitable for use at 20 µl per immunoprecipitation reaction. Number of reactions: 100.

### Western Blotting Membranes and Buffers

| PRODUCT | CAT. # | DESCRIPTION |
|---|---|---|
| nitrocellulose | sc-3718 | 0.22 µm; 3m roll |
| nitrocellulose | sc-3724 | 0.45 µm; 3m roll |
| PVDF | sc-3723 | 0.45 µm; 3m roll |
| Electrophoresis Sample | sc-24945 | SDS-TRIS Sample Solubilization/Loading Buffer, Reducing; 25 ml |
| PBS, 10X, liquid | sc-24946 | Phosphate Buffered Saline, pH 7.2; 1 L |
| PBS, powder | sc-24947 | Phosphate Buffered Saline, pH 7.2, makes 5 L of 10X PBS; 1 packet |
| RIPA Lysis Buffer | sc-24948 | Cell lysis buffer with protease inhibitors; 50 ml |
| Running Buffer, 10X | sc-24949 | TRIS-Glycine WB Running Buffer, pH 8.3; 1 L |
| TBS, 10X, liquid | sc-24951 | TRIS Buffered Saline, pH 7.4; 1 L |
| TBST, 10X, liquid | sc-24953 | TRIS Buffered Saline with Tween-20, pH 7.4; 1 L |
| Towbin, with SDS, 10X | sc-24954 | WB transfer buffer for use with nitrocellulose transfer membranes, pH 8.3; 1 L |

### Blocking Reagents for Western Blotting

| PRODUCT | CAT. # | SIZE |
|---|---|---|
| BSA | sc-2323 | 100 g |
| Blotto, non-fat dry milk | sc-2325 | 500 g |
| TBS Blotto A | sc-2333 | 500 ml |
| TBS Blotto B | sc-2335 | 500 ml |

Blocking buffers are supplied as lyophilized powders in single-use bottles and contain Santa Cruz Biotechnology Immunoanalytical Grade BSA and Blotto. Each buffer makes a 1x solution when reconstituted to the final volume in H₂O. Blotto A solution contains 5% milk, 0.05% Tween-20. Blotto B solution contains 1% milk, 1% BSA, 0.05% Tween-20.

### Mounting Media for Immunohistochemistry

| PRODUCT | CAT. # | AMOUNT |
|---|---|---|
| UltraCruz™ Mounting Medium | sc-24941 | 10 ml |
| Clarion Mounting Medium | sc-24942 | 100 ml |
| Crystal Mounting Medium | sc-24943 | 30 ml |
| Situ/Mount Mounting Medium | sc-24944 | 30 ml |

### Staining Systems

| PRODUCT | CAT. # | NUMBER OF SLIDES |
|---|---|---|
| ImmunoCruz™ goat Staining System | sc-2053 | 150 |
| ImmunoCruz™ mouse Staining System | sc-2050 | 150 |
| ImmunoCruz™ rabbit Staining System | sc-2051 | 150 |
| ABC goat Staining System | sc-2023 | 200 |
| ABC mouse Staining System | sc-2017 | 200 |
| ABC rabbit Staining System | sc-2018 | 200 |
| ABC rat Staining System | sc-2019 | 200 |

©2004 Santa Cruz Biotechnology, Inc. All rights reserved. Specifications subject to change without notice. Santa Cruz Biotechnology, Inc. and the Santa Cruz Biotechnology, Inc. logo are registered trademarks of Santa Cruz Biotechnology Inc.

---



**Headquarters**
Santa Cruz Biotechnology, Inc.
2145 Delaware Avenue
Santa Cruz, California 95060
Toll Free: 800.457.3801 or
Phone: 831.457.3800
Fax: 831.457.3801
e-mail: scbt@scbt.com

**European Sales Office**
Toll Free: +00800 4573 8000 or
Phone: +49 6221 4503 0
Fax: +49 6221 4503 45
e-mail: europe@scbt.com

www.scbt.com

SANTA CRUZ BIOTECHNOLOGY, INC.

# PCAF (H-369): sc-8999



The Power to Question

## BACKGROUND

In the intact cell, DNA closely associates with histones and other nuclear proteins to form chromatin. The remodeling of chromatin is believed to be a critical component of transcriptional regulation and a major source of this remodeling is brought about by the acetylation of nucleosomal histones. Acetylation of lysine residues in the amino terminal tail domain of histone results in an allosteric change in the nucleosomal conformation and an increased accessibility to transcription factors by DNA. Conversely, the deacetylation of histones is associated with transcriptional silencing. Several mammalian proteins have been identified as nuclear histone acetylases, including GCN5, PCAF (for p300/CBP-associated factor), p300/CBP and the TFIID subunit TAF II p250. Mammalian HDAC1 (also designated HD1) and HDAC2 (also designated mammalian RPD3), both of which are related to the yeast transcriptional regulator Rpd3p, have been identified as histone deacetylases.

## REFERENCES

1. Lee, D.Y., et al. 1993. A positive role for histone acetylation in transcription factor access to nucleosomal DNA. Cell 72: 73-82.

2. Braunstein, M., et al. 1993. Transcriptional silencing in yeast is associated with reduced nucleosome acetylation. Genes and Dev. 7: 592-604.

3. Bauer, W.R., et al. 1994. Nucleosome structural changes due to acetylation. J. Mol. Biol. 236: 685-690.

4. Brownell, J.E., et al. 1996. Tetrahymena histone acetyltransferase A: a homolog to yeast Gcn5p linking histone acetylation to gene activation. Cell. 84: 843-851.

5. Yang, X.-J., et al. 1996. A p300/CBP-associated factor that competes with the adenoviral oncoprotein E1A. Nature 382: 319-324.

6. Taunton, J., et al. 1996. A mammalian histone deacetylase related to the yeast transcriptional regulator Rpd3p. Science 272: 408-411.

7. Yang, W.-M., et al. 1996. Transcriptional repression by YY1 is mediated by interaction with a mammalian homolog of the yeast global regulator RPD3. Proc. Natl. Acad. Sci. USA 93: 12845-12850.

8. Bartl, S., et al. 1997. Identification of mouse histone deacetylase 1 as a growth factor-inducible gene. Mol. Cell. Biol. 17: 5033-5043.

## SOURCE

PCAF (H-369) is a rabbit polyclonal antibody raised against amino acids 464-832 mapping at the C-terminus of PCAF of human origin.

## PRODUCT

Each vial contains 200 µg IgG in 1.0 ml of PBS with < 0.1% sodium azide and 0.1% gelatin.

Available as TransCruz reagent for ChIP application, sc-8999 X, 200 µg/0.1 ml.

## STORAGE

Store at 4° C, **DO NOT FREEZE**. Stable for one year from the date of shipment. Non-hazardous. No MSDS required.

## APPLICATIONS

PCAF (H-369) is recommended for detection of PCAF and GCN5 of mouse, rat and human origin by Western Blotting (starting dilution 1:200, dilution range 1:100-1:1000), immunoprecipitation [1–2 µg per 100–500 µg of total protein (1 ml of cell lysate)] and immunofluorescence (starting dilution 1:50, dilution range 1:50-1:500).

Suitable for use as control antibody for PCAF siRNA (h): sc-36198.

PCAF (H-369) X TransCruz antibody is recommended for ChIP assays.

Molecular Weight of PCAF: ~90 kDa.

Positive Controls: PCAF (464-832): sc-4442 WB or Y79 cell lysate: sc-2240.

## DATA



ChIP analysis of cofactor occupancy dynamics on the IL-8 promoter in 293 cells in response to IL-1β treatment. Antibodies tested include NCoA-3 (F-2): sc-5305, NCoA-3 (M-397): sc-8119, NCoA-3 (N-17): sc-7217, NCoA-3 (C-20): sc-7216, SRC-1 (M-341): sc-8995, SRC-1 (C-20): sc-8996, SRC-1 (M-20): sc-6098, GRIP1 (M-343): sc-8996, PCAF (C-16): sc-6300 and PCAF (H-369): sc-8999. Data kindly provided by M.G. Rosenfeld and reproduced with permission from Baek et al, Cell 2002, 110: 55-67.

## SELECT PRODUCT CITATIONS

1. Soutoglou, E., et al. 2001. Transcription factor-dependent regulation of CBP and P/CAF histone acetyltransferase activity. EMBO J. 20: 1984-1992.

2. Soutoglou, E., et al. 2002. Coordination of PIC assembly and chromatin remodeling during differentiation-induced gene activation. Science 295: 1901-1904.

3. Baek, S., et al. 2002. Exchange of N-CoR corepressor and Tip60 coactivator complexes links gene expression by NFκB and beta-amyloid precursor protein. Cell 110: 55-67.

4. Lusic, M., et al. 2003. Regulation of HIV1 gene expression by histone acetylation and factor recruitment at the LTR promoter. EMBO J. 22: 6550-6561.

5. Zeng, S.X., et al. 2003. The acetylase activity of p300 is dispensable for MDM2 stabilization. J. Biol. Chem. 278: 7453-7458.

6. Metivier, R., et al. 2003. Estrogen receptor-alpha directs ordered, cyclical, and combinatorial recruitment of cofactors on a natural target promoter. Cell 115: 751-763.

## RESEARCH USE

For research use only, not for use in diagnostic procedures.

ATTORNEY'S EYES ONLY

UC-CVJ00006482

**TX 57.0117**

## Conventional and Cruz Marker™ Compatible Secondary Antibodies for Western Blotting

| PRODUCT | HRP CONJUGATE | HRP CONJUGATE PRE-ADSORBED | CRUZ MARKER™ HRP CONJUGATE | CRUZ MARKER™ HRP CONJUGATE PRE-ADSORBED |
|---|---|---|---|---|
| bovine anti-goat IgG | sc-2350 | sc-2352 | sc-2378 | sc-2384 |
| donkey anti-goat IgG | sc-2020 | sc-2056 | sc-2033 | sc-2304 |
| bovine anti-rabbit IgG | sc-2370 | sc-2374 | sc-2379 | sc-2385 |
| donkey anti-rabbit IgG | sc-2313 | sc-2077 | sc-2317 | sc-2325 |
| goat anti-rabbit IgG | sc-2004 | sc-2054 | sc-2030 | sc-2301 |
| bovine anti-mouse IgG | sc-2371 | sc-2375 | sc-2380 | sc-2386 |
| bovine anti-mouse IgG | sc-2314 | sc-2096 | sc-2319 | sc-2306 |
| goat anti-mouse IgG | sc-2005 | sc-2055 | sc-2031 | sc-2302 |
| goat anti-rat IgG | sc-2006 | sc-2065 | sc-2032 | sc-2303 |

The above secondary reagents are supplied at 200 µg in 0.5 ml volume, to be used in Western blotting at a dilution of 1:500–1:5000. (Starting dilution for anti-goat and anti-rabbit secondary antibodies: 1:5000; anti-mouse secondary antibodies: 1:2000). Cruz Marker compatible secondary antibodies recognize an epitope common to each of the Cruz Marker molecular weight standards. Pre-adsorbed secondary antibodies are recommended for Western blotting of immunoglobulin-rich tissues and cells. Pre-adsorbed secondary antibodies are pre-adsorbed with human IgG and mouse IgG, the anti-mouse IgG antibodies are pre-adsorbed with human IgG.

### Western Blotting Chemiluminescence Luminol Reagent

| PRODUCT | CAT. # |
|---|---|
| Western Blotting Luminol Reagent | sc-2048 |

"Luminol" Reagent recommended for Western blotting enhanced chemiluminescence applications using Horseradish Peroxidase (HRP) conjugated secondary antibodies. Sufficient for 2,000 cm² membrane area.

### Cruz Marker™ Molecular Weight Standards

| PRODUCT | CAT. # |
|---|---|
| Cruz Marker MW Standards 132 kDa, 90 kDa, 55 kDa, 43 kDa, 34 kDa, 23 kDa | sc-2035 |

Cruz Markers provided for use as internal molecular weight standards for chemiluminescence Western blotting applications and must be used in combination with Cruz Marker compatible Western blotting secondary antibodies available only from Santa Cruz Biotechnology, Inc. Sufficient for 50 gels.

### Secondary Antibodies for Immunohistochemistry

| PRODUCT | BIOTIN | FITC | TEXAS RED | TRITC | PE |
|---|---|---|---|---|---|
| bovine anti-goat IgG | sc-2347 | sc-2348 | sc-2786 | sc-2349 | sc-3747 |
| donkey anti-goat IgG | sc-2042 | sc-2024 | sc-2783 | sc-2094 | sc-3743 |
| rabbit anti-goat IgG | sc-2774 | sc-2777 | sc-3919 | sc-3946 | sc-3755 |
| bovine anti-mouse IgG | sc-2364 | sc-2366 | sc-2788 | sc-2368 | sc-3749 |
| donkey anti-mouse IgG | sc-2098 | sc-2099 | sc-2785 | sc-2300 | sc-3744 |
| goat anti-mouse IgG | sc-2039 | sc-2010 | sc-2781 | sc-2092 | sc-3738 |
| bovine anti-rabbit IgG | sc-2363 | sc-2365 | sc-2787 | sc-2367 | sc-3750 |
| donkey anti-rabbit IgG | sc-2089 | sc-2090 | sc-2784 | sc-2095 | sc-3745 |
| goat anti-rabbit IgG | sc-2040 | sc-2012 | sc-2780 | sc-2091 | sc-3739 |

Secondary antibodies for immunohistochemistry are supplied at 200 µg in 0.5 ml. The biotin, fluorescein (FITC), Texas Red and rhodamine conjugated antibodies are for use in immunohistochemical staining at a dilution of 1:100–1:400. Donkey anti-mouse IgG is isotype-balanced and is developed for immunizing with equal parts mouse IgG₁, IgG₂ₐ, IgG₂ᵦ and IgG₃.

### Whole Cell Lysates for Western Blotting

| PRODUCT | CAT# | SPECIES | DESCRIPTION |
|---|---|---|---|
| A-10 | sc-3806 | rat | Thoracic aorta myoblast |
| A-431 | sc-2201 | human | epidermoid carcinoma |
| A-431 + EGF | sc-2222 | human | epidermoid carcinoma |
| HeLa | sc-2200 | human | epithelioid carcinoma |
| HeLa + PMA | sc-2258 | human | epithelioid carcinoma |
| HeLa + UV | sc-2221 | human | epithelioid carcinoma |
| HL-60 | sc-2209 | human | acute promyelocytic leukemia |
| Jurkat | sc-2204 | human | acute T cell leukemia |
| K-562 | sc-2203 | human | chronic myelogenous leukemia |
| KNRK | sc-2214 | rat | K-ras transformed kidney |
| NIH/3T3 | sc-2210 | mouse | normal embryo fibroblast |
| RAW 264.7 | sc-2211 | mouse | Abelson transformed macrophages |
| RAW 264.7 + LPS/PMA | sc-2212 | mouse | Abelson transformed macrophages |

Whole cell lysates are provided as Western blotting positive controls. Each vial contains 500 µg protein in 200 µl SDS-PAGE Western blotting buffer. Recommended use is 50 µg (20 µl) per lane. Lysates should be stored at -20°C; repeated freezing and thawing should be minimized. Sample vial should be boiled once prior to use.



**Headquarters**
Santa Cruz Biotechnology, Inc.
2145 Delaware Avenue
Santa Cruz, California 95060
Toll Free: 800 457 3801 or
Phone: 831 457 3800
Fax: 831 457 3801
e-mail: scbt@scbt.com

**European Support Office**
Toll Free: +00800 4572 8000 or
Phone: +49 6221 4503 0
Fax: +49 6221 4503 45
e-mail: europe@scbt.com

www.scbt.com

---

### SANTA CRUZ BIOTECHNOLOGY, INC.

**PRODUCT WARRANTY:** Santa Cruz Biotechnology, Inc. is committed to providing the highest level of quality and service. Any product that does not meet the performance standards indicated in our product literature will be replaced at no charge.

### Immunoprecipitation Reagents

| PRODUCT | SPECIFICITY | CAT# | AMOUNT |
|---|---|---|---|
| Protein A-Agarose | mouse IgG₂ₐ, IgG₂ᵦ and IgA rabbit polyclonal Abs human IgG₁, IgG₂ and IgG₄ | sc-2001 | 2.0 ml |
| Protein G PLUS-Agarose | mouse IgG₁, IgG₂ₐ, IgG₂ᵦ, mouse IgG₃, rat IgG₁, IgG₂ₐ, rat IgG₂ᵦ and IgG₂ᵪ, rabbit and goat polyclonal Abs, human IgG₁, human IgG₂, IgG₃ and IgG₄ | sc-2002 | 2.0 ml |
| Protein A/G PLUS-Agarose | all of the above Abs | sc-2003 | 2.0 ml |
| Protein L-Agarose | mouse, rat, human IgG, scFv and Fab fragments | sc-2336 | 2.0 ml |

Immunoprecipitation agarose conjugates are pre-blocked with BSA to reduce non-specific immunoglobulin binding and are provided at a concentration (0.5 ml agarose/2.0 ml) suitable for use at 20 µl per immunoprecipitation reaction. Number of reactions: 100

### Western Blotting Membranes and Buffers

| PRODUCT | CAT# | DESCRIPTION |
|---|---|---|
| nitrocellulose | sc-3718 | 0.22 µm; 3m roll |
| nitrocellulose | sc-3724 | 0.45 µm; 3m roll |
| PVDF | sc-3723 | 0.45 µm; 3m roll |
| Electrophoresis Sample | sc-24945 | SDS-TRIS Sample Solubilization/Loading Buffer, Reducing; 25 ml |
| PBS, 10X, liquid | sc-24946 | Phosphate Buffered Saline, pH 7.2; 1 L |
| PBS, powder | sc-24947 | Phosphate Buffered Saline, pH 7.2, makes 5 L of 10X PBS; 1 packet |
| RIPA Lysis Buffer | sc-24948 | Cell lysis buffer with protease inhibitors; 50 ml |
| Running Buffer, 10X | sc-24949 | TRIS-Glycine WB Running Buffer, pH 8.3; 1 L |
| TBS, 10X, liquid | sc-24951 | TRIS Buffered Saline, pH 7.4; 1 L |
| TBST, 10X, liquid | sc-24953 | TRIS Buffered Saline with Tween-20, pH 7.4; 1 L |
| Towbin, with SDS, 10X | sc-24954 | WB transfer buffer for use with nitrocellulose transfer membranes; pH 8.3; 1 L |

### Blocking Reagents for Western Blotting

| PRODUCT | CAT. # | SIZE |
|---|---|---|
| BSA | sc-2323 | 100 g |
| Blotto, non-fat dry milk | sc-2325 | 500 g |
| TBS Blotto A | sc-2333 | 500 ml |
| TBS Blotto B | sc-2335 | 500 ml |

Blocking buffers are supplied as lyophilized powders in single-use bottles and contain Santa Cruz Biotechnology Immunoanalytical Grade BSA and Blotto. Each buffer makes a 1x solution when reconstituted to the final volume in H₂O. Blotto A solution contains 5% milk, 0.05% Tween-20. Blotto B solution contains 1% milk, 1% BSA, 0.05% Tween-20.

### Mounting Media for Immunohistochemistry

| PRODUCT | CAT. # | AMOUNT |
|---|---|---|
| UltraCruz™ Mounting Medium | sc-24941 | 10 ml |
| Clarion Mounting Medium | sc-24942 | 100 ml |
| Crystal Mounting Medium | sc-24943 | 30 ml |
| Sira/Mount Mounting Medium | sc-24944 | 30 ml |

### Staining Systems

| PRODUCT | CAT. # | NUMBER OF SLIDES |
|---|---|---|
| ImmunoCruz™ goat Staining System | sc-2053 | 150 |
| ImmunoCruz™ mouse Staining System | sc-2050 | 150 |
| ImmunoCruz™ rabbit Staining System | sc-2051 | 150 |
| ABC goat Staining System | sc-2023 | 200 |
| ABC mouse Staining System | sc-2017 | 200 |
| ABC rabbit Staining System | sc-2018 | 200 |
| ABC rat Staining System | sc-2019 | 200 |

©2004 Santa Cruz Biotechnology, Inc. All rights reserved. Specifications subject to change without notice. Santa Cruz Biotechnology, Inc. and the Santa Cruz Biotechnology, Inc. logo are registered trademarks of Santa Cruz Biotechnology Inc.

ATTORNEY'S EYES ONLY

UC-CVJ00006483

**TX 57.0118**

SANTA CRUZ BIOTECHNOLOGY, INC.

# GRIP-1 (C-20): sc-6976



## BACKGROUND

Nuclear receptors for steroids, thyroid hormones and retinoic acids are ligand-dependent transcription factors that activate transcription through specific DNA binding sites in their target genes. Several related transcriptional coactivators and corepressors have been described that work in concert with the steroid receptor family to either induce or repress transcription from hormone-responsive elements. This family includes GRIP-1 (for GR interacting protein-1, also designated NCoA-2 or TIF-2); SRC-1 (for steroid receptor coactivator-1, also designated NCoA-1); RAC3 (also designated AIB1, for amplified in breast cancer, or ACTR), which displays elevated expression in estrogen receptor positive ovarian and breast cancers; and p/CIP (for p300/CBP/ Co-Integrator Protein), which is required for the transcriptional activation of p300/CBP-dependent transcription factors.

## REFERENCES

1. Ribeiro, R.C., et al. 1995. The nuclear hormone receptor gene superfamily. Ann. Rev. Med. 46: 443-453.

2. Onate, S.A., et al. 1995. Sequence and characterization of a coactivator for the steroid hormone receptor superfamily. Science 270: 1354-1357.

3. Hong, H., et al. 1996. GRIP-1, a novel mouse protein that serves as a transcriptional coactivator in yeast for the hormone binding domains of steroid receptors. Proc. Natl. Acad. Sci. USA 93: 4948-4952.

4. Li, H., et al. 1997. RAC3, a steroid/nuclear receptor-associated coactivator that is related to SRC-1 and TIF2. Proc. Natl. Acad. Sci. USA 94: 8479-8484.

5. Anzick, S.L., et al. 1997. AIB1, a steroid receptor coactivator amplified in breast and ovarian cancer. Science 277: 965-968.

6. Torchia, J., et al. 1997. The transcriptional co-activator p/CIP binds CBP and mediates nuclear-receptor function. Nature 387: 677-684.

## SOURCE

GRIP-1 (C-20) is an affinity purified goat polyclonal antibody raised against a peptide mapping at the C-terminus of GRIP-1 of human origin.

## PRODUCT

Each vial contains 200 µg IgG in 1.0 ml of PBS with < 0.1% sodium azide and 0.1% gelatin.

Blocking peptide available for competition studies, sc-6976 P, (100 µg peptide in 0.5 ml PBS containing < 0.1% sodium azide and 0.2% BSA).

Available as TransCruz reagent for Gel Supershift and ChIP applications, sc-6976 X, 200 µg/0.1 ml.

## STORAGE

Store at 4° C, **DO NOT FREEZE**. Stable for one year from the date of shipment. Non-hazardous. No MSDS required.

## RESEARCH USE

For research use only, not for use in diagnostic procedures.

## APPLICATIONS

GRIP-1 (C-20) is recommended for detection of GRIP-1 of mouse, rat and human origin by Western Blotting (starting dilution 1:200, dilution range 1:100-1:1000) and immunofluorescence (starting dilution 1:50, dilution range 1:50-1:500).

GRIP-1 (C-20) X TransCruz antibody is recommended for Gel Supershift and ChIP applications.

Molecular Weight of GRIP-1: 158 kDa.

Positive Controls: Jurkat nuclear extract: sc-2132 or NIH/3T3 nuclear extract: sc-2138.

## RECOMMENDED SECONDARY REAGENTS

To ensure optimal results, the following support (secondary) reagents are recommended: 1) Western Blotting: use donkey anti-goat IgG-HRP: sc-2020 (dilution range: 1:2000-1:100,000) or Cruz Marker™ compatible donkey anti-goat IgG-HRP: sc-2033 (dilution range: 1:2000-1:5000), Cruz Marker™ Molecular Weight Standards: sc-2035, TBS Blotto A Blocking Reagent: sc-2333 and Western Blotting Luminol Reagent: sc-2048. 2) Immunofluorescence: use donkey anti-goat IgG-FITC: sc-2024 (dilution range: 1:100-1:400) or donkey anti-goat IgG-TR: sc-2783 (dilution range: 1:100-1:400) with UltraCruz™ Mounting Medium: sc-24941.

## PROTOCOLS

See our web site at www.scbt.com or our catalog for detailed protocols and support products.

## SELECT PRODUCT CITATIONS

1. Baek, S., et al. 2002. Exchange of N-CoR Corepressor and Tip60 Coactivator Complexes Links Gene Expression by NF-kB and beta-Amyloid Precursor Protein. Cell 110: 55-67.

ATTORNEY'S EYES ONLY

UC-CVJ00006484

**TX 57.0119**

### Conventional and Cruz Marker™ Compatible Secondary Antibodies for Western Blotting

| PRODUCT | HRP CONJUGATE | HRP CONJUGATE PRE-ADSORBED | CRUZ MARKER™ HRP CONJUGATE | CRUZ MARKER™ HRP CONJUGATE PRE-ADSORBED |
|---|---|---|---|---|
| bovine anti-goat IgG | sc-2350 | sc-2352 | sc-2378 | sc-2384 |
| donkey anti-goat IgG | sc-2020 | sc-2056 | sc-2033 | sc-2304 |
| bovine anti-rabbit IgG | sc-2370 | sc-2374 | sc-2379 | sc-2385 |
| donkey anti-rabbit IgG | sc-2313 | sc-2077 | sc-2317 | sc-2305 |
| goat anti-rabbit IgG | sc-2004 | sc-2054 | sc-2030 | sc-2301 |
| bovine anti-mouse IgG | sc-2371 | sc-2375 | sc-2380 | sc-2386 |
| donkey anti-mouse IgG | sc-2314 | sc-2096 | sc-2318 | sc-2306 |
| goat anti-mouse IgG | sc-2005 | sc-2055 | sc-2031 | sc-2302 |
| goat anti-rat IgG | sc-2006 | sc-2065 | sc-2032 | sc-2303 |

The above secondary reagents are supplied at 200 µg in 0.5 ml volume, to be used in Western blotting at a dilution of 1:500-1:5000. (Staining dilution for anti-goat and anti-rabbit secondary antibodies 1:5000) anti-mouse secondary antibodies 1:2000). Cruz Marker compatible secondary antibodies recognize an epitope common to each of the Cruz Marker molecular weight standards. Pre-adsorbed secondary antibodies are recommended for Western blotting of immunoglobulin-rich tissues and cells. Pre-adsorbed secondary antibodies are pre-adsorbed with human IgG and mouse IgG; the anti-mouse IgG secondary antibodies are pre-adsorbed with human IgG.

### Western Blotting Chemiluminescence Luminol Reagent

| PRODUCT | CAT. # |
|---|---|
| Western Blotting Luminol Reagent | sc-2048 |

"Luminol" Reagent recommended for Western blotting enhanced chemiluminescence applications using Horseradish Peroxidase (HRP) conjugated secondary antibodies. Sufficient for 2,000 cm² membrane area.

### Cruz Marker™ Molecular Weight Standards

| PRODUCT | CAT. # |
|---|---|
| Cruz Marker MW Standards | sc-2035 |

132 kDa, 90 kDa, 55 kDa, 43 kDa, 34 kDa, 23 kDa

Cruz Markers provided for use as internal molecular weight standards for chemiluminescence Western blotting applications and must be used in combination with Cruz Marker compatible Western blotting secondary antibodies available only from Santa Cruz Biotechnology, Inc. Sufficient for 50 gels.

### Secondary Antibodies for Immunohistochemistry

| PRODUCT | BIOTIN | FITC | TEXAS RED | TRITC | PE |
|---|---|---|---|---|---|
| bovine anti-goat IgG | sc-2347 | sc-2348 | sc-2788 | sc-2349 | sc-3747 |
| donkey anti-goat IgG | sc-2042 | sc-2024 | sc-2783 | sc-2034 | sc-3743 |
| rabbit anti-goat IgG | sc-2774 | sc-2777 | sc-3919 | sc-3945 | sc-3755 |
| bovine anti-mouse IgG | sc-2364 | sc-2366 | sc-2789 | sc-2368 | sc-3749 |
| donkey anti-mouse IgG | sc-2038 | sc-2099 | sc-2785 | sc-2300 | sc-3744 |
| goat anti-mouse IgG | sc-2039 | sc-2010 | sc-2781 | sc-2892 | sc-3738 |
| bovine anti-rabbit IgG | sc-2363 | sc-2365 | sc-2787 | sc-2367 | sc-3750 |
| donkey anti-rabbit IgG | sc-2089 | sc-2090 | sc-2784 | sc-2095 | sc-3745 |
| goat anti-rabbit IgG | sc-2040 | sc-2012 | sc-2780 | sc-2091 | sc-3739 |

Secondary antibodies for immunohistochemistry are supplied at 200 µg in 0.5 ml. The biotin, fluorescein (FITC), Texas Red and rhodamine conjugated antibodies are for use in immunohistochemical staining at a dilution of 1:100–1:400. Donkey anti-mouse IgG is isotype-balanced and is developed by immunizing with equal parts mouse IgG₁, IgG₂ₐ, IgG₂ᵦ and IgG₃.

### Whole Cell Lysates for Western Blotting

| PRODUCT | CAT# | SPECIES | DESCRIPTION |
|---|---|---|---|
| A-10 | sc-3806 | rat | Thoracic aorta myoblast |
| A-431 | sc-2201 | human | epidermoid carcinoma |
| A-431 + EGF | sc-2202 | human | epidermoid carcinoma |
| HeLa | sc-2200 | human | epithelioid carcinoma |
| HeLa + PMA | sc-2258 | human | epithelioid carcinoma |
| HeLa + UV | sc-2221 | human | epithelioid carcinoma |
| HL-60 | sc-2209 | human | acute promyelocytic leukemia |
| Jurkat | sc-2204 | human | acute T cell leukemia |
| K-562 | sc-2203 | human | chronic myelogenous leukemia |
| KNRK | sc-2214 | rat | K-ras transformed kidney |
| NIH/3T3 | sc-2210 | mouse | normal embryo fibroblast |
| RAW 264.7 | sc-2211 | mouse | Abelson transformed macrophages |
| RAW 264.7 + LPS/PMA | sc-2212 | mouse | Abelson transformed macrophages |

Whole cell lysates are provided as Western blotting positive controls. Each vial contains 500 µg protein in 200 µl SDS-PAGE Western blotting buffer. Recommended use is 50 µg (20 µl) per lane. Lysates should be stored at -20°C, repeated freezing and thawing should be minimized. Sample vial should be boiled once prior to use.

### SANTA CRUZ BIOTECHNOLOGY, INC.

PRODUCT WARRANTY: Santa Cruz Biotechnology, Inc. is committed to providing the highest level of quality and service. Any product that does not meet the performance standards indicated in our product literature will be replaced at no charge.

### Immunoprecipitation Reagents

| PRODUCT | SPECIFICITY | CAT# | AMOUNT |
|---|---|---|---|
| Protein A-Agarose | mouse IgG₂ₐ, IgG₂ᵦ and IgA rabbit polyclonal Abs human IgG₁, IgG₂ and IgG₄ | sc-2001 | 2.0 ml |
| Protein G PLUS-Agarose | mouse IgG₁, IgG₂ₐ, IgG₂ᵦ, mouse IgG₃, rat IgG₁, IgG₂ₐ, rat IgG₂ᵦ and IgG₂ᵪ, rabbit and goat polyclonal Abs, human IgG₁, human IgG₂, IgG₃ and IgG₄ | sc-2002 | 2.0 ml |
| Protein A/G PLUS-Agarose | all of the above Abs | sc-2003 | 2.0 ml |
| Protein L-Agarose | mouse, rat, human IgG, scFv and Fab fragments | sc-2336 | 2.0 ml |

Immunoprecipitation agarose conjugates are pre-blocked with BSA to reduce non-specific immunoglobulin binding and are provided at a concentration (2.5 ml agarose/2.0 ml) suitable for use in 20 µl per immunoprecipitation reaction. Number of reactions: 100.

### Western Blotting Membranes and Buffers

| PRODUCT | CAT. # | DESCRIPTION |
|---|---|---|
| nitrocellulose | sc-3718 | 0.22 µm; 3m roll |
| nitrocellulose | sc-3724 | 0.45 µm; 3m roll |
| PVDF | sc-3723 | 0.45 µm; 3m roll |
| Electrophoresis Sample | sc-24945 | SDS-TRIS Sample Solubilization/Loading Buffer, Reducing; 25 ml |
| PBS, 10X, liquid | sc-24646 | Phosphate Buffered Saline, pH 7.2; 1 L |
| PBS, powder | sc-24947 | Phosphate Buffered Saline, pH 7.2, makes 5 L of 10X PBS; 1 packet |
| RIPA Lysis Buffer | sc-24948 | Cell lysis buffer with protease inhibitors; 50 ml |
| Running Buffer, 10X | sc-24949 | TRIS-Glycine WB Running Buffer, pH 8.3; 1 L |
| TBS, 10X, liquid | sc-24951 | TRIS Buffered Saline, pH 7.4; 1 L |
| TBST, 10X, liquid | sc-24953 | TRIS Buffered Saline with Tween-20, pH 7.4; 1 L |
| Towbin, with SDS, 10X | sc-24954 | WB transfer buffer for use with nitrocellulose transfer membranes, pH 8.3; 1 L |

### Blocking Reagents for Western Blotting

| PRODUCT | CAT. # | SIZE |
|---|---|---|
| BSA | sc-2323 | 100 g |
| Blotto, non-fat dry milk | sc-2325 | 500 g |
| TBS Blotto | sc-2333 | 500 ml |
| TBS Blotto A | sc-2333 | 500 ml |
| TBS Blotto B | sc-2335 | 500 ml |

Blocking buffers are supplied as lyophilized powders in single-use bottles and contain Santa Cruz Biotechnology Immunoanalytical Grade BSA and Blotto. Each buffer makes a 1x solution when reconstituted to the final volume in H₂O. Blotto A solution contains 5% milk, 0.05% Tween-20. Blotto B solution contains 1% milk, 1% BSA, 0.05% Tween-20.

### Mounting Media for Immunohistochemistry

| PRODUCT | CAT. # | AMOUNT |
|---|---|---|
| UltraCruz™ Mounting Medium | sc-24941 | 10 ml |
| Clarion Mounting Medium | sc-24942 | 100 ml |
| Crystal Mounting Medium | sc-24943 | 30 ml |
| Situ/Mount Mounting Medium | sc-24944 | 30 ml |

### Staining Systems

| PRODUCT | CAT. # | NUMBER OF SLIDES |
|---|---|---|
| ImmunoCruz™ goat Staining System | sc-2053 | 150 |
| ImmunoCruz™ mouse Staining System | sc-2050 | 150 |
| ImmunoCruz™ rabbit Staining System | sc-2051 | 150 |
| ABC goat Staining System | sc-2023 | 200 |
| ABC mouse Staining System | sc-2017 | 200 |
| ABC rabbit Staining System | sc-2018 | 200 |
| ABC rat Staining System | sc-2019 | 200 |



**Headquarters**
Santa Cruz Biotechnology, Inc.
2145 Delaware Avenue
Santa Cruz, California 95060
Toll Free: 800 457 3801 or
Phone: 831 457 3800
Fax: 831 457 3801
e-mail: scbt@scbt.com

**European Support Office**
Toll Free: +00800 4573 8000 or
Phone: +49 6221 4503 0
Fax: +49 6221 4503 45
e-mail: europe@scbt.com

www.scbt.com

©2004 Santa Cruz Biotechnology, Inc. All rights reserved. Specifications subject to change without notice. Santa Cruz Biotechnology, Inc. and the Santa Cruz Biotechnology, Inc. logo are registered trademarks of Santa Cruz Biotechnology, Inc.

ATTORNEY'S EYES ONLY

UC-CVJ00006485

TX 57.0120

SANTA CRUZ BIOTECHNOLOGY, INC.

# N-CoR (C-20): sc-1609



The Power to Question

## BACKGROUND

Retinoids are metabolites of vitamin A (retinol) and are believed to represent important signaling molecules during vertebrate development and tissue differentiation (1). Two families of retinoid receptors have been identified (1). Retinoic acid receptors (RARs), include RARα, RARβ and RARγ, each of which have a high affinity for all-trans retinoic acids and belong to the same class of nuclear transcription factors as thyroid hormone receptors, vitamin D3 receptor and ecdysone receptor (1-4). Two cofactors that function to repress transcription, designated SMRT and N-CoR, have been shown to associate with the thyroid receptor and RAR in their unliganded state and are released from them upon ligand binding (5-7). The carboxy termini of both proteins contain receptor interacting domains while their amino termini contain two previously undescribed repressor domains (5-7). SMRT (silencing mediator for RARs and TRs) is 1495 amino acids in length with an estimated molecular weight of 168 kDa (5). N-CoR (nuclear receptor corepressor) is a protein 2453 amino acids in length with a relative molecular weight of 270 kDa (7).

## REFERENCES

1. Mangelsdorf, D.J., et al. 1994. THE RETINOIDS: Biology, Chemistry, and Medicine, 2nd Edition. Sporn, M.B., Roberts, A.B., and Goodman, D.S., eds. Raven Press, Ltd., New York. 314-349.

2. Ishikawa, T., et al. 1990. A functional retinoic acid receptor encoded by the gene on human chromosome 12. Mol. Endocrinol. 4: 837-844.

3. Yang, N., et al. 1991. Characterization of DNA-binding and retinoic acid-binding properties of retinoic acid receptor. Proc. Natl. Acad. Sci. USA 88: 3559-3563.

4. Bhat, M.K., et al. 1994. Phosphorylation enhances the target gene sequence-dependent dimerization of thyroid hormone receptor with retinoid X receptor. Proc. Natl. Acad. Sci. USA 91: 7927-7931.

5. Chen, J.D., et al. 1995. A transcriptional co-repressor that interacts with nuclear hormone receptors. Nature 377: 454-457.

## SOURCE

N-CoR (C-20) is an affinity purified goat polyclonal antibody raised against a peptide mapping at the C-terminus of N-CoR of mouse origin.

## PRODUCT

Each vial contains 200 μg IgG in 1.0 ml of PBS with < 0.1% sodium azide and 0.1% gelatin.

Blocking peptide available for competition studies, sc-1609 P, (100 μg peptide in 0.5 ml PBS containing < 0.1% sodium azide and 0.2% BSA).

Available as TransCruz reagent for ChIP application, sc-1609 X, 200 μg/0.1 ml.

## STORAGE

Store at 4° C, **DO NOT FREEZE**. Stable for one year from the date of shipment. Non-hazardous. No MSDS required.

## APPLICATIONS

N-CoR (C-20) is recommended for detection of N-CoR of mouse, rat and human origin by Western Blotting (starting dilution 1:200, dilution range 1:100-1:1000), immunoprecipitation [1–2 μg per 100–500 μg of total protein (1 ml of cell lysate)] and immunofluorescence (starting dilution 1:50, dilution range 1:50-1:500).

Suitable for use as control antibody for N-CoR siRNA (h): sc-36001 and N-CoR siRNA (m): sc-36002.

N-CoR (C-20) X TransCruz antibody is recommended for ChIP assays.

Positive Controls: K562 whole cell lysate: sc-2203 or K562 nuclear extract: sc-2130.

## DATA



Western blot analysis of N-CoR expression in K-562 whole cell lysate (A) and nuclear extract (B). Antibodies tested include: N-CoR (N-19): sc-1611 (A) and N-CoR (C-20): sc-1609 (B).

## RESEARCH USE

For research use only, not for use in diagnostic procedures.

## SELECT PRODUCT CITATIONS

1. Klein, E.S., et al. 2000. Recruitment of Nuclear Receptor Corepressor and Coactivator to the Retinoic acid Receptor by Retinoid Ligands. J. Biol. Chem. 275: 19401-19408.

2. Soutoglou, E., et al. 2001. Transcription factor-dependent regulation of CBP and P/CAF histone acetyltransferase activity. EMBO J. 20: 1984-1992.

3. Espinosa, L., et al. 2003 . IkappaBalpha and p65 Regulate the Cytoplasmic Shuttling of Nuclear Corepressors: Cross-talk between Notch and NfkappaB Pathways. Mol. Cell. Biol. 14: 491-502.

4. Petrie, K., et al. 2003. The histone deacetylase 9 gene encodes multiple protein isoforms. J. Biol. Chem. 278: 16059-16072.

5. Metivier, R., et al. 2003. Estrogen receptor-alpha directs ordered, cyclical, and combinatorial recruitment of cofactors on a natural target promoter. Cell 115: 751-763.

6. Khan, M.M., et al. 2004. The fusion oncoprotein PML-RARalpha induces endoplasmic reticulum (ER)-associated degradation of N-CoR and ER stress. J. Biol. Chem. 279: 11814-11824.

ATTORNEY'S EYES ONLY

UC-CVJ00006486

**TX 57.0121**

## Conventional and Cruz Marker™ Compatible Secondary Antibodies for Western Blotting

| PRODUCT | HRP CONJUGATE | HRP CONJUGATE PRE-ADSORBED | CRUZ MARKER™ HRP CONJUGATE | CRUZ MARKER™ HRP CONJUGATE PRE-ADSORBED |
|---|---|---|---|---|
| bovine anti-goat IgG | sc-2350 | sc-2352 | sc-2378 | sc-2384 |
| donkey anti-goat IgG | sc-2020 | sc-2056 | sc-2033 | sc-2304 |
| bovine anti-rabbit IgG | sc-2370 | sc-2374 | sc-2379 | sc-2385 |
| donkey anti-rabbit IgG | sc-2313 | sc-2077 | sc-2317 | sc-2305 |
| goat anti-rabbit IgG | sc-2004 | sc-2054 | sc-2030 | sc-2301 |
| bovine anti-mouse IgG | sc-2371 | sc-2375 | sc-2380 | sc-2386 |
| donkey anti-mouse IgG | sc-2314 | sc-2096 | sc-2319 | sc-2306 |
| goat anti-mouse IgG | sc-2005 | sc-2055 | sc-2031 | sc-2302 |
| goat anti-rat IgG | sc-2006 | sc-2006 | sc-2032 | sc-2303 |

The above secondary reagents are supplied at 200 µg in 0.5 ml volume, to be used in Western blotting at a dilution of 1:500–1:5000. (Starting dilution for anti-goat and anti-rabbit secondary antibodies 1:5000; anti-mouse secondary antibodies 1:2000). Cruz Marker compatible secondary antibodies recognize an epitope common to each of the Cruz Marker molecular weight standards. Pre-adsorbed secondary antibodies are recommended for Western blotting of immunoglobulin-rich tissues and cells. Pre-adsorbed secondary antibodies are pre-adsorbed with human IgG and mouse IgG; the anti-mouse IgG antibodies are pre-adsorbed with human IgG.

## Western Blotting Chemiluminescence Luminol Reagent

| PRODUCT | CAT. # |
|---|---|
| Western Blotting Luminol Reagent | sc-2048 |

"Luminol" Reagent recommended for Western blotting enhanced chemiluminescence applications using Horseradish Peroxidase (HRP) conjugated secondary antibodies. Sufficient for 2,000 cm² membrane area.

## Cruz Marker™ Molecular Weight Standards

| PRODUCT | CAT. # |
|---|---|
| Cruz Marker MW Standards 132 kDa, 90 kDa, 55 kDa, 43 kDa, 34 kDa, 23 kDa | sc-2035 |

Cruz Markers provided for use as internal molecular weight standards for chemiluminescence Western blotting applications and must be used in combination with Cruz Marker compatible secondary Western blotting secondary antibodies available only from Santa Cruz Biotechnology, Inc. Sufficient for 50 gels.

## Secondary Antibodies for Immunohistochemistry

| PRODUCT | BIOTIN | FITC | TEXAS RED | TRITC | PE |
|---|---|---|---|---|---|
| bovine anti-goat IgG | sc-2347 | sc-2348 | sc-2786 | sc-2348 | sc-3747 |
| donkey anti-goat IgG | sc-2042 | sc-2024 | sc-2783 | sc-2034 | sc-3743 |
| rabbit anti-goat IgG | sc-2774 | sc-2777 | sc-3819 | sc-3845 | sc-3755 |
| bovine anti-mouse IgG | sc-2364 | sc-2366 | sc-2788 | sc-2368 | sc-3749 |
| donkey anti-mouse IgG | sc-2058 | sc-2099 | sc-2785 | sc-2300 | sc-3744 |
| goat anti-mouse IgG | sc-2039 | sc-2010 | sc-2781 | sc-2092 | sc-3758 |
| bovine anti-rabbit IgG | sc-2363 | sc-2365 | sc-2787 | sc-2367 | sc-3750 |
| donkey anti-rabbit IgG | sc-2089 | sc-2090 | sc-2784 | sc-2095 | sc-3745 |
| goat anti-rabbit IgG | sc-2040 | sc-2012 | sc-2780 | sc-2091 | sc-3739 |

Secondary antibodies for immunohistochemistry are supplied at 200 µg in 0.5 ml. The biotin, fluorescein (FITC), Texas Red and rhodamine conjugated antibodies are for use in immunohistochemical staining at a dilution of 1:100–1:400. Donkey anti-mouse IgG is isotype-balanced and is developed by immunizing with equal parts mouse $IgG_1$, $IgG_{2a}$, $IgG_{2b}$ and $IgG_3$.

## Whole Cell Lysates for Western Blotting

| PRODUCT | CAT# | SPECIES | DESCRIPTION |
|---|---|---|---|
| A-10 | sc-3806 | rat | Thoracic aorta myoblast |
| A-431 | sc-2201 | human | epidermoid carcinoma |
| A-431 + EGF | sc-2222 | human | epidermoid carcinoma |
| HeLa | sc-2200 | human | epithelioid carcinoma |
| HeLa + PMA | sc-2258 | human | epithelioid carcinoma |
| HeLa + UV | sc-2221 | human | epithelioid carcinoma |
| HL-60 | sc-2209 | human | acute promyelocytic leukemia |
| Jurkat | sc-2204 | human | acute T cell leukemia |
| K-562 | sc-2203 | human | chronic myelogenous leukemia |
| KNRK | sc-2214 | rat | K-ras transformed kidney |
| NIH/3T3 | sc-2210 | mouse | normal embryo fibroblast |
| RAW 264.7 | sc-2211 | mouse | Abelson transformed macrophages |
| RAW 264.7 + LPS/PMA | sc-2212 | mouse | Abelson transformed macrophages |

Whole cell lysates are provided as Western blotting positive controls. Each vial contains 500 µg protein in 500 µl of SDS-PAGE Western blotting buffer. Recommended use is 50 µg (20 µl) per lane. Lysates should be stored at -20°C, repeated freezing and thawing should be minimized. Sample vial should be boiled once prior to use.

---

## SANTA CRUZ BIOTECHNOLOGY, INC.

**PRODUCT WARRANTY:** Santa Cruz Biotechnology, Inc. is committed to providing the highest level of quality and service. Any product that does not meet the performance standards indicated in our product literature will be replaced at no charge.

## Immunoprecipitation Reagents

| PRODUCT | SPECIFICITY | CAT# | AMOUNT |
|---|---|---|---|
| Protein A-Agarose | mouse $IgG_{2a}$, $IgG_{2b}$ and IgA rabbit polyclonal Abs human $IgG_1$, $IgG_2$ and $IgG_4$ | sc-2001 | 2.0 ml |
| Protein G PLUS-Agarose | mouse $IgG_1$, $IgG_{2a}$, $IgG_{2b}$, mouse $IgG_3$, rat $IgG_1$, $IgG_{2a}$, rat $IgG_{2b}$ and $IgG_{2c}$ rabbit and goat polyclonal Abs, human $IgG_3$, human $IgG_4$, $IgG_2$ and $IgG_4$ | sc-2002 | 2.0 ml |
| Protein A/G PLUS-Agarose | all of the above Abs | sc-2003 | 2.0 ml |
| Protein L-Agarose | mouse, rat, human IgG, scFv and Fab fragments | sc-2336 | 2.0 ml |

Immunoprecipitation agarose conjugates are pre-blocked with BSA to reduce non-specific immunoglobulin binding and are provided at a concentration 13.5 ml agarose/2.0 ml suitable for use in 20 µl per immunoprecipitation reaction. Number of reactions: 100.

## Western Blotting Membranes and Buffers

| PRODUCT | CAT. # | DESCRIPTION |
|---|---|---|
| nitrocellulose | sc-3718 | 0.22 µm; 3m roll |
| nitrocellulose | sc-3724 | 0.45 µm; 3m roll |
| PVDF | sc-3723 | 0.45 µm; 3m roll |
| Electrophoresis Sample | sc-24945 | SDS-TRIS Sample Solubilization/Loading Buffer, Reducing; 25 ml |
| PBS, 10X, liquid | sc-24946 | Phosphate Buffered Saline, pH 7.2; 1 L |
| PBS, powder | sc-24947 | Phosphate Buffered Saline, pH 7.2, makes 5 L of 10X PBS; 1 packet |
| RIPA Lysis Buffer | sc-24948 | Cell lysis buffer with protease inhibitors; 50 ml |
| Running Buffer, 10X | sc-24949 | TRIS-Glycine WB Running Buffer, pH 8.3; 1 L |
| TBS, 10X, liquid | sc-24951 | TRIS Buffered Saline, pH 7.4; 1 L |
| TBST, 10X, liquid | sc-24953 | TRIS Buffered Saline with Tween-20, pH 7.4; 1 L |
| Towbin, with SDS, 10X | sc-24954 | WB transfer buffer for use with nitrocellulose transfer membranes, pH 8.3; 1 L |

## Blocking Reagents for Western Blotting

| PRODUCT | CAT. # | SIZE |
|---|---|---|
| BSA | sc-2323 | 100 g |
| Blotto, non-fat dry milk | sc-2325 | 500 g |
| TBS Blotto A | sc-2333 | 500 ml |
| TBS Blotto B | sc-2335 | 500 ml |

Blocking Buffers are supplied as lyophilized powders in single-use bottles and contain Santa Cruz Biotechnology Immunochemical Grade BSA and Blotto. Each buffer makes a 1x solution when reconstituted to the final volume in $H_2O$. Blotto A solution contains 5% milk, 0.05% Tween-20. Blotto B solution contains 1% milk, 1% BSA, 0.05% Tween-20.

## Mounting Media for Immunohistochemistry

| PRODUCT | CAT. # | AMOUNT |
|---|---|---|
| UltraCruz™ Mounting Medium | sc-24941 | 10 ml |
| Clarion Mounting Medium | sc-24942 | 100 ml |
| Crystal Mounting Medium | sc-24943 | 30 ml |
| Situ/Mount Mounting Medium | sc-24944 | 30 ml |

## Staining Systems

| PRODUCT | CAT. # | NUMBER OF SLIDES |
|---|---|---|
| ImmunoCruz™ goat Staining System | sc-2053 | 150 |
| ImmunoCruz™ mouse Staining System | sc-2050 | 150 |
| ImmunoCruz™ rabbit Staining System | sc-2051 | 150 |
| ABC goat Staining System | sc-2023 | 200 |
| ABC mouse Staining System | sc-2017 | 200 |
| ABC rabbit Staining System | sc-2018 | 200 |
| ABC rat Staining System | sc-2019 | 200 |

---



**Headquarters**
Santa Cruz Biotechnology, Inc.
2145 Delaware Avenue
Santa Cruz, California 95060
Toll Free: 800.457.3801 or
Phone: 831.457.3800
Fax: 831.457.3801
e-mail: scbt@scbt.com

**European Support Office**
Toll Free: +00800 4573 8000 or
Phone: +49 6221 4503 0
Fax: +49 6221 4503 45
e-mail: europe@scbt.com

**www.scbt.com**

©2004 Santa Cruz Biotechnology, Inc. All rights reserved. Specifications subject to change without notice. Santa Cruz Biotechnology, Inc. and the Santa Cruz Biotechnology, Inc. logo are registered trademarks of Santa Cruz Biotechnology Inc.

ATTORNEY'S EYES ONLY                                           UC-CVJ00006487

**TX 57.0122**



ATTORNEY'S EYES ONLY

UC-CVJ00006488

**TX 57.0123**



ATTORNEY'S EYES ONLY

UC-CVJ00006489

TX 57.0124



ATTORNEY'S EYES ONLY

UC-CVJ00006490

**TX 57.0125**

3/29/05

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | Store: |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | AR | P4-21 | ob-690 | upstate | | | | | | -20°C |
| 2 | poII | N-20 | SC-895 | Santa Cruz | | | | chIp θ grade. | | 4°C |
| 3 | SRC1 | 1135/HU | abcω NB200-310 | abcam/Novus Biologicals | | | | | | 4°C |
| 4 | GRIp1 | M-343 | SC-8996 | Sdatalry | | | | | | 4°C |
| 5 | | C-20 | SC-6976 | SantaCruz | | | | | | 4°C |
| 6 | A1B1 | | ab2831 | abcam | | | | chIp grade. | | -20°C |
| 7 | pCAf | H-369 | SC-8999 | SαcLc | | | | | | 4°C |
| 8 | N-CoR | C-20 | SC-1609 | Sante | | | | | | 4°C |
| 9 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 15 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 20 | | | | | | | | | | |
| 21 | | | | | | | | | | |
| 22 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 24 | | | | | | | | | | |
| 25 | | | | | | | | | | |
| 26 | | | | | | | | | | |
| 27 | | | | | | | | | | |
| 28 | | | | | | | | | | |
| 29 | | | | | | | | | | |
| 30 | | | | | | | | | | |
| 31 | | | | | | | | | | |

ATTORNEY'S EYES ONLY

UC-CVJ00006491



4/12/5 thaw cells

```
        1      2        3        4       5       6       7      8      9
1   "<1 10/10/03            LNCaP - ARAphilic              
2   "C1AR LNCaP" 2/3/03     test R(88) induct        Clap/AR SRS yeh by
3   CN cap 4AA 8/5/03              0, 10, 100, 1000 pm  Clap/AR
```

```
***************************
  LU
  WEDNESDAY    APRIL 13, 2001
  NUMBER:           201697
SOFTWARE REVISION:         1
.:           RAW DATA
COUNT TIME:              1
                   GHC
----------------------------
TUBE  SAMPLE     RLU
  1     1      1524401
  2     2      1993605
  3     3      5641306
  4     4      3.0333×10^7
  5     5      4872569
  6     6      5762000
  7     7      12470388
  8     8      3.2820×10^7
  9     9      1819
 10    10      1930
 11    11      13658
 12    12      243200
```

ATTORNEY'S EYES ONLY

UC-CVJ00006492

TX 57.0127

Appx1235



4/14/05 Thawed

ATTORNEY'S EYES ONLY

UC-CVJ00006493

**TX 57.0128**







| R | Ref. | LogP |
|---|------|------|
| <span>NH₂ structure</span> | RD130 | 3.30 |
| <span>structure</span> | RD131 | 3.44 |
| <span>NH₂ structure</span> | RD133 | 2.95 |
| <span>structure</span> | RD134 | 3.24 |
| <span>OH structure</span> | RD135 | 2.65 |
| <span>NH structure</span> | RD137 | 2.26 |
| <span>structure</span> | RD138 | 3.48 |



11

ATTORNEY'S EYES ONLY

UC-CVJ00006494

**TX 57.0129**



ATTORNEY'S EYES ONLY

UC-CVJ00006495

**TX 57.0130**



MULTISKAN EX
PRIMARY EIA
V. 2.1-0
ABSORBANCE MODE
CONTINUOUS MOVEMENT
FILTER  450
SINGLE WELL BLANK  0.

BLANK WELL  E12

ABSORBANCES
29. APR 2005 16:07:45
CMA PSA

|   | 1 | 2 | 3 |
|---|---|---|---|
| A | 0.163 | 0.216 | 0.219 |
| B | 0.089 | 0.096 | 0.160 |
| C | 0.054 | 0.056 | 0.088 |
| D | 0.029 | 0.007 | 0.032 |
| E | 0.290 | 0.211 | 0.208 |
| F | 0.219 | 0.239 | 0.144 |
| G | 0.212 | 0.185 | 0.078 |
| H | 0.229 | 0.091 | 0.017 |

|   | 4 | 5 | 6 |
|---|---|---|---|
| A | 0.232 | 0.277 | 0.258 |
| B | 0.185 | 0.268 | 0.259 |
| C | 0.251 | 0.276 | 0.305 |
| D | 0.141 | 0.263 | 0.304 |
| E | 0.174 | 0.233 | 0.306 |
| F | 0.123 | 0.155 | 0.339 |
| G | 0.069 | 0.140 | 0.348 |
| H | 0.012 | 0.056 | 0.346 |

|   | 7 | 8 | 9 |
|---|---|---|---|
| A | 0.228 | 0.215 | 0.242 |
| B | 0.207 | 0.178 | 0.206 |
| C | 0.100 | 0.153 | 0.221 |
| D | 0.048 | 0.054 | 0.150 |
| E | 0.163 | 0.157 | 0.168 |
| F | 0.125 | 0.096 | 0.116 |
| G | 0.061 | 0.042 | 0.037 |
| H | 0.023 | 0.004 | 0.017 |

|   | 10 | 11 | 12 |
|---|---|---|---|
| A | 0.268 | 0.304 | 0.202 |
| B | 0.231 | 0.247 | 0.121 |
| C | 0.208 | 0.203 | 0.056 |
| D | 0.209 | 0.141 | 0.039 |
| E | 0.193 | 0.147 | 0.000 |
| F | 0.120 | 0.133 | 0.045 |
| G | 0.065 | 0.095 | 0.158 |
| H | 0.035 | 0.040 | 0.477 |

FILTER  450
SINGLE WELL BLANK  0.063

BLANK WELL  E12

ABSORBANCES
29. APR 2005 16:12:56
CA PSA

|   | 1 | 2 | 3 |
|---|---|---|---|
| A | 0.090 | 0.070 | 0.085 |
| B | 0.051 | 0.034 | 0.006 |
| C | 0.040 | 0.036 | 0.033 |
| D | 0.005 | 0.033 | 0.035 |
| E | 0.080 | 0.077 | 0.071 |
| F | 0.063 | 0.074 | 0.055 |
| G | 0.082 | 0.061 | 0.039 |
| H | 0.079 | 0.057 | 0.034 |

|   | 4 | 5 | 6 |
|---|---|---|---|
| A | 0.068 | 0.088 | 0.108 |
| B | 0.078 | 0.073 | 0.090 |
| C | 0.074 | 0.069 | 0.111 |
| D | 0.080 | 0.086 | 0.103 |
| E | 0.060 | 0.086 | 0.108 |
| F | 0.049 | 0.069 | 0.102 |
| G | 0.034 | 0.060 | 0.003 |
| H | 0.027 | 0.044 | 0.004 |

|   | 7 | 8 | 9 |
|---|---|---|---|
| A | 0.068 | 0.086 | 0.081 |
| B | 0.065 | 0.052 | 0.076 |
| C | 0.055 | 0.049 | 0.057 |
| D | 0.036 | 0.046 | 0.032 |
| E | 0.070 | 0.061 | 0.056 |
| F | 0.046 | 0.057 | 0.059 |
| G | 0.067 | 0.045 | 0.026 |
| H | 0.038 | 0.000 | 0.023 |

|   | 10 | 11 | 12 |
|---|---|---|---|
| A | 0.081 | 0.085 | 0.065 |
| B | 0.080 | 0.094 | 0.055 |
| C | 0.062 | 0.076 | 0.045 |
| D | 0.059 | 0.076 | 0.054 |
| E | 0.079 | 0.075 | 0.006 |
| F | 0.056 | 0.068 | 0.043 |
| G | 0.044 | 0.040 | 0.164 |
| H | 0.041 | 0.036 | 0.421 |

ATTORNEY'S EYES ONLY

UC-CVJ00006496

**TX 57.0131**



ATTORNEY'S EYES ONLY

UC-CVJ00006497

TX 57.0132



ATTORNEY'S EYES ONLY

UC-CVJ00006498

**TX 57.0133**



5/6/05 < manual comparison.
< HTP.

Manual

LU
FRIDAY        MAY    6,2001
NUMBER:           201697
SOFTWARE REVISION:
COUNT TIME:                    RAW DATA
                              GHC

| TUBE | SAMPLE | RLU | |
|------|--------|-----|---|
| 1 | 1 | 459951 | 0 |
| 2 | 2 CIA | 1518092 | 20 |
| 3 | 3 | 11282134 | 100 |
| 4 | 4 | 3.3258×10⁷ | 1000 |
| 5 | 5 | 912508 | 0 |
| 6 | 6 PC4AA | 1389302 | 20 |
| 7 | 7 | 2923173 | 100 |
| 8 | 8 | 14972282 | 1000 |

22-206

ATTORNEY'S EYES ONLY

UC-CVJ00006499

Appx1242

TX 57.0134

6/2/05  binding ( serum protein)

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ⌐ | | | | | | | | | |
| 2 | Carodex | 10 um | | | | | | | | |
| 3 | | 2 um | | | | | | | | |
| 4 | | 0.4 um | | | | | | | | |
| 5 | | 0.08 um | → 0.4 ml Human serum → 37°c × 2hrs → centrifree | | | | | | | |
| 6 | RD131 | 10 um | | | | | | 12.22 | | |
| 7 | | 2 um | | | | | | | Swing 10000 | |
| 8 | | 0.4 um | | | | | | | ×40min | |
| 9 | | 0.08 um | | | | | | | ×24hrs | |
| 10 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 15 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 20 | | | | | | | | | | |
| 21 | | | | | | | | | | |
| 22 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 24 | | | | | | | | | | |
| 25 | | | | | | | | | | |
| 26 | | | | | | | | | | |
| 27 | | | | | | | | | | |
| 28 | | | | | | | | | | |
| 29 | | | | | | | | | | |
| 30 | | | | | | | | | | |
| 31 | | | | | | | | | | |

22-206

ATTORNEY'S EYES ONLY

UC-CVJ00006500

**TX 57.0135**

Appx1243



ATTORNEY'S EYES ONLY

UC-CVJ00006501

**TX 57.0136**

Appx1244



[redacted]

MULTISKAN EX
PRIMARY EIA
V. 2.1-0
ABSORBANCE MODE
CONTINUOUS MOVEMENT
FILTER 450
SINGLE WELL BLANK 0.058

BLANK WELL C10

ABSORBANCES
10. JUN 2005 20:53:34

| | 1 | 2 | 3 |
|---|---|---|---|
| A | 0.214 | 0.183 | 0.156 |
| B | 0.203 | 0.163 | 0.176 |
| C | 0.183 | 0.157 | 0.107 |
| D | 0.123 | 0.204 | 0.086 |
| E | 0.263 | 0.203 | 0.158 |
| F | 0.220 | 0.179 | 0.156 |
| G | 0.200 | 0.151 | 0.110 |
| H | 0.185 | 0.117 | 0.087 |

| | 4 | 5 | 6 |
|---|---|---|---|
| A | 0.199 | 0.186 | 0.184 |
| B | 0.172 | 0.182 | 0.153 |
| C | 0.180 | 0.170 | 0.146 |
| D | 0.095 | 0.125 | 0.143 |
| E | 0.190 | 0.190 | 0.217 |
| F | 0.155 | 0.205 | 0.211 |
| G | 0.109 | 0.164 | 0.180 |
| H | 0.100 | 0.187 | 0.174 |

| | 7 | 8 | 9 |
|---|---|---|---|
| A | 0.189 | 0.187 | 0.004 |
| B | 0.190 | 0.211 | 0.008 |
| C | 0.165 | 0.013 | 0.270 |
| D | 0.167 | 0.010 | 0.622 |
| E | 0.190 | 1.737 | 0.361 |
| F | 0.195 | 2.010 | 0.713 |
| G | 0.159 | 0.789 | 0.441 |
| H | 0.155 | 1.259 | 0.747 |

| | 10 | 11 | 12 |
|---|---|---|---|
| A | 0.536 | 0.306 | -0.054 |
| B | 1.131 | 0.637 | -0.056 |
| C | 0.000 | 0.047 | -0.055 |
| D | 0.036 | 0.083 | -0.054 |
| E | 0.111 | 0.734 | -0.055 |
| F | 0.367 | 1.272 | -0.056 |
| G | 0.537 | -0.001 | -0.054 |
| H | 1.075 | 0.006 | -0.053 |

[redacted]

[redacted]

MULTISKAN EX
PRIMARY EIA
V. 2.1-0
ABSORBANCE MODE
CONTINUOUS MOVEMENT
FILTER 492
SINGLE WELL BLANK 0.240

BLANK WELL G11

ABSORBANCES MATS 1
10. JUN 2005 21:03:43

| | 1 | 2 | 3 |
|---|---|---|---|
| A | -0.199 | -0.198 | -0.194 |
| B | -0.195 | 0.128 | 0.169 |
| C | -0.197 | 0.147 | 0.176 |
| D | -0.197 | 0.135 | 0.383 |
| E | -0.196 | 0.081 | 0.185 |
| F | -0.197 | 0.118 | 0.125 |
| G | -0.198 | 0.101 | 0.110 |
| H | -0.204 | -0.199 | -0.197 |

| | 4 | 5 | 6 |
|---|---|---|---|
| A | -0.199 | -0.199 | -0.199 |
| B | 0.176 | 0.151 | 0.124 |
| C | 0.271 | 0.213 | 0.358 |
| D | 0.181 | 0.138 | 0.149 |
| E | 0.233 | 0.145 | 0.514 |
| F | 0.156 | 0.197 | 0.160 |
| G | 0.159 | 0.141 | 0.123 |
| H | -0.196 | -0.195 | -0.194 |

| | 7 | 8 | 9 |
|---|---|---|---|
| A | -0.200 | -0.198 | -0.196 |
| B | 0.220 | 0.238 | 0.218 |
| C | 0.142 | 0.356 | 0.183 |
| D | 0.278 | 0.208 | 0.205 |
| E | 0.172 | 0.387 | 0.223 |
| F | 0.138 | 0.111 | 0.208 |
| G | 0.105 | 0.133 | 0.220 |
| H | -0.192 | -0.193 | -0.193 |

| | 10 | 11 | 12 |
|---|---|---|---|
| A | -0.197 | -0.198 | -0.203 |
| B | 0.169 | 0.106 | 0.005 |
| C | 0.246 | 0.158 | -0.111 |
| D | 0.259 | 0.185 | -0.198 |
| E | 0.187 | 0.175 | -0.196 |
| F | 0.112 | 0.115 | -0.19[illegible] |
| G | 0.006 | 0.00[illegible] | -0.194 |
| H | -0.193 | -0.193 | -0.194 |

[redacted]

[redacted]

MULTISKAN EX
PRIMARY EIA
V. 2.1-0
ABSORBANCE MODE
CONTINUOUS MOVEMENT
FILTER 492
SINGLE WELL BLANK 0.213

BLANK WELL G11

ABSORBANCES MATS 2
10. JUN 2005 21:05:56

| | 1 | 2 | 3 |
|---|---|---|---|
| A | -0.169 | -0.170 | -0.171 |
| B | -0.166 | 0.138 | 0.164 |
| C | -0.169 | 0.108 | 0.111 |
| D | -0.167 | 0.117 | 0.161 |
| E | -0.165 | 0.089 | 0.134 |
| F | -0.167 | 0.062 | 0.101 |
| G | -0.167 | 0.083 | 0.095 |
| H | -0.175 | -0.171 | -0.169 |

| | 4 | 5 | 6 |
|---|---|---|---|
| A | -0.173 | -0.172 | -0.172 |
| B | 0.217 | 0.194 | 0.156 |
| C | 0.151 | 0.188 | 0.128 |
| D | 0.157 | 0.122 | 0.123 |
| E | 0.187 | 0.168 | 0.160 |
| F | 0.117 | 0.161 | 0.100 |
| G | 0.150 | 0.138 | 0.100 |
| H | -0.167 | -0.168 | -0.167 |

| | 7 | 8 | 9 |
|---|---|---|---|
| A | -0.172 | -0.171 | -0.170 |
| B | 0.167 | 0.212 | 0.218 |
| C | 0.133 | 0.155 | 0.133 |
| D | 0.161 | 0.153 | 0.151 |
| E | 0.157 | 0.177 | 0.140 |
| F | 0.130 | 0.092 | 0.109 |
| G | 0.107 | 0.120 | 0.126 |
| H | -0.165 | -0.167 | -0.167 |

| | 10 | 11 | 12 |
|---|---|---|---|
| A | -0.169 | -0.168 | -0.172 |
| B | 0.20[illegible] | 0.111 | 0.146 |
| C | 0.226 | 0.128 | -0.042 |
| D | 0.240 | 0.130 | -0.165 |
| E | 0.109 | 0.154 | -0.164 |
| F | 0.086 | -0.111 | -0.163 |
| G | -0.009 | 0.000 | -0.164 |
| H | [illegible]165 | -0.167 | -0.166 |

[redacted]

ATTORNEY'S EYES ONLY

UC-CVJ00006502

TX 57.0137



ATTORNEY'S EYES ONLY

UC-CVJ00006503

**TX 57.0138**



ATTORNEY'S EYES ONLY

UC-CVJ00006504

**TX 57.0139**

Appx1247



ATTORNEY'S EYES ONLY

UC-CVJ00006505

**TX 57.0140**



ATTORNEY'S EYES ONLY

22-203

UC-CVJ00006506

**TX 57.0141**

22-203



ATTORNEY'S EYES ONLY

UC-CVJ00006507

**TX 57.0142**



ATTORNEY'S EYES ONLY

UC-CVJ00006508

**TX 57.0143**

Appx1251



ATTORNEY'S EYES ONLY

UC-CVJ00006509

**TX 57.0144**

Appx1252



22-203

ATTORNEY'S EYES ONLY

UC-CVJ00006510

**TX 57.0145**

Appx1253



ATTORNEY'S EYES ONLY

UC-CVJ00006511

**TX 57.0146**



ATTORNEY'S EYES ONLY

UC-CVJ00006512



22-203

ATTORNEY'S EYES ONLY

UC-CVJ00006513

TX 57.0148



ATTORNEY'S EYES ONLY

UC-CVJ00006514

**TX 57.0149**

Appx1257

22-203



ATTORNEY'S EYES ONLY

UC-CVJ00006515

Appx1258

TX 57.0150



22-203

PSA 8/4/5 3 days

LOR PCGM RVI 26 RVR

FILTER   450
SINGLE WELL BLANK  0.069

BLANK WELL  H1

ABSORBANCES
03. AUG 2005 14:33:51

EXR PCGM RVI
A  0.002 0.455 0.006
B  0.128 0.271 0.020
C  0.145 0.287 0.017
D  0.126 0.277 0.016
E  0.120 0.255 0.027
F  0.119 0.249 0.017
G  0.144 0.163 0.150
H  0.000 0.031 0.153

KVI 3 4 5 6
A  1.249 0.561 0.068
B  2.073 1.605 0.067
C  1.941 1.550 0.067
D  1.974 1.264 0.066
E  2.071 1.441 0.067
F  1.727 1.565 0.068
G  0.027 0.132 0.067
H  0.342 0.808 0.067

7 8 9
A  -0.068-0.068-0.068
B  -0.067-0.067-0.068
C  -0.067-0.067-0.067
D  -0.067-0.066-0.067

3 days 1M
PSA CIRR 100
KVI 100
26 100
HR 100

ABSORBANCES
04. AUG 2005 15:01:50

1 2 3
A -0.056-0.056-0.056
B -0.056-0.056-0.056
C -0.056-0.056-0.056
D -0.056-0.056-0.056
E -0.056-0.056-0.056
F -0.056-0.056-0.056
G -0.056-0.056-0.056
H -0.056-0.056-0.056

4 5 6
A -0.057-0.057-0.057
B -0.056-0.056-0.056
C -0.056-0.056-0.056
D -0.056-0.056-0.056
E -0.056-0.056-0.055
F -0.056-0.056-0.056
G -0.056-0.055-0.055
H -0.056-0.056-0.055

7 CIRR 9 PCGM
A -0.057 0.027 0.52
B -0.056 0.151 0.332
C -0.056 0.181 0.317
D -0.056 0.184 0.355
E -0.056 0.142 0.329
F -0.056 0.173 0.320
G -0.056 0.210 0.178
H -0.055 0.050 0.043 RVI

RVI 10 26 HR
A  0.040 0.291 0.131
B  0.048 0.572 0.492
C  0.049 0.596 0.524
D  0.054 0.573 0.453
E  0.052 0.520 0.456
F  0.044 0.592 0.507
G  0.185 0.000 0.049
H  0.048 0.016 0.453



ATTORNEY'S EYES ONLY

UC-CVJ00006517

TX 57.0152



| | 8/8/05 | 8/11/05 result - Cell count | | | | | R/Bl/ newly male |
|---|---|---|---|---|---|---|---|
| | 0 | 32 | 64 | 125 | 250 | 500 | |
| ↗ LI | 0.33 | 0.34 | 0.42 | 0.42 | 0.44 | 0.36 | |
| ✓ HR | 0.41 | 0.96 | 1.06 | 0.89 | 0.71 | 1.01 | |
| ✓ 2b | 0.089 | 0.21 | 0.25 | 0.23 | 0.22 | 0.20 | |
| peqAR | 0.25 | 0.23 | 0.19 | 0.23 | 0.23 | 0.19 | |
| RVI | 0.52 | 0.51 | 0.56 | 0.50 | 0.56 | 0.50 | |
| CIAR | 0.24 | 0.20 | 0.20 | 0.22 | 0.21 | 0.17 | |

22-203

ATTORNEY'S EYES ONLY

UC-CVJ00006518

**TX 57.0153**

Appx1261



ATTORNEY'S EYES ONLY

UC-CVJ00006519

TX 57.0154



8/9/5 cell count

| | 0 | 1 | 3 | 10 | 30 | ∞ | RPM |
|---|---|---|---|---|---|---|---|
| LiPR | 0.21 | 0.27 | 0.26 | 0.31 | 0.29 | 0.48 | 100 |
| LI | 0.23 | 0.28 | 0.22 | 2.22 | 0.23 | 0.3C | 100 |
| RV | 0.42 | 0.42 | 0.88 | 0.88 | 0.85 | 1.0 | 100 |
| 26 | 0.24 | 0.27 | 0.18 | 0.28 | 0.24 | 0.45 | 1 mm |
| PCUPR | 0.18 | 0.33 | 0.21 | 0.24 | 0.30 | 0.28 | |
| HR | 0.073 | 0.08 | 0.04 | 0.092 | 0.086 | 0.096 | 1 mm. |

22-203

ATTORNEY'S EYES ONLY

UC-CVJ00006520

TX 57.0155



ATTORNEY'S EYES ONLY

UC-CVJ00006521

TX 57.0156

Appx1264



22:203

8/22

LIAR 24 | RV1 | PC4AM | 26

1Δ 3 5 | 1 3 6 | 1 3 | 1 3 6

2Δ 4 6 | 2 4 6 | 2 4 | 2 4 PSA

C1 L 1 2 3 4 6 PSA

HK Δ

RV1 . 26 . PC4AM .

5 5 5 PSA

6 6 6

[redacted] BLANK 0.100

BLANK WELL A4

ABSORBANCES
22. AUG 2005 10:33:31

| | RV1 1 | 26 2 | PC4AM 3 |
|---|---|---|---|
| A 5 | 0.078 | 0.350 | 0.184 |
| B | 0.055 | 0.291 | 0.188 |
| C | 0.049 | 0.235 | 0.191 |
| D | 0.055 | 0.223 | 0.198 |
| E 6 | 0.069 | 0.435 | 0.182 |
| F | 0.042 | 0.415 | 0.152 |
| G | 0.033 | 0.336 | 0.138 |
| H | 0.050 | 0.230 | 0.099 |

| | 4 | 5 | 6 |
|---|---|---|---|
| A | 0.000 | -0.099 | -0.099 |
| B MA | 0.047 | -0.099 | -0.099 |
| C | 0.174 | -0.099 | -0.099 |
| D | 0.431 | -0.098 | -0.098 |
| E | 0.716 | -0.099 | -0.098 |
| F | 1.249 | -0.099 | -0.099 |
| G | -0.020 | -0.098 | -0.098 |
| H | 0.016 | -0.098 | -0.098 |

[redacted]

ABSORBANCES
22. AUG 2005 08:11:02

| | C1 1 | 2 | 3 |
|---|---|---|---|
| A | 0.012 | 0.023 | 0.028 |
| B | 0.002 | 0.019 | 0.016 |
| C | 0.030 | 0.025 | 0.016 |
| D | 0.017 | 0.013 | 0.017 |
| E | 0.328 | 0.284 | 0.344 |
| F | 0.373 | 0.398 | 0.314 |
| G | 0.275 | 0.303 | 0.246 |
| H | 0.369 | 0.353 | 0.306 |

| | 4 | 5 | 6 MA |
|---|---|---|---|
| A | 0.016 | 0.017 | 0.000 |
| B | 0.019 | 0.019 | 0.053 |
| C | 0.021 | 0.010 | 0.135 |
| D | 0.012 | 0.022 | 0.380 |
| E | 0.328 | 0.329 | 0.821 |
| F | 0.301 | 0.304 | 1.409 |
| G | 0.264 | 0.288 | 0.010 |
| H | 0.291 | 0.384 | 0.003 |

| | 7 | 8 | 9 |
|---|---|---|---|
| A | -0.098 | -0.098 | -0.098 |
| B | -0.098 | -0.098 | -0.098 |
| C | -0.098 | -0.098 | -0.098 |
| D | -0.097 | -0.097 | -0.098 |

ABSORBANCES
22. AUG 2005 08:04:03

| | LIAR 1 | 2 | 3 |
|---|---|---|---|
| A | -0.013 | 0.024 | 0.017 |
| B | 0.022 | -0.001 | 0.007 |
| | 0.000 | 0.004 | 0.008 |
| | 0.001 | 0.012 | 0.003 |
| | 0.014 | 0.040 | 0.013 |
| | 0.009 | 0.010 | 0.024 |
| | 0.010 | 0.005 | 0.017 |
| | 0.007 | -0.005 | -0.001 |

| | RV1 4 | 5 | 6 PC4AM |
|---|---|---|---|
| | 0.055 | 0.083 | 0.071 |
| | 0.042 | 0.050 | 0.032 |
| | 0.077 | 0.053 | 0.048 |
| | 0.067 | 0.059 | 0.025 |
| | 0.073 | 0.093 | 0.134 |
| | 0.058 | 0.071 | 0.124 |
| | 0.042 | 0.044 | 0.085 |
| | 0.045 | 0.039 | 0.079 |

| | 7 | 8 | 26 |
|---|---|---|---|
| | -0.007 | 0.140 | 0.265 |
| | 0.127 | 0.162 | 0.293 |
| | 0.148 | 0.157 | 0.666 |
| | 0.128 | 0.139 | 0.709 |
| | 0.173 | 0.209 | 0.747 |
| | 0.139 | 0.228 | 0.597 |
| | 0.146 | 0.207 | 0.407 |
| | 0.142 | 0.219 | 0.352 |

| | 10 | 11 | 12 |
|---|---|---|---|
| A | 0.034 | 0.717 | -0.118 |
| B | 0.551 | 0.732 | -0.11 |
| C | 0.457 | 0.534 | -0.11 |
| D | 0.383 | 0.382 | -0.117 |
| E | 0.707 | 0.000 | -0.118 |
| F | 0.715 | 0.035 | -0.118 |
| G | 0.644 | 0.381 | -0.117 |
| H | 0.626 | 1.215 | -0.117 |

[redacted]

ATTORNEY'S EYES ONLY

UC-CVJ00006522

TX 57.0157



ATTORNEY'S EYES ONLY

UC-CVJ00006523

TX 57.0158

Appx1266



ATTORNEY'S EYES ONLY

UC-CVJ00006524

TX 57.0159



ATTORNEY'S EYES ONLY

UC-CVJ00006525



ATTORNEY'S EYES ONLY              UC-CVJ00006526

**TX 57.0161**



ATTORNEY'S EYES ONLY

UC-CVJ00006527

**TX 57.0162**



ATTORNEY'S EYES ONLY

UC-CVJ00006528

TX 57.0163



ATTORNEY'S EYES ONLY

UC-CVJ00006529

TX 57.0164

Appx1272



ATTORNEY'S EYES ONLY

UC-CVJ00006530

TX 57.0165

Appx1273



ATTORNEY'S EYES ONLY

UC-CVJ00006531

TX 57.0166

AR OverExpression

ATTORNEY'S EYES ONLY

UC-CVJ00006532

TX 57.0167

#3

ATTORNEY'S EYES ONLY

UC-CVJ00006533

**TX 57.0168**

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
18-cv-02015-R-KS
CASE NO.
Degui Chen, Ph.D.,
Michael E. Jung, Ph.D., et al.
VS.
PLAINTIFF'S EXHIBIT    **67**
DATE_____IDEN.
DATE_____EVID.
BY_____
DeputyClerk

# Exhibit D
# to Dr. Bihovsky's Opening Expert Report
# on Patent Inventorship



EXHIBIT 67
C. TRAN
December 14, 2018
Cheryl Asada, CSR 13496

TX 67.0001



ATTORNEY'S EYES ONLY

UC-CVJ00007514

**TX 67.0002**

Calcitriol, docetaxel prostate cancer

$$RD37 \xrightarrow{k_1} RD?$$

$$RD37 + AR \underset{\longleftarrow}{\xrightarrow{k_2}} RD\text{-}37\text{-}AR$$

$$RD\text{-}74 + AR \underset{\longleftarrow}{\xrightarrow{k_3}} RD74\text{-}AR$$

If

$$RD\text{-}37 \gg RD? \longrightarrow \text{Antagonist}$$

$$RD37 < RD? \longrightarrow \text{Agonist}$$

ⓐ $\quad k_1 = e[RD37]$

Then if $[RD37] \nearrow \Longrightarrow [RD?] \nearrow$

that explain why at $\uparrow_{10mpk} \Longrightarrow$ Agonist

and at $1\,mpk \Longrightarrow$ Antagonist

$$IV\ 5' = 7.85\mu M$$
$$IV\ 30' = 0.85\mu M$$
$$GV\ 5' = 0.39\mu M$$

ATTORNEY'S EYES ONLY

UC-CVJ00007515
TX 67.0003

5/10/04   ARR₂pb-luc transgenic mice respond to Hormone therapy

| 1 | 2 | 3 | 4 | mice N₀# | | 7 | 8 | 9 | |
|---|---|---|---|---|---|---|---|---|---|
| Vehicle | | | | 2 (320, 321) | | | | | |
| Castration | | | | 3 (308, 311, 326) | | | | | |
| Low dose | 5 mg/kg | | | 3 (313, 323, 331) | | | | | |
| High dose | 50 mg/kg | | | 3 (314, 322, 333) | | | | | |

Gavage once/daily for 22 days

Monitor luiferease daily for 22 days

↓

After 22 days, stop gavage, keep monitor to see how

If luiferase activity will come back.

Exp. did not work well. luiferase activity not consistent

Sacrifice one mouse/each group to determine Toxicity

mouse weight
liver
Kidney
Testes    } weight - H&E.
Spleen
UG

ATTORNEY'S EYES ONLY

UC-CVJ00007516

TX 67.0004



4/6/04 Mice exp.

Casodex: P.O. to mouse ~ 20g

0, 5, 50 mg/kg ⟹ 0, 0.1, 1 mg/20g (mouse)
0.15, 1.5 /20g

$MW = 430$

$10 mM \times ? \times 430 = 1 mg$

$? = \dfrac{1 mg}{10 mM \times 430} = 232 \times 10^{-6} (L)$

$= 232 \, \mu L$

Solvent: (Ref: Novartis for CGP75166, from Chris.    9.5%
~~(Urology lab) (3?)~~  10% DMSO + Tween 80 + 0.9%
NaCl.

Compound for P.O, SC, or IP Administration

~~10% DMSO~~

10 mL formulation:
Compound in 1mL DMSO + 50 µL Tween 80
↓ dilute to 10
~~10% DMSO~~ with 0.9% NaCl

## Prescription for Preparing of Solutions/Suspensions of CGP 75166

We prepare most substances including CGP 75166 in the following way:
For 10 ml of formulation dissolve the calculated amount of compound in 1 ml of DMSO, add
50 µl of Tween 80, mix well and then dilute to 10 % DMSO with water (p.o., s.c. or i.p.
administration) or with 0.9 % w/v saline (for i.v., i.p., or s.c.) and mix well again. We only use
water for CGP 75166. We are also trying to dissolve in a mixture of 99.5 % v/v DMSO, 0.5 %
v/v Tween 80 and then diluting. We try to use a Brinkmann Dispensette to deliver the
aqueous solvent as it gives a nice jet to disperse the particles. One should get a nice fine
suspension. We usually administer suspensions at 20 or 25 ml/kg (as with CGP 75166) or
solutions at 10 ml/kg.

I hope that this is useful.

from Chris

ATTORNEY'S EYES ONLY

UC-CVJ00007517

**TX 67.0005**



ATTORNEY'S EYES ONLY
UC-CVJ00007518

**TX 67.0006**

Appx1370



4/6/04
4/8/04   mice exp.    PCR detect @ ARR₂pb-luc Transgenic mice

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | Vehicle: | | | | | | | H₂O |
| 2 | | | Diss in DMSO → dil to 10% DMSO + 0.5% Tween + H₂O |
| 3 | | | | | | | | | |
| 4 | | 5 Groups | | Castration | | | | | |
| 5 | | | | Vehicle | | ×3 | | | |
| 6 | | | | 5 mg/kg | | | | | |
| 7 | | | | 50 mg/kg | | | | | |
| 8 | | | ? | Cast + 50 mg/kg | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | Scan prior to exp → randomize → treatmet by P.O. |
| 12 | | | | | | | | | |
| 13 | | | | | | | ↓ | | |
| 14 | | | | | | | monitor daily | | |
| 15 | | 308 | | | | | | | |
| 16 | | 311 | | | | | | | |
| 17 | | 313 | | | | | | | |
| 18 | | 314 | | | | | | | |
| 19 | | 320 | | | | | | | |
| 20 | | 321 | | | | | | | |
| 21 | | 322 | | | | | | | |
| 22 | | 323 | | | | | | | |
| 23 | | 326 | | | | | | | |
| 24 | | 331 | | | | | | | |
| 25 | | 333 | | | | | | | |

ATTORNEY'S EYES ONLY

UC-CVJ00007519

**TX 67.0007**



Chart 5/11/04 — end 6/2/04

Luciferase mice responded to hormone therapies

ATTORNEY'S EYES ONLY

UC-CVJ00007520

**TX 67.0008**

Appx1372

Luciferase mice responded to hormone therapies



Luciferase mice respond to hormone therapies

ATTORNEY'S EYES ONLY

UC-CVJ00007521

**TX 67.0009**

Mouse toxicity of hormone therapies



Day 19 (normalized organ weights)

Vehicle (m320)
Castrated (m311)
5 mg/kg (m313)
50 mg/kg (m314)

Liver   Kidneys   Spleen   Test   UG

ATTORNEY'S EYES ONLY

UC-CVJ00007522

TX 67.0010

TOPS 36161
MADE IN U.S.A.

For Caradex 5/10/04 — 6/2/04

Sawyers Lab    X65111

1. 311 spleen
2. 311 kidney
3. 311 UG
4. 311 Liver
5. 313 UG
6. 313 Kidney
7. 313 Liver
8. 313 Test
9. 313 Spleen
10. 320 UG
11. 320 Liver
12. 320 Kidney
12. 320 Test
14. 320 spleen
15. 314 spleen
16. 314 UG
17. 314 Test
18. 314 Kidney
19. 314 Liver
20. 3103 C3-9m
21. 2252 PM23
22. 3089 C3 9m
23. 2251 PM23
24. 1381 PA15
25. 3103 WT9
26. 84 AH24
27. WT24
28. 306 AH24
29. 2364 PM24
30. 67.1

ATTORNEY'S EYES ONLY

UC-CVJ00007523

TX 67.0011



6/2/04

Liver

313-C

320-N

Fat Deposit (George)

311-L

314-H

High dose causes holes

ATTORNEY'S EYES ONLY

UC-CVJ00007524

**TX 67.0012**

Appx1376



Kidney

313-C

320-N

311-L

314-H

HT causes hole closure (No differel —Gene)

ATTORNEY'S EYES ONLY

UC-CVJ00007525

TX 67.0013



Test

311-L

313-C

314-H

320-N

More drug, smaller structures of test

ATTORNEY'S EYES ONLY

UC-CVJ00007526

**TX 67.0014**



UG

313-C

320-V

311-L

314-H

More drug, smaller UG. Smallest in castrated

ATTORNEY'S EYES ONLY

UC-CVJ00007527

**TX 67.0015**



Spleen

313-C

320-N

311-L

314-H

No change

ATTORNEY'S EYES ONLY

UC-CVJ00007528

**TX 67.0016**

6/3/01 Pharmacodynamic of Casodex.

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | |
|---|---|---|---|---|---|---|---|---|---|---|

Model: Tumor Xenografts ∠APC4 HS

Time Course    Time (day)    drug (mg/kg)
1        0.5
2        2.5
3        10
         50

Mice    HS = 12 mice + 1 vehicle + 1 castration
        HR = 12 mice + 1 vehicle

Analysis    PSA Tissue Elisa
            PSA western
            PSA serum Elisa ⎯ no good. ⟵ one time point
            AR western ⎰ HS           is the
                       ⎱ HR.          ⊖ ⎯ 50

ATTORNEY'S EYES ONLY

UC-CVJ00007529

**TX 67.0017**



Casodex effect on PSA using CAPe4 HS model (group once f monitor 3 weeks)
fr 6/3/52

tissue lysates PSA ELISA

ATTORNEY'S EYES ONLY

UC-CVJ00007530

**TX 67.0018**

6/9/04    PD in HR LAPC4 Tumors

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | inject |
| 1 | | | | | | | | 15 mg/each + 285 λ H₂O → 350 λ | | |
| 2 | | drug dose | 2.5 | 10 | | 5/0 | | | | to get 10 mph |
| 3 | | | | | | | | | | 50 |
| | | conidex | | | | | | One mouse per group. | | 25 |
| 4 | | RD8 | | | | | | | | |
| 5 | | RD58 | | | | | | 25g/mouse | | |
| 6 | | | | | | | | | | |
| 7 | | + Vehicle. | | | | | | | | |

Total 16 mice, due to limited Number of mice

Reason to choose — OH { RD8
                              { RD58

① — OH is metabolically stable { see PPT of drug metabolism
                                           many drugs are metabolized to —OH
                                           —OH is stable
                                           Then sugar have —OH.

② — OH is more H₂O soluble than —CH₃

Analysis. inject Thursday morning
            harvest Friday afternoon.

            Tissue PSA { Elisa
                          { western

ATTORNEY'S EYES ONLY                    UC-CVJ00007531

**TX 67.0019**

<Apc4 HR Tumor

| | 1 | 2 drugs | doses | 5 | 6 | 7 | 8 | 9 | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | Vehicle 2.5, 10, | 50 mg/kg | | | | | | |
| 2 | | Casodex | | | | | | | |
| 3 | | RD8 | | | | 10 × 4 = 40 mice | | | |
| 4 | | RD58 | | | | | | | |
| 5 | | | 0.2 | 1 | 5 mg/kg | | | | |

Garage.

Treat for 30 days.

Analysis. Serum PSA
            tumor size.

Total drug usage = $2.5 + 10 + 50 \text{ mg/kg} = 62.5 \text{ mg/kg} \times 0.1 \text{ kg} = 6.25 \text{ mg/d}$

mice = 4 mice × 25g/mouse = 0.1 kg

30 days ≈ 200 mg drug

ATTORNEY'S EYES ONLY

UC-CVJ00007532

**TX 67.0020**



PD of drugs in HR LAPC4 model (gavage once and monitor 2 days after) 6-9-04

tissue lysates PSA ELISA

Note: LAPC 4c Al P.14 bearing mice were harvested on day 2 after one dose of treatment.

ATTORNEY'S EYES ONLY

UC-CVJ00007533

**TX 67.0021**

Conformation of AR overexpression in LAPC4 tumors from cell line and xenograft currently used in drug experiments 6-25-04



Note: pc.: precastrated, int.: intact, HS: hormone sensitive (LAPC 4 AD P.21)from frozen cell sheet #1550, HR: hormone-refractory (LAPC 4 cAI P.14) from frozen cell sheet #1602.

ATTORNEY'S EYES ONLY

UC-CVJ00007534

**TX 67.0022**

Appx1386

100 mg in 1 ml = 0.1 g/ml × 100% = 10%

6/8/01

Vehicle = 900 µl DMSO + 100 µl (50% tween 80)

| 1 | 2 | 3 | 4 | | |
|---|---|---|---|---|---|
| | RD7 | 103 mg + 927 µl DMSO + 103 µl (50% Tween 80) in DMSO | | — 10 % | |
| | | ● | | 2 % | 100 µl + 400 µl vehicle |
| | | | | 0.5 % | 100 µl + 300 µl vehicle |
| | RD8 | 176 mg + 1584 µl DMSO + 176 µl (50% tween 80) in DMSO | | → 10 % | |
| | | | | 2 %  1:4 | |
| | | | | 0.5 %  1:3 | |
| | RD37 | 147 mg + 1323 µl DMSO + 147 µl 50% Tween in DMSO | | → 10 % | |
| | | | | 2 %  1:4 | |
| | | | | 0.5 %  1:3 | |
| | RD58 | 153 mg + 1377 µl DMSO + 153 µl 50% Tween in DMSO | | → 10 % | |
| | | | | 2 %  1:4 | |
| | | | | 0.5 %  1:3 | |

15 µl × dil 20× in H₂O = 300 µl → 250 µl garage / 25 g mouse

⇒ 50 mg/kg

{ 10 mg/kg
  25 mg/kg

10 %
2 %
0.5 %

10 mg/kg + same volume of veh = 5 mg/kg
2.5 mg/kg + 1.5× volume of veh = 1 mg/kg

ATTORNEY'S EYES ONLY    UC-CVJ00007535

TX 67.0023

RD7 RD37 PD   IDose exp.
pilot

6/29/04    P.b-Inc. mice recovered from 4/16/04 exp — Candex PD

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | drug | | | | | | | |
| 2 | | | | doses | | | | | |
| 3 | | RD7 | | 0.2% | | | | | |
| 4 | | R07 | | 1% | | 1 for each mouse dose. | | | |
| 5 | | RD37 | | 0.2% | | | | | |
| 6 | | R037 | | 1% | | | | | |
| 7 | | veh. | | 0% | | | | | |
| 8 | | | | | | | | | |
| 9 | | 15mg/tube + 285 µl H₂0 ——→ gavage 250µl ——→ | | | | | | | 1 mg/kg |
| 10 | | | | | | | | | 5 mg/kg |
| 11 | | | | | | | | | 0 mg/kg |
| 12 | | | | | | | | | |
| 13 | | 6/29/04 ——→ monitor everyday. | | | | | | | |

ATTORNEY'S EYES ONLY

UC-CVJ00007536

**TX 67.0024**

(0) $3.95 \times 10^6$
(1) $8.56 \times 10^5$

(0) $6.36 \times 10^5$
(1) $3.31 \times 10^5$

$8/1/04$

321
37 L
(2)

333
37 H
(3)

(0) $=$ day 0

(1) $=$ day 1 after gavage

323
(1)
V

322
7 L
(5)

331
7 H
(6)

321
37 L

833
37 H

(0) $2.30 \times 10^5$
(1) $3.66 \times 10^5$
(2) $2.92 \times 10^5$
(3) $4.0 \times 10^5$

(0) $6.22 \times 10^5$
(1) $4.02 \times 10^5$
(2) $3.91 \times 10^5$
(3) $3.43 \times 10^5$

(0) $5.88 \times 10^5$
(1) $3.86 \times 10^5$
(2) $3.4 \times 10^5$
(3) $4.06 \times 10^5$

(0) $3.95 \times 10^6$
(1) $8.56 \times 10^5$
(2) $8.07 \times 10^5$
(3) $1.14 \times 10^6$

(0) $6.36 \times 10^5$
(1) $3.31 \times 10^5$
(2) $4.43 \times 10^5$
(3) $1.88 \times 10^5$

Low dose : 1 mpk
high dose : 5 mpk .

ATTORNEY'S EYES ONLY

UC-CVJ00007537

TX 67.0025

6/29/04
Transfection.          Tuesday

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|

p60    pΔVPR    6mg
p61    VSVG     2.5/g      (new)

p58    CSCG                    1. p 1000              3.5ml ppm1            → 3 hrs full serum
p131   pCSPL1   6mg each.     1:2   29ul/each in
p80    pCSCA                  30ul ppm1
                 in 30ul ppm1  5 min                          next day
                                                        wed   change media

                                      single cell suspension    Thursday
                              ←APC4-AR.  →         collect and infect
                              from Tumor

                                                        Friday
                                                        injection to mouse.

ATTORNEY'S EYES ONLY

UC-CVJ00007538

**TX 67.0026**

7/6/04  Transfecti

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|
| 1 | pb0 | pAVPR | 6.25 µg | | | | | | |
| 2 | pb1 | VSVG | 2.5 µg | | | | | | |
| 3 | | | | | | Tuesday | | | |
| 4 | p58 | CSCG | | | → 2mL Rpmi → 3 hrs to Full media | | | | |
| 5 | p131 | cspL1 | 6.25 µg | | | | | | |
| 6 | p140 | CSCL | | | | | | | |
| 7 | | | | | | Used next day change media | | | |
| 8 | | | | | | | | | |
| 9 | | | | CspL1 | | Friday infection. | 2 days later | | |
| 10 | To make: | LACu-AR < | CSCL | | | | | |
| 11 | | LNCap-AR + CSCL | | | | | | |

ATTORNEY'S EYES ONLY

UC-CVJ00007539

**TX 67.0027**

7/7/04

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | LNap pCSPL1 pCSCA | | "1AR" | | 6/15/04 | | 4 mice | | |
| 2 | | | | | | | | | | |
| 3 | | LAPL4 pCSCA , pCSPL1 | | | | 7/1/04 7/28/04 | | 2 mice | See 8/29/04 | |
| 4 | | | | | | | | | | |
| 5 | | LAPL4 HR | | | | 6/15/04 | | 45 mice | | |
| 6 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 15 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 20 | | | | | | | | | | |
| 21 | | | | | | | | | | |
| 22 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 24 | | | | | | | | | | |
| 25 | | | | | | | | | | |
| 26 | | | | | | | | | | |
| 27 | | | | | | | | | | |
| 28 | | | | | | | | | | |
| 29 | | | | | | | | | | |
| 30 | | | | | | | | | | |
| 31 | | | | | | | | | | |

ATTORNEY'S EYES ONLY

UC-CVJ00007540

TX 67.0028



ATTORNEY'S EYES ONLY

UC-CVJ00007541

TX 67.0029

7/12/04

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Casodex | | | | | | | | |
| 2 | ① RD7 | | 1% ~ 15µl + 285 µl thu ——→ 300µl ~ | | | | | 5 mg/kg | |
| 3 | RD32 | | 0.2% | | | | | ~ 1. mg/kg | |
| 4 | | | 0.04% | | | | | ~ 0.2 mg/kg | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | 5 | |
| 8 | | | | | | | | | |

ATTORNEY'S EYES ONLY

UC-CVJ00007542

TX 67.0030

Appx1394



day1-3 7/12/04 Ahter-phrine (old mice)

ATTORNEY'S EYES ONLY

UC-CVJ00007543

TX 67.0031

7/13/04    ∠APC4 – HRtumor    day 1.    dosing changed from day 1 to day 2

|  | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |  |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Veh |  | mpk | % |  |  |  |  |  |  |
| 2 | Casodex |  | 0.2 | 0.04% |  |  |  |  |  |  |
| 3 |  |  | 1.0 | 0.2% |  | 4 mice /group. |  | 20g/mouse |  |  |
| 4 |  |  | 5.0 | 1% |  |  |  |  |  |  |
| 5 | RD7 |  | 0.2 |  |  |  |  |  |  |  |
| 6 |  |  | 1.0 |  |  |  |  |  |  |  |
| 7 |  |  | 5.0 |  |  |  |  |  |  |  |
| 8 | RD57 |  | 0.2 |  |  |  |  |  |  |  |
| 9 |  |  | 1.0 |  |  |  |  |  |  |  |
| 10 |  |  | 5.0 |  |  |  |  |  |  |  |

60µl dose + 1.1ml H₂O ⟶ gavage 200µl/mouse

↓

Day 2

Chase dose to ( 0.2mpk → 25mpk ) day 2.
1.0 mpk
5.0 mpk

UC-CVJ00007544

TX 67.0032

Appx1396



7/13/04

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 4c A I | R.15 | 5× | 10⁴/mm² | 6/18 | | | | | |
| 2 | | | | | | | | | | |
| 3 | 531 | 5.8×6.5×3.2 / 121 | | | 23 | 556 | 7.5×8.8×4.9 / 323 | | | ① |
| 4 | 532 | 4.4×7.7×3.5 / 172 | | | 14 | 557 | 4.5×6.3×2.8 / 79 | | | 30 |
| 5 | 533 | 6×6.8×3.7 / 151 | | | 14 | 558 | 5.2×7.3×2.9 / 110 | | | 15 |
| 6 | 534 | 8 3.8×6.5×2.6 / 64 | | | 34 | 559 | 7.1×7.7×3.6 / 197 | | | 12 |
| 7 | 535 | 7.1×3.4×4.1 / 7.45 | | | 11 | 560 | 6×7.5×3.0 / 135 | | | 21 |
| 8 | | | | | | | | | | |
| 9 | 536 | 5.7×8.5×3.5 / 1:40 | | | 13 | 561 | 5.1×6.9×2.6 / 91 | | | 28 |
| 10 | 537 | 3.2×7.4×2.0 / 47 | | | 46 | 562 | 5×6×2.7 / 81 | | | 33 |
| 11 | 538 | 5×7.6×2.4 / 84 | | | 32 | 563 | 5.3×6.8×2.4 / 86 | | | 31 |
| 12 | 539 | 4.8×6.5×2 / 62 | | | 39 | 564 | 5.7×6.6×3.0 / 113 | | | 25 |
| 13 | 540 | 5.5×6.0×2.0 / 66 | | | 27 | 565 | 4.7×5.7×2.5 / 67 | | | 36 |
| 14 | | | | | | | | | | |
| 15 | 541 | 5.9×7.3×3.5 / 1:7 | | | 18 | 66 | 8.7×10.0×4.3 / 374 | | | 2 |
| 16 | 542 | 4.5×6.0×2.3 / 82 | | | 40 | 567 | 8.0×9.7×5.7 / 442 | | | 1 |
| 17 | 543 | 8.7×6.5×3.0 / 111 | | | 24 | 568 | 4.8×4.5×2 / 43 | | | 47 |
| 18 | 544 | 4.7×5.3×2.3 / 57 | | | 41 | 569 | 4.5×5.2×2 / 50 | | | 42 |
| 19 | 545 | 7.8×7.0×1.5 / 2.6 | | | 9 | 570 | 8×8.3×3.8 / 252 | | | 6 |
| 20 | | | | | | | | | | |
| 21 | 546 | 5.8×5.8×3.0 / 1:1 | | | 27 | 571 | 7.4×9.2×4.9 / 334 | | | 4 |
| 22 | 547 | 5.7×6.7×2.3 / 88 | | | 30 | 572 | 7.7×9.6×4.8 / 355 | | | 3 |
| 23 | 548 | 5.9×8.8×2.8 / 115 | | | 20 | 573 | 7×9.2×3.8 / 215 | | | 10 |
| 24 | 549 | 7.9×10.7×3.9 / 330 | | | 5 | | | | | |
| 25 | 550 | 3.5×3.0×2.0 / 21 | | | 48 | 526 | 6.2×8.2×3.1 / 153 | | | 19 |
| 26 | | | | | | | 527 | 5×5×2 / 50 | | | 43 |
| 27 | 551 | 6.7×3.1×3.5 / 166 | | | 16 | 528 | 9×4×2 / 32 | | | 46 |
| 28 | 552 | 7.0×9.7×4.1 / 228 | | | 7 | 529 | 3.7×5.5×2.5 / 48 | | | 24 |
| 29 | 553 | 6×7.3×3.0 / 131 | | | 22 | 530 | 4.2×8.5×2.7 / 86 | | | 28 |
| 30 | 554 | 4.2×6.1×2.7 / 74 | | | 35 | | | | | |
| 31 | 555 | 5.9×8.9×3.7 / 194 | | | 13 | | | | | |

ATTORNEY'S EYES ONLY

UC-CVJ00007545

TX 67.0033

7/20

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 4cRI | 0.15 | 4/18 | | | | | | |
| 2 | | | | | | | | | |
| 3 | Vehicle | | | | | RD 7 | smpl | | |
| 4 | 549 | 13.8×15.1×7.0 / 1455 | | | | 552 | 10.2×12.6×7.7 | / 990 | |
| 5 | 536 | 12.6×9.4×5.8 / | 687 | | | 531 | 9.7×9.6×5.9 | 549 | |
| 6 | 557 | 7.6×10.6×5.4 / | 435 | | | 558 | 9×12.8×5.3 | 542 | |
| 7 | 529 | 4.7×6.9×2.4(?)/ 76 | | | | 569 | 6.2×9×2.2 | 151 | |
| 8 | | | (44) | | | | | 546 | |
| 9 | Casodex /smpl | | | | | RD 7 | :smpl | | |
| 10 | 545 | 12×9.3×7.4 / | 826 | | | 555 | 9××5.× ×4 10.3×13.3×6.9 | / 945 | |
| 11 | 533 | 10×11.5×7.4 / | 857 | | | 526 | 9.4×12.5×5.1 | 599 | |
| 12 | 530 | 7.7×14.2×5.3 / 580 | | | | 538 | 5.3×7.1×2 | 75 | |
| 13 | 534 | 4.8×8.7×2.0(?)/84 | | | | 565 | 9.9×9.8×4.4 | 383 | |
| 14 | | | 585 | | | | | 501 | |
| 15 | Casodex Smpl | | | | | RD 37 /mpl | | | |
| 16 | 556 | 12.4×13.7×6.8 /1087 | | | | 535 | 12(12×8 / 1248 | | |
| 17 | 553 | 11×10×5.6 / 616 | | | | 560 | 10×10×5.9 / 590 | | |
| 18 | 564 | 10.5×11.1×6.3 / 734 | | | | 547 | 5.7×6.9×2(?)/79 | | |
| 19 | 544 | 6.8×8.1×3 / 165 | | | | 542 | 6×7.3×3.0 / 131 | | |
| 20 | | | (647) | | | | | 512 | |
| 21 | Casodex 25 mpl | | | | | RD 37 Smpl | | | |
| 22 | 559 | 10.2×11.3×7.5 / 864 | | | | 570 | 12.2×12.4×7.0 /1059 | | |
| 23 | 551 | 10.5×11.4×6.6 / 790 | | | | 543 | 10.8×11×6.1 / 684 | | |
| 24 | 563 | 11×8×4.5 / 392 | | | | 546 | 7.4×8.9×4.4 / 298 | | |
| 25 | 554 | 6.1×8.1×2.5 / 124 | | | | 523 | 7.7×3.7×3.8 / 225 | | |
| 26 | | | 544 | | | | | 567 | |
| 27 | RD 7 /mpl | | | | | RD 37 25mpl | | | |
| 28 | 573 | 11.3×13.8×8.9 /1388 | | | | 532 | 8.3×6.7×7.2 / 328 | | |
| 29 | 548 | 10×12.4×5.9 / 732 | | | | 541 | 9.8×11.1×6.1 / 604 | | |
| 30 | 561 | 6.5×8.5×4.5 / 249 | | | | 562 | 9.3×11.0×4.2 / 352 | | |
| 31 | 539 | 5.2×8.6×2.5 / 132 | | | | 540 | 7.3×6.7×3.5 / 166 | | |
| | | | 620 | | | | | 365 | |

ATTORNEY'S EYES ONLY

UC-CVJ00007546

TX 67.0034

7/23

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Vehicle | | | | | RD7-1 | | | |
| ·349 | 16×15.5×9.1 ‡ | | 2257 | | ·573 | 10.8×14×7.8 | / 1179 | |
| 536 | 10.9×13.7×7.8 / | | 1165 | | ·548 | 11.3×13.7×6.3 | / 975 | |
| ·557· | 10.2×11.5×6.8 / | | 798 | | 561 | 8×9×5.7 | / 410 | |
| 529 | 5.5×6.3×2.1 3/ | | 73 | | ·539 | 6×8.5×3.5 | / 179 | |
| | | | 1057 | | | | 670 | |
| Cooler-1 | | | | | RD7-5 | | | |
| ·545 | 11.9×10.3×8.1 / | | 993 | | ·552 | 10.8×13.4×8.3 | / 1201 | |
| ·533 | 11.1×13.3×9.3 / | | 1373 | | -531 | 10×10×6.8 | / 680 | |
| -530 | 9.8×16×5.4 / | | 847 | | ·558 | 10.3×14.7×6.8 | / 1030 | |
| 534 | 5×8.5×2 ? / | | 85 | | -569 | 6.8×9.4×3.6 | / 230 | |
| | | | 824 | | | | 995 | |
| Casi lar·5 | | | | | RD725 | | | |
| ·556 | 13.6×13.5×9.2 | /1689 | | | ·555 | 11.8×14.3×9.6 | / 1620 | |
| ·553 | 11.8×10.1×6.9 | / 822 | | | 526 | 12.7×12.7×6.8 | / 1097 | |
| ·564 | 12.2×13.1×8.4 | / 1342 | | | ·528 | 5.4×6.8×2.5 ? | / 92 | |
| ·544 | 7.2×8.4×3.4 | / 206 | | | 565 | 10.7×10.2×6.6 | / 720 | |
| | | 1014 | | | | | 882 | |
| Cooler 25 | | | | | RD-37-1 | | | |
| ·559 | 11.8×12.6×9 / | 1338 | | | ·535 | 13.7×12.7×8.3 | /1444 | |
| ·551 | 12.5×14.5×8.3 | 1297 | | | ·560 | 10×10.5×6.5 / | 653 | |
| ·563 | 10.7×12.5×6.3 / | 843 | | | ·547 | 6×7×2.3 | / 97 | |
| 554 | 6.5×9×3.7 / | 216 | | | -542 | 7×8.5×3.3 / | 196 | |
| | | 923 | | | | | 605 | |
| | | | | | RD37-5 | | | |
| RD 37-25 | | | | | 570 | 13.3×12.7×8.1 | / 1368 | |
| ·532 | 10×11.2×7.1 / | 795 | | | ·543 | 10.6×12.3×7.5 / | 978 | |
| ·541 | 11×11.8×7.2 / | 935 | | | ·546 | 9.9×10.6×6.5 / | 692 | |
| ·562 | 10×11×6.5 / | 715 | | | ·527 | 7.8×9.2×6.2 / | 559 | |
| ·540 | 7.4×9×4.4 / | 293 | | | | | 896 | |
| | | | 684 | | | | | |

ATTORNEY'S EYES ONLY

UC-CVJ00007547

TX 67.0035



ATTORNEY'S EYES ONLY

UC-CVJ00007548

**TX 67.0036**



ATTORNEY'S EYES ONLY

UC-CVJ00007549

**TX 67.0037**

Appx1401

| | 8.23.04 | | 8.30.04 | | 9.7.04 | | 9.13.04 | | 9.22.04 | | 9.29 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Vehicle | 5 | | 12 | | 20 | | 26 | | 35 | | 42 | |
| 467 | 168 | 1 | 248 | 1.47619 | 364 | 2.166667 | 390 | 2.321429 | 684 | 4.071429 | 982 | 5.845238 |
| 602 | 168 | 1 | 158 | 0.940476 | 228 | 1.357143 | 439 | 2.613095 | 1063 | 6.327381 | 1134 | 6.75 |
| 461 | 50 | 1 | 169 | 3.38 | 260 | 5.2 | 399 | 7.98 | 693 | 13.86 | 863 | 17.26 |
| 469 | 27 | 1 | 80 | 2.962963 | 110 | 4.074074 | 221 | 8.185185 | 176 | 6.518519 | 285 | 10.55556 |
| 614 | 75 | 1 | 84 | 1.12 | 132 | 1.76 | 168 | 2.24 | 173 | 2.306667 | 404 | 5.386667 |
| 619 | 75 | 1 | 137 | 1.826667 | 196 | 2.613333 | 300 | 4 | 627 | 8.36 | 882 | 11.76 |
| 463 | 50 | 1 | 45 | 0.9 | 156 | 3.12 | 211 | 4.22 | 268 | 5.36 | 308 | 6.16 |
| 470 | 215 | 1 | 304 | 1.240816 | 351 | 1.432653 | 473 | 1.930612 | 691 | 2.820408 | 774 | 3.159184 |
| avg | 107.25 | 1 | 153.125 | 1.730889 | 224.625 | 2.715484 | 325.125 | 4.18629 | 546.875 | 6.20305 | 704 | 8.35958 |
| stdev | 76.93364 | 0 | 87.926 | 0.944163 | 95.54795 | 1.35739 | 115.6885 | 2.54244 | 313.6957 | 3.689268 | 326.546 | 4.554994 |
| sem | 27.20426 | 0 | 31.09123 | 0.333862 | 33.7864 | 0.479982 | 40.90825 | 0.899024 | 110.9249 | 1.30455 | 115.4689 | 1.610677 |

| cas-0.01-10 | | | cas-10 starts on 8/31/04 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 622 | 196 | 1 | 288 | 1 | 371 | 1.288194 | 380 | 1.319444 | 418 | 1.451389 | 528 | 1.833333 |
| 615 | 168 | 1 | 308 | 1 | 234 | 0.75974 | 319 | 1.035714 | 459 | 1.49026 | 693 | 2.25 |
| 608 | 18 | 1 | 77 | 1 | 228 | 2.961039 | 192 | 2.493506 | 287 | 3.727273 | 270 | 3.506494 |
| 616 | 50 | 1 | 270 | 1 | 297 | 1.1 | 404 | 1.496296 | 598 | 2.214815 | 656 | 2.42963 |
| 621 | 27 | 1 | 65 | 1 | 73 | 1.123077 | 66 | 1.015385 | 72 | 1.107692 | 234 | 3.6 |
| 623 | 18 | 1 | 90 | 1 | 176 | 1.955556 | 131 | 1.455556 | 189 | 2.1 | 366 | 4.066667 |
| 612 | 72 | 1 | 198 | 1 | 192 | 0.966667 | 263 | 1.328283 | 504 | 2.545455 | 428 | 2.161616 |
| 468 | 75 | 1 | 89 | 1 | 91 | 1.022472 | 105 | 1.179775 | 203 | 2.280899 | 221 | 2.483146 |
| avg | 78 | 1 | 173.125 | 1 | 207.75 | 1.397472 | 232.5 | 1.415495 | 341.25 | 2.114723 | 424.5 | 2.791361 |
| stdev | 68.39976 | 0 | 104.4091 | 0 | 99.10997 | 0.72331 | 128.4534 | 0.4701 | 181.2242 | 0.816593 | 185.7048 | 0.812846 |
| sem | 24.18126 | 0 | 36.91978 | 0 | 35.04596 | 0.255767 | 45.42201 | 0.166231 | 64.08211 | 0.288753 | 65.66649 | 0.287428 |
| avg | 78 | | 173.125 | 2.219551 | 207.75 | 2.663462 | 232.5 | 2.980769 | 341.25 | 4.375 | 424.5 | 5.442308 |

| cas-0.1 | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 326 | | | | | | | | | | | | |
| 465 | 72 | 1 | 77 | 1.069444 | 103 | 1.430556 | 60 | 0.833333 | 147 | 2.041667 | 240 | 3.333333 |
| 460 | 280 | 1 | 210 | 0.75 | 336 | 1.2 | 565 | 2.017857 | 732 | 2.614286 | 1100 | 3.928571 |
| 475 | 108 | 1 | 158 | 1.462963 | 234 | 2.166667 | 380 | 3.518519 | 633 | 5.861111 | 945 | 8.75 |
| 605 | 9 | 1 | 147 | 1.633333 | 126 | 1.4 | 300 | 3.333333 | 510 | 5.666667 | 984 | 10.93333 |
| 600 | | 1 | 276 | 3.066667 | 322 | 3.577778 | 351 | 3.9 | 383 | 4.255556 | 662 | 7.355556 |
| 474 | 20 | 1 | 90 | 1.25 | 103 | 1.430556 | 103 | 1.430556 | 204 | 2.833333 | 299 | 4.152778 |
| 610 | 6 | 1 | 137 | 2.283333 | 189 | 3.15 | 203 | 3.383333 | 286 | 4.766667 | 532 | 8.866667 |
| avg | 110.2857 | | 156.4286 | 1.645106 | 201.8571 | 2.050794 | 280.2857 | 2.63099 | 413.5714 | 4.005612 | 680.2857 | 6.760034 |
| stdev | 70.1068 | 0 | 68.74799 | 0.79059 | 99.10168 | 0.954824 | 174.3194 | 1.190654 | 220.2399 | 1.528112 | 341.5722 | 2.964405 |
| sem | 28.0634 | 0 | 25.99168 | 0.2989 | 37.46755 | 0.360992 | 65.90524 | 0.450153 | 83.26601 | 0.577736 | 129.1388 | 1.120758 |

| cas-1.0 | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 459 | | 1 | 113 | 2.26 | 200 | 4 | 347 | 6.94 | 449 | 8.98 | 507 | 10.14 |
| 491 | | 1 | 297 | 5.94 | 313 | 6.26 | 358 | 7.16 | 735 | 14.7 | 1056 | 21.12 |
| 480 | | 1 | 216 | 4.32 | 165 | 3.3 | 210 | 4.2 | 240 | 4.98 | 284 | 5.68 |
| 613 | | 1 | 192 | 2.666667 | 198 | 2.75 | 252 | 3.5 | 432 | 6 | 532 | 7.388889 |
| 497 | | 1 | 132 | 2.64 | 216 | 4.32 | 173 | 3.46 | 248 | 4.96 | 210 | 4.2 |
| 462 | | 1 | 117 | 2.34 | 107 | 2.14 | 107 | 2.14 | 143 | 2.86 | 351 | 7.02 |
| 464 | | 1 | 144 | 1 | 276 | 1.916667 | 371 | 2.576389 | 480 | 3.333333 | 570 | 3.958333 |
| 492 | | 1 | 99 | 1.98 | 154 | 3.08 | 219 | 4.38 | 594 | 11.88 | 513 | 10.26 |
| avg | 619.8 | 1 | 163.75 | 2.893333 | 203.625 | 3.470833 | 254.625 | 4.294549 | 416.75 | 7.211667 | 502.875 | 8.720903 |
| stdev | 535.745 | 0 | 67.22616 | 1.538055 | 66.2136 | 1.397377 | 95.98056 | 1.857317 | 196.2642 | 4.250923 | 268.6141 | 5.544049 |
| sem | | 0 | 23.77163 | 0.543867 | 23.41365 | 0.494122 | 33.93938 | 0.65676 | 69.3652 | 1.503155 | 91.44771 | 1.960413 |

| 37-0.01-10 | | RD37-10 starts on 8/31/04 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

ATTORNEY'S EYES ONLY

UC-CVJ00007550

**TX 67.0038**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 459 | | 272 | 1 | 330 | 1.213235 | 375 | 1.378676 | 506 | 1.860294 | 844 | 3.102941 |
| 617 | | 293 | 1 | 473 | 1.614334 | 504 | 1.720137 | 495 | 1.68942 | 396 | 1.351536 |
| 624 | | 219 | 1 | 270 | 1.232877 | 360 | 1.643836 | 410 | 1.872146 | 450 | 2.054795 |
| 60a | | 59 | 1 | 88 | 1.491525 | 165 | 2.79661 | 196 | 3.355932 | 216 | 3.661017 |
| 625 | | 280 | 1 | 270 | 0.964286 | 351 | 1.253571 | 387 | 1.382143 | 494 | 1.764286 |
| 620 | | 98 | 1 | 98 | 1 | 169 | 1.72449 | 306 | 3.122449 | 551 | 5.622449 |
| 472 | 1 | 62 | 1 | 144 | 2.322581 | 205 | 3.306452 | 176 | 2.83871 | 165 | 2.66129 |
| 488 | 1 | 135 | 1 | 168 | 1.244444 | 225 | 1.666667 | 463 | 3.42963 | 700 | 5.185185 |
| avg | 1 | 177.25 | 1 | 230.125 | 1.38541 | 294.25 | 1.936305 | 367.625 | 2.44384 | 477 | 3.175437 |
| stdev | | 100.0054 | 0 | 131.5169 | 0.437627 | 121.4281 | 0.72154 | 128.6011 | 0.826683 | 227.7022 | 1.563245 |
| sem | | 35.36257 | 0 | 46.50527 | 0.154748 | 42.9378 | 0.255141 | 45.50606 | 0.292321 | 80.51704 | 0.552774 |
| avg | | 177.25 | 1.511727 | 230.125 | 1.962687 | 294.25 | 2.509595 | 367.625 | 3.135394 | 477 | 4.06823 |
| **RD 37-0.1** | | | | | | | | | | |
| 607 | | 396 | 1.178571 | 660 | 1.964286 | 920 | 2.738095 | 1485 | 4.419643 | 1260 | 3.75 |
| 473 | | 126 | 0.875 | 144 | 1 | 195 | 1.354167 | 440 | 3.055556 | 514 | 3.569444 |
| 496 | | 315 | 2.5 | 420 | 3.333333 | 673 | 5.34127 | 980 | 7.777778 | 1403 | 11.13492 |
| 487 | | 270 | 2.25 | 357 | 2.975 | 473 | 3.941667 | 616 | 5.133333 | 600 | 5 |
| 611 | | 182 | 2.426667 | 234 | 3.12 | 293 | 3.906667 | 351 | 4.68 | 608 | 8.106667 |
| 605 | | 137 | 5.074074 | 168 | 6.222222 | 234 | 8.666667 | 263 | 9.740741 | 432 | 16 |
| 60 | | 89 | 1.059524 | 81 | 0.964286 | 135 | 1.607143 | 176 | 2.095238 | 278 | 3.309524 |
| 60 | | 83 | 1.152778 | 156 | 2.166667 | 263 | 3.652778 | 310 | 4.430556 | 321 | 4.458333 |
| avg | | 199.75 | 2.064577 | 277.5 | 2.718224 | 398.25 | 3.901057 | 578.75 | 5.166605 | 677 | 6.916111 |
| stdev | | 114.8412 | 1.38635 | 191.9866 | 1.681197 | 272.6215 | 2.328388 | 444.6580 | 2.477567 | 422.6086 | 4.561906 |
| sem | | 40.60863 | 0.490223 | 67.88777 | 0.594483 | 96.40082 | 0.823334 | 157.2215 | 0.876085 | 149.4373 | 1.613121 |
| | | | | | | | | | | |
| **RD 37-1.0** | | | | | | | | | | |
| 610 | | 572 | 1.43 | 578 | 1.445 | 644 | 1.61 | 700 | 1.75 | 725 | 1.8125 |
| 431 | | 154 | 0.802083 | 308 | 1.604167 | 510 | 2.65625 | 703 | 3.661458 | 1033 | 5.380208 |
| 46. | | 215 | 2.047619 | 551 | 5.247619 | 684 | 6.514286 | 825 | 7.885714 | 810 | 7.714286 |
| 49 | | 205 | 2.277778 | 309 | 3.433333 | 456 | 5.066667 | 567 | 6.3 | 662 | 7.355556 |
| 457 | | 126 | 1.68 | 205 | 2.733333 | 244 | 3.253333 | 240 | 3.2 | 304 | 4.053333 |
| 438 | | 60 | 1 | 69 | 1.15 | 65 | 1.083333 | 137 | 2.25 | 165 | 2.75 |
| 37- | | 374 | 2.22619 | 432 | 2.571429 | 525 | 3.125 | 560 | 3.333333 | 701 | 4.172619 |
| 490 | | 61 | 1.016667 | 90 | 1.5 | 168 | 2.8 | 371 | 6.183333 | 347 | 5.783333 |
| avg | 5 | 220.875 | 1.560042 | 317.75 | 2.46061 | 412 | 3.263609 | 513 | 4.32048 | 593.375 | 4.877729 |
| stdev | 1 | 174.002 | 0.585021 | 193.398 | 1.373509 | 226.8687 | 1.769143 | 242.813 | 2.192784 | 293.1986 | 2.082511 |
| sem | | 61.51329 | 0.207539 | 68.36685 | 0.485682 | 80.22233 | 0.625581 | 85.89737 | 0.775383 | 103.677 | 0.73639 |

* or at 11/04      (mg/kg g   n was switched to 10 mg/kg

ATTORNEY'S EYES ONLY

UC-CVJ00007551
TX 67.0039

| | | 12 | | 20 | | 26 | | 35 | | 42 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Ve | 0 | 1.73 | 0.33 | 2.72 | 0.47 | 4.19 | 0.9 | 3.2 | 1.3 | 8.36 | 1.61 |
| 'c 1 | | 1.65 | | 2.05 | | 2.63 | | 4 | | 6.76 | |
| Bi 1 | | 2.89 | | 3.47 | | 4.29 | | 7.21 | | 8.72 | |
| Bic-0 | | 1.6 | | 2 | | 2.6 | | 4 | | 6.7 | |

| | 12 | 20 | 26 | 5 | 42 |
|---|---|---|---|---|---|
| Veh | 1.73 | 2.72 | 4.19 | 3.2 | 8.36 |
| Bi | 2.89 | 3.47 | 4.29 | .21 | 8.72 |
| RD | 1.56 | 2.46 | 3.26 | .2 | 4.88 |



Example 7-3b on LN/AR growth (n=8)

- Veh
- 0.1 mpk
- 1 mpk
- 10 mpk

Days

Bic & example 7-3b on LN/AR growth (n=8)

- Veh
- Bic-1
- Example 7-3b-1

Days

ATTORNEY'S EYES ONLY

UC-CVJ00007552

TX 67.0040

|       |   | 12   |      | 20   |       | 26   |       | 35   |       | 42   |       |
|-------|---|------|------|------|-------|------|-------|------|-------|------|-------|
| V     | 0 | 1.73 | 0.33 | 2.72 | 0.47  | 4.19 | 0.9   | 6.2  | 1.3   | 8.36 | 1.61  |
| 0.1 pk| 0 | 2.06 | 0.49 | 2.72 | 0.59  | 3.9  | 0.82  | 5.17 | 0.87  | 6.92 | 1.61  |
| 1 mpk | 0 | 1.56 | 0.2  | 2.46 | 0.486 | 3.26 | 0.625 | 4.32 | 0.775 | 4.88 | 0.73b |
| mpk   | 0 | 1.5  | 0    | 1.9  | 0.15  | 2.5  | 0.255 | 3.1  | 0.29  | 4    | 0.55  |

|         |   | 12   |      | 20   |       | 26   |       | 35   |       | 42   |       |
|---------|---|------|------|------|-------|------|-------|------|-------|------|-------|
| Ve      | 0 | 1.73 | 0.33 | 2.72 | 0.47  | 4.19 | 0.9   | 6.2  | 1.3   | 8.36 | 1.61  |
| Bi      | 0 | 2.89 | 0.54 | 3.47 | 0.49  | 4.29 | 0.65  | 7.21 | 1.5   | 8.72 | 1.96  |
| amp  -3l| 0 | 1.56 | 0.2  | 2.46 | 0.486 | 3.26 | 0.625 | 4.32 | 0.775 | 4.88 | 0.736 |

ATTORNEY'S EYES ONLY

UC-CVJ00007553

**TX 67.0041**

8/31/04   1st closes   CN-OR-ARR2-pb-Inc. Mice

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|
| 1 | drug | | | | | | | | drug concentration |
| 2 | | | mpk | | | | | | |
| 3 | vehicle | | | | | | | | |
| 4 | Canodex | | 0.01 | | → chased to 10mpk 8/7/04 | | | | |
| 5 | | | 0.1 | | | | | | |
| 6 | | | 1 | | | | | | |
| 7 | RD37 | | 0.01 | | → chased to 10mpk 8/31/04 | | | | 0.002% |
| 8 | | | 0.1 | | | | | | 0.02% |
| 9 | | | 1 | | | | | | 0.2% |
| 10 | | | | | | | | | |
| 11 | Each tube | | | | | | | | |
| 12 | | 50 ul drug + 950 ml tivo | | | → garage 200 ul /mouse | | | | |
| 13 | | For 5 mice (1 extra) | | | | | (20g/mouse) | | |
| 14 | | | | | | | | | |
| 15 | | | | 8/31/04 | | | | | |
| 16 | | | mpk | | | | | | 2% |
| 17 | Canodex | 10 | | | | | | | |
| 18 | | | | → replace 0.01 mpk | | | | | |
| 19 | RD37 | 10 | mpk | | | | | | |
| 20 | | | | | | | | | |
| 21 | | | | | | | | | |
| 22 | | | | | | | | | |
| 23 | | | | | | | | | |
| 24 | | | | | | | | | |
| 25 | | | | | | | | | |
| 26 | | | | | | | | | |
| 27 | | | | | | | | | |
| 28 | | | | | | | | | |
| 29 | | | | | | | | | |
| 30 | | | | | | | | | |
| 31 | | | | | | | | | |

ATTORNEY'S EYES ONLY
UC-CVJ00007554

TX 67.0042

tumor

LAPC4 — AR pb-luc.

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | |
| 2 | LAPC4 — AR-Tumor → single cell suspension → lentivirus infection | | | | | | | | | |
| 3 | | | | | | | | | | |
| 4 | | | | | | | | ↓ 24 hrs | | |
| 5 | | | | | | | | inject to of mice | | |
| 6 | | | | | | | | | | |
| 7 | | | | | | | | ↓ 7/1/of   3 mice | | |
| 8 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 15 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 20 | | | | | | | | | | |
| 21 | | | | | | | | | | |
| 22 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 24 | | | | | | | | | | |
| 25 | | | | | | | | | | |
| 26 | | | | | | | | | | |
| 27 | | | | | | | | | | |
| 28 | | | | | | | | | | |
| 29 | | | | | | | | | | |
| 30 | | | | | | | | | | |
| 31 | | | | | | | | | | |

ATTORNEY'S EYES ONLY

UC-CVJ00007555

**TX 67.0043**

8/25/nf
HPLC Test

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | vehicle treated Blood Serum | | | | | 50µl | | | | |
| 2 | RO37 Treated Garage Serum 25mpk . 50µl | | | | | | | | | 25 120x |
| 3 | vehicle treated Serum 50µl + 1µl 1mpk | | | | | | | | 20g . | |
| 4 | vehicle treated serum 50µl + 1µl 25mpk | | | | | | | | 200ml | 10µl |
| 5 | | | | | | | | | 1 ml | 0 1µl . |
| 6 | 5 . RO37 treated Garage Serum 1 mpk 50µl | | | | | | | | 50 | 1mpk n.5µl |
| 7 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 15 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 20 | | | | | | | | | | |
| 21 | | | | | | | | | | |
| 22 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 24 | | | | | | | | | | |
| 25 | | | | | | | | | | |
| 26 | | | | | | | | | | |
| 27 | | | | | | | | | | |
| 28 | | | | | | | | | | |
| 29 | | | | | | | | | | |
| 30 | | | | | | | | | | |
| 31 | | | | | | | | | | |

ATTORNEY'S EYES ONLY

UC-CVJ00007556

TX 67.0044

11/3/04

Collaboration with Yongming



| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | |

Sential pucki — prostate specific.
canci.
progression.

Normel xenografted. → derived marker.

Tissue A. B. Surrogate.

diagnostic

s.p. PC glycoprot < therapeutic Target
diagnostic tool

Serum sample to Yongming < Normal mice 2 Tubes
LAPC4HS mice 5 Tubes

→ prepare tissue for Yongming.

ATTORNEY'S EYES ONLY

UC-CVJ00007557
TX 67.0045



ATTORNEY'S EYES ONLY

UC-CVJ00007558

TX 67.0046



ATTORNEY'S EYES ONLY

UC-CVJ00007559

**TX 67.0047**

Appx1411

881
882 ] V

908
907 ] 37

906
854 ] 90

897
793 ] 93

893
896 ] 98

ATTORNEY'S EYES ONLY

UC-CVJ00007560

TX 67.0048

PK in mice

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | veh. | | | | | | | | | |
| 2 | RD37 ? | 5 mice/group – gavage 10 mg/kg → withdraw time interval | | | | | | | | |
| 3 | RD | | | | | | | | | |
| 4 | | | | | | | | | | |
| 5 | | | | | | | | | ↓ | |
| 6 | | | | | | | | | HPLC | |
| 7 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 15 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 20 | | | | | | | | | | |
| 21 | | | | | | | | | | |
| 22 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 24 | | | | | | | | | | |
| 25 | | | | | | | | | | |
| 26 | | | | | | | | | | |
| 27 | | | | | | | | | | |
| 28 | | | | | | | | | | |
| 29 | | | | | | | | | | |
| 30 | | | | | | | | | | |
| 31 | | | | | | | | | | |

ATTORNEY'S EYES ONLY

UC-CVJ00007561

TX 67.0049

ATTORNEY'S EYES ONLY

UC-CVJ00007562

TX 67.0050



Pergamon

0960-0760(94)00104-9

J. Steroid Biochem. Molec. Biol. Vol. 51, No. 1/2, pp. 47–55, 1994
Copyright © 1994 Elsevier Science Ltd
Printed in Great Britain. All rights reserved
0960-0760/94 $7.00 + 0.00

# Preliminary Pharmacokinetics and Metabolism of Novel Non-steroidal Antiandrogens in the Rat: Relation of their Systemic Activity to the Formation of a Common Metabolite

D. Cousty-Berlin,* B. Bergaud, M. C. Bruyant, T. Battmann, C. Branche and D. Philibert

*Centre de Recherches Roussel Uclaf, 102 Route de Noisy, 93235 Romainville Cedex, France*

The non-steroidal antiandrogens, RU 58841 and RU 56187 are amongst the most active of a new series of N-substituted aryl hydantoins or thiohydantoins. Their pharmacokinetics and principal metabolic profiles have been evaluated in rat plasma after intravenous administration of a 10 mg/kg dose. Both compounds disappear relatively rapidly from the plasma (elimination half-life of the order of 1 h), but they form a common metabolite, the N-desalkyl derivative, RU 56279, which is eliminated much more slowly. The percentage transformations of each into RU 56279, estimated from the AUCs of the metabolite compared with the AUC obtained after administration of RU 56279 itself, were respectively 1% and 77%. In parallel, their *in vivo* activity, as well as that of their metabolites, was determined with respect to parameters related to systemic antiandrogenic effects (prostate and seminal vesicle weights). The results showed that: (1) the common metabolite, RU 56279, is clearly antiandrogenic; (2) there appears to be a relationship between the percentage formation of this metabolite and the systemic antiandrogenic activity of the compounds. Thus, the pharmacological profile of RU 58841 which displays a potent local antiandrogenic activity without systemic effects can be related to its very low propensity to form the N-desalkyl metabolite.

*J. Steroid Biochem. Molec. Biol.*, Vol. 51, No. 1/2, pp. 47–55, 1994

## INTRODUCTION

The two non-steroidal antiandrogens, RU 56187 and RU 58841, were selected from a series of Anandron-derived compounds designed for the potential treatment of androgen-dependent disorders. These compounds are hydantoin (RU 58841) or thiohydantoin (RU 56187) derivatives characterized by the presence of an alkyl group on the nitrogen in position 3 (Fig. 1); hydroxybutyl in the case of the former and methyl in the latter. Although closely related structurally they differ pharmacologically. RU 58841 is very active by topical route on the hamster flank organ, but shows little effect on either weights of accessory sex organs such as prostate, seminal vesicle or levels of testosterone in both hamster and rat by oral,

subcutaneous or topical route [1]. By contrast, RU 56187 displays very strong systemic antiandrogen activity whatever the model studied and the route of administration [2]. In order to explain this apparent dissociation and possibly to relate the extent of the systemic effects of these compounds to their respective metabolic profiles, a preliminary study of their pharmacokinetics and metabolism was undertaken. The study was carried out in the rat by intravenous route, which by definition eliminates all absorption phases and allows a direct comparison of metabolism. The relatively high dose used (10 mg/kg) was chosen so that after a single administration the compounds and their metabolites could readily be measured using HPLC with UV detection. The antiandrogenic activity of RU 56187 and its metabolites was subsequently evaluated after oral administration, this being the route of choice in the case of the use of this compound for the treatment of prostate cancer in man. Concerning RU

*Correspondence to D. Cousty-Berlin.
Received 15 Apr. 1994; accepted 31 May 1994.

47

ATTORNEY'S EYES ONLY

UC-CVJ00007563

TX 67.0051

                            D. Cousty-Berlin *et al.*

58841 which is destined to be used topically for the treatment of acne, alopecia and hirsutism, its activity as well as that of its metabolites was evaluated using the subcutaneous route in order to mimic its complete passage through the skin.

## MATERIALS AND METHODS

### Chemicals

The hydantoin derivative, RU 58841, the thiohydantoin derivative, RU 56187 (structures: Fig. 1) and the putative metabolites, RU 56191, 56279, 58336 and 59416, were synthesised in the Chemistry Department at Roussel Uclaf (structures of metabolites: Fig. 2).

All solvents and reagents used were of HPLC or analytical grade. Acetonitrile (low UV) was obtained from J. T. Baker (Phillipsburg, NJ, U.S.A.). Methanol and tetrahydrofuran were obtained from Merck (Darmstadt, Germany). Water used for the preparation of buffers was purified with a Milli-Q system (Millipore, Bedford, MA, U.S.A.).

Stock solutions were prepared in methanol (40 $\mu$g/ml) and stored at 4°C.

### Animals

*Pharmacokinetic studies.* Male Sprague–Dawley rats (4 in each group), weighing 200 g on average were used; they received a single i.v. (tail vein) dose in PEG 300 (2 ml/kg). They were killed by decapitation and the blood was collected in heparinized tubes (Li) and rapidly centrifuged (3000 *g*, 4°C, 15 min). Plasma analysis was carried out immediately (without congelation). Concerning the cutaneous treatment, the animals were shaved on the back, using an electric shaver, then they received a single cutaneous administration of the product dissolved in ethanol 99.9% (50 $\mu$l/rat).

*Pharmacological studies.* Male Sprague–Dawley rats weighing 100 g were purchased from Iffa Credo (L'Abresle, France), housed in our central animal facilities under a 12 h dark/light cycle and given food and water *ad libitum*. The animals were castrated under anesthesia with Imalgene 500 (Rhone Mérieux), 24 h later (day 1) they received 0.5 mg/kg of testosterone propionate (TP, Roussel Uclaf) alone or together with the compounds at a dose of 1 mg/kg, or vehicle. Animals were treated daily, from day 1–4 and from day 7–10. TP was administered by s.c. route in germ corn oil (Mayoland, Benedicta, France) containing 10% ethanol and the compounds either by oral route, in aqueous solution containing 0.5% methylcellulose (Colorcon) or by s.c. route, in germ corn oil containing 10% ethanol. The animals were sacrificed by exsanguination under anesthesia 24 h after the last treatment. The prostates and seminal vesicles were removed and fixed for 72 h in demineralized water containing 10% formol (Merck); they were then dissected and weighed.

Each group consists of 5 animals/dose. The antiandrogenic activity was expressed as a percentage of inhibition of the TP effect (TP-treated animals were arbitrarily assigned a value of 0% and vehicle-treated animals a value of 100%).

### Statistical analysis

The means of the values and the standard error of the mean (SEM) were calculated for each dose. Statistical analysis were performed using Dunnett's [3] test. $P(*) < 0.01$ were considered to indicate a significant difference between the groups.

### Analytical methods

*Chromatography.* The high-performance liquid chromatographic (HPLC) system consisted of a Hewlett Packard ternary pump model HP 1090 operated at a flow rate of 1 ml/min, a Spectra Physics SP 8780 autosampler equipped with a 20 $\mu$l loop, a Spectra Physics SP 8490 variable-wavelength Spectromonitor operated at 260 nm or a Perkin Elmer LC-235 diode array detector and a Spectra Physics SP 4290 integrator.

For RU 58841 studies, an Ultrabase Kromasil octyl analytical column (150 × 4.6 mm, 5 $\mu$m particle size) from Shandon Scientific-SFCC (Eragny, France) was used. In order to separate RU 58841 and its two metabolites, a mobile phase consisting of a 60/40 (v/v) mixture of 50 mM potassium dihydrogenophosphate



## RU 56187



## RU 58841

Fig. 1. Chemical structures of RU 56187 and RU 58841.

ATTORNEY'S EYES ONLY                                      UC-CVJ00007564

TX 67.0052



Fig. 2. Proposed principal metabolism scheme of RU 56187 and RU 58841 in the rat.

adjusted to pH 5.2 and tetrahydrofuran (= System I) was used.

RU 56187 and its metabolites were separated on a Nucleosil Cyano analytical column (150 × 4.6 mm, 5 μm particle size) from Colochrom (Gagny, France), with a mobile phase composed of acetonitrile and 0.1 M potassium phosphate buffer, pH 7.0; 35/65(v/v) (= System II).

*Plasma sample extraction.* A Vac Elut processing station SPS 24 (Analytichem) was used for extracting plasma samples. The complete method is described for RU 58841; for RU 56187, only the internal standard differs (compound of the same chemical series).

To 1 ml of plasma was added 0.8 μg (20 μl of a methanolic solution) of internal standard (RU 57073, compound of the thiohydantoin series). The mixture was vortex-mixed for 10 s, transferred onto octadecyl-silane-bonded silica micro-columns (Bond Elut C18, 1 ml capacity, Analytichem International, Harbor City, CA, U.S.A.) and pretreated successively with 1 ml methanol and 1 ml purified water. Endogenous components in plasma were removed by washing the columns once with 1 ml of 1 M NaCl and 3 times with 1 ml purified water. The bound compounds were eluted with 1 ml methanol and 20 μl aliquots of this direct methanolic extract were injected into the chromatographic system. All the metabolites described here were extracted using this method.

*Calibration and calculation.* For both compounds and their metabolites, the limit of detection was evaluated as 0.005 μg/ml. Calibration curves were constructed by addition of known amounts of RU 58841 and its metabolites (0.010–8 μg/ml), together with the internal standard, to aliquots of control plasma (1 ml). The

calibration graphs were found to be linear over the range used, with correlation coefficients >0.998 and y-intercepts close to zero. Unweighted least-square regression lines were generated using peak-height ratios (RU compound/internal standard).

When plasma samples were spiked to final concentrations of 0.5 μg/ml, RU 58841 and its metabolite RU 56279 were totally recovered, the absolute recovery of the acid metabolite RU 59416 was 80%. The recovery of RU 56187, in the same conditions of concentration was 91%.

*Identification of metabolites: analysis by mass-spectrometry/thermospray.* The principal metabolites of RU 58841 and RU 56187 were tentatively identified by HPLC-SM (thermospray) as well as by the comparison of the peaks on the chromatograms with those of reference compounds.

All experiments were carried out on a Finnigan Model 4600 single quadrupole mass spectrometer equipped with a Data general Nova 4S computer using Superincos Software and fitted with a modified TSP II thermospray ionisation source (Finnigan Mat, San Jose, CA. U.S.A.). Typical operating conditions were as follows:

—Jet (source block) temperature, 230°C (Aerosol 245°C); vaporizer temperature, 105°C; repeller voltage, 10 V.
—For compounds tested, the sensitivity was found to be better when focusing on negative ions instead of positive ions. The negative thermospray profiles of standards and metabolites are relatively simple, with just one major ion predominating. The molecular ion $(M–H^-)$ is the base peak of the spectra and no

ATTORNEY'S EYES ONLY

UC-CVJ00007565

TX 67.0053

50                                      D. Cousty-Berlin *et al.*

fragments of lower mass are observed. It is the mode used for the two metabolites of RU 58841 and for the two N–H metabolites of RU 56187. For RU 58336 (containing no mobile proton), the positive ionization mode was used (formation of $M + NH_4^+$. The structures of the 3 metabolites were confirmed by using a discharge electrode, to form $M^-$ (1 kV).
—Data were collected over the mass range of 150–500 amu using 1 s scans in the centroid mode.
—The HPLC system connected to the inlet of the thermospray interface consisted of a Model SP 8700 pump (Spectra Pysics), the solvent system in both cases was ammonium acetate 0.02 M in water/acetonitrile; the UV $260_{nm}$ elution profile was obtained on a Spectraflow 757 Kratos detector equipped with a special high pressure resistant cell to permit on line coupling with TSP mass spectrometer.

## RESULTS

### Pharmacokinetics and metabolism of the thiohydantoin, RU 56187, in the rat after i.v. administration of 10 mg/kg

*Unchanged RU 56187.* 5 min after injection, the plasma concentrations of RU 56187 are of the order of 2.4 µg/ml, they then decrease rapidly; at 6 h the mean value is 0.030 µg/ml. The experimental AUC (0–6 h) is equal to 1.58 µg/ml × h and the terminal elimination half-life is of the order of 1.4 h [Fig. 3(a)].

*Principal metabolites (see Fig. 2).* The first metabolite identified results from the oxidation of the thio function to give the corresponding hydantoin, RU 58336. This metabolism is very rapid; the maximum concentration (1.6 µg/ml) being observed at approx. 5 min. After 6 h its concentration is 0.4 µg/ml and it is no longer detected beyond this time.

The principal metabolite is the N-demethylated hydantoin, RU 56279 (resulting from both oxidation and N-dealkylation): from 5 min, it is present at a mean concentration of 0.5 µg/ml and the maximum appears at 6 h (mean concentration = 6 µg/ml). It decreases very slowly afterwards: 24 h after administration the mean concentration is 2.6 µg/ml and after 72 h it is still present at a concentration of 0.7 µg/ml.

The N-demethylated thiohydantoin (RU 56191) was detected but not quantified; its concentrations at 4, 6 and 24 h were below or equal to 0.05 µg/ml.

The mass spectra of the three metabolites from a plasma extract are shown in Fig. 4 (a, RU 56279; b, RU 56191; c and d, RU 58336). They are in good agreement with those of the reference compounds.

### Pharmacokinetics and metabolism of the hydantoin, RU 58841, in the rat after i.v. administration of 10 mg/kg

*Unchanged RU 58841.* 5 min after injection the plasma concentrations of RU 58841 are of the order of 6 µg/ml, they then decrease rapidly; at 6 h the mean value is 0.015 µg/ml. The experimental AUC (0–6 h) is equal to 3.61 µg/ml × h and the terminal elimination half-life is of the order of 1 h [Fig. 3(b)].

*Principal metabolites (see Fig. 2).* The principal metabolite is the acid (RU 59416) resulting from oxidation of the primary alcohol function on the butyl side-chain. It is present from the first sampling time (5 min) at concentrations higher than those of RU 58841 (around 9 µg/ml). They continue to rise up to 2 h (mean value 32 µg/ml) then decrease. At 24 h it is no longer detectable.

The N-desalkyl metabolite (RU 56279) appears later. It is only detected after 4 h and shows a maximum at 6 h (mean value 0.125 µg/ml). At 24 h its



**Fig. 3.** Plasma concentration–time curves of parent compound and metabolites after i.v. administration of 10 mg/kg of RU 56187 (left) or RU 58841 (right). Each point represents the mean ± SEM of 4 animals.

ATTORNEY'S EYES ONLY

UC-CVJ00007566

**TX 67.0054**



Fig. 4. Mass spectra of RU 56187 metabolites in a plasma extract: (a) RU 56279; (b) RU 56191 (both by thermospray ionisation, mode (−)); (c) RU 58836 (thermospray ionisation, mode (+)); (d) RU 58836 (thermospray discharge, mode (−)).

ATTORNEY'S EYES ONLY

UC-CVJ00007567

TX 67.0055

D. Cousty-Berlin *et al.*



Fig. 5. Mass spectra of RU 58841 metabolites in a plasma extract (thermospray ionisation, mode (—)): (a) RU 56279; (b) RU 59416.



Fig. 6. Plasma concentration–time curves of RU 56279 or RU 59416 after i.v. administration of 10 mg/kg of RU 56279 or RU 59416. Each point represents the mean ± SEM of 4 animals.

concentration is about 4 times lower (0.03 $\mu$g/ml) and it is no longer detected at 48 h.

Fig. 5 represents the mass spectra of the two metabolites from a plasma extract, which are in good agreement with those of the reference compounds (a, RU 56279; b, RU 59416).

*Quantification of the fraction of the common N-desalkyl-hydantoin metabolite (RU 56279) formed from RU 58841 or RU 56187*

The proportion of metabolite (RU 56279) formed from RU 58841 or RU 56187 was determined by comparison of the AUCs obtained after administration of the two parent compounds or of RU 56279 itself [4].

*I.v. administration of RU 56279 (10 mg/kg).* The curve corresponding to the mean concentrations is shown in Fig. 6. The experimental AUC, from 0 to 72 h, is equal to 230.0 $\mu$g/ml × h and the terminal elimination half-life is of the order of 20 h.

After i.v. administration of RU 56187, the experimental AUC corresponding to RU 56279 is equal to 176.4 $\mu$g/ml × h; therefore, the proportion of metabolite formed, given by the ratio of the AUC of RU 56279 after administration of RU 56187 and the AUC of RU 56279 after administration of the metabolite itself, is equal to 77% (taking into account the difference in M.W.).

After i.v. administration of RU 58841 (10 mg/kg), the experimental AUC corresponding to RU 56279 is of the order of 2.26 $\mu$g/ml × h, thus, the proportion of metabolite formed, calculated in the same way, is about 1%.

*Quantification of the fraction of acid metabolite (RU 59416) formed after administration of RU 58841*

*I.v. administration of RU 59416 (10 mg/kg).* The curve corresponding to the mean concentrations is shown in Fig. 6. The experimental AUC from 0 to 24 h, is equal to 190 $\mu$g/ml × h and the terminal elimination

ATTORNEY'S EYES ONLY

UC-CVJ00007568

TX 67.0056

half-life is of the order of 2 h (the latter was determined approximately using only the 3 points at 4, 6 and 24 h, since the concentrations decrease very rapidly between 6 and 24 h).

The proportion of metabolite RU 59416 formed from RU 58841, given by the AUC ratios as above, is 93%.

### Pharmacokinetics and metabolism of RU 56187 and RU 58841, in the rat after cutaneous administration of 10 mg/kg

Limited curves of the parent compounds and of their principal metabolites, at the same dose of 10 mg/kg, are shown in Fig. 7. Following cutaneous application of RU 56187, plasma concentrations were determined at 4, 6 and 24 h. Unchanged compound was recovered at all 3 times at very low concentrations (maximum equal to $0.014\ \mu g/ml$ after 6 h); RU 56279 reached concentrations equal to $1\ \mu g/ml$ after 24 h; RU 58336 was not detected. For RU 58841 and its metabolites, assays were only performed 6 and 24 h after cutaneous application: the parent compound was quantified only at 6 h (mean concentrations equal to $0.012\ \mu g/ml$); RU 56279 concentrations at 6 h are about half those obtained after i.v. administration; RU 59416 was only detected at 6 h, at concentrations equal to $1\ \mu g/ml$.

### Antiandrogenic activity of RU 56187 and its metabolites by oral route

The oral activity of RU 56187 was compared with that of its metabolites RU 56279 and 59416 characterized after i.v. administration. Castration leads to a strong decrease in sex organ weight which is prevented by TP. After a chronic treatment at a dose of 1 mg/kg, RU 56187 induced 61 and 78% decreases in prostate



**Table 1.** *Oral antiandrogenic activity of RU 56187 and its metabolites administered at 1 mg/kg, with respect to prostate and seminal vesical weights*

| | Prostate weight (mg) | Seminal vesicle weight (mg) |
|---|---|---|
| Castrated animals | $19.9 \pm 1.6$ | $13.8 \pm 1.8$ |
| Castrated + TP | $160.1 \pm 7.3$ | $178.7 \pm 9.6$ |
| Castrated + TP + RU 56187 | $74.0 \pm 9.0*$ | $49.3 \pm 9.5*$ |
| Castrated + TP + RU 56191 | $52.3 \pm 3.4*$ | $19.6 \pm 3.1*$ |
| Castrated + TP + RU 56279 | $80.7 \pm 6.1*$ | $33.0 \pm 2.2*$ |
| Castrated + TP + RU 58336 | $83.6 \pm 6.9*$ | $31.1 \pm 4.2*$ |

Each value represents the mean of 5 animals $\pm$ SEM. *$P < 0.01$, using Dunnett's test, indicates a significant difference between the groups.

and seminal vesicle weights respectively compared with castrated animals supplemented with TP. Concerning RU 56191, 56279 and 58336, their administration reduces prostate weights by 67, 57 and 53% and seminal vesicle weights by 89, 88 and 86% respectively (Table 1).

### Antiandrogenic activity of RU 58841 and its metabolites by subcutaneous route

The antiandrogenic activity of RU 58841 was compared with that of its metabolites RU 56279 and 59416 identified after i.v. administration. After chronic treatment at a dose of 1 mg/kg, RU 58841 and 59416 did not induce any significant decreases in prostate or seminal vesicle weights. On the contrary, RU 56279 caused a strong decrease in these parameters, with reductions in prostate and seminal vesicle weights of 76 and 94%, respectively (Table 2).

## DISCUSSION

Antiandrogens are compounds of potential therapeutic interest for the treatment of either systemic androgen-dependent disorders such as prostate cancer or topical ones such as acne, alopecia or hirsutism [5]. Several non-steroid products (flutamide, Anandron) are available for the treatment of prostate cancer [6, 7]



**Fig. 7. Plasma concentration–time curves of parent compound and metabolites after cutaneous administration of 10 mg/kg of RU 56187 (left) or RU 58841 (right). Each point represents the mean ± SEM of 4 animals.**

— RU 56187   —○— RU 56279   —●— RU 58841   —△— RU 59416

**Table 2.** *Subcutaneous antiandrogenic activity of RU 58841 and its metabolites administered at 1 mg/kg, with respect to prostate and seminal vesicle weights*

| | Prostate weight (mg) | Seminal vesicle weight (mg) |
|---|---|---|
| Castrated animals | $17.7 \pm 1.2$ | $11.0 \pm 0.6$ |
| Castrated + TP | $169.5 \pm 10.0$ | $156.8 \pm 7.1$ |
| Castrated + TP + RU 58841 | $146.0 \pm 8.9$ | $118.9 \pm 8.4$ |
| Castrated + TP + RU 56279 | $47.8 \pm 6.0*$ | $19.6 \pm 2.1*$ |
| Castrated + TP + RU 59416 | $143.3 \pm 10.3$ | $134.2 \pm 11.4$ |

Each value represents the mean of 5 animals $\pm$ SEM. *$P < 0.01$, using Dunnett's test, indicates a significant difference between the groups.

ATTORNEY'S EYES ONLY

UC-CVJ00007569

TX 67.0057

54                                    D. Cousty-Berlin *et al.*

or in development (Casodex) [8] but at the moment there is no topically acting compound which is devoid of systemic effects. As a result of structure–activity studies, new molecules with dissociated effects have been developed [2].

RU 56187 which shows strong systemic inhibitory activity on accessory sex organ weights (prostate and seminal vesicles) could be used for the treatment of prostate cancer [2]. However, despite an affinity for the androgen receptor *in vitro* about 100 times higher than that of the compounds cited above, it appears to be only 3–10 times more active *in vivo* [2]. RU 58841 on the other hand, which is a powerful topical antiandrogen with respect to the hamster flank organ but with very weak systemic effects, is of interest for the treatment of acne [1]. Its affinity is in good agreement with its pharmacological profile [1].

The metabolism of this series of compounds has not yet been described. That of Anandron, a hydantoin which differs from RU 56187 by the presence of a nitro group on the benzene ring, has been described in man and in various animal species [9, 10], but its metabolites contribute very little to its activity [11]. It therefore seemed of interest to make an initial study of the principal metabolites of RU 56187 and RU 58841, in an attempt to explain their dissociated effects and the difference between the *in vivo* and *in vitro* results observed for RU 56187. Since these compounds have a very short elimination half-life (about 1 h), the difference in their activity on accessory sex organs would not seem to be related to their rate of elimination and could not explain the systemic activity of RU 56187. It could however, be explained by a metabolism product.

After i.v. administration of RU 56187, three metabolites were identified in the plasma: RU 58336 which is formed by oxidation of the thio function, RU 56191 arising from an *N*-demethylation and RU 56279 resulting from both these biotransformations. RU 56279 is the principal metabolite: about 80% of RU 56187 administered is transformed into RU 56279 which is found at relatively high concentrations. Its elimination is slow, the half-life being about 20 h. RU 58336 is present at concentrations of the order of those of RU 56187 but it is rapidly eliminated. RU 56191 was detected but not quantified. Preliminary results (not yet published) have shown that these three compounds display a low affinity for the androgen receptor. Thus, in order to investigate their activities, they were administered orally to castrated rats supplemented with testosterone propionate, an experimental model very sensitive to the systemic activities of antiandrogens [12]. After 2 weeks of treatment, they cause an important reduction in prostate and seminal vesicle weights, equivalent to that induced by RU 56187 itself. Thus the systemic activity of this compound which is not well correlated with its affinity, could be mediated by its metabolites and specially by the most important of them: the *N*-desmethyl hydantoin derivative (RU

56279). This metabolite is found at high concentration in the plasma and it remains there for a long time so, despite a low affinity, it displays a long acting antiandrogenic effect both on prostate and seminal vesicle weights.

As far as RU 58841 is concerned, two principal metabolites have been identified: RU 56279, resulting from *N*-dealkylation and RU 59416, the acid formed by oxidation of the butyl alcohol function. RU 56279 is formed in a very low proportion, representing about 1% of RU 58841 administered, compared with RU 59416, which represents 93%. RU 58841, a topically active compound has little systemic activity. Its metabolites were therefore administered s.c. so as to mimic the complete passage of the compounds through the skin and to measure their effects at the level of the prostate and seminal vesicles. In these conditions, RU 56279 causes an important reduction in prostate and seminal vesicle weights (as after oral administration). RU 59416 on the other hand does not significantly modify these parameters. Furthermore, it displays a very low affinity for the androgen receptor (preliminary results, not yet published). Thus the lack of systemic effects of RU 58841 could be explained by the fact that it is metabolized principally to a compound which is inactive on accessory sex organ weight in the rat.

Thus, the dissociation of the effects RU 56187 and 58841 would therefore seem to be related to the extent of their metabolism and to the proportion of the common *N*-desalkyl metabolite formed.

RU 58841 being at present in clinical development for the local treatment of acne, alopecia and hirsutism, its pharmacokinetics have also been studied after cutaneous administration. The same metabolites were found in the plasma but at concentrations much lower than after i.v. administration. These results showing that RU 58841 is transformed primarily into an inactive metabolite suggest that, provided that its metabolism in man is the same as in the rat, it could be used topically without the risk of affecting accessory sex organ weight.

*Acknowledgement*—The authors are extremely grateful to R. Legrand, from the Physics Department, Roussel Uclaf, for his help in analysing and determining the structures of the metabolites.

### REFERENCES

1. Battmann T., Bonfils A., Branche C., Humbert J., Goubet F., Teutsch G. and Philibert D.: RU 58841, a new specific antiandrogen: a candidate of choice for the treatment of acne, androgenetic alopecia and hirsutism. *J. Steroid Biochem. Molec. Biol.* 48 (1994) 55–60.
2. Teutsch G., Goubet F., Battmann T., Bonfils A., Bouchoux F., Cerede E., Gofflo D., Gaillard-Kelly M. and Philibert D.: New non-steroidal antiandrogens: synthesis and biological profile of high affinity ligands for the androgen receptor. *J. Steroid Biochem. Molec. Biol.* 48 (1994) 111–119.
3. Dunnett C. W.: A multiple comparison procedure for comparing several treatments with a control. *J. Am. Stat. Assoc.* 50 (1955) 1096–1121.

ATTORNEY'S EYES ONLY                                                              UC-CVJ00007570

**TX 67.0058**

4. Weiss M.: Use of metabolite AUC Data in bioavailability studies to discriminate between absorption and first pass extraction. *Clin. Pharmacokinet.* 18 (1990) 419–422.

5. Sciarra F., Toscano G., Concolino G. and Di Silverio F.: Antiandrogens: clinical applications. *J. Steroid Biochem. Molec. Biol.* 37 (1990) 349–362.

6. Neri R., Peets E. and Watnick A.: Anti-androgenicity of Flutamide and its metabolite Sch 16423. *Biochem. Soc. Trans.* 7 (1979) 565–569.

7. Raynaud J. P., Bonne C., Moguilewsky M., Lefebvre F. A., Bélanger A. and Labrie F.: The pure antiandrogen RU 23908 (Anandron), a candidate of choice for the combined antihormonal treatment of prostatic cancer. *The Prostate* 5 (1984) 299–311.

8. Furr B. J. A., Curry V. B., Woodburn J. R., Chesterson R. and Tucker H.: ICI 176, 334: a novel nonsteroidal peripherally selective antiandrogen. *J. Endocr.* 113 (1987) R7–R9.

9. Raynaud J. P., Moguilewsky M., Tournemine C., Pottier J., Coussedière D., Salmon J., Husson J. M., Bertagna C., Tremblay D., Pendyala L., Brisset J. M., Vallancien G., Serment G., Navratil N., Dupont A. and Labrie F.: Pharmacology and clinical studiees with RU 23908 (Anandron). In *Progress in Clinical and Biological Research: Part A Therapeutic Principles in the Management of Metastatic Prostate Cancer. Vol. 185A.* EORTC Genitourinary Group Monograph 2. Edited by F. H. Schroeder and B. Richards. Alan R Liss Inc, NY (1985) 99–120.

10. Creaven P. J., Pendyala L. and Tremblay D.: Pharmacokinetics and metabolism of nilutamide. *Urology (suppl 37)* 2 (1991 13–19.

11. Tournemine C., Coussedière D., Cousty C., Tremblay D. and Pottier J.: Pharmacological activity of four metabolites of Anandron (Abstr. 77). *Eur. J. Cancer Clin. Oncol.* 23 (1987) 1250.

12. Korenchevsky V.: The influence of cryptorchidism and castration on body weight, fat deposition and the sexual and endocrine organs of male rats. *J. Path. Bacteriol.* 33 (1950) 607–636.

ATTORNEY'S EYES ONLY                                                    UC-CVJ00007571

TX 67.0059

0022-3565/03/3043-1323–1333$7.00
THE JOURNAL OF PHARMACOLOGY AND EXPERIMENTAL THERAPEUTICS
Copyright © 2003 by The American Society for Pharmacology and Experimental Therapeutics
JPET 304:1323–1333, 2003

Vol. 304, No. 3
40832/1047710
Printed in U.S.A.

# Pharmacology, Pharmacokinetics, and Metabolism of Acetothiolutamide, a Novel Nonsteroidal Agonist for the Androgen Receptor

DONGHUA YIN, HUIPING XU, YALI HE, LEONID I. KIRKOVSKY, DUANE D. MILLER, and JAMES T. DALTON

Division of Pharmaceutics and Pharmaceutical Chemistry, College of Pharmacy, The Ohio State University, Columbus, Ohio (D.Y., H.X., J.T.D.); and Department of Pharmaceutical Sciences, College of Pharmacy, University of Tennessee, Memphis, Tennessee (Y.H., L.I.K., D.D.M.)

Received June 25, 2002; accepted October 3, 2002

## ABSTRACT

The present study characterized the in vitro androgen receptor (AR) binding affinity, in vitro and in vivo pharmacological activity, and in vivo pharmacokinetics and metabolism of acetothiolutamide, a nonsteroidal AR ligand. AR binding was determined by a competitive binding assay. In vitro AR agonist activity was examined by a cotransfection assay. Acetothiolutamide displayed high AR binding affinity ($K_i = 4.9 \pm 0.2$ nM) and full agonist activity in the in vitro studies. Next, the androgenic, anabolic, and antiandrogenic activity of acetothiolutamide was evaluated in a castrated immature rat model. In this animal model, acetothiolutamide exhibited an overall negligible androgenic effect, but a statistically significant anabolic effect at high subcutaneous doses. Also, acetothiolutamide demonstrated a noticeable antiandrogenic effect in castrated rats supplemented with testosterone propionate. To understand the causes for the observed disparity between in vitro and in vivo activities, pharmacokinetics and metabolism of acetothiolut-

amide were studied in male Sprague-Dawley rats. Acetothiolutamide was rapidly cleared from rat plasma (clearance of about 45 ml/min/kg) in a concentration-independent manner after i.v. dosing. Acetothiolutamide was completely absorbed after subcutaneous administration, but not bioavailable after oral dose. In the metabolism study, the unchanged molecule and its metabolites in urine and fecal samples were detected by high-performance liquid chromatography-mass spectrometry. The structures of major metabolites were elucidated with liquid chromatography-tandem mass spectrometry. After i.v. administration, acetothiolutamide was excreted in urine and feces as unchanged drug and a variety of metabolites. Oxidation, hydrolysis, and sulfate conjugation of phase I metabolites were the major metabolic pathways of acetothiolutamide in rats. Overall, the high plasma clearance of acetothiolutamide, due to its extensive hepatic metabolism, likely contributed to its lack of androgenic activity in vivo.

For decades, steroidal androgens have been used clinically in the treatment of diseases resulting from androgen deficiency (Conway et al., 1988; Wu, 1992; Morley et al., 1993; Nieschlag, 1996). Recently, they have gained attention for their use as hormone replacement therapy of aging men and regulation of male fertility (Conway et al., 1988; Wu, 1992; Morley et al., 1993; Tenover, 1997). Unfortunately, current steroidal androgen preparations, mainly synthesized testosterone and its 17α- and 17β-hydroxyl-modified analogs, have severe limitations, which have compromised their therapeutic success (Wu, 1992). Unmodified testosterone is rapidly

degraded by the liver and thus has a low systemic bioavailability after oral administration and a short duration of action after parenteral doses (Handelsman et al., 1990). Esterification at the 17β-hydroxyl group of testosterone prolongs its duration of action and enables its practical use by intramuscular injection (Snyder and Lawrence, 1980). However, the resulting large variations and fluctuations in plasma testosterone levels are troublesome. On the other hand, 17α-alkylated testosterones undergo reduced hepatic inactivation and can be given orally. However, they often cause unacceptable hepatotoxicity and are less efficacious (Heywood et al., 1977; Ishak and Zimmerman, 1987). In addition, steroidal androgens and some of their in vivo metabolites may cross-react with steroid receptors other than the androgen receptor (AR), and accordingly, produce undesirable effects. Great efforts have been attempting to overcome the drawbacks of androgen preparations. Most studies were focused

This study was supported by grants from the National Institute of Child Health and Human Development (R15 HD-35329), the National Institute of Diabetes and Digestive and Kidney Diseases (R01 DK59800), the St. Francis of Assisi Foundation, and the Harriet S. Van Vleet Professorship in Pharmacy.
Article, publication date, and citation information can be found at http://jpet.aspetjournals.org.
DOI: 10.1124/jpet.102.040832

**ABBREVIATIONS:** AR, androgen receptor; TP, testosterone propionate; HPLC, high-performance liquid chromatography; LOQ, limit of quantitation; LC-MS, liquid chromatography-mass spectrometry; LC-MS/MS, tandem mass spectrometry; AUC, area under the concentration-time curve; CL, clearance; PEG 300, polyethylene glycol 300; ANOVA, analysis of variance.

1323

ATTORNEY'S EYES ONLY

UC-CVJ00007572

TX 67.0060

on new methods or routes of delivery and chemical modification of available steroidal androgens (Wu, 1992). Nevertheless, success has been somewhat limited.

In recent years, there has been growing interest in the development of nonsteroidal modulators for steroid receptors as therapeutic agents. It has been shown that nonsteroidal ligands can achieve better receptor selectivity than their steroidal counterparts (Jones et al., 1996). Moreover, nonsteroidal ligands allow greater flexibility in structural modifications for optimal physicochemical, pharmacokinetic, and pharmacological properties. For the AR, nonsteroidal antagonists (antiandrogens) are now used clinically (McLeod, 1993); however, nonsteroidal agonists (androgens) have just recently been reported by our laboratories as well as others (Dalton et al., 1998; Edwards et al., 1998; Edwards et al., 1999; Hamann et al., 1999; Higuchi et al., 1999; Zhi et al., 1999) and are still in the early stages of drug discovery. Given the advantages of known nonsteroidal modulators of steroid receptors, the discovery of nonsteroidal androgens provides an opportunity for the development of a new generation of androgens with improved clinical therapeutic index.

Our previous studies identified a group of nonsteroidal androgens derived from two known nonsteroidal antiandrogens, bicalutamide (Fig. 1) and hydroxyflutamide (Dalton et al., 1998). Among that group of compounds, $R$-1 (Fig. 1), an $R$-bicalutamide derivative with a thio bridge and a *para*-chloroacetamido substitution in the aromatic B ring, showed the most potent and most efficacious AR agonist activity. Nevertheless, the electrophilic character of the chloroacetamido group in $R$-1 raised a concern that it could potentially alkylate many nucleophilic sites in a cellular context. Although Scatchard analysis of AR binding demonstrated that $R$-1 is a reversible ligand for the AR (Mukherjee et al., 1999), it would be meaningful to further examine the possibility of nonelectrophilic analogs of the lead antiandrogen pharmacophores as AR agonists. Therefore, we designed and synthesized acetothiolutamide (Fig. 1), a ligand with an acetamido functional group attached to the aromatic B ring. In this article, we report the results of in vitro characterization, as well as the in vivo pharmacological activity, pharmacokinetics, and metabolism of acetothiolutamide in rats.

## Materials and Methods

**Chemicals.** Acetothiolutamide, $R$-bicalutamide, and $R$-iodo-bicalutamide were synthesized in our laboratories as described previ-

ously (Mukherjee et al., 1999; Kirkovsky et al., 2000). The purities of synthesized compounds were confirmed by elemental analysis and mass spectrometry. [17α-methyl-$^3$H]Mibolerone ([$^3$H]mibolerone, 83.5 Ci/mmol) and unlabeled mibolerone were purchased from PerkinElmer Life Sciences (Boston, MA). Triamcinolone acetonide, phenylmethylsulfonyl fluoride, Tris base, sodium molybdate, dithiothreitol, dihydrotestosterone, testosterone propionate (TP), and polyethylene glycol 300 (PEG 300, reagent grade) were purchased from Sigma-Aldrich (St. Louis, MO). Hydroxyapatite was purchased from Bio-Rad Laboratories (Hercules, CA). EcoLite (+) scintillation cocktail was purchased from ICN Pharmaceuticals (Costa Mesa, CA). Minimal essential medium, Dulbecco's modified Eagle's medium, penicillin-streptomycin, trypsin-EDTA, and LipofectAMINE reagent were purchased from Invitrogen (Carlsbad, CA). Fetal bovine serum was purchased from Atlanta Biologicals (Norcross, GA). HPLC grade acetonitrile and ethyl acetate were purchased from Fisher Scientific Co. (Fair Lawn, NJ). Ethyl alcohol USP was purchased from AAPER Alcohol and Chemical Company (Shelbyville, KY).

**Animals.** Male Sprague-Dawley rats were purchased from Harlan (Indianapolis, IN). The animals were maintained on a 12-h light/dark cycle with food and water available ad libitum. All animal studies were reviewed and approved by the Animal Care and Use Committee of the University of Tennessee and conformed to the Principles of Laboratory Animal Care (National Institutes of Health publication 85-23, revised 1985).

**In Vitro AR Binding and Transcriptional Activation.** Cytosolic AR was prepared from ventral prostates of castrated male Sprague-Dawley rats (about 250 g). The binding affinity of acetothiolutamide to the AR preparation was determined and analyzed as described previously (Mukherjee et al., 1996, 1999).

The ability of acetothiolutamide to influence AR-mediated transcriptional activation was examined using a cotransfection system, as described previously (Yin et al., 2003). Briefly, monkey kidney CV-1 cells (American Type Culture Collection, Manassas, VA) were seeded into 12-well tissue culture plates at a density of $2 \times 10^5$ cells/well and transiently transfected with 50 ng of a human AR expression construct (pCMVhAR; generously provided by Dr. Donald J. Tindall, Mayo Clinic and Mayo Foundation, Rochester, MN), 1 μg of an androgen-dependent luciferase reporter construct (pMMTV-Luc; generously provided by Dr. Ronald Evans, The Salk Institute, San Diego, CA), and 1 μg of a β-galactosidase expression construct (pSV-β-galactosidase; Promega, Madison, WI) for constitutive expression of β-galactosidase using LipofectAMINE. Cells were treated with increasing concentrations of acetothiolutamide, 1 nM dihydrotestosterone, or vehicle for 48 h. The concentrations of acetothiolutamide tested were 1, 10, 100, and 500 nM. After treatment, the cells were lysed. Cell lysates were then harvested and used for the β-galactosidase assay and luciferase assay. The luciferase activity was normalized according to the measured β-galactosidase activity, as described previously (Dalton et al., 1998). To measure any AR-independent effect, a parallel experiment was included in which cells cotransfected with pMMTV-Luc and pSV-β-galactosidase only were treated with 500 nM acetothiolutamide.

**Assay for Pharmacological Activity of Acetothiolutamide in Rats.** Immature male Sprague-Dawley rats weighing 110 to 130 g were randomly distributed into 11 groups of five animals. One day before the treatments, groups 1 through 10 were castrated via an abdominal incision under anesthesia. Group 11 served as an intact (i.e., noncastrated) control. All drugs given to animals were freshly prepared as solutions in PEG 300. For anabolic-androgenic assays, groups 1 to 4 of castrated animals received TP (100 μg/day) or acetothiolutamide (100, 300, or 1000 μg/day), respectively, by subdermal placement of Alzet osmotic pumps (model 2002; Alza, Palo Alto, CA). Group 5 received daily oral doses of acetothiolutamide (1000 μg/day as a suspension in honey) by gavage to assess the feasibility of oral dosing. For antiandrogenic assays, groups 6 through 9 received TP (100 μg/day) by subdermal implantation of Alzet osmotic pumps. Simultaneously, they received 300 μg/day of



**Fig. 1.** Chemical structures for ligand $R$-1, $R$-bicalutamide, and acetothiolutamide. Aromatic rings are designated as A and B as shown.

| | X | R |
|---|---|---|
| R-bicalutamide | SO$_2$ | F |
| R-1 | S | NHCOCH$_2$Cl |
| Acetothiolutamide | S | NHCOCH$_3$ |

ATTORNEY'S EYES ONLY

UC-CVJ00007573

TX 67.0061

$R$-bicalutamide and 100, 300, or 1000 $\mu$g/day of acetothiolutamide, respectively, via separate osmotic pumps. Animals in group 10 were implanted with one or two osmotic pumps filled with PEG 300 only.

Two weeks after initiation of the treatment, rats were sacrificed. Plasma samples were collected and stored at $-20$°C. Osmotic pumps were removed, and the residual amount of drug solution in each pump was measured to check for correct pump operation. The ventral prostates, seminal vesicles, and levator ani muscle were removed, cleared of extraneous tissue, and weighed. All organ weights were normalized to body weight. The weights of ventral prostates and seminal vesicles were used as indexes for evaluation of androgenic or antiandrogenic activity, and the levator ani muscle weight was used to evaluate the anabolic activity (Saksena and Chaudhury, 1970; Steinetz et al., 1971).

**Pharmacokinetic Studies.** The pharmacokinetics of acetothiolutamide was determined in male Sprague-Dawley rats weighing approximately 250 g after an intravenous dose at 5 or 10 mg/kg body weight, or a subcutaneous or oral dose at 10 mg/kg body weight. Animals for the intravenous study were catheterized in the right external jugular vein and femoral vein and allowed to recover for 24 h. The compound was dissolved in PEG 300 and injected as a bolus dose via the femoral vein cannula. Blood samples (200–300 $\mu$l) were collected via the external jugular vein immediately before and at 3, 5, 10, 30, 60, 90, 120, 180, and 240 min after the dose. In the subcutaneous and oral studies, animals were catheterized in the right external jugular and allowed to recover for 24 h. The compound was dissolved in PEG 300 and injected subcutaneously or administered orally by gavage. Blood samples (200–300 $\mu$l) were collected via the external jugular vein immediately before and at 10, 20, 30, 60, 90, 120, 180, 240, and 360 min after the dose. In all experiments, blood samples were centrifuged immediately at 2000$g$, 4°C for 10 min, and plasma fractions were harvested and stored at $-20$°C until analysis.

**HPLC Analysis.** Aliquots of plasma (100–180 $\mu$l) from the pharmacokinetic study were mixed with an internal standard ($R$-iodo-bicalutamide) and mixed with 2 volumes of acetonitrile. After centrifugation at 2000$g$, 4°C for 5 min, the supernatants were adjusted to 1 ml with 0.05 M pH 7.0 phosphate buffer and extracted with 6 ml of ethyl acetate. The organic phase was then evaporated, and the residues were reconstituted in 200 $\mu$l of mobile phase. An aliquot of each sample was injected to a Nova-pak C18 column (3.9 $\times$ 150 mm, 4-$\mu$m particle size; Waters, Milford, MA), and eluted with mobile phase containing acetonitrile/water [60:40 (v/v)] at a flow rate of 1.0 ml/min. The UV absorbance of the eluents was monitored at 270 nm. The HPLC system consisted of a model 510 solvent pump (Waters), a model 717 autosampler (Waters), and an SP8480 XR detector (Spectra-Physics, San Jose, CA). Specificity for acetothiolutamide detection in plasma samples was confirmed by the lack of coelution in the compound peak and the identical full-range UV spectrum to that of the pure compound, as determined in separate analyses of several plasma samples from the pharmacokinetic study using a photodiode array detector (model 996; Waters) connected to a model 2690 separations module (Waters). Calibration standards were prepared in drug-free rat plasma with acetothiolutamide concentrations ranging from 0.4 to 100 $\mu$g/ml. The recoveries of the compound over the calibration range were from 84.2 to 102.0%. The intra- and inter-day coefficients of variation of the assay were 7.2 and 10.0%, respectively, at 0.4 $\mu$g/ml (limit of quantitation, LOQ), and 5.5 and 4.2%, respectively, at 100 $\mu$g/ml.

**Rat Plasma Protein Binding.** The binding of acetothiolutamide to rat plasma proteins was determined by an ultrafiltration method using a MPS micropartition device with YMT membrane (Amicon, Beverly, MA). Acetothiolutamide (final concentrations 4 and 20 $\mu$g/ml) was added to plasma collected from Sprague-Dawley rats (the final mixture contains 99% plasma) and incubated at 25°C (room temperature) for at least 30 min before centrifugation at 1200$g$, 25°C for 15 min. $R$-Iodo-bicalutamide, the internal standard, was added to aliquots of the ultrafiltrate and analyzed for acetothiolutamide con-

centration using the HPLC method described above. The adsorption of acetothiolutamide to the filtration device and membrane over the concentration range of 0.4 to 40 $\mu$g/ml was determined by comparison of acetothiolutamide concentrations in deionized water before and after centrifugation in the filtration device at 1200$g$, 25°C for 3 min.

**Metabolism Studies.** Adult male Sprague-Dawley rats, weighing approximately 250 g, were catheterized in the right external jugular vein and housed in metabolism cages. Before dosing, urine and feces were collected for 24 h. The rats were then given acetothiolutamide via the jugular catheter at a dose of 50 mg/kg. Urine and fecal samples were collected at 24-h intervals for up to 48 h after the dose. The animals were transferred to new cages at the end of each collection interval. All samples were stored frozen at $-20$°C until analysis.

Before analysis, urine samples were thawed and centrifuged. An aliquot (10 ml) of supernatant from each collection interval was extracted with the same volume of ethyl acetate. The extraction procedure was repeated four times. The combined organic phase and the aqueous phase were evaporated separately to dryness under reduced pressure. The residues were reconstituted in a mobile phase of acetonitrile/H$_2$O [60:40 (v/v)], and the solution was filtered through a membrane filter (0.45 $\mu$m; Millipore Corporation). The filtrate was applied to liquid chromatography-mass spectrometry (LC-MS) and tandem mass spectrometry (LC-MS/MS) analyses, as described below.

Fecal samples (6.0–10.5 g) were homogenized with a mechanical homogenizer after adding 10 ml of distilled water. The homogenates were extracted three times with a mixture of methanol/ethyl acetate [2:1 (v/v)]. The liquid phase after each extraction was combined and evaporated under reduced pressure. The resulting semisolid residues were then well mixed with methanol, and an aliquot (300 $\mu$l) of each methanol extract was filtered through a membrane filter, followed by LC-MS and LC-MS/MS analyses.

**LC-MS and LC-MS/MS Analyses.** LC-MS and LC-MS/MS were performed with a Bruker-Hewlett Packard Esquire-LC system, which consisted of a 1100 HPLC (Hewlett Packard, Palo Alto, CA) coupled to a Bruker mass spectrometer with electrospray interface. Data acquisition was controlled by ChemStation software (Hewlett Packard). An aliquot (20 $\mu$l) of each sample was injected onto a Nova-pak C18 column (3.9 mm i.d. $\times$ 150 mm length, 4-$\mu$m particle size; Waters) and eluted with a mobile phase of acetonitrile/H$_2$O [60:40 (v/v)] at a flow rate of 0.5 ml/min. After detection of the UV absorbance at 270 nm, the column effluent was introduced into the electrospray interface that was set at the following conditions: nebulizer (nitrogen) pressure 70 psi, drying gas (nitrogen) flow 12 l/min, drying temperature 365°C, capillary voltage 4000 V, endplate offset $-500$ V, capillary exit offset $-73.5$ V, skim 1 voltage $-20$ V, skim 2 voltage $-5$ V, and trap drive 52 V. All samples were analyzed in the negative ion mode. For full-scan mass spectrometry analysis, the scan range was 100 to 1,500 $m/z$. For MS/MS analysis, selected precursor ions were isolated with a width of 4 $m/z$ and fragmented with a fragmentation amplitude at 1.25 V. All mass spectrometry data were processed using the Esquire-LC data analysis software.

**Data Analyses.** The plasma concentration-time data were analyzed by noncompartmental methods using WinNonlin (version 3.1; Pharsight, Mountain View, CA). The area under the plasma concentration-time curve (AUC) was calculated by the trapezoidal rule with extrapolation to time infinity. The terminal elimination half-life ($t_{1/2}$) was calculated from $t_{1/2} = 0.693/\lambda$, where $\lambda$ was the terminal elimination rate constant. The plasma clearance (CL) was calculated as CL $=$ Dose$_{i.v.}$/AUC$_{0-\infty, i.v.}$, where Dose$_{i.v.}$ and AUC$_{0-\infty, i.v.}$ are the i.v. dose and the corresponding area under the curve from time 0 to infinity, respectively. The apparent volume of distribution at equilibrium ($V_{ss}$) was calculated using the method of Benet and Galeazzi (1979). Subcutaneous bioavailability ($F_{s.c.}$) was calculated as follows:

$$F_{sc} = (\text{AUC}_{0-\infty, s.c.} \cdot \text{Dose}_{i.v.})/(\text{AUC}_{0-\infty, i.v.} \cdot \text{Dose}_{s.c.})$$

ATTORNEY'S EYES ONLY

UC-CVJ00007574

**TX 67.0062**

1326    Yin et al.

where $Dose_{s.c.}$ and $AUC_{0-\infty, s.c.}$ were the mean subcutaneous dose and the corresponding mean area under the curve from time 0 to infinity, respectively.

The percentage of acetothiolutamide bound to plasma protein (PB%) was calculated as follows:

$$PB\% = (1 - A_{free}/(A_{total} - A_{adsorption})) \cdot 100$$

where $A_{total}$ and $A_{free}$ were the amount of total acetothiolutamide and free acetothiolutamide at equilibrium, respectively, in the volume of filtered plasma (0.5 ml), and $A_{adsorption}$ was the amount of acetothiolutamide adsorbed to the filtration device and membrane.

All statistical analyses were carried out by single-factor ANOVA. The $\alpha$ value was set a priori at $p < 0.05$.

## Results

### In Vitro AR Binding Affinity and Transcriptional Activation

Acetothiolutamide competitively displaced [$^3$H]mibolerone from the AR binding site with a mean $K_i$ value of $4.9 \pm 0.2$ nM. As previously reported, the $K_i$ value of $R$-bicalutamide, a close structural analog and clinically antiandrogen, was $11.0 \pm 1.5$ nM (Mukherjee et al., 1996). Thus, acetothiolutamide exhibited a higher AR binding affinity than $R$-bicalutamide.

Acetothiolutamide induced AR-mediated transcriptional activation in a concentration-dependent manner. Acetothiolutamide concentrations of 1, 10, 100, and 500 nM induced 4, 50, 73, and 70%, respectively, of the transcriptional activation induced by 1 nM dihydrotestosterone. Control experiments using vehicle only showed no transcriptional activation. The activity of acetothiolutamide was mediated by the AR, because 500 nM acetothiolutamide had no effect on reporter gene expression in the absence of the AR expression plasmid. These results clearly demonstrate that acetothiolutamide functions as an AR agonist in the mammalian cell context. Although less potent than dihydrotestosterone, acetothiolutamide showed an efficacy of transcription activation comparable with dihydrotestosterone.

### Evaluation of Pharmacological Activities of Acetothiolutamide in Rats

The identification of acetothiolutamide as an AR agonist by in vitro experiments prompted us to evaluate its pharmacological activity in animals. Consequently, the androgenic, anabolic, and antiandrogenic activity of acetothiolutamide was tested in a castrated immature rat model after 14 days of administration. Preliminary experiments showed that acetothiolutamide was stable in PEG 300 at 37°C for at least 14 days (data not shown). Performance of osmotic pumps was validated from parallel androgen and antiandrogen control experiments, as well as volumes of residual drug solution at the end of delivery.

The results of the androgenic and anabolic assay are shown in Fig. 2A. Consistent with previous literature reports (Saksena and Chaudhury, 1970; Teutsch et al., 1994; Battmann et al., 1998), castration resulted in a significant reduction in the weights of ventral prostate, seminal vesicles, and levator ani muscle in rats. A subcutaneous dose of TP at 100 $\mu$g/day increased the weights of ventral prostate, seminal vesicles, and levator ani muscle in castrated animals by 15.4-, 9.3-, and 2.5-fold, respectively. Acetothiolutamide caused a small but statistically significant increase in the weight of prostates after the tested subcutaneous and oral doses. However,





**Fig. 2.** Assay for androgenic, anabolic, and antiandrogenic activity of acetothiolutamide in castrated immature rats. A, androgenic and anabolic activity of acetothiolutamide. One day after castration, immature rats received either 100 $\mu$g/day of TP or the indicated dose rate of acetothiolutamide via Alzet osmotic pumps for 14 days. All weights were corrected for 100 g of body weight and converted to the percentage of the weights in the intact control group. Values represent mean $\pm$ standard deviation ($n = 5$/group). "I" and "C" above the error bar indicate a significant difference from intact control group and castrated control group, respectively, as tested by single-factor ANOVA ($p < 0.05$). B, antiandrogenic activity of acetothiolutamide. One day after castration, immature rats received 100 $\mu$g/day of TP alone or in combination with 300 $\mu$g/day of $R$-bicalutamide, or the indicated dose rate of acetothiolutamide, via separate Alzet osmotic pumps for 14 days. All weights were corrected for 100 g of body weight and converted to the percentage of the weights in the intact control group. Values represent mean $\pm$ standard deviation ($n = 5$/group). I, C, and T above the error bar indicate a significant difference from intact control group, castrated control group, and TP 100 $\mu$g/day group, respectively, as tested by single-factor ANOVA ($p < 0.05$).

this statistical significance is not likely to convey any pharmacological meaning based on the magnitude of the effect. The fact that acetothiolutamide had no effect on the weight of

ATTORNEY'S EYES ONLY

seminal vesicles further indicated a lack of androgenic activity of acetothiolutamide in this rat model. Acetothiolutamide significantly increased the weight of levator ani muscle in castrated rats at higher subcutaneous dose rates (300 and 1000 µg/day), suggesting possible anabolic activity. Again, this effect was much smaller than that observed with TP treatment. In contrast, no effect on the muscle weight was observed after a high oral dose of acetothiolutamide. In the antiandrogenic assay, $R$-bicalutamide at 300 µg/day repressed TP-induced increases in prostate, seminal vesicle, and levator ani muscle weights by 78, 79, and 50%, respectively (Fig. 2B). Surprisingly, acetothiolutamide was able to partly offset the TP-induced increase in prostate weight in a dose-dependent manner and noticeably antagonize the effects of TP on weights of seminal vesicles and levator ani muscle.

### Pharmacokinetics of Acetothiolutamide in Rats

One of the possible explanations for the observed inconsistency between the in vitro and in vivo functional activity of acetothiolutamide was that the plasma concentrations of acetothiolutamide in animals were insufficient to produce a significant degree of androgenic activity. Low subcutaneous bioavailability and/or a high plasma drug clearance could result in low plasma drug concentrations. To examine this possibility, the pharmacokinetics of acetothiolutamide was characterized after i.v. and subcutaneous administration to male rats.

After single i.v. bolus doses at 5 and 10 mg/kg, the plasma concentrations of acetothiolutamide declined rapidly in an apparent biexponential manner and were below the LOQ after 60 and 90 min, respectively (Fig. 3). The half-lives were short (about 26 min at both dose levels), apparently due to its high plasma clearance (Table 1). No statistically significant difference in $t_{1/2}$, mean residence time, CL, or $V_{ss}$ was found between 5- and 10-mg/kg dose levels, suggesting that acetothiolutamide demonstrated linear pharmacokinetics over the i.v. dose range examined.

After subcutaneous dosing at 10 mg/kg, the plasma concentrations of acetothiolutamide increased gradually with a mean $C_{max}$ (± standard deviation) of $1.58 \pm 0.58$ µg/ml observed at $105 \pm 17$ min ($T_{max}$) and then declined monoex-



**Fig. 3.** Mean plasma concentration-time profiles of acetothiolutamide in male rats. Each data point represents the mean ± standard deviation of four (10 mg/kg s.c.) or five (5 and 10 mg/kg i.v.) rats.

TABLE 1

Mean pharmacokinetic parameters of acetothiolutamide in male rats after intravenous and subcutaneous administration

Values represent mean ± S.D.

| Parameter | i.v. | | Subcutaneous |
| --- | --- | --- | --- |
| | 5 mg/kg ($n = 5$) | 10 mg/kg ($n = 5$)[a] | 10 mg/kg ($n = 4$) |
| AUC$_{0-\infty}$ (µg · min/ml) | 131 ± 70 | 229 ± 54 | 298 ± 61 |
| AUMC$_{0-\infty}$ (µg · min²/ml) | 3800 ± 2160 | 7430 ± 2200 | 51400 ± 14300 |
| $t_{1/2}$ (min) | 25.5 ± 10.5 | 26.4 ± 7.0 | 86.6 ± 40.0[b] |
| MRT (min) | 32.2 ± 18.0 | 33.2 ± 10.0 | 174 ± 42 |
| CL (ml/min/kg) | 46.3 ± 20.4 | 45.4 ± 9.7 | |
| $V_{ss}$ (l/kg) | 1.68 ± 0.81 | 1.78 ± 0.78 | |
| $F_{s.c.}$ (%) | | | 100 |

MRT, mean residence time.
[a] Not significantly different from the 5 mg/kg dose group in $t_{1/2}$, MRT, CL, or $V_{ss}$, as tested by single factor ANOVA ($\alpha = 0.05$).
[b] Significantly different from $t_{1/2}$ after i.v. administration of 10 mg/kg ($p < 0.05$).

ponentially with a $t_{1/2}$ of 86.6 min (Fig. 3; Table 1). This $t_{1/2}$ was significantly longer than those measured after i.v. doses ($p < 0.001$), indicating a "flip-flop" characteristic of acetothiolutamide absorption after subcutaneous dosing. The AUC of acetothiolutamide after subcutaneous dosing ($298 \pm 61$ µg · min/ml) was not significantly different ($p = 0.12$) from that observed after intravenous dosing ($229 \pm 54$ µg · min/ml), indicating that subcutaneous absorption of the compound was complete and justifying subcutaneous dosing as a viable route of administration for examination of the pharmacological activity of acetothiolutamide in rats.

The pharmacokinetics of acetothiolutamide after a single oral dose was also examined to determine its oral bioavailability. After a 10-mg/kg oral dose, the plasma concentrations of acetothiolutamide were below the LOQ. Hence, acetothiolutamide was not bioavailable after oral dosing, suggesting rapid hepatic and/or gastrointestinal metabolism and/or poor absorption from the gastrointestinal tract.

### Plasma Protein Binding

Acetothiolutamide was highly bound (>90%) to rat plasma proteins. The percentage bound was independent of acetothiolutamide concentration over the range from 4 to 20 µg/ml, with $91.9 \pm 0.5$ and $91.8 \pm 1.2\%$, respectively, of the drug bound to plasma proteins at these concentrations.

### Metabolism of Acetothiolutamide in Rats

Metabolite profiles of acetothiolutamide in the urine and feces of rats after a high i.v. dose of acetothiolutamide were generated by electrospray ionization-mass spectrometry analysis of the samples, after a low-resolution separation by reversed phase HPLC. For urine samples, the organic solvent extract and the aqueous fraction after extraction were both analyzed. For fecal samples, the extracted fecal homogenate was analyzed. The mass spectra of postdose samples were compared with those of blank samples obtained before drug administration to identify drug-related components. Molecular ions of interest were then subjected to LC-MS/MS analysis for structural elucidation.

**Profiling and Identification of 0- to 24-h Urinary Metabolites.** Fig. 4A shows the negative ion mass spectrum of the organic extract of the 0- to 24-h urine sample. In addition to the molecular ion (i.e., the $[M - H]^-$ deprotonated molecular anion) corresponding to the parent compound ($m/z$ 436), five metabolite ions were detected at $m/z$ 452, 468, 484,

ATTORNEY'S EYES ONLY

UC-CVJ00007576

TX 67.0064

1328    Yin et al.



**Fig. 4.** Metabolite profiles of acetothiolutamide in urine and feces after intravenous administration to a rat. A and B, negative ion mass spectra of the organic extract of urine samples collected at 0 to 24 h and 24 to 48 h postdose, respectively. C and D, negative ion mass spectra of the organic extract of fecal samples collected at 0 to 24 h and 24 to 48 h postdose, respectively.

522, and 548, respectively. The molecular ion at $m/z$ 452 represented the base peak in the spectrum, whereas molecular ions at $m/z$ 484, 522, and 548 had a relative ion abundance of less than 20%. All drug-related molecular ions were subsequently characterized by LC-MS/MS.

*Molecular ion at $m/z$ 436 ([M − H]⁻ of the parent compound).* The theoretical mass of the parent compound is 437. As shown in Table 2, the corresponding [M − H]⁻ ion yielded prominent fragment ions at $m/z$ 418, 269, 250, 222, 213, 185, and 166. The fragment ion at $m/z$ 418 corresponded to the loss of a $H_2O$ molecule from the [M − H]⁻ ion, presumably by

eliminating the tertiary hydroxy group of the parent compound and forming a double bond between the chiral carbon and the methylene carbon to increase the resonance stability. The overall fragmentation pattern confirmed that the ion at $m/z$ 436 was the deprotonated molecular anion [M − H]⁻ of the parent compound.

*Molecular ion at $m/z$ 452 ([M − H]⁻ of mono-oxidized acetothiolutamides).* This [M − H]⁻ ion was 16 Da greater than that of the parent compound and corresponded to the addition of an oxygen atom (Table 2). There are three possible ways to add an oxygen atom to acetothiolutamide: 1)

ATTORNEY'S EYES ONLY

UC-CVJ00007577

TX 67.0065

**TABLE 2**

Product ions of acetothiolutamide and its metabolites

| Molecular Ions [M-H]⁻ | Product Ions Observed (m/z Values) | Assigned Structure and Proposed Fragmentation Pattern |
| --- | --- | --- |
| 436 (Acetothiolutamide) | 436ᵃ, 418, 355, 288, 269, 250, 222, 213, 191, 185, 166 | |
| 452 (Acetothiolutamide + O) | 452ᵃ, 434, 410, 294, 269, 267, 255, 212 | |
| 468 (Acetothiolutamide + 2O) | 468, 450, 318, 282, 255ᵃ, 212 | |
| 484 (Acetothiolutamide + 3O) | 466, 298, 271, 255ᵃ, 212, 185, 184 | |
| 522 | 522, 504, 442ᵃ, 294, 255, 212 | |
| 548 | 548, 468ᵃ, 450, 318, 287, 277, 255 | |
| 426 | 408, 345, 277, 255ᵃ, 212, 201, 185 | |
| 490 | 491ᵃ, 490, 472, 451, 410, 394, 304, 285, 276, 255, 225, 201, 185 | |
| 564 | 564, 546, 519, 504, 484, 452ᵃ, 428, 271, 255 | |

ᵃ Denotes a base peak in the product ion mass spectrum.

hydroxylation of the aromatic A-ring, 2) oxidation of the sulfur linkage to form a sulfoxide, or 3) hydroxylation of the aromatic B-ring. The presence of fragment ions at m/z 269, 255, and 212 and the absence of their corresponding oxidized ions in the product ion mass spectrum demonstrated that oxidation did not occur in either the sulfur or the A-ring. However, the fragmentation results provided no further information to definitively assign the oxygen atom to either the sulfur or the B-ring. The observation of two closely eluting peaks with the same ion at m/z 452 in the LC-MS profile (data not shown) and information from metabolites with multiple oxidizations (e.g., the detection of triple-oxidized acetothiolutamide) suggested that the sulfoxide metabolite and the B-ring-hydroxylated

metabolite were present in urine. Nevertheless, for the hydroxylated metabolite, the hydroxylation position in B-ring was uncertain.

*Molecular ion at m/z 468 ([M − H]⁻ of double-oxidized acetothiolutamides).* This [M − H]⁻ ion corresponded to the addition of two oxygen atoms to the parent compound (Table 2). The fragment ions at m/z 255 and 212 suggested that no oxidation occurred within the aromatic A-ring. There are at least two structural possibilities to yield this molecule ion: one is the sulfone metabolite (two oxygen atoms are added to the sulfur linkage), and the other is the sulfoxide metabolite with a hydroxylated B-ring (one oxygen atom is added to the sulfur linkage, and the other oxygen atom is added to the

ATTORNEY'S EYES ONLY

UC-CVJ00007578

TX 67.0066

B-ring). The fragment ion at $m/z$ 318 (weak) confirmed the formation of the latter metabolite (the sulfoxide metabolite with a hydroxylated B-ring) in urine. However, the formation of the sulfone metabolite could not be excluded.

*Molecular ion at $m/z$ 484 ([M − H]⁻ of triple-oxidized acetothiolutamide).* This [M − H]⁻ ion corresponds to the addition of three oxygen atoms to the parent compound (Table 2). No deprotonated molecular ion [M − H]⁻ was observed in the product ion mass spectrum. The fragment ion at $m/z$ 466 resulted from the loss of a H₂O molecule from the molecular ion. The fragment ions at $m/z$ 255, 212 (weak), and 185 suggested that there was no oxidation in the aromatic A-ring; those data confirmed the observations with the mono- and double-oxidized metabolites. Thus, this molecular ion was most likely produced by the metabolite with a sulfone linkage and a hydroxylated B-ring.

*Molecular ion at $m/z$ 522 ([M − H]⁻ of B-ring hydrolyzed triple-oxidized acetothiolutamide sulfate conjugate).* As shown in Table 2, this [M − H]⁻ ion gave product ions at $m/z$ 504, 442, 255, and 212. The loss of 80 Da (that mass corresponds to SO₃) from the molecular ion at $m/z$ 522 to produce the base fragment ion at $m/z$ 442 suggested that this metabolite was a sulfate conjugate. The fragment ions at $m/z$ 255 and 212 were also observed in the product ion mass spectra of previous oxidized metabolites. The metabolite for this molecular ion was likely formed from the triple-oxidized metabolite ($m/z$ 484) by a hydrolysis of the amide bond in the B-ring *para*-acetamido group (forming an amine group in the B-ring) and sulfate conjugation of either the hydroxy group in the B-ring or the tertiary hydroxy group linked to the chiral carbon.

*Molecular ion at $m/z$ 548 ([M − H]⁻ of double-oxidized acetothiolutamide sulfate conjugate).* This [M − H]⁻ ion yielded prominent product ions at $m/z$ 468, 450, and 255 (Table 2). The loss of a SO₃ moiety (80 Da) from the molecular ion afforded the base fragment ion at $m/z$ 468, indicating that this metabolite was a sulfate conjugate. The subsequent loss of a H₂O molecule (18 Da) from $m/z$ 468 yielded the fragment ion at $m/z$ 450. The metabolite for this molecular ion was likely produced from the double-oxidized metabolites ($m/z$ 468) by sulfate conjugation at either the hydroxy group in the B-ring or the tertiary hydroxy group linked to the chiral carbon.

In the aqueous phase after extraction, no drug-related substance was detected in the 0- to 24-h urine sample.

**Profiling and Identification of 24- to 48-h Urinary Metabolites.** The mass spectrum of the organic extract of the 24- to 48-h urine sample is shown in Fig. 4B. The absolute ion abundance of the base peak at $m/z$ 468 was only 6% of the base peak in the spectrum of Fig. 4A. The parent compound molecular ion at $m/z$ 436 was still detectable. Besides the molecular ions at $m/z$ 436, 452, 468, and 522, which were also observed in the first 24-h urine sample, additional drug-related molecular ions were detected at $m/z$ 426, 490, and 564. Characterization of molecular ions at $m/z$ 436, 452, 468, and 522 by LC-MS/MS analysis generated product ion mass spectra that were very similar to those described in the preceding section. This similarity indicated that these molecular ions were structurally the same as those in the first 24-h urine sample. The structural identity of molecular ions with the same $m/z$ ratio in the two urinary samples was also supported by the matched HPLC retention times (data not shown). The LC-MS/MS characterization of molecular ions at $m/z$ 426, 490, and 564 is described as follows.

*Molecular ion at $m/z$ 426 ([M − H]⁻ of B-ring hydrolyzed double-oxidized acetothiolutamide).* The product ions of this [M − H]⁻ ion are shown in Table 2. No deprotonated molecular ion [M − H]⁻ was detected under the applied fragmentation conditions. The loss of a H₂O (18 Da) from the molecular ion produced the fragment ion at $m/z$ 408. The metabolite that corresponded to the [M − H]⁻ ion was likely formed from the double-oxidized metabolites ($m/z$ 468) by hydrolysis of the amide bond in the B ring *para*-acetamido group to form an amino group. The fragment ions at $m/z$ 255 and 212 were also detected in the product ion mass spectrum of the molecular ion at $m/z$ 468. Like the double-oxidized metabolites, there were at least two structural possibilities for this molecular ion.

*Molecular ion at $m/z$ 490 ([M − H]⁻ of B-ring hydrolyzed mono-oxidized acetothiolutamide sulfate conjugate).* As shown in Table 2, this [M − H]⁻ ion gave rise to the base fragment ion at $m/z$ 472 by the loss of a H₂O molecule. The loss of 80 Da from molecular ion at $m/z$ 490 to produce the fragment ion at $m/z$ 410 indicated that this metabolite was a sulfate conjugate. The metabolite for this molecular ion was presumably the hydrolyzed and sulfate-conjugated product of the mono-oxidized metabolite ($m/z$ 452). The hydrolysis occurred at the amide bond of the *para*-acetamido group in B-ring. The sulfate conjugation occurred at either the tertiary hydroxy group linked to the chiral carbon, or in the B-ring hydroxylated product, the hydroxy group of the B-ring. The fragment ions at $m/z$ 185 and 255 confirmed that there was no oxidation in the A-ring. In addition, the fragment ion at $m/z$ 304 indicated the presence of a metabolite with hydroxylation in B-ring, but no oxidation in other positions. However, other structural possibilities could not be excluded.

*Molecular ion at $m/z$ 564 ([M − H]⁻ of triple-oxidized acetothiolutamide sulfate conjugate).* The product ions of this [M − H]⁻ ion are shown in Table 2. The fragment ion at $m/z$ 546 corresponded to the loss of a H₂O molecule. The fragment ion at $m/z$ 484 represented the loss of a sulfate group (80 Da) from the molecular ion at $m/z$ 564. This fragmentation suggested that this was a sulfate conjugate. The metabolite for this molecular ion was putatively assigned as the sulfate conjugate of the triple-oxidized metabolite ($m/z$ 484). The sulfate was added to either the tertiary hydroxy group linked to the chiral carbon, or to the hydroxy group at the B-ring.

Again, LC-MS analysis did not detect any drug-related substance in the aqueous phase after extraction of the 24- to 48-h urine sample.

**Profiling of 0- to 24-h Fecal Metabolites.** The mass spectrum of the organic extract of the 0- to 24-h fecal sample is shown in Fig. 4C. The molecular ions that corresponded to the parent compound ($m/z$ 436), the putative mono-oxidized metabolites ($m/z$ 452), and the putative double-oxidized metabolites ($m/z$ 468) were the three major peaks. The molecular ions at $m/z$ 484 (corresponding to the putative triple-oxidized acetothiolutamide) and 522 (corresponding to the putative B-ring hydrolyzed triple-oxidized acetothiolutamide sulfate conjugate) were also observed with very low ion abundance (less than 5% of the base peak). These molecular ions displayed similar HPLC retention times as corresponding molecular ions obtained in the urine samples (data not

ATTORNEY'S EYES ONLY

shown). The appearance of the parent molecule and its metabolites in feces indicated that they were excreted in bile.

**Profiling of 24- to 48-h Fecal Metabolites.** Fig. 4D shows the mass spectrum of the organic extract of the 24- to 48-h fecal sample. Except for the ion at $m/z$ 522, the molecular ions for the parent molecule and other metabolites identified in the first 24-h fecal sample were still detectable with much lower ion abundance. Different from the mass spectrum of the first 24-h sample, where the base peak was the molecular ion of the parent compound, the molecular ion at $m/z$ 468 became the base peak.

## Discussion

In accordance with our previous finding that structural modifications of nonsteroidal antiandrogens can result in agonist activity (Dalton et al., 1998), acetothiolutamide, a derivative of the known antiandrogen bicalutamide, was identified as an AR agonist by an in vitro functional assay. Compared with ligand $R$-1, the most potent nonsteroidal AR agonist previously identified in our laboratory (Dalton et al., 1998), acetothiolutamide demonstrated a similar degree of agonist activity, but does not contain the electrophilic chloroacetamido group. Thus, acetothiolutamide was carried forward to in vivo pharmacological studies.

Inconsistent with the in vitro results, acetothiolutamide showed an overall negligible androgenic effect in a castrated immature rat model with dose rates up to 1000 $\mu$g/day. Theoretically, the lack of androgenic activity in vivo could be caused by one or a combination of the following reasons: 1) an insufficient drug concentration at the sites of action in animals due to undesirable pharmacokinetic properties of the compound, for example, a low systemic bioavailability, a high clearance, and/or a low tissue permeability; 2) interference from metabolites formed in animals that may function as AR antagonists; and/or 3) an attenuated inherent AR agonist activity of the compound in rat cells, where the cellular environment could differ from in vitro cultured CV-1 cells, leading to cell-type specific androgenic actions. It is noteworthy that acetothiolutamide did cause a slight increase in the prostate weight, although it had no effect on the seminal vesicle weight. This observation suggests that the drug concentration available at the effecter sites in animals might have been in the critical range that can trigger effects on prostate but was below the threshold for effects on seminal vesicles, knowing that ventral prostates are more sensitive than seminal vesicles to low concentrations of androgens (Hershberger et al., 1953).

Although acetothiolutamide failed to produce androgenic activity in castrated rats, it significantly increased the levator ani muscle weight at high subcutaneous dose rates. This could indicate a preferential anabolic activity of acetothiolutamide per se, an effect mediated through the AR in the muscle. However, it cannot be excluded that acetothiolutamide increased the muscle weight through inhibition of the catabolic effects of glucocorticoids, a mechanism previously postulated for anabolic steroids (Mayer and Rosen, 1975). Furthermore, acetothiolutamide exhibited a small degree of antiandrogenic activity in rats. As detailed in the following discussion, this confounding observation could be caused by the formation of antagonistic metabolites of acetothiolutamide in animals.

As shown in the pharmacokinetic studies, acetothiolutamide was completely bioavailable after subcutaneous dosing, thereby excluding incomplete absorption as a cause of its lack of androgenic activity in the animal model. Over the dose range examined, acetothiolutamide was rapidly eliminated from the rat plasma after i.v. dosing with a clearance of about 45 ml/min/kg and a terminal half-life of less than 30 min. The plasma clearance and half-life of bicalutamide, a racemic mixture of $R$- and $S$-enantiomers, in rats was 0.8 ml/min/kg and about 1 day, respectively, at a dose range from 0.5 to 2 mg/kg (Cockshott et al., 1991). Considering that $R$-bicalutamide is cleared much more slowly than $S$-bicalutamide (McKillop et al., 1995), the plasma clearance of $R$-bicalutamide should be even lower than 0.8 ml/min/kg. Although a difference in the rat strain investigated complicates a direct comparison, acetothiolutamide apparently has a much greater clearance than the lead compound $R$-bicalutamide. The high clearance of acetothiolutamide likely led to insufficient plasma concentrations in animals in the pharmacology studies, and consequently, masked the inherent functional activity of the compound. In the pharmacological studies, the plasma concentrations of acetothiolutamide at the end of delivery were not quantitated, because the steady-state plasma concentrations of acetothiolutamide achieved, as predicted from the pharmacokinetic parameters, would be substantially below the LOQ of the HPLC method.

The high clearance of acetothiolutamide, as well as its undetectable oral bioavailability, suggested its intensive hepatic metabolism. Thus, the metabolism of acetothiolutamide in male rats was investigated through mass spectrometric characterization of urinary and fecal metabolites. A variety of phase I and phase II metabolites of acetothiolutamide were detected in the biological excreta. These metabolites indicated that acetothiolutamide was extensively metabolized in rats through three major metabolism pathways: oxidation, hydrolysis of the amide bond linked to the aromatic B-ring, and sulfate conjugation. Combining the results from structural characterization, a possible metabolic scheme for the metabolism of acetothiolutamide in rats is proposed and illustrated in Fig. 5. At the early stage of phase I metabolism, acetothiolutamide was oxidized either at the bridge sulfur atom to form sulfoxide, or at the aromatic B-ring to form hydyoxylated metabolites. Additional oxidation led to the formation of a sulfone metabolite or a sulfoxide metabolite with B-ring hydroxylation. Eventually, triple-oxidized metabolites were produced. During the oxidation process, the amide bond of the *para*-acetamido group in the B-ring also underwent hydrolysis, resulting in metabolites with a *para*-amine group linked to the B-ring. Metabolites formed at various stages were then subjected to sulfate conjugation. It is noteworthy to point out that, although one isomer was indicated for each metabolite in the metabolic scheme, the possibility for the formation of diastereomeric metabolites could not be ruled out.

Previous metabolism studies with bicalutamide showed that cleavage of its amide bond, which corresponds to the A-ring-linked amide bond in acetothiolutamide, was a major metabolism pathway in rats (Boyle et al., 1993), whereas for acetothiolutamide, hydrolysis was only observed at the amide bond of the *para*-acetamido group in the B-ring, and the A ring-linked amide bond seemed to be stable. Furthermore, it was observed that many oxidized metabolites of

ATTORNEY'S EYES ONLY

UC-CVJ00007580

**TX 67.0068**

1332    Yin et al.



Fig. 5. Proposed metabolic scheme of acetothiolutamide in rats. Numbers below structures indicate the exact theoretical masses.

acetothiolutamide were not hydrolyzed at the B ring-linked amide bond, and almost all detected hydrolyzed metabolites had been oxidized at another site in the molecules. These observations suggested that oxidation was a faster process than hydrolysis.

Sulfate conjugation was the only detected phase II metabolism pathway for acetothiolutamide. Glucuronidation, a major conjugation pathway for bicalutamide in rats (Boyle et al., 1993), was not seen with acetothiolutamide. Sulfate conjugation of acetothiolutamide metabolites could possibly occur at either the hydroxy group linked to the chiral carbon or the hydroxy group introduced into the B-ring during oxidation. Sulfate conjugates were only observed for those oxidized metabolites. No sulfate conjugate of the parent molecule was detected, even in the presence of a high concentration of parent compound. Thus, it is likely that sulfate conjugation occurred at the hydroxy group of the B-ring.

Extensive hepatic metabolism apparently contributed to the high clearance and the lack of androgenic activity of acetothiolutamide in vivo. Previous in vitro structure-activity relationship studies in our laboratories showed that either oxidation at the sulfur linkage or conversion of the acetamido group in the *para*-position of B-ring to an amine group led to decreased AR binding and agonist activity and enhanced antagonist activity (Yin et al., 2003). Thus, many of the metabolites of acetothiolutamide could be potentially in-

active as androgens or active as antiandrogens. The observation of antiandrogenic activity of acetothiolutamide in the pharmacology study was thus not surprising. It is obvious from the proposed metabolic pathways of acetothiolutamide that oxidation was the main theme of metabolism. Therefore, future redesign of structures would focus on circumventing enzymatic oxidation, and in particular, oxidation at the sulfur linkage. Recently completed studies in our laboratories support this hypothesis and are the subject of a forthcoming manuscript.

In conclusion, acetothiolutamide demonstrated potent in vitro androgenic activity, identifying it as a member of a promising new class of nonsteroidal androgens. The lack of in vivo pharmacologic activity of acetothiolutamide was due to its extensive hepatic metabolism, which led to the rapid clearance of the drug from the body.

References

Battmann T, Branche C, Bouchoux F, Cerede E, Philibert D, Goubet F, Teutsch G, and Gaillard-Kelly M (1998) Pharmacological profile of RU 58642, a potent systemic antiandrogen for the treatment of androgen-dependent disorders. J Steroid Biochem Mol Biol 64:103–111.
Benet LZ and Galeazzi RL (1979) Noncompartmental determination of the steady-state volume of distribution. J Pharm Sci 68:1071–1074.
Boyle GW, McKillop D, Phillips PJ, Harding JR, Pickford R, and McCormick AD (1993) Metabolism of Casodex in laboratory animals. Xenobiotica 23:781–798.
Cockshott ID, Plummer GF, Cooper KJ, and Warwick MJ (1991) The pharmacokinetics of Casodex in laboratory animals. Xenobiotica 21:1347–1355.
Conway AJ, Boylan LM, Howe C, Ross G, and Handelsman DJ (1988) Randomized

ATTORNEY'S EYES ONLY

clinical trial of testosterone replacement therapy in hypogonadal men. *Int J Androl* 11:247–264.

Dalton JT, Mukherjee A, Zhu Z, Kirkovsky L, and Miller DD (1998) Discovery of nonsteroidal androgens. *Biochem Biophys Res Commun* 244:1–4.

Edwards JP, Higuchi RI, Winn DT, Pooley CL, Caferro TR, Hamann LG, Zhi L, Marschke KB, Goldman ME, and Jones TK (1999) Nonsteroidal androgen receptor agonists based on 4-(trifluoromethyl)-2H-pyrano[3,2-g]quinolin-2-one. *Bioorg Med Chem Lett* 9:1003–1008.

Edwards JP, West SJ, Pooley CL, Marschke KB, Farmer LJ, and Jones TK (1998) New nonsteroidal androgen receptor modulators based on 4-(trifluoromethyl)-2(1H)-pyrrolidino[3,2-g] quinolinone. *Bioorg Med Chem Lett* 8:745–750.

Hamann LG, Mani NS, Davis RL, Wang XN, Marschke KB, and Jones TK (1999) Discovery of a potent, orally active, nonsteroidal androgen receptor agonist: 4-ethyl-1,2,3,4-tetrahydro-6-(trifluoromethyl)-8-pyridono[5,6-g]-quinoline (LG121071). *J Med Chem* 42:210–212.

Handelsman DJ, Conway AJ, and Boylan LM (1990) Pharmacokinetics and pharmacodynamics of testosterone pellets in man. *J Clin Endocrinol Metab* 71:216–222.

Hershberger LG, Shipley EG, and Meyer RK (1953) Myotrophic activity of 19-nortestosterone and other steroids determined by modified levator ani muscle method. *Proc Soc Exp Biol Med* 83:175–180.

Heywood R, Chesterman H, Ball SA, and Wadsworth PF (1977) Toxicity of methyl testosterone in the beagle dog. *Toxicology* 7:357–365.

Higuchi RI, Edwards JP, Caferro TR, Ringgenberg JD, Kong JW, Hamann LG, Arienti KL, Marschke KB, Davis RL, Farmer LJ, et al. (1999) 4-Alkyl- and 3,4-dialkyl-1,2,3,4-tetrahydro-8-pyridono[5,6-g]quinolines: potent, nonsteroidal androgen receptor agonists. *Bioorg Med Chem Lett* 9:1335–1340.

Ishak KG and Zimmerman HJ (1987) Hepatotoxic effects of the anabolic/androgenic steroids. *Semin Liver Dis* 7:230–236.

Jones TK, Pathirana C, Goldman ME, Hamann LG, Farmer LJ, Ianiro T, Johnson MG, Bender SL, Mais DE, and Stein RB (1996) Discovery of novel intracellular receptor modulating drugs. *J Steroid Biochem Mol Biol* 56:61–66.

Kirkovsky L, Mukherjee A, Yin D, Dalton JT, and Miller DD (2000) Chiral nonsteroidal affinity ligands for the androgen receptor. 1. Bicalutamide analogues bearing electrophilic groups in the B aromatic ring. *J Med Chem* 43:581–590.

Mayer M and Rosen F (1975) Interaction of anabolic steroids with glucocorticoid receptor sites in rat muscle cytosol. *Am J Physiol* 229:1381–1386.

McKillop D, Simons PJ, Cockshott ID, Hill SJ, Harding JR, Cooper KJ, and Jones DC (1995) Enantioselective metabolism and pharmacokinetics of casodex in the male rat. *Xenobiotica* 25:623–633.

McLeod DG (1993) Antiandrogenic drugs. *Cancer* 71:1046–1049.

Morley JE, Perry HMD, Kaiser FE, Kraenzle D, Jensen J, Houston K, Mattammal M, and Perry HM Jr (1993) Effects of testosterone replacement therapy in old hypogonadal males: a preliminary study. *J Am Geriatr Soc* 41:149–152.

Mukherjee A, Kirkovsky LI, Kimura Y, Marvel MM, Miller DD, and Dalton JT (1999) Affinity labeling of the androgen receptor with nonsteroidal chemoaffinity ligands. *Biochem Pharmacol* 58:1259–1267.

Mukherjee A, Kirkovsky L, Yao XT, Yates RG, Miller DD, and Dalton JT (1996) Enantioselective binding of casodex to the androgen receptor. *Xenobiotica* 26:117–122.

Nieschlag E (1996) Testosterone replacement therapy: something old, something new. *Clin Endocrinol* 45:261–262.

Saksena SK and Chaudhury RR (1970) Androgenic, anti-androgenic and anabolic activity of azasteroids on immature castrated rats. *Indian J Med Res* 58:513–518.

Snyder PJ and Lawrence DA (1980) Treatment of male hypogonadism with testosterone enanthate. *J Clin Endocrinol Metab* 51:1335–1339.

Steinetz BG, Giannina T, Butler M, and Popick F (1971) Dissociation of anabolic and androgenic properties of steroids by anti-anabolic and anti-androgenic agents in rats. *Endocrinology* 89:894–896.

Tenover JL (1997) Testosterone and the aging male. *J Androl* 18:103–106.

Teutsch G, Goubet F, Battmann T, Bonfila A, Bouchoux F, Cerede E, Gofflo D, Gaillard-Kelly M, and Philibert D (1994) Non-steroidal antiandrogens: synthesis and biological profile of high-affinity ligands for the androgen receptor. *J Steroid Biochem Mol Biol* 48:111–119.

Wu FC (1992) Testicular steroidogenesis and androgen use and abuse. *Baillieres Clin Endocrinol Metab* 6:373–403.

Yin D, He Y, Hong SS, Marhefka C, Stourman N, Kirkovsky L, Miller DD, and Dalton JT (2003) Key structural features of nonsteroidal ligands for binding and activation of the androgen receptor. *Mol Pharmacol* 63:211–223.

Zhi L, Tegley CM, Marschke KB, and Jones TK (1999) Switching androgen receptor antagonists to agonists by modifying C-ring substituents on piperidino[3,2-g]quinolinone. *Bioorg Med Chem Lett* 9:1009–1012.

Address correspondence to: Dr. James T. Dalton, 500 West 12th Ave., L.M. Parks Hall, Room 242, Columbus, OH 43210. E-mail: dalton.1@osu.edu

ATTORNEY'S EYES ONLY

UC-CVJ00007582

**TX 67.0070**

BIOPHARMACEUTICS & DRUG DISPOSITION
*Biopharm. Drug Dispos.* 25: 323–328 (2004)
Published online in Wiley InterScience (www.interscience.wiley.com). DOI: 10.1002/bdd.413

# Intravenous Pharmacokinetics, Oral Bioavailability and Dose Proportionality of Ragaglitazar, a Novel PPAR-dual Activator in Rats

Kota Jagannath, Madhusudana Rao Chaluvadi, Ramesh Mullangi, N.V.S. Rao Mamidi and Nuggehally R. Srinivas*
*Drug Metabolism and Pharmacokinetics, Discovery Research, Dr Reddy's Laboratories Ltd, Miyapur, Hyderabad-500 050, India*

**ABSTRACT:** Pharmacokinetics of ragaglitazar (a novel phenoxazine derivative of aryl propanoic acid), a potent insulin sensitizing and lipid-lowering compound was studied in Wistar rats. A single dose of 1, 3 or 10 mg/kg of ragaglitazar was given orally to male rats ($n=4$ per dose level) to evaluate dose proportionality. In another study, a single intravenous bolus dose of ragaglitazar was given to rats ($n=4$) at 3 mg/kg dose following administration through the lateral tail vein in order to obtain the absolute oral bioavailability and clearance parameters. Blood samples were drawn at predetermined intervals and the concentration of ragaglitazar in plasma was determined by a validated HPLC method. Plasma concentration versus time data were generated following oral and intravenous dosing and pharmacokinetic analysis was performed using non-compartmental analysis. The results revealed that $C_{max}$ and $AUC_{0-\infty}$ increased more than proportionally to the administered oral doses. As dose increased in the ratio of 1:3:10, the mean $C_{max}$ and $AUC_{0-\infty}$ increased in the ratio of 1:3.2:13 and 1:3.2:16, respectively. After intravenous administration the systemic clearance and volume of distribution of ragaglitazar in rats were $139 \pm 30$ ml/h/kg and $463 \pm 51$ ml/kg, respectively (mean $\pm$ SD). Plasma concentrations declined mono-exponentially following intravenous administration and elimination half-life ($t_{1/2}$) was about 2.6 h and not significantly different ($p > 0.05$) from the value from oral administration. Mean residence time (*MRT*) values for ragaglitazar were found to be $4.15 \pm 0.52$ h (3.5 to 4.6 h). Absolute oral bioavailability of ragaglitazar across the doses tested was in the range of 68%–93%. In conclusion, ragaglitazar exhibits promising pharmacokinetic properties in rats. Copyright © 2004 John Wiley & Sons, Ltd.

Key words: ragaglitazar; rats; dose proportionality; pharmacokinetics; bioavailability

## Introduction

Ragaglitazar [(−)DRF 2725, NNC 61-0029; Figure 1], a novel phenoxazine derivative of α-alkoxy propanoic acid, has been shown to activate both peroxisome proliferator-activator receptor alpha (PPARα) and peroxisome prolif-

erator-activator receptor gamma (PPARγ) receptors in *in vitro* transactivation assay [1]. Pharmacologically it is related to drugs in the thiazolidindione (TZD) class (troglitazone, rosiglitazone, pioglitazone) and to fibrates (fenofibric acid, bezafibrate). The TZD class of compounds control blood glucose in type 2 diabetes by activation of PPARγ while fibrates reduce triglyceride and increase HDL concentrations through activation of PPARα [2]. Ragaglitazar (Figure 1), (3-[4-[2-(10-phenoxazinyl)ethoxy]phenyl]-2-ethoxy propanoic acid arginine salt [3]), has been shown

*Correspondence to: Drug Metabolism and Pharmacokinetics, Discovery Research, Dr Reddy's Laboratories Ltd, Miyapur, Hyderabad 500 050, India. E-mail: nrsrinivas@drreddys.com
DRL publication No: 320.

Copyright © 2004 John Wiley & Sons, Ltd.

Received 29 July 2003
Revised 4 February 2004
Accepted 9 June 2004

ATTORNEY'S EYES ONLY

UC-CVJ00007583

TX 67.0071

Figure 1. Structure of ragaglitazar

to possess an impressive preclinical profile in several models of diabetes and dyslipidaemia [4–6].

The objectives of the current investigation were two-fold: (1) to delineate the pharmacokinetics and oral bioavailability of ragaglitazar in rats receiving single oral doses and (2) to evaluate the relationship of the pharmacokinetic characteristics of ragaglitazar and the administered dose.

## Experimental

### Chemicals and reagents

Ragaglitazar and the internal standard (I.S., gemfibrozil for bioanalytical purpose) were synthesized by the Medicinal Chemistry Group, Dr Reddy's Laboratories Ltd (DRL), Hyderabad, India and were characterized using chromatographic and spectral techniques by the Analytical Research Group, DRL. Purity was found to be more than 99% for all the compounds. Acetonitrile and ethyl acetate were of HPLC grade (Qualigens, Mumbai, India) and potassium dihydrogen orthophosphate was of analytical reagent (AR) grade (Qualigens, Mumbai, India). All other reagents used were of laboratory reagent (LR) grade and were used without further purification.

### Animals

All animal experiments were approved by the DRL Institutional Animal Ethics Committee and were in accordance with the Committee for the Purpose of Control and Supervision of Experiments on Animals (CPCSEA), Ministry of Social Justice and Environment, Government of India. Wistar rats were bred in the DRL animal house

and were maintained on normal laboratory chow (National Institute of Nutrition, Hyderabad, India), with water *ad libitum*, and a 12 h light/dark cycle.

### Study design

*Dose proportional oral pharmacokinetic studies.* Male Wistar rats, 12–14 weeks of age and weighing 180–200 g, were fasted overnight ($\sim$14 h) before dosing and had free access to water throughout the experimental period. For the purpose of dosing, ragaglitazar was dissolved in water at various strengths (range: 0.5–2.0 mg/ml) to permit oral doses of 1, 3 and 10 mg/kg to be administered to groups of four rats at each dose level. Animals were provided with standard diet 3 h after dosing. The rats were anaesthetized using ether and blood samples (approximately 0.25 ml) were collected from the retro-orbital plexus into heparinized microfuge tubes at 0.5, 1, 2, 3, 5, 8, 12 and 24 h post-dosing. Plasma was harvested by centrifuging in a micro centrifuge (Biofuge, Hereaus, Germany) at 7500g at 4°C for 3 min and stored at $-20$°C until bioanalysis.

*Intravenous pharmacokinetics.* Another group of male Wistar rats (n=4) of 12–14 weeks of age and weighing 185–205 g, were used in this part of the study. The solution of ragaglitazar was administered to rats via a lateral tail vein as a bolus dose of 3 mg/kg. Animals had free access to food and water throughout the experimentation period. Blood samples (about 0.25 ml) were collected from the retro-orbital plexus into heparinized microfuge tubes at 5 min, 0.5, 1, 2, 4, 6, 8, 10 and 24 h post-dosing and plasma was harvested and stored at $-20$°C until bioanalysis.

### Analysis of ragaglitazar in plasma

Plasma concentrations of ragaglitazar were determined using our previously validated reverse-phase high-performance liquid chromatography (HPLC) with UV detection method [7]. Briefly, the plasma samples were spiked with I.S. (5 μg of gemfibrozil) and extracted with ethyl acetate. After evaporation of the organic layer the residue was reconstituted in the mobile phase and injected on to a HPLC column. Analyses were carried out using a Shimadzu-Class *VP* series

Copyright © 2004 John Wiley & Sons, Ltd.

*Biopharm. Drug Dispos.* 25: 323–328 (2004)

ATTORNEY'S EYES ONLY

UC-CVJ00007584

TX 67.0072

model at ambient temperature on a reverse-phase column (Kromasil™ C18, 5 μm, 250 × 4.6 mm i.d., Hypersil, Cheshire, UK). The mobile phase (0.01 M potassium dihydrogen orthophosphate buffer, pH: 3.2 and acetonitrile mixture, 30:70, v/v) was pumped at a flow rate of 1.0 ml/min and the eluate was monitored with a UV detector set at 240 nm. The retention times for ragaglitazar and I.S. were 13.0 and 10.0 min, respectively. The lower limit of quantification of the method was 200 ng/ml and linearity in the calibration curve standards were demonstrated up to an upper limit of 100 μg/ml. Within and between-day precision and accuracy determination of quality control samples were better than 15% across the range of calibration curve.

### Pharmacokinetic analysis

Non-compartmental analysis of data was performed using statistical moment theory [8]. The observed peak plasma concentration ($C_{max}$) and the corresponding time ($T_{max}$) were directly obtained from the raw data. The area under the plasma concentration versus time curve up to the last quantifiable time point, $AUC_{(0-t)}$ was obtained by the linear and log-linear trapezoidal summation. The $AUC_{(0-t)}$ was extrapolated to infinity (i.e. $AUC_{(0-\infty)}$) by adding the quotient of $C_{last}/K_{el}$, where $C_{last}$ represents the last measurable time concentration and $K_{el}$ represents the elimination rate constant. $K_{el}$ was calculated by the linear regression of the log-transformed concentrations of the last three data points in the terminal phase. The half-life of the elimination phase was obtained using the relationship $t_{1/2} = 0.693/K_{el}$. Apparent oral clearance ($CL/f$) was calculated by the relationship $=(D)/AUC_{(0-\infty)}$ where $D$ is the dose of the drug and $f$ represents the bioavailable fraction. Area Under the first Moment Curve ($AUMC_{(0-t)}$) was obtained from the equation

$$\sum_{0}^{t}[(t_n - t_{n-1}) * (C_n * t_n + C_{n-1} * t_{n-1})]/2$$

and was extrapolated to infinity ($AUMC_{(0-\infty)}$) by adding the quotient $C_n{}^*t_n/K_{el}^2 + C_n/K_{el}$. The mean residence time ($MRT$) was calculated from the ratio of $AUMC/AUC$. Absolute oral bioavailability ($F$) was calculated using the relationship,

$$F = [Dose\ (i.v) \times AUC_{(0-\infty)oral}/Dose\ (oral)$$
$$\times AUC_{(0-\infty)i.v}] \times 100.$$

The apparent volume of distribution at steady state ($V_{ss}$) was calculated from the relationship $V_{ss} = CL \times MRT$ following administration of the intravenous bolus dose. $K_a$, the absorption rate constant, was calculated from the equation $K_a = 1/(MRT_{oral} - MRT_{i.v.})$.

### Statistical analysis of data

Statistical analysis (ANOVA) was performed using Sigma Stat (Scientific software, Jandel Scientific, version 2.0, USA) and the significance level adopted for all statistical comparisons was $p < 0.05$.

### Results and Discussion

Figure 2 depicts the mean (+SD) plasma concentration-time profiles of ragaglitazar following single oral and intravenous administration to male Wistar rats. The mean oral and intravenous pharmacokinetic parameters for ragaglitazar are summarized in Table 1. Ragaglitazar was absorbed well across the tested dose range, reaching maximum plasma levels within 1.5 h after oral administration. The plasma concentration versus time curves appeared parallel to each other following various oral doses. Comparison of the mean profiles at all three dose levels suggested that the absorption was extremely rapid. In fact, all oral profiles mimicked that observed following the intravenous dosing, owing to the minimum influence of the absorption phase in defining the early pharmacokinetic disposition in the first few hours after oral dosing.

It is important to point out the existence of two experimental conditions that may have influenced the pharmacokinetic outcome of this study. Firstly, the use of ether anaesthesia, although commonly adopted in rodent pharmacokinetic studies, has the potential to influence the kinetics of a drug undergoing a phase II conjugation involving glucuronidation and/or sulfation [9]. Secondly, the use of a fed condition for the intravenous administration may have an impact

Copyright © 2004 John Wiley & Sons, Ltd.

Biopharm. Drug Dispos. 25: 323–328 (2004)

ATTORNEY'S EYES ONLY

UC-CVJ00007585

TX 67.0073



Figure 2. Mean (+SD) plasma concentration-time curves of ragaglitazar in rats following oral and intravenous administration

Table 1. Mean ( ± SD) pharmacokinetic parameters for ragaglitazar in rats after a single dose administration

| Pharmacokinetic parameters | Intravenous 3 mg/kg | Per-oral | | |
|---|---|---|---|---|
| | | 1 mg/kg | 3 mg/kg | 10 mg/kg |
| $AUC_{(0-\infty)}$ ($\mu$g.h/ml) | 23 ± 5.0 | 5.2 ± 0.8 | 17 ± 3.7 | 71 ± 13 |
| $C_{max}$ ($\mu$g/ml) | 8.4 ± 1.0 | 1.06 ± 0.12 | 3.4 ± 0.68 | 17 ± 4.2 |
| $T_{max}$ (h) | — | 0.8 ± 0.3 | 0.5 ± 0.0 | 1.5 ± 0.58 |
| $K_{el}$ ($h^{-1}$) | 0.27 ± 0.07 | 0.26 ± 0.03 | 0.24 ± 0.05 | 0.25 ± 0.00 |
| $t_{1/2}$ (h) | 2.6 ± 0.54 | 2.7 ± 0.35 | 3.0 ± 0.65 | 2.8 ± 0.06 |
| $AUMC_{(0-\infty)}$ ($\mu$g.$h^2$/ml) | 80 ± 32 | 22 ± 4.2 | 81 ± 28 | 305 ± 55 |
| $MRT_{(0-\infty)}$ (h) | 3.5 ± 0.80 | 4.2 ± 0.22 | 4.6 ± 0.87 | 4.3 ± 0.18 |
| F (%) | — | 68 | 74 | 93 |
| CL (ml/h/kg) | 139 ± 30 | 194 ± 29[a] | 183 ± 46[a] | 144 ± 27[a] |
| $K_a$ ($h^{-1}$) | — | 1.5 ± 0.54 | 1.7 ± 1.8 | 1.31 ± 0.31 |
| Vss (ml/kg) | 463 ± 51 | — | — | — |

[a] CL/F.

on the kinetics if the drug has a high hepatic extraction ratio [10–12]. In light of the above it is possible that ragaglitazar's kinetics may have been affected by the use of ether anaesthesia since the biliary route of elimination for ragaglitazar is proposed in humans [13]. Evaluation of structural features of ragaglitazar suggests the possibility of a Phase II conjugation of the parent moiety and/or an oxidized metabolite of ragaglitazar. On the other hand, since ragaglitazar has been shown to have a low clearance, it is unlikely that the fed condition following intravenous treatment would have affected the kinetics of ragaglitazar.

Copyright © 2004 John Wiley & Sons, Ltd.

*Biopharm. Drug Dispos.* **25**: 323–328 (2004)

ATTORNEY'S EYES ONLY

UC-CVJ00007586

**TX 67.0074**

The visual inspection of the plasma curves following intravenous administration suggested a mono-exponential decline in the plasma concentration versus time curve of ragaglitazar. Following single oral doses 1, 3 and 10 mg/kg, the ratios of mean $C_{max}$ and $AUC_{0-\infty}$ values were 1:3.2:13 and 1:3.2:16, respectively. Both the values increased in a proportion greater than the dose increment ratio (1:3:10). The average elimination half-life ($t_{1/2}$) of ragaglitazar ranged between 2.7 and 3.0 h. There was no statistically significant difference ($p > 0.05$) in $t_{1/2}$ and mean residence time across dose levels. Following intravenous administration, the plasma concentration of ragaglitazar declined mono-exponentially and elimination half-life was found to be $\sim 2.6$ h. The elimination following intravenous administration was similar to that of the oral route, regardless of the dose administered orally. Systemic exposure, clearance and volume of distribution of ragaglitazar at steady state ($V_{ss}$) following administration of 3 mg/kg i.v. were 23 ($\pm 5.0$) µg·h/ml, 139 ($\pm 30$) ml/h/kg and 463 ($\pm 51$) ml/kg, respectively. Absolute oral bioavailability of ragaglitazar across the tested doses ranged between 68% and 93%.

Mean absorption rate constant ($K_a$) values for ragaglitazar ranged from 1.31 to 1.73 h$^{-1}$ over the three dose levels and did not change significantly ($p > 0.05$) with increase in dose, indicating that the absorption rate is fairly constant and independent of the magnitude of the dose administered. Although $K_a$ values have been reported in the present work, one experimental flaw is that of not having frequent blood sampling in the first hour after oral dosing; this will have prevented accurate estimates of $K_a$ from being obtained. Additionally, it may have compromised the ability for assessing the route dependency of MRT values between the intravenous and oral administrations. It was also noted that elimination half-life values did not change significantly with dose increments and were essentially independent of dose.

Pharmacologically, ragaglitazar has a unique profile in that it combines the PPAR-$\gamma$ related activation to produce glycaemic control/insulin sensitization and PPAR-$\alpha$ related activation to produce dyslipidaemic control. Therefore, in effect, the administration of ragaglitazar alone has the potential to provide therapeutic benefits which otherwise would have required the use of at least two agents such as rosiglitazone and a fibrate. In order to recommend ragaglitazar for further clinical development it was necessary for it to possess an appropriate pharmacokineticprofile; then one would hope to be able to translate *in vivo* the beneficial effects of both PPAR-$\alpha$ and -$\gamma$ activations. The pharmacokinetics of ragaglitazar in rats displayed rapid absorption, good bioavailability and adequate exposure. The kinetic data have been shown capable of acting as a surrogate for the efficacy of ragaglitazar observed in several rodent models of diabetes and dyslipidaemia [3–6]. In this context, the pharmacokinetics of other glitazones such as pioglitazone and rosiglitazone with respect to peak concentration, bioavailability and half-life values have been observed to be adequate in rats [14–16]. Additionally, oxidative phase I metabolism involving hydroxylation and N-demethylation of the respective glitazones, followed by phase II conjugation to form glucuronide or sulfate conjugates have been observed in rats [14–16].

On the basis of preclinical findings of efficacy, safety and pharmacokinetics, ragaglitazar was tested in Phase I and exploratory clinical trials in Type II diabetic patients [13]. The pharmacokinetic data suggested that ragaglitazar was rapidly absorbed ($T_{max}$ 1.5 h) and human exposure ($C_{max}$ and $AUC$) increased in a ratio proportional to the dose increment ratio in both healthy subjects and type II diabetic patients. Ragaglitazar exhibited a low clearance leading to long half-life values (90–140 h) despite not having a large volume of distribution. In humans, it appeared that the renal excretory pathway played a minor role in the elimination of ragaglitazar. It was suggested that a non-renal route such as biliary excretion of unchanged ragaglitazar may be the primary route of elimination of ragaglitazar [13]. It was also postulated that there may be reabsorption of ragaglitazar following its biliary excretion leading to the entero-hepatic recycling and thereby, prolonging the presence of the drug in the systemic circulation [13]. The exploratory trials suggested that ragaglitazar produced the expected dual pharmacological effects, evident in rodent models, in

Copyright © 2004 John Wiley & Sons, Ltd.

ATTORNEY'S EYES ONLY                                            UC-CVJ00007587

TX 67.0075

type II diabetic patients at relatively small doses of 1–2 mg.

In conclusion, the present work demonstrates excellent pharmacokinetic properties of ragaglitazar in rats and supports the overwhelming efficacy profiles observed for ragaglitazar in many rodent models of diabetes and/or dyslipidaemia. Clinical data gathered to date on ragaglitazar, support the choice of using rodent models for efficacy and pharmacokinetic profiles in both the candidate selection and lead optimization of ragaglitazar.

## References

1. Ranjan C, Reeba KV, Suresh J, Parimal M, Jagadeeshan H, Rajagopalan R. (−)DRF 2725, a novel dual activator of PPARα and PPARγ with unique antidiabetic and hypolipidemic activity. *Diabetes* 2001; **50**(Suppl. 2): 432-P, A108.
2. Wilson TM, Brown PJ, Sternbach DD, Henke BR. The PPARs: from orphan receptors to drug discovery. *J Med Chem* 2000; **43**: 527–550.
3. Lohray BB, Vidya BL, Bajji AC, *et al.* (−)3-[4-[2-[Phenoxazin-10-yl]ethoxy]phenyl]-2-ethoxypropanoic acid [(-)DRF 2725]: a dual PPAR agonist with potent antihyperglycemic and lipid modulating activity. *J Med Chem* 2001; **44**: 2675–2678.
4. Reeba KV, Jagadeeshan H, Cynthia G, Ramanujam R, Ranjan C. Biochemical effects of the dual PPARα and γ agonist ragaglitazar on glucose and lipid metabolism. *Diabetes* 2002; **51**(Suppl. 2): 584-P, A144.
5. Mamanoor PK, Srinivas RD, Ravi KBD, Ranjan C, Kanthi Kiran, Rajagopalan R. Antihypertensive potential of the dual PPARα and γ agonist ragaglitazar. *Diabetes* 2002; **51**(Suppl. 2): 144-OR, A36.
6. Ye J, Iglesias MA, Watson DG, *et al.* PPARα/γ ragaglitazar eliminates fatty liver and enhances insulin action in fat-fed rats in the absence of hepatomegaly. *Am J Physiol Endocrinol Metab* 2003; **284**: E531–E540.
7. Jagannath K, Ramesh M, Rao NVSM, Rajagopalan R. Quantitative determination of ragaglitazar in rat plasma by HPLC: validation and application in pharmacokinetic study. *Biomed Chromatogr* 2002; **16**: 495–499.
8. Gibaldi M, Perrier D. *Pharmacokinetics*, 2nd edn. Marcel Dekker: New York, 1982.
9. Watt JA, Dickinson RG. The effect of diethyl ether, pentobarbitone, and urethane anaesthesia on diflunisal conjugation and disposition in rats. *Xenobiotica* 1990; **20**: 289–301.
10. Olanoff LS, Walle T, Cowart TD, Walle UK, Oexmann MJ, Conradi EC. Food effects on propranolol systemic and oral clearance: support for a blood flow hypothesis. *Clin Pharmacol Ther* 1986; **40**: 408–414.
11. Ogiso T, Iwaki M, Tanino T, Kawafuchi R, Hita S. Effect of food on propranolol oral clearance and a possible mechanism of this food effect. *Biol Pharm Bull* 1994; **17**: 112–116.
12. Bai SA, Walle UK, Walle T. Influence of food on the intravenous and oral dose kinetics of propranolol in the dog. *J Pharmacokinet Biopharm* 1985; **13**: 229–241.
13. Skrumsager BK, Nielsen KK, Muller M, Pabst G, Drake PG, Edsberg B. Ragaglitazar: the pharmacokinetics, pharmacodynamics, and tolerability of a novel dual PPARα and γ agonist in healthy subjects and patients with Type 2 diabetes. *J Clin Pharmacol* 2003; **43**: 1244–1256.
14. Bolton GC, Keogh JP, East PD, Hollis FJ, Shore AD. The fate of a thiazolidinedione antidiabetic agent in rat and dog. *Xenobiotica* 1996; **26**: 627–636.
15. Krieter PA, Colletti AE, Doss GA, Miller RR. Disposition and metabolism of the hypoglycemic agent pioglitazone in rats. *Drug Metabol Dispos* 1994; **22**: 625–630.
16. Maeshiba Y, Kiyota Y, Yamashita K, Yoshimura Y, Motohashi M, Tanayama S. Disposition of the new antidiabetic agent pioglitazone in rats, dogs, and monkeys. *Arzneimittelforschung* 1997; **47**: 29–35.

Copyright © 2004 John Wiley & Sons, Ltd.

ATTORNEY'S EYES ONLY                                                                                    UC-CVJ00007588

TX 67.0076

BIOMEDICAL CHROMATOGRAPHY
*Biomed. Chromatogr.* **18**: 576–580 (2004)
Published online in Wiley InterScience (www.interscience.wiley.com).
DOI: 10.1002/bmc.359

 *ORIGINAL RESEARCH*

# HPLC method for determination of DRF-4367 in rat plasma: validation and its application to pharmacokinetics in Wistar rats[†]

## Ramesh Mullangi, Raja Reddy Kallem, Ravi Kanth Bhamidipati, Rao N. V. S. Mamidi and Nuggehally R. Srinivas*

Drug Metabolism and Pharmacokinetics, Discovery Research, Dr Reddy's Laboratories Ltd, Miyapur, Hyderabad-500 049, India

*Received 28 October 2003; accepted 24 November 2003*

ABSTRACT: A specific, accurate, precise and reproducible high-performance liquid chromatography (HPLC) method was developed for the estimation of DRF-4367, a novel cyclooxygenase-2 inhibitor in rat plasma. The assay procedure involved simple liquid/liquid extraction of DRF-4367 and internal standard (IS, celecoxib) from plasma into dichloromethane. The organic layer was separated and evaporated under a gentle stream of nitrogen at 40°C. The residue was reconstituted in the mobile phase and injected onto a Kromasil KR 100-5C$_{18}$ column (4.6 × 250 mm, 5 μm). The mobile phase consisting of 0.01 M potassium dihydrogen *ortho*-phosphate (pH 3.2) and acetonitrile (40:60, v/v) was used at a flow rate of 1.0 mL/min. The eluate was monitored using an UV detector set at 247 nm. The ratio of peak area of analyte to IS was used for quantification of plasma samples. Nominal retention times of DRF-4367 and IS were 6.6 and 11.2 min, respectively. The standard curve for DRF-4367 was linear ($r^2 > 0.999$) in the concentration range 0.1–20 μg/mL. Absolute recovery was >86% from rat plasma for both analyte and IS. The lower limit of quantification of DRF-4367 was 0.1 μg/mL. The inter- and intra-day precisions in the measurement of quality control samples, 0.1, 0.3, 8.0 and 15.0 μg/mL, were in the range 6.93–9.34% relative standard deviation (RSD) and 0.48–6.59% RSD, respectively. Accuracy in the measurement of QC samples was in the range 91.24–109.36% of the nominal values. Analyte and IS were stable in the battery of stability studies, viz. benchtop, autosampler and freeze–thaw cycles. Stability of DRF-4367 was established for 1 month at −80°C. The application of the assay to a pharmacokinetic study in rats is described. Copyright © 2004 John Wiley & Sons, Ltd.

KEYWORDS: diarylpyrazole COX-2 inhibitor; rat plasma; liquid–liquid extraction; UV detection; pharmacokinetics

## INTRODUCTION

Cyclooxygenase (COX) is the key enzyme in the biosynthesis of prostanoids, biologically active substances that are involved not only in several physiological processes but also in pathological conditions, such as inflammation. Cyclooxygenase enzyme exists in two forms: COX-1 and COX-2. Both enzymes are sensitive to inhibition by conventional non-steroidal anti-inflammatory drugs (NSAIDs). COX-1 is the constitutive isoform and is mainly responsible for the synthesis of cytoprotective prostaglandins in the gastrointestinal tract and of the pro-aggregatory thromboxane in blood platelets. COX-2 is inducible form and short-lived; its expression is stimulated in response to endotoxin, cytokines and mitogens. COX-2 expression was associated with inflammation and other pathologies, such as cancer proliferation, have led to the development of COX-2 selective inhibitors to improve therapeutic potency and to reduce the classical side effects associated with the use of conventional NSAIDs. Recently, few diarylheterocycle COX-2 selective inhibitors, viz. celecoxib, rofecoxib, valdecoxib and etoricoxib have been commercialized for the treatment of certain inflammation conditions. In the course of a program aiming to discover new molecules, our efforts in synthesis and systematic structural–activity relationship studies identified DRF-4367 as a potent and novel diaryl pyrazole COX-2 inhibitor. DRF-4367 (Fig. 1) is chemically 2-hydroxymethyl-4-[5-(4-methoxyphenyl)-3-trifluoromethyl-1H-1-pyrazolyl]-1-benzene sulfonamide. It exhibited potent COX-2 selectivity in the *in vitro* studies and showed good efficacy in several animal models of inflammation and dose-proportional pharmacokinetics in Wistar rats (Singh *et al.*, 2003; Ramesh *et al.*, 2003).

We report a validated HPLC assay for the determination of DRF-4367 in rat plasma. This assay has been used for preclinical pharmacokinetic evaluation of DRF-4367. Since DRF-4367 lacks the ability to

*Correspondence to: N. R. Srinivas, Drug Metabolism and Pharmacokinetics, Discovery Research, Dr Reddy's Laboratories Ltd, Miyapur, Hyderabad-500 049, India.
E-mail: nrsrinivas@drreddys.com
†DRL Publication No. 346.

**Abbreviations used:** COX, cyclooxygenase; EDTA, ethylene diamine tetra-aceticacid; LLOQ, lower limit of quantification; NSAID, non-steroidal anti-inflammatory drugs; QC, quality control.
Published online 5 May 2004

Copyright © 2004 John Wiley & Sons, Ltd.

Determination of DRF-4367 in rat plasma



**Figure 1.** Structural representation of DRF-4367.



**Figure 2.** Structural representation of celecoxib (IS).

fluoresce, UV detection was employed in the assay. The method offers the advantage of simplicity with adequate sensitivity, selectivity, precision and accuracy for the determination of DRF-4367 in pharmacokinetic and toxicokinetic studies.

## EXPERIMENTAL

**Chemicals and reagents.** DRF-4367 and celecoxib (IS; Fig. 2) were synthesized by the Medicinal Chemistry Group, Dr Reddy's Research Foundation, Hyderabad and were characterized using chromatographic and spectral techniques by Analytical Research Group, Dr Reddy's Research Foundation, Hyderabad. Purity was found to be more than 99% for both the compounds. Dichloromethane, acetonitrile, methanol (HPLC grade), potassium dihydrogen orthophosphate, ethylene diamine tetra-acetic acid disodium salt (EDTA) and phosphoric acid (analytical reagent grade) were purchased from Qualigens, Glaxo (India), Mumbai, India. All aqueous solutions, including the buffer for the HPLC mobile phase, were prepared with Milli Q (Millipore, USA) grade water. The control rat plasma was obtained from Department of Pre-clinical Safety Evaluation, Discovery Research, Dr Reddy's Laboratories Ltd, Hyderabad, India.

**Chromatography.** The HPLC system consisted of a Shimadzu SCL-10A *VP* system controller (Kyoto, Japan), a Shimadzu LC-10AT *VP* pump (Kyoto, Japan), a Shimadzu SIL-10AD *VP* auto injector with sample cooler (Kyoto, Japan), a Shimadzu DGU-14A *VP* degasser (Kyoto, Japan) and a Shimadzu SPD-10A *VP* ultraviolet detector (Kyoto, Japan). The data were acquired and processed with Shimadzu VP software (version 5.03). The analytical column

was Kromasil KR100-5C$_{18}$-250 A, 4.6 × 250 mm, 5 µm particle size (Hichrom, UK). The isocratic mobile phase consisted of 0.01 M potassium dihydrogen orthophosphate (pH 3.2 adjusted with 10% phosphoric acid) and acetonitrile mixture (40:60, v/v) was run at a flow rate of 1.0 mL/min. The eluate was monitored by an ultraviolet detector set at 247 nm, the maximal absorption for DRF-4367 and the same wavelength was found adequate for monitoring the internal standard.

**Standard solutions.** Standards and QC stock solutions of DRF-4367 and IS were prepared in methanol. Appropriate dilutions of DRF-4367 were made in methanol to produce working stock solutions of 1000, 200, 100, 50, 20, 10, 5, 2 and 1 µg/mL. Stock solutions were stored at approximately 5°C. Working stocks were used to prepare plasma calibration standards. A working IS solution (1 mg/mL) was prepared in methanol. Calibration samples were prepared by spiking 100 µL of control rat plasma with the appropriate amount of the analyte and IS on the day of analysis. Samples for the determination of recovery, precision and accuracy were prepared by spiking control rat plasma in bulk at appropriate concentrations (0.1, 0.3, 8.0 and 15.0 µg/mL) and 100 µL volumes were aliquoted into different tubes and, depending on the nature of the experiment, samples were stored at –80°C until analysis.

**Sample preparation.** To 100 µL of plasma sample, methanolic solution of celecoxib (IS) equivalent to 1 µg was added and mixed for 15 s on a cyclomixer (Remi Instruments, Mumbai, India). After the addition of 2 mL of dichloromethane, the mixture was vortexed for 2 min, followed by centrifugation for 5 min at 3200 rpm on a table-top centrifuge (Remi Instruments, Mumbai, India). The organic layer (1.8 mL) was separated and evaporated to dryness at 40°C using a gentle stream of nitrogen (Zymark® Turbovap®, Kopkinton, MA, USA). The residue was reconstituted in 150 µL of the mobile phase and 50 µL were injected onto HPLC column.

**Calibration curves.** Calibration curves were acquired by plotting the peak area ratio of DRF-4367:IS against the nominal concentration of calibration standards. The concentrations used were 0.1, 0.2, 0.5, 1.0, 2.0, 5.0, 10.0 and 20.0 µg/mL. The results were fitted to linear regression analysis without the introduction of weighing factors.

**Precision and accuracy.** The intra-assay precision and accuracy were estimated by analyzing four replicates containing DRF-4367 at four different QC levels i.e. 0.1, 0.3, 8.0 and 15.0 µg/mL. The inter-assay precision was determined by analyzing the four levels QC samples on four different runs. The criteria for acceptability of the data included accuracy within ±15% deviation (DEV) from the nominal values and a precision of within 15% relative standard deviation (RSD) (*United States Pharmacopoeia*, 1995; Shah *et al.*, 1992).

**Stability experiments.** The stability of DRF-4367 and IS in the injection solvent was determined periodically by injecting replicate preparations of processed samples for up to 24 h (in the auto sampler at 5°C) after the initial injection. The peak areas of the analyte and IS obtained at initial cycle were used

Copyright © 2004 John Wiley & Sons, Ltd.

ATTORNEY'S EYES ONLY

UC-CVJ00007590

TX 67.0078

578    *ORIGINAL RESEARCH*

R. Mullangi *et al.*

as the reference to determine the relative stability at subsequent points. Stability of DRF-4367 in the biomatrix during 8 h (bench-top) was determined at ambient temperature (25 ± 3°C) at four concentrations in quadruplicates. Freezer stability of DRF-4367 in rat plasma was assessed by analyzing the QC samples stored at –80°C for at least 1 month. The stability of DRF-4367 in rat plasma following repeated freeze–thaw cycles was assessed using QC samples spiked with DRF-4367. The samples were stored at –80°C between freeze–thaw cycles. The samples were thawed by allowing them to stand at room temperature for approximately 2 h. After drawing out the required volume, the samples were then returned to the freezer. The stability of DRF-4367 was assessed after three freeze–thaw cycles. The samples were processed using the same procedure as described in the sample preparation section. Samples were considered to be stable if assay values were within the acceptable limits of accuracy (i.e. ±15% DEV) and precision (i.e. 15% RSD).

**Extraction recovery.** Two sets of standards containing the analyte and IS at three different concentrations (0.3, 8.0 and 15.0 µg/mL) and at the lower limit of quantification (LLOQ) were prepared. One set was prepared in rat plasma and the other set was prepared in methanol (neat set). The recovery was determined by comparing peak areas of spiked plasma extracts with those of unextracted neat standards prepared in methanol. The recovery value was calculated at the various concentrations of DRF-4367. The recovery of the IS was determined at a single concentration of 10 µg/mL.

**Animal study.** The pharmacokinetic study was carried out in male Wistar rats. The animals were fasted overnight (~14 h) and had free access to water throughout the experimental period. DRF-4367 was administered by oral gavage at a dose of 30 mg/kg, as a suspension in 0.25% sodium carboxymethylcellulose. Blood samples (0.25 mL) were collected from retroorbital plexus at designated time points (0.5, 1, 2, 3, 5, 8, 12 and 24 h) into microcentrifuge tubes containing 10 µL of EDTA. Plasma was harvested by centrifuging the blood

using Biofuge (Hereaus, Germany) at 12 800 rpm for 5 min. Plasma (100 µL) samples were spiked with IS and processed as described above.

**Pharmacokinetic analysis.** Pharmacokinetic parameters were calculated by employing a non-compartmental analysis (Gibaldi and Perrier, 1982). The peak plasma concentration ($C_{max}$) and the corresponding time ($T_{max}$) were directly obtained from the raw data. The area under the plasma concentration vs time curve up to the last quantifiable time point, $AUC_{(0-t)}$ was obtained by the linear and log-linear trapezoidal summation. The $AUC_{(0-t)}$ was extrapolated to infinity (i.e. $AUC_{(0-\infty)}$) by adding the quotient of $C_{last}/K_{el}$, where $C_{last}$ represents the last measurable time concentration and $K_{el}$ represents the apparent terminal rate constant. $K_{el}$ was calculated by the linear regression of the log-transformed concentrations of the drug in the terminal phase. The half-life ($t_{1/2}$) of the terminal elimination phase was obtained using the relationship $t_{1/2} = 0.693/K_{el}$.

## RESULTS AND DISCUSSION

### Specificity and chromatography

In the chosen chromatographic conditions, specificity was indicated by the absence of any endogenous interference at retention times of peaks of interest as evaluated by chromatograms of blank rat plasma and plasma spiked with DRF-4367 and IS. Both the analyte and IS were well separated with retention time of 6.6 and 11.2 min, respectively. System suitability parameters for the method were as follows: theoretical plates for DRF-4367 were >10474 and for IS >14349, the asymmetry factor was <1.03 and the resolution between DRF-4367 and IS was >14.00. Figure 3 shows a typical overlaid chromatogram for the control rat plasma (free of analyte and IS), rat plasma spiked with



**Figure 3.** HPLC chromatograms of a 50 µL injection of (a) rat blank plasma, (b) blank plasma spiked with DRF-4367 at LLOQ (0.1 µg/mL) and 1 µg/mL of internal standard, and (c) a 3.0 h *in vivo* plasma sample obtained from rat dosed with DRF-4367 at 30 mg/kg, p.o.

Copyright © 2004 John Wiley & Sons, Ltd.

*Biomed. Chromatogr.* **18**: 576–580 (2004)

ATTORNEY'S EYES ONLY

UC-CVJ00007591

TX 67.0079

ORIGINAL RESEARCH   579

DRF-4367 at the LLOQ (0.1 μg/mL) and an *in vivo* plasma sample obtained after oral administration of DRF-4367 at 30 mg/kg.

## Calibration curve

Peak area ratios of DRF-4367 to the IS were measured and acted as a surrogate for quantitation. A representative calibration graph of peak-area ratio (DRF-4367 to IS) vs DRF-4367 concentration in the range 0.1–20 μg/mL resulted in the regression equation $y = 0.107x + 0.0002$ ($r^2 > 0.999$). The standard curve had a reliable reproducibility over the standard concentrations of the analyte across the calibration range. The lowest concentration with the RSD <20% was taken as LLOQ (Shah *et al.*, 1992) and was found to be 0.1 μg/mL. The RSD and signal-to-noise ratio at LLOQ were found to be 6.80% and 5.75, respectively.

## Accuracy and precision

Accuracy and precision data for intra- and inter-day plasma test samples are presented in Table 1. The intra-day accuracy (%) ranged from 93.58 to 109.36 at 0.1 μg/mL, 91.24 to 106.39 at 0.3 μg/mL, 92.09 to 108.25 at 8.0 μg/mL and 92.21 to 107.01 at 15.0 μg/mL. The inter-day accuracy (%) was 103.21, 98.97, 96.73 and 97.49 at 0.1, 0.3, 8.0 and 15.0 μg/mL, respectively. The intra-day precision (%RSD) ranged from 0.48 to 4.18 at 0.1 μg/mL, 1.16 to 4.87 at 0.3 μg/mL, 1.62 to 3.54 at 8.0 μg/mL and 0.85 to 6.59 at 15.0 μg/mL. The inter-day precision (%RSD) was 6.80, 6.24, 7.52 and 7.05 at 0.1, 0.3, 8.0 and 15.0 μg/mL, respectively.

## Stability

**Autosampler and bench top stability.** Over a period of 24 h injection time in the auto-sampler at 5°C and over the bench-top for 8 h period, the predicted concentrations for DRF-4367 at 0.1, 0.3, 8.0 and 15.0 μg/mL samples deviated within the nominal concentrations. The results were found to be within the assay variability limits.

**Freeze–thaw stability.** Table 2 shows the results of the analyses of the QC samples following repeated three

Table 1. Intra- and inter-day precision of determination of DRF-4367 in rat plasma

| Theoretical concentration (μg/mL) | Run | Measured concentration (μg/mL) | | | |
|---|---|---|---|---|---|
| | | Mean | SD | RSD | Accuracy (%) |
| *Intra-day variation (four replicates at each concentration)* | | | | | |
| 0.1 | 1 | 0.11 | 0.00 | 0.48 | 109.36 |
| | 2 | 0.09 | 0.00 | 0.66 | 93.58 |
| | 3 | 0.11 | 0.00 | 2.45 | 108.76 |
| | 4 | 0.10 | 0.00 | 4.18 | 101.14 |
| 0.3 | 1 | 0.30 | 0.01 | 2.80 | 99.12 |
| | 2 | 0.27 | 0.00 | 1.16 | 91.24 |
| | 3 | 0.32 | 0.01 | 2.21 | 106.39 |
| | 4 | 0.30 | 0.01 | 4.87 | 99.15 |
| 8.0 | 1 | 7.46 | 0.12 | 1.62 | 93.27 |
| | 2 | 7.37 | 0.16 | 2.18 | 92.09 |
| | 3 | 8.66 | 0.25 | 2.87 | 108.25 |
| | 4 | 7.46 | 0.26 | 3.54 | 93.29 |
| 15.0 | 1 | 14.64 | 0.96 | 6.59 | 97.58 |
| | 2 | 13.83 | 0.37 | 2.64 | 92.21 |
| | 3 | 16.05 | 0.14 | 0.85 | 107.01 |
| | 4 | 13.97 | 0.35 | 2.48 | 93.18 |
| *Inter-day variation (16 replicates at each concentration)* | | | | | |
| 0.1 | | 0.10 | 0.01 | 6.80 | 103.21 |
| 0.3 | | 0.30 | 0.02 | 6.24 | 98.97 |
| 8.0 | | 7.74 | 0.58 | 7.52 | 96.73 |
| 15.0 | | 14.62 | 1.03 | 7.05 | 97.49 |

RSD, relative standard deviation (SD × 100/mean).

freeze–thaw cycles. DRF-4367 was shown to be stable in the frozen plasma at −80°C for at least three freeze–thaw cycles.

**Freezer stability.** DRF-4367 was found to be stable when stored at −80°C for at least one month. Both accuracy and precision of QC samples in this evaluation were within the assay variability of ±15%.

## Extraction recovery

The results of the comparison of neat standards vs plasma-extracted standards were estimated at 0.1, 0.3, 8.0 and 15.0 μg/mL concentrations. The absolute recoveries ranged from 102 to 110% across the concentrations. The absolute recovery of internal standard at 10 μg/mL was 86%.

Table 2. Summary of freeze–thaw stability of DRF-4367 in rat plasma

| Concentration (μg/mL) | Mean concentration (μg/mL) cycle I | Mean concentration (μg/mL) cycle III | Percentage deviation[a] |
|---|---|---|---|
| 0.1 | 0.11 | 0.10 | 9.09 |
| 0.3 | 0.30 | 0.31 | 3.33 |
| 8.0 | 7.46 | 8.08 | 8.31 |
| 15.0 | 14.64 | 14.96 | 2.18 |

[a] Percentage deviation was calculated between cycle I and cycle III.

Copyright © 2004 John Wiley & Sons, Ltd.

*Biomed. Chromatogr.* **18**: 576–580 (2004)

ATTORNEY'S EYES ONLY

UC-CVJ00007592

TX 67.0080



**Figure 4.** Plasma concentration vs time profiles of DRF-4367 after single dose oral administration of 30 mg/kg in male Wistar rats. The data points are means and standard deviation bars of four observations.

### Application of the method

After a single oral administration of 30 mg/kg DRF-4367 to male Wistar rats, the plasma concentrations of DRF-4367 were determined by the described method. The mean plasma concentration vs time profiles for DRF-4367 are depicted in Fig. 4. Inspection of Fig. 4 revealed that the newly developed analytical method had the required sensitivity to characterize the absorption, distribution and elimination phases of DRF-4367 following oral dosing. The pharmacokinetic parameters were calculated using a non-compartmental analysis. Maximum concentration in plasma ($C_{max}$ $3.06 \pm 0.78\ \mu g/$ mL) was achieved at $3.00 \pm 0.00\ h$ ($T_{max}$). The half-life ($t_{1/2}$) of DRF-4367 was $6.51 \pm 1.44\ h$, while the $AUC_{(0-\infty)}$ was $34.09 \pm 7.15$.

### CONCLUSION

The assay developed is specific, accurate, precise and reproducible for the analysis of DRF-4367 in rat plasma. The assay can be readily used to support single dose and multiple dose pharmacokinetic studies and toxicokinetic studies which are essential components for evaluation in drug development.

### REFERENCES

Gibaldi M and Perrier D. *Pharmacokinetics*, Swarbrick J. (ed.). Marcel Dekker: New York, 1982; 409.

Ramesh M, Rao NVSM, Jagannath K, Sunil Kumar Singh, Srinivasa Rao K, Koteswara Rao Y, Seshagiri Rao C, Rajagopalan R and Srinivas NR. Oral bioavailability and pharmacokinetics of DRF-4367, a new COX-2 inhibitor in rats. *European Journal of Drug Metabolism and Pharmacokinetics* 2003; **28**: 137.

Shah VP, Midha KK, Dighe S, Mcgliveray, IJ, Skelly JP, Jacobi TA, Layoff, T, Viswanathan CT, Cook, CE, Mc Dowall RD, Pittman KA and Spector S. *Journal of Pharmaceutical Sciences* 1992; **81**: 309.

*United States Pharmacopoeia.* United States Pharmacopoeial Convention: Rockville, MD, 1995, 1982.

Singh SK, Saibaba V, Ganapati Reddy P, Srinivasa Rao K, Lohray BB, Seshagiri Rao C, Parimal Misra, Srinivasa Raju D, Rao NVSM, Ramesh M, Ravikanth B, Rajagopalan R, Venkateswarlu A and Koteswar Rao Y. *Journal of Medicinal Chemistry* 2003 (Submitted).

Copyright © 2004 John Wiley & Sons, Ltd.

ATTORNEY'S EYES ONLY

UC-CVJ00007593

TX 67.0081

11/23/04

Pk of RD57 .

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | |
| 2 | Veh. | 1 mon/l | | | | | | | | |
| 3 | RD57 | 10 mpk | | | | | | | | |
| 4 | | IV injection | → | 2wf Serum | | | | | | |
| 5 | | | | 5/ 30' | 2hrs | 6 hrs | 16 hrs | | | |
| 6 | | | | | | | | | 3 mice /group | . |
| 7 | | | | | | | | | | |
| 8 | | | | ↓ | | | | | | |
| 9 | | | | ↓ | | | | | | |
| 10 | | | | HPLC . | | | | | | |
| 11 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 15 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 20 | | | | | | | | | | |
| 21 | | | | | | | | | | |
| 22 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 24 | | | | | | | | | | |
| 25 | | | | | | | | | | |
| 26 | | | | | | | | | | |
| 27 | | | | | | | | | | |
| 28 | | | | | | | | | | |
| 29 | | | | | | | | | | |
| 30 | | | | | | | | | | |
| 31 | | | | | | | | | | |

ATTORNEY'S EYES ONLY

UC-CVJ00007594

TX 67.0082



Serum

| time (h) | serie A | serie B | serie C | medium [uM] |
|---|---|---|---|---|
| 0.083 | 2.36 | 2.15 | 2.01 | 2.17 |
| 0.5 | 1.04 | 1.16 | 1.61 | 1.27 |
| 2 | 0.69 | 0.64 | 0.66 | 0.66 |
| 6 | 0 | 0.103 | 0.09 | 0.097 medium of deux samples |
| 16 | 0.0605 | 0.0662 | 0.094 | 0.074 |





ATTORNEY'S EYES ONLY

UC-CVJ00007595

**TX 67.0083**



ATTORNEY'S EYES ONLY

UC-CVJ00007596

**TX 67.0084**

Appx1448



| time (h) | abdominal fate (RD37 in ng) | abdominal fate RD110 | | Brain (RD37 in ng) |
|---|---|---|---|---|
| 0.083 | 623 | | 297 | 58 |
| 0.5 | 1220 | | 331 | 41 |
| 2 | 1657 | | 459 | 36 |
| 6 | 1496 | | 153 | 59 |
| 16 | 766 | | 124 | 46 |

Note 1: The error could be as high as 100% in brain sample
Note 2: The error in fate sample is estimated around 20%. This dues to the mesurement of volume of the sar
Note 3: The result from lever sample is not trustable
Note 4: The concentration of RD37 in urine at any time points is below 50nM

Amount of RD37 and RD110 in abdominal fate and brain



ATTORNEY'S EYES ONLY

UC-CVJ00007597

**TX 67.0085**

| time (h) | serie A | serie B | serie C | medium |
|----------|---------|---------|---------|--------|
| 0.083 | 2.58 | 1.78 | 0.68 | 1.683 |
| 0.5 | 0.258 | 0.543 | 3.1 | 1.3 |
| 2 | 0.71 | 0.45 | 0.66 | 0.61 |



PH of Metabolite (RD110) of RD37

ATTORNEY'S EYES ONLY

UC-CVJ00007598

TX 67.0086



ATTORNEY'S EYES ONLY

UC-CVJ00007599

**TX 67.0087**

11/30/04   Test drug goes   Where.

blood —+ drug — 5' —→spin —→ ~~spin~~   Collect
Serum

IV →5' ————————→ spin

IV →30'

Gava —→ 5'

Gava — 30'

{ lung
liver.

lung — 🔟 300µl PBS   grind —spin —soup.
liver — 600µl PBS

ATTORNEY'S EYES ONLY

UC-CVJ00007600

**TX 67.0088**



ATTORNEY'S EYES ONLY

UC-CVJ00007601

**TX 67.0089**

12/8/04   Solubility

→ RD37 powder to

|  | conc. | solubility | HPLC conc. |
|---|---|---|---|
| EtOH | 10mg/ml (e 3)mg/0.37ml | some + | |
| PEG400 | | +++ | >20 mg/ml |
| H₂O | | - | |
| Acetone | | very soluble ++++ | |
| corn oil | | | |

→ K9. 10mg/ml RD37 in Acetone

         10μl → 1ml of Media (1+5% FBS Iscove's )

                                 clear

→        5ml → 0.5ml of 5% PEG     +

                  →       H₂O     N/s

add old       R+O      +
      5μl more      FH₂O    more cloud

add 10μl more       PEG

◁      5μl 2% RD37 in DMSO → 100μl 5% PEG    clear !!

ATTORNEY'S EYES ONLY

UC-CVJ00007602

**TX 67.0090**

12/16/04

5'    30'    2-3h    6h        14h        24h

4-5 mice/group

Serum, liver, urine.

ATTORNEY'S EYES ONLY

UC-CVJ00007603

TX 67.0091

1/4/85.
Nap xenograft

:Nap.
2 mil cells inject SQ → about 100 mm³ → Castration
42 mice
12/16/04                    1/4/05                    B.c · 1
                                                      10
                                                      R1337  1

6 mice × 6 group. = 36 mice

Group .
① 1/6 Treat for 2 days
   Treat blood 1 hr after
   Treatment

② 1/11. Treat

prepare drugs  7,5 mice/Tube
Wed              Friday
day 2 pretretmt , after treatmt 1 hr
'1 <1      serum              serum .
Bic 10                         2 mice    same mice
R037  1    2 mouse
   10 .

1/26/05  stop treatment         At the end of exp. inject drug and sat
                                 3 hrs late.
V                                for everyone
Bic <1   measure ⟨ weight       organ.   ⟨ 835 vehicle
R037 1            UG                      812 → 77  10mpk
   10    take serum                        V    848  10mpk R057
everyone                         1 mouse   2 mouse
                                    1        2

                                 Take brain . fat . liver . kidney .
                                 urine . feces . tumor . UG . lung
                                 spleen . muscle .

Castrated mice ⟨ 3  Veh .
                 B  R037  10mpk
                    start 1/18/05 .

ATTORNEY'S EYES ONLY
UC-CVJ00007604
TX 67.0092



PK study from
1/4/05 LNCaP Xenograft treat.     All to sandy

1/6 · after treat for 3days. withdraw blood 1hr after treatment.     To Sandy

Veh m825 835
C1 856, 813
C10 824 842
371 824 856
3710 844 812.

1/14. after 9days treatment . withdraw blood 1hr after treatment      before and

| | V | C1 | C10 | 371 | 3710 |
| Pre treatment | 835 | 813 | 824 | 856 | 812 |
| Post treatmel | 825 | 826 | 842 | 841 | 844 |

1/26/05.
Terminal Bleeding

V 828 825
C1 826 840
C10 824 850
371 827 847
3710 844 811.

Chris always does this
everyone was terminated
3hrs after dry treatment

Sacrificed 3 mice and take to organs.

V 835          Blood, brain, fat, liver kidney
371-10  812   urine, feces, tumor, U6, lung
        846   spleen, muscle.

ATTORNEY'S EYES ONLY                    UC-CVJ00007605

TX 67.0093

**LNCaP** 2,000,    cells/mouse on 12.16.04

| | | 1.3.05 | | 1.7.05 | | 1.11.05 | | 1.14.05 | | 1.18.05 | | 1.21.05 | | 1.25.05 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Vehicle | 1 | | | 4 | | 8 | | 11 | | 15 | | 18 | | 22 | |
| 835 | 238 | 1 | 604 | 2.5378 | 585 | 2.458 | 447 | 1.8782 | 630 | 2.6471 | 619 | 2.6008 | 756 | 3.1765 |
| 825 | 234 | 1 | 286 | 1.2222 | 574 | 2.453 | 420 | 1.7949 | 468 | 2 | 574 | 2.453 | 675 | 2.8846 |
| 845 | 182 | 1 | 231 | 1.2692 | 574 | 3.1538 | 510 | 2.8022 | 765 | 4.2033 | 689 | 3.7857 | 810 | 4.4505 |
| 808 | 146 | 1 | 225 | 1.5411 | 570 | 3.9041 | 640 | 4.3836 | 941 | 6.4452 | 701 | 4.8014 | 1080 | 7.3973 |
| 839 | 100 | 1 | 450 | 4.5 | 560 | 5.6 | 525 | 5.25 | 630 | 6.3 | 842 | 8.42 | 880 | 8.8 |
| 809 | 56 | 1 | 90 | 1.6071 | 250 | 4.4643 | 420 | 7.5 | 588 | 10.5 | 672 | 12 | 520 | 9.2857 |
| avg | 159.33 | 1 | 314.33 | 2.1129 | 518.83 | 3.6722 | 493.67 | 3.9348 | 670.33 | 5.3493 | 682.83 | 5.6768 | 786.83 | 5.9991 |
| stdev | 73.011 | 0 | 183.5 | 1.2623 | 131.95 | 1.2351 | 84.491 | 2.2241 | 163.21 | 3.1134 | 91.366 | 3.787 | 189.64 | 2.8519 |
| sem | 29.813 | | 74.929 | 0.5154 | 53.878 | 0.5043 | 34.5 | 0.9082 | 66.645 | 1.2713 | 37.308 | 1.5463 | 77.437 | 1.1645 |
| **Post-Cast.** | | castrated on 1.3.05 | | | | | | | | | | | | | |
| 807 | 332 | 1 | 281 | 0.8464 | 276 | 0.8313 | 293 | 0.8825 | 432 | 1.3012 | 455 | 1.3705 | 490 | 1.4759 |
| 837 | 238 | 1 | 501 | 2.105 | 525 | 2.2059 | 468 | 1.9664 | 656 | 2.7563 | 788 | 3.3109 | 634 | 2.6639 |
| 817 | 234 | 1 | 223 | 0.953 | 293 | 1.2521 | 327 | 1.3974 | 347 | 1.4829 | 238 | 1.0171 | 338 | 1.4444 |
| 834 | 179 | 1 | 206 | 1.1508 | 240 | 1.3408 | 299 | 1.6704 | 288 | 1.6089 | 347 | 1.9385 | 466 | 2.6034 |
| 814 | 72 | 1 | 140 | 1.9444 | 153 | 2.125 | 191 | 2.6528 | 203 | 2.8194 | 203 | 2.8194 | 187 | 2.5972 |
| 819 | 27 | 1 | 40 | 1.4815 | 40 | 1.4815 | 35 | 1.2963 | 27 | 1 | 27 | 1 | 27 | 1 |
| avg | 180.33 | 1 | 231.83 | 1.4135 | 254.5 | 1.5394 | 268.83 | 1.6443 | 325.5 | 1.8281 | 343 | 1.9094 | 357 | 1.9641 |
| stdev | 113.54 | 0 | 155.47 | 0.523 | 162.26 | 0.5318 | 145.11 | 0.6138 | 212.86 | 0.7713 | 261.18 | 0.9703 | 221.12 | 0.7399 |
| sem | 46.362 | 0 | 63.481 | 0.2135 | 66.255 | 0.2171 | 59.252 | 0.2506 | 86.918 | 0.315 | 106.65 | 0.3962 | 90.288 | 0.3021 |
| **C-1** | | | | | | | | | | | | | | | |
| 813 | 210 | 1 | 414 | 1.6898 | 534 | 2.1795 | 470 | 1.9184 | 536 | 2.1878 | 476 | 1.9429 | 567 | 2.3143 |
| 826 | 231 | 1 | 312 | 1.3506 | 371 | 1.6061 | 432 | 1.8701 | 527 | 2.2814 | 486 | 2.1039 | 630 | 2.7273 |
| 848 | 193 | 1 | 390 | 2.0207 | 600 | 3.1088 | 606 | 3.1399 | 782 | 4.0518 | 619 | 3.2073 | 704 | 3.6477 |
| 840 | 144 | 1 | 465 | 3.2292 | 495 | 3.4375 | 624 | 4.3333 | 1033 | 7.1736 | 979 | 6.7986 | 1160 | 8.0556 |
| 833 | 79 | 1 | 166 | 2.1013 | 240 | 3.038 | 319 | 4.038 | 510 | 6.4557 | 619 | 7.8354 | 743 | 9.4051 |
| 829 | 55 | 1 | 35 | 0.6364 | 44 | 0.8 | 50 | 0.9091 | 50 | 0.9091 | 50 | 0.9091 | 50 | 0.9091 |
| avg | 175.4 | 1 | 349.4 | 2.0783 | 448 | 2.674 | 490.2 | 3.0599 | 677.6 | 4.4301 | 635.8 | 4.3776 | 760.8 | 5.23 |
| stdev | 67.999 | 0 | 116.43 | 0.7087 | 143.09 | 0.7565 | 126.9 | 1.1514 | 228.05 | 2.314 | 203.92 | 2.7516 | 233.22 | 3.2656 |
| sem | | 0 | 52.068 | 0.3169 | 63.995 | 0.3383 | 56.754 | 0.515 | 101.99 | 1.0349 | 91.197 | 1.2306 | 104.3 | 1.4609 |
| **C-0** | | | | | | | | | | | | | | | |
| 851 | 268 | 1 | 490 | 1.8284 | 433 | 1.6157 | 404 | 1.5075 | 501 | 1.8694 | 501 | 1.8694 | 604 | 2.2537 |
| 841 | 225 | 1 | 495 | 2.2197 | 474 | 2.1256 | 443 | 1.9865 | 600 | 2.6906 | 536 | 2.4036 | 683 | 3.0628 |
| | 195 | 1 | 304 | 1.559 | 440 | 2.2564 | 403 | 2.0667 | 604 | 3.0974 | 624 | 3.2 | 624 | 3.2 |
| 815 | 109 | 1 | 288 | 1.6847 | 414 | 2.3931 | 387 | 2.237 | 525 | 3.0347 | 519 | 3 | 525 | 3.0347 |
| | 88 | 1 | 234 | 2.6591 | 330 | 3.75 | 263 | 2.9886 | 525 | 5.9659 | 553 | 6.2841 | 520 | 5.9091 |
| | 35 | 1 | 153 | 3.9231 | 105 | 2.6923 | 297 | 7.6154 | 242 | 6.2051 | 306 | 7.8462 | 297 | 7.6154 |
| avg | 151.33 | 1 | 327.33 | 2.309 | 366 | 2.4722 | 366.17 | 3.0669 | 499.5 | 3.8105 | 506.5 | 4.1005 | 542.17 | 4.1793 |
| stdev | 86.72 | 0 | 138.4 | 0.8882 | 136.64 | 0.7194 | 70.075 | 2.2796 | 133.14 | 1.8173 | 106.98 | 2.3949 | 135.09 | 2.0987 |
| sem | | 0 | 56.511 | 0.3627 | 55.793 | 0.2938 | 28.614 | 0.9308 | 54.364 | 0.742 | 43.684 | 0.9779 | 55.161 | 0.857 |
| **RD** | | | | | | | | | | | | | | | |
| | | 1 | 690 | 2.76 | 912 | 3.648 | 810 | 3.24 | 1053 | 4.212 | 1033 | 4.132 | 1110 | 4.44 |
| | | 1 | 405 | 1.7532 | 474 | 2.0519 | 918 | 3.974 | 1250 | 5.4113 | 1160 | 5.0216 | 1262 | 5.4632 |
| | 190 | 1 | 309 | 1.5846 | 440 | 2.2564 | 360 | 1.8462 | 410 | 2.1026 | 442 | 2.2667 | 540 | 2.7692 |
| | | 1 | 186 | 1.4308 | 414 | 3.1846 | 383 | 2.9462 | 455 | 3.5 | 520 | 4 | 638 | 4.9077 |
| 713 | | 1 | 264 | 3.1429 | 330 | 3.9286 | 261 | 3.1071 | 324 | 3.8571 | 399 | 4.75 | 478 | 5.6905 |
| | | 1 | 176 | 3.3846 | 105 | 2.0192 | 154 | 2.9615 | 308 | 5.9231 | 408 | 7.8462 | 646 | 12.423 |
| | | 1 | 338.33 | 2.3427 | 445.83 | 2.8481 | 481 | 3.0125 | 633.33 | 4.1677 | 660.33 | 4.6694 | 779 | 5.9489 |
| sem | | 0 | 191.86 | 0.8548 | 264.1 | 0.8475 | 309.45 | 0.6859 | 409.78 | 1.3738 | 342.89 | 1.8293 | 325.01 | 3.3373 |

ATTORNEY'S EYES ONLY

UC-CVJ00007606

**TX 67.0094**

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3?.?8 | 0 | 78.343 | 0.3491 | 107.84 | 0.3461 | 126.36 | 0.2801 | 167.33 | 0.561 | 140.01 | 0.747 | 132.71 | 1.3627 |
| RD | | | | | | | | | | | | | | |
| | 30+ | 1 | 390 | 1.2829 | 528 | 1.7368 | 690 | 2.2697 | 864 | 2.8421 | 782 | 2.5724 | 1013 | 3.3322 |
| | 221 | 1 | 408 | 1.8462 | 338 | 1.5294 | 266 | 1.2036 | 280 | 1.267 | 249 | 1.1267 | 336 | 1.5204 |
| | 216 | 1 | 428 | 1.9815 | 494 | 2.287 | 366 | 1.6944 | 494 | 2.287 | 510 | 2.3611 | 532 | 2.463 |
| | 11? | 1 | 188 | 1.6786 | 390 | 3.4821 | 748 | 6.6786 | 756 | 6.75 | 748 | 6.6786 | 864 | 7.7143 |
| 46 | 10? | 1 | 154 | 1.4667 | 225 | 2.1429 | 338 | 3.219 | 713 | 6.7905 | 918 | 8.7429 | 918 | 8.7429 |
| 82? | 430 | 1 | 640 | 1.4579 | 570 | 1.2984 | 510 | 1.1617 | 640 | 1.4579 | 576 | 1.3121 | 576 | 1.3121 |
| | 2?? ?3 | 1 | 368 | 1.6189 | 424.17 | 2.0794 | 486.33 | 2.7045 | 624.5 | 3.5657 | 630.5 | 3.7989 | 706.5 | 4.1808 |
| s | | 0 | 177.69 | 0.2641 | 130.53 | 0.7803 | 197.76 | 2.0928 | 209.01 | 2.5466 | 237.68 | 3.1506 | 263.91 | 3.2335 |
| | | 0 | 72.555 | 0.1078 | 53.298 | 0.3186 | 80.75 | 0.8546 | 85.347 | 1.0398 | 97.05 | 1.2865 | 107.76 | 1.3203 |

ATTORNEY'S EYES ONLY

UC-CVJ00007607

TX 67.0095



| body | 2 | | 1 | 4 | 8 | 11 | 15 | 18 | 22 |
|------|---|--|---|---|---|----|----|----|----|
| | | Veh | 1 | 2.1 | 3.7 | 3.9 | 5.4 | 5.7 | 6 |
| | | Castration | 1 | 1.4 | 1.5 | 1.6 | 1.8 | 1.9 | 2 |
| | | Bic-1 | 1 | 2.1 | 2.7 | 3.1 | 4.4 | 4.4 | 5.2 |
| | | Bic-10 | 1 | 2.3 | 2.5 | 3.1 | 3.8 | 4.1 | 4.2 |

| | | 1 | 4 | 8 | 11 | 15 | 18 | 22 |
|--|--|---|---|---|----|----|----|----|
| Veh | | 1 | 2.1 | 3.7 | 3.9 | 5.4 | 5.7 | 6 |
| Castration | | 1 | 1.4 | 1.5 | 1.6 | 1.8 | 1.9 | 2 |
| RD37-1 | | 1 | 2.3 | 2.8 | 3 | 4.2 | 4.7 | 5.9 |
| RD37-10 | | 1 | 1.7 | 2.1 | 2.7 | 3.6 | 3.8 | 4.2 |

| | bodywt. |
|--|---------|
| Veh | 20 |
| Castration | 20 |
| Bic-1 | 18.4 |
| Bic-10 | 19.2 |
| RD37-1 | 18.9 |
| RD37-10 | 20.1 |

ATTORNEY'S EYES ONLY

UC-CVJ00007608

TX 67.0096



ATTORNEY'S EYES ONLY

UC-CVJ00007609

**TX 67.0097**

| | 1.27.05 | 1.25.05 |
|---|---|---|
| | **24** | |
| Ve cle | **UG (mg)** | **bodywt (g)** |
| 5 | 140 | 20 |
| 5 | 150 | 19.3 |
| 608 | 142 | 23.8 |
| 839 | 127 | 17 |
| avg | **139.75** | **20.025** |
| std v | 9.54 | 2.82415179 |
| se n | 4.77 | 1.412075895 |

| Pos as | | |
|---|---|---|
| | 58 | 20.8 |
| | 51 | 21 |
| avg | **54.5** | **20.9** |
| std v | 4.949747468 | 0.141421356 |
| se n | 3.50052862 | 0.100015103 |

| C 1 | | |
|---|---|---|
| 8 3 | 66 | 16.5 |
| 5 | 94 | 20.5 |
| | 69 | 18.5 |
| | 87 | 18.3 |
| | **79** | **18.45** |
| s a | 13.6381817 | 1.636052159 |
| a | 6.819090848 | 0.818026079 |

| C 0 | | |
|---|---|---|
| | 78 | 18.8 |
| | 85 | 21 |
| | 64 | 17 |
| | 80 | 20.7 |
| | **76.75** | **19.38** |
| | 9.00 | 1.86 |
| | 4.50 | 0.93 |

| R | | |
|---|---|---|
| | 91 | 17.5 |
| | 102 | 20 |
| | 135 | 20 |
| | 117 | 18 |
| | **111.25** | **18.88** |
| | 19.08533468 | 1.31497782 |
| | 9.542667342 | 0.65748891 |

| F | | |
|---|---|---|
| | 92 | 20 |
| | 83 | 18.3 |
| | 91 | 19 |
| | 137 | 23.6 |
| | 66 | 17.4 |
| | **94.4** | **19.66** |

| | LAPC 4-intact | | |
|---|---|---|---|
| | UG (mg) | Bodywt. (dg) | |
| Veh | 134 | 207 | 0.647342995 |
| p. cast | 55 | 208 | 0.264423077 |
| C-1 | 100 | 222 | 0.45045045 |
| C-10 | 69 | 175 | 0.394285714 |
| 37-1 | 132 | 215 | 0.613953488 |
| 37-10 | 96 | 194 | 0.494845361 |

ATTORNEY'S EYES ONLY

UC-CVJ00007610

**TX 67.0098**

26.02498799    2.399583297
11.63908229    1.073158899

ATTORNEY'S EYES ONLY

UC-CVJ00007611

**TX 67.0099**

CaP-intact

| G (mg) | Bodywt. (dg) | | | Ave | Stdev |
|---|---|---|---|---|---|
| 140 | 200 | 0.7 | | | |
| 55 | 209 | 0.26316 | | | |
| 79 | 185 | 0.42703 | | | |
| 77 | 194 | 0.39691 | | | |
| 111 | 189 | 0.5873 | | | |
| 94 | 197 | 0.47716 | | | |

| | | | Ave | Stdev |
|---|---|---|---|---|
| Veh | 0.647343 | 0.7 | 0.6736715 | 0.0263285 |
| Cast | 0.2644231 | 0.2631579 | 0.2637905 | 0.0006326 |
| Bic-1 | 0.4504505 | 0.427027 | 0.4387387 | 0.0117117 |
| Bic-10 | 0.3942857 | 0.3969072 | 0.3955965 | 0.0013108 |
| 1d-1 | 0.6139535 | 0.5873016 | 0.6006275 | 0.013326 |
| 1d-10 | 0.4948454 | 0.4771574 | 0.4860014 | 0.008844 |





ATTORNEY'S EYES ONLY

UC-CVJ00007612

TX 67.0100



ATTORNEY'S EYES ONLY

UC-CVJ00007613

**TX 67.0101**

pharmacodynamics

1/6/05   PD Study of RD57.

CN/AR · ARR: photluc · cells

↓ inject

SCID mice

↓ impk RD37 .

tumor established in 2 weeks

↓ impk RD57

one dose

↓

time course

0, 2, 6, 12, 24 hrs

↓

harvet tumor

↓

lysate in passive lysis buffer.

↓

grab Bio-Rad

↓

luciferase ready.

ATTORNEY'S EYES ONLY

UC-CVJ00007614

**TX 67.0102**

Appx1466

5/6/05  pK

|  | DMSO | Conc. |
|---|---|---|
| RD131 | 11mg | 550μl |
| RD133 4.5 mg | 225μl | 2mg/100μl |

dose : 10 mpk

mouse : 20g    ⟹ 0.2 mg/mouse = 10μl × 2mg/100μl

Each mouse.
    25% PEG400
take 10μl stock + 200μl H₂O → IV all.

Time.  ① __1 mouse . vehicle . 2 hrs__

RD131 , 5'    30''    2hrs  •••

RD133  5'    ••••    2hrs ••

Each Timepoint  3 mice .

Test solubility
{ tho  precipitates
dilx  10%PEG clear
plus
200μl  25%PEG cloud
{ 50%P66 clear.

Collect : Serum
   liver

Used
25% PEG400
as vehicle

ATTORNEY'S EYES ONLY

UC-CVJ00007615

**TX 67.0103**

Appx1467



ATTORNEY'S EYES ONLY

UC-CVJ00007616

**TX 67.0104**



ATTORNEY'S EYES ONLY

UC-CVJ00007617

**TX 67.0105**

Appx1469

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA

18-cv-02015-R-KS

CASE NO.

Degui Chen, Ph.D.,

Michael E. Jung, Ph.D., et al.

VS.

PLAINTIFF'S EXHIBIT    **127**

DATE_____IDEN.

DATE_____EVID.

BY_____
          DeputyClerk

# Exhibit C
# to Dr. Bihovsky's Opening Expert Report
# on Patent Inventorship



**TX 127.0001**